# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br><br> *Plaintiff* <br><br> v. <br><br> Southern Baptist Convention, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:23-cv-00478 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southern Baptist Convention
c/o Registered Agent: J. Randall Frost
200 Main St., Suite 600
Gainesville, GA 30503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills<br><br>*Plaintiff*<br>v.<br>Southern Baptist Convention, et al.<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 3:23-cv-00478<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Harry E. Litton
1627 Silver Creek Dr.
Saraland, AL 36571

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-00478 |
| Southern Baptist Convention, et al. | ) ) ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lifeway Christian Resources of the Southern Baptist Convention
c/o Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jennifer Lyell
4316 Morriswood Dr.
Nashville, TN 37204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills<br><br>*Plaintiff*<br>v.<br>Southern Baptist Convention, et al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3:23-cv-00478<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Geiger
1601 Castle Cove Circle
Corona del Mar, CA 92625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| Michael David Sills and Mary Sills | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:23-cv-00478 |
| Southern Baptist Convention, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Executive Committee of the Southern Baptist Convention
901 Commerce St., Ste. 750
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bart Barber
 124 South Washington St.
 Farmersville, TX 75442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary E. Brewer (TN BPR# 000942)
 Brewer and Terry, P.C.
 1702 W. Andrew Johnson Hwy.
 Morristown, TN 37816-2046
 (423) 587-2730
 robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br><br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:23-cv-00478 <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Willie McLaurin
300 Harkins Court
Nolensville, TN 37135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/12/23

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rolland Slade
9127 LA Larga Vis
Spring Valley, CA 91977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/12/23

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Southern Baptist Theological Seminary
c/o Registered Agent: Jon Austin
2825 Lexington Road
Louisville, KY 40206-2997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. R. Albert Mohler
2825 Lexington Road
Louisville, KY 40206-2997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SolutionPoint International, Inc. d/b/a Guidepost Solutions
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Guidepost Solutions LLC
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*