**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

MICHAEL DAVID SILLS and MARY SILLS

Case No. 23-cv-00478

v.

SOUTHERN BAPTIST CONVENTION, a non profit corporation, et al

Judge: Select Presiding Judge

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Shannon M. McNulty hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs, Michael and Mary Sills.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6.  I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7.  I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johson HWY
Morristown, TN 37816-2046

8.  I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.  By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Shannon M. McNulty  Signature

Name: Shannon M. McNulty
State where admitted and State Bar Number: Illinois; 6281984
Business Address: 120 N. LaSalle Street, 36th Floor, Chicago, Illinois 60602
Local Address [if different from above]:
Phone: 312.899.9090
Email: SMM@cliffordlaw.com

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on May 15, 2023, a true and correct copy of the foregoing document will be served on non-CM/ECF users via the U.S. Postal Service.
SEE ATTACHED SERVICE LIST.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

**Defendants served via U.S. Postal Service:**

Bart Barber
124 South Washington St.
Farmersville, TX 75442

Dr. R. Albert Mohler
2825 Lexington Road
Louisville, KY 40206-2997

Dr. Harry E. Litton
1627 Silver Creek Dr.
Saraland, AL 36571

Eric Geiger
1601 Castle Cove Circle
Corona del Mar, CA 92625

Executive Committee of the Southern
Baptist Convention
901 Commerce St., Ste. 750
Nashville, TN 37203

Guidepost Solutions LLC
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

Jennifer Lyell
4316 Morriswood Dr.
Nashville, TN 37204

Lifeway Christian Resources of the
Southern Baptist Convention
c/o Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312

Rolland Slade
9127 LA Larga Vis
Spring Valley, CA 91977

SolutionPoint International, Inc. d/b/a
Guidepost Solutions
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

Southern Baptist Convention
c/o Registered Agent: J. Randall Frost
200 Main St., Suite 600
Gainesville, GA 30503

The Southern Baptist Theological Seminary
c/o Registered Agent: Jon Austin
2825 Lexington Road
Louisville, KY 40206-2997

Willie McLaurin
300 Harkins Court
Nolensville, TN 37135