# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** John W. Barrett

**BAR NUMBER:** 2063

**DATE ADMITTED:** May 29, 1969

Given under my hand and Seal of this Court.

**DATE:** 5/15/2023

**DAVID CREWS, CLERK**



By: ___s/J. REDDITT___
Deputy Clerk/Case Manager