# EXHIBIT B

**Defendants served via U.S. Postal Service:**

Bart Barber
124 South Washington St.
Farmersville, TX 75442

Dr. R. Albert Mohler
2825 Lexington Road
Louisville, KY 40206-2997

Dr. Harry E. Litton
1627 Silver Creek Dr.
Saraland, AL 36571

Eric Geiger
1601 Castle Cove Circle
Corona del Mar, CA 92625

Executive Committee of the Southern
Baptist Convention
901 Commerce St., Ste. 750
Nashville, TN 37203

Guidepost Solutions LLC
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

Jennifer Lyell
4316 Morriswood Dr.
Nashville, TN 37204

Lifeway Christian Resources of the
Southern Baptist Convention
c/o Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312

Rolland Slade
9127 LA Larga Vis
Spring Valley, CA 91977

SolutionPoint International, Inc. d/b/a
Guidepost Solutions
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

Southern Baptist Convention
c/o Registered Agent: J. Randall Frost
200 Main St., Suite 600
Gainesville, GA 30503

The Southern Baptist Theological Seminary
c/o Registered Agent: Jon Austin
2825 Lexington Road
Louisville, KY 40206-2997

Willie McLaurin
300 Harkins Court
Nolensville, TN 37135