# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br>Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, et al., <br><br> Defendants. | Case No. 3:23-cv-00478 <br><br> Judge William L. Campbell, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Katherine B. Riley hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs David & Mary Sills.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Gary E. Brewer (TN BPR# 000942)
1702 W. Andrew Johnson Hwy. (P.O. Box 2046)
Morristown, TN 37816
robin@brewerandterry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Katherine B. Riley                Signature

Name: Katherine Barrett Riley

State where admitted and State Bar Number: Mississippi Bar # 99109

Business Address: 404 Court Square N, Lexington, MS 39095

Local Address [if different from above]:

Phone: 662-834-2488

Email: kbriley@barrettlawgroup.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on May 16, 2023, a true and correct copy of the foregoing document was filed and served on all counsel of record via the Court's CM/ECF filing system. I further certify that a true and correct copy of the foregoing document was served on non-CM/ECF users via the U.S. Postal Service. Service list attached hereto as Exhibit B.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]