# Exhibit A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** Katherine Barrett Riley

**BAR NUMBER:** 99109

**DATE ADMITTED:** September 29, 1998

Given under my hand and Seal of this Court.

**DATE:** 5/15/2023

**DAVID CREWS, CLERK**



By: s/J. REDDITT
      Deputy Clerk/Case Manager