```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675069359
Cashier ID: chastain
Transaction Date: 05/17/2023
Payer Name: Clifford Law Offices
----------------------------------------
PRO HAC VICE
 For: Clifford Law Offices
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $150.00
----------------------------------------
Paper Check Conversion
 Amt Tendered:  $150.00
----------------------------------------
Total Due:       $150.00
Total Tendered: $150.00
Change Amt:       $0.00

Shannon McNulty
3:23-cv-478
```