# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Shannon Marie McNulty

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Shannon Marie McNulty was duly admitted to practice in said Court on (09/01/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/17/2023 )

                                  Thomas G. Bruton , Clerk,

                                  By:  Sarah Bouchard
                                      Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SARAH BOUCHARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 17, 2023