```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675069383
Cashier ID: lnewsom
Transaction Date: 05/22/2023
Payer Name: Don Barrett P.A.
----------------------------------
PRO HAC VICE
 For: Don Barrett P.A.
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $150.00
PRO HAC VICE
 For: Don Barrett P.A.
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $150.00
----------------------------------
Paper Check Conversion
 Amt Tendered:  $300.00
----------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

3:23-cv-0478 pro hac fees for John
W. "Don" Barrett and Katherine
Barrett Riley
```