IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:23-cv-00478 JUDGE WILLIAM L. CAMPBELL, JR. |
| v. | ) ) | Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; BART BARBER, Individually and as agent and/or Employee of SOUTHERN BAPTIST CONVENTION; WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

| | |
|---|---|
| CONVENTION and EXECUTIVE | ) |
| COMMITTEE OF THE SOUTHERN | ) |
| BAPTIST CONVENTION; THE | ) |
| SOUTHERN BAPTIST | ) |
| THEOLOGICAL SEMINARY, a | ) |
| non-profit corporation; DR. R. ALBERT | ) |
| MOHLER, Individually and as agent | ) |
| and/or employee of THE SOUTHERN | ) |
| BAPTIST THEOLOGICAL SEMINARY | ) |
| and SOUTHERN BAPTIST | ) |
| CONVENTION; SOLUTIONPOINT | ) |
| INTERNATIONAL, INC., a corporation, | ) |
| individually and d/b/a GUIDEPOST | ) |
| SOLUTIONS; and GUIDEPOST | ) |
| SOLUTIONS, LLC a limited liability | ) |
| corporation and agent of the Southern | ) |
| Baptist Convention. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that John R. Jacobson of the law firm Riley & Jacobson hereby enters his appearance on behalf of Defendants, SolutionPoint International, Inc. and Guidepost Solutions, LLC.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson (BPR #14365)
Katharine R. Klein (BPR #19336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

Steven G. Mintz (*pro hac vice* motion to be submitted)
Terence W. McCormick (*pro hac vice* to be submitted)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Defendants*
*SolutionPoint International, Inc. and*
*Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 23rd day of May, 2023 on the following:

Gary E. Brewer
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
robin@brewerandterry.com

John W. Barrett
Katherine Barrett Riley
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

s/John R. Jacobson