IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and ) <br> MARY SILLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN BAPTIST CONVENTION, ) <br> a non-profit corporation; DR. ED ) <br> LITTON, Individually, and as agent ) <br> and/or employee of SOUTHERN ) <br> BAPTIST CONVENTION; LIFEWAY ) <br> CHRISTIAN RESOURCES OF THE ) <br> SOUTHERN BAPTIST CONVENTION, ) <br> a non-profit corporation; JENNIFER ) <br> LYELL, Individually and as agent and/or ) <br> employee of LIFEWAY CHRISTIAN ) <br> RESOURCES OF THE SOUTHERN ) <br> BAPTIST CONVENTION and ) <br> SOUTHERN BAPTIST CONVENTION; ) <br> ERIC GEIGER, Individually and as ) <br> agent and/or employee of LIFEWAY ) <br> CHRISTIAN RESOURCES OF THE ) <br> SOUTHERN BAPTIST CONVENTION ) <br> and SOUTHERN BAPTIST ) <br> CONVENTION; EXECUTIVE ) <br> COMMITTEE OF THE SOUTHERN ) <br> BAPTIST CONVENTION, a non-profit ) <br> corporation; BART BARBER, ) <br> Individually and as agent and/or ) <br> Employee of SOUTHERN BAPTIST ) <br> CONVENTION; WILLIE MCLAURIN, ) <br> Individually and as agent and/or ) <br> employee of SOUTHERN BAPTIST ) <br> CONVENTION and EXECUTIVE ) <br> COMMITTEE OF THE SOUTHERN ) <br> BAPTIST CONVENTION; ROLLAND ) <br> SLADE, Individually and as agent and/or ) <br> employee of SOUTHERN BAPTIST ) | Case No. 3:23-cv-00478 <br> JUDGE WILLIAM L. CAMPBELL, JR. <br> Magistrate Judge Chip Frensley <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| **CONVENTION and EXECUTIVE** | ) |
| **COMMITTEE OF THE SOUTHERN** | ) |
| **BAPTIST CONVENTION; THE** | ) |
| **SOUTHERN BAPTIST** | ) |
| **THEOLOGICAL SEMINARY, a** | ) |
| **non-profit corporation; DR. R. ALBERT** | ) |
| **MOHLER, Individually and as agent** | ) |
| **and/or employee of THE SOUTHERN** | ) |
| **BAPTIST THEOLOGICAL SEMINARY** | ) |
| **and SOUTHERN BAPTIST** | ) |
| **CONVENTION; SOLUTIONPOINT** | ) |
| **INTERNATIONAL, INC., a corporation,** | ) |
| **individually and d/b/a GUIDEPOST** | ) |
| **SOLUTIONS; and GUIDEPOST** | ) |
| **SOLUTIONS , LLC a limited liability** | ) |
| **corporation and agent of the Southern** | ) |
| **Baptist Convention.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Please take notice that Katharine R. Klein of the law firm Riley & Jacobson hereby enters her appearance on behalf of Defendants, SolutionPoint International, Inc. and Guidepost Solutions, LLC.

2

Respectfully submitted,

s/ Katharine R. Klein
John R. Jacobson (BPR #14365)
Katharine R. Klein (BPR #19336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

Steven G. Mintz (*pro hac vice* motion to be submitted)
Terence W. McCormick (*pro hac vice* to be submitted)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Defendants*
*SolutionPoint International, Inc. and*
*Guidepost Solutions LLC*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 23rd day of May, 2023 on the following:

    Gary E. Brewer
    Brewer and Terry, P.C.
    1702 W. Andrew Johnson Hwy.
    P.O. Box 2046
    Morristown, TN 37816
    robin@brewerandterry.com

    John W. Barrett
    Katherine Barrett Riley
    Barrett Law Group, P.A.
    P.O. Box 927
    404 Court Square North
    Lexington, MS 39095
    dbarrett@barrettlawgroup.com
    kbriley@barrettlawgroup.com

    Shannon M. McNulty
    Clifford Law Office, P.C.
    120 N. LaSalle Street, 36th Floor
    Chicago, IL 60602
    smm@cliffordlaw.com

    *Attorneys for Plaintiffs*

                                                s/ Katharine R. Klein