IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS,** | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:23-cv-00478 JUDGE WILLIAM L. CAMPBELL, JR. |
| v. | ) ) | Magistrate Judge Frensley |
| **SOUTHERN BAPTIST CONVENTION,** a non-profit corporation; **DR. ED LITTON**, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; **LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION,** a non-profit corporation; **JENNIFER LYELL,** Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; **ERIC GEIGER,** Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; **EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION,** a non-profit corporation; **BART BARBER,** Individually and as agent and/or Employee of SOUTHERN BAPTIST CONVENTION; **WILLIE MCLAURIN,** Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; **ROLLAND SLADE,** Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; **THE** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| SOUTHERN BAPTIST | ) |
| THEOLOGICAL SEMINARY, a | ) |
| non-profit corporation; DR. R. ALBERT | ) |
| MOHLER, Individually and as agent | ) |
| and/or employee of THE SOUTHERN | ) |
| BAPTIST THEOLOGICAL SEMINARY | ) |
| and SOUTHERN BAPTIST | ) |
| CONVENTION; SOLUTIONPOINT | ) |
| INTERNATIONAL, INC., a corporation, | ) |
| individually and d/b/a GUIDEPOST | ) |
| SOLUTIONS; and GUIDEPOST | ) |
| SOLUTIONS, LLC a limited liability | ) |
| corporation and agent of the Southern | ) |
| Baptist Convention. | ) |
|  | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendants SolutionPoint International, Inc. and Guidepost Solutions, LLC (collectively the "Guidepost Defendants"), respectfully move the Court for an extension of time up to and including **July 12, 2023** to answer, move or otherwise respond to Plaintiffs' Complaint, filed May 11, 2023 (Doc. 1).

Counsel for the Guidepost Defendants has contacted counsel for Plaintiffs, and they have confirmed Plaintiffs have no opposition to this Motion. Further, counsel for Plaintiffs and counsel for the Guidepost Defendants agree that in seeking an extension of time to answer, move or otherwise respond, the Guidepost Defendants are not waiving any defense, including the defense of lack of personal jurisdiction.

The Guidepost Defendants respectfully request entry of an Order extending the time within which the Guidepost Defendants have to answer, move or otherwise respond to Plaintiffs' Complaint up to and including **July 12, 2023**.

Respectfully submitted,

s/Katharine R. Klein
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com


-and-

Steven G. Mintz (*pro hac vice* motion to be submitted)
Terence W. McCormick (*pro hac vice* to be submitted)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Defendants SolutionPoint International, Inc. and Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 23rd day of May, 2023 on the following:

Gary E. Brewer
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
robin@brewerandterry.com

John W. Barrett
Katherine Barrett Riley
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

s/Katharine R. Klein