# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

MICHAEL DAVID SILLS and MARY SILLS

v.

SOUTHERN BAPTIST CONVENTION, et al.

Case No. 3:23-cv-00478

Judge William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Steven G. Mintz hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for SolutionPoint International, Inc. and Guidepost Solutions, LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

John R. Jacobson (BPR #14365) and Katharine R. Klein (BPR #19336)
Riley & Jacobson, PLC, 1906 West End Avenue, Nashville, TN 37203
Phone: (615) 320-3700; Email: jjacobson@rjfirm.com and kklein@rjfirm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Steven G. Mintz  Signature

Name: Steven G. Mintz
State where admitted and State Bar Number: New York, 2256154
Business Address: 600 Third Avenue, 25th Floor, New York, NY 10016
Local Address [if different from above]:
Phone: (212) 696-4848
Email: mintz@mintzandgold.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 23rd day of May, 2023 on the following:

Gary E. Brewer
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
robin@brewerandterry.com

John W. Barrett
Katherine Barrett Riley
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

s/ Katharine R. Klein