# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__STEVEN GLEN MINTZ__, Bar # __SM5428__

was duly admitted to practice in the Court on

__November 27, 1990__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York   On   March 28, 2023

__Ruby J. Krajick__
Clerk of Court

By __s/ S. Gonzalez__
Deputy Clerk