THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | |
| Plaintiffs, | |
| v. | CASE NO. 3:23-cv-00478 |
| | JUDGE WILLIAM L. CAMPBELL, JR. |
| SOUTHERN BAPTIST CONVENTION, a non-profit corporation; | |
| DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; | Magistrate Judge Chip Frensley |
| | JURY TRIAL DEMANDED |
| LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; | |
| JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; | |
| ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; | |
| EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; | |
| BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; | |
| WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; | |
| ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; | |

1

| | |
|---|---|
| THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, a non-profit corporation; DR. R. ALBERT MOHLER, Individually and as agent and/or employee of THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; SOLUTIONPOINT INTERNATIONAL, INC., a corporation, individually and d/b/a GUIDEPOST SOLUTIONS; and GUIDEPOST SOLUTIONS, LLC, a limited liability corporation and agent of the Southern Baptist Convention,<br><br>          **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Philip N. Elbert of Neal & Harwell, PLC hereby enters his appearance on behalf of Defendant Jennifer Lyell.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By:   /s/ *Philip N. Elbert*
       Ronald G. Harris, BPR #009054
       Philip N. Elbert, BPR #009430
       Olivia R. Arboneaux, BPR #040225

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
rharris@nealharwell.com
pelbert@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of May, 2023, the foregoing was served via the court's electronic filing system and/or by email on the following counsel of record:

| | |
|---|---|
| Gary E. Brewer<br>BREWER AND TERRY, PC<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>(423) 587-2730 – Phone<br><br>John W. ("Don") Barrett (pending *pro hac vice*)<br>Katherine Barrett Riley (pending *pro hac vice*)<br>BARRETT LAW GROUP, PA<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>(662) 834-2488 – Phone<br>(662) 834-2628 – Fax<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty (pending *pro hac vice*)<br>CLIFFORD LAW OFFICES, PC<br>120 N. LaSalle St., 36th Floor<br>Chicago, IL 60602<br>(312) 899-9090 – Phone<br>(312) 251-1160 – Fax<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>(615) 320-3700 – Phone<br>(615) 320-3737 – Fax<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz *(pending pro hac vice)*<br>Terence W. McCormick (pending *pro hac vice*)<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>(212) 696-4848 – Phone<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |

                                          */s/ Philip N. Elbert*