# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Executive Committee of the Southern Baptist Convention
901 Commerce St., Ste. 750
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Executive Committee of Southern Baptist Convention

was received by me on *(date)* 5/15/2023 .

☑ I personally served the summons on the individual at *(place)* at their office address at 1:38 PM to Amy Thompson on *(date)* 5/16/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/16/2023

*Server's signature* (signed) Tim A Clark

*Printed name and title* Tim A. Clark, server

**Expedite**
5009 Stillwood Drive
Nashville, TN 37220
615-651-8601
*Server's address*

Additional information regarding attempted service, etc: