# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:23-cv-00478 |
| Southern Baptist Convention, et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rolland Slade
9127 LA Larga Vis
Spring Valley, CA 91977

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00478

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROLLAND SLADE
was received by me on *(date)* 05/15/2023 .

☐ I personally served the summons on the individual at *(place)* 9127 LA LARGA VIS SPRING VALLEY, CA 91977 at 6:23pm on *(date)* 05/15/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: ADDITIONAL DOCUMENTS: COMPLAINT JURY TRIAL DEMANDED

My fees are $ _____ for travel and $ 79.00 for services, for a total of $ 79.00 .

I declare under penalty of perjury that this information is true.

Date: 05/16/2023

*Kelly Hairgrove*
*Server's signature*

KELLY HAIRGROVE  SAN DIEGO R.P.S #1874
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92110
*Server's address*

Additional information regarding attempted service, etc:


Case 3:23-cv-00478   Document 31   Filed 05/25/23   Page 2 of 2 PageID #: 132