# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br><br> *Plaintiff* <br> v. <br> Southern Baptist Convention, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:23-cv-00478 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Southern Baptist Theological Seminary
c/o Registered Agent: Jon Austin
2825 Lexington Road
Louisville, KY 40206-2997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23          _____
                        *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jon Austin
was received by me on *(date)* May 17, 2023. The summons was served (see below) on May 23, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On May 23, 2023 at 2825 Lexington Rd, Louisville, KY 40206 I served the summons on Mr. Jon Austin to Officer Mark Hall who accepted the papers on his behalf. Mr. Hall is a police officer who works in the building and was going to see Jon Austin in a few hours on this day.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 24, 2023

Susan Spaulding
*Server's signature*

Susan Spaulding - licensed Private Investigator - Process Server
*Printed name and title*

12415 Brightfield Dr., Louisville, KY 40243
*Server's address*

Additional information regarding attempted service, etc: