# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills </br>*Plaintiff*</br> v. </br>Southern Baptist Convention, et al.</br>*Defendant* | ) ) ) ) ) ) ) )  Civil Action No. 3:23-cv-00478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SolutionPoint International, Inc. d/b/a Guidepost Solutions
c/o CT Corporation System
28 Liberty St.
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23                                                                                             *Signature of Clerk or Deputy Clerk*

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| Michael David Sills and Mary Sills | Index No: |
| Defendant / Respondent: | 3:23-cv-00478 |
| Southern Baptist Convention | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in Bronx County. That on Tue, May 16 2023 AT 01:44 PM AT 28 Liberty Street 42 fl., New York, NY 10005 deponent served the within Summons (Received May 15, 2023 at 12:00am EDT), Complaint (Received May 15, 2023 at 12:00am EDT), Exhibit A (Received May 15, 2023 at 12:00am EDT), Proof of Service - Blank. (Received May 15, 2023 at 12:00am EDT), Notice of Initial CMC (Received May 15, 2023 at 12:00am EDT) on Solution Point International, Inc. d/b/a Guidepost Solutions c/o CT Corporations System

☐ Non-Service:

☐ **Individual**: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation**: by delivering a true copy of each to Vincenza Cipriano personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Intake Specialist thereof.

☐ **Suitable Person**: by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door**: by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing**: The office also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service**: I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 60 | Ethnicity: Caucasian | Gender: Female | Weight: 140 |
|---|---|---|---|
| Height: 5'2" | Hair: | Eyes: | Relationship: Intake Specialist |
| Other | | | |

Sworn to before me on May, 17 2023

Ivan Gregg  
2072478-DCA

Jack Johnson  
Notary Public, State of New York  
No. 01JO6404602  
Qualified in Kings County  
Commission Expires 2/24/2024