# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| Michael David Sills and Mary Sills <br><br> _Plaintiff_ <br><br> v. <br><br> Southern Baptist Convention, et al. <br><br> _Defendant_ | ) <br> ) <br> ) <br> )    Civil Action No.   3:23-cv-00478 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Southern Baptist Convention
c/o Registered Agent: J. Randall Frost
200 Main St., Suite 600
Gainesville, GA 30503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   05/12/23

_Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SOUTHERN BAPTIST CONVENTION
was received by me on *(date)* 5/15/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* J. RANDALL FROST _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* SOUTHERN BAPTIST
CONVENTION on *(date)* 5/16/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/16/2023

_Server's signature_

JASON GARMON Ga CPS # 356
_Printed name and title_
PLATINUM PROCESS SERVERS
3446 WINDER HIGHWAY
SUITE M-361
FLOWERY BRANCH, GA 30542

_Server's address_

Additional information regarding attempted service, etc:

DOCUMENTS DELIVERED INTO HANDS OF J. RANDALL FROST, REGISTERED AGENT

~60 yo WM 5'8 200 GREY HAIR.