# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Michael David Sills and Mary Sills | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:23-cv-00478 |
| Southern Baptist Convention, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Willie McLaurin
300 Harkins Court
Nolensville, TN 37135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary E. Brewer (TN BPR# 000942)
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730
robin@brewerandterry.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/12/23

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Willie McLaurin

was received by me on *(date)* 5/15/2023 .

☑ I personally served the summons on the individual at *(place)* his home address with his permission to Antonia McLaurin on *(date)* 5/16/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/17/2023

_____
Server's signature

Tom A. Clark, Server
Printed name and title

**Expedite**
5009 Stillwood Drive
Nashville, TN 37220
615-651-8601
Server's address

Additional information regarding attempted service, etc: