IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) ) Plaintiffs, ) ) v. ) ) SOUTHERN BAPTIST CONVETION, ) DR. ED LITTON, SOUTHERN BAPTIST ) CONVENTION: LIFEWAY CHRISTIAN ) RESOURCES OF THE SOUTHERN ) BAPTIST CONVENTION, JENNIFER ) LYELL, SOUTHERN BAPTIST ) CONVENTION: ERIC GEIGER, ) EXECUTIVE COMMITTEE OF ) SOUTHERN BAPTIST CONVENTION, ) BART BARBER, WILLIE MCLAURIN, ) ROLLAND SLADE, THE SOUTHERN ) BAPTIST THEOLOGICAL SEMINARY, ) DR. R. ALBERT MOHLER, ) SOLUTIONPOING INTERNATIONAL, ) INC., GUIDEPOST SOLUTIONS, ) GUIDEPOST SOLUTIONS, LLC, ) ) Defendants. ) | Docket No.: 3:23-CV-00478 JURY DEMAND |

## NOTICE OF APPEARANCE

Comes now, Matthew C. Pietsch, of the law firm of Taylor, Pigue, Marchetti & Blair, PLLC, and gives Notice to the Court that the undersigned hereby enters an appearance as counsel on behalf of **Dr. Ed Litton** in the above captioned case, subject to and without waiving any affirmative defenses, including, but not limited to, jurisdiction, venue, or service of process. Please serve all future notices, pleadings and filings upon counsel at the address provided below.

*Respectfully submitted,*

**TAYLOR, PIGUE & MARCHETTI & BLAIR, PLLC**

BY: /s/ Matthew C. Pietsch
Matthew C. Pietsch, BPR No. 024659
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225 Voice
(615) 320-3244 Fax
matt@tpmblaw.com
*Attorney for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following via the United States Postal Service and Electronic Mail on the 30th day of May, 2023:

Gary E. Brewer
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
PO Box 2046
Morristown, TN 37816
robin@brewerandterry.com
*Attorney for Plaintiffs*

Shannon McNulty (*pro hac vice*)
Clifford Law Offices, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com
*Attorney for Plaintiffs*

John W. Barrett (*pro hac vice*)
Katherine Barrett Riley
Barrett Law Group, P.A.
PO Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
*Attorney for Plaintiffs*

/s/ Matthew C. Pietsch
Matthew C. Pietsch