IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:23-cv-00478 |
| | ) | JUDGE WILLIAM L. CAMPBELL, JR. |
| v. | ) ) | Magistrate Judge Frensley |
| SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROLLAND SLADE, Individually and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

| | |
|---|---|
| as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, non-profit corporation; DR. R. ALBERT MOHLER, Individually and as agent and/or employee of THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; SOLUTIONPOINT INTERNATIONAL, INC., a corporation, individually and d/b/a GUIDEPOST SOLUTIONS; and GUIDEPOST SOLUTIONS, LLC, a limited liability corporation and agent of the Southern Baptist Convention, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT LIFEWAY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01(a), Defendant LifeWay Christian Resources ("LifeWay") hereby files this Unopposed Motion for Extension of Time to Respond to the Complaint. In support of its motion, LifeWay would respectfully show the Court as follows:

1. On May 11, 2023, Plaintiffs Michael David Sills and Mary Sills filed their Complaint against Defendants. *See* Doc. 1. LifeWay was served on May 16, 2023. Doc. 30.

2. Under Federal Rule of Civil Procedure 12(a)(1), LifeWay's response to the Complaint is due on June 6, 2023.

3. On May 23, 2023, Defendants SolutionPoint International, Inc. and Guidepost Solutions, LLC moved for an extension of time to respond to Plaintiffs' Complaint up to and including July 12, 2023. Doc. 15. The Court granted their motion. Doc. 18.

4. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.01(a), Defendant LifeWay respectfully requests that the Court also extend its time to respond to the Complaint up to and including July 12, 2023. LifeWay's counsel has contacted counsel for Plaintiffs, and Plaintiffs do not oppose this Motion. No other party is impacted by the relief requested herein. Plaintiffs agree that by seeking an extension of time, LifeWay is not waiving any defense.

5. There is good cause for this extension. The Complaint raises allegations that date back as early as spring 2018 and concern numerous defendants. *See* Compl. ¶¶ 16–28, 33, 35, 38. LifeWay's counsel needs additional time to prepare LifeWay's response to the Complaint and consider defenses specific to LifeWay. Further, a single answer deadline will allow this action to proceed smoothly, as LifeWay would likely be waiting on other defendants' appearances to complete Rule 26 requirements.

WHEREFORE, LifeWay respectfully asks the Court to extend LifeWay's deadline to respond to the Complaint up to and including July 12, 2023.

Dated: May 31, 2023

Respectfully submitted,

*/s/ George H. Cate, III*
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
gcate@bradley.com
kingram@bradley.com

*Attorneys for Defendant*
*LifeWay Christian Resources*


# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served on the following via the Court's CM/ECF system on May 31, 2023:

Gary E. Brewer
BREWER AND TERRY, P.C.
1702 W. Andrew Johnson HWY
Morristown, TN 37816-2046

John (Don) W. Barrett
Katherine Barrett Riley
BARRETT LAW GROUP, P.A.
PO Box 927
404 Court Square
Lexington, MS 39095

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602

*Counsel for Plaintiffs*

Louis Gino Marchetti, Jr.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203

*Counsel for the Southern Baptist Convention*

Olivia Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203

*Counsel for Jennifer Lyell*

John R. Jacobson
Katherine R. Klein
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Steven G. Mintz
Terence William McCormick
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York NY 10016

*Counsel for SolutionPoint International, Inc.
and Guidepost Solutions, LLC*

                                    */s/ George H. Cate, III*
                                    George H. Cate, III