IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | )   **Docket No.: 3:23-CV-00478** |
| v. | )   **JURY DEMAND** |
| | ) |
| SOUTHERN BAPTIST CONVENTION, et al., | ) |
| | ) |
|     Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANTS SOUTHERN BAPTIST CONVENTION, DR. ED LITTON AND BART BARBER**

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendants Southern Baptist Convention, Dr. Ed Litton and Bart Barber (collectively "Defendants") respectfully move the Court for an extension of time up to and including **July 12, 2023**, to answer or otherwise respond to Plaintiffs' Complaint [Doc. 1]. For grounds, undersigned counsel requires additional time to communicate with Defendants and formulate their response to Plaintiffs' Complaint. Defendants submit that this brief extension will not unduly delay these proceedings.

The undersigned has sought Plaintiffs' consent with respect to this requested extension, and Plaintiffs have permitted the undersigned to state that this motion is unopposed.

1

**DATED: June 5, 2023**

        Respectfully submitted,

        **TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

        By: */s/ Matthew C. Pietsch*
            L. Gino Marchetti, Jr., BPR No. 005562
            Matthew C. Pietsch, BPR No. 024659
            2908 Poston Avenue
            Nashville, TN 37203
            (615) 320-3225
            (615) 320-3244 Fax
            gmarchetti@tpmblaw.com
            matt@tpmblaw.com
            *Counsel for Defendants Southern Baptist*
            *Convention, Dr. Ed Litton and Bard Barber*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **June 5, 2023**:

| | |
|---|---|
| Gary E. Brewer<br>Brewer and Terry, P.C.<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. Barrett<br>Katherine Barrett Riley<br>Barrett Law Group, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty<br>Clifford Law Office, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiff* | John R. Jacobson, Esq.<br>Katherine R. Klein, Esq.<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz, Esq.<br>Terence W. McCormick, Esq.<br>600 Third Avenue, 25th Florr<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC and SolutionPoint International, Inc.* |
| George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Counsel for Defendant LifeWay Christian Resources* | R. Bruce Barze, Jr.<br>Barze Taylor Noles Lowther LLC<br>2204 Lakeshore Dr., Suite 425<br>Birmingham, AL 35209<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger* |
| Ronald G. Harris<br>Philip N. Elbert<br>Olivia R. Arboneaux<br>Neal & Harwell, PLC<br>1201 Demonbreun St., Suite 1000<br>Nashville, TN 37203 | |

| | |
|---|---|
| rharris@nealharwell.com<br>pelbert@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>*Counsel for Defendant Jennifer Lyell* | |

                                         */s/ Matthew C. Pietsch*