THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ] |
| Plaintiffs, | ] |
| v. | ] CASE NO: 3:23-CV-00478 |
| | ] Judge William L. Campbell, Jr. |
| SOUTHERN BAPTIST CONVENTION, et al., | ] Magistrate Judge Jeffery S. Frensley |
| Defendants. | ] |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel of Wyatt, Tarrant & Combs, LLP and hereby give notice of their appearance on behalf of the Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler, Individually and as agent and/or employee of The Southern Baptist Theological Seminary, in the above-captioned matter. Please include the below-listed counsel in all future correspondence and pleadings.

Respectfully submitted,

*/s/ James C. Bradshaw III*
James C. Bradshaw III, BPR #13170
**WYATT, TARRANT & COMBS, LLP**
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 251-6747
jbradshaw@wyattfirm.com

Byron Leet *(Pending Pro Hac Vice)*
Thomas E. Travis *(Pending Pro Hac Vice)*
**WYATT, TARRANT & COMBS, LLP**
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Appearance was emailed to counsel via the Court's Electronic Filing System (ECF) on this the 6th day of June, 2023:

| | |
|---|---|
| Gary E. Brewer, #942<br>BREWER AND TERRY, P.C.<br>Attorneys at Law<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett<br>Katherine Barrett Riley (TN BPR#: 021155)<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, Illinois 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | George H. Cate, III Kimberly M. Ingram-Hogan Bradley Arant Boult Cummings LLP 1600 Division St., Suite 700 Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Counsel for Defendant LifeWay Christian Resources*<br><br><br>R. Bruce Barze, Jr. Barze Taylor Noles Lowther LLC 2204 Lakeshore Dr., Suite 425 Birmingham, AL 35209<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger*<br><br>John R. Jacobson, Esq.<br>Katherine R. Klein, Esq.<br>Riley & Jacdobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com |
| Ronald G. Harris<br>Philip N. Elbert<br>Olivia R. Arboneaux<br>Neal & Harwell, PLC<br>1201 Demonbreun St., Suite 1000<br>Nashville, TN 37203<br>rharris@nealharwell.com<br>pelbert@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>*Counsel for Defendant Jennifer Lyell* | Steven G. Mintz, Esq. Terence W. McCormick, Esq. 600 Third Avenue, 25th Florr New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC and SolutionPoint International, Inc* |

*/s/ James C. Bradshaw III*