

| Kelly Stephens<br>Clerk | OFFICE OF THE CLERK<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | Telephone:<br>(502) 564-4720<br>FAX:<br>(502) 564-5491 |

# C E R T I F I C A T I O N

I, Kelly Stephens, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Thomas Edwin Joseph Travis_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____October 19, 2015_____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that_____Thomas Edwin Joseph Travis_____is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____30th_____ day of May, 2023.

KELLY STEPHENS
CLERK

By: *Karen Cobb*
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Amy D. Cubbage
President

W. Fletcher Schrock
President-Elect

Rhonda Jennings Blackburn
Vice President

J.D. Meyer
Immediate Past President

Edward L. Metzger III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins



### THIS IS TO CERTIFY THAT

### THOMAS EDWIN JOSEPH TRAVIS
*Wyatt Tarrant & Combs LLP*
*250 West Main Street, Suite 1600*
*Lexington, Kentucky 40507*

### Membership No. 96874

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated this 26th day of May, 2023.

**JOHN D. MEYERS**
**REGISTRAR**

By: _____
John D. Meyers, Registrar