THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ] ] ] Plaintiffs, ] ] v. ] ] SOUTHERN BAPTIST CONVENTION, a ] non-profit corporation; DR. ED LITTON, ] Individually, and as agent and/or employee of ] SOUTHERN BAPTIST CONVENTION; ] LIFEWAY CHRISTIAN RESOURCES OF ] THE SOUTHERN BAPTIST CONVENTION, ] a non-profit corporation; JENNIFER LYELL, ] Individually and as agent and/or employee of ] LIFEWAY CHRISTIAN RESOURCES OF ] SOUTHERN BAPTIST CONVENTION and ] SOUTHERN BAPTIST CONVENTION; ] ERIC GEIGER, Individually and as agent ] and/or employee of LIFEWAY CHRISTIAN ] RESOURCES OF THE SOUTHERN ] BAPTIST CONVENTION and SOUTHERN ] BAPTIST CONVENTION; ] EXECUTIVE COMMITTEE OF THE ] SOUTHERN BAPTIST CONVENTION, a ] non-profit corporation; BART BARBER, ] Individually and as agent and/or employee of ] SOUTHERN BAPTIST CONVENTION; ] WILLIE MCLAURIN, Individually and as ] agent and/or employee of SOUTHERN ] BAPTIST CONVENTION and EXECUTIVE ] COMMITTEE OF THE SOUTHERN ] BAPTIST CONVENTION; ROLLAND SLADE,] Individually and as agent and/or employee of ] SOUTHERN BAPTIST CONVENTION and ] EXECUTIVE COMMITTEE OF THE ] SOUTHERN BAPTIST CONVENTION; ] THE SOUTHERN BAPTIST THEOLOGICAL ] SEMINARY, a non-profit corporation; ] DR. R. ALBERT MOHLER, Individually and ] as agent and/or employee of THE SOUTHERN ] BAPTIST THEOLOGICAL SEMINARY and ] SOUTHERN BAPTIST CONVENTION; ] | CASE NO: 3:23-CV-00478 |

| SOLUTIONPOINT INTERNATIONAL, INC., | ] |
| a corporation, individually and d/b/a | ] |
| GUIDEPOST SOLUTIONS; and | ] |
| GUIDEPOST SOLUTIONS, LLC, a limited | ] |
| liability corporation and agent of the Southern | ] |
| Baptist Convention. | ] |
| | ] |
| Defendants. | ] |

## AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Thomas E. Travis, make the following affidavit under oath in support of my request to be admitted to practice *pro hac vice* before the United States District Court, Middle District of Tennessee, Nashville Division.

1. I am counsel in the law firm of Wyatt, Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, Kentucky 40507.

2. I completed the study of law at University of Kentucky College of Law, an accredited law school.

3. I am a member in good standing of the bar of Kentucky.

4. I am also admitted to practice in the following federal courts: United States Supreme Court; United States Western District of Kentucky; United States Eastern District of Kentucky; United States Southern District of Indiana, 1st Circuit Court of Appeals; 6th Circuit Court of Appeals.

5. I am associated in this matter with James C. Bradshaw III, of the law firm Wyatt, Tarrant & Combs, LLP.

6. I wish to be admitted *pro hac vice* in this matter for the purposes of representing The Southern Baptist Theological Seminary and Dr. R. Albert Mohler.

7. At the time counsel files the motion for my *pro hac vice admission*, the prescribed fee of $150.00 will be paid pursuant to Local Rule 83.01 of the Local Rules of

Civil Procedure for the United States District Court, Middle District of Tennessee.

8. No disciplinary proceeding is presently pending against me in any jurisdiction.

9. I consent to be subject to the jurisdiction and rules of the Tennessee Supreme Court governing professional conduct and the local rules of the United States District Court, Middle District of Tennessee.

10. I have completed training regarding the Court's electronic filing system.

**Further affiant sayeth not.**

_____
Thomas E. Travis

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY | ) | |
| | ) | :SS |
| COUNTY OF FAYETTE | ) | |

The foregoing instrument was acknowledged before me this 5th day of June, 2023, by Thomas E. Travis.

My Commission expires:_____.

JONATHON POWERS NUNLEY
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
COMMISSION # KYNP60187
MY COMMISSION EXPIRES OCTOBER 7, 2026

_____
NOTARY PUBLIC