| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, a non-profit corporation; DR. R. ALBERT MOHLER, Individually and as agent and/or employee of THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; | CASE NO: 3:23-CV-00478 |

| | |
|---|---|
| SOLUTIONPOINT INTERNATIONAL, INC., a corporation, individually and d/b/a GUIDEPOST SOLUTIONS; and GUIDEPOST SOLUTIONS, LLC, a limited liability corporation and agent of the Southern Baptist Convention. | ] ] ] ] ] ] ] |
| **Defendants.** | ] |

## AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Byron E. Leet, make the following affidavit under oath in support of my request to be admitted to practice *pro hac vice* before the United States District Court, Middle District of Tennessee, Nashville Division.

1. I am a partner with the law firm of Wyatt, Tarrant & Combs, LLP, 400 West Market Street, Suite 2000, Louisville, Kentucky 40202.

2. I completed the study of law at Vanderbilt University, an accredited law school.

3. I am a member in good standing of the bar of Kentucky.

4. I am also admitted to practice in the following federal courts: United States District Court for the Eastern District of Kentucky; United States District Court for the Western District of Kentucky; United States Court of Appeals for the Sixth Circuit; and Supreme Court of the United States.

5. I am associated in this matter with James C. Bradshaw III, of the law firm Wyatt, Tarrant & Combs, LLP in Nashville.

6. I wish to be admitted *pro hac vice* in this matter for the purposes of representing The Southern Baptist Theological Seminary and Dr. R. Albert Mohler.

7. At the time counsel files the motion for my *pro hac vice admission*, the prescribed fee of $150.00 will be paid pursuant to Local Rule 83.01 of the Local Rules of Civil

Procedure for the United States District Court, Middle District of Tennessee.

8. No disciplinary proceeding is presently pending against me in any jurisdiction.

9. I consent to be subject to the jurisdiction and rules of the Tennessee Supreme Court governing professional conduct and the local rules of the United States District Court, Middle District of Tennessee.

*Further affiant sayeth not.*

_____
Byron E. Leet

COMMONWEALTH OF KENTUCKY )
                          ):SS
COUNTY OF JEFFERSON       )

The foregoing instrument was acknowledged before me this 5th day of June, 2023, by Byron E. Leet.

My Commission expires:_____.

Ursula G. Beam, Notary Public
Kentucky, State at Large
My Commission Expires April 6, 2025
ID# KYNP23860

_____
NOTARY PUBLIC

101141230.1