THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ] |
| Plaintiffs, | ] |
| v. | ] CASE NO: 3:23-CV-00478 |
| SOUTHERN BAPTIST CONVENTION, et al | ] |
| Defendants. | ] |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler, by and through undersigned counsel, respectfully move this Court for an extension of time in which to file an Answer or otherwise respond to the Plaintiff's Complaint (DK#1) up to and including July 12, 2023. No party will be prejudiced by an extension of time for Defendants to file their responses.

The undersigned has conferred with Plaintiff's counsel and this Motion is unopposed.

Respectfully submitted,

*/s/ James C. Bradshaw III*
James C. Bradshaw III, BPR #13170
Ann Weber Langley, BPR #038070
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 251-6747
jbradshaw@wyattfirm.com
alangley@wyattfirm.com

Byron Leet, *(Pending Pro Hac Vice)*
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis, *(Pending Pro Hac Vice)*
Wyatt, Tarrant & Combs, LLP\
250 West Main Street
Suite 1600
Lexington, Kentucky 40507
ttravis@wyattfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Appearance was emailed to counsel via the Court's Electronic Filing System (ECF) on this the 7th day of June, 2023:

| | |
|---|---|
| Gary E. Brewer, #942<br>BREWER AND TERRY, P.C.<br>Attorneys at Law<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett<br>Katherine Barrett Riley (TN BPR#: 021155)<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, Illinois 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | George H. Cate, III Kimberly M. Ingram-Hogan Bradley Arant Boult Cummings LLP 1600 Division St., Suite 700 Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Counsel for Defendant LifeWay Christian Resources*<br><br>R. Bruce Barze, Jr. Barze Taylor Noles Lowther LLC 2204 Lakeshore Dr., Suite 425 Birmingham, AL 35209<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger*<br><br>John R. Jacobson, Esq.<br>Katherine R. Klein, Esq.<br>Riley & Jacdobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com |

| | |
|---|---|
| Ronald G. Harris<br>Philip N. Elbert<br>Olivia R. Arboneaux<br>Neal & Harwell, PLC<br>1201 Demonbreun St., Suite 1000<br>Nashville, TN 37203<br>rharris@nealharwell.com<br>pelbert@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>*Counsel for Defendant Jennifer Lyell* | Steven G. Mintz, Esq. Terence W. McCormick, Esq. 600 Third Avenue, 25th Florr New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC and SolutionPoint International, Inc* |

*/s/ James C. Bradshaw III*

101147265.1