THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, a non-profit corporation; DR. R. ALBERT MOHLER, Individually and as agent and/or employee of THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; | CASE NO: 3:23-CV-00478 |

| | |
|---|---|
| SOLUTIONPOINT INTERNATIONAL, INC., a corporation, individually and d/b/a GUIDEPOST SOLUTIONS; and GUIDEPOST SOLUTIONS, LLC, a limited liability corporation and agent of the Southern Baptist Convention. | ] ] ] ] ] ] ] |
| Defendants. | ] |

## AMENDED MOTION FOR PRO HAC VICE

Byron Leet files this Amended Motion requesting admission *pro hac vice* to serve as counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler, Individually and as an agent and/or employee of The Southern Baptist Theological Seminary, and in support thereof, states as follows:

1. Byron Leet is currently a member in good standing of the state bar of the State of Kentucky. As demonstrated by the attached Certificate of Good Standing, Mr. Leet is currently admitted and in good standing to practice law in the state courts of Kentucky. See Exhibit 1.

2. Byron Leet is admitted to practice before all courts in the State of Kentucky. There have been no disciplinary actions or investigations instituted against him. See Affidavit, attached hereto as Exhibit 2.

3. Mr. Leet seeks admission to appear *pro hac vice* in this case to represent Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler, Individually and as an agent and/or employee of The Southern Baptist Theological Seminary, in association with James C. Bradshaw III, who is admitted to practice before this Court and who is a member in good standing with the bar of the State of Tennessee.

4. Mr. Leet has read and will comply will all rules of the Court and agrees to be subject to the rules of the courts of Tennessee.

5. Mr. Leet has not nor has he ever been, the subject of disciplinary proceedings by any disciplinary authority, court or tribunal.

6. Mr. Leet has not been found in contempt by any court or tribunal.

7. Mr. Leet has not been sanctioned pursuant to 28 U.S.C.§ 1927.

**WHEREFORE, PREMISES CONSIDERED**, Byron Leet respectfully moves this Court to grant admission *pro hac vice*, as a non-resident attorney before the bar of this Court for all proceedings on behalf of the Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler, Individually and as an agent and/or employee of The Southern Baptist Theological Seminary in connection with the above referenced civil action. A proposed Order permitting *pro hac vice* admission is also submitted herewith.

Respectfully submitted,

***/s/ James C. Bradshaw III***
James C. Bradshaw III, BPR #13170
Ann Weber Langley, BPR #038070
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 251-6747
jbradshaw@wyattfirm.com
alangley@wyattfirm.com

Byron Leet, *(Pending Pro Hac Vice)*
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis, *(Pending Pro Hac Vice)*
Wyatt, Tarrant & Combs, LLP\
250 West Main Street
Suite 1600
Lexington, Kentucky 40507
ttravis@wyattfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the following Notice of Appearance was emailed to counsel via the Court's Electronic Filing System (ECF) on this the 9th day of June, 2023:

| | |
|---|---|
| Gary E. Brewer, #942<br>BREWER AND TERRY, P.C.<br>Attorneys at Law<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett<br>Katherine Barrett Riley (TN BPR#: 021155)<br>BARRETT LAW GROUP, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, Illinois 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | George H. Cate, III Kimberly M. Ingram-Hogan Bradley Arant Boult Cummings LLP 1600 Division St., Suite 700 Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Counsel for Defendant LifeWay Christian Resources*<br><br>R. Bruce Barze, Jr. Barze Taylor Noles Lowther LLC 2204 Lakeshore Dr., Suite 425 Birmingham, AL 35209<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger*<br><br>John R. Jacobson, Esq.<br>Katherine R. Klein, Esq.<br>Riley & Jacdobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com |

| | |
|---|---|
| Ronald G. Harris<br>Philip N. Elbert<br>Olivia R. Arboneaux<br>Neal & Harwell, PLC<br>1201 Demonbreun St., Suite 1000<br>Nashville, TN 37203<br>rharris@nealharwell.com<br>pelbert@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>*Counsel for Defendant Jennifer Lyell* | Steven G. Mintz, Esq. Terence W. McCormick, Esq. 600 Third Avenue, 25th Florr New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC and SolutionPoint International, Inc* |

*/s/ James C. Bradshaw III*

101146129.1