# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

## CERTIFICATE OF GOOD STANDING

I, James J Vilt, Jr , Clerk of this Court, certify that Byron Edward Leet , Bar # 40808 , was duly admitted to practice in this Court on 04/11/1985 , and is in good standing as a member of the Bar of this Court.

Dated at Louisville, Ky on 06/08/2023
       *(Location)*                        *(Date)*

_____                _____
         *CLERK*                              *DEPUTY CLERK*