# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

## CERTIFICATE OF GOOD STANDING

I, James J Vilt, Jr , Clerk of this Court, certify that Thomas Edwin Joseph Travis , Bar # 96874 , was duly admitted to practice in this Court on 08/18/2017 , and is in good standing as a member of the Bar of this Court.

Dated at Louisville, Ky on 06/08/2023
*(Location)* *(Date)*

_____
*CLERK*

_____
*DEPUTY CLERK*