IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION, *et al.,* | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:23-cv-00478
JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Chip Frensley

## NOTICE OF APPEARANCE

Please take notice that Catherine M. Newman of the law firm Barze Taylor Noles Lowther LLC hereby enters her appearance on behalf of Defendant, Eric Geiger.

Respectfully Submitted,

*s/ Catherine M. Newman*
Catherine M. Newman (BPR # 039181)
R. Bruce Barze, Jr.
(*Pro Hac Vice* Motion to be submitted)
J. Graham Gilmore
(*Pro Hac Vice* Motion to be submitted)

Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
Office: (205) 900-7024
Fax:    (205) 872-0339
cnewman@btnllaw.com
bbarze@btnllaw.com
ggilmore@btnllaw.com

*Counsel for Defendant Eric Geiger*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 14th day of June, 2023 on the following:

L. Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair
2908 Poston Avenue
Nashville, TN 37203
Office: (615) 320-3225
Fax:     (615) 320-3244
gmarchetti@tpmblaw.com
matt@tpmblaw.com
*Attorneys for Bart Barber; Dr. Ed Litton; Southern Baptist Convention*

John R. Jacobson
Katherine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Office: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com
*Attorneys for Guidepost Solutions, LLC; Solutionpoint International, Inc.*

Terence William McCormick
Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
Office: (212) 696-4848
mccormick@mintzandgold.com
mintz@mintzandgold.com
*Attorneys for Solutionpoint International, Inc.*

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025
Office: (615) 252-3592
Fax:     (615) 252-6357
gcate@bradley.com
kingram@bradley.com
*Attorneys for Lifeway Christian Resources of the Southern Baptist Convention*

Olivia Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Neil & Harwell, PLC
1201 Demonbreun Street, Ste 1000
Nashville, TN 37203
Office: (615) 244-1713
Fax:     (615) 726-0573
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com
*Attorneys for Jennifer Lyell*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Ste 1050
Nashville, TN 37201
Office: (615) 244-0020
Fax:     (615) 256-1726
jbradshaw@wyattfirm.com
*Attorneys for Dr. R. Albert Mohler; The Southern Baptist Theological Seminary*

| | |
|---|---|
| John (Don) W. Barrett<br>Katherine Barrett Riley<br>Barrett Law Group, P.A.<br>P.O. Box 927<br>404 Court Square<br>Lexington, MS 39095<br>Office: (662) 834-2488<br>Fax:    (662) 834-2628<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com | Gary E. Brewer<br>Brewer & Terry, P.C.<br>1702 W. Andrew Johnson Hwy<br>Morristown, TN 37816-2046<br>Office: (423) 587-2730<br>Fax:    (423) 585-0427<br>robin@brewerandterry.com<br><br>Shannon M. McNulty<br>Clifford Law Offices, P.C.<br>120 N. LaSalle Street, Ste 3100<br>Chicago, IL 60602<br>Office: (312) 899-9090<br>smm@cliffordlaw.com<br>*Attorneys for Plaintiff* |

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Executive Committee of the Southern Baptist Convention
901 Commerce St., Ste 750
Nashville, TN 37203

Willie McLaurin
300 Harkins Court
Nolensville, TN 37135

Rolland Slade
9127 LA Larga Vis
Spring Valley, CA 91977

                                                 *s/ Catherine M. Newman*
                                               Of Counsel