# UNITED STATES DISTRICT COURT
## Northern District of Alabama



Greer M. Lynch  
Clerk of Court

Joe Musso  
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Ronald Bruce Barze** was duly admitted to practice in said Court on **October 30, 1992** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **June 7, 2023**

GREER M. LYNCH, CLERK

By: *Pamela Cook*

Pamela R. Cook, Deputy Clerk