# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Greer M. Lynch**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Greer M. Lynch**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Jackson Graham Gilmore** was duly admitted to practice in said Court on **March 22, 2022** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **June 7, 2023**

GREER M. LYNCH, CLERK

By: *Pamela Cook*
Pamela R. Cook, Deputy Clerk