# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **Case No. 3:23-cv-00478**<br>) **Judge William L. Campbell, Jr.**<br>) **Magistrate Judge Jeffery S. Frensley** |
| SOUTHERN BAPTIST CONVENTION, a non-profit corporation; et al., | )<br>) **JURY TRIAL DEMANDED** |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brigid M. Carpenter of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC hereby enters an appearance as attorney of record on behalf of Defendants Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade, without waiving any substantive or procedural rights, but to notify the Court and counsel of her representation.

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (BPR #018134)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-7341
Fax: (615) 744-7341

*Attorneys for Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade*

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Attorneys for Plaintiffs*

Oliva Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Attorneys for Jennifer Lyell*

R. Bruce Barze
Catherine M. Newman
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
bbarze@btnllaw.com
cnewman@btnllaw.com

*Attorneys for Eric Geiger*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

| | |
|---|---|
| Louis Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>Taylor, Pigue, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Bart Barber*<br><br>Terence William McCormick<br>Steven G. Mintz<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mccormick@mintzandgold.com<br>mintz@mintzandgold.com<br><br>*Attorneys for Solutionpoint International, Inc.* | George H. Cate, III<br>Kimberly Michelle Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, Tennessee 37203-0025<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Attorneys for Lifeway Christian Resources of the Southern Baptist Convention*<br><br>John R. Jacobson<br>Katharine R. Klein<br>Riley & Jacobson<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>*Guidepost Solutions, LLC and Solutionpoint International, Inc.* |

this 15th day of June, 2023.

*s/ Brigid M. Carpenter*
Brigid M. Carpenter