UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN BAPTIST CONVENTION, ) <br> a non-profit corporation; et al., ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-00478 <br> Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION OF DEFENDANTS EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, WILLIE MCLAURIN, AND ROLLAND SLADE FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendants Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade (collectively "Defendants") respectfully move the Court for an extension of time up to and including July 12, 2023, to respond to Plaintiffs' Complaint [Doc. 1]. For grounds, undersigned counsel requires additional time to communicate with Defendants and formulate their responses to Plaintiffs' Complaint. Defendants submit that this brief extension will not unduly delay these proceedings.

The undersigned has sought Plaintiffs' consent with respect to this requested extension, and Plaintiffs have permitted the undersigned to state that this motion is unopposed.

1

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPF #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-7341
Fax: (615) 744-7341

*Attorneys for Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Attorneys for Plaintiffs*

Oliva Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Attorneys for Jennifer Lyell*

R. Bruce Barze
Catherine M. Newman
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
bbarze@btnllaw.com
cnewman@btnllaw.com

*Attorneys for Eric Geiger*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Louis Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

***Attorneys for Southern Baptist Convention, Dr. Ed Litton and Bart Barber***

Terence William McCormick
Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mccormick@mintzandgold.com
mintz@mintzandgold.com

***Attorneys for Solutionpoint International, Inc.***

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203-0025
gcate@bradley.com
kingram@bradley.com

***Attorneys for Lifeway Christian Resources of the Southern Baptist Convention***

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

***Guidepost Solutions, LLC and Solutionpoint International, Inc.***

this 3rd day of July, 2023.

*s/ Brigid M. Carpenter*
Brigid M. Carpenter