IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY SILLS,

    Plaintiffs,

vs.

SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION, LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and

CASE NO.: 3:23-CV-00478
JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley
JURY DEMAND

Case 3:23-cv-00478    Document 70    Filed 07/06/23    Page 1 of 5 PageID #: 258

| | |
|---|---|
| **EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, a non-profit corporation; DR. R. ALBERT MOHLER, Individually and as agent and/ or employee of THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; SOLUTIONPOINT INTERNATIONAL, INC., a corporation, individually and d/b/a GUIDEPOST SOLUTIONS; and GUIDEPOST SOLUTIONS, LLC, a limited liability corporation and agent of the Southern Baptist Convention.,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Come now Defendant, Lifeway Christian Resources, by and through undersigned counsel of record, without waiving any affirmative defenses, including, but not limited to, jurisdiction, venue, or service of process, and state to this Honorable Court that Richard C. Mangelsdorf, Jr. and Terri L. Bernal of McAngus Goudelock & Courie, LLC ("MGC") will be representing Defendant, Lifeway Christian Resources in this cause of action and request that Richard C. Mangelsdorf, Jr. and Terri L. Bernal be entered as counsel of record by the Clerk of the Court.

The undersigned counsel hereby requests that all notices given or required to be given, and all pleadings served or required to be served, in this case be given to and served upon the undersigned at the address indicated below.

Respectfully submitted this, the 6th day of July, 2023.

                                           MCANGUS GOUDELOCK & COURIE, LLC

                                           BY:   */s/ Richard C. Mangelsdorf, Jr.*
                                                          Richard C. Mangelsdorf, Jr., 012707
                                                          Terri L. Bernal, 018542
                                                          Post Office Box 2949
                                                          120 Brentwood Commons Way, Suite 625
                                                          Brentwood, Tennessee 37024
                                                          Phone: (615) 499-7281
                                                          Facsimile: (615) 523-1496
                                                          Email: chuck.mangelsdorf@mgclaw.com
                                                                    terri.bernal@mgclaw.com
                                                          *ATTORNEYS FOR LIFEWAY CHRISTIAN*
                                                          *RESOURCES OF THE SOUTHERN*
                                                          *BAPTIST CONVENTION*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

> L. Gino Marchetti, Jr.
> Matthew C. Pietsch
> Taylor, Pigue, Marchetti & Blair, PLLC
> 2908 Poston Avenue
> Nashville, Tennessee 37203-1312
> Attorneys for Southern Baptist Convention, Dr. Ed Litton, Bart Barber
>
> Brigid M. Carpenter
> Baker Donelson
> 1600 West End Avenue, Suite 2000
> Nashville, Tennessee 37203
> Attorney for Executive Committee of the Southern Baptist Convention, Willie McLaurin, Rolland Slade
>
> Byron E. Leet
> James C. Bradshaw III
> Thomas E. Travis
> Wyatt, Tarrant & Combs, LLP
> 333 Commerce Street, Suite 1000
> Nashville, Tennessee 37201
> Attorneys for The Southern Baptist Theological Seminary, Dr. R. Albert Mohler
>
> Olivia Rose Arboneaux
> Philip N. Elbert
> Ronald G. Harris
> Neal & Harwell, PLC
> 1201 Demonbreun Street, Suite 1000
> Nashville, Tennessee 37203
> Attorneys for Jennifer Lyell
>
> Catherine M. Newman
> J. Graham Gilmore
> R. Bruce Barze
> Barze Taylor Noles Lowther, LLC
> 2204 Lakeshore Drive, Suite 425
> Birmingham, AL 35209
> Attorneys for Eric Geiger

John R. Jacobson
Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Attorneys for SolutionPoint International Inc. and Guidepost Solutions, LLC

Steven G. Mintz
Terrence William McCormick
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
Attorney for SolutionPoint International Inc.

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, Tennessee 37816
Attorney for Michael David Sills and Mary Sills

John (Don) W. Barrett
Katherine Barrett Riley
Barrett Law Group, P.A.
404 Court Square
Lexington, MS 39095
Attorneys for Michael David Sills and Mary Sills

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Attorney for Michael David Sills and Mary Sills

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Attorneys for Lifeway Christian Resources of the Southern Baptist Convention

This the 6th day of July, 2023.

*/s/ Richard C. Mangelsdorf, Jr.*
RICHARD C. MANGELSDORF, JR.

Page 5 of 5
Case 3:23-cv-00478   Document 70   Filed 07/06/23   Page 5 of 5 PageID #: 262