# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 3:23-cv-00478** |
| | ) | **JUDGE WILLIAM L. CAMPBELL, JR.** |
| **v.** | ) | **Magistrate Judge Jeffery S. Frensley** |
| | ) | |
| **SOUTHERN BAPTIST** | ) | **JURY DEMAND** |
| **CONVENTION,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT LIFEWAY'S MOTION TO DISMISS ALL OF PLAINTIFFS' CLAIMS AGAINST IT

Defendant Lifeway Christian Resources of the Southern Baptist Convention ("Lifeway") moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims asserted against it by Plaintiffs Michael David Sills and Mary Sills. In support, Lifeway would show the Court as follows:

1.	All of the Sills' claims against Lifeway are time barred.

2.	The Sills' claims also fail on the merits for two reasons. First, the Sills do not sufficiently distinguish among the fourteen defendants or specifically allege wrongdoing against Lifeway, thus failing to provide adequate notice of the factual basis of the Sills' claims. Second, the Sills fail to plausibly plead at least one essential element of each claim against Lifeway. More specifically, the Sills' defamation claims fail, among other reasons, because the Sills do not plausibly allege that Lifeway published a defamatory statement. The Sills also fail to state negligence claims against Lifeway because they do not plausibly allege that Lifeway owed them a duty, that they suffered cognizable injury or loss, or that Lifeway acted with gross negligence or

wantonness. Nor do the Sills plausibly allege negligence based on a *respondeat superior* theory because they fail to allege that either one-time Lifeway employee named in the Complaint was acting on Lifeway's authority and within the scope of their employment for Lifeway. The Sills' intentional infliction of emotional distress claim fails, too, because the alleged conduct was not outrageous or alleged to cause sufficiently severe mental harm. The Sills also fail to state a conspiracy claim against Lifeway because they do not adequately allege that Lifeway knowingly agreed with any other defendant to defame the Sills or that it undertook an overt act in furtherance of the conspiracy. Finally, the Sills' punitive damages claim fails as to Lifeway because the Sills do not allege Lifeway acted with the requisite intent.

3.      Lifeway submits the accompanying brief in support of these arguments.

WHEREFORE, Lifeway respectfully asks the Court to dismiss all of Plaintiffs' claims against Lifeway with prejudice. Lifeway also prays for such other and further relief to which it may show itself justly entitled.

Dated: July 12, 2023

Respectfully submitted,

*/s/ George H. Cate, III*
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
Virginia N. Adamson (BPR #39285)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street
Suite 700
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
gcate@bradley.com
kingram@bradley.com
jadamson@bradley.com

Chuck Mangelsdorf
Terri Bernal
McAngus Goudelock & Courie LLC
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
Telephone: (615) 499-7177
Facsimile: (615) 523-1496
chuck.mangelsdorf@mgclaw.com
terri.bernal@mgclaw.com

*Attorneys for Defendant*
*Lifeway Christian Resources of*
*the Southern Baptist Convention*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served on the following via the Court's CM/ECF system on July 12, 2023:

Gary E. Brewer
BREWER AND TERRY, P.C.
1702 W. Andrew Johnson HWY
Morristown, TN 37816-2046

John (Don) W. Barrett
Katherine Barrett Riley
BARRETT LAW GROUP, P.A.
PO Box 927
404 Court Square
Lexington, MS 39095

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602

*Counsel for Plaintiffs*

Brigid M. Carpenter
Ryan P. Loofbourrow
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

3

*Counsel for Executive Committee of the*
*Southern Baptist Convention,*
*Willie McLaurin, and Rolland Slade*

Catherine M. Newman
R. Bruce Barze, Jr.
J. Graham Gilmore
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209

*Counsel for Defendant Eric Geiger*

Olivia Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203

*Counsel for Jennifer Lyell*

John R. Jacobson
Katherine R. Klein
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Steven G. Mintz
Terence William McCormick
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York NY 10016

*Counsel for SolutionPoint International, Inc.*
*and Guidepost Solutions, LLC*

Louis Gino Marchetti, Jr.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203

*Counsel for the Southern Baptist Convention*

4

James C. Bradshaw III
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201

Byron Leet
Thomas E. Travis
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202

*Counsel for Defendants The Southern Baptist*
*Theological Seminary and Dr. R. Albert Mohler*


/s/ George H. Cate, III
George H. Cate, III