THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS ) | |
| and MARY SILLS, ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | CASE NO. 3:23-cv-00478 |
| v. ) | |
|  ) | JUDGE WILLIAM L. CAMPBELL, JR. |
|  ) | Magistrate Judge Jeffrey S. Frensley |
| SOUTHERN BAPTIST CONVENTION, ) | |
| *et al.* ) | JURY TRIAL DEMANDED |
|  ) | |
| Defendants. ) | |

### DEFENDANT JENNIFER LYELL'S
### MOTION TO DISMISS PLAINTIFFS' CLAIMS

Defendant Jennifer Lyell hereby moves this Court to dismiss Plaintiffs' claims against her for lack of subject matter jurisdiction pursuant to Rule 12(b)(2) of Federal Rules of Civil Procedure. Defendant Lyell also moves to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted against her, pursuant to Rule 12(b)(6).

The religious abstention/church autonomy doctrine mandated by the First Amendment to the United States Constitution applies to deprive this Court of subject matter jurisdiction. Plaintiffs' lawsuit is an attack on the Southern Baptist Convention's actions taken in response to the alleged mishandling of sexual abuse claims by the denomination and its leaders, specifically by the Defendant Executive Committee of the Southern Baptist Convention. Plaintiffs' lawsuit attacks, *inter alia,* the methods of the religious denomination's investigation and the reported conclusions of the investigators. Plaintiffs allege in conclusory fashion that the denomination, its leaders, and related entities engaged in a conspiracy to defame them. To try and prove such an

implausible conspiracy, and the other related causes of action, Plaintiffs would be questioning Defendant Southern Baptist Convention's governance and its response to issues within the denomination.

Plaintiffs' lawsuit also attacks Defendant Jennifer Lyell's reporting of the sexual abuse that she suffered from Plaintiff David Sills, including statements that she made to the Southern Baptist Convention and its agents during the denomination's internal investigation of its leaders' handling of sexual abuse claims. Her statements about the abuse were truthful, privileged, and not actionable. Moreover, none of these statements were new. Any causes of action Plaintiffs might otherwise have had against Jennifer Lyell arose, if at all, well more than a year ago—indeed, as far back as 2018—and are time-barred by the applicable statutes of limitation. For these reasons, Plaintiffs have failed to state a claim upon which relief can be granted.

In support of this Motion to Dismiss, Defendant Lyell has submitted a Memorandum in Support (with exhibits thereto). Defendant Jennifer Lyell respectfully asks this Court to dismiss all of Plaintiffs' claims with prejudice and award any other relief as she may prove herself entitled.

Dated July 12, 2023.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By:    */s/ Ronald G. Harris*
       Ronald G. Harris, BPR #009054
       Philip N. Elbert, BPR #009430
       Olivia R. Arboneaux, BPR #040225

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
rharris@nealharwell.com
pelbert@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of July, 2023, the foregoing was served via the court's electronic filing system and/or by email on the following counsel of record:

| | |
|---|---|
| Gary E. Brewer<br>BREWER AND TERRY, PC<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br><br>John W. ("Don") Barrett *(pro hac vice)*<br>Katherine Barrett Riley *(pro hac vice)*<br>BARRETT LAW GROUP, PA<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty *(pro hac vice)*<br>CLIFFORD LAW OFFICES, PC<br>120 N. LaSalle St., 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz *(pro hac vice)*<br>Terence W. McCormick *(pro hac vice)*<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |
| L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber* | Catherine M. Newman<br>R. Bruce Barze, Jr. *(pending pro hac vice admission)*<br>J. Graham Gilmore *(pending pro hac vice admission)*<br>BARZE TAYLOR NOLES LOWTHER LLC<br>2204 Lakeshore Dr., Suite 425<br>Birmingham, AL 35209<br>cnewman@btnllaw.com<br>bbarze@btnllaw.com<br>ggilmore@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger* |

| | |
|---|---|
| George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>Richard C. Mangelsdorf, Jr.<br>Terri L. Bernal<br>MCANGUS GOUDELOCK & COURIE, LLC<br>P.O. Box 2949<br>120 Brentwood Commons Way, Suite 625<br>Brentwood, TN 37024<br>chuck.mangelsdorf@mgclaw.com<br>terri.bernal@mgclaw.com<br><br>*Counsel for Defendant LifeWay Christian Resources of the Southern Baptist Convention* | James C. Bradshaw III<br>WYATT, TARRANT & COMBS, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron Leet *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* |
| Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>*Counsel for Defendants The Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade* | |

        */s/ Ronald G. Harris*