# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS,<br><br>Plaintiffs,<br><br>v.<br><br><br>SOUTHERN BAPTIST CONVENTION, a non-profit corporation;<br>DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION;<br>LIFE WAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation;<br>JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION;<br>ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION;<br>EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation;<br>BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION;<br>WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION;<br>ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; | Case No. 3:23-cv-00478<br>Judge Campbell<br>Magistrate Judge Frensley |

1

| |
|---|
| THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, a non-profit corporation; <br> DR. R. ALBERT MOHLER, Individually and as agent and/or employee of THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; <br> SOLUTIONPOINT INTERNATIONAL, INC., a corporation, individually and d/b/a GUIDEPOST SOLUTIONS; and <br> GUIDEPOST SOLUTIONS, LLC, a limited liability corporation and agent of the Southern Baptist Convention, <br><br>        Defendants. |

## MOTION OF DEFENDANTS SOLUTIONPOINT INTERNATIONAL, INC., AND GUIDEPOST SOLUTIONS LLC TO DISMISS PLAINTIFFS' COMPLAINT

 For the reasons set forth more fully in the accompanying Memorandum of Law, pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2) and/or Fed. R. Civ. P. 12(b)(6), Defendants SolutionPoint International, Inc. ("SPI") and Guidepost Solutions LLC respectfully move to dismiss Plaintiffs' Complaint ("Complaint") for lack of subject matter jurisdiction, lack of personal jurisdiction (as to SPI) and/or for failure to state a claim upon which relief can be granted.

 In further support of this Motion, the Declaration of Anthony M. Collura is filed contemporaneously herewith.

Respectfully submitted,

s/ John R. Jacobson
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

 -and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Defendants SolutionPoint*
*International, Inc. and Guidepost Solutions LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 12th day of July, 2023 on the following:

Gary E. Brewer
Brewer and Terry, P.C.
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
robin@brewerandterry.com

John W. Barrett
Katherine Barrett Riley
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

Catherine M. Newman
R. Bruce Barze, Jr.
J. Graham Gilmore
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
cnewman@btnllaw.com
bbarze@btnllaw.com
ggilmore@btnllaw.com

*Attorneys for Eric Geiger*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Ronald G. Harris
Philip N. Elbert
Olivia R. Arboneaux
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
rharris@nealharwell.com
pelbert@nealharwell.com
oarboneaux@nealharwell.com

*Attorneys for Jennifer Lyell*

Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue & Marchettie & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Dr. Bart Barber*

George H. Cate, III
Kimberly M. Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
gcate@bradley.com
kingram@bradley.com

*Attorneys for LifeWay Christian Resources*

<div style="display: flex;">
<div>

Byron Leet
Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

</div>
<div>

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdoneslon.com
rloofbourrow@bakerdonelson.com

*Attorneys for Executive Committee of Southern Baptist Conventions, Willie McLaurin and Rolland Slade*

Richard C. Mangelsdorf, Jr.
Terri L. Bernal
McAngus Goudelock & Courie, LLC
P.O. Box 2949
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37024
Chuck.mangelsdorf@mcgclaw.com
Terri.bernal@mgclaw.com

*Attorneys for Lifeway Christian Resources of the Southern Baptist Convention*

</div>
</div>

                                                s/ John R. Jacobson