IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **CASE NO: 3:23-cv-00478** |
| | ) Judge William L. Campbell, Jr. |
| **SOUTHERN BAPTIST CONVENTION** *et al.*, | ) Magistrate Judge Jeffrey Frensley ) ) |
| **Defendants.** | ) |

**DEFENDANT THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY'S BUSINESS ENTITY DISCLOSURE**
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Defendant The Southern Baptist Theological Seminary makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held non-profit corporation incorporated in Kentucky with its principal place of business in Louisville, Kentucky.

☐ This party has parent corporations
  If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date:_____  Signature:  s/ James C. Bradshaw III

                      Printed Name:  James C. Bradshaw III

                      Title: Counsel for The Southern Baptist Theological Seminary

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Business Entity Disclosure was emailed to counsel via the Court's Electronic Filing System (ECF) on this the 12th day of July, 2023:

Gary E. Brewer
BREWER & TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816

*Counsel for Plaintiffs*

John. W. ("Don") Barrett (admitted *pro hac vice*)
Katherine Barrett Riley (TN BPR#: 021155)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

*Counsel for Plaintiffs*

George H. Cate III
Kimberly Michelle Ingram-Hogan
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025
gcate@bradley.com
kingram@bradley.com

Richard C. Mangelsdorf, Jr.
MCANGUS GOUDELOCK & COURIE, LLC
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
chuck.mangelsdorf@mcglaw.com

*Counsel for Defendant, Lifeway Christian Resources of the Southern Baptist Convention*

Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Counsel for Plaintiff*

L. Gino Marchetti, Jr.
Matthew C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for Defendants, Southern Baptist Convention, Dr. Ed Litton, and Bart Barber*

Olivia Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
NEAL & HARWELL, PLCC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Counsel for Defendant, Jennifer Lyell*

| | |
|---|---|
| Catherine M. Newman<br>R. Bruce Barze, Jr.<br>J. Graham Gilmore<br>BARZE TAYLOR NOLES LOWTHER LLC<br>2204 Lakeshore Drive, Suite 425<br>Birmingham, AL 35209<br>cnewman@btnllaw.com<br>bbarze@btnllaw.com<br>ggilmore@btnllaw.com<br><br>*Counsel for Defendant, Eric Geiger* | Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>*Counsel for Defendants, Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade* |
| Terence William McCormick<br>Steven G. Mintz<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mccormick@mintzandgold.com<br>mintz@mintzandgold.com<br><br>*Counsel for Defendant, SolutionPoint International, Inc.* | John R. Jacobson<br>Katherine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC and Solutionpoint International, Inc.* |

***/s/ James C. Bradshaw III***
