UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| *Plaintiffs*, | ) Case No. 3:23-cv-00478 |
| v. | ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) ) ) |
| *Defendants* | ) |

## MOTION TO DISMISS

Defendants, The Southern Baptist Theological Seminary (the "Seminary") and R. Albert Mohler, Jr. ("Mohler") (collectively, the "Seminary Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), move to dismiss the claims asserted against them in the Complaint filed by Plaintiffs, Michael David Sills ("Sills") and Mary Sills ("Mrs. Sills") (collectively, the "Plaintiffs"). A Memorandum of Law in support of the Seminary Defendants' Motion is attached hereto.

Respectfully submitted,

*/s/ James C. Bradshaw III*
James C. Bradshaw III, BPR #13170
Ann Weber Langley, BPR #038070
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 251-6747
jbradshaw@wyattfirm.com
alangley@wyattfirm.com

Byron Leet, *(Admitted Pro Hac Vice)*
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000

Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis, *(Admitted Pro Hac Vice)*
Wyatt, Tarrant & Combs, LLP
250 West Main Street
Suite 1600
Lexington, Kentucky 40507
ttravis@wyattfirm.com

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the following Notice of Appearance was emailed to counsel via the Court's Electronic Filing System (ECF) on this the ___ day of July, 2023:

Gary E. Brewer, #942
BREWER & TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816
P.O. Box 2046

John. W. ("Don") Barrett (to be admitted *pro hac vice*)
Katherine Barrett Riley (TN BPR#: 021155)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty (to be admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Counsel for Plaintiffs*

L. Gino Marchetti, Jr.
Matthew C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for Defendants, Bart Barber; Dr. Ed Litton; Southern Baptist Convention*

Catherine M. Newman (TN BPR#: 039181)
R. Bruce Barze, Jr. (to be admitted *pro hac vice*)
J. Graham Gilmore (to be admitted *pro hac vice*)
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
cnewman@btnllaw.com
bbarze@btnllaw.com
ggilmore@btnllaw.com

*Counsel for Defendant, Eric Geiger*

John R. Jacobson
Katherine R. Klein
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

*Counsel for Defendants Guidepost Solutions, LLC and Solutionpoint International, Inc.*

| | |
|---|---|
| Terence William McCormick<br>Steven G. Mintz<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mccormick@mintzandgold.com<br>mintz@mintzandgold.com<br><br>*Counsel for Defendant, Solutionpoint International, Inc.* | George H. Cate III<br>Kimberly Michelle Ingram-Hogan<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, TN 37203-0025<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Counsel for Defendant, Lifeway Christian Resources of the Southern Baptist Convention* |
| Olivia Rose Arboneaux<br>Philip N. Elbert<br>Ronald G. Harris<br>NEIL & HARWELL, PLCK<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>oarboneaux@nealharwell.com<br>pelbert@nealharwell.com<br>rharris@nealharwell.com<br><br>*Counsel for Defendant, Jennifer Lyell* | Brigid M. Carpenter<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>bcarpenter@bakerdonelson.com<br><br>*Counsel for Defendants, Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade* |

                                          ***/s/ James C. Bradshaw III***

101164018.1