IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTHERN BAPTIST CONVENTION, et al. | ) ) ) |
| Defendants. | ) ) |

Case No. 3:23-cv-00478

Judge Campbell
Magistrate Judge Frensley

JURY DEMAND

## MOTION TO DISMISS OF DEFENDANTS EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, WILLIE MCLAURIN, AND ROLLAND SLADE

Plaintiff Michael David Sills had a sexual relationship with Defendant Jennifer Lyell when he was a professor at Southern Baptist Theological Seminary and she was a student. Lyell claims the relationship was nonconsensual and abusive—allegations that Sills disputes. The Southern Baptist Convention held an Annual Meeting in 2021 and its Messengers voted to conduct an independent internal investigation on the Executive Committee for the Southern Baptist Convention's handling of sexual abuse claims. In the end, the independent internal investigation determined that Lyell was truthful, and the sexual relationship between Sills and Lyell was not consensual and was abusive.

Sills and his wife Mary now seek damages claiming that Sills was defamed by the ECSBC, McLaurin, and Slade, by repeating Lyell's accusation that Sills sexually abused her. However, because the Sills' conspiracy theory and defamation claim would require the Court to enmesh itself in the inner workings of the Southern Baptist Convention, the First Amendment to the United States Constitution prohibits the Sillses' claims. Moreover, because the ECSBC has the ability to believe Lyell over Sills, there is no plausible allegation that the ECSBC, McLaurin, or Slade acted

1

with actual malice. Nor is there a plausible allegation that any statement defamed Sills—he alleges his reputation was ruined through the truthful statement that he engaged in an extramarital affair with Lyell.

For the foregoing reasons and others, as described more fully in the accompanying Memorandum of Law, the Executive Committee, McLaurin, and Slade request that the Court dismiss the Complaint.

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPF #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-7341
Fax: (615) 744-7341

*Attorneys for Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade*

# CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Attorneys for Plaintiffs*

Oliva Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Attorneys for Jennifer Lyell*

R. Bruce Barze
Catherine M. Newman
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
bbarze@btnllaw.com
cnewman@btnllaw.com

*Attorneys for Eric Geiger*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Louis Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Bart Barber*

Terence William McCormick
Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mccormick@mintzandgold.com
mintz@mintzandgold.com

*Attorneys for Solutionpoint International, Inc.*

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203-0025
gcate@bradley.com
kingram@bradley.com

Richard C. Mangelsdorf, Jr.
Terri L. Bernal
P.O. Box 2949
120 Brentwood Comms Way
Suite 625
Brentwood, Tennessee 37024
Chuck.mangelsdorf@mgclaw.com
Terri.bernal@mgclaw.com

*Attorneys for Lifeway Christian Resources of the Southern Baptist Convention*

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

*Guidepost Solutions, LLC and Solutionpoint International, Inc.*

this 12th day of July, 2023.

                                         *s/ Brigid M. Carpenter*
                                         Brigid M. Carpenter