IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Docket No.: 3:23-CV-00478** |
| v. ) | **JURY DEMAND** |
| ) | |
| **SOUTHERN BAPTIST CONVETION,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS
## BY DEFENDANTS SOUTHERN BAPTIST CONVENTION,
## BART BARBER AND ED LITTON

Defendants Southern Baptist Convention ("SBC"), Bart Barber ("Dr. Barber") and Ed Litton ("Dr. Litton") move to dismiss Plaintiffs' Complaint ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2) and/or 12(b)(6). For the reasons set forth more fully in the accompanying Memorandum of Law, the SBC, Dr. Barber, and Dr. Litton respectfully request that Plaintiff's Complaint be dismissed for lack of subject matter jurisdiction, lack of personal jurisdiction (as to Dr. Barber and Dr. Litton) and/or for failure to state a claim upon which relief can be granted.

**DATED: July 12, 2023**

Respectfully submitted,

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

By: */s/ Matthew C. Pietsch*
L. Gino Marchetti, Jr., BPR No. 005562
Matthew C. Pietsch, BPR No. 024659
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225
(615) 320-3244 Fax
gmarchetti@tpmblaw.com
matt@tpmblaw.com
*Counsel for Defendant*
*Southern Baptist Convention*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **July 12, 2023**:

| | |
|---|---|
| Gary E. Brewer<br>Brewer and Terry, P.C.<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. Barrett<br>Katherine Barrett Riley<br>Barrett Law Group, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br><br>Shannon M. McNulty<br>Clifford Law Office, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiff* | John R. Jacobson, Esq.<br>Katherine R. Klein, Esq.<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz, Esq.<br>Terence W. McCormick, Esq.<br>600 Third Avenue, 25th Florr<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC and SolutionPoint International, Inc.* |
| George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>Bradley Arant Boult Cummings LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>*Counsel for Defendant LifeWay Christian Resources* | R. Bruce Barze, Jr.<br>Barze Taylor Noles Lowther LLC<br>2204 Lakeshore Dr., Suite 425<br>Birmingham, AL 35209<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger* |
| | |

| | |
|---|---|
| Ronald G. Harris<br>Philip N. Elbert<br>Olivia R. Arboneaux<br>Neal & Harwell, PLC<br>1201 Demonbreun St., Suite 1000<br>Nashville, TN 37203<br>rharris@nealharwell.com<br>pelbert@nealharwell.com<br>oarboneaux@nealharwell.com<br><br>*Counsel for Defendant Jennifer Lyell* | Brigid M. Carpenter<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, TN 37203<br>bcarpenter@bakerdonelson.com<br><br>*Counsel for Defendants, Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade* |
| James C. Bradshaw III<br>Wyatt, Tarrant & Combs, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br><br>Byron Leet<br>Thomas E. Travis<br>Wyatt, Tarrant & Combs, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* | |

                                                     */s/ Matthew C. Pietsch*

4
Case 3:23-cv-00478   Document 88   Filed 07/12/23   Page 4 of 4 PageID #: 518