IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) Case No. 3:23-cv-00478 |
| | ) JUDGE WILLIAM L. CAMPBELL, JR. |
| v. | ) Magistrate Judge Jeffery S. Frensley |
| | ) |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

NOTICE is hereby given that Virginia N. Adamson of Bradley Arant Boult Cummings LLP enters her appearance as counsel of record for Defendant Lifeway Christian Resources of the Southern Baptist Convention ("Lifeway"). This Notice of Appearance is filed as required by Local Rule 83.01(e)(1) and is without waiver of any of Lifeway's defenses, whether procedural or substantive.

Dated: July 12, 2023

Respectfully submitted,

*/s/ Virginia N. Adamson*
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
Virginia N. Adamson (BPR#39285)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street
Suite 700
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
gcate@bradley.com
kingram@bradley.com
jadamson@bradley.com

*Attorneys for Defendant*
*Lifeway Christian Resources of*
*the Southern Baptist Convention*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served on the following via the Court's CM/ECF system on July 12, 2023:

Gary E. Brewer
BREWER AND TERRY, P.C.
1702 W. Andrew Johnson HWY
Morristown, TN 37816-2046

John (Don) W. Barrett
Katherine Barrett Riley
BARRETT LAW GROUP, P.A.
PO Box 927
404 Court Square
Lexington, MS 39095

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602

*Counsel for Plaintiffs*

Brigid M. Carpenter
Ryan P. Loofbourrow
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

*Counsel for Executive Committee of the*
*Southern Baptist Convention,*
*Willie McLaurin, and Rolland Slade*

Catherine M. Newman
R. Bruce Barze, Jr.
J. Graham Gilmore
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425

Birmingham, AL 35209

*Counsel for Defendant Eric Geiger*

Olivia Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203

*Counsel for Jennifer Lyell*

John R. Jacobson
Katherine R. Klein
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Steven G. Mintz
Terence William McCormick
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York NY 10016

*Counsel for SolutionPoint International, Inc. and Guidepost Solutions, LLC*

Louis Gino Marchetti, Jr.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203

*Counsel for the Southern Baptist Convention*

James C. Bradshaw III
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201

Byron Leet
Thomas E. Travis
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000

Louisville, KY 40202

*Counsel for Defendants The Southern Baptist
Theological Seminary and Dr. R. Albert Mohler*

                                    */s/ Virginia N. Adamson*
                                    Virginia N. Adamson