THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION NO. 3:23-CV-00478 ) JUDGE WILLIAM L. CAMPBELL, JR. ) MAGISTRATE JUDGE CHIP FRENSLEY |
| v. | ) ) |
| SOUTHERN BAPTIST CONVENTION, et al., | ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

## DEFENDANT ERIC GEIGER'S MOTION TO DISMISS
## BASED ON LACK OF PERSONAL JURISDICTION AND
## LACK OF SUBJECT MATTER JURISDICTION

Defendant Eric Geiger ("Geiger"), pursuant to *Federal Rules of Civil Procedure* 12(b)(1) and 12(b)(2), makes a limited appearance and moves the Court to enter an order dismissing him from this action based upon a lack of jurisdiction. Geiger is not subject to personal jurisdiction in this Court. He does not have sufficient contacts with Tennessee for this Court to exercise personal jurisdiction over him. He is not domiciled in Tennessee, does not have continuous and systematic contacts with Tennessee, and Plaintiffs' claims do not arise from Geiger's contacts with Tennessee. Thus, there is no legitimate basis for the exercise of either general or specific personal jurisdiction over Geiger. Moreover, Plaintiffs' claims are subject to dismissal for lack of subject matter jurisdiction due to application of the ecclesiastical abstention doctrine.

The grounds and legal support for this Motion are more fully set forth in Geiger's Memorandum of Law filed in support of this Motion.

WHEREFORE, the premises considered, Defendant Eric Geiger moves this Honorable Court to enter an Order dismissing Plaintiffs' claims against him for lack of jurisdiction and granting such other, further, or different relief to which he is entitled.

Respectfully submitted this 17th day of July, 2023.

        *s/ Catherine M. Newman*
        Catherine M. Newman (BPR 039181)
        R. Bruce Barze, Jr. (admitted PHV)
        J. Graham Gilmore (admitted PHV)
        BARZE TAYLOR NOLES LOWTHER LLC
        2204 Lakeshore Drive, Suite 425
        Birmingham, AL 35209
        205-872-1032
        bbarze@btnllaw.com
        cnewman@btnllaw.com
        ggilmore@btnllaw.com

        *Attorneys for Defendant Eric Geiger*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Dismiss for Lack of Jurisdiction was filed electronically on this 17th day of July 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

        *s/ Catherine M. Newman*
        Catherine M. Newman