IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS**, | ) )  ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| **SOUTHERN BAPTIST CONVENTION**, et al. | ) ) ) |
| **Defendants** | ) ) |

Case No. 3:23-cv-00478

JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley

JURY TRIAL DEMANDED

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OMNIBUS RESPONSE BRIEF, EXCEED THE PAGE LIMIT FOR A SINGLE BRIEF AND ENLARGE THE TIME IN WHICH PLAINTIFFS MAY RESPOND

Come now Plaintiffs, MICHAEL DAVID SILLS and MARY SILLS, through their undersigned counsel, and respectfully request that the Court grant their Motion for Leave to file a single omnibus brief in response to the thirteen Defendants' motions to dismiss, that Plaintiffs' omnibus response be permitted to exceed the page limitation of Local Rule 7.1 with leave to file no more than 50 pages in response to the seven motions to dismiss, and that Plaintiffs be permitted to file their omnibus response on August 28, 2023. In support thereof, Plaintiffs state:

1. This cause of action arises from allegations concerning a series of acts and omissions undertaken by Defendants which resulted in the wrongful expulsion and defamation of Plaintiffs who consequently suffered serious harm. [ECF No. 1]. Plaintiffs allege that the Defendants acted in concert.

1

2. Defendants have presently filed a series of separate motions to dismiss. [ECF Nos. 73, 75, 77, 83, 86, 88, and 91].[1]

3. The Local Rules of the Middle District of Tennessee state that without approval of the Court, a brief may not exceed 25 pages. The Rules also require a response to a motion to dismiss be filed within 14 days. *See* LR. 7.01.

4. Defendants' combined motion to dismiss briefing totals 163 pages. For efficiency, rather than file several briefs in response to each of Defendants' individual motions to dismiss, Plaintiffs seek leave of Court to file a single omnibus response brief addressing all of the Defendants' arguments with a page limitation not to exceed 50 pages, approximately 1/3 of the combined total pages of Defendants' briefing. Further, Plaintiffs seek leave to file their omnibus response on August 28, 2023[2]. This date is suggested to allow Plaintiffs time to synthesize the facts and law implicated by Defendants' motions.

5. Prior to filing this Motion, Plaintiffs conferred with Defendants, and Defendants indicated that they do not oppose this Motion. A proposed order has been submitted for the Court's consideration.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for leave.

Dated: July 19, 2023                    Respectfully submitted,

                                        By: /s/ *Katherine B. Riley*
                                        Katherine Barrett Riley (admitted *pro hac vice*)
                                        John W. ("Don") Barrett (admitted *pro hac vice*)
                                        Sterling Aldridge (to be admitted *pro hac vice*)
                                        BARRETT LAW GROUP, P.A.

---

[1] Plaintiffs agreed to the various extensions of time sought by the Defendants for the appearances and responsive pleadings.

[2] Defendants request their reply briefs be due September 11, 2023.

P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730

Steven A. Martino
Tiffany Ray
TAYLOR MARTINO, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
stevemartino@taylormartino.com
riffany@taylormartino.com

*Counsel for Plaintiffs David and Mary Sills*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, an attorney, hereby certify that on July 19, 2023, I served the above and foregoing Unopposed Motion For Leave To File An Omnibus Response Brief, Exceed The Page Limit For A Single Brief And Enlarge The Time In Which Plaintiffs May Respond, by causing a true and accurate copy of such papers to be filed and served on the below listed counsel of record via the Court's CM/ECF electronic filing system.

Louis Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Av.
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Gmarchetti@tpmblaw.Com
Matt@tpmblaw.Com

*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton and Bart Barber*

George H. Cate, III, Esq.
Kimberly Michelle Ingram-Hogan, Esq.
Virginia Adamson, Esq.
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2347
Fax: (615) 252-6347
Gcate@bradley.Com
Kingram@bradley.Com
Jadamson@bradley.Com

Richard C. Mangelsdorf, Jr., Esq.
McAngus Goudelock & Courie, LLC
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
(615) 499-7281
Fax: (615) 523-1496
Chuck.Mangelsdorf@mgclaw.Com

*Counsel for Defendant Lifeway Christian Resources of the Southern Baptist Convention*

Olivia Rose Arboneaux, Esq.
Philip N. Elbert, Esq.
Ronald G. Harris, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Ste. 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Oarboneaux@nealharwell.Com
Pelbert@nealharwell.Com
Rharris@nealharwell.Com

*Counsel for Defendant Jennifer Lyell*

Catherine M. Newman, Esq.
J. Graham Gilmore, Esq.
R. Bruce Barze, Esq.
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Dr., Ste. 425
Birmingham, AL 35209
205-872-1032
Fax: 205-872-0339
Cnewman@btnllaw.Com
Ggilmore@btnllaw.Com
Bbarze@btnllaw.Com

*Counsel for Defendant Eric Geiger*

Brigid M. Carpenter, Esq.
Ryan P. Loofbourrow, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Ave., Ste. 2000
Nashville, TN 37203
(615) 726-5600
Bcarpenter@bakerdonelson.Com
Rloofbourrow@bakerdonelson.Com

*Counsel for Defendants Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade*

Byron E. Leet, Esq.
Wyatt, Tarrant & Combs
400 West Market St.
Louisville, KY 40202
(502) 589-5235
Bleet@wyattfirm.Com

James C. Bradshaw, III, Esq.
Wyatt, Tarrant & Combs
333 Commerce St., Ste. 1000
Nashville, TN 37201
(615) 244-0020
Fax: (615) 256-1726
Jbradshaw@wyattfirm.Com

Thomas E. Travis, Esq.
Wyatt, Tarrant & Combs
250 W Main St., Ste. 1600
Lexington, KY 40507
Ttravis@wyattfirm.Com

*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
615-320-3700
Jjacobson@rjfirm.Com
Kklein@rjfirm.Com

Steven G. Mintz, Esq.
Terence William McCormick, Esq.
Mintz & Gold LLP
600 Third Ave., 25th Floor
New York, NY 10016
(212) 696-4848
Mintz@mintzandgold.Com
Mccormick@mintzandgold.Com

*Counsel for Defendants SolutionPoint International, Inc. d/b/a Guidepost Solutions and Guidepost Solutions, LLC*

/s/ *Katherine B. Riley*
Katherine B. Riley