ORDER: Motion GRANTED.

*William L. Campbell, Jr.* (signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTHERN BAPTIST CONVENTION, et al. | ) ) ) |
| Defendants | ) ) |

Case No. 3:23-cv-00478

JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley

JURY TRIAL DEMANDED

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OMNIBUS RESPONSE BRIEF, EXCEED THE PAGE LIMIT FOR A SINGLE BRIEF AND ENLARGE THE TIME IN WHICH PLAINTIFFS MAY RESPOND

Come now Plaintiffs, MICHAEL DAVID SILLS and MARY SILLS, through their undersigned counsel, and respectfully request that the Court grant their Motion for Leave to file a single omnibus brief in response to the thirteen Defendants' motions to dismiss, that Plaintiffs' omnibus response be permitted to exceed the page limitation of Local Rule 7.1 with leave to file no more than 50 pages in response to the seven motions to dismiss, and that Plaintiffs be permitted to file their omnibus response on August 28, 2023. In support thereof, Plaintiffs state:

1. This cause of action arises from allegations concerning a series of acts and omissions undertaken by Defendants which resulted in the wrongful expulsion and defamation of Plaintiffs who consequently suffered serious harm. [ECF No. 1]. Plaintiffs allege that the Defendants acted in concert.

1

Case 3:23-cv-00478   Document 94   Filed 07/21/23   Page 1 of 1 PageID #: 572