# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

MICHAEL DAVID SILLS and MARY SILLS
_____,
      Plaintiff(s),

v.                             Case No. _3:23-cv-00478_____

SOUTHERN BAPTIST CONVENTION, *et al.*
_____,
      Defendant(s).

## AMENDED BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, _Lifeway Christian Resources of the Southern Baptist Convention_ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in _Tennessee_ and with a principal place of business in _Tennessee_.

☒ This party has parent corporations (subject to the explanation on the attached)

      If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: August 8, 2023    Signature: */s/ George H. Cate, III*

Printed Name: George H. Cate, III

Title: Counsel for Defendant Lifeway Christian Resources

### <u>CERTIFICATE OF SERVICE</u>
**[Include certificate of service pursuant to LR 5.01.
Attach as separate page if necessary due to space constraints.]**

Lifeway is associated with the Southern Baptist Convention ("SBC"), a privately held corporation incorporated in Georgia with a principal place of business in Georgia. The SBC, however, is not the parent company of Lifeway, which is a self-funded entity governed by a separate board of trustees. Although the SBC is not directly responsive to the request to identify all "parent corporations," Lifeway has nonetheless identified the SBC, in light of the association between the two, out of an abundance of caution.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing was served on the following via the Court's CM/ECF system on August 8, 2023:

Gary E. Brewer
BREWER AND TERRY, P.C.
1702 W. Andrew Johnson HWY
Morristown, TN 37816-2046

John (Don) W. Barrett
Katherine Barrett Riley
BARRETT LAW GROUP, P.A.
PO Box 927
404 Court Square
Lexington, MS 39095

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602

*Counsel for Plaintiffs*

Brigid M. Carpenter
Ryan P. Loofbourrow
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203

*Counsel for Executive Committee of the*
*Southern Baptist Convention,*
*Willie McLaurin, and Rolland Slade*

Catherine M. Newman
R. Bruce Barze, Jr.
J. Graham Gilmore
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209

*Counsel for Defendant Eric Geiger*

1

Olivia Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203

*Counsel for Jennifer Lyell*

John R. Jacobson
Katherine R. Klein
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Steven G. Mintz
Terence William McCormick
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York NY 10016

*Counsel for SolutionPoint International, Inc.*
*and Guidepost Solutions, LLC*

Louis Gino Marchetti, Jr.
Matthew C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203

*Counsel for the Southern Baptist Convention,*
*Dr. Ed Litton and Bart Barber*

James C. Bradshaw III
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201

Byron Leet
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202

2

Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507

*Counsel for Defendants The Southern Baptist*
*Theological Seminary and Dr. R. Albert Mohler*

/s/ George H. Cate, III
George H. Cate, III