IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY SILLS,

    Plaintiffs,

vs.

SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR. ED LITTON, Individually, and as agent and/or employee of SOUTHERN BAPTIST CONVENTION, LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; JENNIFER LYELL, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; ERIC GEIGER, Individually and as agent and/or employee of LIFEWAY CHRISTIAN RESOURCES OF THE SOUTHERN BAPTIST CONVENTION and SOUTHERN BAPTIST CONVENTION; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, a non-profit corporation; BART BARBER, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION; WILLIE MCLAURIN, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROLLAND SLADE, Individually and as agent and/or employee of SOUTHERN BAPTIST CONVENTION and

CASE NO.: 3:23-CV-00478
JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley
JURY DEMAND

| | |
|---|---|
| **EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY,** a non-profit corporation; **DR. R. ALBERT MOHLER,** Individually and as agent and/ or employee of **THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY and SOUTHERN BAPTIST CONVENTION; SOLUTIONPOINT INTERNATIONAL, INC.,** a corporation, individually and d/b/a **GUIDEPOST SOLUTIONS;** and **GUIDEPOST SOLUTIONS, LLC,** a limited liability corporation and agent of the Southern Baptist Convention., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Comes now Defendant, Lifeway Christian Resources, by and through undersigned counsel of record, and states to this Honorable Court that Terri L. Bernal of McAngus Goudelock & Courie, LLC ("MGC") will be representing Defendant, Lifeway Christian Resources in this cause of action and request that Terri L. Bernal be entered as additional counsel of record by the Clerk of the Court, along with current counsel for Lifeway Christian Resources.

The undersigned counsel hereby requests that all notices given or required to be given, and all pleadings served or required to be served, in this case be given to and served upon the undersigned at the address indicated below.

Respectfully submitted this, the 28th day of August, 2023.

        MCANGUS GOUDELOCK & COURIE, LLC

        BY:   */s/ Terri L. Bernal*
               Richard C. Mangelsdorf, Jr., 012707
               Terri L. Bernal, 018542
               Post Office Box 2949
               120 Brentwood Commons Way, Suite 625
               Brentwood, Tennessee 37024
               Phone: (615) 499-7281
               Facsimile: (615) 523-1496
               Email: chuck.mangelsdorf@mgclaw.com
                     terri.bernal@mgclaw.com
               *ATTORNEYS FOR LIFEWAY CHRISTIAN*
               *RESOURCES OF THE SOUTHERN*
               *BAPTIST CONVENTION*

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. The parties below will also be served via electronic mail. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

       L. Gino Marchetti, Jr.
       Matthew C. Pietsch
       Taylor, Pigue, Marchetti & Blair, PLLC
       2908 Poston Avenue
       Nashville, Tennessee 37203-1312
       *Attorneys for Southern Baptist Convention, Dr. Ed Litton, Bart Barber*

       Brigid M. Carpenter
       Baker Donelson
       1600 West End Avenue, Suite 2000
       Nashville, Tennessee 37203
       *Attorney for Executive Committee of the Southern Baptist Convention, Willie McLaurin, Rolland Slade*

       Byron E. Leet
       James C. Bradshaw III
       Thomas E. Travis
       Wyatt, Tarrant & Combs, LLP
       333 Commerce Street, Suite 1000
       Nashville, Tennessee 37201
       *Attorneys for The Southern Baptist Theological Seminary, Dr. R. Albert Mohler*

       Olivia Rose Arboneaux
       Philip N. Elbert
       Ronald G. Harris
       Neal & Harwell, PLC
       1201 Demonbreun Street, Suite 1000
       Nashville, Tennessee 37203
       *Attorneys for Jennifer Lyell*

       Catherine M. Newman
       J. Graham Gilmore
       R. Bruce Barze
       Barze Taylor Noles Lowther, LLC
       2204 Lakeshore Drive, Suite 425
       Birmingham, AL 35209
       *Attorneys for Eric Geiger*

John R. Jacobson
Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
*Attorneys for SolutionPoint International Inc. and Guidepost Solutions, LLC*

Steven G. Mintz
Terrence William McCormick
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
*Attorney for SolutionPoint International Inc.*

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, Tennessee 37816
*Attorney for Michael David Sills and Mary Sills*

John (Don) W. Barrett
Katherine Barrett Riley
Barrett Law Group, P.A.
404 Court Square
Lexington, MS 39095
*Attorneys for Michael David Sills and Mary Sills*

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
*Attorney for Michael David Sills and Mary Sills*

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
*Attorneys for Lifeway Christian Resources of the Southern Baptist Convention*

This the 28th day of August, 2023.

                                       */s/ Terri L. Bernal*

TERRI L. BERNAL