**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 3:23-cv-478 |
| v. | ) | JUDGE WILLIAM L. CAMPBELL, JR. |
| | ) | MAGISTRATE JUDGE CHIP FRENSLEY |
| SOUTHERN BAPTIST CONVENTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW

J. Graham 'Gray" Gilmore, attorney for Defendant Eric Geiger respectfully requests this Court to allow him to withdraw as counsel for Defendant. As grounds for this motion, undersigned counsel states he has recently accepted a position at another firm. The Defendant will continue to be represented by R. Bruce Barze, Jr. and Catherine M. Newman of Barze Taylor Noles Lowther LLC.

Wherefore, premises considered, undersigned counsel requests that this Court grant his Motion to Withdraw.

Respectfully submitted on October 27, 2023.

*s/ J. Graham Gilmore*
One of the Attorneys for Defendant
Eric Geiger

**OF COUNSEL**

Catherine M. Newman (BPR # 039181)
R. Bruce Barze, Jr. (ASB-8163-R71R) (*Admitted Pro Hac Vice*)
J. Graham Gilmore (ASB-2496-Q18F) (*Admitted Pro Hac Vice*)
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
205-872-1037
205-872-1015
205-872-1445
cnewman@btnllaw.com
bbarze@btnllaw.com
ggilmore@btnllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed electronically on this 27th day of October 2023. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt.

Sterling Aldridge
John W. Barrett Katherine
Barrett Riley Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
saldridge@barrettlawgroup.com
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com
*Attorneys for Plaintiffs*

Oliva Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com
*Attorneys for Jennifer Lyell*

John R. Jacobson
Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Terence William McCormick
Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mccormick@mintzandgold.com
mintz@mintzandgold.com
*Attorneys Guidepost Solutions, LLC and Solutionpoint International, Inc.*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs 400
West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky 40507
ttravis@wyattfirm.com
*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Louis Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com
***Attorneys for Southern Baptist Convention,***
***Dr. Ed Litton and Bart Barber***

R. Bruce Barze, Jr.
Catherine M. Newman
J. Graham Gilmore
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
bbarze@btnllaw.com
cnewman@btnllaw.com
ggilmore@btnllaw.com
***Attorneys for Eric Geiger***

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdonelson.com r
loofbourrow@bakerdonelson.com
***Attorneys for Executive Committee of the***
***Southern Baptist Convention, Willie***
***McLaurin, and Rolland Slade***

Virginia Adamson
George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203-0025
Jadamson@bradley.com
gcate@bradley.com
kingram@bradley.com

Richard C. Mangelsdorf, Jr.
Terri L. Bernal
P.O. Box 2949
120 Brentwood Comms Way,
Suite 625
Brentwood, Tennessee 37024
Chuck.mangelsdorf@mgclaw.com
Terri.bernal@mgclaw.com
***Attorneys for Lifeway Christian Resources***
***of the Southern Baptist Convention***

*s/ J. Graham Gilmore*
Of Counsel