THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) ) CASE NO. 3:23-cv-00478 |
| v. | ) ) ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

## OBJECTION TO ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY

Defendant Lyell, by and through counsel, respectfully objects to Magistrate Judge Frensley's November 22, 2023, Order Denying Defendants' Motion to Stay Discovery. (Doc. No. 124)

The Magistrate Judge considered Defendants' Motion as if they raised routine discovery issues to be decided within his discretion — as motions to stay discovery typically are. But, as set forth in the Defendants' Motion to Dismiss, Joint Motion to Stay, and Memoranda in Support, (Doc. Nos. 75, 76, 117, 118, and 121), there is a serious threshold issue presented in this case regarding the limits imposed by the First Amendment on the authority of a secular court to permit use of its process to intrude upon the self-governance of a religious organization or to adjudicate internal disputes of church polity or doctrine. To embark on discovery prior to resolution of this threshold issue would undermine the core reasons for the ecclesiastical abstention doctrine. *See Our Lady of Guadalupe School v. Morrisey-Berru*, 140 S. Ct. 2049, 2055 (2020).

It would also be an error to permit Plaintiffs to embark on a fishing expedition through discovery, without first requiring them to comply with Federal pleading requirements. Plaintiffs' implausible and conclusory allegation that there was some grand conspiracy among the disparate parties who commissioned, conducted, or cooperated with the independent Guidepost investigation into the Southern Baptist Convention's historical handling of allegations of sexual abuse does not meet those requirements. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *e.g.*, Compl. ¶¶ 50, 61, 63, 80-92, 95-97, 104, 107, 110-112, 114-116. Plaintiffs did not merely fail in the complaint to plead their claim of purported conspiracy credibly or with any specificity. Plaintiffs' subsequent initial disclosures in this case fail to name a single witness (beyond themselves), nor do they specifically identify any documents to support their broad allegations of conspiracy.

Of greatest concern, the Magistrate Judge's Order would permit David Sills, an abuser, to use the process of this Court to drag Jennifer Lyell through litigation in which he seeks now, belatedly, to revise his prior admissions of wrongdoing and assert claims that are time-barred on their face. The only statements that David Sills alleges Ms. Lyell made within the year prior to filing of suit do not even mention the Plaintiffs. As explained in the Memorandum in Support of Defendant Lyell's Motion to Dismiss (Doc. No. 76), those statements are not defamatory as a matter of law.

One result from allowing discovery to proceed prior to the Court's ruling on the dispositive motions pending may well be to discourage and dissuade other victims of sexual abuse from reporting what happened to them. Great courage has already been required of those women, like Jennifer Lyell, who have stepped up to be counted. Plaintiffs should not be allowed to drag her through discovery in this Court, prior to consideration of the several valid grounds for dismissal

asserted by all the Defendants. The pundits and apologists for David Sills, who continue to attack Ms. Lyell online and in the media, have already done enough harm.

For the reasons set forth above and detailed in Defendants' Joint Motion to Stay, discovery should be stayed pending the Court's ruling on the Defendants' motions to dismiss.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Ronald G. Harris
  Ronald G. Harris, BPR #009054
  Philip N. Elbert, BPR #009430
  Olivia R. Arboneaux, BPR #040225

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
rharris@nealharwell.com
pelbert@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of December 2023, the foregoing was served via the court's electronic filing system and/or by email on the following counsel of record:

| | |
|---|---|
| Gary E. Brewer<br>BREWER AND TERRY, PC<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett *(pro hac vice)*<br>Katherine Barrett Riley *(pro hac vice)*<br>Sarah Sterling Aldridge *(pro hac vice)*<br>BARRETT LAW GROUP, PA<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>saldridge@barrettlawgroup.com<br><br>Shannon M. McNulty *(pro hac vice)*<br>CLIFFORD LAW OFFICES, PC<br>120 N. LaSalle St., 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz *(pro hac vice)*<br>Terence W. McCormick *(pro hac vice)*<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |
| L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber* | Catherine M. Newman<br>R. Bruce Barze, Jr. *(pro hac vice)*<br>BARZE TAYLOR NOLES LOWTHER LLC<br>2204 Lakeshore Dr., Suite 425<br>Birmingham, AL 35209<br>cnewman@btnllaw.com<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger* |

| | |
|---|---|
| George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>Virginia N. Adamson<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br>jadamson@bradley.com<br><br>Richard C. Mangelsdorf, Jr.<br>Terri L. Bernal<br>MCANGUS GOUDELOCK & COURIE, LLC<br>P.O. Box 2949<br>120 Brentwood Commons Way, Suite 625<br>Brentwood, TN 37024<br>chuck.mangelsdorf@mgclaw.com<br>terri.bernal@mgclaw.com<br><br>*Counsel for Defendant LifeWay Christian Resources of the Southern Baptist Convention* | James C. Bradshaw III<br>WYATT, TARRANT & COMBS, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron Leet *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* |
| Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>*Counsel for Defendants The Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade* | |

                                                               /s/ Ronald G. Harris