# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | * * * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO.: 3-23-cv-00478 |
| v. | * * |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | * * * |
| Defendants. | * * * |

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

COME NOW Plaintiffs, by and through undersigned counsel, and respectfully submit the attached proposed Protective Order for this Court's consideration and as grounds for such offer the following:

1. Plaintiffs have brought claims of defamation and defamation per se; conspiracy; negligence, gross negligence, and wantonness; and intentional infliction of emotional distress against various defendants over their false and very public allegations of sexual abuse and/or sexual assault by Plaintiff David Sills. (Doc. 1).

2. Plaintiffs proposed a Protective Order to Defendants in order to facilitate the flow of discovery between the parties and from third-party subpoenas. Indeed, Plaintiffs' proposal reflects best practices long supported by the Manual For Complex Litigation ("Attention should be given at an early conference, preferably before discovery begins, to any need for procedures to accommodate claims of privilege or for protection of materials from discovery." Manual for Complex Litigation, Fourth, § 11.43; *See also*, *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 30, 35 n.21 (1984)). (Although there is no privacy privilege, maintenance of privacy can be the ground

for a protective order.).

3. Given the subject matter inherent in these claims, Plaintiffs anticipate that some such discovery may involve sensitive personal information. Accordingly, Plaintiffs proposed a two-tiered approach to confidentiality, offering a "Confidential" designation and a "Highly Confidential-Attorney's Eyes Only" designation for particularly sensitive materials.

4. As set out in the proposed Protective Order (attached hereto), confidentiality designations apply to the discovery phase only; pursuant to the Court's Initial Case Management Order (Doc. 99), Subpart N, the proposed protective order also contains parameters for the use of such confidential documents in the litigation phase, including moving the Court for permission to file documents under seal where needed.

5. Plaintiffs have conferred with Defendants regarding the proposed Protective Order.

6. Defendants Southern Baptist Theological Seminary, Southern Baptist Convention, the Executive Committee of the SBC, Lifeway Christian Resources, Guidepost Solutions, LLC, SolutionPoint International, Inc., Bart Barber, Willie McLaurin, Rolland Slade, Dr. Albert Mohler, and Dr. Ed Litton all approve of and agree to entry of the proposed Protective Order.

7. Defendants Jennifer Lyell and Eric Geiger oppose the entry of the proposed Protective Order on the dual bases that (1) Lyell has filed an objection to the Magistrate's Order denying a motion by certain defendants to stay the case pending resolution of Defendants' motions to dismiss (*see* Docs. 124-126, 128); and (2) Lyell and Geiger object to the "Attorney's Eyes Only" provision of the proposed Protective Order.

8. Neither Lyell nor Geiger are prejudiced by entry of the proposed Protective Order, and either can move for modification or other relief deemed appropriate.

In light of the foregoing, Plaintiffs move the Court to enter the accompanying proposed

2

Protective Order.

Dated: February 22, 2024

Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (admitted *pro hac vice*)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730

Steven A. Martino
Tiffany Ray
TAYLOR MARTINO, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
stevemartino@taylormartino.com
tiffany@taylormartino.com

*Counsel for Plaintiffs David and Mary Sills*

3

# CERTIFICATE OF SERVICE

I, Katherine B. Riley, an attorney, hereby certify that on February 22, 2024, I served the above and foregoing Plaintiffs' Motion for Protective Order, by causing a true and accurate copy of such papers to be filed and served on the below listed counsel of record via email:

Louis Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Av.
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Gmarchetti@tpmblaw.Com
Matt@tpmblaw.Com

*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton and Bart Barber*

George H. Cate, III, Esq.
Kimberly Michelle Ingram-Hogan, Esq.
Bradley Arant Boult Cummings LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 252-2347
Fax: (615) 252-6347
Gcate@bradley.Com
Kingram@bradley.Com

Richard C. Mangelsdorf, Jr., Esq.
McAngus Goudelock & Courie, LLC
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
(615) 499-7281
Fax: (615) 523-1496
Chuck.Mangelsdorf@mgclaw.Com

*Counsel for Defendant Lifeway Christian Resources of the Southern Baptist Convention*

Olivia Rose Arboneaux, Esq.
Philip N. Elbert, Esq.
Ronald G. Harris, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Ste. 1000

Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Oarboneaux@nealharwell.Com
Pelbert@nealharwell.Com
Rharris@nealharwell.Com

*Counsel for Defendant Jennifer Lyell*

Catherine M. Newman, Esq.
J. Graham Gilmore, Esq.
R. Bruce Barze, Esq.
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Dr., Ste. 425
Birmingham, AL 35209
205-872-1032
Fax: 205-872-0339
Cnewman@btnllaw.Com
Ggilmore@btnllaw.Com
Bbarze@btnllaw.Com

*Counsel for Defendant Eric Geiger*

Brigid M. Carpenter, Esq.
Ryan P. Loofbourrow, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Ave., Ste. 2000
Nashville, TN 37203
(615) 726-5600
Bcarpenter@bakerdonelson.Com
Rloofbourrow@bakerdonelson.Com

*Counsel for Defendants Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade*

Byron E. Leet, Esq.
Wyatt, Tarrant & Combs
400 West Market St.
Louisville, KY 40202
(502) 589-5235
Bleet@wyattfirm.Com

James C. Bradshaw, III, Esq.
Wyatt, Tarrant & Combs
333 Commerce St., Ste. 1000
Nashville, TN 37201

(615) 244-0020
Fax: (615) 256-1726
Jbradshaw@wyattfirm.Com

Thomas E. Travis, Esq.
Wyatt, Tarrant & Combs
250 W Main St., Ste. 1600
Lexington, KY 40507
Ttravis@wyattfirm.Com

*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
615-320-3700
Jjacobson@rjfirm.Com
Kklein@rjfirm.Com

Steven G. Mintz, Esq.
Terence William McCormick, Esq.
Mintz & Gold LLP
600 Third Ave., 25th Floor
New York, NY 10016
(212) 696-4848
Mintz@mintzandgold.Com
Mccormick@mintzandgold.Com

*Counsel for Defendants SolutionPoint International, Inc. d/b/a Guidepost Solutions and Guidepost Solutions, LLC*

/s/ *Katherine B. Riley*
Katherine B. Riley