THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS<br>and MARY SILLS,<br><br>   **Plaintiffs,**<br><br>v.<br><br>SOUTHERN BAPTIST CONVENTION,<br>*et al.*<br><br>   **Defendants.** | CASE NO. 3:23-cv-00478<br><br>JUDGE WILLIAM L. CAMPBELL, JR.<br>Magistrate Judge Chip Frensley<br><br>JURY TRIAL DEMANDED |

### DEFENDANT JENNIFER LYELL'S RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs Michael David Sills and Mary Sills seek a broad protective order in this case to limit, or prevent the use or disclosure of any and all documents or testimony any party may choose to stamp as "confidential" (Doc. 132). Defendant Lyell opposes the entry of such an overly broad order at this time as premature and unnecessary.

Defendant Lyell still has pending a Motion to Dismiss Plaintiffs' Claims based upon the ecclesiastical abstention doctrine, applicable statutes of limitation and the failure of the Plaintiffs to state a valid claim for defamation and other claimed causes of action (Doc. Nos. 75, 76). Although the Magistrate Judge denied the Motions filed by Defendant Lyell (and other Defendants) to stay discovery pending the resolution of their motions to dismiss, Defendant Lyell has objected to that recommended denial of the stay (Doc. No. 125). That objection is still pending before the District Court Judge.

In support of their Motion for Protective Order, Plaintiffs claim the "various defendants" have made "false and very public allegations of sexual abuse and/or sexual assault by Plaintiff

David Sills," citing their own Complaint. Motion at 1. Yet, sadly, the findings of abuse by Mr. Sills are not "false," but have been true. Nevertheless, Plaintiffs continue to bristle at any questioning of the narrative they put before the public in the "false and very public allegations" of their Complaint. Plaintiffs now wish to cloak in secrecy the judicial process they themselves initiated in attempt to discredit the internal church investigation that the Defendant Guidepost Solutions conducted.

The protective order Plaintiffs seek is an overly broad, blanket protective order that would be subject to abuse and over-designating. In Plaintiffs' Responses to Interrogatories propounded by two different Defendants, Plaintiffs have designated every page containing a response as "confidential" or "highly confidential."[1]

Plaintiffs have not made the showing necessary to obtain such a broad protective order. If a protective order relates to the discovery stage, a district court may enter a protective order limiting the use of discovery materials upon a showing of "good cause." Fed. R. Civ. P. 26(c). If the protective order seeks to keep trial materials and pleadings filed with the Court secret or under seal, the burden of overcoming the presumption of openness of such records is much greater. *E.g., Brown & Williamson Tobacco Corp. v. F.T.C.,* 710 F.2d 1165 (6th Cir. 1983); *In re Knoxville News-Sentinel Co.,* 723 F. 2d 470 (6th Cir. 1983). By its terms, Plaintiffs' proposed Protective Order does not apply to the discovery phase only, but rather states that it includes the "trial of this case." Proposed Order at 1. Plaintiffs have not shown "good cause" for their proposed restrictions on disclosure and certainly have not met the heavy burden for sealing judicial records beyond the discovery stage.

---

[1] Because such discovery responses are not filed and because of Plaintiffs' claim of confidentiality filed, Defendant Lyell has not filed those responses as exhibits to this pleading, but can do so as a late exhibit if Plaintiffs deny this statement regarding their blanket confidentiality designations to date.

Defendant Lyell supports a limited protective order that would protect sensitive personal information such as telephone numbers, addresses, email addresses, social security numbers, names of employers, medical records, and private banking information. Lyell would not oppose a protective order that would protect the identity of non-party witnesses with knowledge of Mr. Sills' conduct with other persons and his reputation, which he claims was damaged by the Defendant Southern Baptist Convention's investigation and the Defendant Guidepost Solutions LLC's report.

Defendant Lyell respectfully asks that this Court not enter the Plaintiffs' proposed broad protective order at this time. If discovery is allowed to proceed, Defendant Lyell asks the Court to enter a more specifically tailored protective order to govern discovery in this matter, along the lines set forth in the preceding paragraph, or to simply direct the parties to seek agreement, or the Court's guidance if agreement cannot be reached, as to the need for confidentiality of specific items of information as the issue may arise.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: */s/ Philip N. Elbert*
    Philip N. Elbert, BPR #009430
    Ronald G. Harris, BPR #009054
    Olivia R. Arboneaux, BPR #040225
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
pelbert@nealharwell.com
rharris@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2024, the foregoing was served via the court's electronic filing system and/or by email on the following counsel of record:

Gary E. Brewer
BREWER AND TERRY, PC
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
robin@brewerandterry.com

John W. ("Don") Barrett *(pro hac vice)*
Katherine Barrett Riley *(pro hac vice)*
Sarah Sterling Aldridge *(pro hac vice)*
BARRETT LAW GROUP, PA
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty *(pro hac vice)*
CLIFFORD LAW OFFICES, PC
120 N. LaSalle St., 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com

*Counsel for Plaintiffs*

L. Gino Marchetti, Jr.
Matthew C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
*gmarchetti@tpmblaw.com*
*matt@tpmblaw.com*

*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber*

John R. Jacobson
Katharine R. Klein
RILEY & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz *(pro hac vice)*
Terence W. McCormick *(pro hac vice)*
MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.*

Catherine M. Newman
R. Bruce Barze, Jr. *(pro hac vice)*
BARZE TAYLOR NOLES LOWTHER LLC
2204 Lakeshore Dr., Suite 425
Birmingham, AL 35209
cnewman@btnllaw.com
bbarze@btnllaw.com

*Counsel for Defendant Eric Geiger*

George H. Cate, III
Kimberly M. Ingram-Hogan
BRADLEY ARANT BOULT CUMMINGS LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, TN 37203
gcate@bradley.com
kingram@bradley.com

Richard C. Mangelsdorf, Jr.
Terri L. Bernal
MCANGUS GOUDELOCK & COURIE, LLC
P.O. Box 2949
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37024
chuck.mangelsdorf@mgclaw.com
terri.bernal@mgclaw.com

*Counsel for Defendant LifeWay Christian Resources of the Southern Baptist Convention*

Brigid M. Carpenter
Ryan P. Loofbourrow
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com

*Counsel for Defendants The Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade*

James C. Bradshaw III
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Byron Leet *(pro hac vice)*
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com

Thomas E. Travis *(pro hac vice)*
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
ttravis@wyattfirm.com

*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

 */s/ Philip N. Elbert\_\_*