IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTHERN BAPTIST CONVENTION, et al., | ) ) |
| Defendants. | ) ) |

NO. 3:23-cv-00478

JUDGE CAMPBELL
MAGISTRATE JUDGE FRENSLEY

## ORDER

Pending before the Court are Defendants' motions to dismiss (Doc. Nos. 73, 75, 77, 83, 86, 88, 91), which are fully briefed (Doc. Nos. 104, 108, 115, 105, 116, 110, 112, 111). For the reasons set forth in the accompanying Memorandum, Lifeway and Eric Geiger's motions (Doc. No. 73, 91) are **GRANTED**; the motions filed by SolutionPoint International, Inc. and Guidepost Solutions, LLC (Doc. No. 77) and Jennifer Lyell (Doc. No. 75) are **GRANTED in part**; and the remaining defendants' motions (Doc. Nos. 83, 88, 86) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE