# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS AND MARY SILLS,<br>    Plaintiff<br><br>v.<br><br>SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR ED LITTON, Individually, and as agent and/or Employee of SOUTHERN BAPTIST CONVENTION; ET AL. | Civil Action No 3:23-cv-00478<br>Judge Campbell/Frensley<br>Jury Demand |

## ORDER

Pending before the Court is the Plaintiffs' Motion for Protective Order. Docket No. 132. A response has been filed to the motion by Defendant Jennifer Lyell. Docket No. 133. The response in part, asserts that the motion for protective order is premature in light of pending motions to dismiss and review of the order denying the motion to stay. *Id.* On March 8, 2024, the Court entered an order addressing the Defendants' motions to dismiss. Docket No. 135.

By **March 25, 2024,** the Parties shall file a joint statement regarding the Parties' position for protective order in light of the recent rulings on the motions to dismiss.

**IT IS SO ORDERED.**

                                                        **JEFFERY S. FRENSLEY**
                                                        **United States Magistrate Judge**