IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTHERN BAPTIST CONVENTION, et al. | ) ) ) ) |
| Defendants | ) ) |

Case No. 3:23-cv-00478

JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley

JURY TRIAL DEMANDED

## MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT WILLIE MCLAURIN

Pursuant to LR83.01(h), Defendant Willie McLaurin moves to substitute Alan S. Bean, with the law firm of Starnes Davis Florie, LLP, as his counsel of record in the above-styled case, in place of Brigid Carpenter and Ryan P. Loofbourrow with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC. By electronically signing this motion, counsel certifies that this substitution is made with Mr. McLaurin's consent and agreement.

Pursuant to LR7.01(a)(1), Defendant's counsel also certifies that he has conferred with counsel for the other parties to this matter via email correspondence on Tuesday, April 16, 2024, and the motion is unopposed.

Respectfully submitted,

STARNES DAVIS FLORIE, LLP

By: s/Alan S. Bean
Alan S. Bean, #26194
3000 Meridian Blvd., Suite 350
Franklin, TN 37067-6321
Phone: (615) 905-7200
Fax: (615) 807-4802
abean@starneslaw.com
*Counsel for Willie McLaurin, Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on April 17, 2024 by electronic service through the Court's e-filing system to the following:

John W. ("Don") Barrett
(admitted *pro hac vice*)
Katherine Barrett Riley
(TN BPR# 021155)
Sterling Aldridge
(admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
(423) 587-2730

Shannon M. McNulty
(admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Steven A. Martino
(to be admitted *pro hac vice*)
Tiffany Ray
(to be admitted *pro hac vice*)
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
stevemartino@taylormartino.com
riffany@taylormartino.com

*Counsel for Plaintiffs David and Mary Sills*

Louis Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Av.
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Gmarchetti@tpmblaw.Com
Matt@tpmblaw.Com

*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton and Bart Barber*

George H. Cate, III, Esq.
Kimberly Michelle Ingram-Hogan, Esq.
Virginia Adamson, Esq.
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2347
Fax: (615) 252-6347
Gcate@bradley.Com
Kingram@bradley.Com
Jadamson@bradley.Com

Richard C. Mangelsdorf, Jr., Esq.
Terri L. Bernal
McAngus Goudelock & Courie, LLC
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
(615) 499-7281
Fax: (615) 523-1496
Chuck.Mangelsdorf@mgclaw.Com
Terri.bernal@mgclaw.com

*Counsel for Defendant Lifeway Christian Resources of the Southern Baptist Convention*

Olivia Rose Arboneaux, Esq.
Philip N. Elbert, Esq.
Ronald G. Harris, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Ste. 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Oarboneaux@nealharwell.Com
Pelbert@nealharwell.Com
Rharris@nealharwell.Com

*Counsel for Defendant Jennifer Lyell*

Catherine M. Newman, Esq.
J. Graham Gilmore, Esq.
R. Bruce Barze, Esq.
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Dr., Ste. 425
Birmingham, AL 35209
205-872-1032
Fax: 205-872-0339
Cnewman@btnllaw.Com
Ggilmore@btnllaw.Com
Bbarze@btnllaw.Com

*Counsel for Defendant Eric Geiger*

Brigid M. Carpenter, Esq.
Ryan P. Loofbourrow, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Ave., Ste. 2000
Nashville, TN 37203
(615) 726-5600
Bcarpenter@bakerdonelson.Com
Rloofbourrow@bakerdonelson.Com

*Counsel for Defendants Executive Committee of the Southern Baptist Conventio and Rolland Slade*

Byron E. Leet, Esq.
Wyatt, Tarrant & Combs
400 West Market St.
Louisville, KY 40202
(502) 589-5235
Bleet@wyattfirm.Com

James C. Bradshaw, III, Esq.
Wyatt, Tarrant & Combs
333 Commerce St., Ste. 1000
Nashville, TN 37201
(615) 244-0020
Fax: (615) 256-1726
Jbradshaw@wyattfirm.Com

Thomas E. Travis, Esq.
Wyatt, Tarrant & Combs
250 W Main St., Ste. 1600
Lexington, KY 40507
Ttravis@wyattfirm.Com

*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
615-320-3700
Jjacobson@rjfirm.Com
Kklein@rjfirm.Com

Steven G. Mintz, Esq.
Terence William McCormick, Esq.
Mintz & Gold LLP
600 Third Ave., 25th Floor
New York, NY 10016
(212) 696-4848
Mintz@mintzandgold.Com
Mccormick@mintzandgold.Com

*Counsel for Defendants SolutionPoint International, Inc. d/b/a Guidepost Solutions and Guidepost Solutions, LLC*

s/Alan S. Bean
Alan S. Bean, #26194