IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br>  Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, a non-profit corporation; et al., <br><br>  Defendants. | Case No. 3:23-cv-00478 <br> Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> JURY TRIAL DEMANDED |

**NOTICE WITHDRAWING EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S MOTION FOR A DISCOVERY CONFERENCE REGARDING PLAINTIFF'S FAILURE TO PRODUCE DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

The Executive Committee of the Southern Baptist Convention requested a discovery conference because Plaintiffs served only a subset of responsive documents five months after the ECSBCs' Requests for Production were served. At the time, Plaintiffs provided no timeline for when their production would be complete. On Friday, April 26, 2024, Plaintiffs made a second production, which they confirm substantially completes their responses to the ECSBC's requests. Thus, the ECSBC no longer requests a discovery conference.

Somewhat ironically, in response to the ECSBC's motion, Plaintiffs request a "discovery conference" to request an extension of time on nearly all deadlines in this case except for trial. This request does not comply with Local Rule 6.1(a)(1) or the Initial Case Management order (ECF No. 99 at 7) because it is not made by written motion.[1] It also did not "detail the moving

---

[1] Federal Rule of Civil Procedure 7(b)(1) also requires requests for a court order to be made by motion.

1

party's efforts at diligently complying with the originally scheduled deadline and the facts demonstrating good cause for modification of the deadline as required by Fed. R. Civ. P. 16(b)(4)." (ECF No. 99 at 7.) It failed to do so because Plaintiffs did not diligently attempt to comply with the originally scheduled deadline; they waited until last week – *eight months after discovery began* – to serve their first set of Requests for Production on certain defendants. Nevertheless, at this stage, Plaintiffs' request should be denied without prejudice so that Plaintiffs may file a motion for a modification of the scheduling order and allow all defendants an opportunity to respond.

Finally, the ECSBC did not violate the Local Rules, as Plaintiffs contend. Plaintiffs admit the parties met and conferred about the status of Plaintiffs' document production. (Resp. to Mot. for Discovery Conference ¶ 5.) Plaintiffs promised a proposal by the end of that day but did not send one. (Email Post-Discovery Conference, Exhibit 1.) The ECSBC filed its motion for a discovery conference on April 22, and on April 24, Plaintiffs sent a letter, calling ECSBC's motion "contumacious." (Letter to ECSBC, Exhibit 2.) The ECSBC responded, explaining that the motion does not violate the Local Rules (including because the Court's Initial Case Management Order instructed the parties to not file a Joint Discovery Dispute Statement unless requested (ECF No. 99 at 5)), and Plaintiffs had not identified good cause for any extension of time. (Email to Plaintiffs, Exhibit 3.)

The Court need not go through the back-and-forth of the parties. The ECSBC withdraws its motion for a discovery conference, and requests that the Court deny Plaintiffs' motion for a schedule modification embedded in their response without prejudice.

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPF #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-7341
Fax: (615) 744-7341

*Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Attorneys for Plaintiffs*

Oliva Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Attorneys for Jennifer Lyell*

R. Bruce Barze
Catherine M. Newman
Barze Taylor Noles Lowther, LLC
2204 Lakeshore Drive, Suite 425
Birmingham, Alabama 35209
bbarze@btnllaw.com
cnewman@btnllaw.com

*Attorneys for Eric Geiger*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

4

Louis Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Attorneys for Southern Baptist Convention,
Dr. Ed Litton and Bart Barber*

Terence William McCormick
Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mccormick@mintzandgold.com
mintz@mintzandgold.com

*Attorneys for Solutionpoint
International, Inc.*

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203-0025
gcate@bradley.com
kingram@bradley.com

*Attorneys for Lifeway Christian Resources
of the Southern Baptist Convention*

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

*Guidepost Solutions, LLC and
Solutionpoint International, Inc.*

this 30th day of April, 2024.

*s/ Brigid M. Carpenter*
Brigid M. Carpenter

5

Case 3:23-cv-00478   Document 167   Filed 04/30/24   Page 5 of 5 PageID #: 1221