MOTION GRANTED.

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS,** ) ) ) **Plaintiffs,** ) ) v. ) ) ) **SOUTHERN BAPTIST CONVENTION,** ) *et al.* ) ) **Defendants.** ) | CASE NO. 3:23-cv-00478 JUDGE WILLIAM L. CAMPBELL, JR. Magistrate Judge Chip Frensley JURY TRIAL DEMANDED |

## DEFENDANT JENNIFER LYELL'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant Jennifer Lyell hereby asks this Court for additional time to respond to the interrogatories and document production requests, up to and including June 21, 2024. In support of such motion, undersigned counsel represents as follows:

1. Plaintiffs, David and Mary Sills did not propound a set of interrogatories to Jennifer Lyell until April 24, 2024. Plaintiffs submitted a set of document production requests to Defendant Jennifer Lyell by email April 25, 2024.

2. The interrogatories submitted are very broad and burdensome, with twenty-four questions and multiple subparts, seeking information covering the last twenty years or longer. The document production requests were very broad and burdensome, with twenty-four categories of documents seeking information for an equally lengthy time period.

3. On May 21, 2024 undersigned counsel called counsel for Plaintiffs' to request an extension of time to respond to these outstanding discovery requests. Defendant requested an

additional 30 days, but at that time Plaintiffs' counsel was only willing to give an extension until June 7, which was two weeks for the interrogatories and slightly less than that for the document production requests. Plaintiffs' counsel advised that the June 7 date needed to be the first extension date because of Plaintiffs' response to similar requests by other Defendants. She told Defendant Lyell's counsel that she would be willing to consider a further extension if it was needed. Defendant's counsel accepted the more limited extension based upon that representation.

4. The additional time is needed. Defendant's counsel has made substantial progress towards answering the interrogatories. As explained to Plaintiffs' counsel, yesterday, Defendant Ms. Lyell works a full-time job and is not able to devote much time during the regular work week to assist her counsel and Defendant's counsel have had other litigation related deadlines that have taken (and continue to take) time away from these tasks in this case.

5. Despite the original expressed willingness to consider an additional extension, Plaintiffs' counsel is now unwilling to agree to the requested extension. Counsel for Defendant Ms. Lyell certifies that they have attempted in good faith to resolve these issues, but because of the approaching deadline and Plaintiffs' counsel's lack of agreement, this motion must be filed.

6. For these reasons, undersigned counsel asks for an extension of time of two weeks, up to and including June 21, 2024 to respond to the outstanding discovery requests propounded by Plaintiffs' to Defendant, Jennifer Lyell.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By:   <u>/s/ Ronald G. Harris</u>
      Ronald G. Harris, BPR #009054
      Philip N. Elbert, BPR #009430
      Olivia R. Arboneaux, BPR #040225

      1201 Demonbreun Street, Suite 1000
      Nashville, Tennessee 37203
      (615) 244-1713 – Phone
      (615) 726-0573 – Fax
      rharris@nealharwell.com
      pelbert@nealharwell.com
      oarboneaux@nealharwell.com

      *Counsel for Defendant Jennifer Lyell*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of June 2024, the foregoing was served via the court's electronic filing system on the following counsel of record:

| | |
|---|---|
| Gary E. Brewer<br>BREWER AND TERRY, PC<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN 37816<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett *(pro hac vice)*<br>Katherine Barrett Riley *(pro hac vice)*<br>Sarah Sterling Aldridge *(pro hac vice)*<br>BARRETT LAW GROUP, PA<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>saldridge@barrettlawgroup.com<br><br>Shannon M. McNulty *(pro hac vice)*<br>CLIFFORD LAW OFFICES, PC<br>120 N. LaSalle St., 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiffs'* | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz *(pro hac vice)*<br>Terence W. McCormick *(pro hac vice)*<br>Adam Kahan Brody *(pro hac vice)*<br>Scott Klein *(pro hac vice)*<br>Alex Otchy *(pro hac vice)*<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>brody@mintzandgold.com<br>klein@mintzandgold.com<br>otchy@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |
| L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber* | Catherine M. Newman<br>R. Bruce Barze, Jr. *(pro hac vice)*<br>BARZE TAYLOR NOLES LOWTHER LLC<br>2204 Lakeshore Dr., Suite 425<br>Birmingham, AL 35209<br>cnewman@btnllaw.com<br>bbarze@btnllaw.com<br><br>*Counsel for Defendant Eric Geiger* |

| | |
|---|---|
| George H. Cate, III<br>Kimberly M. Ingram-Hogan<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>ONE 22 ONE<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>Richard C. Mangelsdorf, Jr.<br>Terri L. Bernal<br>MCANGUS GOUDELOCK & COURIE, LLC<br>P.O. Box 2949<br>120 Brentwood Commons Way, Suite 625<br>Brentwood, TN 37024<br>chuck.mangelsdorf@mgclaw.com<br>terri.bernal@mgclaw.com<br><br>*Counsel for Defendant LifeWay Christian Resources of the Southern Baptist Convention* | James C. Bradshaw III<br>WYATT, TARRANT & COMBS, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron Leet *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* |
| Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>*Counsel for Defendants The Executive Committee of the Southern Baptist Convention, Willie McLaurin, and Rolland Slade* | |

                                              */s/ Ronald G. Harris*
                                              Ronald G. Harris