IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:23-cv-00478 |
| v. | ) ) ) | Judge William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |
| SOUTHERN BAPTIST CONVENTION, a non-profit corporation; et al., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## JOINT STATUS REPORT FILED JULY 29, 2024

Pursuant to the Court's Order entered July 1, 2024 [D.E. 181], Plaintiffs Michael David Sills and Mary Sills and Defendants Southern Baptist Convention ("SBC"), Dr. Ed Litton, Jennifer Lyell, Executive Committee of the Southern Baptist Convention ("EC"), Bart Barber, Willie McLaurin, Rolland Slade, the Southern Baptist Theological Seminary ("Seminary"), Dr. R. Albert Mohler, and Guidepost Solutions, LLC ("Guidepost") file this Joint Status Report to update the Court regarding their meet and confer efforts and development of ESI protocols. Since the July 15 Joint Status Report, the parties have not held additional meet-and-confers.

Written discovery: Since the July 15 Joint Status Report, Plaintiffs supplemented their initial disclosures on July 17, the EC supplemented its written discovery responses on July 24, and Guidepost will supplement its written discovery responses on July 29.

Document production: Nothing has changed from the July 15 Joint Status Report regarding the parties' productions. All parties are aware of and working toward the substantial completion deadline of August 1.

1

ESI protocol:  Plaintiffs and Lyell have reached an agreement regarding the ESI Protocol.

Respectfully submitted,

s/ Brigid M. Carpenter
Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone:  (615) 726-7341
Fax:  (615) 744-7341

**Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade**


s/  Katherine Barrett Riley by BMC by permission
John W. Barrett (Admitted *Pro Hac Vice*)
Katherine Barrett Riley (BPR #021155)
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
(Admitted *Pro Hac Vice)*
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer (BPR #000942)
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Attorneys for Plaintiffs*

*s/ Byron E. Leet by BMC by permission*
Byron E. Leet (Admitted *Pro Hac Vice*)
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

James C. Bradshaw, III (BPR #13170)
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Thomas E. Travis (Admitted *Pro Hac Vice*)
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

*s/ Ronald G. Harris by BMC by permission*
Oliva Rose Arboneaux (BPR #040225)
Philip N. Elbert (BPR #009430)
Ronald G. Harris (BPR #009054)
Mariam N. Stockton
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Attorneys for Jennifer Lyell*

*s/ Matthew C. Pietsch by BMC by permission*
Louis Gino Marchetti, Jr. (BPR #005562)
Matthew C. Pietsch (BPR #024659)
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

**Attorneys for Southern Baptist Convention, Dr. Ed Litton and Bart Barber**


*s/ Katharine R. Klein by BMC by permission*
John R. Jacobson (BPR #014365)
Katharine R. Klein (BPR #019336)
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

**Attorneys for Guidepost Solutions, LLC**


*s/ Alan S. Bean by BMC by permission*
Alan S. Bean (BPR #26194)
Starnes Davis Florie LLP
3000 Meridian Boulevard, Suite 350
Franklin, Tennessee 37067
abean@starneslaw.com

**Attorney for Willie McLaurin**

4

# CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Attorneys for Plaintiffs*

Oliva Rose Arboneaux
Philip N. Elbert
Ronald G. Harris
Mariam N. Stockton
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
oarboneaux@nealharwell.com
pelbert@nealharwell.com
rharris@nealharwell.com

*Attorneys for Jennifer Lyell*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Louis Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Bart Barber*

| | |
|---|---|
| Alan S. Bean<br>Starnes Davis Florie, LLP<br>3000 Meridian Boulevard<br>Suite 350<br>Franklin, Tennessee 37067-6321<br>abean@starneslaw.com<br><br>*Attorney for Willie McLaurin* | John R. Jacobson<br>Katharine R. Klein<br>Riley & Jacobson<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>*Attorneys for Guidepost Solutions, LLC* |

this 29th day of July, 2024.

*s/ Brigid M. Carpenter*
Brigid M. Carpenter