THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:23-cv-00478 ) ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

## NOTICE OF FILING

The undersigned counsel hereby gives notice that one exhibit was filed with Defendants' Joint Response to Plaintiffs' Emergency Motion for Protective Order and to Terminate or Otherwise Stay the Deposition (D.E. #202). That exhibit is described as follows:

Exhibit 1: January 29, 2025 Email from Plaintiffs' Counsel Katherine Riley to Defendants' Counsel re: Meet and Confer.

Respectfully submitted,

NEAL & HARWELL, PLC

By: */s/ Ronald G. Harris*
Ronald G. Harris, BPR #009054
Philip N. Elbert, BPR #009430
Mariam N. Stockton, BPR #029750
Olivia R. Arboneaux, BPR #040225

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
rharris@nealharwell.com
pelbert@nealharwell.com

mstockton@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 3rd day of February, 2025, the foregoing was served via the court's electronic filing system on the following counsel of record:

| | |
|---|---|
| Gary E. Brewer<br>BREWER AND TERRY, PC<br>1702 W. Andrew Johnson Hwy.<br>P.O. Box 2046<br>Morristown, TN  37816<br>robin@brewerandterry.com<br><br>John W. ("Don") Barrett *(pro hac vice)*<br>Katherine Barrett Riley *(pro hac vice)*<br>Sarah Sterling Aldridge *(pro hac vice)*<br>BARRETT LAW GROUP, PA<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS  39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>saldridge@barrettlawgroup.com<br><br>Shannon M. McNulty *(pro hac vice)*<br>Kristofer S. Riddle *(pro hac vice)*<br>CLIFFORD LAW OFFICES, PC<br>120 N. LaSalle St., 36th Floor<br>Chicago, IL  60602<br>smm@cliffordlaw.com<br>ksr@cliffordlaw.com<br><br>*Counsel for Plaintiffs* | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN  37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz *(pro hac vice)*<br>Terence W. McCormick *(pro hac vice)*<br>Adam Kahan Brody *(pro hac vice)*<br>Scott Klein *(pro hac vice)*<br>Alex Otchy *(pro hac vice)*<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY  10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>brody@mintzandgold.com<br>klein@mintzandgold.com<br>otchy@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |

| | |
|---|---|
| L. Gino Marchetti, Jr.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br><br>Matthew C. Pietsch<br>GORDON, REES, SCULLY MANSUKHANI, LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067<br>mpietsch@grsm.com<br>*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber* | Alan S. Bean<br>K. Nicole Poole<br>STARNES DAVID FLORIE, LLP<br>3000 Meridian Blvd., Suite 350<br>Franklin, Tennessee 37067-6321<br>abean@starneslaw.com<br>npoole@starneslaw.com<br><br>*Counsel for Defendant Willie McLaurin* |
| James C. Bradshaw III<br>WYATT, TARRANT & COMBS, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron Leet *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* | Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>Thomas J. Hurney, Jr. *(pro hac vice)*<br>Jonathan L. Anderson *(pro hac vice)*<br>Gretchen M. Callas *(pro hac vice)*<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Telephone: 304-340-1000<br>Fax: 304-340-1150<br>thurney@jacksonkelly.com<br>jlanderson@jacksonkelly.com<br>Gcallas@jacksonkelly.com<br><br>*Counsel for Defendants The Executive Committee of the Southern Baptist Convention and Rolland Slade* |

                                                                        */s/ Ronald G. Harris*