THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS**, ) ) ) Plaintiffs, ) ) v. ) ) ) **SOUTHERN BAPTIST CONVENTION**, ) *et al.* ) ) Defendants. ) | CASE NO. 3:23-cv-00478<br><br>JUDGE WILLIAM L. CAMPBELL, JR.<br>Magistrate Judge Chip Frensley<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFFS AND DEFENDANT JENNIFER LYELL'S JOINT AND UNOPPOSED MOTION FOR A DISCOVERY CONFERENCE AND FOR MODIFICATION TO THE BRIEFING SCHEDULE

Before the Court is Plaintiffs and Defendant Jenniffer Lyell's Joint and Unopposed Motion for a Discovery Conference and for Modification to the Briefing Schedule (ECF No. 205).

For good cause shown, the Joint Motion is hereby GRANTED. A telephone conference is set for _____, 2025, at _____. The deadline for Defendants' response to Plaintiffs' Motion for a Protective Order (ECF No. 200) is extended from February 13, 2025, until seven days after the discovery conference, and Plaintiffs' optional reply deadline is extended from February 20, 2025, until seven days from Defendants' response.

**IT IS SO ORDERED.**

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**