> The motion is GRANTED in part. A discovery conference is hereby set for February 18, 2025 at 9:00 a.m. via telephone. Further briefing on the motion is stayed pending the discovery conference. All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

*[Signature]*

# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) ) CASE NO. 3:23-cv-00478 |
| v. | ) ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) |

## PLAINTIFFS AND DEFENDANT JENNIFER LYELL'S JOINT AND UNOPPOSED MOTION FOR A DISCOVERY CONFERENCE AND FOR MODIFICATION TO THE BRIEFING SCHEDULE

Pursuant to Section G of the Stipulated Amended Case Management Order (ECF No. 170) and Local Rule 37.01, Plaintiffs, David and Mary Sills, and Defendant, Jennifer Lyell, respectfully request a telephonic discovery conference with Magistrate Judge Frensley to address the parties' concerns regarding the witness identified in Plaintiffs' Emergency Motion for Protective Order (ECF No. 200) and responses to various subpoenas issued to medical providers. The parties met and conferred in person in a good-faith attempt to resolve their discovery dispute on February 11, 2025, and made progress in reaching a resolution. Nevertheless, some particular concerns remain for which the Parties jointly seek guidance from the Court. Counsel for the remaining defendants have advised that they do not oppose a discovery conference on this issue.

Relatedly, Plaintiffs and Defendant Jennifer Lyell hereby jointly move this Court for an extension of the parties' briefing deadlines set by this Court's February 3, 2025, Order (ECF No. 204). Plaintiffs and Defendant Lyell request that the Court extend Defendants' response deadline

from February 13, 2025, until seven days after the discovery conference, or, if the request for a discovery conference is denied, seven days after the entry of the Court's order ruling on this motion, and extend the Plaintiffs' optional reply deadline from February 20, 2025, until seven days from the date of Defendants' response. Plaintiffs and Defendant Lyell would show good cause for such an extension as follows:

1. The Court granted the Plaintiffs' emergency motion and quashed the deposition that was set for February 4, 2025. (Order, at 2, ECF No. 204.)

2. Under the Amended Case Management Order, discovery disputes are to be brought before the Court by request for a discovery conference after the parties have conferred in-person to resolve the discovery dispute. (Stipulated Am. Case Mgmt. Order at ¶ G, ECF No. 170.)

3. Counsel for Plaintiffs and Defendant Lyell have conferred in person and agree that the parties would benefit from a discovery conference concerning Plaintiffs' Motion for a Protective Order (ECF No. 200), specifically regarding whether the briefing on the motion may be filed under seal.

4. Plaintiffs and Defendant Lyell also anticipate filing a joint motion to seal the briefing on Plaintiffs' motion for protective order and intend to make a showing of good cause at the discovery conference.

5. The remaining defendants have advised that they do not oppose this motion.

For these reasons, Plaintiffs and Defendant Lyell request that the Court convene a discovery conference and further request that the Court extend Defendants' response deadline from February 13, 2025, until seven days after the Discovery Conference, or, if the request for a discovery conference is denied, seven days after entry of the Court's order ruling on this motion,

and extend the Plaintiffs' optional reply deadline from February 20, 2025, until seven days from the date of Defendants' response.

Respectfully submitted,

/s/ Philip N. Elbert
Ronald G. Harris, BPR #009054
Philip N. Elbert, BPR #009430
Mariam N. Stockton, BPR #029750
Olivia R. Arboneaux, BPR #040225

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
rharris@nealharwell.com
pelbert@nealharwell.com
mstockton@nealharwell.com
oarboneaux@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

/s/ *Shannon M. McNulty*
Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

3

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of February, 2025, the foregoing was served via the court's electronic filing system on the following counsel of record:

| | |
|---|---|
| Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>Thomas J. Hurney, Jr. *(pro hac vice)*<br>Jonathan L. Anderson *(pro hac vice)*<br>Gretchen M. Callas *(pro hac vice)*<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Telephone: 304-340-1000<br>Fax: 304-340-1150<br>thurney@jacksonkelly.com<br>jlanderson@jacksonkelly.com<br>Gcallas@jacksonkelly.com<br>*Counsel for Defendants The Executive Committee of the Southern Baptist Convention and Rolland Slade* | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Ave.<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz *(pro hac vice)*<br>Terence W. McCormick *(pro hac vice)*<br>Adam Kahan Brody *(pro hac vice)*<br>Scott Klein *(pro hac vice)*<br>Alex Otchy *(pro hac vice)*<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>brody@mintzandgold.com<br>klein@mintzandgold.com<br>otchy@mintzandgold.com<br>*Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |

| | |
|---|---|
| James C. Bradshaw III<br>WYATT, TARRANT & COMBS, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron Leet *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br>ttravis@wyattfirm.com<br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* | Alan S. Bean<br>K. Nicole Poole<br>STARNES DAVID FLORIE, LLP<br>3000 Meridian Blvd., Suite 350<br>Franklin, Tennessee 37067-6321<br>abean@starneslaw.com<br>npoole@starneslaw.com<br><br>*Counsel for Defendant Willie McLaurin* |
| L. Gino Marchetti, Jr.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br><br>Matthew C. Pietsch<br>GORDON, REES, SCULLY MANSUKHANI, LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067<br>mpietsch@grsm.com<br>*Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber* | |

                                                  */s/ Philip N. Elbert*