IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS AND MARY SILLS, <br>     Plaintiff <br> <br> v. <br> <br> SOUTHERN BAPTIST CONVENTION, a non-profit corporation; DR ED LITTON, Individually, and as agent and/or Employee of SOUTHERN BAPTIST CONVENTION; ET AL. | Civil Action No 3:23-cv-00478 <br> Judge Campbell/Frensley <br> Jury Demand |

## ORDER

The Court held a case management conference with the Parties on February 18, 2025, to discuss the Parties ongoing discovery disputes including Plaintiff's motion for protective order (Docket No. 200) and the production of certain medical records in this case. Based upon the guidance provided by the Court, the Parties are to continue their meet and confer efforts with regard to the outstanding discovery issues. Defendant Lyle shall respond to the motion for protective order by **February 25, 2025**, any optional reply may be filed by **March 4, 2025**, all pleadings related to the motion for protective order shall be filed under seal.

By **February 19, 2025**, Plaintiff's counsel shall provide counsel for Defendant Lyle a list of medical providers from whom medical records are requested and Plaintiff submits have not previously been provided or there has been an insufficient production. By **March 3, 2025**, Defendant Lyle shall produce all responsive medical records. The Parties shall further attempt to reach agreement with regard to any Health Insurance Portability and Accountability Act ("HIPAA") related issues regarding the medical record production. In the event the Parties are unable to reach agreement regarding record production, Plaintiff may file amotion to compel or

for further other appropriate relief.

       **IT IS SO ORDERED.**

                                                  **JEFFERY S. FRENSLEY**
                                                  **United States Magistrate Judge**