UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | No. 3:23-cv-00478 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| *Defendants*. | ) | *JURY DEMAND* |
| | ) | |
| | ) | |
| | ) | |

## CASE RESOLUTION PLAN AND JOINT STATUS REPORT

Pursuant to this Court's scheduling order [Dkt. No. 208], the Parties submit the following Case Resolution Plan and Joint Status Report:

I. ***PROPOSED CASE RESOLUTION***.

Plaintiffs have previously circulated a demand letter to certain Defendants and those Defendants responded. At that time, the Parties were at odds with respect to facts and law. Since that time, a considerable amount of testimony has been taken in the case, and document discovery has been substantial. Relatedly, the Parties have been able to independently assess risk, including on factual and legal aspects of the litigation. On February 11, 2025, the Parties proposed exchanging names of three mediators, and although a mediator would propose the process ultimately used in mediation, the Parties' discussed the exchange of mediation memos submitted to the mediator, plus the use of an optional confidential memo. The Parties further considered the timing of mediation, before the Parties expend substantial resources on the full work-up and presentation of experts. The Parties exchanged names of mediators on Friday, February 14, 2025.

Three names were supplied by Plaintiffs (a retired 6th Circuit Court of Appeals Justice, a retired Tenn. S. Ct. Chief Justice and a lawyer-mediator), and three names were collectively supplied by Defendants. There was no overlap between the Parties' respective proposed mediators. The Parties agreed to meet and confer for the purpose of narrowing the options.

Following a series of conferrals, the Parties were able to reach agreement on a mediator and dates. The parties anticipate conducting the mediation no later than May 31, 2025.

## II. JOINT STATUS REPORT

The Parties have progressed through a substantial amount of discovery, though some important discovery remains. The Parties are also making best efforts to resolve outstanding discovery disputes. The detailed status of the litigation is fully set forth in the recently filed joint motion that sought modification to discovery deadlines. *See* Dkt. No. 207. Discovery will simultaneously proceed with the Parties' Case Resolution Plan.

Dated: February 27, 2025

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Katherine B. Riley*<br>Katherine Barrett Riley (TN BPR#021155)<br>John W. ("Don") Barrett (admitted *pro hac vice*)<br>Sterling Aldridge (admitted *pro hac vice*)<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>Ph: (662) 834-2488<br>Fax: (662) 834-2628<br>kbriley@barrettlawgroup.com<br>dbarrett@barrettlawgroup.com<br>saldridge@barrettlawgroup.com<br><br>/s/ *Shannon M. McNulty*<br>Shannon M. McNulty (admitted *pro hac vice*)<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, Illinois 60602<br>(312) 899-9090<br>(312) 251-1160 Facsimile<br>SMM@cliffordlaw.com<br><br>Gary E. Brewer (TN BPR#: 000942)<br>BREWER AND TERRY, P.C.<br>Attorneys at Law<br>1702 W. Andrew Johnson Hwy.<br>Morristown, TN 37816-2046<br>(423) 587-2730<br><br>***Attorneys for Plaintiffs***<br><br>/s/ *Brigid M. Carpenter*<br>Brigid M. Carpenter (BPR #018134)<br>Ryan P. Loofbourrow (BPR #033414)<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>Telephone: (615) 726-7341<br>Fax: (615) 744-7341 | ***Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade***<br><br>/s/ *Byron E. Leet*<br>Byron E. Leet (Admitted *Pro Hac Vice*)<br>Wyatt, Tarrant & Combs<br>400 West Market Street<br>Louisville, Kentucky 40202<br>bleet@wyattfirm.com<br><br>James C. Bradshaw, III (BPR #13170)<br>Wyatt, Tarrant & Combs, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, Tennessee 37201<br>jbradshaw@wyattfirm.com<br><br>Thomas E. Travis (Admitted *Pro Hac Vice*)<br>Wyatt, Tarrant & Combs<br>250 W. Main Street, Suite 1600<br>Lexington, Kentucky<br>ttravis@wyattfirm.com<br><br>***Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler***<br><br>/s/ *Mariam N. Stockton*<br>Oliva Rose Arboneaux (BPR #040225)<br>Philip N. Elbert (BPR #009430)<br>Ronald G. Harris (BPR #009054)<br>Mariam N. Stockton (BPR #029750)<br>Neal & Harwell, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>oarboneaux@nealharwell.com<br>pelbert@nealharwell.com<br>rharris@nealharwell.com<br>mstockton@nealharwell.com<br><br>***Attorneys for Jennifer Lyell*** |

3

*/s/ Matthew C. Pietsch*
Matthew C. Pietsch (BPR #024659)
Goron Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee 37067

mpietsch@grsm.com

***Attorneys for Southern Baptist Convention,
Dr. Ed Litton and Bart Barber***

*/s/ Katharine R. Klein*
John R. Jacobson (BPR #014365)
Katharine R. Klein (BPR #019336)
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

***Attorneys for Guidepost Solutions, LLC***

*/s/ Alan S. Bean*
Alan S. Bean (BPR #26194)
Starnes Davis Florie LLP
3000 Meridian Boulevard, Suite 350
Franklin, Tennessee 37067
abean@starneslaw.com

***Attorney for Willie McLaurin***

# CERTIFICATE OF SERVICE

I, Shannon M. McNulty, hereby certify that on February 27, 2024, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/*Shannon M. McNulty*
Shannon M. McNulty
