IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, *et al.*, <br><br> Defendants. | Case No.: 3:23-cv-00478 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Pursuant to Local Rule 6.01, Plaintiffs, by and through their undersigned counsel, respectfully move for a six (6) day extension to submit their reply in support of their motion for a protective order (Dkt. No. 200), from March 4, 2025, to March 10, 2025. For good cause, the Plaintiffs would show the Court the following:

1. On January 31, 2025, Plaintiffs filed their Emergency Motion for Protective Order and to Terminate or Otherwise Stay Deposition. Dkt. No. 200 (the "Motion for Protective Order").

2. Defendant Jennifer Lyell submitted an opposition to the Motion for Protective Order that same day. Dkt. No. 202.

3. On February 3, 2025, the Court quashed the subpoena subject to the Motion for Protective Order pending resolution of the protective order dispute. Dkt. No. 204.

4. On February 18, 2025, the Court held a case management conference with the Parties to discuss, among other things, the Motion for Protective Order. Thereafter, the Court ordered Defendant Lyell to respond to the Motion for Protective Order by February 25, 2025, and Plaintiffs to reply by March 4, 2025. Dkt. No. 209.

5. Counsel for Plaintiffs is currently traveling and very recently experienced a death in the family. As such, additional time is needed for Plaintiffs to submit their reply to the Motion for Protective Order.

6. Plaintiffs have conferred with counsel for Defendant Lyell who advised they do not oppose the requested extension.

For these reasons, Plaintiffs respectfully request a six (6) day extension of time to file their reply to the Motion for Protective order from March 4, 2025 to March 10, 2025.

Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on March 4, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley
