```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


 MICHAEL DAVID SILLS and  )
 MARY SILLS,              )
                          )
    Plaintiffs,           )
                          ) Case No. 3:23-cv-00478
 VS.                      ) Judge William L. Campbell, Jr.
                          ) Magistrate Judge
 SOUTHERN BAPTIST         ) Jeffery S. Frensley
 CONVENTION, a non-profit)
 corporation, et al,      )
                          )
    Defendants.           )
 _____X
```

_____


                VIDEOTAPED DEPOSITION OF MARY SILLS

                    TAKEN ON OCTOBER 3, 2024


_____




Prepared by:
Carole K. Briggs, LCR #345
Briggs & Associates
222 Second Avenue, North, Suite 340M
Nashville, Tennessee  37201
Carole@Briggscourtreporting.com

 1           THE WITNESS: Bart Barber. I don't remember
 2   the rest of the people.
 3   BY MS. CALLAS:
 4       Q.   That's fine. So you remember three. You
 5   mentioned Jennifer Lyell. I think you mentioned the
 6   Southern Baptist Convention; is that right?
 7       A.   Yes.
 8       Q.   And Bart Barber?
 9       A.   Yes.
10       Q.   Tell me what the Southern Baptist Convention
11   has done, that is, what conduct they've engaged in, that
12   has --
13       A.   They are ultimately responsible for the
14   actions of Bart Barber, who represents them and also
15   represents Baptist Press, who was greatly involved in
16   this, and Guidestone [sic], as well.
17       Q.   So the Southern Baptist Convention is
18   ultimately responsible for those entities and people
19   you've identified. Tell me what Bart Barber has done
20   specifically to harm you, Mary Sills.
21       A.   He retweeted a tweet from Eric Geiger that
22   said I was complicit in this inappropriate relationship
23   with Jennifer Lyell. And I have never met the man,
24   never spoken to the man, don't know the man. And he
25   said that about me. He doesn't know me.

1    Q.   And this is Bart Barber you're speaking of?

2    A.   Yes.

3    Q.   Do you know Eric Geiger?

4    A.   Only from her talking about him.

5    Q.   And this would be Jennifer talking about Eric
6    Geiger?

7    A.   Yes.

8    Q.   And this -- when would she have talked about
9    him, if you remember?

10   A.   She would -- we would have conversations all
11   the time, and she would talk to me about her work.  And
12   he was her boss.

13   Q.   Did you ever have an interaction with him?

14   A.   No.

15   Q.   Did you form any impression of him based on
16   Jennifer's comments about him?

17   A.   Not really.

18   Q.   I mean, were her comments positive, or
19   negative, or you don't have a recollection?

20   A.   Both, I'm sure.

21   Q.   Did you form any opinion or impression of her
22   view of him, meaning whether she viewed him positively
23   or negatively?

24   A.   No.

25   Q.   So you've mentioned Bart Barber retweeting a

 1   tweet of Eric Geiger; is that correct?
 2        A.   Yes.
 3        Q.   What about the Baptist Press, what statement
 4   has the Baptist Press made about Mary Sills?
 5        A.   I don't know if that's specifically about me,
 6   but if it involves my husband, it involves me.
 7        Q.   And what about -- you said Guidestone, and
 8   I'll -- Guidepost.
 9        A.   Post, sorry.
10        Q.   So you've mentioned Guidepost.  What
11   statement did Guidepost make about Mary Sills?
12        A.   Not about me, specifically.  But, again, when
13   you talk about my husband, you talk about me.
14        Q.   There are other defendants.  Do you
15   understand there are other defendants you have sued?
16        A.   Yes.
17        Q.   And you don't recall the specific names; is
18   that right?
19        A.   Yes.
20        Q.   I will identify them for you, and you can
21   tell me what you understand they have done or how
22   they've acted to harm you, Mary Sills?
23        A.   Okay.
24        Q.   Ed Litton is one of those people.
25        A.   Also a member of the Southern Baptist

