# Exhibit B

Cooperating With the SBC    What We do    Convention Partnerships

# SBC Executive Committee Staff

*President's Office*

---

**Dr. Jeff Iorg**

President and CEO

📞 615-782-8606

✉ president@sbc.net

---

**Jeff Dalrymple**

Director of Abuse Prevention & Response

📞 615-782-8632

✉ jdalrymple@sbc.net

---

**Charles Grant**

Associate Vice President for Convention Partnerships

📞 615-517-1544

✉ cgrant@sbc.net

---

**Sharon Robinson**

Executive Assistant to the President

📞 615-244-2355

✉ srobinson@sbc.net

---

**Amy Thompson**

Director of Corporate Relations

📞 615-782-8604

✉ athompson@sbc.net

## Convention Administration

**Jonathan P. Howe**
Vice President for Convention Administration
615-782-8645
jhowe@sbc.net

**Phillip Baker**
SBC Facilities Services Manager
615-782-8662
pbaker@sbc.net

**Michael Brown**
SBC Facilities Services Associate
615-782-8624
mbrown@sbc.net

**Hillary Krantz**
Executive Assistant
615-782-8664
hkrantz@sbc.net

**L. Wayne Mann**
Manager of Information Technology
615-782-8629
wmann@sbc.net

**Christy Peters**
SBC Committee Relations Manager
615-782-8622
cpeters@sbc.net

**Lynn Richmond**
Convention Manager
615-782-8602
lrichmond@sbc.net

## Convention Communications

**Brandon Porter**
Vice President for Convention Communications
615-782-8616
bporter@sbc.net

**Scott Barkley**
National Correspondent – Baptist Press
(615) 782-8661
sbarkley@sbc.net

**Andy Beachum**
Creative Director
615-782-8663
abeachum@sbc.net

*Diana Chandler*

Senior Writer – Baptist Press

📞 615-782-8688

✉ dchandler@sbc.net

*Chris M. Chapman*

Director of Digital Media

📞 615-782-8628

✉ cchapman@sbc.net

*Laura Erlanson*

Managing Editor – Baptist Press

📞 615-782-8617

✉ lerlanson@sbc.net

*Kristen Johnson*

Administrative Assistant

📞 615-782-8677

✉ kjohnson@sbc.net

---

## Convention Finance

*Mike Bianchi*

CFO

📞 615-782-8601

✉ mbianchi@sbc.net

*Matt Murphy*

Accounting Manager

📞 615-782-8674

✉ mmurphy@sbc.net

*Ruth Ann Williams*

Staff Accountant

📞 615-782-8618

✉ rawilliams@sbc.net

ABOUT

About the SBC

Beliefs

Governing Documents

Entities & Seminaries

State Conventions & Local Associations

SBC Executive Committee

SBC President

## MISSIONS

Cooperative Program

CP Stories

North American Mission Board

International Mission Board

Send Relief

Woman's Missionary Union

Fast Facts

## NEWS

Baptist Press

Lead On Podcast

SBC This Week

SBC Calendar

Annual Ministry Reports

Monthly Giving Reports

Daily Devotions

## RESOURCES

2024 SBC Annual

SBC Store

Branding & Logos

Give Online

Resolutions

Sex Abuse Prevention

Special Needs Resources

## CONTACT

Contact Us

Job Listings

Media Relations

Credentials Committee

Jeff Iorg, EC President

Staff Directory

Trustee Directories

**SBC.net** Baptist Press  Churches  SBC Jobs  BF&M

© 2025 SBC | Site by Mere.

Site Index | Privacy Policy