IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

Case No. 3:23-cv-00478

Chief Judge Campbell
Magistrate Judge Frensley

JURY DEMAND

**REPLY IN SUPPORT OF EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S MOTION FOR DISCOVERY CONFERENCE**

In essence, Plaintiffs' Response to the Executive Committee's Motion for Discovery Conference (ECF No. 224) agrees that a discovery dispute exists on the deposition topics in Plaintiffs' Rule 30(b)(6) Notice of Deposition to the Executive Committee. Thus, the Executive Committee's motion should be granted, and the Court should set a discovery conference.

Plaintiffs then continue for 12 pages with a substantive response to the Executive Committee's objections, citing several exhibits, including some of the Executive Committee's confidential documents. The purported reason is that they believe, based on Local Rule 37.01(b), and notwithstanding the Court's Initial Case Management Order, that the Executive Committee was supposed to file a joint discovery dispute statement with its motion for a discovery conference. (ECF No. 224 at 1-2.) That said, just nine days before Plaintiffs' response, they filed a motion for a discovery conference under the same procedure that the Executive Committee followed, did not file a joint discovery dispute statement, and stated that the "parties can draft a joint discovery dispute statement about any or all of the topics in dispute, at the Court's request, per the Initial Case Management Order." (ECF No. 219 at 3.)

1

Despite Plaintiffs' inconsistent positions on what is required for a discovery conference, the Court's order is clear: file the motion for discovery conference, and then the Court may ask for a joint discovery dispute statement, as needed. (ECF No. 99 at 5; *see also* ECF No. 219 ¶ 14 (Plaintiffs taking consistent position).) The Court certainly has discretion to depart from Local Rule 37.01(b) in its initial case management order, as long as the Court's procedure to decide discovery disputes applies to both parties. *See Kaballah v. Krow*, No. 0:21-cv-82, 2024 WL 4805339, at *2 (E.D. Ky. Nov. 15, 2024) (appeal filed Dec. 11, 2024) (citing *S.S. v. E. Ky. Univ.*, 532 F.3d 445, 451 (6th Cir. 2008)) (application of local rules are within the "district court's discretion"). The discovery dispute statement is meant to be an efficient way for the Court to review and decide the discovery dispute, and if the Court wants to have a conference before deciding whether it needs additional briefing on an issue, its decision should be enforced.

For these reasons, the Executive Committee will not substantively respond to Plaintiffs' improper legal arguments in their response to the Motion for Discovery Conference. If the Court would like substantive briefing on any or all topics, the Executive Committee can either file a supplemental brief, or work with Plaintiffs to draft a joint discovery dispute statement, as contemplated in the Local Rules and the Court's Initial Case Management Order.

    Respectfully submitted,

*/s/ Brigid M. Carpenter*
Thomas J. Hurney, Jr. *pro hac vice*
Gretchen M. Callas, *pro hac vice*
Jonathan Anderson, *pro hac vice*
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
Fax: 304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

and

Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
Telephone: (615) 726-7341
Fax: (615) 744-7341

*Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, I filed the foregoing *REPLY IN SUPPORT OF EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S MOTION FOR DISCOVERY CONFERENCE*:

John W. Barrett
Katherine Barrett Riley
Sterling Aldridge
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com
ksr@cliffordlaw.com

Gary E. Brewer
Brewer & Terry, P.C.
1702 W. Andrew Johnson HWY
Morristown, Tennessee 37816-2046
robin@brewerandterry.com
**Attorneys for Plaintiffs**

Philip N. Elbert
Ronald G. Harris
Mariam N. Stockton
Satchel Fowler
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
pelbert@nealharwell.com
rharris@nealharwell.com
mstockton@nealharwell.com
sfowler@nealharwell.com
**Attorneys for Jennifer Lyell**

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com
**Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler**

Alan S. Bean
K. Nicole Poole
Starnes, Davis, Florie LLP
3000 Meridian Blvd., Suite 350
Franklin, Tennessee 37067
Abean@starneslaw.com
npoole@starneslaw.com
**Attorneys for Willie McLaurin**

| | |
|---|---|
| Matthew C. Pietsch<br>Gordon Rees Scully Mansukhani,<br>4031 Aspen Grove Drive<br>Suite 290<br>Franklin, Tennessee 37067<br>mpietsch@grm.com<br><br>Gino Marchetti, Jr.<br>Taylor, Pigue & Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>***Attorneys for Southern Baptist Convention,***<br>***Dr. Ed Litton and Bart Barber*** | Terence William McCormick<br>Steven G. Mintz<br>Scott Klein<br>Alex Otchy<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mccormick@mintzandgold.com<br>mintz@mintzandgold.com<br>klein@mintzandgold.com<br>otchy@mintzandgold.com<br><br>John R. Jacobson<br>Katharine R. Klein<br>Riley & Jacobson<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br>***Guidepost Solutions, LLC*** |

                                              */s/ Brigid M. Carpenter*
                                              Brigid M. Carpenter

5

4938-7038-6727.v1

Case 3:23-cv-00478    Document 226    Filed 03/31/25    Page 5 of 5 PageID #: 4490