# Exhibit C

1               IN THE UNITED STATES DISTRICT COURT

2              FOR THE MIDDLE DISTRICT OF TENNESSEE

3                      NASHVILLE DIVISION

4

5    MICHAEL DAVID SILLS and        )
     MARY SILLS,                    )
6                                   )
               Plaintiffs,          )
7                                   )
          vs.                       )    Case No. 3:23-cv-00478
8                                   )
     SOUTHERN BAPTIST CONVENTION,   )
9    a nonprofit corporation;       )
     et al.,                        )
10                                  )
               Defendants.          )
11                                  )

12

             VIDEOTAPED DEPOSITION OF ROLLAND SLADE
13
                        November 19, 2024
14

15

16

17

18

19

20

21

22

23

24

25        Reported by:  T. A. Martin, CSR 3613

                                             Page 1



Page 82
```
 1
 4        MS. RILEY:  I am -- he is the chairman of the
 5    Executive Committee.  He certainly would have known and
 6    had the responsibility and the fiduciary responsibility
 7    to know why he is ████████████ with the person who
 8    has just gotten ████████████ for the same claims.
 9        Q.  So my question is to you, as the chairman of the
10    Executive Committee, what is your understanding of why
11
12        A.
14    by our chatter on social media and -- yeah.
15
```

Page 83

Page 84

Page 85

Case 3:23-cv-00478    Document 227-3  Filed 04/01/25    Page 3 of 4 PageID #: 4506

```
 1  Sills, Michael D. & Mary  v. Southern Baptist Convention
 2  Rolland Slade (#7028953)
 3          ACKNOWLEDGEMENT OF DEPONENT
 4   I, Rolland Slade, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____  _____
12  Rolland Slade              Date
13  *If notary is required
14          SUBSCRIBED AND SWORN TO BEFORE ME THIS
15          _____ DAY OF _____, 20___.
16
17
18          _____
19          NOTARY PUBLIC
20
21
22
23
24
25
                                        Page 102
```

Case 3:23-cv-00478    Document 227-3    Filed 04/01/25    Page 4 of 4 PageID #: 4507