# Exhibit D

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                        NASHVILLE DIVISION
 3
 4    MICHAEL DAVID SILLS and,     )
      MARY SILLS,                  )
 5                                 )
          Plaintiffs,              )
 6                                 )
      vs.                          ) Case No. 3:23-cv-00478
 7                                 )
      SOUTHERN BAPTIST CONVENTION, ) JURY TRIAL DEMANDED
 8    a non-profit corporation;    )
      et al.,                      )
 9                                 )
          Defendants.              )
10
11   ------------------------------------------------------------
12
                    THE VIDEOTAPED DEPOSITION OF
13
                          WILLIE MCLAURIN
14
                   Wednesday, December 4, 2024
15
     ------------------------------------------------------------
16
17
18
19
20
21
22
23
24
25
                                                         Page 1
```

Alpha Reporting                                  800-556-8974
A Veritext Company                           www.veritext.com
Case 3:23-cv-00478   Document 227-4   Filed 04/01/25   Page 2 of 3 PageID #: 4509



```
 1  [REDACTED]
    ...
25  a --
```
Page 90

```
 1  A.  [REDACTED]
    ...
15  BY MS. MCNULTY:
16  Q.    And you understood that when you would make a
17  statement or a joint statement, that it would be
18  released by Twitter, right?
19  A.    My understanding is when we make a joint
20  statement, it's going to be released through the
21  official Baptist Press.  I make no assumptions as to
22  who or what will release it in any other venue.  I just
23  always assume that once it's out there, it's out there,
24  whether it's snail mail or electronically.
25  Q.    And at the time you were interim president,
```
Page 91

```
 1  you maintained a Twitter account; is that right?
 2  A.    I did maintain a personal Twitter account.
```
Page 92