# Exhibit E

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF TENNESSEE
 3                       NASHVILLE DIVISION
 4     MICHAEL DAVID SILLS and      §
       MARY SILLS,                  §
 5                                  §
          Plaintiffs,               §     CASE NO.:
 6                                  §
       Vs.                          §     3:23-cv-00478
 7                                  §
       SOUTHERN BAPTIST CONVENTION, §
 8     a non-profit corporation;    §
       et al.,                      §
 9                                  §
          Defendants.               §
10
11
12
13
14     ****************************************************
15               ORAL AND VIDEOTAPED DEPOSITION OF
16                  CHRISTOPHER "BART" BARBER
17                   6th day of December, 2024
18     ****************************************************
19
20
21
22
23
24
25     Job No. 7047522

                                                     Page 1
```

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

| | |
|---|---|
| 1  because I was unable to find them.<br>2      A.   I -- I can't imagine.  The only times<br>3  I'd ever deleted a tweet were if I misspelled<br>4  something that I deleted it to put another tweet<br>5  up.<br>6      Q.   So you didn't delete anything that was<br>7  responsive to this lawsuit being filed.<br>8      A.   No.<br>9      Q.   Okay.  How many followers do you have on<br>10 Twitter?<br>11     A.   Right now?<br>12     Q.   Yes, sir.<br>13     A.   More than 25,000.  I don't know how many<br>14 I have.<br>15     Q.   What did you have back in 2022?<br>16     A.   I have no idea.<br>17     Q.   Think.  I mean guess.  I'm not asking<br>18 you for particular number, but did you have 5,000,<br>19 50,000?<br>20     A.   I don't think I've ever had 50,000.  I<br>21 would guess that I had more than 5,000, and you<br>22 said 2022?<br>23     Q.   Yes, sir.<br>24     A.   Okay.  I -- so I'll just tell you.  I<br>25 started blogging in 2006, and looking to see how<br>Page 138 | <br>Page 140 |
| 1  many people had read something that I wrote was bad<br>2  for me.  I liked to see that a lot of people read<br>3  what I wrote, and I stopped looking at things like<br>4  that because --<br>5      Q.   Is it fair to say you --<br>6      A.   -- it would be prideful.<br>7      Q.   -- you had anything between 5 and 25,000<br>8  back in 2022?<br>9      A.   Yeah.  I would say that's probably<br>10 right.<br>11     Q.   Okay.<br>12     A.   I mean --<br>13        THE REPORTER:  Slow down, everybody.<br>14        THE WITNESS:  I'm so sorry.  I'm so<br>15 sorry.<br>16     A.   I would guess that I had around 20,000<br>17 maybe.<br>18 BY MS. RILEY:<br>19     Q.   I'm not trying to hold you.  I'm just<br>20 trying to see if --<br>21     A.   I --<br>22     Q.   -- you have a general idea of how many<br>23 followers you had.<br>24        Okay.  Now let's get into your tweets.<br>25     A.   Okay.<br>Page 139 | Page 141 |

Alpha Reporting                                          800-556-8974
A Veritext Company                                    www.veritext.com

Case 3:23-cv-00478    Document 227-5    Filed 04/01/25    Page 3 of 4 PageID #: 4513

```
 1  [redacted]
   ...
                                                    Page 142

 1  [redacted]
   ...
17  [redacted]
   ...
                                                    Page 143
```

```
 1  [redacted]
   ...
25      Q.   All right.  So the first page is the
                                                    Page 144
```

 1  number I just called out that ends in 617.  The
 2  next one is LYELL_00349031.  The next one is
 3  LYELL_00349570.  The next one is 00348748, and the
 4  last one is LYELL_00348466.
 5          (Witness reviews document.)
 6      A.   Okay.
 7  BY MS. RILEY:
 8      Q.   Okay.  Can you tell me what that
 9  document is that I've just handed you?
10      A.   It's a multipage document that presents
11  a thread of tweets that I posted on Twitter along
12  with some people's replies.
13      Q.   So you don't dispute that these were
14  screenshotted or taken from your email thread -- I
15  mean your tweet thread?
16      A.   I'll stipulate that I wrote all of this.
17      Q.   Okay.  All right.  And on the first one
18  on the first page, it shows that an @JenLyell was
19  tagged?
20      A.   Yes.  Yes, that I'm replying to -- I'm
21  replying to a tweet that mentioned her.
22      Q.   Okay.
23      A.   And that mentioned me.
24      Q.   So that means that all of her followers
25  saw your response; is that correct?
                                                    Page 145