# Exhibit F

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE MIDDLE DISTRICT OF TENNESSEE
 3                    NASHVILLE DIVISION
 4    MICHAEL DAVID SILLS and MARY     )
      SILLS,                           )
 5                                     )
                                       )
 6                                     )
                   Plaintiffs,         )
 7                                     )
      vs.                              ) No. 3:23-cv-00478
 8                                     )
                                       )
 9    SOUTHERN BAPTIST CONVENTION, a   )
      nonprofit corporation, et al.,   )
10                                     )
                                       )
11                                     )
                                       )
12                                     )
                   Defendants.         )
13
14
15
16
17         VIDEOTAPED DEPOSITION OF DR. ERIC GEIGER
18                    Irvine, California
19              Wednesday, October 30, 2024
20
21
22
23    Reported by:
      Heather Ayers
24    CSR No. 11871
25    Job No. MDLG6982715
```

Case 3:23-cv-00478    Document 227-6    Filed 04/01/25    Page 2 of 7 PageID #: 4516



20    Q    So as to any of these individual people we just
21    went over, have you ever talked to them specifically about
22    David Sills or Jennifer Lyell that you recall?
23    A    On social media, I know that Bart Barber and -- I
24    think maybe just Bart might have retweeted something that
25    I posted, or maybe he might have retweeted something that

1    someone else posted that I posted.  I think that would be
2    the only interaction that I can re- -- that I -- I think
3    that's the only interaction that I had with any of these
4    defendants post the phone calls with Mohler -- with
5    Dr. Mohler after the accusations were brought forth from
6    Jennifer.

7 (Pages 22 - 25)



1

5

17    Q    Do you know Rachael Denhollander?
18

.

24    Q    But she's not somebody you've talked to or
25    consulted with at any point in time?

9 (Pages 30 - 33)



1    A    We had a -- a social media interaction, I think,
2    one time.  But -- but -- but pub- -- publicly, not
3    privately.  A public social media inter- -- interaction.
4    But I've never met her -- I've never met Rachael
5    face-to-face.

1

35

1



24    Okay.  I want to put up Lyell 00175930.
25    Doctor, go ahead and take a look at this tweet,

1  and tell me when I can ask you a question.
2    A   I'm ready.
3        (Exhibit 16 was marked for identification by the
4        deposition officer and is attached hereto.)
5  BY MS. MCNULTY:
6    Q   Is this -- does the document we have now marked
7  as Exhibit 16, does this document truly and accurately
8  reflect the tweet that you posted to social media?
9    A   I believe that it does.
10   Q   Well, when you say "I believe it does," here we
11 go, it either does or it doesn't, or is there something
12 that's causing you to think it -- it -- it is not your
13 tweet?
14   A   I answered the same way that I'm answering text
15 messages.  I would -- this is something I would have said,
16 and I'm -- I have my tweets on auto delete.  So I don't
17 think I can pull this tweet back up.  But I'm not
18 disputing that this is a tweet that I sent.
19   Q   Okay.  And when did you send this tweet?
20   A   I don't see a date.
21       MR. BARZE:  If you scroll down, maybe he can see
22 it -- or not.
23       THE WITNESS:  I do not know when I sent this
24 tweet.
25 BY MS. MCNULTY:

1    Q   Okay.  Do you know if it was around the time that
2  the Baptist press article came out or the Guidepost
3  report?
4    A   I would be speculating.
5    Q   But you do know you sent out this tweet?
6    A   I believe that I sent this tweet out.  But I do
7  not have record of sending this tweet out but it -- I --
8  I'm repeating myself.
9    Q   Yeah.  So there is a tweet that was produced by
10 Lyell in this case.  And it is a screenshot of what looks
11 like your Twitter account.
12       Do you have that photo, or did you, at some
13 point, have that photo associated with your Twitter
14 account?
15   A   The photo in the top left?
16   Q   That's right, the only photo that's on this
17 screenshot, yep.
18   A   Yes.  I -- that -- that might still be my photo.
19   Q   Uh-huh.  And is your --
20   A   Still my photo.
21   Q   -- Twitter handle @EricGeiger?
22   A   Yes, that is my Twitter handle.
23   Q   And did you post a -- a tweet that said, "I
24 respect, appreciate, and care deeply for @jenlyell and
25 grieve for her.  And I know my grief is but a miniscule

1  fraction of the pain she has endured"?



19   Q   When you sent this tweet, when you posted this
20 tweet, you understood that it would go out to -- what's
21 colloquial referred to as the "Twitterverse"?
22   A   Yes, I did.  Any tweet that I tweet, I understood
23 that.
24   Q   Uh-huh.
25       How many people are on Twitter?

64 (Pages 250 - 253)



1   A  I don't know.

2   Q  More than 100?

3   A  Yes.

4   Q  More than 100,000?

5   A  Yes, but not all of those follow my feed.

6

17   Q  How many followers do you have?

18   A  25,300.

19   Q  You would agree that your messages posted to

20  Twitter are not limited to the 25,300?

21   A  I would agree that a -- a message on Twitter

22  could -- could go beyond the 25,000, but I also would say

23  this.  There is a lot of messages that aren't seen by the

24  25,000.  So I can't speculate on how widespread this

25  message --

1   Q  I'm not asking you to speculate.

2

Case 3:23-cv-00478    Document 227-6    Filed 04/01/25    Page 7 of 7 PageID #: 4521

Gelkow Technologies.

877-370-3377    A Veritext Division    www.veritext.com