# Exhibit C

```
 1                  IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE MIDDLE DISTRICT OF TENNESSEE
 3                            NASHVILLE DIVISION
 4
 5     MICHAEL DAVID SILLS and       )
       MARY SILLS,                   )
 6                                   )
                 Plaintiffs,         )
 7                                   )
           vs.                       )   Case No. 3:23-cv-00478
 8                                   )
       SOUTHERN BAPTIST CONVENTION,  )
 9     a nonprofit corporation;      )
       et al.,                       )
10                                   )
                 Defendants.         )
11                                   )
12
                   VIDEOTAPED DEPOSITION OF ROLLAND SLADE
13
                              November 19, 2024
14
15
16
17
18
19
20
21
22
23
24
25     Reported by:  T. A. Martin, CSR 3613

                                                                Page 1
```

Alpha Reporting                              800-556-8974
A Veritext Company                           www.veritext.com
Case 3:23-cv-00478   Document 229-2   Filed 04/01/25   Page 2 of 4 PageID #: 4548

Page 82

 1    I mean, I think you're getting into a question
 2 of what did your lawyers tell you about the need to
 3 settle with this person.
 4       MS. RILEY:  I am -- he is the chairman of the
 5 Executive Committee.  He certainly would have known and
 6 had the responsibility and the fiduciary responsibility
 7 to know why he is settling this claim with the person who
 8 has just gotten a million dollars for the same claims.
 9    Q.  So my question is to you, as the chairman of the
10 Executive Committee, what is your understanding of why
11 you paid her more money?
12    A.  We paid the -- we paid more money to help her
13 with her medical bills and care, because she was harmed
14 by our chatter on social media and -- yeah.
15    Q.  Do you know how much you paid her?
16    A.  I want -- I don't know the exact dollar amount.
17 Less than $250,000.
18    Q.  Okay.  And you mentioned that other -- I think
19 you said other SBC entity had done -- had done a
20 settlement like this; is that correct?
21    A.  Well, they did -- another -- another -- a
22 chairman of another SBC entity's board authorized a check
23 for a million dollars to an individual.
24    Q.  It didn't go through the insurance company?
25    A.  No, it did not.

Page 83

 1    Q.  Because I saw e-mails from Ms. Lyell where she
 2 presented that to you, and you asked her several times,
 3 hey, who was that, because I don't know about them.
 4       My question is, did she ever supply you with
 5 that information?
 6    A.  No.  I was able to look that up.
 7    Q.  On your own?
 8    A.  Yes.
 9    Q.  Okay.  And you did in fact confirm that?
10    A.  Yes.
11       MS. RILEY:  T, can you hear me?
12       MS. MADDUX:  Yes.
13       MS. RILEY:  Can you e-mail that document that we
14 were talking about this morning to Shannon so she can
15 pull it up?  About the blockade.
16       This is the beauty of being in six states over
17 when you take a deposition.  I apologize and appreciate
18 the patience.  Okay.  So I'll come back to that.
19    Q.  All right.  Do you know Bill Cook?
20    A.  The name does not sound familiar.
21    Q.  All right.  I'm going to pass over two
22 documents, and I'm going to do a combined exhibit
23 whatever --
24       THE REPORTER:  It will be 10, Counsel.
25       (Exhibit 10 marked for identification.)

Page 84

 1       MS. MADDUX:  What is the document?
 2       MS. RILEY:  It is -- because I don't have the
 3 Bates numbers.  It's the web-page statement and the -- a
 4 statement -- a PDF of the statement on the release of a
 5 list of alleged abusers.
 6    Q.  Pastor Slade, can you tell me what the
 7 screenshot is?
 8    A.  It's a screenshot from the May 26th release of
 9 the statement -- a statement on the release of alleged --
10 of the list of alleged abusers, the joint statement
11 between -- from myself and Dr. Willie McLaurin or Willie
12 McLaurin.
13    Q.  And when was that written?
14    A.  That was written in May -- it may have been the
15 26th, it may have been the 25th of 2002.
16       MS. CALLAS:  '22?  I think you said 2002.
17       THE WITNESS:  No.  I'm sorry.  '22.
18 BY MS. RILEY:
19    Q.  May 26, 2022?
20    A.  Yes.
21    Q.  And what prompted this posting?
22    A.  The Guidepost report.
23    Q.  Okay.  And if you would, Pastor Slade, tell me
24 what this is.  Or I'll tell you.  It's the PDF of the
25 actual statement.

Page 85

 1       And will you read it and make sure that
 2 everything in it is correct.  That way we're not looking
 3 on this tiny document.
 4    A.  Uh-huh.  Okay.
 5    Q.  Okay.  The title is "A statement on the release
 6 of a list of alleged abuser," correct?
 7    A.  Yes, it is.
 8    Q.  Abusers.  Excuse me.
 9       Who wrote this?
10    A.  This would have been -- would have been written
11 by our -- by staff -- public relations staff within the
12 Executive Committee.
13    Q.  But you personally didn't write the words,
14 correct?
15    A.  Correct.
16    Q.  What was the purpose of it?
17    A.  The purpose of this -- of this statement
18 releasing the list that was discovered -- okay -- because
19 there had been a demand for the release of the list.  So
20 in releasing the list, this statement went ahead of that
21 release to explain the list.
22    Q.  All right.  You said -- did you just say that
23 the --
24       Can you read back his last -- I just don't want
25 to misquote you in my question.

```
 1  Sills, Michael D. & Mary  v. Southern Baptist Convention
 2  Rolland Slade (#7028953)
 3         ACKNOWLEDGEMENT OF DEPONENT
 4    I, Rolland Slade, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____   _____
12  Rolland Slade             Date
13  *If notary is required
14         SUBSCRIBED AND SWORN TO BEFORE ME THIS
15         _____ DAY OF _____, 20___.
16
17
18         _____
19         NOTARY PUBLIC
20
21
22
23
24
25
                                               Page 102
```