# Exhibit D

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                       NASHVILLE DIVISION
 3
 4    MICHAEL DAVID SILLS and,      )
      MARY SILLS,                   )
 5                                  )
          Plaintiffs,               )
 6                                  )
      vs.                           ) Case No. 3:23-cv-00478
 7                                  )
      SOUTHERN BAPTIST CONVENTION,  ) JURY TRIAL DEMANDED
 8    a non-profit corporation;     )
      et al.,                       )
 9                                  )
          Defendants.               )
10
11   -------------------------------------------------------------
12
                    THE VIDEOTAPED DEPOSITION OF
13
                            WILLIE MCLAURIN
14
                     Wednesday, December 4, 2024
15
     -------------------------------------------------------------
16
17
18
19
20
21
22
23
24
25

                                                          Page 1
```

Alpha Reporting  800-556-8974
A Veritext Company  www.veritext.com
Case 3:23-cv-00478    Document 229-3    Filed 04/01/25    Page 2 of 3 PageID #: 4552

Page 90

1  MS. MCNULTY: -- answer the question.
2  MR. BEAN: So you -- just to be
3  clear, you're saying at any time, was he in favor -- at
4  -- at the time the list was released -- you're not
5  saying in the confines of any executive session
6  meeting, what -- what was discussed? It's --
7  MS. MCNULTY: Correct.
8  MR. BEAN: Okay.
9  BY MS. MCNULTY:
10 Q.    After the report was published, were you in
11 favor of releasing the list?
12 A.    After the report was published, there was a --
13 a -- there was a -- a general consensus from our
14 trustees at the Executive Committee that the list, as a
15 matter of transparency, needed to be released.
16 Q.    You were not in opposition to that? I mean,
17 you were in favor of that, yes?
18 A.    I was not in opposition to that. My name is
19 on the -- on the release.
20 Q.    Yeah, okay. Well, this is -- I'm going to
21 mark as Exhibit 6 Lyell 00185173, which is a tweet.
22         (Exhibit No. 6 was marked.)
23 BY MS. MCNULTY:
24 Q.    Sir, I'm going to represent to you -- this is
25 a --

Page 91

1  A.    Yes. I'm -- I'm sure --
2  Q.    You sure can.
3  A.    -- I know what this is, but --
4  Q.    Yeah.
5  A.    -- let me make sure. Okay.
6  Q.    Yeah, okay.
7  A.    Thank you.
8  Q.    This is a -- a document that was produced by
9  Jennifer Lyell in this case. It's a -- a screenshot of
10 -- of a tweet reflecting your joint statement with
11 Pastor Slade. It's very small print.
12         MR. BEAN: We just saw that earlier,
13 right?
14         MS. MCNULTY: That's right, yeah.
15 BY MS. MCNULTY:
16 Q.    And you understood that when you would make a
17 statement or a joint statement, that it would be
18 released by Twitter, right?
19 A.    My understanding is when we make a joint
20 statement, it's going to be released through the
21 official Baptist Press. I make no assumptions as to
22 who or what will release it in any other venue. I just
23 always assume that once it's out there, it's out there,
24 whether it's snail mail or electronically.
25 Q.    And at the time you were interim president,

Page 92

1  you maintained a Twitter account; is that right?
2  A.    I did maintain a personal Twitter account.
3  Q.    And I think you answered in some written
4  discovery that you personally maintained the account?
5  In other words, you didn't have a person tweeting for
6  you?
7  A.    Yeah. That -- that's too personal to be
8  having other people do that.
9  Q.    Did you ever, at any time while you were
10 interim president, discuss a retraction of the
11 statements made about David Sills?
12 A.    No.
13 Q.    Okay. I'm going to mark as Exhibit 7 your
14 answers to interrogatories.
15         (Exhibit No. 7 was marked.)
16         MR. BEAN: And they're his
17 supplemental responses, just to be clear for the
18 record.
19         MS. MCNULTY: Thank you.
20         MR. BEAN: You're welcome.
21 BY MS. MCNULTY:
22 Q.    Okay. As you flip through the document, have
23 you seen this document before?
24 A.    I have.
25 Q.    Okay. Did you supply the information that

Page 93

1  forms the answers to the supplemental interrogatories?
2  A.    Yes.
3  Q.    Okay. Or the supplemental answers to the
4  interrogatories.
5  And if you go to the last page, is your signature
6  present? Well, it's page 15, to be exact.
7          MR. BEAN: I think it's page 18.
8          MS. MCNULTY: Then we're looking at
9  different answers. Let me see what the title is on
10 this one.
11         MR. BEAN: I can give you -- I've got
12 an extra copy, if you'd like one.
13         MS. MCNULTY: Sure. That'd be great.
14         MR. BEAN: So these are the
15 supplemental responses.
16         MS. MCNULTY: Okay.
17         MR. BEAN: Page 18.
18         MS. MCNULTY: So I want to be clear
19 that --
20         MR. BEAN: Okay.
21         MS. MCNULTY: -- Exhibit 7 is
22 Defendant Willie McLaurin's first supplemental
23 responses to Plaintiff's amended first set of
24 interrogatories to Defendants.
25 BY MS. MCNULTY: