# Exhibit E

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF TENNESSEE
 3                       NASHVILLE DIVISION
 4       MICHAEL DAVID SILLS and      §
         MARY SILLS,                  §
 5                                    §
            Plaintiffs,               §     CASE NO.:
 6                                    §
         Vs.                          §     3:23-cv-00478
 7                                    §
         SOUTHERN BAPTIST CONVENTION, §
 8       a non-profit corporation;    §
         et al.,                      §
 9                                    §
            Defendants.               §
10
11
12
13
14       ****************************************************
15                ORAL AND VIDEOTAPED DEPOSITION OF
16                    CHRISTOPHER "BART" BARBER
17                    6th day of December, 2024
18       ****************************************************
19
20
21
22
23
24
25       Job No. 7047522
```

Alpha Reporting   800-556-8974
A Veritext Company   www.veritext.com
Case 3:23-cv-00478   Document 229-4   Filed 04/01/25   Page 2 of 4 PageID #: 4555

Page 138

1  because I was unable to find them.
2  A. I -- I can't imagine. The only times
3  I'd ever deleted a tweet were if I misspelled
4  something that I deleted it to put another tweet
5  up.
6  Q. So you didn't delete anything that was
7  responsive to this lawsuit being filed.
8  A. No.
9  Q. Okay. How many followers do you have on
10 Twitter?
11 A. Right now?
12 Q. Yes, sir.
13 A. More than 25,000. I don't know how many
14 I have.
15 Q. What did you have back in 2022?
16 A. I have no idea.
17 Q. Think. I mean guess. I'm not asking
18 you for particular number, but did you have 5,000,
19 50,000?
20 A. I don't think I've ever had 50,000. I
21 would guess that I had more than 5,000, and you
22 said 2022?
23 Q. Yes, sir.
24 A. Okay. I -- so I'll just tell you. I
25 started blogging in 2006, and looking to see how

Page 139

1  many people had read something that I wrote was bad
2  for me. I liked to see that a lot of people read
3  what I wrote, and I stopped looking at things like
4  that because --
5  Q. Is it fair to say you --
6  A. -- it would be prideful.
7  Q. -- you had anything between 5 and 25,000
8  back in 2022?
9  A. Yeah. I would say that's probably
10 right.
11 Q. Okay.
12 A. I mean --
13    THE REPORTER: Slow down, everybody.
14    THE WITNESS: I'm so sorry. I'm so
15 sorry.
16 A. I would guess that I had around 20,000
17 maybe.
18 BY MS. RILEY:
19 Q. I'm not trying to hold you. I'm just
20 trying to see if --
21 A. I --
22 Q. -- you have a general idea of how many
23 followers you had.
24    Okay. Now let's get into your tweets.
25 A. Okay.

Page 140

1    MR. PIETSCH: Can we take just a short
2  break --
3    MS. RILEY: Certainly.
4    MR. PIETSCH: -- before that because I
5  assume this will be a section.
6    MS. RILEY: Yes.
7    VIDEOGRAPHER: Off the record at
8  11:30 a.m.
9    (Recess held.)
10   VIDEOGRAPHER: We are back on the record
11 at 11:37 a.m.
12 BY MS. RILEY:
13 Q. Pastor Barber, I'm going to hand you a
14 document, and if you will tell me what that is
15 after he marks it.
16   (Deposition Exhibit 9 marked.)
17   MS. MADDUX: What's the Bates No,
18 Katherine?
19   MS. RILEY: 176182 LYELL.
20 BY MS. RILEY:
21 Q. Are you finished reading it?
22 A. Oh.
23 Q. Yeah. I need you just to be able to
24 tell me what it is.
25 A. Okay.

Page 141

1  Q. Just if you'll identify it for me.
2  A. Sure.
3  Q. And then I'll ask you questions.
4  A. Sure. So this appears to come from
5  Twitter. It's a series of tweets from Tom Buck.
6  The first one quotes a tweet from me on June 7th of
7  some year.
8  Q. Okay. And your quote says, I believe
9  that God hears the cry of sex abuse victims; is
10 that correct?
11 A. Yes.
12 Q. And you stated that.
13 A. Yes.
14 Q. And above that, it appears that Tom Buck
15 says, It's also true that God hears the cries of
16 the falsely accused. I've stood by some who were
17 victims of false accusation.
18   Did I read that correctly?
19 A. Yes.
20 Q. And is that a fair representation of
21 what was said between you and Pastor Buck?
