**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) | |
| | ) | Case No. 3:23-cv-00478 |
| Plaintiffs, | ) | |
| | ) | JUDGE WILLIAM L. CAMPBELL, JR. |
| v. | ) | Magistrate Judge Frensley |
| | ) | |
| SOUTHERN BAPTIST CONVENTION, et al. | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |

**MOTION TO WITHDRAW A FILING FROM THE DOCKET**

Defendant McLaurin inadvertently filed disclosures in the docket. Dkt No. 230. Defendant

seeks to withdraw from the docket Dkt. No. 230. Defendant has spoken with Plaintiffs' counsel

who does not oppose this motion.

Respectfully submitted,

STARNES DAVIS FLORIE, LLP


By: /s/ *Alan S. Bean*

Alan S. Bean, #26194
K. Nicole Poole, #38552
3000 Meridian Blvd., Suite 350
Franklin, TN 37067-6321
Phone: (615) 905-7200
Fax: (615) 807-4802
abean@starneslaw.com
npoole@starneslaw.com

*Counsel for Willie McLaurin*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on April 1, 2025 by electronic service through the Court's e-filing system to the following:

John W. ("Don") Barrett
(admitted *pro hac vice*)
Katherine Barrett Riley
(TN BPR# 021155)
Sterling Aldridge
(admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
P.O. Box 2046
Morristown, TN 37816
(423) 587-2730

Shannon M. McNulty
(admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Steven A. Martino
(to be admitted *pro hac vice*)
Tiffany Ray
(to be admitted *pro hac vice*)
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
stevemartino@taylormartino.com
riffany@taylormartino.com

*Counsel for Plaintiffs David and*
*Mary Sills*

Louis Gino Marchetti, Jr., Esq.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Av.
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Gmarchetti@tpmblaw.Com

Matthew C. Pietsch, Esq.
Gordon Reese Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Phone: 615-722-9000
Fax: 615-970-7490
mpietsch@grsm.com

*Counsel for Defendants Southern Baptist*
*Convention, Dr. Ed Litton and Bart Barber*

2

Ronald G. Harris, Esq., #009054
Philip N. Elbert, Esq., #009430
Mariam N. Stockton, #029750
Olivia Rose Arboneaux, Esq., #040225
Satchel R. Fowler, Esq., #039624
Neal & Harwell, PLC
1201 Demonbreun St., Ste. 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Rharris@nealharwell.com
Pelbert@nealharwell.com
Oarboneaux@nealharwell.com
sfowler@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

Brigid M. Carpenter, Esq.
Ryan P. Loofbourrow, Esq.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
1600 West End Ave., Ste. 2000
Nashville, TN 37203
(615) 726-5600
Bcarpenter@bakerdonelson.Com
Rloofbourrow@bakerdonelson.Com

*Counsel for Defendants Executive Committee of
the Southern Baptist Convention and Rolland
Slade*

Byron E. Leet, Esq.
Wyatt, Tarrant & Combs
400 West Market St.
Louisville, KY 40202
(502) 589-5235
Bleet@wyattfirm.Com

James C. Bradshaw, III, Esq.
Wyatt, Tarrant & Combs
333 Commerce St., Ste. 1000
Nashville, TN 37201
(615) 244-0020
Fax: (615) 256-1726
Jbradshaw@wyattfirm.Com

Thomas E. Travis, Esq.
Wyatt, Tarrant & Combs
250 W Main St., Ste. 1600
Lexington, KY 40507
Ttravis@wyattfirm.Com

*Counsel for Defendants The Southern Baptist
Theological Seminary and Dr. R. Albert Mohler*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
615-320-3700
Jjacobson@rjfirm.Com
Kklein@rjfirm.Com

Steven G. Mintz, Esq.
Terence William McCormick, Esq.
Mintz & Gold LLP
600 Third Ave., 25th Floor
New York, NY 10016
(212) 696-4848
Mintz@mintzandgold.Com
Mccormick@mintzandgold.Com

*Counsel for Defendants SolutionPoint
International, Inc. d/b/a Guidepost Solutions
and Guidepost Solutions, LLC*

s/Alan S. Bean
Alan S. Bean, #26194

7