IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | NO. 3:23-cv-00478 |
| v. | ) ) | JUDGE CAMPBELL |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) ) | |

## ORDER

On February 27, 2025, the parties filed a Case Resolution Plan and Joint Status Report (Doc. No. 212) stating that they "were able to reach agreement on a mediator and dates" and "anticipate conducting the mediation no later than May 31, 2025." The parties shall file a notice with their agreed upon mediator and the date of the scheduled mediation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE