# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) ) ) Plaintiffs, ) ) v. ) ) SOUTHERN BAPTIST CONVENTION, *et al.*, ) ) Defendants. ) | Case No.: 3:23-cv-00478 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to L.R. 5.03 and L.R. 7.01 and the Agreed Protective Order (Dkt. No. 149), Plaintiffs respectfully submit this Motion for Leave to File Under Seal their Memorandum in Support of their Motion to Compel and supporting exhibits.

The subject of Plaintiffs' Memorandum and Declaration in Support is to compel Defendant Guidepost Solutions LLC ("Guidepost") to produce invoices that are directly relevant to Plaintiffs' claims that Guidepost performed no investigation corroborating Jennifer Lyell's claims, that Guidepost failed to meet the professional standards of an independent investigator, and its false Report was the springboard for Defendants' conspiracy to defame David Sills to save their own reputations.

In support of Plaintiffs' Memorandum, Plaintiffs have attached certain exhibits produced by Defendants in this litigation that have been designated as "Confidential" under the Agreed Protective Order. Dkt. No. 149.

Placing the materials in the docket would be improper under the current agreement to maintain confidentiality, and no purpose would be served, at this time, by making public the exhibits or references to them contained within the Memorandum and Declaration.

## ARGUMENT

"[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know." *In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 474 (6th Cir. 1983). While the right of public access to judicial records is presumed, it is "not absolute." *United States v. Beckham*, 789 F.2d 401, 410 (6th Cir. 1986). One exception to the "presumption in favor of openness . . . center[s] on the content of the information to be disclosed to the public." *Rudd Equip. Co. v. John Deere Constr. & Forestry Co.*, 834 F.3d 589, 593 (6th Cir. 2016). "In determining the appropriateness of sealing court records under this exception, [courts] consider, among other things, . . . the privacy rights of participants or third parties[.]" *Id.* When this exception applies, "the seal itself must be narrowly tailored to serve that reason." *Id.* at 594. (citation and quotation marks omitted).

Plaintiffs' Memorandum and supporting documents contain confidential information. This Motion for Leave to File Under Seal seeks to protect from disclosure materials that Defendants designated as worthy of protection. Because of that designation, this information should be provisionally sealed, for now.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to file under seal their Memorandum in Support of their Motion to Compel and supporting exhibits for the purpose of maintaining confidentiality.

Dated: May 5, 2025

Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927

<div style="margin-left: 3em;">
404 Court Square North  
Lexington, MS 39095  
Ph: (662) 834-2488  
Fax: (662) 834-2628  
kbriley@barrettlawgroup.com  
dbarrett@barrettlawgroup.com  
saldridge@barrettlawgroup.com  

*/s/ Shannon M. McNulty*  
Shannon M. McNulty (admitted *pro hac vice*)  
CLIFFORD LAW OFFICES, P.C.  
120 N. LaSalle Street, 36th Floor  
Chicago, Illinois 60602  
(312) 899-9090  
(312) 251-1160 Facsimile  
SMM@cliffordlaw.com  

Gary E. Brewer (TN BPR#: 000942)  
BREWER AND TERRY, P.C.  
Attorneys at Law  
1702 W. Andrew Johnson Hwy.  
Morristown, TN 37816-2046  
(423) 587-2730  

*Counsel for Plaintiffs*
</div>

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on May 5, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

<div style="margin-left: 3em;">
/s/ *Katherine B. Riley*  
Katherine B. Riley
</div>