IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 3:23-cv-00478<br>)<br>) Judge William L. Campbell, Jr. |
| SOUTHERN BAPTIST CONVENTION, et al., | ) Magistrate Judge Jeffery S. Frensley<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

For the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiffs, through their undersigned counsel, respectfully move to compel Defendant Guidepost Solutions LLC ("Guidepost") to produce invoices which would show 1) how much time Guidepost devoted to Jennifer Lyell's claims that David Sills sexually abused her; 2) how much time Guidepost spent writing its accusations against David Sills in the Report; and 3) how much money Guidepost billed Defendant Southern Baptist Convention for the aforesaid work.

In further support of this Motion, the Declaration of Katherine B. Riley is filed contemporaneously herewith.

Dated: May 5, 2025

Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628

1

kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on May 5, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley