# Exhibits 1 - 32

(To Be Filed Under Seal)