# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS**, ) ) ) Plaintiffs, ) ) v. ) ) **SOUTHERN BAPTIST CONVENTION, et al.,** ) ) Defendants. ) ) | NO. 3:23-cv-00478 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

On April 18, 2025, the parties notified the Court of their agreement to mediate this matter with John W. Perry, Jr. on April 28, 2025. (*See* Supplemental Joint Case Resolution Status Report, Doc. No. 238). However, as of the entry of this Order, no mediator's report has been filed as required under Local Rule 16.05(b). The parties **SHALL** ensure their mediator files the required report on or before **May 14, 2025**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE