# Exhibit 4b

# October 1-2, 2024, Michael David Sills Deposition Transcript (excerpted)

# UNREDACTED