IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MICHAEL DAVID SILLS and MARY SILLS,       )
                                          )
          Plaintiffs,                     )
                                          )
v.                                        )          Case No. 3:23-00478
                                          )          Judge Campbell/Frensley
SOUTHERN BAPTIST CONVENTION, et al.,      )
                                          )
          Defendants.                     )


## ORDER

This matter is now before the Court upon "Plaintiffs' Request for Discovery Conference Regarding Plaintiffs' Request for Production No. 19 to Guidepost Solutions, LLC." Docket No. 219. Plaintiffs have also filed supporting documents. Docket Nos. 219-1 through 219-7. There has been no response to the Motion.

The Court finds that this discovery dispute would be best resolved through the submission of a Joint Discovery Dispute Statement. The Court emphasizes that the Statement must contain "no more than 3 pages per affected party per issue" and otherwise meet the requirements set forth in the Initial Case Management Order. Docket No. 99, p. 5. The Joint Discovery Dispute Statement must be filed no later than June 10, 2025. Plaintiffs' Motion (Docket No. 219) is therefore DENIED.

          IT IS SO ORDERED.


          _____
          Jeffery S. Frensley
          United States Magistrate Judge