# PERRY✦DAMPF
## DISPUTE SOLUTIONS

May 6, 2025



Chief District Judge William L. Campbell, Jr.
Courtroom 6B
Chambers, Suite 6425
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Re: Michael David Sills and Mary Sills v. Southern Baptist Convention, et al.
Case No. 3:23-cv-00478

Dear Judge Campbell:

I had the privilege of serving as mediator in this matter in Nashville on Monday, April 28, 2025. All parties submitted appropriate pre-mediation materials and were present to participate fully in good faith. There was no resolution reached as each side had a different vision of the end-of-the-day settlement terms (both monetary and non-monetary). I have preserved my working outline and will stay in touch with the parties to continue an ongoing dialogue which hopefully will facilitate an eventual resolution acceptable to each party. In the meantime, I assume discovery will continue and everyone will work in accord with the scheduling order in place prior to your trial scheduled on February 10, 2026. Please feel free to get back with me if you have any questions or in the event I can furnish any additional helpful information.

With kindest personal regards, I remain

Very truly yours,

*John W. Perry, Jr.*

John W. Perry, Jr.

JWPjr/sbl

721 Government Street, Suite 200, Baton Rouge, LA 70802 ● Phone (225) 389-9899 ● Fax (225) 389-9859
www.perrydampf.com
Case 3:23-cv-00478   Document 270   Filed 05/30/25   Page 1 of 3 PageID #: 5369

cc: Magistrate Judge Chip Frensley (via email: frensleychambers@tnmd.uscourts.gov.)
Mr. Thomas J. Hurney, Jr. (via email: thurney@jacksonkelly.com)
Ms. Gretchen M. Callas (via email: gcallas@jacksonkelly.com)
Ms. Brigid M. Carpenter (via email: bcarpenter@bakerdonelson.com)
Mr. Ryan P. Loofbourrow (via email: rloofbourrow@bakerdonelson.com)
Mr. Matthew C. Pietsch (via email: mpietsch@grsm.com)
Mr. Scott Klein (via email: kklein@rjfirm.com)
Mr. Steven g. Mintz (via email: mintz@mintzandgold.com)
Mr. Byron E. Leet (via email: bleet@wyattfirm.com)
Mr. Thomas E. Travis (via email: ttravis@wyattfirm.com)
Mr. Alan S. Bean (via email: abean@starneslaw.com)
Mr. Ronald G. Harris (via email: rharris@nealharwell.com)
Mr. Philip N. Elbert (via email: pelbert@nealharwell.com)
Mr. Don Barrett (via email: DonBarrettPA@gmail.com)
Ms. Katherine Barrett Riley (via email: kbriley@barrettlawgroup.com)
Ms. Shannon M. McNulty (via email: smm@cliffordlaw.com)
Mr. Gene Besen (via email: gbeson@sheppardmullin.com)
Ms. Scarlett Nokes (via email: snokes@sheppardmullin.com)

**PERRY ✦ DAMPF**
DISPUTE SOLUTIONS

721 GOVERNMENT STREET, SUITE 102
BATON ROUGE, LOUISIANA 70802

BATON ROUGE LA 707
7 MAY 2025 AM 2 L

Received in
Judge Campbell's Chambers
Date: May 30, 2025

$0.690
US POSTAGE IMI
FIRST-CLASS
063S0014950454
FROM 70808

B77626.24

Chief District Judge William L. Campbell, Jr.
Courtroom 6B
Chambers, Suite 6425
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203