IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) ) Case No.: 3:23-cv-00478 |
| v. | ) ) Judge William L. Campbell, Jr. |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) Magistrate Judge Jeffery S. Frensley ) ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## SUGGESTION OF DEATH

Plaintiffs' counsel, Katherine Barrett Riley and Shannon M. McNulty, have recently been informed of the death of defendant, JENNIFER LYELL. Accordingly, Plaintiffs' counsel suggests upon the record the death of JENNIFER LYELL during the pendency of this action. Upon appointment of an executor of the decedent's estate, Plaintiffs' counsel will seek substitution of the party.

DATED: June 11, 2025          Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

## CERTIFICATE OF SERVICE

I, Shannon M.McNulty, hereby certify that on June 11, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Shannon M. McNulty*
Shannon M. McNulty
