THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) ) ) Plaintiffs, ) ) v. ) ) ) SOUTHERN BAPTIST ) CONVENTION, ) *et al.* ) ) Defendants. ) | CASE NO. 3:23-cv-00478<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Chip Frensley<br><br>JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH OF DEFENDANT JENNIFER LYELL AND NOTICE OF ABATEMENT OF CLAIMS

Please take notice that Defendant Jennifer Lyell died on Saturday June 7, 2025.

Because this is an action for "wrongs affecting the character" of David and Mary Sills, Plaintiffs' claims against Ms. Lyell abated at her death. Tenn. Code Ann. § 20-5-102 ("No civil action commenced, whether founded on wrongs or contracts, except actions for wrongs affecting the character of the plaintiff, shall abate by the death of either party, but may be revived . . . ."); *see also, e.g., Stockdale v. Helper*, No. M2022-00846-COA-R3-CV, 2024 WL 2045341, at *5 (Tenn. Ct. App. May 8, 2024) ("Being entitled to recover damages 'for injury to their reputations,' the Plaintiffs' reputations or characters, in contemplation of law, were affected by the wrongs

1

complained of in the declaration, and the action or suit abated by the death of defendant." (cleaned up) (quoting *Bolin v. Stewart*, 66 Tenn. 298, 300 (Tenn. 1874))); J. Thomas McCarthy & Roger E Schechter, *Abatement of Claims Following Death of Defendant*, 11:22 The Right of Publicity & Privacy (2d ed) (May 2025 update) ("At common law, claims that were considered 'personal' in nature were extinguished on the death of the defendant. . . . Most states have changed this result in many situations through the adoption of what are known as 'survival' or 'abatement' statutes. . . . In many cases, however, those statutes do not include claims for defamation, or sometimes, more generally, for claims that involve the reputation of the plaintiff. Where that is the case, such claims will abate." (footnote omitted)); *Abatement or Survival, Upon Death of Party, of Action, or Cause of Action, Based on Libel or Slander*, 134 A.L.R. 717 (originally published in 1941) ("The common-law rule, and the one which appears to be most prevalent under survival statutes, is that a cause of action based on libel or slander does not survive the death of either the wrongdoer or the person injured.").

In light of this clear and controlling authority, any attempt to substitute Ms. Lyell's estate as a defendant in this action would be futile.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: <u>*/s/ Philip N. Elbert*</u>
      Ronald G. Harris, BPR #009054
      Philip N. Elbert, BPR #009430
      Mariam N. Stockton, BPR #029750
      Satchel R. Fowler, BPR #039624

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 – Phone
(615) 726-0573 – Fax
rharris@nealharwell.com
pelbert@nealharwell.com
mstockton@nealharwell.com
sfowler@nealharwell.com

*Counsel for Defendant Jennifer Lyell*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of June, 2025, the foregoing was served via the court's electronic filing system on the following counsel of record:

| | |
|---|---|
| John W. ("Don") Barrett *(pro hac vice)* <br> Katherine Barrett Riley *(pro hac vice)* <br> Sarah Sterling Aldridge *(pro hac vice)* <br> BARRETT LAW GROUP, PA <br> P.O. Box 927 <br> 404 Court Square North <br> Lexington, MS  39095 <br> dbarrett@barrettlawgroup.com <br> kbriley@barrettlawgroup.com <br> saldridge@barrettlawgroup.com <br><br> Shannon M. McNulty *(pro hac vice)* <br> Kristofer S. Riddle *(pro hac vice)* <br> CLIFFORD LAW OFFICES, PC <br> 120 N. LaSalle St., 36th Floor <br> Chicago, IL  60602 <br> smm@cliffordlaw.com <br> ksr@cliffordlaw.com <br><br> *Counsel for Plaintiffs* | John R. Jacobson <br> Katharine R. Klein <br> RILEY & JACOBSON, PLC <br> 1906 West End Ave. <br> Nashville, TN  37203 <br> jjacobson@rjfirm.com <br> kklein@rjfirm.com <br><br> Steven G. Mintz *(pro hac vice)* <br> Terence W. McCormick *(pro hac vice)* <br> Adam Kahan Brody *(pro hac vice)* <br> Scott Klein *(pro hac vice)* <br> Alex Otchy *(pro hac vice)* <br> MINTZ & GOLD LLP <br> 600 Third Avenue, 25th Floor <br> New York, NY  10016 <br> mintz@mintzandgold.com <br> mccormick@mintzandgold.com <br> brody@mintzandgold.com <br> klein@mintzandgold.com <br> otchy@mintzandgold.com <br><br> *Counsel for Defendants Guidepost Solutions LLC and SolutionPoint International, Inc.* |
| L. Gino Marchetti, Jr. <br> TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC <br> 2908 Poston Avenue <br> Nashville, TN  37203 <br> gmarchetti@tpmblaw.com <br><br> Matthew C. Pietsch <br> GORDON, REES, SCULLY MANSUKHANI, LLP <br> 4031 Aspen Grove Drive, Suite 290 <br> Franklin, TN  37067 <br> mpietsch@grsm.com <br> *Counsel for Defendants Southern Baptist Convention, Dr. Ed Litton, and Dr. Bart Barber* | Alan S. Bean <br> K. Nicole Poole <br> STARNES DAVID FLORIE, LLP <br> 3000 Meridian Blvd., Suite 350 <br> Franklin, Tennessee 37067-6321 <br> abean@starneslaw.com <br> npoole@starneslaw.com <br><br> *Counsel for Defendant Willie McLaurin* |

4

| | |
|---|---|
| James C. Bradshaw III<br>WYATT, TARRANT & COMBS, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron Leet *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>400 West Market Street, Suite 2000<br>Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis *(pro hac vice)*<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* | Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>Thomas J. Hurney, Jr. *(pro hac vice)*<br>Jonathan L. Anderson *(pro hac vice)*<br>Gretchen M. Callas *(pro hac vice)*<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Telephone: 304-340-1000<br>Fax: 304-340-1150<br>thurney@jacksonkelly.com<br>jlanderson@jacksonkelly.com<br>Gcallas@jacksonkelly.com<br><br>*Counsel for Defendants The Executive Committee of the Southern Baptist Convention and Rolland Slade* |

                                                     */s/ Philip N. Elbert*

5

Case 3:23-cv-00478   Document 300   Filed 06/16/25   Page 5 of 5 PageID #: 5772