# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00478 |
| ) | |
| SOUTHERN BAPTIST CONVENTION, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is Plaintiffs' renewed motion (Doc. No. 301) requesting a stay of this matter in its entirety because of their intention to seek a substitution of party for one of the thirteen defendants. (*See id.*; *see also* Reply, Doc. Nos. 303, 304). The motion does not assert that Plaintiffs will suffer prejudice in the absence of a stay, and their requested relief is opposed. (*See* Doc. No. 302). Accordingly, pursuant to this Court's discretion to manage its docket, *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962), the motion is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE