IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:23-00478 |
| ) | Judge Campbell/Frensley |
| SOUTHERN BAPTIST CONVENTION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is now before the Court upon "Plaintiffs' Unopposed Motion for Extension of Time to File Replies in Opposition to Responses to Plaintiffs' Omnibus Motion to Compel." Docket No. 265. Plaintiffs' Replies were filed by the proposed extended deadline of May 30, 2025. Docket Nos. 267-269, 271, 274. Plaintiffs' unopposed Motion (Docket No. 265) is GRANTED.

dIT IS SO ORDERED.

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**