THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTHERN BAPTIST CONVENTION, et al. | ) ) ) ) |
| Defendants. | ) ) |

CASE NO. 3:23-cv-00478

JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Chip Frensley

JURY TRIAL DEMANDED

## THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION AND ROLLAND SLADE'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFF MARY SILLS

The Executive Committee of the Southern Baptist Convention and Rolland Slade (collectively the "ECSBC"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move for summary judgment in their favor as there is no genuine issue of material fact and the ECSBC is entitled to judgment as a matter of law. In support of this Motion, the ECSBC states as follows, and further incorporates the reasons set forth in the accompanying Memorandum of Law:

1. The sole basis for the claims of Mary Sills is that in 2022, then SBC President, Dr. Bart Barber, retweeted a post made by Eric Geiger on X, formerly known as Twitter. Mrs. Sills' claims based upon this retweet are barred by the immunity provided by Section 230 of the Communications Decency Act ("CDA"). 47 U.S.C. §230(c)(1).

2. Aside from immunity provided by the CDA, the statements in Eric Geiger's original Tweet, that Dr. Barber retweeted, are not actionable as a matter of law. Mr. Geiger's statement that an email Mary Sills sent to Jennifer Lyell had a "threatening" tone is a statement of opinion of Mr. Geiger's subjective interpretation of the email. The statements in the email that Mrs. Sills knew of the sexual relationship were true and otherwise not defamatory.

Respectfully submitted,

*/s/ Brigid M. Carpenter*
Thomas J. Hurney, Jr. *pro hac vice*
Gretchen M. Callas, *pro hac vice*
Jonathan Anderson, *pro hac vice*
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
Fax: 304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

and

Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
Telephone: (615) 726-7341
Fax: (615) 744-7341

***Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade***