```
 4   MICHAEL DAVID SILLS and      §
     MARY SILLS,                  §
 5                                §
         Plaintiffs,              §    CASE NO.:
 6                                §
     Vs.                          §    3:23-cv-00478
 7                                §
     SOUTHERN BAPTIST CONVENTION, §
 8   a non-profit corporation;    §
     et al.,                      §
 9                                §
         Defendants.              §
10
11
12
13
14   **********************************************
15          ORAL AND VIDEOTAPED DEPOSITION OF
16              CHRISTOPHER "BART" BARBER
17                6th day of December, 2024
18   **********************************************
19
20
21
22
23
24
25   Job No. 7047522
```

Page 1

## Page 2

1  ORAL AND VIDEOTAPED DEPOSITION OF
2  CHRISTOPHER "BART" BARBER, produced as a witness at
3  the instance of the Plaintiffs, and duly sworn, was
4  taken in the above-styled and numbered cause on the
5  6th day of December, 2024, from 8:33 a.m. to 1:11
6  p.m., before Daniel J. Skur, Notary Public and
7  Certified Shorthand Reporter in and for the State
8  of Texas, reported by stenographic means, at the
9  offices of Burns Charest, LLP, 900 Jackson Street,
10 Suite 500, Dallas, Texas, pursuant to the Federal
11 Rules of Civil Procedure.

## Page 3

APPEARANCES

FOR PLAINTIFFS:
Katherine Barrett Riley, Esq.
Barrett Law Group, PA
404 Court Square
P.O. Box 927
Lexington, Mississippi 39095
P 662-834-2488 | F 662-834-2628
kbriley@barrettlawgroup.com

And
Shannon M. McNulty, Esq. (Via Zoom)
Clifford Law Offices
120 North LaSalle Street
Suite 3500
Chicago, Illinois 60602
866-753-2962
smm@cliffordlaw.com

And
Gary E. Brewer, Esq. (Via Zoom)
Brewer & Terry, PC
1702 West Andrew Johnson Highway
Morristown, Tennessee 37816
423-587-2730 | 423-585-0427

FOR SOUTHERN BAPTIST CONVENTION, DR. BARBER, AND DR. LITTON:
Matthew C. Pietsch, Esq.
Gordon Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive
Suite 290
Franklin, Tennessee 37067
P 615-772-9000 | F 615-970-7490
mpietsch@grsm.com

FOR THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION AND ROLLAND SLADE:
Jon L. Anderson, Esq. (Via Zoom)
Jackson Kelly PLLC
500 Lee Street East
Suite 1600
Charleston, West Virginia 25301
P 304-340-1288 | F 304-340-1050
jlanderson@jacksonkelly.com

## Page 4

APPEARANCES (Continued)

FOR GUIDEPOST SOLUTIONS:
Katharine R. Klein, Esq. (Via Zoom)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
P 615-320-3700 ext. 132
kklein@rjfirm.com

FOR SOUTHERN BAPTIST SEMINARY AND DR. OLIVER:
Byron E. Leet, Esq. (Via Zoom)
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, Kentucky 40202
P 502-562-7354
bleet@wyattfirm.com

FOR JENNIFER LYELL:
Olivia R. Arboneaux, Esq. (Via Zoom)
Mariam N. Stockton, Esq. (Via Zoom)
Neal & Harwell
1202 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
615-986-9854
oarboneaux@nealharwell.com
mstockton@nealharwell.com

ALSO PRESENT: Nanci-Taylor Maddux (Via Zoom)
Megan King, Videographer

## Page 5

INDEX

1. Appearances.................... 3
2. The Witness:
   CHRISTOPHER "BART" BARBER
   Examination by Ms. Riley............ 9
   Examination by Ms. Klein............ 206

