IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br>　　Plaintiffs, <br><br>v. <br><br>SOUTHERN BAPTIST CONVENTION, *et al.*, <br><br>　　Defendants. | Case No.: 3:23-cv-00478 <br><br>Judge William L. Campbell, Jr. <br>Magistrate Judge Jeffery S. Frensley <br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to L.R. 5.03 and the Agreed Protective Order (Dkt. No. 149), Plaintiffs respectfully submit this Motion for Leave to File Under Seal their Opposition to Motion for Summary Judgment ("Opposition") and supporting documents and exhibits.

Plaintiffs' Opposition and Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts and Statement of Additional Facts in Opposition to the Executive Committee of the Southern Baptist Convention and Rolland Slade's Motion for Summary Judgment with Respect to Plaintiff Mary Sills ("Response to Statement of Facts") contain discussions of and references to material which has been designated by the producing Parties as Confidential or Highly Confidential under the Agreed Protective Order. These materials are discussed and/or cited in the Response to Statement of Facts and in the Opposition as exhibits 1-15, 17-26, and 29-40. Plaintiffs will file a redacted Opposition and Response to Statement of Facts on the docket, but placing the entirety of the Opposition, Response to Statement of Facts, and exhibits containing a confidentiality designation on the docket would be improper under the agreement to maintain confidentiality. Plaintiffs will provide Defendants with all materials filed under seal after filing.

Dated: July 11, 2025　　　　　　　　　　　　Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

*/s/ Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on July 11, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley