# Exhibit 13

  

**Bart Barber**

> But I will check with editors and see if I now have any recourse to release parts of our conversation to refute what she has claimed.
>
> 3:11 PM ✓

> And I'll add that what Geiger said he heard from his second hand sources was "sexual encounters." I very specifically looked for abuse in what he said he was told by others who are not Lyell. He did not reference abuse, violence, or coercion in that context.
>
> 3:14 PM ✓

――――――― 1 unread message ―――――――



> I didn't retweet as rebuttal of anything you wrote but rather as substantiation of what I wrote— that the sources closest to the situation all said that it was sexual abuse.
>
> 4:41 PM

  Start a message 

    

CONFIDENTIAL Case 3:23-cv-00478  Document 328-1  Filed 07/12/25  Page 2 of 2 PageID #: 8633 Sills_076718