# Exhibit 16

| | |
|---|---|
| **From:** | Mary Sills |
| **Sent:** | Wednesday, May 23, 2018 12:51 PM CDT |
| **To:** | Jennifer Lyell |
| **Subject:** | |

Why would you want to completely destroy the lives of people that opened their home, heart, family, and lives to you?

**CONFIDENTIAL**                                                                                                      Sills_082292