# Exhibit 27

| | |
|---|---|
| **From:** | Jennifer Lyell |
| **Sent:** | Tuesday, September 18, 2007 8:28 AM CDT |
| **To:** | David Sills |
| **Subject:** | Re: October 12th weekend |

Good to know. K I'm keeping that next weekend open then, but that means I really need to see you somehow soon cause that's still a full month away!!!!!!!!!! That can't happen!
Sent via BlackBerry by AT&T

-----Original Message-----
From: mdsphd@gmail.com

Date: Tue, 18 Sep 2007 13:29:19
To:"Jennifer Lyell" <jennifer.lyell@gmail.com>
Subject: Re: October 12th weekend


That's preview weekend. I will be in a dinner that night and reaching out and preview picnic the next day.
------Original Message------
From: Jennifer Lyell
To: David
Sent: Sep 18, 2007 9:23 AM
Subject: October 12th weekend

can you check on this and lemme know what ya think?

Sent via BlackBerry by AT&T

**CONFIDENTIAL**                                                                                                                             Sills_001276