# Exhibit 28

| | |
|---|---|
| From: | Jennifer Lyell |
| Sent: | Friday, June 1, 2012 7:07 AM CDT |
| To: | David Sills |
| Subject: | Re: Heya |

You are way nicer than I deserve. Thanks for not being upset that I can't get online to do it right now. I'm rushing to get ready and there-don't want you to have to wait.

Also I miss you. It's making me grumpy. I'm going to try to get you on an earlier flight out of Newark in Sunday. I may not be able to till tomorrow but I'm goung to go ahead and try today. Pray it works so I can get you home faster.

Did I mention I miss you?

I'm sorry that you aren't getting to eat w gringos and have a break from the Asians. I'm thankful though that you aren't going on a motorbike with an Asian. Good call. Why do they go on Saturday?

I am praying for you and kept doing so every time I woke up last night (I kept waking up still- sheesh). Lemme hear from you if you decide to go out. I'll be online when I get to work. Manillions and Manillions!!!!


Sent from my iPhone

On Jun 1, 2012, at 7:01 AM, David Sills <mdsphd@gmail.com> wrote:

> hey nothing in my emails that cannot wait till you get internet. Just things I have been wanting to address and it looks like it may be time to take Reaching & Teaching to the next level and those are some first steps. I just got back to room and am chilling for a minute. i may go to eat tonight with that guy depending on his wwife's health. Never heard from BV again. I was asked to go with a guy to church tomorrow AM but it was motorbike-man and will be all in Nepali so I think I will finish packing instead.
>
> On Fri, Jun 1, 2012 at 5:32 PM, Jennifer Lyell <jennifer.lyell@gmail.com> wrote:
>> Just got up and got your emails- my Internet is still not working (they're coming back today) so I'll have to do/fix all this as soon as I get to work as its not anything I can do on my iPad. I'm sorry for 1. Anything and everything I messed up 2. That you have to wait till I get there. 3. For being a general poc
>>
>> I hope your last day of class was good and easy and that you get something fun somehow. Let menknow how you are doing!
>>
>> Sent from my iPhone

CONFIDENTIAL                                                                                                         Sills_017301

--
M. David Sills, D.Miss., Ph.D.
www.reachingandteaching.org
www.davidsills.blogspot.com

"How sweet the Name of Jesus sounds in a believer's ear!
It soothes his sorrows, heals his wounds, and drives away his fear." John Newton

CONFIDENTIAL    Sills_017302