MOTION GRANTED.

[signature]

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:23-cv-00478 |
| v. | ) ) ) | JUDGE WILLIAM L. CAMPBELL, JR. Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

The parties, by and through counsel, respectfully move the Court to amend the case management order deadlines. Specifically, the parties seek to amend by four weeks the expert deposition deadline, currently set for **August 8, 2025,** with a proposed extension to **September 5, 2025**, and the dispositive motion deadline, currently set for **August 22, 2025**, with a proposed extension to **September 19, 2025**. Extension of these dates will not jeopardize the **February 10, 2026** trial date in this matter, as all briefing relating to any summary judgment motion will be complete on or before **November 11, 2025**, allowing 90 days before the scheduled trial.

Pursuant to Local Rule 7.01, counsel for Defendant Guidepost Solutions LLC ("Guidepost") has conferred with counsel for all remaining Defendants[1] and Plaintiffs, and Guidepost is authorized to represent that all current parties agree to the relief sought.

In support of this Joint Motion, the parties state as follows:

---

[1] Defendant Jennifer Lyell passed away on June 7, 2025. A Suggestion of Death was filed by Plaintiffs on June 11, 2025 (Doc. 287), and a separate Suggestion of Death of Defendant Jennifer Lyell and Notice of Abatement of Claims was filed with the Court by counsel for Lyell on June 16, 2025. (Doc. 300.) The time within which to substitute a party has not yet run, and no substitution has been made.

1

1. This matter is currently set for trial on February 10, 2026. (Doc. 193.)

2. The Initial Case Management Order was entered on August 17, 2023 (Doc. 99), with a trial date set for June 30, 2025. (Doc. 101.)

3. As has been well documented in the parties' filings in this matter, the volume of document discovery, and the number of parties and witnesses, have necessitated multiple extensions of deadlines,[2] including an extension of the trial date from its original setting of June 30, 2025 to its current setting of February 10, 2026. (Docs. 191-193.)

4. Further, on June 20, 2025,[3] Plaintiffs disclosed six expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(B) and served Defendants with expert reports for each of those six experts. (Doc. 309 at 2-4.) That same day, Plaintiffs also disclosed an additional four individuals, each of whom treated David Sills or Mary Sills, who "may testify and provide evidence pursuant to Federal Rules of Evidence 702, 703, and 705," pursuant to Fed. R. Civ. P. 26(a)(2)(C). (*Id*. at 4-6.) Defendants intend to depose each of Plaintiffs' ten witnesses who may offer expert opinions at trial, and they anticipate disclosing two or more expert witnesses of their own, each of whom likely will be deposed.

5. The parties seek an extension of four weeks to the remaining expert deposition and dispositive motion deadlines to allow time for the parties to work through outstanding disputes regarding discovery – specifically as it relates to 30(b)(6) depositions – finalize that discovery, take expert depositions, supplement expert reports if needed, and thoroughly and appropriately prepare dispositive motions. To that end, the parties respectfully request deadline extensions as follows:

---

[2] *See, e.g.*, Joint Motions to Amend Case Management Order, Docs. 191, 207.
[3] The Court allowed Plaintiffs to disclose their experts before the close of business on June 20, 2025. (Doc. 305.) Per the terms of the Initial Case Management Order and by agreement of the parties, Defendants' expert disclosures are due thirty days after Plaintiffs' disclosures. (Doc. 99, § I.)

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deposition of Experts | August 8, 2025 | September 5, 2025 |
| Dispositive Motions<br>Responses to Motions<br>Replies | August 22, 2025<br>September 12, 2025<br>September 26, 2025 | September 19, 2025<br>October 23, 2025<br>November 11, 2025 |
| Motions *in limine* | January 19, 2026 (file)<br>January 26, 2026 (respond) | Unaffected |
| Exchange Exhibits and Deposition Designations | January 19, 2026 | Unaffected |
| Joint Pre-trial Order, Jury Instructions, Witness & Exhibit Lists, Stipulations | January 26, 2026 | Unaffected |
| Pre-trial Conference | February 2, 2026 | Unaffected |
| Trial Date | February 10, 2026 | Unaffected |

6. The parties are further agreed that, in the event the Court grants the parties' Joint Motion, the parties shall schedule all expert depositions to be taken no later than August 31, 2025.

7. The requested extensions are not made for purposes of delay; do not prejudice any party; and conform to the requirements of Local Rule 6.01, Local Rule 16.01, and the Initial Case Management Order. Given the February 10, 2026 trial date, all dispositive motions must be fully briefed on or before November 12, 2025, which is 90 days prior to trial. With the requested extensions to the expert deposition and dispositive motion deadlines sought by the parties, dispositive motions will be fully briefed on or before **November 11, 2025** and, therefore, the extended schedule would remain in compliance with Section M of the Initial Case Management Order and the Court's directives.

8. For the reasons set forth above, the parties respectfully request that the Court grant their Joint Motion and extend the expert deposition and dispositive motion deadlines.

Respectfully submitted,

s/Katharine R. Klein
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com
ksr@cliffordlaw.com

*Attorneys for Plaintiffs*

Catherine M. Newman
R. Bruce Barze, Jr.
J. Graham Gilmore
Barze Taylor Noles Lowther LLC
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
cnewman@btnllaw.com
bbarze@btnllaw.com
ggilmore@btnllaw.com

*Attorneys for Eric Geiger*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Ronald G. Harris
Philip N. Elbert
Mariam N. Stockton
Satchel Fowler
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
rharris@nealharwell.com
pelbert@nealharwell.com
mstockton@nealharwell.com
sfowler@nealharwell.com

*Attorneys for Jennifer Lyell*

Gino Marchetti, Jr.
Taylor, Pigue & Marchettie & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com

Matthew C. Pietsch
Gordon Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Dr. Bart Barber*

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdoneslon.com
rloofbourrow@bakerdonelson.com

5

Case 3:23-cv-00478    Document 332    Filed 07/23/25    Page 5 of 6 PageID #: 8666

Byron Leet
Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Alan S. Bean
K. Nicole Poole
Starnes Davis Florie, LLP
3000 Meridian Blvd.
Ste. 350
Franklin, TN 37067-6673
abean@starneslaw.com
npoole@starneslaw.com

*Attorney for Willie McLaurin*

Thomas J. Hurney, Jr.
Jonathan L. Anderson
Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25322
thurney@jacksonkelly.com
jlanderson@jacksonkelly.com
gcallas@jacksonkelly.com

*Attorneys for Executive Committee of Southern Baptist Conventions and Rolland Slade*

on this 18th day of July, 2025.

s/Katharine R. Klein