IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) ) |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) ) |
| Defendants. | ) ) |

CASE NO. 3:23-cv-00478

JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley

## MOTION TO STRIKE PLAINTIFFS' STATEMENT OF ADDITIONAL UNDISPUTED FACTS

The Executive Committee of the Southern Baptist Convention and Rolland Slade (collectively "ECSBC") respectfully move the Court to strike Plaintiffs' Statement of Additional Undisputed Facts. In support of this Motion, the ECSBC states:

1. On June 20, 2025, the ECSBC filed a motion for summary judgment with respect to plaintiff Mary Sills. [Doc. 310].

2. Pursuant to Local Rule 56.01(c), the ECSBC filed a Statement of Undisputed Material Facts. That filing contained 8 separately numbered material facts. [Doc. 314].

3. On July 12, 2025, Plaintiffs filed their Response to the ECSBC's Statement of Undisputed Material Facts. [Doc. 329].

4. After responding to the ECSBC's 8 material facts, Plaintiffs' filing contains an additional heading titled "Plaintiffs' Statement of Additional Undisputed Facts." [Doc. 329 at pp.4-10]. This contains an additional 31 separately numbered facts.

1

5. Effective May 15, 2025, Local Rule 56.01 was amended.[1] Previously, Local Rule 56.01(c) stated that a non-movant's response may contain a concise statement of any additional disputed facts that the non-movant contended were material and which the non-movant contended there existed a genuine issue to be tried.

6. Even the prior version of Local Rule 56.01(c) did not permit the non-movant to file an additional statement of undisputed facts as Plaintiffs have done here.

7. With the May 15, 2025 amendments, statements of additional disputed facts have been removed from now effective Local Rule 56.01(e).

8. In addition to being impermissible under the Local Rules, it should also be noted that Plaintiffs' Statement of Additional Undisputed Facts largely pertain to the claims of *David* Sills, not *Mary* Sills.[2] For example, several of them pertain to the Guidepost Report and investigation and the release of the list of alleged abusers, which do not mention and have nothing to do with Mary Sills' claims. [Doc. 329 at pp.6,8].

9. Filings that do not comply with and/or are not permitted by the Local Rules are subject to being stricken. *See, e.g., Doe v. Rausch*, No. 3:24-cv-01403 2025 WL 57711, at *1 n.1 (M.D. Tenn. Jan. 9, 2025).

---

[1] https://www.tnmd.uscourts.gov/sites/tnmd/files/AO199%20-%20Local%20Rules%20Comments%204.2025%20-%20Revised.pdf

[2] This tactic was not just limited to Plaintiffs' Statement of Additional Material Facts. As will be more fully discussed in the ECSBC's Reply brief, Plaintiffs filed 40 exhibits consisting of 2600 pages with their Response, very little of which pertains to the claims of Mary Sills. Not only were thousands of unnecessary pages filed, Plaintiffs created unnecessary work for the Court and the parties by moving to file all 40 exhibits under seal, many of which are undeniably public documents, such as newspaper articles and social media posts. Take, for example, Exhibit 24 to the Response. It is titled on the docket as "Mohler's Public Statement," which a public statement by its nature cannot be confidential. Needless to say Plaintiffs moved to seal without conferring with counsel as required by Local Rule 7.01(a)(1).

10. Accordingly, Plaintiffs' Statement of Additional Undisputed Facts are not permitted by Local Rule 56.01 and should be stricken.

11. Prior to filing this Motion, the ECSBC conferred with counsel as required by Local Rule 7.01(a)(1). Plaintiffs did not agree to withdraw the Statement of Additional Undisputed Facts.

WHEREFORE, the ECSBC respectfully requests that Plaintiffs' Statement of Additional Undisputed Facts be stricken for failing to comply with the Local Rules and that the ECSBC be relieved of any obligation to respond to the same. The ECSBC further requests costs expended in responding to the improper filing.

EXECUTIVE COMMITTEE OF THE
SOUTHERN BAPTIST CONVENTION
AND ROLLAND SLADE

By counsel

*/s/ Gretchen M. Callas*
Thomas J. Hurney, Jr. (WVSB #1833)
(pro hac vice)
Gretchen M. Callas (WVSB #7136)
(pro hac vice)
Jonathan L. Anderson (WVSB #9628)
(pro hac vice)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
Fax: 304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com


Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com

3

4908-8284-7831.v1
Case 3:23-cv-00478    Document 333    Filed 07/23/25    Page 3 of 6 PageID #: 8670

rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-7341
Fax: (615) 744-7341

***Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade***

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, the ***MOTION TO STRIKE PLAINTIFFS' STATEMENT OF ADDITIONAL UNDISPUTED FACTS*** has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com
*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

5
4908-8284-7831.v1
Case 3:23-cv-00478   Document 333   Filed 07/23/25   Page 5 of 6 PageID #: 8672

Alan S. Bean
Starnes, Davis, Florie LLP
3000 Meridian Blvd., Suite 350
Franklin, Tennessee 37067
Abean@starneslaw.com
***Attorneys for Willie McLaurin***

Matthew C. Pietsch
Gordon Rees Scully Mansukhani,
4031 Aspen Grove Drive
Suite 290
Franklin, Tennessee 37067
mpietsch@grm.com
***Attorneys for Southern Baptist Convention,
Dr. Ed Litton and Bart Barber***

Steven G. Mintz
Scott Klein
Alex Otchy
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mintz@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com
***Guidepost Solutions, LLC***

/s/ Gretchen M. Callas