# Exhibit 1

| From: | Anderson, Jon |
|---|---|
| To: | Katherine Barrett Riley |
| Cc: | Katharine R. Klein; Alan S. Bean; Alex Otchy; Brigid M. Carpenter; Byron E. Leet; Mariam Stockton; Matthew C. Pietsch; Ryan P. Loofbourrow; Scott Klein; Tom Travis; Nicole Poole; Sterling Aldridge; Nanci-Taylor Maddux; Kris Riddle; Rocio Nava |
| Subject: | RE: Sills - Motion to Amend Case Management Order |
| Date: | Tuesday, July 22, 2025 12:25:41 PM |
| Attachments: | Motion to Strike Pls" Statement of Additional Undisputed Facts (4911-8605-0135).docx |

Katherine,

Per Local Rule 7.01, we're to confer before filing any motions outside a few delineated exceptions. When the plaintiffs filed their response to the EC and Slade's Statement of Undisputed Material Facts, the filing included "Plaintiffs' Statement of Additional Undisputed Facts" that included 31 numbered facts. With the change to the court's local rules effective May 15, 2025, including additional statements of facts in a response, whether disputed or undisputed, has been removed from the rule and are no longer permitted.

We prepared a motion to strike that portion of the plaintiff's filing with the additional statement of undisputed facts. We are supposed to confer as to whether you agree with the relief sought. If you do agree, then I suppose some sort of notice of withdrawal could be filed in lieu of the motion to strike. Just let us know your position. Thanks.

**Jon Anderson** | Member | **JACKSONKELLY**PLLC | Office: (304) 340-1288
500 Lee Street East, P.O. Box 553, Suite 1600 | Charleston, WV 25301-3202 |
www.JacksonKelly.com
jlanderson@jacksonkelly.com

**JACKSONKELLY**PLLC | CELEBRATING 200 YEARS | 1822 – 2022

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Katherine Barrett Riley <KBRiley@BarrettLawGroup.com>
**Sent:** Monday, July 21, 2025 10:56 PM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Cc:** Anderson, Jon <jlanderson@jacksonkelly.com>; Katharine R. Klein <Kklein@rjfirm.Com>; Alan S. Bean <abean@starneslaw.com>; Alex Otchy <otchy@mintzandgold.com>; Brigid M. Carpenter <Bcarpenter@bakerdonelson.Com>; Byron E. Leet <Bleet@wyattfirm.Com>; Mariam Stockton <mstockton@nealharwell.com>; Matthew C. Pietsch <mpietsch@grsm.com>; Michelle Byerly <mbyerly@nealharwell.com>; Philip N. Elbert <Pelbert@nealharwell.Com>; Ronald G. Harris <Rharris@nealharwell.Com>; Ryan P. Loofbourrow <Rloofbourrow@bakerdonelson.Com>; Scott Klein <klein@mintzandgold.com>; Tom Travis <Ttravis@wyattfirm.Com>; Nicole Poole <npoole@starneslaw.com>; Sterling Aldridge <SAldridge@barrettlawgroup.com>; Nanci-Taylor Maddux <NTMaddux@BarrettLawGroup.com>; Kris Riddle <KSR@cliffordlaw.com>; Rocio Nava