THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) ) ) Plaintiffs, ) ) v. ) ) ) SOUTHERN BAPTIST CONVENTION, ) *et al.* ) ) Defendants. ) | CASE NO. 3:23-cv-00478 JUDGE WILLIAM L. CAMPBELL, JR. Magistrate Judge Chip Frensley JURY TRIAL DEMANDED |

**MOTION FOR LEAVE OF THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION AND ROLLAND SLADE'S TO FILE DOCUMENT UNDER SEAL**

Pursuant to Local Rule 5.03, the Executive Committee of the Southern Baptist Convention and Rolland Slade (collectively the "ECSBC") move to seal portions of their Response to Plaintiffs' Statement of Additional Undisputed Facts. Specifically, No. 28 of Plaintiffs' Statement references and quotes from a confidential mediation statement dated April 23, 2020 that was prepared on behalf of the Executive Committee and submitted to the mediator in connection with a mediation between the Executive Committee and Jennifer Lyell. The parties' interest in maintaining the confidentiality of settlement communications outweighs the public's interest in accessing this information. In support of this Motion, the ECSBC incorporates the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ Brigid M. Carpenter*

Thomas J. Hurney, Jr. *pro hac vice*
Gretchen M. Callas, *pro hac vice*
Jonathan Anderson, *pro hac vice*
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
Fax: 304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

and

Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
Telephone: (615) 726-7341
Fax: (615) 744-7341

*Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade*