# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MICHAEL DAVID SILLS )
and MARY SILLS, )
                          )
     **Plaintiffs,** )
                          )    **CASE NO. 3:23-cv-00478**
**v.** )
                          )    **JUDGE WILLIAM L. CAMPBELL, JR.**
                          )    **Magistrate Judge Chip Frensley**
SOUTHERN BAPTIST CONVENTION, )
*et al.* )    **JURY TRIAL DEMANDED**
                          )
     **Defendants.** )

## DEFENDANT GUIDEPOST SOLUTIONS LLC'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 5.03(d) and 7.01(a)(3), Guidepost Solutions LLC ("Guidepost"), submits the following response to Plaintiffs' Motion for Leave to File Under Seal ("Motion for Leave") (Doc. 323):

In response to the Motion for Summary Judgment filed by the Executive Committee of the Southern Baptist Convention ("EC") and Rolland Slade (Doc. 310), Plaintiffs sought leave to file under seal multiple exhibits marked confidential or highly confidential, consistent with the parties' Stipulated Protective Order. (Doc. 149.) Guidepost produced several of those exhibits in discovery and designated them as confidential or highly confidential.

Guidepost respectfully submits that the following exhibits designated by Guidepost in discovery as confidential or highly-confidential and filed by Plaintiffs in connection with their

response to the EC and Slade's Motion for Summary Judgment should remain filed under seal pursuant to Plaintiffs' Motion for Leave[1]:

    a. Exhibit 6 is Guidepost's Responses to Plaintiffs' First Set of Interrogatories that is designated as "highly confidential attorneys' eyes only" and contains confidential witness information. (Doc. 326.5.)

    b. Exhibits 25 and 26,[2] are drafts of the Report that are at issue in this matter that are designated as "confidential" and contain non-final information relating to sexual abuse witnesses and survivors. (Docs. 327.2-3.)

    c. Exhibit 29 includes comments provided to the fact portion of the Report that is designated as "confidential" and contains information relating to sexual abuse witnesses and survivors. (Doc. 327.4.)

    d. Exhibit 36 is an April 23, 2020 mediation statement involving Jennifer Lyell and the EC and is designated confidential. (Doc. 327.5.)

In making the confidential or highly-confidential attorneys' eyes only designations to the aforementioned documents exhibited to Plaintiffs' response, Guidepost was governed by Section 4.3 of the October 5, 2021 Engagement Letter between Guidepost and the SBC, which required Guidepost to:

> Treat and maintain as confidential and private all information that has been or will be communicated or provided to Guidepost relating to any survivor or witness identity and will not reveal or utilize it in any way except with appropriate survivor approval; provided, however, that, subject to the provisions of Article 7 of this Agreement, Guidepost may reveal such information pursuant to the lawful, final judicial or administrative order.

---

[1] Guidepost incorporates herein by reference the arguments set forth in the EC and Slade's Response to Plaintiffs' Motion for Leave. (Doc. 340.)

[2] Exhibit 26 is identical to Exhibit 25, each having the same bates numbers.

(*See* Doc. 253.4, §§ 4.3, 7.) Guidepost's contractual obligation is continuing in nature. *See also Shane Group v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 308 (6th Cir. 2016) ("the privacy interest of innocent third parties should weigh heavily in a court's balancing equation"). As such, Exhibits 6, 25, and 29 should remain under seal. Further, Exhibit 36, which is a confidential mediation statement, is protected from disclosure pursuant to Fed. R. Evid. 408. *See also Goodyear Tire & Rubber Co., v. Chiles Power Supply, Inc*., 332 F.3d 976, 980 (6th Cir 2003).

Respectfully submitted,

s/Katharine R. Klein
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
Adam Brody (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com
brody@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com
ksr@cliffordlaw.com

*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Byron Leet
Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Ronald G. Harris
Philip N. Elbert
Mariam N. Stockton
Satchel Fowler
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
rharris@nealharwell.com
pelbert@nealharwell.com
mstockton@nealharwell.com
sfowler@nealharwell.com

*Attorneys for Jennifer Lyell*

Gino Marchetti, Jr.
Taylor, Pigue & Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com

Matthew C. Pietsch
Gordon Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Dr. Bart Barber*

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdoneslon.com
rloofbourrow@bakerdonelson.com

Alan S. Bean
K. Nicole Poole
Starnes Davis Florie, LLP
3000 Meridian Blvd.
Ste. 350
Franklin, TN 37067-6673
abean@starneslaw.com
npoole@starneslaw.com

*Attorney for Willie McLaurin*

Thomas J. Hurney, Jr.
Jonathan L. Anderson
Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25322
thurney@jacksonkelly.com
jlanderson@jacksonkelly.com
gcallas@jacksonkelly.com

*Attorneys for Executive Committee of Southern Baptist Conventions and Rolland Slade*

on this 25th day of July, 2025.

s/Katharine R. Klein