## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **CASE NO. 3:23-cv-00478** |
| **v.** | ) ) ) | **JUDGE WILLIAM L. CAMPBELL, JR.** **Magistrate Judge Chip Frensley** |
| **SOUTHERN BAPTIST CONVENTION,** *et al.* | ) ) ) ) | |
| **Defendants.** | ) | |

### MOTION OF THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION AND ROLLAND SLADE TO JOIN THE OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [ECF 211]

The Executive Committee of the Southern Baptist Convention (the "ECSBC") and Rolland Slade ("Slade"), by counsel, respectfully move to join the earlier filed "Defendant Lyell's Response in Opposition to Plaintiffs' Motion for an Additional Protective Order." [ECF 211]. The deposition at issue in the Motion for an Additional Protective Order was originally noticed by Defendant Jennifer Lyell. Upon Ms. Lyell's passing in June, ECSBC served upon all parties a Notice of Deposition indicating the intent to take the deposition at issue upon a ruling from the Court.

In accordance with Local Rule 7.01(a)(1), counsel for the ECSBC has conferred with all other counsel and the relief requested in the motion is opposed.

For these reasons, in addition to the reasons set forth in Lyell's Response in Opposition, the ECSBC and Slade respectfully request to join Lyell's response, that the Motion for an Additional Protective Order be denied, and the deposition be permitted to proceed.

Respectfully submitted,

/s/ Brigid M. Carpenter
Thomas J. Hurney, Jr. *pro hac vice*
Gretchen M. Callas, *pro hac vice*
Jonathan Anderson, *pro hac vice*
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia  25322
Telephone:  304-340-1000
Fax:  304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

and

Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
Telephone:  (615) 726-7341
Fax:  (615) 744-7341

***Attorneys for Executive Committee of the Southern Baptist Convention and Rolland Slade***

2