## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY    )
SILLS,    )
    )
    Plaintiffs,    )
    )        NO. 3:23-cv-00478
v.    )
    )        JUDGE CAMPBELL
SOUTHERN BAPTIST CONVENTION, et al.,  )    MAGISTRATE JUDGE FRENSLEY
    )
    Defendants.    )

## ORDER

Plaintiffs filed a suggestion of death as to Defendant Jennifer Lyle (the deceased) more than ten weeks ago and represented that they would file a status report concerning the identity of a personal representative of the deceased's estate by June 25, 2025. (*See* Doc. No. 287; Doc. No. 301 ¶ 12). As of the entry of this Order, Plaintiffs have not so updated the Court. On or before Friday, **September 12, 2025**, Plaintiffs shall file a status report as to the deceased's estate and the identity of a personal representative of the deceased's estate.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE