IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, et al., <br><br> Defendants. | Case No.: 3:23-cv-00478 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley |

## STATUS REPORT CONCERNING ESTATE OF LYELL

Plaintiffs Michael David Sills and Mary Sills, through their counsel, pursuant to this Court's Order entered on September 8, 2025 (Dkt No. 349), respectfully state as follows:

Plaintiffs elected to not proceed with claims against the decedent's estate.

Plaintiffs' counsel has spoken on occasion with Mr. James Lyell, the decedent's father. Most recently, in preparation of this report, Mr. Lyell informed Plaintiffs' counsel that (1) an estate has not yet been opened; (2) he has retained counsel for the estate; and (3) no attorney in this case who previously represented the decedent is authorized to speak on behalf of the estate.

Dated: September 12, 2025

Respectfully submitted,

/s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com

1

dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Shannon M. McNulty, hereby certify that on September 12, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Shannon M. McNulty*
Shannon M. McNulty