**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-00478** |
| | ) | **Judge Campbell/Frensley** |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is now before the Court upon "Mary Anne Severino, LCSW's Motion for Protective Order and/or to Quash Subpoena." Docket No. 257. Ms. Severino has also filed "Mary Anne Severino, LCSW's Memorandum in Support of Motion for Protective Order and/or [to] Quash Subpoena and Response to Plaintiff's [*sic*] Revised Omnibus Motion to Compel."[1] Docket No. 258. Plaintiffs have filed "Plaintiffs' Reply to Mary Ann[e] Severino's Response to Plaintiffs' Revised Omnibus Motion to Compel Various Items Not Produced by Defendants in Discovery and Plaintiffs' Response to Mary Ann[e] Severino's Motion for Protective Order," along with additional supporting documents. Docket Nos. 273, 273-1 through 273-5. Ms. Severino has filed "Mary Anne Severino, LCSW's Response to Plaintiff's [*sic*] Opposition to Motion for Protective Order and/or to Quash a [*sic*] Subpoena." Docket No. 282.

---

[1] Ms. Severino was Ms. Lyell's therapist. In their Omnibus Motion to Compel, Plaintiffs requested that the Court compel the production of Ms. Severino's records of Ms. Lyell's treatment. Docket No. 244. The Omnibus Motion was denied. Docket No. 319.

Since this Motion was filed and briefed, Ms. Lyell has died. *See* Docket No. 287. Recently, Plaintiffs filed a "Status Report Concerning Estate of Lyell," in which they state "Plaintiffs elected to not proceed with claims against the decedent's estate." Docket No. 350, p. 1.

No later than September 30, 2025, Plaintiffs must file a supplemental briefing indicating how, if at all, Ms. Lyell's death and Plaintiffs' decision not to pursue claims against her estate affect their previously-stated opposition to Ms. Severino's Motion. For the time being, Ms. Severino does not have to comply with the disputed subpoena unless and until the Court resolves the Motion in favor of Plaintiffs.

**IT IS SO ORDERED.**

**Jeffery S. Frensley**
**United States Magistrate Judge**