UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| *Plaintiffs*, | ) Case No. 3:23-cv-00478 |
| v. | ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) ) ) |
| *Defendants* | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendants, the Southern Baptist Theological Seminary (the "Seminary") and R. Albert Mohler, Jr. ("Mohler") (collectively, the "Seminary Defendants"), pursuant to Federal Rule of Civil Procedure 56, move for summary judgment on all claims asserted against them by Plaintiffs, Michael David Sills ("Sills") and Mary Sills ("Mrs. Sills") (collectively, the "Plaintiffs").

In addition to the Memorandum of Law and Statement of Undisputed Facts which are filed with the Court hereto, Seminary Defendants attach the following exhibits in support of their Motion for Summary Judgment:

1. Exhibit A – excerpts from Dr. Bill Cook's deposition, dated January 17, 2025;

2. Exhibit B – excerpts and exhibits from David Sills's deposition, dated October 1-2, 2024, portions of which to be *Filed Under Seal;*

3. Exhibit C – exhibits #7 and #8 to Paul Akin's deposition, dated January 16, 2025;

4. Exhibit D – document SBTS 000512-513;

5. Exhibit E – excerpts and exhibits from Mary Sills's deposition, dated October 3, 2025, portions of which to be *Filed Under Seal*;

6. Exhibit F – excerpts from Eric Geiger's deposition, dated October 30, 2024;

7. Exhibit G – transcript of recording of Jennifer Lyell;

8. Exhibit H – excerpts and exhibits from Dr. R. Albert Mohler's deposition, dated October 8, 2024;

9. Exhibit I – excerpts from Craig Parker's deposition, dated January 16, 2025;

10. Exhibit J – emails from 1/9/2025 regarding Dr. Bill Cook's deposition, dated January 17, 2025;

11. Exhibit K – excerpts and exhibits from David Roach's deposition, dated August 26, 2024;

12. Exhibit L – excerpts from Jon Austin's deposition, dated January 16, 2025;

13. Exhibit M – excerpts from Guidepost's 30(b)(6) deposition, dated July 29, 2025;

14. Exhibit N – excerpts from David Sills's email correspondence with Megan Basham;

15. Exhibit O – Email exchange between Lyell and the Sillses' son, to be *Filed under Seal*.

Respectfully submitted,

*/s/ James C. Bradshaw III*

James C. Bradshaw III BPR #13170
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 830
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Thomas E. Travis (admitted *pro hac vice*)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507
ttravis@wyattfirm.com

Byron E. Leet (admitted *pro hac vice*)
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
bleet@wyattfirm.com

*Counsel for the Seminary Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Appearance was emailed to counsel via the Court's Electronic Filing System (ECF) on this the 19th day of September, 2025:

| | |
|---|---|
| John. W. ("Don") Barrett<br>Katherine Barrett Riley<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095 | Steven G. Mintz<br>Scott Klein<br>Alex Otchy<br>MINTZ & GOLD, LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016 |
| Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, Illinois 60602 | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON<br>1906 West End Avenue<br>Nashville, Tennessee 37203 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Guidepost Solutions, LLC* |
| Matthew C. Pietsch<br>GORDON REES SCULLY MANSUKHANI<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, Tennessee 37067 | Alan S. Bean<br>STARNES, DAVIS, FLORIE LLP<br>3000 Meridian Blvd., Suite 350<br>Franklin, Tennessee 37067<br>*Counsel for Defendant, Willie McLaurin* |
| *Counsel for Defendants, Bart Barber, Dr. Ed Litton, and the Southern Baptist Convention* | |
| Thomas J. Hurney<br>Gretchen M. Callas<br>Jonathan L. Anderson<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Charleston, West Virginia 24322<br>*Co-Counsel for Defendant Executive Committee of the Southern Baptist Convention and Rolland Slade* | Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>*Co-Counsel for Defendant Executive Committee of the Southern Baptist Convention and Rolland Slade* |

                                              */s/James C. Bradshaw III*
                                              *Counsel for the Seminary Defendants*

102120153.2