# EXHIBIT N

# DAVID SILLS EMAIL

| | |
|---|---|
| From: | Megan Basham |
| Sent: | Thursday, July 7, 2022 4:05 PM CDT |
| To: | David Sills |
| Subject: | following up |

Hi David,

Just wanted to touch base and share that I spoke with Don Barrett and it sounds like we're very much of like mind. I hope I can be helpful to him as he's helpful to you.

In the meantime, I need to do some followup reporting regarding claims Lyell makes in the Religion News Service (RNS) article. I'm wondering if you can confirm--did RNS or their reporter, Bob Smietana, reach out to you for comment?

Hope you and Mary are doing well. Praying for everyone in this!

CONFIDENTIAL

Sills_076689