# EXHIBIT O

# EMAIL (REDACTED)


CONFIDENTIAL
LYELL_00113250


CONFIDENTIAL

LYELL_00113251


CONFIDENTIAL LYELL_00113252



CONFIDENTIAL LYELL_00113253


CONFIDENTIAL
LYELL_00113254


CONFIDENTIAL
LYELL_00113255


CONFIDENTIAL
LYELL_00113256


CONFIDENTIAL
LYELL_00113257


CONFIDENTIAL
LYELL_00113258


CONFIDENTIAL
LYELL_00113259


CONFIDENTIAL
LYELL_00113260


CONFIDENTIAL
LYELL_00113261

CONFIDENTIAL
LYELL_00113262


CONFIDENTIAL
LYELL_00113263