# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) )  ) |
| *Plaintiffs*, | ) Case No. 3:23-cv-00478 |
| v. | ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) ) ) |
| *Defendants* | ) |

## THE SEMINARY DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5.03, and the Court's Agreed Protective Order (Doc. 149) Defendants, the Southern Baptist Theological Seminary (the "Seminary") and R. Albert Mohler, Jr. ("Mohler") (collectively, the "Seminary Defendants"), move the Court for leave to file under seal portions of their Motion for Summary Judgment and supporting exhibits, their Memorandum of Law in support of their Motion for Summary Judgment, and their Statement of Undisputed Facts. Each of these documents reference portions of Exhibits B, E, and O. These documents consist of: (1) excerpts from David Sills's deposition; (2) excerpts from Mary Sills's diary included as Exhibits 1 and 4 to her deposition and references to her transcript discussing those documents; and (3) an email thread produced by Jennifer Lyell.

Plaintiffs have insisted the excerpts from David Sills's deposition are confidential despite their failure to designate any portion of his transcript as such and there was no direct questioning on any document designated as confidential. The documents referenced in Exhibits E and O were originally produced as confidential pursuant to the Court's protective order. In accordance with Local Rule 5.03(d), the designating parties retain the burden to establish the reasons as to why

sealing of this document is necessary as required by Local Rule 5.03(c). The Seminary Defendants do not believe any of these documents are confidential in nature and conferred with Plaintiffs concerning their designation as such. Plaintiffs have declined to remove the confidential designation of these documents.[1]

          Respectfully submitted,

          */s/ James C. Bradshaw III*
          James C. Bradshaw III BPR #13170
          WYATT, TARRANT & COMBS, LLP
          333 Commerce Street, Suite 830
          Nashville, Tennessee 37201
          jbradshaw@wyattfirm.com

          Thomas E. Travis (admitted *pro hac vice*)
          WYATT, TARRANT & COMBS, LLP
          250 West Main Street, Suite 1600
          Lexington, Kentucky 40507
          ttravis@wyattfirm.com

          Byron E. Leet (admitted *pro hac vice*)
          WYATT, TARRANT & COMBS, LLP
          400 West Market Street, Suite 2000
          Louisville, Kentucky 40202
          bleet@wyattfirm.com

          *Counsel for the Seminary Defendants*

---

[1] Or, in the case of Jennifer Lyell, following her death and dismissal from this action, there is no one with whom the Seminary Defendants can confer to remove the confidential designation from documents she produced in discovery.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following Notice of Appearance was emailed to counsel via the Court's Electronic Filing System (ECF) on this the 19th day of September, 2025:

| | |
|---|---|
| John. W. ("Don") Barrett<br>Katherine Barrett Riley<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095 | Steven G. Mintz<br>Scott Klein<br>Alex Otchy<br>MINTZ & GOLD, LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016 |
| Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, Illinois 60602 | John R. Jacobson<br>Katharine R. Klein<br>RILEY & JACOBSON<br>1906 West End Avenue<br>Nashville, Tennessee 37203 |
| *Counsel for Plaintiffs* | *Counsel for Defendant Guidepost Solutions, LLC* |
| Matthew C. Pietsch<br>GORDON REES SCULLY MANSUKHANI<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, Tennessee 37067 | Alan S. Bean<br>STARNES, DAVIS, FLORIE LLP<br>3000 Meridian Blvd., Suite 350<br>Franklin, Tennessee 37067<br>*Counsel for Defendant, Willie McLaurin* |
| *Counsel for Defendants, Bart Barber, Dr. Ed Litton, and the Southern Baptist Convention* | |
| Thomas J. Hurney<br>Gretchen M. Callas<br>Jonathan L. Anderson<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Charleston, West Virginia 24322<br>*Co-Counsel for Defendant Executive Committee of the Southern Baptist Convention and Rolland Slade* | Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.<br>1600 West End Avenue, Suite 2000<br>Nashville, Tennessee 37203<br>*Co-Counsel for Defendant Executive Committee of the Southern Baptist Convention and Rolland Slade* |

          */s/James C. Bradshaw III*
          *Counsel for the Seminary Defendants*

102117267.1