**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 3:23-cv-00478** **Jury Demand** |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) | |
| **Defendants.** | ) | |

---

**DEFENDANT SOUTHERN BAPTIST CONVENTION'S**
**MOTION FOR SUMMARY JUDGMENT**

---

The Defendant, Southern Baptist Convention ("SBC"), by and through counsel, submits this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. There are no genuine issues of material fact and the SBC is entitled to judgment as a matter of law. In support of this Motion, the SBC states, and further incorporates its accompanying Memorandum of Law, to show that Plaintiffs' claim against the SBC in this case – which assert causes of action against all defendants, including the SBC, collectively and indiscriminately, for (1) defamation and defamation per se, (2) conspiracy, (3) negligence, gross negligence, and wantonness, and (4) intentional infliction of emotional distress fail to establish any evidentiary support for their claims of tortious conduct on the part of the SBC.

Plaintiffs' entire theory against the SBC is premised on the fact that the Lyell Allegations were included within the Guidepost Report in May 2022 in a conspiratorial and tortious effort by the SBC, amongst others, to defame David and Mary Sills. Plaintiffs allege in purely conclusory fashion that Guidepost, "in concert" with the SBC, Jennifer Lyell, the EC, Dr. Barber, Dr. Litton,

Willie McLaurin, Rolland Slade, the Seminary, and Dr. Dr. Mohler, "deliberately published the unsubstantiated and malicious claim" that David Sills had a nonconsensual sexual relationship with Jennifer Lyell with the intent (deliberate or otherwise) to cause damage to the reputation of David and Mary Sills. In other words, Plaintiffs have attempted from the outset of this litigation to prove a conspiracy that never existed and the fact and expert discovery in this case has not identified any evidence that implicates any of the Defendants in such a conspiracy, including but not limited to the SBC.

As part of Plaintiff misguided efforts, they have also asserted individual claims against former SBC Presidents Dr. Litton and Dr. Barber as part of Plaintiff's perceived notion of a vast multi-party conspiracy against them. As set forth in greater detail in its accompanying Memorandum of Law, and notwithstanding David Sills' own misconduct and admitted lies, the SBC is entitled to summary judgment on each of these claims because there is no evidence that the SBC acted with any degree of fault in connection with the issuance of the Guidepost Report. For these reasons, the SBC is entitled to summary judgment in its favor as to all claims asserted by David and Mary Sills with prejudice.

**DATED: September 19, 2025.**

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Matthew C. Pietsch*
**MATTHEW C. PIETSCH**, TN Bar No. 024659
4020 Aspen Grove Drive, Suite 500
Franklin, TN 37067
Phone: 615-722-9000
Fax: 615-970-7490
mpietsch@grsm.com

*Counsel for Defendant Southern Baptist Convention*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served via the Court's e-filing system to the following on **September 19, 2025**:

| | |
|---|---|
| John W. Barrett<br>Katherine Barrett Riley<br>Sterling Aldridge<br>Barrett Law Group, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>saldridge@barrettlawgroup.com<br><br>Shannon M. McNulty<br>Kristofer S. Riddle<br>Clifford Law Office, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br>ksr@cliffordlaw.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Adam Kahan Brody<br>Alex Otchy<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>brody@mintzandgold.com<br>otchy@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC* |
| Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>1600 West End Ave<br>Suite 2000<br>Nashville, TN 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>Thomas J. Hurney, Jr.<br>Gretchen M. Callas<br>Jonathan L. Anderson<br>Jackson Kelly PC<br>500 Lee Street East<br>Suite 1600<br>Charleston, WV<br>thurney@jacksonkelly.com<br>gcallas@jacksonkelly.com | Alan S. Bean<br>Kimberly Nicole Poole<br>Starnes Davis Florie, LLP<br>3000 Meridian Blvd., Suite 350<br>Franklin, TN 37067<br>abean@starneslaw.com<br>npoole@starneslaw.com<br><br>*Counsel for Defendant Willie McLaurin*<br><br>James C. Bradshaw, III<br>Wyatt, Tarrant & Combs, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron E. Leet<br>Wyatt, Tarrant & Combs, LLP<br>400 West Market Street |

| | |
|---|---|
| jlanderson@jacksonkelly.com<br><br>*Counsel for Defendants Executive Committee of the Southern Baptist Convention and Rolland Slade* | Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis<br>Wyatt, Tarrant & Combs, LLP<br>250 W. Main Street, Suite 1600<br>Lexington, KY<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* |

*/s/ Matthew C. Pietsch*