IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:23-cv-00478 ) Jury Demand ) |
| SOUTHERN BAPTIST CONVENTION, et al., | ) ) |
| Defendants. | ) ) |

## DEFENDANT DR. BART BARBER'S
## MOTION FOR SUMMARY JUDGMENT

The Defendant, Dr. Bart Barber ("Dr. Barber"), by and through counsel, submits this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. There are no genuine issues of material fact and Dr. Barber is entitled to judgment as a matter of law. In support of this Motion, Dr. Barber states, and further incorporates his accompanying Memorandum of Law, to show that Plaintiffs' claim against him in this case – which assert causes of action against all defendants, including Dr. Barber, collectively and indiscriminately, for (1) defamation and defamation per se, (2) conspiracy, (3) negligence, gross negligence, and wantonness, and (4) intentional infliction of emotional distress fail to establish any evidentiary support for their claims of tortious conduct on the part of Dr. Barber.

Plaintiffs' entire theory against Dr. Barber is premised on the fact that the Lyell Allegations were included within the Guidepost Report in May 2022 in a conspiratorial and tortious effort by Dr. Barber, amongst others, to defame David and Mary Sills. Plaintiffs allege in purely conclusory fashion that Guidepost, "in concert" with the SBC, Jennifer Lyell, the EC, Dr. Barber, Dr. Litton,

1

Willie McLaurin, Rolland Slade, the Seminary, and Dr. Dr. Mohler, "deliberately published the unsubstantiated and malicious claim" that David Sills had a nonconsensual sexual relationship with Jennifer Lyell with the intent (deliberate or otherwise) to cause damage to the reputation of David and Mary Sills. In other words, Plaintiffs have attempted from the outset of this litigation to prove a conspiracy that never existed and the fact and expert discovery in this case has not identified any evidence that implicates any of the Defendants in such a conspiracy, including but not limited to Dr. Barber.

As part of Plaintiff misguided efforts, the individual claims against former SBC President Dr. Barber as part of Plaintiff's perceived notion of a vast multi-party conspiracy against them fail as a matter of law. As set forth in greater detail in his accompanying Memorandum of Law, and notwithstanding David Sills' own misconduct and admitted lies, Dr. Barber is entitled to summary judgment on each of these claims because there is no evidence that Dr. Barber acted with any degree of fault in connection with the issuance of the Guidepost Report. For these reasons, Dr. Barber is entitled to summary judgment in his favor as to all claims asserted by David and Mary Sills with prejudice.

**DATED: September 19, 2025.**

                Respectfully submitted,

                GORDON REES SCULLY MANSUKHANI, LLP

                By:   *s/ Matthew C. Pietsch*
                        **MATTHEW C. PIETSCH**, TN Bar No. 024659
                        4020 Aspen Grove Drive, Suite 500
                        Franklin, TN 37067
                        Phone: 615-722-9000
                        Fax: 615-970-7490
                        mpietsch@grsm.com

                *Counsel for Defendant Dr. Barber*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served via the Court's e-filing system to the following on **September 19, 2025**:

| | |
|---|---|
| John W. Barrett<br>Katherine Barrett Riley<br>Sterling Aldridge<br>Barrett Law Group, P.A.<br>404 Court Square North<br>P.O. Box 927<br>Lexington, MS 39095<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>saldridge@barrettlawgroup.com<br><br>Shannon M. McNulty<br>Kristofer S. Riddle<br>Clifford Law Office, P.C.<br>120 N. LaSalle Street, 36th Floor<br>Chicago, IL 60602<br>smm@cliffordlaw.com<br>ksr@cliffordlaw.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Adam Kahan Brody<br>Alex Otchy<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>brody@mintzandgold.com<br>otchy@mintzandgold.com<br><br>*Counsel for Defendants Guidepost Solutions, LLC* |
| Brigid M. Carpenter<br>Ryan P. Loofbourrow<br>Baker Donelson Bearman Caldwell & Berkowitz, PC<br>1600 West End Ave<br>Suite 2000<br>Nashville, TN 37203<br>bcarpenter@bakerdonelson.com<br>rloofbourrow@bakerdonelson.com<br><br>Thomas J. Hurney, Jr.<br>Gretchen M. Callas<br>Jonathan L. Anderson<br>Jackson Kelly PC<br>500 Lee Street East<br>Suite 1600<br>Charleston, WV<br>thurney@jacksonkelly.com<br>gcallas@jacksonkelly.com | Alan S. Bean<br>Kimberly Nicole Poole<br>Starnes Davis Florie, LLP<br>3000 Meridian Blvd., Suite 350<br>Franklin, TN 37067<br>abean@starneslaw.com<br>npoole@starneslaw.com<br><br>*Counsel for Defendant Willie McLaurin*<br><br>James C. Bradshaw, III<br>Wyatt, Tarrant & Combs, LLP<br>333 Commerce Street, Suite 1050<br>Nashville, TN 37201<br>jbradshaw@wyattfirm.com<br><br>Byron E. Leet<br>Wyatt, Tarrant & Combs, LLP<br>400 West Market Street |

| | |
|---|---|
| jlanderson@jacksonkelly.com<br><br>*Counsel for Defendants Executive Committee of the Southern Baptist Convention and Rolland Slade* | Louisville, KY 40202<br>bleet@wyattfirm.com<br><br>Thomas E. Travis<br>Wyatt, Tarrant & Combs, LLP<br>250 W. Main Street, Suite 1600<br>Lexington, KY<br>ttravis@wyattfirm.com<br><br>*Counsel for Defendants The Southern Baptist Theological Seminary and Dr. R. Albert Mohler* |

                                                                  */s/ Matthew C. Pietsch*