# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS**<br>and **MARY SILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CASE NO. 3:23-cv-00478** |
| **v.** | ) | |
| | ) | **JUDGE WILLIAM L. CAMPBELL, JR.** |
| | ) | **Magistrate Judge Frensley** |
| **SOUTHERN BAPTIST CONVENTION,** | ) | |
| *et al.* | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION AND ROLLAND SLADE'S MOTION TO EXCLUDE PLAINTIFFS' VOCATIONAL EXPERT, ERIN BAILEY

Defendants the Executive Committee of the Southern Baptist Convention ("ECSBC") and Rolland Slade, by counsel, hereby move the Court to exclude the testimony and opinions of Plaintiffs' vocational expert, Erin Bailey, in this matter. In support of this Motion, these defendants state as follows, and further incorporates the reasons set forth in the accompanying Memorandum of Law:

1.  Rule 702 of the Federal Rules of Evidence governs the admissibility of expert witness testimony. That rule provides that "[a] witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" if the following requirements are met:

> (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;
>
> (b) the testimony is based on sufficient facts or data;

1

(c) the testimony is the product of reliable principles and methods; and

(d) the expert has reliably applied the principles and methods to the facts of the case.

Fed. R. Evid. 702 (2025).

2. Plaintiffs' expert, Erin Bailey, offers causation opinions in this case. Specifically, Ms. Bailey opines that public allegations of sexual abuse against David Sills, which were first published publicly in March 2019, have rendered him permanently unemployable. Ms. Bailey opines that this is the reason Sills was denied or otherwise rejected from nearly fifty job applications between May 2018 through February 2022.

3. Next, despite acknowledging that Jennifer Lyell's allegations of sexual abuse against Sills had been published since early 2019 and had resulted in harm to Sills' employability, Ms. Bailey opines that it was the publication of the Guidepost Report in May 2022 and subsequent, related communications that detrimentally impacted Sills' employability.

4. Ms. Bailey's opinions fail to satisfy the requirements of expert testimony under Rule 702 of the Federal Rules of Evidence. The opinions are not reliable as they follow no discernable methodology, are not based upon any objective data or analysis, and are speculative. The opinions are also not helpful to the trier of fact and, therefore, not relevant.

5. Accordingly, Ms. Bailey must be excluded as an expert in this matter.

6. Pursuant to Local Rule 7.01(a)(1), counsel for the ECSBC and Slade conferred with counsel for the other parties as to whether the relief requested, that is exclusion of Erin Bailey's opinion testimony, was opposed. Counsel for Plaintiffs did not agree to the relief requested.

2

EXECUTIVE COMMITTEE OF THE
SOUTHERN BAPTIST CONVENTION
AND ROLLAND SLADE

By counsel

*/s/ Gretchen M. Callas*
Thomas J. Hurney, Jr. (WVSB #1833)
(pro hac vice)
Gretchen M. Callas (WVSB #7136)
(pro hac vice)
Jonathan L. Anderson (WVSB #9628)
(pro hac vice)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia  25322
Telephone:  304-340-1000
Fax:  304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com


Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone:  (615) 726-7341
Fax:  (615) 744-7341

***Attorneys for Executive Committee of the
Southern Baptist Convention and Rolland Slade***

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, the foregoing *THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION AND ROLLAND SLADE'S MOTION TO EXCLUDE PLAINTIFFS' VOCATIONAL EXPERT, ERIN BAILEY* has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com
*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com
*Attorneys for The Southern Baptist*
*Theological Seminary and Dr. R. Albert Mohler*

Alan S. Bean
Starnes, Davis, Florie LLP
3000 Meridian Blvd., Suite 350
Franklin, Tennessee 37067
Abean@starneslaw.com
*Attorneys for Willie McLaurin*

Matthew C. Pietsch
Gordon Rees Scully Mansukhani,
4031 Aspen Grove Drive
Suite 290
Franklin, Tennessee 37067
mpietsch@grm.com
*Attorneys for Southern Baptist Convention,*
*Dr. Ed Litton and Bart Barber*

Steven G. Mintz
Scott Klein
Alex Otchy
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mintz@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com
*Guidepost Solutions, LLC*

/s/ Gretchen M. Callas

5