# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) Case No.: 3:23-cv-00478 |
| v. | )<br>) |
| | ) Judge William L. Campbell, Jr. |
| SOUTHERN BAPTIST CONVENTION, *et al.*, | ) Magistrate Judge Jeffery S. Frensley<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO EXCLUDE VOCATIONAL EXPERT, ERIN BAILEY

Pursuant to Local Rule 6.01, Plaintiffs, by and through their undersigned counsel, respectfully move for an extension to submit their response in opposition to Defendants the Executive Committee of the Southern Baptist Convention ("ECSBC") and Rolland Slade's Motion to Exclude Plaintiffs' Vocational Expert, Erin Bailey (Dkt. No. 385), from October 8, 2025, to November 3, 2025. For good cause, the Plaintiffs would show the Court the following:

1. On September 19, 2025, Defendants filed the following:

- the ECSBC's Motion for Summary Judgment with Respect to Plaintiff David Sills (Dkt. Nos. 355-356) and ECSBC's Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 357);

- the Southern Baptist Theological Seminary and R. Albert Mohler, Jr.'s Motion for Summary Judgment (Dkt. Nos. 359-360); and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 361);

- Rolland Slade and Willie McLaurin's Motion for Summary Judgment with Respect to Plaintiffs David and Mary Sills (Dkt. Nos. 364-365) and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 366);

- Guidepost's Motion for Summary Judgment Dkt. No. 369-370) and their Statement of Material Facts not in Dispute (Dkt. No. 371);

- Southern Baptist Convention's Motion for Summary Judgment (Dkt. Nos. 233-378) and its Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 379);

- Dr. Ed Litton's Motion for Summary Judgment (Dkt. Nos. 380-381); and

- Dr. Bart Barber's Motion for Summary Judgment (Dkt. Nos. 382-383).

2. Plaintiffs' responses to the seven (7) Motions for Summary Judgment are due on October 23, 2025.

3. On September 24, 2025, Defendants ECSBC and Rolland Slade filed their Motion to Exclude the expert testimony of Erin Bailey. (Dkt. Nos. 385-386).

4. Plaintiffs' response to the Motion to Exclude is currently due October 8, 2025.

5. Due to the number of motions presently filed (7 motions and 5 statements of fact, totaling approximately 237 pages) and the multitude of facts and issues to which Plaintiffs must respond and rebut, counsel for Plaintiffs request additional time to file their response to the Motion to Exclude, itself a motion for which substantial response must be made.

6. Neither prejudice nor delay are caused to any party. Instead, Plaintiffs would be prejudiced by a denial of this motion, given the current briefing underway.

7. Plaintiffs have conferred with counsel for Defendants ECSBC and Rolland Slade who advised they do not oppose the requested extension.

2

For these reasons, Plaintiffs respectfully request an extension of time to file their response in opposition to Defendants' Motion to Exclude from October 8, 2025 to November 3, 2025.

Dated: September 26, 2025.

Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Katherine B. Riley, hereby certify that on September 26, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley

3

Case 3:23-cv-00478    Document 388    Filed 09/26/25    Page 3 of 3 PageID #: 11390