# Exhibit E

# ECONOMIC AND FINANCIAL CONSULTING GROUP, INC.

6 RICHLAND HILLS COVE • CONWAY, AR 72034 • (501) 450-1306

June 20, 2025

Ms. Katherine Barrett Riley
Attorney at Law
Barrett Law Group
P.O. Box 927
Lexington, MS 39095

RE: **Michael D. Sills, et al. v. Southern Baptist Convention, et al.**

Dear Ms. Riley:

At your request, I have calculated the economic losses suffered by Michael D. Sills (Sills) resulting from the allegations in the above-cited matter. In this calculation, the primary objective is to arrive at the present value of the differential stream of income and fringe benefits that Sills could have potentially generated in the absence of his injury. According to my calculations, this economic loss is in the range **$1,040,006.14** to **$2,631,328.96**. Below, I will segment this loss into the components listed above. Each of these components of loss will then be discussed in detail and total loss is summarized in the attached tables.

Past Lost Earnings and Future Lost Earning Capacity

Because of the allegations in this matter, Sills has been deprived of a flow of income that he could have otherwise generated. In order to evaluate Sills' economic loss, I have assumed that his historically demonstrated earnings, prior to the events that ultimately resulted in this lawsuit, are reflective of his earning potential or earning capacity. Specifically, I have focused on his earnings over the five-year period 2013 through 2017. Sills' historical earnings for that period are presented in the attached Table (1), which is documented by Sills' income tax returns for those years. The data in Table (1) indicates that Sills generated average inflation-adjusted earnings, excluding and including royalties, of $119,231.91 and $188,230.91, respectively, evaluated at 2022 price levels. Adjusting these figures upward to account for inflation in subsequent years yields earnings of $127,801.47 and $201,759.63, respectively, by the present time.

In evaluating Sills' loss, I have considered two scenarios concerning his earning capacity prior to the allegations in this matter. Scenario (1) is based on his average historical earnings net of royalties. Scenario (2) is based on Sills' average historical earnings including royalties. Both scenarios assume that Sills is now unemployable based on the vocational analysis and report of Erin S. Bailey.

For both of the scenarios identified above, Sills' income loss should be segmented into components reflecting past losses, which are not discounted, and projected future losses, which are converted into present value terms. Past losses are calculated in accordance with equation (1), below:

(1)  Past Loss = (Base Income)(Time Interval of Computation)

In the present instance, base income is assumed to be in the range $119,231.91 to $127,801.47 per year for Scenario (1) and $188,230.91 to $201,759.63 per year for Scenario (2), as discussed above. These ranges represent alternative measures of Sills' earning capacity prior to the allegations in this matter. The time interval of computation, July 1, 2022 to present, amounts to 2.95 years. Performing the computation indicated by equation (1), based on the assumptions above, yields a past loss in the range **$369,120.45 to $582,728.86**. My computations assume that Sills was unable to generate any significant mitigation earnings in the past damage period.

Future lost earning capacity is calculated by projecting Sills' base income differential over his remaining work life expectancy in accordance with equation (2), below:

$$(2) \quad \text{Future Loss} = \sum_{t=1}^{T} (\text{Base Income})/(1+r)^t$$

where T = work life expectancy which is alternatively assumed to be 5.70 or 11.86 additional years. The lower end of this range is based on Sills' statistical work life expectancy based on Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger: "The Markov Process Model of Years to Final Separation from the Labor Force 2012-2017: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", *Journal of Forensic Economics* 28(1-2), 2019. The upper end of the range is based on an assumed retirement at age 80.

Base Income = $127,801.47 or $201,759.63 per year for Scenarios (1) or (2), respectively, as discussed above.

r = discount factor used to convert future magnitudes into present value terms. For computational purposes, I have assumed r to be equal to 2.5% to reflect the real rate of return (interest minus inflation) on inflation indexed government bonds. These bonds would be a financial instrument almost perfectly suited to protecting against the effects of future inflation.

Performing the calculation indicated by equation (2), based on the assumptions above, yields projected future lost earning capacity in the range **$670,885.69** to **$2,048,600.10**. Summing past and projected future components of loss yields a total loss in the range **$1,040,006.14** to **$2,631,328.96**. My computations are presented on a year-by-year basis in the attached Tables (2) and (3), which are based on Scenarios (1) and (2), respectively.

