# Exhibit J

**In the Matter of:**

MICHAEL DAVID AND MARY SILLS

vs

SOUTHERN BAPTIST CONVENTION, ET AL.

*TONGRING, KRISTA*

*July 29, 2025*



```
 1  investigation organization?
 2          MS. KLEIN:  Object to the form.  It's outside
 3  the scope of the topics in the 30(b)(6) notice.  If
 4  Ms. Tongring has personal knowledge, she can attest to it.
 5  But otherwise, it's outside the scope.
 6          THE WITNESS:  I have no idea.
 7          BY MS. RILEY:
 8      Q   Is Guidepost licensed to do investigations in
 9  Tennessee?
10          MS. KLEIN:  Same objection.
11          THE WITNESS:  I don't know.
12          BY MS. RILEY:
13      Q   Did the Sexual Abuse Task Force hire Guidepost
14  as an investigation firm, or as attorneys, or both?
15          MS. KLEIN:  Object to the form.
16          THE WITNESS:  We don't practice as attorneys.
17  We practice as investigations, compliance, monitoring.
18  That type of thing.  We don't engage in the practice of
19  law, so they hired us as an investigation firm.
20          BY MS. RILEY:
21      Q   So you're not required to keep your licenses in
22  good standing?
23          MS. KLEIN:  Object to the form.
24          THE WITNESS:  That's not part of our -- a
25  requirement of our employment.  Many people do.
```

1   Q   Who interviewed Lyell, other than you and Julie?
2   A   I'm trying to remember if Samantha was on any of
3   the interviews, or Sunny was. I'd have to look at our list
4   -- at the response to interrogatories to confirm.
5   Q   Okay. We'll -- we can do that at a break.
6   A   Okay, great.
7   Q   And where is Baptist First located?
8   A   I think they're in the same building.
9   Q   Guidepost sent its invoices to Nashville,
10  correct?
11  A   Yes. The SBC was -- the Task Force didn't have
12  any money, so that was, again, part of the whole thing.
13  The SBC had to pay.
14  Q   Do you have an IT department?
15  A   Guidepost?
16  Q   Uh-huh.
17  A   Yes.
18  Q   How big is it?
19  A   I would have to check. I don't know. I mean, I
20  know we have somebody in D.C. I know we have somebody in
21  New York. I don't know if we have individual people in
22  each office. And then we have external support for -- a
23  company that provides us external support, mostly for sort
24  of IT security type things.
25  Q   If you have an IT problem, do you have a

1  particular person that you call?

2     A    Yes.

3     Q    And who would that be?

4     A    Either Jack Lebovic or Kosta -- I can't remember
5  Kosta's last name.  Kosta is in D.C.  Jack is -- if it's,
6  like, a minor IT problem, I go to Kosta.  If it's
7  something, like, security-wise, major, I go to Jack.

8     Q    Who is responsible for dealing with the website?

9     A    Oh, that's Jean Moore.  She's our VP of
10 marketing.

11    Q    Who all did Guidepost collect text messages
12 from?

13    A    For discovery?

14    Q    Yes.  No, I'm sorry.  Who all did Guidepost
15 collect text messages from while conducting the
16 investigation with the Sexual Abuse Task Force?

17    A    I know we did from -- I know we got stuff from
18 Ronnie Floyd's devices.  I know Jennifer gave us some text
19 messages.  We really took in what people would give us,
20 because we had no subpoena authority.

21         So I know we have text messages here and there.
22 But there is -- other than Ronnie Floyd's devices, because
23 the EC sort of -- they were kind of required, because of
24 the messengers, to give us stuff.  That's the only person
25 that I definitively know we got stuff from, but there were

```
 1      Q     Okay.
 2      A     And the things that made us comfortable putting
 3   that in there.
 4      Q     So what did Dr. Mohler say or do that made you
 5   comfortable with using what he said is corroborating
 6   evidence?
 7      A     Two things.
 8      Q     Okay.
 9      A     One, the quote that was in the article -- both
10   articles, but the second article.  It was misused, because
11   it made it seem like he was corroborating the morally
12   inappropriate relationship.  But it says, "her statement is
13   righteous," or something to that effect.  And I knew from
14   back and forth that he had, both from what Jennifer said --
15      Q     Back and forth --
16      A     What Jennifer sent us, and what we got from, I
17   believe, Sing Oldham, because it was internal -- what
18   internal Baptist Press communications, that Dr. Mohler had
19   read Jennifer's statement.
20            So I knew that he was referring to Jennifer's
21   statement when he said that it was righteous.  So that's
22   part of it.  I knew he talked to Eric Geiger.  I knew he
23   talked to Jennifer.  We talked to Jennifer.  I saw
24   Dr. Mohler's email to Jennifer, where he said, "I believe
25   that you were" -- I can't remember if he said assaulted or
```

