# Exhibit O

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                     NASHVILLE DIVISION

 3
    MICHAEL DAVID SILLS and )
 4  MARY SILLS,             )
                            )
 5     Plaintiffs,          )
                            ) Case No. 3:23-cv-00478
 6  VS.                     ) Judge William L. Campbell, Jr.
                            ) Magistrate Judge
 7  SOUTHERN BAPTIST        ) Jeffery S. Frensley
    CONVENTION, a non-profit)
 8  corporation, et al,     )
                            )
 9     Defendants.          )
    _____X
10

11

12

13

14  _____

15

16      VIDEOTAPED DEPOSITION OF MICHAEL DAVID SILLS

17               TAKEN ON OCTOBER 1-2, 2024

18

19  _____

20

21

22
    Prepared by:
23  Carole K. Briggs, LCR #345
    Briggs & Associates
24  222 Second Avenue, North, Suite 340M
    Nashville, Tennessee  37201
25  Carole@Briggscourtreporting.com
```

```
 1   BY MR. OTCHY:
 2        Q.    Which was what, sir?
 3        A.    Which is when you go to the Guidepost report,
 4   it includes on the Guidepost website the link to this
 5   abuser database as well as the report made available to
 6   the SBC.
 7        Q.    The report is not on Guidepost's website,
 8   correct?
 9              MS. McNULTY:  Objection, misstates testimony,
10   form.
11              THE WITNESS:  I don't know where the report
12   is found, but it's clearly produced by Guidepost.
13   Whether it's housed on Guidepost's website or whether
14   it's housed on the SBC website, it's listed as the
15   Guidepost investigation report.
16   BY MR. OTCHY:
17        Q.    You don't even know where the report is
18   housed; is that what you just testified, sir?
19        A.    I'm testifying that --
20        Q.    What was the testimony?
21              MS. McNULTY:  That's not the testimony.
22              MR. OTCHY:  Can you read back his answer,
23   please.
24              (Record read back as requested.)
25              THE WITNESS:  So if I need to do the work to
```