# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **SOUTHERN BAPTIST CONVENTION, *et al*.,** ) <br> ) <br> **Defendants.** ) | **Case No.: 3:23-cv-00478** <br><br> **Judge William L. Campbell, Jr.** <br> **Magistrate Judge Jeffery S. Frensley** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rules 5.03 and 7.01 and the Agreed Protective Order (Dkt. No. 149), Plaintiffs respectfully submit this Motion for Leave to File Under Seal two exhibits attached to their Memorandum in Support of Motion for Leave of Court to Supplement Expert Reports. The exhibits at issue are:

**Exhibit B** – Partial Expert Report of Dr. Bernard Jansen. Appendix D to Dr. Jansen's Report contains screenshots of documents produced by Jennifer Lyell in this litigation which have been designated as confidential or highly confidential pursuant to the Agreed Protective Order.

**Exhibit H** – Final Expert Report of Dr. Bernard Jansen. Appendix D to Dr. Jansen's Report contains screenshots of documents produced by Jennifer Lyell in this litigation which have been designated as confidential or highly confidential pursuant to the Agreed Protective Order.

Plaintiffs will file redacted versions of Exhibits B and H on the court docket. Plaintiffs will also provide Defendants with all materials filed under seal after filing.

## ARGUMENT

"[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know." *In re Knoxville News-Sentinel Co.*, 723 F.2d 470,

474 (6th Cir. 1983). While the right of public access to judicial records is presumed, it is "not absolute." *United States v. Beckham*, 789 F.2d 401, 410 (6th Cir. 1986). One exception to the "presumption in favor of openness . . . center[s] on the content of the information to be disclosed to the public." *Rudd Equip. Co. v. John Deere Constr. & Forestry Co.*, 834 F.3d 589, 593 (6th Cir. 2016). "In determining the appropriateness of sealing court records under this exception, [courts] consider, among other things, . . . the privacy rights of participants or third parties[.]" *Id.* When this exception applies, "the seal itself must be narrowly tailored to serve that reason." *Id.* at 594. (citation and quotation marks omitted).

Ms. Lyell passed away in June 2025. *See* Dkt. No. 300. Prior to her death, counsel for Ms. Lyell designated her production of documents in this litigation as confidential pursuant to the Agreed Protective Order. Dkt. No. 149. Ms. Lyell's estate has not yet been opened and Plaintiffs are not aware of a representative of Ms. Lyell who can authorize the de-designation of Ms. Lyell's document productions in this litigation at this time. *See* Dkt. No. 350.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to file under seal Exhibits B and H to their Memorandum in Support of Motion for Leave of Court to Supplement Expert Reports

Dated: September 30, 2025        Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628

2

kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

*/s/ Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

Gary E. Brewer (TN BPR#: 000942)
BREWER AND TERRY, P.C.
Attorneys at Law
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
(423) 587-2730

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on September 30, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley

3