# Exhibit B

Practitioner Profile Data

# Practitioner Profile Data

*This information is provided by the licensee as required by law.*
*Print Date.11/15/2024*

While searching for information on a particular health care professional, consumers should be aware that there are several locations available to aid them with their research. (Licensure Verification, Abuse Registry, Monthly Disciplinary Actions, and Recently Suspended Licenses For Failure to Pay Child Support) Links to various Internet sites are available from the Department of Health Website home page and from the Health Related Boards Website.

## SEVERINO, MARY ANNE

| | |
|---|---|
| **PRACTICE ADDRESS:** | MARY ANNE SEVERINO<br>INTEGRATIVE PSYCHOTHERAPY INST<br>Nashville, TN 37203 |
| **LANGUAGES: (Other than English)** | None Reported |
| **SUPERVISING PHYSICIAN:** | None Reported |

### GRADUATE/POSTGRADUATE MEDICAL/PROFESSIONAL EDUCATION AND TRAINING

| PROGRAM/INSTITUTION | CITY STATE/COUNTRY | DATE OF GRADUATION | TYPE OF DEGREE |
|---|---|---|---|
| VANDERBILT UNIV | NASHVILLE TN | 05/01/1988 | BS |
| UNIV OF TN COLL OF SOC WORK | NASHVILLE TN | 12/15/2008 | MA |

### OTHER EDUCATION AND TRAINING

| PROGRAM/INSTITUTION | CITY STATE/COUNTRY | FROM | TO |
|---|---|---|---|
| CUMBERLAND HEIGHTS | NASHVILLE TN | 08/01/2006 | 05/01/2007 |
| SKYLINE HOSPITAL | MADISON TN | 08/01/2007 | 12/01/2008 |

### SPECIALTY BOARD CERTIFICATIONS

| CERTIFYING BODY/BOARD | CERTIFICATION/SPECIALTY |
|---|---|

| INSTITUTION | SUBSPECIALTY |
|---|---|
| TN DEPARTMENT OF SOCIAL WORK | LMSW |

## FACULTY APPOINTMENTS

| TITLE | INSTITUTION | CITY/STATE |
|---|---|---|
| None Reported | None Reported | None Reported |

## STAFF PRIVILEGES

**This practitioner currently holds staff privileges at the following hospitals**

| HOSPITAL | CITY/STATE |
|---|---|
| SKYLINE (MADISON CAMPUS) | MADISON TN |

**This practitioner currently participates in the following *TennCare* plans**

None Reported

## FINAL DISCIPLINARY ACTION

**ACTIONS BY STATE REGULATORY BOARD**

| AGENCY | VIOLATION | ACTION |
|---|---|---|
| None Reported | None Reported | None Reported |

**RESIGNATIONS IN LIEU OF TERMINATION**

| HOSPITAL | ACTION |
|---|---|
| None Reported | None Reported |

**ACTIONS BY HOSPITAL**

| HOSPITAL | VIOLATION | ACTION |
|---|---|---|
| None Reported | None Reported | None Reported |

**CRIMINAL OFFENSES**

| OFFENSE | JURISDICTION |
|---|---|

| None Reported | None Reported |
|---|---|

## LIABILITY CLAIMS

Some studies have shown that there is no significant correlation between malpractice history and a doctor's competence. At the same time, the Legislature believes that consumers should have access to malpractice information. In these profiles, the Department has given you information about both the malpractice history of the physician's specialty and the physician's history of payments. The Legislature has placed payment amounts into three statistical categories: below average, average, and above average. To make the best health care decisions, you should view this information in perspective. You could miss an opportunity for high quality care by selecting a doctor based solely on malpractice history.

When considering malpractice data, please keep in mind:

- Malpractice histories tend to vary by specialty. Some specialties are more likely than others to be the subject of litigation. This report compares doctors only to the members of their specialty, not to all doctors, in order to make individual doctor's history more meaningful.

- The incident causing the malpractice claim may have happened years before a payment is finally made. Sometimes, it takes a long time for a malpractice lawsuit to move through the legal system.

- Some doctors work primarily with high risk patients. These doctors may have malpractice histories that are higher than average because they specialize in cases or patients who are at very high risk for problems.

- Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the provider. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

You may wish to discuss information provided in this report, and malpractice generally, with your doctor. The Department can refer you to other articles on this subject.

The Health Department started getting reports for claims paid after May, 1998.

Settlements valued below $75,000 are not included here.

| DATE | Settlement amount was: |
|---|---|
| None Reported | None Reported |

## OPTIONAL INFORMATION

**COMMUNITY SERVICE / AWARD / HONOR**

| DESCRIPTION | ORGANIZATION |
|---|---|
| None Reported | None Reported |

**PUBLICATIONS**

| TITLE | PUBLICATION | DATE |
|---|---|---|
| None Reported | None Reported | None Reported |

Follow Us On



**STATE OF TENNESSEE**
**DEPARTMENT OF HEALTH**
**DIVISION OF HEALTH LICENSURE AND REGULATION**
**DIVISION OF HEALTH RELATED BOARDS**

**665 Mainstream Dr.**
**Nashville, TN 37243**

**tn.gov/health**

**TENNESSEE BOARD OF SOCIAL WORKERS**
**1-800-778-4123 or (615) 532-5088**

November 15, 2024

TO WHOM IT MAY CONCERN:

This letter serves as primary source verification of licensure in the State of Tennessee. To expedite the verification process, this is the standard format used by the Board of Social Workers. The Board of Social Workers is pleased to furnish the following information from our files:

| | |
|---|---|
| PROFESSION : | Licensed Master Social Worker |
| RANK : | Licensed Master Social Worker |
| NAME : | SEVERINO, MARY ANNE |
| LICENSE NUMBER: | 7806 |
| ISSUE DATE : | 02/19/2009 |
| EXPIRATION DATE : | 05/31/2019 |
| CURRENT STATUS : | Voluntarily Retired |
| STATUS DATE : | 02/16/2018 |
| SPECIAL ENDORSEMENTS : | |

COMMENTS : There is no history of disciplinary action on this license. The State of Tennessee only provides the above information. Any other information needed must be obtained from the licensee.

Sincerely,

Tennessee Board of Social Workers





**STATE OF TENNESSEE
DEPARTMENT OF HEALTH
DIVISION OF HEALTH LICENSURE AND REGULATION
DIVISION OF HEALTH RELATED BOARDS**

**665 Mainstream Dr.
Nashville, TN 37243**

tn.gov/health

**TENNESSEE BOARD OF SOCIAL WORKERS
1-800-778-4123 or (615) 532-5088**

September 30, 2025

TO WHOM IT MAY CONCERN:

This letter serves as primary source verification of licensure in the State of Tennessee. To expedite the verification process, this is the standard format used by the Board of Social Workers. The Board of Social Workers is pleased to furnish the following information from our files:

| | |
|---|---|
| PROFESSION : | Licensed Clinical Social Worker |
| RANK : | Licensed Clinical Social Worker |
| NAME : | SEVERINO, MARY ANNE |
| LICENSE NUMBER: | 5785 |
| ISSUE DATE : | 02/16/2018 |
| EXPIRATION DATE : | 05/31/2027 |
| CURRENT STATUS : | Licensed |
| STATUS DATE : | 02/16/2018 |
| SPECIAL ENDORSEMENTS : | |

COMMENTS : There is no history of disciplinary action on this license. The State of Tennessee only provides the above information. Any other information needed must be obtained from the licensee.

Sincerely,

Tennessee Board of Social Workers

