# Exhibit G



IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY SILLS,

    Plaintiffs,

vs.                     Case No.: 3:23-cv-00478

SOUTHERN BAPTIST CONVENTION, a non-profit

corporation; et al.

    Defendants.

VIDEOTAPED DEPOSITION OF

DR. R. ALBERT MOHLER, JR.

TAKEN ON

TUESDAY, OCTOBER 8, 2024

10:08 A.M.

CARVER HALL CONFERENCE ROOM

2825 LEXINGTON ROAD, 1ST FLOOR

LOUISVILLE, KENTUCKY 40280



1 Guidepost report?
2     A.   To the best of my knowledge, we were not
3 asked about the situation.
4     Q.   If you had been asked, would you have
5 released a photo for use in the --
6     A.   We would not, according to my
7 understanding of policy.
8     Q.   Okay.  Look at number 27 on the bottom and
9 your response, second sentence, "Dr. Mohler does not
10 have first-hand knowledge of what Dr. Sills did to
11 give rise to Lyell's allegations against Dr. Sills."
12 That was your answer in June of this year.  That's
13 your answer as you sit here today, yes?
14     A.   Yeah.  I apologize.  Where do you want me
15 to look?
16     Q.   The bottom of page 11, number 27 --
17     A.   Uh-huh.
18     Q.   -- your response.  Take your time.
19     A.   I have no firsthand knowledge.
20     Q.   Yeah.
21     A.   I never have.
22     Q.   Okay.  Look at page 12, same response
23 number 27.
24     A.   Mm-hmm.
25     Q.   "However, from the moment of her initial

1　report to the seminary and to this day, Lyell has
2　reported that the actions were not consensual."  Do
3　you see that?
4　　　　A.　I'm looking for it.  Where is -- where is
5　--
6　　　　Q.　Top of page 12.
7　　　　A.　Thank you.  Yes.  Yes.
8　　　　Q.　And in actuality, she didn't quite say
9　that in the recorded call; did she?
10　　　　A.　To the best of my recollection, she said
11　that there were, as I remember, both consensual and
12　nonconsensual dimensions.
13　　　　Q.　Yeah.  Setting aside the two calls --
14　　　　A.　Yes.
15　　　　Q.　-- which are the only formal inquiries you
16　made --
17　　　　A.　Right.  Right.
18　　　　Q.　-- did you ever learn from any source
19　whatsoever that Jennifer Lyell had initiated sexual
20　contact with David Sills?
21　　　　A.　I did not.
22　　　　Q.　Am I the first person to tell you that?
23　　　　A.　You are.
24　　　　Q.　Does that surprise you?
25　　　　A.　Everything about this case has surprised

1  me and disappointed me.
2      Q.  Look at number 30.
3      A.  Yes.
4      Q.  Okay.  Just take a brief read of that --
5  of the question and your response, and then let me
6  know when I can ask you a question.
7      A.  You may ask me a question.
8      Q.  Okay.  "Dr. Mohler has no relationship
9  with Lyell."  Do you see that?
10     A.  I see that.
11     Q.  We touched on earlier in your testimony,
12 you have a lot of communications with this woman;
13 don't you?
14     A.  Subsequent to this, yes.  Yes.
15     Q.  Did I understand your testimony correctly
16 that it's been a year or so, approximately a year,
17 since you have last communicated with her?
18     A.  I think so.  I think so.
19     Q.  Did you communicate with her at all over
20 the summer?
21     A.  I don't think so.  This summer, I don't
22 think so.
23     Q.  Mm-hmm.  Have you ever told her to contact
24 your lawyers?
25     A.  I don't recall that either.

1  Q. In the meeting, David Sills never
2  threatened to you, Jennifer Lyell.
3  A. I recall no such threat.
4  Q. In the meeting, David Sills never made a
5  threat to you or the other gentlemen in the room.
6  A. I remember no such threat.
7  Q. In the meeting with David Sills, you never
8  phoned the police.
9  A. I did not.
10 Q. In the meeting with David Sills, you never
11 allowed him to be escorted out and then phoned the
12 police to say, I am worried about him, you should
13 follow him, lest he commit violence.
14 A. I made no such call.
15 Q. In the meeting with David Sills, he
16 requested of you that he be permitted an hour to
17 have lunch with his wife about the content of the
18 meeting; isn't that right?
19 A. I don't remember lunch, but I remember he
20 wanted to confer.
21 Q. Okay.
22 A. Yes.
23 Q. With his wife.
24 A. Yes.
25 Q. Okay. What did you do in response to