# Exhibit H

Appendix B

Guidepost Initial Document Request to SBC 10.11.21 FINAL



October 11, 2021

Greg Addison
Executive Vice President
Southern Baptist Convention
Executive Committee
gaddison@sbc.net
*via email*

Dear Greg,

Pursuant to Guidepost Solutions' ("Guidepost's") engagement to conduct an independent investigation into the Executive Committee and an audit of the procedures and actions of the Credentials Committee, through and under the leadership of the Sexual Abuse Task Force ("Task Force") appointed by the President of the Southern Baptist Convention ("SBC"), please accept this as Guidepost's initial document request in this matter.

In this request, we request production of any/all documents and communications in the Executive Committee's possession, control or custody that were applicable, in effect, prepared, written, generated, sent, dated or received at any time from January 1, 2000, to June 14, 2021 (the "Review Period"):

## Executive Committee

1. Relevant organizational charts for the SBC as it relates to the Executive Committee ("EC"), and the Credentials Committee ("CC") during the period from June 1, 2019, to June 14, 2021.
2. Relevant internal organizational charts for the EC and EC staff, and a list of all past and present EC staff, officers, and members who served during the Review Period. Please provide years served and the title or capacity in which the individual served.
3. Copy of current document retention policy for the EC and CC, as well as all past document retention policies in effect during the Review Period, if different.
4. Minutes of all regular, special meeting, and executive session EC meetings that contain agenda items or discussion of sexual abuse, survivor reports of abuse within



18. All documents, meeting minutes, and communications of EC and EC staff related to the motions regarding sexual abuse made at the Southern Baptist Convention annual meeting referred to the EC.
19. All recordings of EC, CC, or By-Laws Working Group meetings where sexual abuse was discussed.
20. All documents, meeting minutes, and communications of EC and EC staff related to any individual who was identified to the EC or EC staff as a survivor or victim of sexual abuse, including but not limited to:
    a. Christa Brown
    b. Jennifer Lyell
    c. Tiffany Thigpen
    d. Debbie Vasquez
    e. Hannah Kate Williams
    f. Jules Woodsen

## Credentials Committee

21. A list of all CC member names for any/all past and present members who served on the CC, including bios and credentials of all past/present members, for the period January 1, 2019, to June 14, 2021.
22. All documents, meeting minutes, and communications related to the formation, purpose, scope of work of the CC in 2019.
23. Names of all employees/staff/volunteers employed by, reporting to, or serving the CC from January 1, 2019, to June 14, 2021.
24. All documents, meeting minutes or communications related to the selection or appointment process of CC members.
25. All minutes from the CC meetings related to sexual abuse, survivor reports of abuse within SBC entities or churches, allegations of abuse by EC members, mishandling of abuse allegations by EC members, allegations of mistreatment of sexual abuse victims by EC members, reports of intimidation of sexual abuse victims or advocates, or resistance to sexual abuse reform initiatives for the period January 1, 2019, to June 14, 2021.
26. All documents, meeting minutes, or communications regarding the process that the CC followed in accepting and processing submissions of mishandling of sexual abuse by cooperating churches for the period January 1, 2019, to June 14, 2021.



27. All submissions related to sexual abuse received on the CC submission form published on the SBC website for the period January 1, 2019, to June 14, 2021.
28. All communications of CC, EC, and EC staff related to submissions regarding sexual abuse made to the CC for the period January 1, 2019, to June 14, 2021.
29. All research, recommendations, communications, internal investigations, or notes regarding churches reported to the CC for "in cooperation review" if related to the handling of sexual abuse matters for the period January 1, 2019, to June 14, 2021.
30. All communications with individuals who completed the submission form published on the SBC website in regard to an individual church's mishandling of sexual abuse matters for the period January 1, 2019, to June 14, 2021.
31. All communications with or documents provided by SBC churches referenced in a CC submission regarding the church's alleged mishandling of sexual abuse matters for the period January 1, 2019, to June 14, 2021.
32. All communications with any state and/or local Baptist convention regarding submissions and SBC churches named in submitted complaints of mishandling of sexual abuse for the period January 1, 2019, to June 14, 2021.
33. All meeting minutes, memoranda, reports, recommendations, research, and supporting documentation of the CC related to the submissions received through the SBC website submission form as related to the handling of sexual abuse matters for the period January 1, 2019, to June 14, 2021.
34. All communications of CC related to the recommendations and reports pertaining to submissions received through the SBC website submission form as related to the handling of sexual abuse matters for the period January 1, 2019, to June 14, 2021.
35. All documents, meeting minutes, and communications related to the EC determinations on the CC's recommendations for churches not in cooperation based on the handling of sexual abuse matters for the period January 1, 2019, to June 14, 2021.
36. All documents, meeting minutes, and communications of EC or CC regarding the resources provided to survivors on the recovery process and local resources regarding sexual abuse matters for the period January 1, 2019, to June 14, 2021.
37. Any documents, memoranda, or other written communications referencing the use or creation of a central repository or notification system that would contain information regarding the results of any sexual misconduct/abuse investigations for the period January 1, 2019, to June 14, 2021.



### By-Laws Working Group

38. A list of the By-Laws Working Group ("BWG") member names for members who served in 2019.
39. Relevant organizational charts and list of names of employees and staff reporting to the BWG during 2019.
40. All documents, communications, meeting minutes of the BWG regarding the formation, purpose, scope of work related to sexual abuse.
41. Any documents, meeting minutes, and communications of the BWG regarding the process that the BWG follows in making a determination of cooperation regarding the mishandling of sexual abuse by a cooperating church.
42. All documents, meeting minutes, and communications of the BWG related to churches named by President J.D. Greear in his report presented to the EC in February 2019.
43. All communications of the BWG with the churches named by SBC President J.D. Greear.
44. All documentation provided to the BWG by churches in response to the above-described request.
45. All of the BWG communications with state and local Baptist conventions regarding churches named by President J.D. Greear.

### Baptist Press

46. Relevant organizational charts for the Baptist Press ("BP") and a list of all past and present employees and staff who served during the Review Period. Please provide years served and the title or capacity in which the individual served during the Review Period.
47. All communications of Baptist Press staff and EC staff/members regarding survivor Jennifer Lyell, the publication of the March 8, 2019 story that referenced Jennifer Lyell, or relating to allegations of abuse by EC members, mishandling of abuse allegations by EC members, allegations of mistreatment of sexual abuse victims by EC members, reports of intimidation of sexual abuse victims or advocates, or resistance to sexual abuse reform initiatives.
48. All version drafts of the March 8, 2019 article and follow-up articles related to Jennifer Lyell.



49. All communications between BP, EC, and EC staff regarding the follow-up articles related to the March 8, 2019 story.

Respectfully submitted,

*Julie Myers Wood*

Julie Myers Wood

cc: Pastor Rolland Slade
pastor@meridianbaptist.com