IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSE

NASHVILLE DIVISION


MICAHEL DAVID SILLS and MARY SILLS,


       Plaintiffs,


vs.                        3:23-cv-00478

                           Judge William L. Campbell, Jr.

SOUTHERN BAPTIST CONVENTION,

a non-profit corporation; et al,


       Defendants.



DEPOSITION OF ERIN S. BAILEY, CRC, ABVE/D


FRIDAY, AUGUST 8, 2025

10:03 AM



VIA ZOOM



Shawna H. Meeks

Certified Court Reporter

and Notary Public


Meeks Reporting, LLC
(304) 342-4758

(1) opinion, I can certainly amend that as appropriate based
(2) upon that additional information.
(3)     Q.   But I understand and don't disagree, but there
(4) wasn't anything coming from your end saying like I need
(5) this from the EC in order to prepare and finalize this
(6) report?
(7)     A.   That's correct.  I didn't request anything
(8) additional.
(9)     Q.   Have you been -- because the EC deposition in
(10) some filings was portrayed as critical and violative of
(11) due process to not have.  I think we, and I can't speak to
(12) everyone, but I'm going to operate under the assumption
(13) that it was provided the same day.  We got that
(14) deposition, the transcript back on July 23rd.  As we sit
(15) here today, it's April 8.  Have you been provided a copy
(16) of that transcript yet?
(17)     A.   From who?
(18)     Q.   The 30(b) of the executive committee.  Have you
(19) been provided a copy of that transcript yet?
(20)     A.   I have not.
(21)     Q.   And assuming everyone got it on July 23rd, that's
(22) been over two weeks ago.  Do you agree with that?  I
(23) assume you do.  Time is time.
(24)     A.   Yeah.  I mean I don't -- I don't have it so I --

(1) that's all I can say.

(2)    Q.   Okay.  That's the only questions I have.

(3)            R E - E X A M I N A T I O N

(4)   BY MR. KLEIN:

(5)    Q.   I have one last question.  I'm so sorry, Ms.

(6) Bailey.  One last question.  The very last paragraph of

(7) your report, you say I reserve the right to append or add

(8) to my opinions upon review of additional evidence.  My

(9) current analysis and opinions will be revised and/or

(10) supplemented after receiving testimony from, and you list

(11) some people; Guidepost, executive committee, and the

(12) Southern Baptist Convention.  Is it your current intention

(13) to supplement your expert report based on what you know as

(14) you sit here today?

(15)    A.   I don't know because I don't know what that

(16) information is going to tell me, so --

(17)    Q.   So you can't know until you get -- it sounds like

(18) you want testimony from Guidepost, the executive

(19) committee, and the Southern Baptist Convention.  So based

(20) on your review of those pieces of testimony, you'll then

(21) be in a position to decide whether or not you need to

(22) supplement your report?

(23)    A.   Yeah.  It's my understanding, like I said, that

(24) there are depositions that had not been completed at the

Erin Bailey                    8/20/25                           174

REPORTER'S CERTIFICATE

STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:

    I, Shawna Hyde Meeks, Notary Public within and for the State of West Virginia, duly commissioned and qualified, do hereby certify that the foregoing deposition of ERIN S. BAILEY, CRC, ABVE/D was duly taken by and before me, under the West Virginia Rules of Civil Procedure, at the time and place and for the purpose specified in the caption thereof; the witness having been duly sworn by me to testify the whole truth and nothing but the truth concerning the matter in controversy.

    I do certify that the said deposition was correctly taken by me by means of stenomask and speech recognition; which is reduced to written form under my direction and supervision, and that this is, to the best of my knowledge and belief, a true and correct transcript of

the testimony given by said witness, and meets the requirements set forth within article 27, chapter 47 of the West Virginia Code.

175

Erin Bailey                    8/20/25

    I further certify that I am not connected by

blood or marriage with any of the parties to this action,

am not a relative or employee or attorney or counsel of any

of the parties, nor am I a relative or employee of such

attorney or counsel, or financially interested in the

action, or interested, directly or indirectly, in the

matter in controversy.

    Given under my hand this 20th day of August, 2025.

    My commission expires March 15, 2030.

    _____
    Shawna Hyde Meeks, CCR
       Notary Public

    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
  Quoted material in this transcript is verbatim
    And may/may not reflect a direct quote.