IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSE

NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY SILLS,

    Plaintiffs,

vs.     3:23-cv-00478

    Judge William L. Campbell, Jr.

SOUTHERN BAPTIST CONVENTION,

a non-profit corporation; et al,

    Defendants.

DEPOSITION OF DR. BERNARD J. JANSEN

FRIDAY, AUGUST 15, 2025

10:05 AM

VIA ZOOM

Shawna H. Meeks

Certified Court Reporter

and Notary Public

(1) BY MS. CALLAS:

(2) Q. I am asking him to look at Exhibit 4, which are

(3) the reliance materials, and agree or disagree that there

(4) is no deposition transcript identified on Exhibit 4.

(5) A. Okay. Could you scroll up, please? Okay. Wait.

(6) Okay. Scroll up please. Okay. Yes. I didn't see a

(7) deposition transcript. And that was reliance with my

(8) memory, I don't recall looking at a deposition transcript

(9) when I was preparing this report.

(10) BY MS. CALLAS:

(11) Q. And you -- you have mentioned that since

(12) preparing the report dated June 13th, that you have now

(13) reviewed the transcript of the Guidepost's -- I assume it

(14) was their 30(b)6 deposition; is that right?

(15) A. I reviewed a deposition transcript I recall from

(16) Guidepost. I don't know the number that you just

(17) mentioned. It means nothing to me and I can't remember

(18) the person's name.

(19) Q. Upon reviewing that transcript, did it lead you

(20) to change or alter any of the opinions you've set forth in

(21) your June 13th, 2025 report?

(22) A. I was not asked to review the transcript in that

(23) regard and it didn't change any of my opinions in this

(24) report.

(1)           **MS. RILEY: Sure.**

(2)           **MS. CALLAS: Let's make it a quarter after**

(3) **the hour.**

(4)           **MS. RILEY: Is there capability to put us in**

(5) **a break out room for Dr. Jansen and me?**

(6)           **VIDEOGRAPHER: This concludes Part 1. The**

(7) **time is 11:06 a.m.**

(8)           **(WHEREUPON, A BRIEF RECESS WAS TAKEN.)**

(9)           **VIDEOGRAPHER: This is the beginning of Part**

(10) **2. The time is 11:16 a.m.**

(11)   **BY MS. CALLAS:**

(12)   Q. Okay. Dr. Jansen let's mark as Exhibit 5 to your

(13) deposition Appendix D to your report. This is the

(14) collection of the 35 defamatory statements.

(15)           **(WHEREUPON, DEPOSITION EXHIBIT 5 WAS**

(16)           **MARKED FOR IDENTIFICATION AND IS ATTACHED**

(17)           **HERETO)**

(18)   BY MS. CALLAS:

(19)   Q. And I'm going to ask you, first of all, you're

(20) familiar with Exhibit 5, right?

(21)   **A. Yes. I am.**

(22)   Q. And do you know who created or prepared this

(23) document, Exhibit 5?

(24)   **A. Yes.**

(1) Q. Who?

(2) **A. Me.**

(3) Q. I'm sorry?

(4) **A. Me. Dr. Jansen.**

(5) Q. And tell me how that process occurred.

(6) **A. Well, I was provided a list of defaming**

(7) **statements and in preparing this appendix, I put the**

(8) **title, the link, and a snapshot of the documents provided**

(9) **to me and put them in this Word table, and then created**

(10) **this pdf.**

(11) Q. So what raw material were you provided by counsel

(12) to help you create this Exhibit 5? A list of links or

(13) what?

(14) **A. I think they were mainly pdf's of documents that**

(15) **are screenshots that contain the defaming statements.**

(16) Q. So let's look at page 1 of Exhibit 5. It shows

(17) an image with the title a statement from Baptist Press.

(18) Do you see that?

(19) **A. Yes.**

(20) Q. Now can you tell looking at this whether this is

(21) something that you found or was it provided to you, the

(22) image of the article?

(23) **A. The article was provided to me. I did the**

(24) **screenshot that put it in this particular table because**

## Refereed Conference Proceedings

Jung, S. G., Salminen, J. and **Jansen, B. J.** (2022) Engineers, Aware! Commercial Tools Disagree on Social Media Sentiment. ACM SIGCHI Symposium on Engineering Interactive Computing Systems (EICS22), 21-24 June. Sophia Antipolis, France. Article 153.

Salminen, J., Guan, K., Jung, S. G., and **Jansen, B. J.** (2022) Use Cases for Design Personas: A Systematic Review and New Frontiers. 2022 ACM Conference on Human Factors in Computing Systems (CHI'22). 30 April – 6 May. New Orleans, USA. Article 543.

Jung, S. G., Salminen, J. and **Jansen, B. J.** (2022) Developing Persona Analytics Towards Persona Science. 27th Annual Conference on Intelligent User Interfaces. 22-25 March. Helsinki, Finland. p. 323-344.

**Paper Award** — Pirilä, T., Salminen, J., Osburg, V.S., Yoganathan, Y. and **Jansen, B. J.** (2022) The Role of Technical and Process Quality of Chatbots: A Case Study from the Insurance Industry. 55th Annual Hawaii International Conference on System Sciences (HICSS 2022), 4-7 June. Koloa, Hawaii, United States.

Salminen, J., Salenius, T., and **Jansen. B. J.** (2021) SiloSolver: Algorithm for Aggregating Siloed Customer Segments in Facebook Ads Campaigns. The International Conference on Intelligent Data Science Technologies and Applications (IDSTA2021), 15-17 November. Tartu, Estonia.

**Jansen, B. J.**, Jung, S. G., Ramirez Robillos, D., and Salminen, J. (2021) Next Likely Behavior: Predicting Individual Actions from Aggregate User Behaviors. The International Conference on Intelligent Data Science Technologies and Applications (IDSTA2021), 15-17 November. Tartu, Estonia.

**Paper Award** — Salminen, J., Milenkovic, M., Şengün, S., Jung, S. G., and **Jansen, B. J.** (2021) Weaponizing Words: An Analysis of User-Generated Fake News Accusations Against an Online News Organization. The 8th International Conference on Behavioural and Social Computing 2021 (BESC2021), Doha, Qatar. 29-31 October. pp. 1-7, doi: 10.1109/BESC53957.2021.9635436.

Salminen, J., Linarez, M. J., Jung, S. G., and **Jansen, B. J.** (2021) Online Hate Detection Systems: Challenges and Action Points for Developers, Data Scientists, and Researchers. The 8th International Conference on Behavioural and Social Computing 2021 (BESC2021), Doha, Qatar. 29-31 October. pp. 1-7, doi: 10.1109/BESC53957.2021.9635377.

**Jansen, B. J.**, Jung, S. G., and Salminen, J. (2021) The Effect of Hyperparameter Selection on the Personification of Customer Population Data. The International Conference on Electrical, Computer, Communications and Mechatronics Engineering (ICECCME2021). 7-8 October. Mauritius.

Salminen, J., Jung, S. G., and **Jansen, B. J** (2021) Manual and Automatic Methods for User Needs Detection in Requirements Engineering: Key Concepts and Challenges. The International Conference on Electrical, Computer, Communications and Mechatronics Engineering (ICECCME2021). 7-8 October. Mauritius, p. 1-7.

## Refereed Conference Proceedings

Nielsen, L., Salminen, J., Jung, S. G., and **Jansen, B. J.** (2021) Think-Aloud Surveys - A Method for Eliciting Enhanced Insights During User Studies, INTERACT 2021 18th IFIP TC13 International Conference on Human–Computer Interaction. 30 Aug. - 3 Sept. Bari, Italy.

Salminen, J., Chhirang, K., Jung, S. G., and **Jansen, B. J.** (2021) Helping Professionals Select Persona Interview Questions Using Natural Language Processing, INTERACT 2021 18th IFIP TC13 International Conference on Human–Computer Interaction. 30 Aug. - 3 Sept. Bari, Italy.

Salminen, J., Chhirang, K., Jung, S. G., and **Jansen, B. J.** (2021) Helping Professionals Select Persona Interview Questions Using Natural Language Processing, INTERACT 2021 18th IFIP TC13 International Conference on Human–Computer Interaction. 30 Aug. - 3 Sept. Bari, Italy.

Salminen, J., Corporan, J., Jung, S. G., and **Jansen, B. J.** (2021) Taking Back Control of Social Media Feeds with Take Back Control. International Conference on INnovations in Intelligent SysTems and Applications 2021 (INISTA2021), Kocaeli, Turkey. 25-27 August.

Salminen J., Jung S., and **Jansen B. J.** (2021) Suggestions for Online User Studies. In: Stephanidis C. et al. (eds) HCI International 2021 - Late Breaking Papers: Design and User Experience. HCII 2021. Lecture Notes in Computer Science, vol. 13094. pp 127-146. https://doi.org/10.1007/978-3-030-90238-4_11

Salminen, J., Jung, S. G., and **Jansen, B. J.** (2021) Algorithmic Detection of Online Hate: Challenges and Action Points for Developers, Data Scientists, and Researchers. The Fourteenth International Conference on Advances in Computer-Human Interactions (ACHI2021), 18-22 July 2021, Nice, France.

Salminen, J., Sercan, S., Jung, S. G., and **Jansen, B. J.** (2021) Comparing Persona Analytics and Social Media Analytics for a User-Centric Task Using Eye-Tracking and Think-Aloud. CHItaly2021, 11-13 July 2021, Bozen-Bolzano, Italy.

Salminen, J., Kamel, A., Jung, S. G., and **Jansen, B. J.** (2021) The Problem of Majority Voting in Crowdsourcing with Binary Classes. The 19th European Conference on Computer-Supported Cooperative Work, 7-11 June, 2021 Remote via Internet & Zurich, Switzerland.

Salminen, J., Jung, S. G., and **Jansen, B. J.** (2021) Demo: Implementing Eye-Tracking for Persona Analytics, ACM Symposium on Eye Tracking Research & Applications (ETRA2021) 25-29 May, Virtual Event.

Salminen, J., Jung, S. G., Santos, J., Kamel, A. M., and **Jansen, B. J.** (2021) Picturing It!: The Effect of Image Styles on User Perceptions of Personas. ACM CHI Conference on Human Factors in Computing Systems (CHI2021), Yokohama, Japan. 8-13 May. Article No.: 430.

Jung, S. G., Salminen, J., and **Jansen, B. J.** (2021) Persona Analytics: Implementing Mouse-tracking for an Interactive Persona System. ACM CHI Conference on Human Factors in Computing Systems (CHI2021), Yokohama, Japan. 8-13 May. Article No.: 342.

## Refereed Conference Proceedings

Jung, S., An, J., Kwak, H., Salminen, J., and **Jansen, B. J.** (2017) Inferring social media users' demographics from profile pictures: A Face++ analysis on Twitter users, International Conference on Electronic Business (ICEB 2017), Dubai, UAE. p. 140-145. 4-8 December.

Nielsen, L., Jung, S. G., An, J., Salminen, J., Kwak, H., and **Jansen, B. J.**, (2017) Who are your users?: comparing media professionals' preconception of users to data-driven personas. In Proceedings of the 29th Australian Conference on Computer-Human Interaction (OZCHI '17), 28 Nov.-1 Dec., Brisbane, Australia, p. 602-606.

**Jansen, B. J.**, An, J., Kwak, H., Salminen, J., and Jung, SG. (2017) Viewed by Too Many or Viewed Too Little: Using Information Dissemination for Audience Segmentation. Association for Information Science and Technology Annual Meeting 2017 (ASIST2017). Washington, DC. p. 189-196. 27 Oct-1 November.

Salminen, J., Şengün, S., Kwak, H., and **Jansen, B. J.**, An, J., Jung, S. G., Vieweg, S., and Harrell, F. (2017) Generating Cultural Personas from Social Data: A Perspective of Middle Eastern Users. The Fourth International Symposium on Social Networks Analysis, Management and Security (SNAMS-2017). Prague, Czech Republic, 21-23 August.

Jung, S., An, J., Kwak, H. Ahmad, M., Nielsen, L., and **Jansen, B. J.** (2017) Persona Generation from Aggregated Social Media Data. ACM Conference on Human Factors in Computing Systems 2017 (CHI2017) Extended Abstracts. Denver, CO., p. 1748-1755. 6-11 May.

An, J., Kwak, H., and **Jansen, B. J.** (2017) *Automatic Generation of Personas Using YouTube Social Media Data*. Proceedings of the 50th International Conference on System Sciences (HICSS-50). Waikoloa, Hawaii. p. 833-842. 4-7 January.

Gao, Y., Reddy, M., and **Jansen, B. J.** (2017) *ShopWithMe!: Collaborative Information Searching and Shopping for Online Retail*. Proceedings of the 50th Hawaii International Conference on System Sciences (HICSS-50). p. 505-514. Waikoloa, Hawaii. p. 833-842. 4-7 January.

Rabab'ah, A., Al-Ayyoub, M., Shehab, M.A., Jararweh, Y. and **Jansen, B. J.** (2016) *Using the Panama Papers to Explore the Financial Networks of the Middle East*. The 11th International Conference for Internet Technology and Secured Transactions (ICITST-2016). Barcelona, Spain. 5-7 Dec.

Whitman, A. and **Jansen, B. J.** (2016) *Commercial Consequences of Amazon's Community Forums: The Case of the Kindle*. The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. Agadir, Morocco. 29 November - 2 December.

An, J., Kwak, H. and **Jansen, B. J.** (2016) *Validating Social Media Data for Automatic Persona Generation*. The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. Agadir, Morocco. 29 November - 2 December.

(1) Q. Do you have any evidence that Guidepost had any

(2) articles with defaming statements about the Sills,

(3) plaintiffs?

(4) **A. They had the Guidepost report posted on their**

(5) **website.**

(6) Q. Did you go to Guidepost's website?

(7) **A. The -- I saw the particular website -- the**

(8) **Guidepost report and the -- there are some statements**

(9) **currently and then on the web arch -- the internet archive**

(10) **way back machine that particular screenshot is there.**

(11) Q. Where is that screenshot?

(12) **A. The webpage is posted on the way back machine**

(13) **where it is -- where the report is posted on the Guidepost**

(14) **website.**

(15) Q. And did you view that evidence yourself that the

(16) report was posted on Guidepost website?

(17) **A. I did view it myself, yes.**

(18) Q. And did you look at the URL?

(19) **A. Yes. I did.**

(20) Q. And what did the URL say, Mr. Jansen?

(21) **A. The URL -- can't say the whole URL. Is there a**

(22) **particular aspect of the URL you're interested in?**

(23) Q. Whatever you remember from the URL.

(24) **A. Yeah. The -- from the Guidepost website on their**

```
                                                              166
Dr. Bernard Jansen         8/15/25


                      REPORTER'S CERTIFICATE


STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:


        I, Shawna Hyde Meeks, Notary Public within and for

the State of West Virginia, duly commissioned and qualified,

do hereby certify that the foregoing deposition of DR.

BERNARD J. JANSEN was duly taken by and before me, under the

West Virginia Rules of Civil Procedure, at the time and place

and for the purpose specified in the caption thereof; the

witness having been duly sworn by me to testify the whole

truth and nothing but the truth concerning the matter in

controversy.


         I do certify that the said deposition was correctly

taken by me by means of stenomask and speech recognition;

which is reduced to written form under my direction and

supervision, and that this is, to the best of my knowledge

and belief, a true and correct transcript of the testimony

given by said witness, and meets the requirements set forth
within article 27, chapter 47 of the West Virginia Code.

          I further certify that I am not connected by blood
```

167

Dr. Bernard Jansen        8/15/25

or marriage with any of the parties to this action, am not a

relative or employee or attorney or counsel of any of the

parties, nor am I a relative or employee of such attorney or

counsel, or financially interested in the action, or

interested, directly or indirectly, in the matter in

controversy.

Given under my hand this 26th day of August, 2025.

My commission expires March 15, 2030.

_____
Shawna Hyde Meeks, CCR
Notary Public

**********************

Quoted material in this transcript is verbatim
And may/may not reflect a direct quote.