I have read the foregoing transcript, pages 6 through 163, inclusive, which contains a correct transcript of answers made by me to the questions therein recorded, or as amended in the attached list of corrections.

10/10/2025                       *Bernard James Jansen*
_____               _____
     Date                              DR. BERNARD J. JANSEN

STATE OF _____Florida_____,

COUNTY OF _____Broward_____, to wit:

    Sworn to before me this __10th__ day of ____October____, 2025.

    My commission expires ____09/05/2026_____.



                                           _____
                                           Notary Public

Notarized remotely online using communication technology via Proof.

**MEEKS REPORTING , LLC**                                       **(304) 342-4758**
**Post Office Box 1852**
**Charleston, West Virginia  25327**
Case 3:23-cv-00478     Document 399-3     Filed 10/14/25     Page 1 of 2 PageID #: 12894

**E R R A T A   S H E E T**

The following changes and/or corrections are suggested for the deposition of DR. BERNARD J. JANSEN taken on FRIDAY, AUGUST 15, 2025.

| Page No. | Line No. | Correction | Reason |
|---|---|---|---|
| 29 | 24 | Add: It supported my opinions and supplemented them as outlined in my supplemental report. | Clarification |
| 51 | 16 | note to not | Typo |
| 139 | 24 | These were ones that I 'for the most part' located in carrying | Clarification |