THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) ) CASE NO. 3:23-cv-00478 |
| v. | ) ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

## NOTICE OF FILING

The undersigned counsel hereby gives notice that these exhibits were filed with Executive Committee of the Southern Baptist Convention and Rolland Slade's Response in Opposition to Plaintiffs' Motion for Leave of Court to Supplement Expert Reports [Doc.399]. Those exhibits are described as follows:

    Exhibit A:    Excerpts of Bailey Deposition

    Exhibit B:    Excerpts of Jansen Deposition

    Exhibit C:    Jansen Errata Sheet

    EXECUTIVE COMMITTEE OF THE
    SOUTHERN BAPTIST CONVENTION
    AND ROLLAND SLADE

    By Counsel

    */s/ Gretchen M. Callas*
    Thomas J. Hurney, Jr. (WVSB #1833)
    (pro hac vice)

1

Gretchen M. Callas (WVSB #7136)
(pro hac vice)
Jonathan L. Anderson (WVSB #9628)
(pro hac vice)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia  25322
Telephone:  304-340-1000
Fax:  304-340-1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com


Brigid M. Carpenter (BPR #018134)
Ryan P. Loofbourrow (BPR #033414)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
bcarpenter@bakerdonelson.com
rloofbourrow@bakerdonelson.com
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone:  (615) 726-7341
Fax:  (615) 744-7341

***Attorneys for Executive Committee of the
Southern Baptist Convention and Rolland Slade***

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, the foregoing *Notice of Filing* has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com
*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com
*Attorneys for The Southern Baptist*
*Theological Seminary and Dr. R. Albert Mohler*

Alan S. Bean
Starnes, Davis, Florie LLP
3000 Meridian Blvd., Suite 350
Franklin, Tennessee 37067
Abean@starneslaw.com
***Attorneys for Willie McLaurin***

Matthew C. Pietsch
Gordon Rees Scully Mansukhani,
4031 Aspen Grove Drive
Suite 290
Franklin, Tennessee 37067
mpietsch@grm.com
***Attorneys for Southern Baptist Convention,
Dr. Ed Litton and Bart Barber***

Steven G. Mintz
Scott Klein
Alex Otchy
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mintz@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com
***Guidepost Solutions, LLC***

/s/ Gretchen M. Callas