IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and ) <br> MARY SILLS, ) <br> ) <br> Plaintiffs, ) <br> )         Case No. 3:23-cv-00478 <br> v. )         Jury Demand <br> ) <br> SOUTHERN BAPTIST CONVENTION, et al., ) <br> ) <br> Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 6.01, Plaintiffs, by and through their undersigned counsel, respectfully move for a ten (10) day extension to submit their response to the Motions for Summary Judgement, from October 23, 2025, to November 3, 2025. For good cause, the Plaintiffs would show the Court the following:

1. On September 19, 2025, Defendants filed the following:

   - the ECSBC's Motion for Summary Judgment with Respect to Plaintiff David Sills (Dkt. Nos. 355-356) and ECSBC's Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 357);

   - the Southern Baptist Theological Seminary and R. Albert Mohler, Jr.'s Motion for Summary Judgment (Dkt. Nos. 359-360); and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 361);

   - Rolland Slade and Willie McLaurin's Motion for Summary Judgment with Respect to Plaintiffs David and Mary Sills (Dkt. Nos. 364-365) and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 366);

   - Guidepost's Motion for Summary Judgment Dkt. No. 369-370) and their Statement of Material Facts not in Dispute (Dkt. No. 371);

1

- Southern Baptist Convention's Motion for Summary Judgment (Dkt. Nos. 233- 378) and its Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 379);

- Dr. Ed Litton's Motion for Summary Judgment (Dkt. Nos. 380-381); and

- Dr. Bart Barber's Motion for Summary Judgment (Dkt. Nos. 382-383).

2. Plaintiffs' responses to the seven (7) Motions for Summary Judgment are due on October 23, 2025.

3. One of Plaintiffs' lead counsel, Sterling Aldridge, recently suffered the death of her father on October 8, 2025, and has been required to attend to funeral arrangements and family matters, materially impairing her ability to participate in responding to the motions by the current deadline despite diligent efforts.

4. This request is made in good faith and not for purposes of delay. Plaintiffs' counsel have been working diligently on their responses and only seek a short additional period to finalize briefing.

5. Pursuant to Local Rule 7.01(a)(1), Plaintiffs have conferred with counsel for Defendants who advised they do not oppose the requested extension. This extension would put the completed briefing within 80 days of trial. No party will be prejudiced by the requested extension, and the short extension will not affect other case deadlines.

6. Good cause exists under Federal Rule of Civil Procedure 6(b)(1)(A) for the requested extension due to counsel's family emergency.

7. For these reasons, Plaintiffs respectfully request a ten (10) day extension of time to file their responses to the seven (7) Motions for Summary Judgment from October 23, 2025 to November 3, 2025.

Dated: October 13, 2025. Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th
Floor Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on October 13, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley