ORDER: The motion (Doc. No. 407) is GRANTED.

*William L. Campbell, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, et al., <br><br> Defendants. | Case No. 3:23-cv-00478 <br> Jury Demand |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS TO EXCLUDE

Pursuant to Local Rule 6.01, Plaintiffs, by and through their undersigned counsel, respectfully move for an extension to submit their responses to 1) The Executive Committee of the Southern Baptist Convention and Rolland Slade's (collectively, the "ECSBC") Motion to Exclude Plaintiffs' Vocational Expert, Erin Bailey (Dkt. No. 385); and 2) The Executive Committee of the Southern Baptist Convention and Rolland Slade's Motion to Exclude Plaintiffs' Reputation Repair Expert, Robert Fisher (Dkt. No. 402) (collectively, the "Motions to Exclude"). For good cause, the Plaintiffs would show the Court the following:

1. On September 19, 2025, Defendants filed the following:

   - the ECSBC's Motion for Summary Judgment with Respect to Plaintiff David Sills (Dkt. Nos. 355-356) and ECSBC's Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 357);

   - the Southern Baptist Theological Seminary and R. Albert Mohler, Jr.'s Motion for Summary Judgment (Dkt. Nos. 359-360); and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 361);

   - Rolland Slade and Willie McLaurin's Motion for Summary Judgment with

1

- Respect to Plaintiffs David and Mary Sills (Dkt. Nos. 364-365) and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 366);

- Guidepost's Motion for Summary Judgment Dkt. No. 369-370) and their Statement of Material Facts not in Dispute (Dkt. No. 371);

- Southern Baptist Convention's Motion for Summary Judgment (Dkt. Nos. 233- 378) and its Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 379);

- Dr. Ed Litton's Motion for Summary Judgment (Dkt. Nos. 380-381); and

- Dr. Bart Barber's Motion for Summary Judgment (Dkt. Nos. 382-383).

2. On September 24, 2025, the ECSBC filed its Motion to Exclude Expert Bailey.

3. Plaintiffs' response to the Motion to Exclude would have been due October 8, 2025, but on September 26, 2025, Plaintiffs filed their Unopposed Motion for an Extension (Dkt. No. 388) requesting an extension to November 3, 2025.

4. Plaintiffs' responses to the seven (7) Motions for Summary Judgment are currently also due on November 3, 2025.

5. On October 15, 2025, the ECSBC filed its Motion to Exclude Expert Fisher. Plaintiffs' response is currently due on October 29, 2025.

6. More recently, due to the number of pending motions, overlapping deadlines, and the numerous issues requiring response and rebuttal, Plaintiffs' counsel moved for an unopposed adjustment to the briefing schedule which was granted. Dkt. Nos. 397, 401. Through clerical inadvertence, the Motion to Exclude Expert Bailey was not addressed. Thereafter the Motion to Exclude Expert Fisher was filed. Dkt. No. 402.

7. Plaintiffs respectfully request additional time to file their response to the Motion to Exclude Expert Bailey to November 13, 2025, and their response to the Motion to Exclude Expert Fisher to November 13, 2025.

8. Pursuant to Local Rule 7.01(a)(1), Plaintiffs have conferred with counsel for the ECSBC who advised they do not oppose the requested extension as long as Defendants' deadlines are correspondingly adjusted.

9. These requests are made in good faith and not for purposes of delay. No party will be prejudiced by the requested scheduling modification and it will not affect other case deadlines.

10. For these reasons, Plaintiffs respectfully request an unopposed extension of time to file 1) their response to Defendants' Motion to Exclude Expert Bailey from November 3, 2025 to November 13, 2025; 2) their Response to Defendants' Motion to Exclude Expert Fisher from October 29, 2025 to November 13, 2025; and Defendants replies to the Motions to Exclude from November 20, 2025 to December 3, 2025.

Dated: October 22, 2025.					Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

/s/ *Shannon M. McNulty*
Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th
Floor Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on October 22, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley