THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 3:23-cv-00478 ) ) JUDGE WILLIAM L. CAMPBELL, JR. ) Magistrate Judge Chip Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

### UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Local Rules 6.01 and 7.01(a)(2), Defendant Guidepost Solutions LLC ("Guidepost") respectfully moves the Court for a 10-day extension of time for Defendants to file their respective replies in support of summary judgment, currently due **November 11, 2025**. The requested 10-day extension is commensurate with the extension sought and received by Plaintiffs extending their response deadline from **October 23, 2025** to **November 3, 2025**. (Doc. Nos. 397, 401.) The parties have conferred regarding the requested extensions, and Guidepost is authorized to represent that Plaintiffs have no opposition to this Motion. In support of this Motion, Guidepost states as follows:

1. On October 13, 2025, Plaintiffs filed an Unopposed Motion for Extension of Time to File Responses to Motions for Summary Judgment due to the death of a family member of one of Plaintiffs' lead counsel. (Doc. No. 397.) In discussing the matter with Plaintiffs prior to filing the motion, the parties agreed to mutual 10-day extensions for filing responses and replies from the current deadlines which were **October 23, 2025** (responses) and **November 11, 2025** (replies). (Doc. No. 332.)

2. The Court granted Plaintiffs' Unopposed Motion, extending their response date to **November 3, 2025**. (Doc. No. 401.) Neither the Motion nor the Order specifically addressed the commensurate extension for Defendants' replies, other than to note that the requested extensions would result in the Defendants' replies being due within 80 days of trial, with no other deadlines being effected. (Doc. No. 397 at 2, ¶ 5.) The commensurate 10-day extension from the current **November 11, 2025** deadline for filing replies is **November 21, 2025**.

3. Guidepost respectfully requests entry of an Order extending Defendants' reply deadline from **November 11, 2025** to **November 21, 2025**.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
Adam Brody (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com
brody@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com
ksr@cliffordlaw.com

*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Byron Leet
Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Ronald G. Harris
Philip N. Elbert
Mariam N. Stockton
Satchel Fowler
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
rharris@nealharwell.com
pelbert@nealharwell.com
mstockton@nealharwell.com
sfowler@nealharwell.com

*Attorneys for Jennifer Lyell*

Gino Marchetti, Jr.
Taylor, Pigue & Marchettie & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com

Matthew C. Pietsch
Gordon Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Dr. Bart Barber*

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdoneslon.com
rloofbourrow@bakerdonelson.com

| | |
|---|---|
| Alan S. Bean<br>K. Nicole Poole<br>Starnes Davis Florie, LLP<br>3000 Meridian Blvd.<br>Ste. 350<br>Franklin, TN 37067-6673<br>abean@starneslaw.com<br>npoole@starneslaw.com<br><br>*Attorney for Willie McLaurin* | Thomas J. Hurney, Jr.<br>Jonathan L. Anderson<br>Gretchen M. Callas<br>Jackson Kelly PLLC<br>500 Lee Street East, Suite 1600<br>P.O. Box 553<br>Charleston, WV 25322<br>thurney@jacksonkelly.com<br>jlanderson@jacksonkelly.com<br>gcallas@jacksonkelly.com<br><br>*Attorneys for Executive Committee of Southern Baptist Conventions and Rolland Slade* |

on this 30th day of October, 2025.

                 s/John R. Jacobson