ORDER: The motion (Doc. No. 409) is GRANTED.

*/s/ William L. Campbell, Jr.*

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DAVID SILLS** and **MARY SILLS**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **CASE NO. 3:23-cv-00478** ) ) **JUDGE WILLIAM L. CAMPBELL, JR.** ) **Magistrate Judge Chip Frensley** |
| **SOUTHERN BAPTIST CONVENTION**, *et al.* | ) ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Local Rules 6.01 and 7.01(a)(2), Defendant Guidepost Solutions LLC ("Guidepost") respectfully moves the Court for a 10-day extension of time for Defendants to file their respective replies in support of summary judgment, currently due **November 11, 2025**. The requested 10-day extension is commensurate with the extension sought and received by Plaintiffs extending their response deadline from **October 23, 2025** to **November 3, 2025**. (Doc. Nos. 397, 401.) The parties have conferred regarding the requested extensions, and Guidepost is authorized to represent that Plaintiffs have no opposition to this Motion. In support of this Motion, Guidepost states as follows:

1. On October 13, 2025, Plaintiffs filed an Unopposed Motion for Extension of Time to File Responses to Motions for Summary Judgment due to the death of a family member of one of Plaintiffs' lead counsel. (Doc. No. 397.) In discussing the matter with Plaintiffs prior to filing the motion, the parties agreed to mutual 10-day extensions for filing responses and replies from the current deadlines which were **October 23, 2025** (responses) and **November 11, 2025** (replies). (Doc. No. 332.)

2. The Court granted Plaintiffs' Unopposed Motion, extending their response date to **November 3, 2025**. (Doc. No. 401.) Neither the Motion nor the Order specifically addressed the commensurate extension for Defendants' replies, other than to note that the requested extensions would result in the Defendants' replies being due within 80 days of trial, with no other deadlines being effected. (Doc. No. 397 at 2, ¶ 5.) The commensurate 10-day extension from the current **November 11, 2025** deadline for filing replies is **November 21, 2025**.

3. Guidepost respectfully requests entry of an Order extending Defendants' reply deadline from **November 11, 2025** to **November 21, 2025**.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
Adam Brody (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com
brody@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*