# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) ) Plaintiffs, ) ) v. ) ) SOUTHERN BAPTIST CONVENTION, ) a non-profit corporation; et al., ) ) Defendants. ) | Case No. 3:23-cv-00478 Judge William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley JURY TRIAL DEMANDED |

## NOTICE OF FILING

The undersigned counsel hereby gives notice that the below listed exhibits will be filed with Plaintiffs' Responses to the following Motions for Summary Judgment and Statements of Fact:

1. the Executive Committee for the Southern Baptist Convention's ("EC") Motion for Summary Judgment with Respect to Plaintiff David Sills (Dkt. Nos. 355-356) and EC's Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 357);

2. the Southern Baptist Theological Seminary ("Seminary") and R. Albert Mohler, Jr.'s ("Mohler") Motion for Summary Judgment (Dkt. Nos. 359-360); and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 361);

3. Rolland Slade ("Slade") and Willie McLaurin's ("McLaurin") Motion for Summary Judgment with Respect to Plaintiffs David and Mary Sills (Dkt. Nos. 364-365) and their Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 366);

4. Guidepost Solutions LLC's ("Guidepost") Motion for Summary Judgment (Dkt. No. 369-370) and its Statement of Material Facts not in Dispute (Dkt. No. 371);

5. Southern Baptist Convention's ("SBC") Motion for Summary Judgment (Dkt. Nos. 233- 378) and its Statement of Undisputed Facts in Support of Motion for Summary Judgment (Dkt. No. 379);

6. Dr. Ed Litton's ("Litton") Motion for Summary Judgment (Dkt. Nos. 380-381); and

7. Dr. Bart Barber's ("Barber") Motion for Summary Judgment (Dkt. Nos. 382-383).

The exhibits are described as follows:

1

| | |
|---|---|
| Exhibit 1: | Excerpts from the Deposition of Paul M. Akin (Seminary 30(b)(6) witness) ("Seminary (Akin) 30(b)(6) Dep."). |
| Exhibit 2: | Excerpts from the Deposition of Jonathan ("Jon") Austin (Seminary 30(b)(6) witness) ("Seminary (Austin) 30(b)(6) Dep."). |
| Exhibit 3: | Seminary (Austin) 30(b)(6) Dep. Exhibit 16, Spring of 2022 Notes Provided to EC Insurance Company Attorney, GPSILLS_010128-173. |
| Exhibit 4: | [SEAL] Seminary (Austin) 30(b)(6) Dep. Exhibit 21, Email Exchange 30(b)Between R. Albert Mohler and Jennifer Lyell (Feb. 2, 2022), LYELL_00023691. |
| Exhibit 5: | Excerpts from the Deposition of Erin Bailey ("Bailey Dep."). |
| Exhibit 6: | Excerpts from the Deposition of Christopher "Bart" Barber ("Barber Dep."). |
| Exhibit 7: | [SEAL] Barber Dep. Exhibit 10, Bart Barber ([@bartbarber]), X (formerly Twitter) (July 7, 2022), LYELL_00348617, LYELL_00349031, LYELL_00349570, LYELL_00348748, LYELL_00348466 ("Barber Tweets"). |
| Exhibit 8: | [SEAL] Barber Dep. Exhibit 11, Bart Barber ([@bartbarber]), X (formerly Twitter) (July 11, 2022), LYELL_00349506, LYELL_00176350, LYELL_00176297, LYELL_00349449. |
| Exhibit 9: | [SEAL] Barber Dep. Exhibit 13, Jennifer Lyell (@jenlyell]), X (formerly Twitter), LYELL__00176244. |
| Exhibit 10: | Excerpts from the Deposition of Bill Cook ("Cook Dep."). |
| Exhibit 11: | Excerpts from the Deposition of Elizabeth Dixon ("Dixon Dep."). |
| Exhibit 12: | Excerpts from the Deposition of Nathan Finn ("SBC 30(b)(6) Dep."). |
| Exhibit 13: | SBC 30(b)(6) Dep. Exhibit 4, *Annual of the 2021 Southern Baptist Convention*, 163rd Session, SBC Annual Meeting (June 15-16, 2021). |
| Exhibit 14: | Excerpts from the Deposition of Robert "Bob" Fisher ("Fisher Dep."). |
| Exhibit 15: | Excerpts from the Deposition of Eric Geiger ("Geiger Dep."). |
| Exhibit 16: | [SEAL] Geiger Dep. Ex. 13, Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357583-9. |
| Exhibit 17: | [SEAL] Geiger Dep. Ex. 14, Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357669-72. |
| Exhibit 18: | [SEAL] Excerpts from the Deposition of Jonathan Howe (EC 30(b)(6) witness) ("EC 30(b)(6) Dep."). |

Exhibit 19: EC 30(b)(6) Dep. Exhibit 3, *Annual of the 2023 Southern Baptist Convention*, 165th Session, SBC Annual Meeting (June 13-14, 2023).

Exhibit 20: EC 30(b)(6) Dep. Exhibit 14, Notes provided on an analysis of Jennifer Lyell's Case, GPSILLS_007954-955.

Exhibit 21: [SEAL] EC 30(b)(6) Dep. Exhibit 23, Text Exchange Between Jennifer Lyell, Mohler and Adam Greenway, LYELL_00348701.

Exhibit 22: Excerpts from the Deposition of Douglas Leff ("Leff Dep.").

Exhibit 23: Excerpts from the Deposition of Ed Litton ("Litton Dep.").

Exhibit 24: Excerpts from the Deposition of Laura Erlanson ("Erlanson Dep.").

Exhibit 25: Erlanson Dep. Exhibit 2, Email from Shawn Hendricks to L. Erlanson, David Roach and Sing Oldham (March 7, 2019), EC_0002462.

Exhibit 26: [SEAL] Excerpts from the Deposition of Jennifer Lyell (Apr. 9, 2025) ("Lyell Dep., Day 1").

Exhibit 27: [SEAL] Excerpts from the Deposition of Jennifer Lyell (Apr. 10, 2025) ("Lyell Dep., Day 2").

Exhibit 28: [SEAL] Lyell Dep. Exhibit 69, Edits to the Report, LYELL_00189205-9.

Exhibit 29: [SEAL] Lyell Dep. Exhibit 70, GS SBC Draft Report Factual Review Priority Requests, LYELL_00178082-8.

Exhibit 30: Excerpts from the Deposition of Amy McDougal ("McDougal Dep.").

Exhibit 31: Excerpts from the Deposition of Willie McLaurin ("McLaurin Dep.").

Exhibit 32: [SEAL] McLaurin Dep. Exhibit 15, Guidepost Invoices paid by EC, GPSILLS_004736-7.

Exhibit 33: [SEAL] Excerpts from the Deposition of Albert Mohler ("Mohler Dep.").

Exhibit 34: [SEAL] Mohler Dep. Exhibit 7, Twitter Post by Carolyn McCulley, (July 7, 2022), LYELL_00348400.

Exhibit 35: [SEAL] Mohler Dep. Exhibit 21, Jon Austin, Memorandum re: Meeting with Dr. Mohler, President of Southern Seminary (May 21, 2018), SBTS007433.

Exhibit 36: Excerpts from the Deposition of Mary Sills ("M. Sills Dep.").

Exhibit 37: Excerpts from the Deposition of David Roach ("Roach Dep.").

Exhibit 38: Roach Dep. Exhibit 10, Jennifer Lyell, *My Story of Sexual Abuse in the SBC*, EC_003663-64.

| | |
|---|---|
| Exhibit 39: | Roach Dep. Exhibit 20, Email Exchange Between Shawn Hendricks, David Roach and Jim Guenther (March 8, 2019), GPSILLS_002601-03. |
| Exhibit 40: | Excerpts from the Deposition of David Sills ("Sills Dep."). |
| Exhibit 41: | Sills Dep. Exhibit 3, Complaint, *Sills v. Southern Baptist Convention,* No. CV-2022-___(Ala. Cir. Ct. Mobile Cnty. Nov. 21, 2022). ("AL Compl.") |
| Exhibit 42: | AL Proofs of service |
| Exhibit 43: | Excerpts from the Deposition of Rolland Slade ("Slade Dep."). |
| Exhibit 44: | Slade Dep. Exhibit 3, Rolland Slade's Feb. 22, 2022 Apology Statement. ("Feb. 2022 Apology"). |
| Exhibit 45: | Slade Dep. Exhibit 10, Willie McLaurin and Rolland Slade, *A Statement on the Release of a List of Alleged Abusers*, SBC (May 26, 2022) ("May 2022 Statement"). |
| Exhibit 46: | Slade Dep. Exhibit 11, List of Alleged Abusers (the "List"). |
| Exhibit 47: | [SEAL] Excerpts from the Depositions of Krista Tongring (Guidepost 30(b)(6) Witness) ("Guidepost 30(b)(6) Dep."). |
| Exhibit 48: | Guidepost 30(b)(6) Dep. Exhibit 6, Mary Phillips Sills, Facebook Post, GPSILLS_001248. |
| Exhibit 49: | Guidepost 30(b)(6) Dep. Exhibit 20, Second Interview of David Roach (March 26, 2020), GPSILLS_014269-71. |
| Exhibit 50: | Guidepost 30(b)(6) Dep. Exhibit 22, Email from Laura Erlanson to self (April 8, 2022), EC_0011793; GPSILLS_000501 |
| Exhibit 51: | Guidepost 30(b)(6) Dep. Exhibit 23, Interview of Laura Erlanson (Jan. 10, 2022), GPSILLS_014823-29. |
| Exhibit 52: | Guidepost 30(b)(6) Dep. Exhibit 24, Notes of Krista Tongring, GPSILLS_018902. |
| Exhibit 53: | [SEAL] Guidepost 30(b)(6) Dep. Exhibit 26, Text String Between Krista Tongring and Jennifer Lyell (Sept. 21, 2021), LYELL_00345136-67. |
| Exhibit 54: | [SEAL] Guidepost 30(b)(6) Dep. Exhibit 30, Email Exchange Between Jennifer Lyell, Julie Myers Wood, Krista Tongring, and Cindy Steele (March 18, 2022), LYELL_00077644-46. |
| Exhibit 55: | Guidepost 30(b)(6) Dep. Exhibits 33 and 35 Combined Screenshots of Website. |
| Exhibit 56: | Guidepost 30(b)(6) Dep. Exhibit 41, compilation of text messages involving Julie Wood. |

Exhibit 57: [SEAL] Guidepost 30(b)(6) Dep. Exhibit 46, Edits and Corrections to The Report by the Task Force and Rachael Denhollander, LYELL_00193078-84; GPSILLS_026580-3; GPSILLS_009716-19; GPSILLS_007953-55.

Exhibit 58: [SEAL] Guidepost 30(b)(6) Dep. Exhibit 49, A. Scott Derrick, Letter to Michael L. Russell re: Jennifer Lyell v. The Executive Committee of the Southern Baptist Convention (Apr. 30, 2020), SBC_EC_GJPLaw_00001465-87.

Exhibit 59: Guidepost 30(b)(6) Dep. Exhibit 50, Jaime Jordan, Letter to Dr. Ed Upton Re: BP – Lyell Article (Oct. 13, 2019), GPSILLS_002326-32.

Exhibit 60: Deposition of Julie Myers Wood, Dkt. No. 219-10 in *Hunt v. SBC*; Case No. 3:23-cv-00243.

Exhibit 61: [SEAL] Settlement Agreement (Feb. 22, 2022), EC_0012449-54. ("Feb. 2022 Settlement Agreement").

Exhibit 62: [SEAL] Settlement Agreement (May 12, 2020), EC_0003129-31. ("May 2020 Settlement").

Exhibit 63: [SEAL] EC Trustees Approve Statement in Support of Abuse Survivors, Guidepost Report, Slade Draft, EC_0012032.

Exhibit 64: R. Downen, et al., *SBC Leaders Call for Sweeping Changes to Prevent Sexual Abuse*, HOUSTON CHRONICLE (June 12, 2019), EC_0001602-8.

Exhibit 65: Text Exchange Between Julie Wood and an Unknown Person re: Rachael's "massive edits," GPSILLS_018922.

Exhibit 66: Rachael Denhollander Tweets (June 16, 2021), GPSILLS_002938-41.

Exhibit 67: Guidepost's Sing Oldham Interview Template (Mar. 25, 2022), GPSILLS_003370-84.

Exhibit 68: Guidepost's Interview Template (Nov. 30, 2021), GPSILLS_000126-9.

Exhibit 69: Guidepost's Sing Oldham Interview (Mar. 25, 2022), GPSILLS_001353-72.

Exhibit 70: Guidepost's Laura Erlanson Interview (Jan. 10, 2022), GPSILLS_000781-88.

Exhibit 71: [SEAL] Jennifer Lyell's Mediation Statement with ECSBC (Apr. 24, 2020), GPSILLS_014838-48. ("April 2020 Mediation Statement").

Exhibit 72: Email Exchange Between Julie Myers Wood and Christina Bischoff (May 14, 2022), GPSILLS_015428-30.

Exhibit 73: Comments from Guidepost's Interviewees, Laura Erlanson and Christy Peters, GPSILLS_030938.

Exhibit 74: BP Staff, A Statement from Baptist Press, Baptist Press (Oct. 15, 2019), GPSILLS_002789-2790.

Exhibit 75: [SEAL] Guidepost's Interview of George Schroeder (Oct. 22, 2021 & Dec. 8, 2021), GPSILLS_013523-37.

Exhibit 76: [SEAL] Guidepost's Interview of Jon Wilke (Jan. 10, 2022), GPSILLS_014863-68.

Exhibit 77: Guidepost's Interview of Jonathan Howe (Jan. 12, 2022), GPSILLS_014902-15.

Exhibit 78: [SEAL] Guidepost's Interview of Diana Chandler (Jan. 10, 2022), GPSILLS_013736-40.

Exhibit 79: [SEAL] Email Exchange Between Albert Mohler and Jennifer Lyell (Mar. 4, 2019), GPSILLS_017909-11.

Exhibit 80: [SEAL] Jennifer Lyell Demand Letter to the EC/SBC (Jan. 10, 2020), GPSILLS_000203-214 ("Lyell Demand Letter").

Exhibit 81: [SEAL] Jennifer Lyell, *Statement from Jennifer Lyell regarding The Daily Wire's Publication on June 14, 2022*, GPSILLS_008715-7.

Exhibit 82: Guidepost's Interview of Jamie Jordan and Jim Geunther (May 9, 2022), GPSILLS_000857-98.

Exhibit 83: Guidepost's Interview of Ed Upton (Oct. 21, 2021), GPSILLS_001185-90.

Exhibit 84: [SEAL] Guidepost's Interview of Art Toalston (Feb. 22, 2022), GPSILLS_001519-28.

Exhibit 85: Guidepost's Interview of David Roach (Feb. 17, 2022), GPSILLS_001479-91.

Exhibit 86: [SEAL] Email from Augie Boto to William Townes (March 9, 2012), GPSILLS_007952.

Exhibit 87: Guidepost Investigation Overview, GPSILLS_017394-403.

Exhibit 88: Email Exchange Between Jennifer Lyell, Craig Featherstone, Kevin Rudd, and David Humphrey (March 14, 2018), LIFE097448-50.

Exhibit 89: [SEAL] Email from Rachael Denhollander to Republic Bank (cc'ing Lyell) re: May 2020 Settlement, LYELL_00012354

Exhibit 90: [SEAL] Resume of Jennifer Lyell, LYELL_00123413-15 ("Lyell Resume").

Exhibit 91: [SEAL] Email Exchange Between Jennifer Lyell, Gene Besen and Scarlett Nokes (Feb. 19, 2022), LYELL_00043695.

Exhibit 92: [SEAL] Email from Diana Chandler to Jennifer Lyell (May 25, 2022), LYELL_00027914-15.

Exhibit 93: [SEAL] Email Exchange Between Diana Chandler, Jennifer Lyell and Jonathan Howe (May 25, 2022), LYELL_00051691-4.

Exhibit 94: [SEAL] Email from Jules Woodson to Christa Brown, Jennifer Lyell, Megan Lively, Tiffany Thigpen, and David Pittman (June 5, 2022), LYELL_00033547.

Exhibit 95: [SEAL] Email from Jules Woodson to Jennifer Lyell and Tiffany Thigpen (June 5, 2022), LYELL_00021411.

Exhibit 96: [SEAL] Email from Jennifer Lyell to Albert Mohler, Scarlett Nokes, and Gene Besen (Sept. 21, 2022), LYELL_00128024.

Exhibit 97: [SEAL] Task Force, *Update from the Task Force of the SBC*, LYELL_00350688-92.

Exhibit 98: [SEAL] Email from Jennifer Lyell to David Sills (Feb. 3, 2007), LYELL_00049087.

Exhibit 99: [SEAL] Email from Jennifer Lyell to Julie Myers Wood (March 4, 2022), LYELL_00101993-94.

Exhibit 100: [SEAL] Text Message Exchange Between Gene Besen and Jennifer Lyell (July 8, 2022), Lyell_00345098-99.

Exhibit 101: [SEAL] Email from Rachael Denhollander to Jennifer Lyell (Jan. 27, 2022), LYELL_00359939.

Exhibit 102: [SEAL] Combined communications between Lyell and Sills, LYELL_00039937; LYELL_00039325; LYELL_00041117; LYELL_00048577; LYELL_00048522; LYELL_00091672; LYELL_00097262; LYELL_00121544.

Exhibit 103: Defendant Jennifer Lyell's Responses to Plaintiffs' First Set of Interrogatories (June 21, 2024) ("Lyell Rogg. Responses").

Exhibit 104: [SEAL] Email Exchanges Between Jennifer Lyell to David Sills (September 25, 2008), LYELL_00098548-50.

Exhibit 105: [SEAL] Text Message Exchange Between Jennifer Lyell and Liz Lockwood (Feb. 13, 2020), Lyell_00356812-15.

Exhibit 106: [SEAL] Albert Mohler tweets from July 8, 2022 and October 15, 2019, LYELL_00176021.

Exhibit 107: [SEAL] Email From Brotherhood Mutual to Jennifer Lyell (Jan. 20, 2022), LYELL_00006303.

7

Exhibit 108: [SEAL] Confidential Settlement Agreement and Release of Claims (October 15, 2019), LYELL_00178061-3. ("Oct. 2019 Settlement Agreement").

Exhibit 109: [SEAL] Recommendation for Admission to the Southern Baptist Theological, SBTS000512-513.

Exhibit 110: [SEAL] Jennifer Lyell's Academic File from Seminary, SBTS000495-594.

Exhibit 111: [SEAL] Letter from David L. Pucket, Associate Vice President for Doctoral Studies, The Southern Baptist Theological Seminary to Jennifer Lyell (Dec. 19, 2008), SBTS000528.

Exhibit 112: [SEAL] Memorandum From The Southern Baptist Theological Seminary's Executive Assistant to the President, Jonathan B. Austin (May 21, 2018), SBTS000634-769.

Exhibit 113: [SEAL] Seminary Files SBTS000612-631.

Exhibit 114: [SEAL] Invoice from The Southern Baptist Theological Seminary's Payment to Lyell for $100,000 (October 17, 2019), SBTS000678.

Exhibit 115: [SEAL] Message from Adam Greenway (March 18, 2021), SBTS005844.

Exhibit 116: [SEAL] Message from Caleb Shaw to Paul Akin (November 23,2022), SBTS005845.

Exhibit 117: [SEAL] Message from Craig Parker (November 10, 2021), SBTS005855.

Exhibit 118: [SEAL] Message from Colby Adams (October 16, 2020), SBTS005860.

Exhibit 119: [SEAL] Text Message Exchange Between O.S. Hawkins and Albert Mohler (October 27, 2019), SBTS005891-92.

Exhibit 120: [SEAL] Text Message Exchanges Between Dennis Burk and Albert Mohler (July 9,2021), SBTS005904-5.

Exhibit 121: [SEAL] Text Message Exchanges Between Colby Adams and Albert Mohler (March 6, 2019), SBTS005919.

Exhibit 122: Email Exchange Between Megan Basham and David Sills (Jul. 8, 2022), Sills_076692.

Exhibit 123: Email from Thomas Ascol to David Sills (May 30, 2022), Sills_076590-91.

Exhibit 124: Email from David Sills to Thomas Ascol and Megan Basham (May 30, 2022), Sills_076592-94.

Exhibit 125: Text String Between David Sills and Rick Dunbar (May 24, 2018), Sills_099294-5.

Exhibit 126: Text String Between David Sills and Christopher Sills (May 24, 2018), Sills_099299.

Exhibit 127: Text String Between David Sills and Greg Hooper, (Nov. 6, 2018) Sills_101023-24.

Exhibit 128: [SEAL] Medical Records of Mary Sills (May 8, 2023), Sills_110911-2.

Exhibit 129: Email Exchange between Daniel Patterson and Mary Sills (Jan. 28, 2019), Sills_090301.

Exhibit 130: *Hunt v. Southern Baptist Convention, et al.*, No. 3:23-cv-00243, Defendants' Joint Response to Plaintiff Johnny M. Hunt's Statement of Additional Disputed Facts Pursuant to Local Rule 56.01(c)(3) [Dkt. No. 278] ("*Hunt* SOF").

Exhibit 131: Ltr. From D. Barrett to Seminary, et al. (Nov. 15, 2022). ("Retraction")

Exhibit 132: Statement from R. Albert Mohler Jr. on Sovereign Grace Churches.

Exhibit 133: [SEAL] Email exchange between Scarlett Nokes and Jennifer Lyell, Aug. 30, 2022), Lyell_00026823-24.

Exhibit 134: [SEAL] Email exchange between Jennifer Lyell and Scarlett Nokes, Feb. 15, 2022), Lyell_00090002.

Exhibit 135: [SEAL] Text String between Jennifer Lyell and Thom Rainer (May 3, 2022), Lyell_00345101-04.

Exhibit 136: Defendant Ed Litton's Responses to Plaintiffs' Amended First Set of Interrogatories (June 27, 2024).

Exhibit 137: [SEAL] Geiger Dep. Ex. 12, Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357707-08.

Exhibit 138: [SEAL] Text String Between Eric Geiger and Jennifer Lyell, LYELL_00344973-75.

Exhibit 139: [SEAL] Email from Jennifer Lyell to Executive Committee Members (Sept. 18, 2021), LITTON_000001-11.

Exhibit 140: [SEAL] Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357498-500.

Exhibit 141: [SEAL] Text String Between Eric Geiger and Jennifer Lyell, LYELL_00348908.

Exhibit 142: [SEAL] Bullet Point Notes and Observations, GPSILLS_009620-5

Exhibit 143: [SEAL] ERLC Panel at SBC in Birmingham Meeting Transcript, EC_0001235-54.

9

Exhibit 144: [SEAL] Guidepost 30(b)(6) Dep. Exhibit 54, Email from Jim Guenther to William Townes, Ed Upton and Jaime Jordan (March 19, 2020), GPSILLS_023895.

Exhibit 145: [SEAL] Email Exchange Between Floyd, Jonathan Howe, Ed Upton, and Amy Whitfield (Oct. 16, 2019), GPSILLS_002269-72.

Dated: November 3, 2025.  Respectfully submitted,

/s/ Katherine B. Riley
Katherine Barrett Riley (TN Bar #
Sterling Aldridge (admitted *pro hac vice*)
John W. ("Don") Barrett (admitted *pro hac vice*)
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com
dbarrett@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3600
Chicago, Illinois 60602
smm@cliffordlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on November 3, 2025, I served the above and foregoing Amended Notice of Deposition via electronic mail to all counsel of record.

/s/ Katherine B. Riley
Katherine B. Riley