# Exhibit 1



IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY SILLS,

    Plaintiffs,

v.                    Case No. 3:23-cv-00478

SOUTHERN BAPTIST CONVENTION, et al.

    Defendants.

30(B)(6) VIDEOTAPED DEPOSITION OF

PAUL M. AKIN

TAKEN ON

THURSDAY, JANUARY 16, 2025

10:16 A.M.

THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY

2825 LEXINGTON ROAD

LOUISVILLE, KENTUCKY 40280



1    Q.  That -- I need -- can you answer that yes
2  or no?  Because remember you're -- you're testifying
3  on behalf of Seminary.
4    A.  Yeah.  I mean, it's -- it's a little bit
5  difficult in that if this is everything, then yes.
6    Q.  How would I find out if it was everything?
7       MR. LEET:  It is everything.  It -- it's
8  all the records we had of a -- of transcripts of Ms.
9  Lyell.
10 BY MS. RILEY:
11   Q.  So you have no reason to think that there
12 may be additional classes that were -- Ms. Lyell
13 took that aren't on that?
14   A.  Correct.  Yes.
15   Q.  You may say correct.
16   A.  Okay.  Okay.  Just want to make sure.
17   Q.  And that document is a business record of
18 Seminary that's kept in the regular course of the --
19   A.  Yes.
20   Q.  -- business.  All right.  You can put that
21 down for now.  We may come back to it.  When Ms.
22 Lyell enrolled, did she enroll as an undergrad or
23 was she enrolling in the master's program?
24   A.  Master's.
25   Q.  Was she ever an undergraduate student at

1  Seminary?

2       A.  Not to my knowledge.

3       Q.  So I need -- is that a yes or a no?

4       A.  No.

5       Q.  Did she complete the master's program here

6  at Seminary?

7       A.  Yes.

8       Q.  When did she finish?

9       A.  Spring 2005.

10      Q.  After she received her master's, did she

11 apply for a doctorate?

12      A.  Yes.

13      Q.  And what was the doctorate in?

14      A.  Christian missions.  Yes.  Christian

15 missions.

16      Q.  Did she complete her doctorate?

17      A.  No.

18      Q.  Do you know how many classes she lacked?

19      A.  I only see one class listed here.

20      Q.  For --

21      A.  Doctorate.

22      Q.  Okay.  And which class is that?

23      A.  Christian Missions Colloquium.

24      Q.  Who taught that class?

25      A.  I do not know.  Does not say on the sheet.