1  Convention and the Executive Committee responsible for
2  the actions of their people.
3       Q.   And those people are?
4       A.   Anyone that is employed by the Southern
5  Baptist Convention.
6       Q.   Okay.  And so which of those people employed
7  by the Southern Baptist Convention do you allege have
8  harmed you, Mary Sills?
9       A.   Bart Barber, specifically.
10      Q.   So Ed Litton is, if I understand what you've
11 said -- and I know you are not a lawyer, but you're
12 telling me what your case is about.  Ed Litton is
13 responsible for what Bart Barber had to say, in your
14 words?
15           MS. RILEY:  Object to the form.
16           THE WITNESS:  Ultimately, he is responsible.
17 BY MS. CALLAS:
18      Q.   Did he have any separate conduct that you
19 know of that you allege was harmful to you?
20      A.   No.
21      Q.   What about Rolland Slade?
22      A.   Again, he is part of the Executive Committee.
23 The buck stops with him.
24      Q.   And Rolland Slade, you would attribute
25 responsibility for Bart Barber's tweet; is that right?

1      A.    Yes.

2      Q.    Did Rolland Slade engage in any conduct,

3   himself, that you allege was harmful to you?

4      A.    No.

5      Q.    Willie McLaurin is another defendant?

6      A.    The same.

7      Q.    Now, you've not mentioned the seminary.  Do

8   you know that you have sued the seminary?

9      A.    Again, the seminary is part of the Southern

10  Baptist Convention, therefore, they're responsible, too.

11     Q.    And is there any particular person or

12  statement that was made that you attribute to the

13  seminary, or are we -- you know, we've talked about Bart

14  Barber, Guidepost, and the Baptist Press?

15     A.    When an entity is big, like the Southern

16  Baptist Convention, there are a lot of people that are

17  supposed to report.  And the people at the top are

18  responsible for whatever is said by any of their people,

19  ultimately.  And Dr. Mohler is a representative of the

20  Southern Baptist Theological Seminary, which is part of

21  the Southern Baptist Convention.  And it all trickles

22  down.

23     Q.    Is it correct, Mrs. Sills, that the only

24  statement made about you was the retweet by Bart Barber?

25     A.    That I know of.

1     Q.   You mentioned the Baptist Press.  Did your
2  name appear in any Baptist Press article or press
3  release, if you recall?
4     A.   I don't recall.
5     Q.   Did your name appear in the Guidepost report,
6  if you know?
7     A.   I don't know.
8     Q.   Did you look for your name in the report?
9     A.   I didn't want to read the whole report.
10          MS. CALLAS:  Why don't we -- let's take a
11  five- or ten-minute break.  We may come back, or have
12  lunch, or do something, but we'll take a little break.
13          THE VIDEOGRAPHER:  Off the record at 11:42.
14          (Recess observed.)
15          THE VIDEOGRAPHER:  Back on the record at
16  12:27.
17  BY MS. CALLAS:
18     Q.   Mrs. Sills, what year did your daughter
19  graduate from college?
20     A.   2009?  I don't remember.
21     Q.   Do you recall that Jennifer Lyell attended
22  some aspect of the graduation ceremony or celebration?
23     A.   I don't remember.
24     Q.   Did you ever have a conversation with Molly
25  -- instead of saying ever, let me say around the time of

1                         CERTIFICATE

2

3

4

5        I, CAROLE K. BRIGGS, Licensed Court Reporter

6   within and for the State of Tennessee, do hereby certify

7   that the above deposition was reported by me and that

8   the foregoing pages of the transcript is a true and

9   accurate record to the best of my knowledge, skills, and

10  ability.

11       I further certify that I am not a relative,

12  counsel or attorney of either party nor employed by any

13  of the parties in this case or otherwise interested in

14  the event of this action.

15       IN WITNESS WHEREOF, I have hereunto affixed my

16  official hand on this 18th day of October 2024.

17

18

19

20

21  *[signature: Carole K. Briggs]*

22  _____

23  CAROLE K. BRIGGS

24  Shorthand Reporter

25  Tennessee License No. 345