22 A. Yes.
23 Q. Do you agree with Tom Buck's statement
24 that God also hears the cry of falsely accused?
25 A. Yes.

| | |
|---|---|
| 1  Q. And have you ever considered that this<br>2  lawsuit is God's answer to David Sills' cries that<br>3  he was falsely accused of sexual abuse?<br>4      MR. PIETSCH: Object to the form.<br>5  A. You're asking me if I've ever thought<br>6  that --<br>7  BY MS. RILEY:<br>8  Q. Uh-huh.<br>9  A. -- about this lawsuit? No.<br>10  Q. Should you?<br>11     MR. PIETSCH: Object to the form.<br>12  A. No.<br>13  BY MS. RILEY:<br>14  Q. Okay. You ever prayed about that?<br>15     MR. PIETSCH: Object to the form.<br>16  A. Have I --<br>17     MR. PIETSCH: I'm not even sure -- I<br>18  don't know that I can instruct him not to answer,<br>19  but if you're asking him what he's prayed about, I<br>20  don't know that that's -- I'm not instructing him<br>21  not to answer, but I'd ask that we get to questions<br>22  that are relevant.<br>23     You can answer if you want to.<br>24  A. You're asking me if I prayed about<br>25  something that two questions ago I said I had not<br>Page 142 | 1  Q. Okay.<br>2     MR. PIETSCH: No. She's asking about<br>3  your prayers is what she's asking --<br>4     MS. RILEY: No. I understand<br>5  what you're saying though so we'll --<br>6     THE REPORTER: You guys are talking too<br>7  fast.<br>8  BY MS. RILEY:<br>9  Q. I understand what you're saying, and I<br>10  will -- we'll come back to it.<br>11  A. Okay.<br>12  Q. All right. The next document is<br>13  LYELL_00348617.<br>14     (Deposition Exhibit 10 marked.)<br>15  A. Okay.<br>16  BY MS. RILEY:<br>17  Q. And I'll represent I put these together<br>18  myself from what appears to be your thread.<br>19  A. Uh-huh.<br>20  Q. And so they will all have Bates --<br>21  different Bates numbers, so I just -- while you're<br>22  looking at it, I'm going to call out the Bates<br>23  numbers, so you can ignore me.<br>24  A. Very good.<br>25  Q. All right. So the first page is the<br>Page 144 |
| 1  thought about, and --<br>2  BY MS. RILEY:<br>3  Q. No. I'm asking you have you ever prayed<br>4  about whether or not you were correct in your<br>5  accusations that Jennifer Lyell's allegations were<br>6  true?<br>7     MR. PIETSCH: Object to the form. That<br>8  wasn't the question that you asked him before.<br>9     MS. RILEY: That's what I'm asking him<br>10  now.<br>11     MR. PIETSCH: I'm going to -- can I just<br>12  repeat my -- or --<br>13     MS. RILEY: You don't have to repeat it.<br>14     MR. PIETSCH: -- incorporate by<br>15  reference my prior objection?<br>16     MS. RILEY: Yes.<br>17     MR. PIETSCH: You can answer if you<br>18  choose.<br>19  A. If you have specific wording for me that<br>20  you would like for me to respond to, I'll be happy<br>21  to take a look at it, but right now, you're asking<br>22  me about statements that you're alleging that I<br>23  made that I'm not -- that haven't been put into<br>24  evidence at this point.<br>25  BY MS. RILEY:<br>Page 143 | 1  number I just called out that ends in 617. The<br>2  next one is LYELL_00349031. The next one is<br>3  LYELL_00349570. The next one is 00348748, and the<br>4  last one is LYELL_00348466.<br>5     (Witness reviews document.)<br>6  A. Okay.<br>7  BY MS. RILEY:<br>8  Q. Okay. Can you tell me what that<br>9  document is that I've just handed you?<br>10  A. It's a multipage document that presents<br>11  a thread of tweets that I posted on Twitter along<br>12  with some people's replies.<br>13  Q. So you don't dispute that these were<br>14  screenshotted or taken from your email thread -- I<br>15  mean your tweet thread?<br>16  A. I'll stipulate that I wrote all of this.<br>17  Q. Okay. All right. And on the first one<br>18  on the first page, it shows that an @JenLyell was<br>19  tagged?<br>20  A. Yes. Yes, that I'm replying to -- I'm<br>21  replying to a tweet that mentioned her.<br>22  Q. Okay.<br>23  A. And that mentioned me.<br>24  Q. So that means that all of her followers<br>25  saw your response; is that correct?<br>Page 145 |