3. Acknowledgement................ 210

4. Reporter's Certificate............. 211

5. Errata........................ 212

DEPOSITION EXHIBITS
CHRISTOPHER "BART" BARBER
6th day of December, 2024

| Number | Description | Page |
|---|---|---|
| Exhibit 1 | 10/15/2022 Email String Regarding I Am Upset... Bates No. EC_0010389 | 28 |
| Exhibit 2 | 6/14/2022 Proposed Order of Business Bates No. EC_0009938 through 0009961 | 31 |
| Exhibit 3 | 10/5/2021 Wood Letter to Frank and Slade Regarding Guidepost Bates No. GPSILLS_002961 through 002970 | 46 |
| Exhibit 4 | Supplemental Response and Objections of Defendant Guidepost Solutions LLC to Plaintiffs' 1 Timothy Set of Interrogatories 33 pages | 47 |
| Exhibit 5 | 8/25/2022 Barrett Letter to Barber Regarding Dr. And Mrs. David Sills 1 page | 60 |

| | |
|---|---|
| DEPOSITION EXHIBITS<br>CHRISTOPHER "BART" BARBER<br>6th day of December, 2024<br>Number    Description    Page<br><br>Exhibit 6  Excerpt From 10/8/2024  66<br>  Deposition of Dr. Mohler<br>  2 pages<br><br>Exhibit 7  4/24/2022 Derrick Letter to  78<br>  Russell Regarding Jennifer<br>  Lyell<br>  Bates No. GPSILLS_014838<br>  through 0148348<br><br>Exhibit 8  Collection of Emails and Text  95<br>  Messages<br>  78 pages<br><br>Exhibit 9  Buck/Barber Text Messages  140<br>  Bates No. LYELL_00176182<br>Exhibit 10  Barber Tweets  144<br>  Bearing Various Bates Numbers<br>  5 pages<br>Exhibit 11  Barber Tweets Bearing Various  167<br>  Bates Numbers<br>  4 pages<br>Exhibit 12  July 2022 Email String  173<br>  Regarding Stop the Cover Up<br>  Bart<br>  Bates No. EC_0009983<br>  through 0009985<br>Exhibit 13  Lyell Post Regarding Previous  178<br>  Posts<br>  Bates No. LYELL_00176244<br>Exhibit 14  Benkert/Gieger Thread  181<br>  Bates No. Sills_076713<br><br>Exhibit 15  5/23/2018 Mary Sills Email to  182<br>  LYELL_Bates No. Sills_082292 | PROCEEDINGS<br>    VIDEOGRAPHER: We are on the record at 8:33 a.m., December 6th, 2024. This is the deposition of Bart Barber in the matter of Michael David Sills, et al., versus Southern Baptist Convention, et al., filed in the Middle District of Tennessee, Nashville Division, Case Number 3:23-cv-00478. The location of this deposition is Burns Charest, LLP, at 900 Jackson Street, Suite 500, Dallas, Texas 75202.<br>    My name is Megan King representing Veritext, and I'm the videographer. The court reporter is Dan Skur from the firm Veritext.<br>    At this time, counsel, please state your appearances for the record.<br>    MS. RILEY: I am Katherine Riley from the Barrett Law Group, and I represent the plaintiffs.<br>    MR. PIETSCH: Matt Pietsch, Gordon & Rees represent the Southern Baptist Convention, Dr. Barber, and Dr. Litton.<br>    THE REPORTER: Sir --<br>    MR. ANDERSON: Jon Anderson, Jackson Kelly, appearing via Zoom, representing the Executive Committee of the Southern Baptist |
| DEPOSITION EXHIBITS<br>CHRISTOPHER "BART" BARBER<br>6th day of December, 2024<br>Number    Description    Page<br><br>Exhibit 16  5/26/2022 SBC Voices Email to  184<br>  Weathersby Regarding Response<br>  to the Sexual Abuse Task<br>  Force Report<br>  Bates No. EC_0011516<br>  through 0011519<br>Exhibit 17  May 26, a Statement on the  187<br>  Release of a List of Alleged<br>  Abusers<br>  4 pages | Convention and Rolland Slade.<br>    MS. KLEIN: Kathy Klein on behalf of Guidepost Solutions.<br>    MR. LEET: Byron Leet on behalf of the Southern Baptist Seminary and Dr. Oliver, appearing remotely.<br>    MS. ARBONEAUX: Olivia Arboneaux and Mariam Stockton appearing remotely for Jennifer Lyell.<br>    THE REPORTER: Is that it? I can't understand, but that's okay.<br>    CHRISTOPHER "BART" BARBER, having been duly cautioned and sworn to tell the truth, the whole truth and nothing but the truth, testified as follows:<br>      (8:33 a.m.)<br>      EXAMINATION<br>BY MS. RILEY:<br>    Q. Ready?<br>    A. Yes.<br>    Q. Okay. Dr. Barber, can you state your name and address for the record, please?<br>    A. Sure. My name is Christopher Bart Barber. I go by Bart. My address is 418 Jouette Street in Farmersville, Texas. |

3 (Pages 6 - 9)

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

Case 3:23-cv-00478    Document 316-1    Filed 06/20/25    Page 3 of 5 PageID #: 5891

| | |
|---|---|
| 1 Q. All right. Let's go to -- I'm going to<br>2 pull up LYELL_00176244.<br>3 MR. PIETSCH: You can give that back to<br>4 him.<br>5 MS. RILEY: Trying to find a copy. Here<br>6 we go.<br>7 (Deposition Exhibit 13 marked.)<br>8 BY MS. RILEY:<br>9 Q. And, Pastor Barber, can you tell me what<br>10 this document is, please?<br>11 A. This appears to be a Capstone Report<br>12 article that has the beginning of the article at<br>13 the bottom of the page, and then at the top of it,<br>14 under an advertisement, has a tweet by Eric Geiger<br>15 replying to Rob Downen, Meg Basham and other<br>16 people. In his tweet he appears to have<br>17 provided -- he's attached some texts, and above<br>18 that, you can see that the tweet from Eric Geiger<br>19 has been quoted by Jennifer Lyell.<br>20 Q. Let me -- I think that's good as far as<br>21 identifying the document.<br>22 A. Oh, okay.<br>23 Q. Is this the tweet where Eric Geiger<br>24 claimed on social media that Mary Sills threatened<br>25 Jennifer?<br>Page 178 | 1 mentions in the tweet that Mary Sills threatened<br>2 Jennifer?<br>3 MR. PIETSCH: Object to the form, and<br>4 just for clarification, when you ask "do you<br>5 understand," are you asking as he sits here today,<br>6 or are we talking about July of 2022?<br>7 MS. RILEY: As he sits here today.<br>8 MR. PIETSCH: Okay.<br>9 A. Because I'm a part of this lawsuit, I've<br>10 been told that that was content of something that<br>11 Eric shared in a tweet.<br>12 BY MS. RILEY:<br>13 Q. Okay. And did you retweet his tweet<br>14 saying that?<br>15 A. That -- that's the claim. I don't know,<br>16 but that's the claim.<br>17 Q. Part of the problem is it was not<br>18 produced, and so I'm looking at the same thing you<br>19 are.<br>20 A. So a retweet, I don't even know a way to<br>21 search for what I've retweeted. So that's --<br>22 that's not something I could have produced. I<br>23 don't know that there exists a way to search for<br>24 what you've retweeted.<br>25 Q. Okay. If you look at the very bottom of<br>Page 180 |
| 1 MR. PIETSCH: Object to the form.<br>2 A. I don't see that in any of the texts on<br>3 the page.<br>4 BY MS. RILEY:<br>5 Q. Did you ever retweet a tweet by Eric<br>6 Geiger that had anything to do with Mary Sills?<br>7 A. So --<br>8 Q. If you would, yes or no and --<br>9 A. -- I've been --<br>10 Q. -- then --<br>11 A. I've been told that I have. I've been<br>12 told that I did.<br>13 Q. Is that a yes, you did or you didn't?<br>14 A. I never retweeted anything from Eric<br>15 Geiger knowingly related to Mary Sills.<br>16 Q. Okay. In the original tweet by Eric<br>17 Geiger, he mentions that Mary Sills threatened<br>18 Jennifer; is that correct?<br>19 MR. PIETSCH: Object to the form.<br>20 A. I don't know. You're saying that's in<br>21 this text somewhere?<br>22 BY MS. RILEY:<br>23 Q. Let's don't -- let me just ask you just<br>24 a question. Are you -- do you understand that<br>25 there is a tweet out there that Eric Geiger<br>Page 179 | 1 that, and I don't know if it's cut off. This is<br>2 just a clearer version, but it was --<br>3 A. This ends at, Questions were raised<br>4 about the level of concern for Jennifer's, and then<br>5 stops there.<br>6 Q. Okay. I'm going to hand you another<br>7 document. I don't -- this is the only copy I have.<br>8 I only attached it because it was a clearer copy,<br>9 but this seems to be the original tweet by Eric<br>10 Geiger.<br>11 A. Okay.<br>12 Q. And that mentions Mary Sills, and I'm<br>13 asking you if you retweeted the original tweet by<br>14 Eric Geiger?<br>15 A. I did retweet this tweet.<br>16 Q. Okay. I'm sorry. That's my question.<br>17 MR. PIETSCH: Can I just look at the<br>18 exhibit for a second?<br>19 THE REPORTER: Is it an exhibit?<br>20 MR. PIETSCH: Is this an exhibit?<br>21 MS. RILEY: Yes, sir. I think so since<br>22 this is clearer than that document right there.<br>23 (Deposition Exhibit 14 marked.)<br>24 MS. ARBONEAUX: What's the Bates on<br>25 that?<br>Page 181 |

46 (Pages 178 - 181)

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

Case 3:23-cv-00478    Document 316-1    Filed 06/20/25    Page 4 of 5 PageID #: 5892

## ACKNOWLEDGMENT

I, CHRISTOPHER "BART" BARBER, hereby acknowledge that I have read the transcript of my testimony taken under oath in my deposition on 6th day of December, 2024; that the transcript is a true, complete and correct record of my testimony; and that the answers on the record as given by me are true and correct.

_____
CHRISTOPHER "BART" BARBER

Signed and subscribed to before me this _____ day of _____, 2024

_____
Notary Public

## REPORTER'S CERTIFICATION

I, DANIEL J. SKUR, CSR and Notary Public in and for the State of Texas, hereby certify that the witness was duly sworn and that this transcript is a true record of the testimony given by the witness;

That pursuant to Rule 30 of the Federal Rules of Civil Procedure, signature of the witness was reserved by the witness or other party before the conclusion of the deposition;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken. Further, I am not a relative or employee of any attorney of record in this cause, nor am I financially or otherwise interested in the outcome of the action.

Subscribed and sworn to by me this day, the 20th day of December, 2024.

_____
Daniel J. Skur, CSR
Notary Public, State of Texas
My Commission Expires 7/7/2026
Veritext Legal Solutions
Texas Firm Registration No. 571
300 Throckmorton Street, Suite 1600
Fort Worth, TX 76102
800.336.4000

Matt Piertsch
mpietsch@grsm.com
December 20, 2024
RE: Sills, Michael D. & Mary v. Southern Baptist Convention
12/6/2024, Christopher "Bart" Barber (#7047522)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney.

Copies should be sent to all counsel, and to Veritext at errata-tx@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

Sills, Michael D. & Mary v. Southern Baptist Convention
Christopher "Bart" Barber (#7047522)

### E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

_____  _____
Christopher "Bart" Barber            Date

Page 213

54 (Pages 210 - 213)

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

Case 3:23-cv-00478    Document 316-1    Filed 06/20/25    Page 5 of 5 PageID #: 5893