Please be advised that Sills' income was much higher in 2015, 2016, and 2017. Basing damage computations on Sills' average financial performance in those years would increase damages by approximately 5.00% or 27.00% for Scenarios (1) or (2), respectively.

Likewise, my computations do not consider fringe benefits. Statistically, fringe benefits on average amount to approximately 30.00% of income. A damage computation inclusive of potential fringe benefits would increase the damage computations discussed above by that percentage.

Total economic losses discussed in this report are summarized in the attached Table (3).

This report reflects information and opinions as of the date of the report and may be amended if additional data or information becomes available. If you have any questions or if I can be of further service in this matter, please do not hesitate to contact me.

Yours very truly,

*Ralph D. Scott, Jr.*

RALPH D. SCOTT, JR., Ph.D.

TABLE 1

MICHAEL DAVID SILLS, PH.D
HISTORICAL EARNINGS

| Year | SBTS | Income Source RTI | Business | Royalties | Total Income | Inflation Factor | Inflation Adjusted Total |
|---|---|---|---|---|---|---|---|
| 2013 | $ 94,509.00 | $  - | $ 6,905.00 | $ 678.00 | $ 102,092.00 | 1.256261885 | $ 128,254.29 |
| 2014 | $ 70,825.00 | $  - | $ 4,366.00 | $ 2,060.00 | $ 77,251.00 | 1.236208266 | $ 95,498.32 |
| 2015 | $ 63,110.00 | $ 12,000.00 | $ 15,423.00 | $ 28,829.00 | $ 119,362.00 | 1.234742656 | $ 147,381.35 |
| 2016 | $ 59,926.00 | $ 36,000.00 | $ 8,628.00 | $ 139,114.00 | $ 243,668.00 | 1.219360269 | $ 297,119.08 |
| 2017 | $ 60,894.00 | $ 48,500.00 | $ 4,961.00 | $ 114,220.00 | $ 228,575.00 | 1.193925424 | $ 272,901.50 |

Average Inflation Adjusted Income (Including Royalties)    $ 188,230.91

Average Inflation Adjusted Income (Excluding Royalties)    $ 119,231.91

TABLE 2

## MICHAEL DAVID SILLS, PH.D
## CALCULATION OF LOST EARNING CAPACITY
## SCENARIO 1

| Year | Base Income | Year Fraction | Lost Income | Present Value Factor | Economic Loss | Cumulative Economic Loss |
|---|---|---|---|---|---|---|
| **PAST:** | | | | | | |
| 2022 | $ 119,231.91 | 0.5041 | $ 60,105.95 | 1.0000 | $ 60,105.95 | $ 60,105.95 |
| 2023 | 124,140.04 | 1.0000 | 124,140.04 | 1.0000 | 124,140.04 | 184,245.99 |
| 2024 | 127,801.47 | 1.0000 | 127,801.47 | 1.0000 | 127,801.47 | 312,047.46 |
| 2025 | 127,801.47 | 0.4466 | 57,072.99 | 1.0000 | 57,072.99 | 369,120.45 |
| Total | | 2.9507 | 369,120.45 | | 369,120.45 | 369,120.45 |
| **FUTURE:** | | | | | | |
| 2025/26 | 127,801.47 | 1.0000 | 127,801.47 | 0.9756 | 124,684.36 | 124,684.36 |
| 2026/27 | 127,801.47 | 1.0000 | 127,801.47 | 0.9518 | 121,643.28 | 246,327.64 |
| 2027/28 | 127,801.47 | 1.0000 | 127,801.47 | 0.9286 | 118,676.37 | 365,004.02 |
| 2028/29 | 127,801.47 | 1.0000 | 127,801.47 | 0.9060 | 115,781.83 | 480,785.84 |
| 2029/30 | 127,801.47 | 1.0000 | 127,801.47 | 0.8839 | 112,957.88 | 593,743.72 |
| 2030/31 | 127,801.47 | 0.7000 | 89,461.03 | 0.8623 | 77,141.97 | 670,885.69 |
| Total (To Age 73.83) | | 5.7000 | 728,468.39 | | 670,885.69 | 670,885.69 |
| 2030/31 | 127,801.47 | 1.0000 | 127,801.47 | 0.8623 | 110,202.81 | 703,946.53 |
| 2031/32 | 127,801.47 | 1.0000 | 127,801.47 | 0.8413 | 107,514.94 | 811,461.47 |
| 2032/33 | 127,801.47 | 1.0000 | 127,801.47 | 0.8207 | 104,892.62 | 916,354.09 |
| 2033/34 | 127,801.47 | 1.0000 | 127,801.47 | 0.8007 | 102,334.26 | 1,018,688.35 |
| 2034/35 | 127,801.47 | 1.0000 | 127,801.47 | 0.7812 | 99,838.31 | 1,118,526.66 |
| 2035/36 | 127,801.47 | 1.0000 | 127,801.47 | 0.7621 | 97,403.23 | 1,215,929.88 |
| 2036/37 | 127,801.47 | 0.8600 | 109,909.27 | 0.7436 | 81,723.68 | 1,297,653.56 |
| Total (To Age 80.00) | | 11.8600 | $1,515,725.46 | | $1,297,653.56 | $ 1,297,653.56 |

**TOTAL LOST EARNING CAPACITY (TO AGE 73.83)** $ 1,040,006.14

**TOTAL LOST EARNING CAPACITY (TO AGE 80.00)** $ 1,666,774.01

## TABLE 3

### MICHAEL DAVID SILLS, PH.D
### CALCULATION OF LOST EARNING CAPACITY
### SCENARIO 2

| Year | Base Income | Year Fraction | Lost Income | Present Value Factor | Economic Loss | Cumulative Economic Loss |
|---|---|---|---|---|---|---|
| **PAST:** | | | | | | |
| 2022 | $ 188,230.91 | 0.5041 | $ 94,889.01 | 1.0000 | $ 94,889.01 | $ 94,889.01 |
| 2023 | 195,979.34 | 1.0000 | 195,979.34 | 1.0000 | 195,979.34 | 290,868.35 |
| 2024 | 201,759.63 | 1.0000 | 201,759.63 | 1.0000 | 201,759.63 | 492,627.98 |
| 2025 | 201,759.63 | 0.4466 | 90,100.88 | 1.0000 | 90,100.88 | 582,728.86 |
| Total | | 2.9507 | 582,728.86 | | 582,728.86 | 582,728.86 |
| **FUTURE:** | | | | | | |
| 2025/26 | 201,759.63 | 1.0000 | 201,759.63 | 0.9756 | 196,838.67 | 196,838.67 |
| 2026/27 | 201,759.63 | 1.0000 | 201,759.63 | 0.9518 | 192,037.72 | 388,876.39 |
| 2027/28 | 201,759.63 | 1.0000 | 201,759.63 | 0.9286 | 187,353.88 | 576,230.27 |
| 2028/29 | 201,759.63 | 1.0000 | 201,759.63 | 0.9060 | 182,784.27 | 759,014.54 |
| 2029/30 | 201,759.63 | 1.0000 | 201,759.63 | 0.8839 | 178,326.12 | 937,340.66 |
| 2030/31 | 201,759.63 | 0.7000 | 141,231.74 | 0.8623 | 121,783.69 | 1,059,124.35 |
| Total (To Age 73.83) | | 5.7000 | 1,150,029.92 | | 1,059,124.35 | 1,059,124.35 |
| 2030/31 | 201,759.63 | 1.0000 | 201,759.63 | 0.8623 | 173,976.70 | 1,111,317.36 |
| 2031/32 | 201,759.63 | 1.0000 | 201,759.63 | 0.8413 | 169,733.37 | 1,281,050.73 |
| 2032/33 | 201,759.63 | 1.0000 | 201,759.63 | 0.8207 | 165,593.53 | 1,446,644.25 |
| 2033/34 | 201,759.63 | 1.0000 | 201,759.63 | 0.8007 | 161,554.66 | 1,608,198.91 |
| 2034/35 | 201,759.63 | 1.0000 | 201,759.63 | 0.7812 | 157,614.30 | 1,765,813.22 |
| 2035/36 | 201,759.63 | 1.0000 | 201,759.63 | 0.7621 | 153,770.05 | 1,919,583.27 |
| 2036/37 | 201,759.63 | 0.8600 | 173,513.29 | 0.7436 | 129,016.82 | 2,048,600.10 |
| Total (To Age 80.00) | | 11.8600 | $2,392,869.26 | | $2,048,600.10 | $ 2,048,600.10 |

**TOTAL LOST EARNING CAPACITY (TO AGE 73.83)**  $ 1,641,853.21

**TOTAL LOST EARNING CAPACITY (TO AGE 80.00)**  $ 2,631,328.96