1  abused.  But, you know, one of those two things.  Based on
2  whatever -- what David did, which also included reaching
3  out to Mr. Sills and having no response.
4      Q    Who reached to Mr. Sills?
5      A    David Roach.  And not getting a response.  They
6  reviewed the --
7      Q    Who is "they"?
8      A    I'm sorry, the Baptist Press, Jennifer Lyell's
9  phone records, where she said that she tried to call the
10 police at the behest of Dr. Mohler and left a message.  And
11 then the article that David Roach wrote, which said sexual
12 abuse.
13     Q    All right.  Just because he wrote the article
14 that said, sexual abuse, that doesn't prove David Sills
15 sexually abused her, did he?
16          MS. KLEIN:  Object to the form.
17          THE WITNESS:  So you keep saying it proved.  I'm
18 telling you why we felt comfortable putting that in there.
19 Again, so this was -- so this all happened in 2019.  Okay.
20 It was not -- obviously, it was not reported in the Baptist
21 Press in March of 2019.
22          Then Jennifer put out her statement.  This was
23 all widely reported.  Then in October of 2019, the Baptist
24 Press comes out with two sort of close in time apologies,
25 saying that their article was not accurate.  It did not

```
 1             MS. RILEY:  No, Wayback Machine.
 2             MS. KLEIN:  Okay.  That's the website's name?
 3             MS. RILEY:  It should be on that thing.  But,
 4  yes, it's Wayback Machine.  It archives websites.
 5             MS. KLEIN:  Okay.  And you pulled it on July
 6  17th, 2025?  That's what the recording date says.
 7             MS. RILEY:  I think so.  The answer would be
 8  yes, then.  I did this myself on the laptop.
 9             THE WITNESS:  Okay.
10             MR. WHITE:  I'll give you the actual web address
11  for Wayback Machine.  That's the colloquial name.  It's
12  web.archive.org.
13             MS, KLEIN:  Got it.
14             BY MS. RILEY:
15      Q     I want you to tell me if this is an accurate
16  portrayal of what was on Guidepost's website on May 23rd,
17  2022?
18      A     I have no idea.
19      Q     Well, I know.  You'll look at it.
20             MS. RILEY:  T, just go ahead and play it.  Do
21  you see it there -- pause for just a second.  It's got
22  click here.  I don't have my glasses.
23             BY MS. RILEY:
24      Q     Does that say, SBC EC investigation?  Do you
25  recall a tab on your website that looked like that, where
```

1  you could click on, and it would take you to the SBC EC
2  investigation?
3     A    We had something like that, yes.
4     Q    Okay.  All right.  And then you would click --
5  see where she's clicking?
6     A    Yes, we had something like that.  Yes.
7     Q    All right.  And what's that -- the date says,
8  "updated May 22, 2022."
9          MS. RILEY:  Ben, can you move back a little bit,
10 please?  Thank you.
11         BY MS. RILEY:
12    Q    Do you remember your web page looking like this
13 and you could click on it and get to where it says --
14    A    I'm sorry, this is three years ago.  I don't
15 remember what it looked like at that time.
16    Q    Okay.
17    A    I know we had these items like that.  But I
18 don't -- I know we had items that were like this.  I know
19 we had a link to the Task Force website, where the report
20 was.  But I don't -- I can't say this is what it was.  I'm
21 sorry.
22    Q    Okay.  But is there anything that you --
23         MS. RILEY:  T, start from the beginning, and
24 just play it please, again?
25         BY MS. RILEY: