# Exhibit 3

Notes Provided to
the EC Insurance
Company Attorney in
Spring of 2020

CONFIDENTIAL

GPSILLS_010128

## General Observations

- Pastoral Compassion for Hurting Person Does Not Preclude Due Diligence to Corroborate Story
- Ms. Lyell's Underlying Motivation
- What Is The Media's Role — Affirm a Victim? Or Present the Facts?
- Distinguish Between "Believing" and "Corroborating Openly"
- Ms. Lyell's February 2020 Admission

## THE SETTING — The Cultural Moment

- SBC Seminary President Paige Patterson's Ignominious Dismissal in 2018 for Failure to Report a Rape Allegation and Subsequent Alleged Mishandling of the Accusations
- On February 10, 2019, *Houston Chronicle* Released the First Two of a Multiple-Part Series on "Sex Abuse in the SBC" — All Based on Reported Stories of Law Enforcement Involvement with Arrests, Indictments, Judicial Review, Plea Bargains and/or Imprisonment
- The HC Story Was Picked Up Nationally, with Hundreds, if not Thousands, of News Articles in Major Newspapers and Small Town Newspapers Alike
- Later That Week, February 15, 2019, SBC Seminary Presidents Al Mohler and Danny Akin Apologized Publically for Their Longstanding Support of Pastor and Friend C. J. Mahaney Who Had Been the Object of Allegations for Covering Up Sexual Abuse in His Ministry for More Than a Decade
- On February 18, 2019, SBC President J. D. Greear, Addressing the SBC Executive Committee, Named Ten Churches from the *Houston Chronicle* Series That He Believed Needed to Be Reviewed By The Executive Committee's Bylaws Workgroup
- On February 22–23, 2019, The SBCEC Bylaws Workgroup Deliberated for Multiple Hours on President Greear's List and Provided *Baptist Press* a Press Release for Publication on Saturday, February 23, 2019.
- The SBCEC Bylaws Workgroup Came Under Immediate Withering Attacks through Social Media and Mainstream Media, Resulting in (a) February 28 EC Officers Conference Call and (b) March 1 Resignation of the Workgroup Chairman When These Criticisms Devolved into Personal Attacks REL: His Character/Fitness to Chair the Workgroup
- So, when Baptist Press Received Ms. Lyell's Statement on March 5, 2019, the Decision Was Made to Run a News Story Relative to the Allegations It Raised about a Professor Named in a BP Story the Previous Year

CONFIDENTIAL

GPSILLS_010129

## PART ONE — March 2019

- Ms. Lyell's Comments to Send to BP; But If Not, to RNS/WP/HC
- Compassion for Ms. Lyell Doesn't Negate Journalistic Rigor
- Poor Counsel Set False Expectations for Ms. Lyell
- Who Allegedly Ruined Her Life? Sills? or Multitude of Counselors? or Both?
- Law of Unintended Consequences — Caught in Her Own Snare of Wanting to Public Embarrass Sills through the Media?
- The "Hinge" Observations — (a) Mohler's Role Given the Cultural Moment; and (b) No Criminal Charges Were Filed Despite No Statute
- Internal EC Legal Counsel — Alleging Sexual Abuse Is a Criminal Complaint
- Initial Draft and Editorial Steps
  - David
  - Laura
  - Shawn
  - David 2
  - RSO
  - All with DAB Voice in My/Our Ear
- Legal Counsel and Input at Successive Steps
  - Augie — Verbal Counsel: "Sex Abuse Is a Crime"; No Crime Is Corroborated
  - Jamie — Concern About First Person and Defamation
  - Jim — Concern About Defamation; Suggestion to Add "She said" in Lede
- Story Posts at 1:51 on March 8
- Newsletter Pushed at 4:02 on March 8
- Ms. Lyell Responded at 4:11 with Request to Link to Her Posted Story
- Hendricks Seeks Counsel
- Counsel Advised Against Link over "Defamation" Concerns
- Social Media Comments Overnight Friday and Saturday
- RSO Received Text Message RE: Facebook on Saturday Afternoon
- RSO Contacts Shawn Hendricks
- Facebook Thread Removed

CONFIDENTIAL

GPSILLS_010130

## PART TWO — July 2019

- Summer Decisions and Compassionate Angst for Wounded Person
- Acting Under Orders
- Interview with Amy Whitfield
- Amy Whitfield's Longstanding Involvement with Ms. Lyell and RSO's Suspicion Confidence Was Violated
- Interview with Ms. Lyell
- Discussions about Story Removal Protocol
- Moving Goalpost — Take the Story Down, No Leave It Up as Follows . . .
- Caught Between Countervailing Forces
  - I Stand By My Story — Shawn Hendricks
  - Please Resolve This ASAP — Ronnie Floyd
  - Personal Pastoral Concern vis-à-vis Lack of Corroborations — RSO
  - Editorial Control Demanded — Ms. Lyell
  - Mitigate Exposure — Augie Boto and the Attorneys
- Heavy Involvement by Legal Team
- Google Analytics
- Editorial Decision to Remove Story
- Ms. Lyell's Reaction
- Follow-Up Note with Offer to Repost

## INTERLUDE — August 2019 Briefing

- Briefing of the Lyell Story with Jonathan on August 15, 2019
- RSO Report to Ronnie Floyd
- Augie Boto Additional Comments to Ronnie Floyd

CONFIDENTIAL

## PART THREE — October 2019

- October Surprise
- Late Night Conversation — Ed, Amy, Jonathan, Lyell
- Ed's Phone Call Demand, late morning, October 5, 2019
- Jonathan's Same Day Tweet, 2:45 pm, October 5, 2019
- Ed's Assertion that Ms. Lyell Was Raped, October 7, 2019
- Ed's Declaration — Rather BP Be Sued Than Ms. Lyell Commit Suicide, October 7, 2019
- Central Question — Who Are the Only Two People Who Spoke with Both Ms. Lyell and Dr. Sills, and What Did They Do with the Information They Had?
- Phone Call with Ronnie Floyd, October 13, 2019
- Follow-Up BP Story, October 15, 2019
- Minimal Input on Corrections
- Inaccurate BP Story, Allegedly Assisted by Same Attorney Who Was Central in Initial Story
- Decision to Leave Toxic Environment

CONFIDENTIAL

GPSILLS_010132

## SUBSEQUENT Observations

- Ms. Lyell Had a Previous Relationship with Amy Whitfield; Mrs. Whitfield Was Intimately Involved in Ms. Lyell's Case and Had a Preconceived Bias That the BP Story Caused Ms. Lyell Harm
- Jonathan Howe also Had a Previous Relationship with Ms. Lyell, One He Downplayed in the August 15 Briefing with Upton, Boto, and Oldham
- Jonathan Howe and Amy Whitfield Have a Longstanding Relationship As Former Colleagues at LifeWay and a Five-Year Relationship as Hosts of the Podcast SBC This Week
- These Two, Along with Ed Upton, Who Has Forged a Deep Friendship with Howe, Met with Ms. Lyell Late into the Evening on October 4, 2019, Following the Denunciation of Baptist Press, Ronnie Floyd, Sing Oldham, and Shawn Hendricks at the Caring Well Conference
- The Following Day, Howe Posted an Ill-Advised and Inaccurate Tweet about the March 8, 2019, Baptist Press Story
- The Following Monday, in a Meeting Attended by Floyd, Howe, Upton, and Oldham, It Became Apparent That Upton Had Persuaded Floyd That Ms. Lyell Had Been Raped and That She Was Close to Suicide over the March 8 BP Story
- Oldham Raised the Fundamental Question: Other Than SBC President Al Mohler and School of Evangelism Dean Adam Greenway, Who Else Heard Both Sides of the Allegations Ms. Lyell Made? What Did the SBC Seminary President and His Dean Do with the Information They Received from Ms. Lyell? Answer: They Allowed Him Quietly to Resign for Personnel Reasons and Seek Future Employment. Given the Cultural Moment Re: Another Seminary President and Mohler's Own Apology for Not Taking Sexual Abuse Allegations More Seriously; and Given that Mohler Had Previously Led a Group of Church Leaders to Confront His Own Pastor over Sexual Misconduct in a Very Public case in the 1990s; Does This Seem Congruent if Ms. Lyell Had Alleged Rape to Mohler?
- Upton Subsequently Informed Oldham, in the Presence of Others, of the Following:
  - Greenway Confirmed That The Story continued to Evolve and "The Goalposts Keep Moving"
  - An Eyewitness to the Initial 2004 Alleged Sexual Encounter on the Mission Trip Reported It to Pastor Bill Cook at Ninth and O Baptist Church in Louisville, Who Subsequently reported It To Russell Moore, Dr. Sills' Supervisor at the Time
  - What Did Moore Do with the Information? I Do Not Know

CONFIDENTIAL

GPSILLS_010133

## SUMMARY OBSERVATION

On October 5, 2019, Jonathan Howe, newly-appointed vice president for communications, with no previous training in journalism and who had a previous relationship with Ms. Jennifer Lyell both personally and through Amy Whitfield, his recently hired associate vice president for communications, and following a late-night meeting with Ms. Lyell and a sexual abuse advocate, posted a tweet on the Baptist Press twitter that gave an overly broad refutation to a Baptist Press article which had initially posed on March 8, 2019. Once posted, it could not be walked back without losing face.

Ten days later, on October 15, 2019, Howe posted a follow-up Baptist Press release that reiterated some of the same content, although in a slightly moderated form; but alleged in three separate sentences that the March 8 news story was "inaccurate."

The news story was not inaccurate in what it affirmed and reported, although it did not adequately take the position Ms. Lyell wanted it to take — that she was a twelve-year innocent victim of continued sexual abuse at the hands of her then and later former professor; but it did report her allegations of being in a position of vulnerability (student/professor; mission trip participant/mission trip leader; "groomed" for sexual misconduct; believed by her supervisors at LifeWay when she reported her alleged abuse; affirmed by her counselors, etc.). The news story also included the two points she insisted must be in the news story.

In my opinion, the insurance company, if it chooses to settle, has been placed in an unenviable position. Those trained in journalism and who worked at the Executive Committee at the time do not believe the story is inaccurate. Those not trained in journalism, but who work at the Executive Committee now, have stated publically that it was inaccurate.

CONFIDENTIAL                                                          GPSILLS_010134

# Allegations + Corroborations

PREPARED BY

DATE

* 1 From the get-go, I considered Al Mohler's corroboration
2 as critical to claiming abuse

3

* 4 DAB told Shawn and me multiple times that
5 sexual abuse was a criminal offense, and that, in the
6 ~~of a~~ absence of a criminal complaint filed, we could
7 not allege a crime.

8

* 9 In Christian ministry, marital infidelity of any
10 type is, most often, a disqualifier for continued
11 employment ~~at the place~~ in many ministry settings.

12

* 13 If Jennifer Lyell made criminal allegations
14 against David Sills to Al Mohler and Adam
15 Greenway would they have allowed David
16 Sills quietly to resign as a personal matter and
17 seek other ministry employment? Especially
18 with what had just happened with Paige
19 Patterson? Especially with what he and
20 Danny Akin had just done The ~~previous~~ week
21 previous to the story?

22

* 23 Jennifer Lyell characterized the "relationship" with
24 David Sills as a "messy" one ~~of~~ of "inappropriate
25 sexual activity." She said also that Al Mohler
26 told her that David Sills admitted "at least"
27 to "sexually inappropriate activity."

CONFIDENTIAL

GPSILLS_010135

* 1  Al Mohler was cagey in his comments.
2  He did not say, "Yes, Jennifer Lyell reported
3  to me that David Sills had sexually abused or
4  sexually assaulted her." He merely said,
5  "She acted righteously."
6

* 7  Jennifer Lyell said/insisted two statements
8  must be in the story:
9       •
10      •
11  Both were included.
12

* 13  Jennifer Lyell has yet to file either criminal
14  or civil charges against David Sills.
15

* 16  Baptist Press had a duty to David Sills
17  not to defame him. It also had a duty
18  to accurately portray the allegations that
19  could be corroborated that Jennifer Lyell made.
20

* 21  Baptist Press lifted up the following corroboration:
22      •
23      •
24      •
25      •
26      •
27

CONFIDENTIAL
GPSILLS_010136

\* Baptist Press made one paraphrase, "morally inappropriate relationship," as a summary of "messy" "relationship" of "inappropriate sexual activity;"

\* While Jennifer Lyell insists that is a synonym for consensual sex, there is no lexical agreement on the kinds of language used to describe an illicit sexual relationship of two persons who are not married to one another that is not criminal in nature.

\* ~~Lyell~~ pointed to BP's article on Frank Page as a case in point. However, she misses the point. At the time of posting, Baptist Press did not know that the relationship was ~~consensual~~ between two consenting adults. Later, the officers confirmed their inquiry that it was; but that was not known at time.

CONFIDENTIAL

Jennifer Lyell – Interesting Observation
Did Jennifer Lyell report criminal sexual abuse?
Did any other principal player exercise their legal or moral duty to report a crime?

Jennifer Lyell told her story to Eric Geiger, a LifeWay senior administrator.
- He reported her story to Al Mohler, not to the police.

Jennifer Lyell told her story to Al Mohler, a seminary president.
- He confronted Da~ ~ ~ ~ ~ ~ ~ ~ did not report her story to the police.

Al Mohler and Adam Gr                                                    story.
- They had a duty t     *Allegations +*
- Instead they allov                                          nent, but
  did not report her    *Corroborations*

Jennifer Lyell told her s
- He gave her aid

Jennifer Lyell told her
- She gave her aid

Jennifer Lyell released                                          ess.
- They noted that
- They sought cc                                          ove, neither
  of whom repor                                          ements
  claimed.
- Baptist Press p                                          of the
  historical moment: The SBC ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ylaws
  Workgroup was being eviscerated in the media; and this report was dropped in
  Baptist Press lap. Nevertheless, BP asked the one question no one else was asking:
  why was there no criminal sexual assault report made to the police.
- The story was news since it shed greater light on why a seminary professor
  resigned — note the title of the article.
- The story did include key indicators that the claim made was one of an
  inappropriate relationship being pressed by the professor — the power differential,
  the alleged grooming, inclusion of two pieces of information that Jennifer insisted
  had to be included in the story.

After the story was removed from Baptist Press at Jennifer Lyell's initial request, Jennifer
Lyell told her story to Rachael Denhollander, a victims' advocate and attorney who
subsequently used a public forum to castigate Baptist Press and two EC employees.
- She did not initiate a legal case against David Sills.

CONFIDENTIAL                                          GPSILLS_010138

Jennifer Lyell subsequently told her story to Jonathan Howe and Ed Upton, two senior EC executives.

- They gave her aid and comfort and concluded Baptist Press was inaccurate when it did not report that her story was a criminal sexual assault despite the fact that there has never been a report of criminal sexual assault to the police by anyone.
- They recommended that the two EC employees be given an opportunity to resign.

At no time has Jennifer Lyell reported a charge of criminal sexual abuse against the man she now claims raped her while she was a seminary student. She has chosen to press her claims in the media, which has no investigative authority to ascertain the facts of the case; but she has yet to seek justice from the man she alleges criminally sexually assaulted her repeatedly over a twelve-year span of time.

CONFIDENTIAL
GPSILLS_010139

| | |
|---|---|
| **From:** | Laura Erlanson |
| **Sent:** | Friday, March 8, 2019 1:29 PM |
| **To:** | Sing Oldham |
| **Subject:** | New details of former SBTS prof's resignation alleged |
| | |
| **Categories:** | Ministry |

This is the final draft. I just finished proofing it and feel immensely better about it. Thank you. -- L

New details of former SBTS prof's resignation alleged
By David Roach & Shawn Hendricks

Tags: sexual abuse, SBTS, LifeWay

Tweet: "There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

Facebook: "There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

RSS: Nine months after Southern Baptist Theological Seminary professor David Sills resigned for undisclosed reasons, a woman has released a statement of allegations including details of what she says was a morally inappropriate relationship with Sills for more than a decade, beginning while she was a Southern Seminary student.

LOUISVILLE, Ky. (BP) -- Nine months after Southern Baptist Theological Seminary professor David Sills resigned for undisclosed reasons, a woman has released a statement of allegations including details of what she says was a morally inappropriate relationship with Sills for more than a decade, beginning while she was a Southern Seminary student.

In a release to Baptist Press and others, Jennifer Lyell, now 41 and director of the books ministry area at LifeWay Christian Resources, alleges sexual contact with Sills began on a mission trip in 2004. At the time, she was a 26-year-old master of divinity student, and the alleged relationship continued until she was 38, spanning a period in which Lyell moved from Louisville, Ky., to Chicago and then to Nashville, she told BP. She graduated from Southern with a master of divinity in 2006 and enrolled in an SBTS doctoral program for one year after that.

Southern Seminary President R. Albert Mohler Jr. told BP he could not say why Sills' employment at the seminary ended. But Mohler confirmed that Lyell shared allegations with him in May 2018 and that Southern, as Lyell stated, "immediately took action."

Lyell said in her statement, "The denominational institutions, the local church, and the missions agency [Sills led] ultimately believed me, supported me, and took the action for which they were responsible."

BP [URL=http://www.bpnews.net/51021/sbc-digest-seminary-profs-christian-george-and-david-sills-resign]reported[/URL] Sills' resignation in June 2018 based on reporting by North Carolina's Biblical Recorder newsjournal, which cited a statement from the seminary affirming that Mohler "received the resignation of Dr. David Sills from the Southern Seminary faculty on May 23, 2018."

It further stated, "Southern Seminary is committed to the highest standards of both principle and policy. Our policies and procedures are clear and are consistently applied. Because this is a personnel matter, we cannot comment further."

Sills, former professor of missions and cultural anthropology at Southern, did not respond to BP's request for comment.

1

CONFIDENTIAL
GPSILLS_010140

Part of Lyell's reason for remaining silent and in the relationship for as long as she did, she stated, was because she "became like part of [Sills'] family" and feared "the collateral damage that telling would cause for those around him." In her statement, Lyell accused Sills of "grooming and taking advantage of his student."

Lyell first disclosed the alleged relationship to a therapist in March 2016, she said. Just over two years later, she stated the allegations to then-LifeWay Senior Vice President Eric Geiger and Mohler.

"When I shared what had happened to me with my boss at LifeWay [Geiger] and then later with SBTS President Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately and for so idolizing the idea of a whole family that I protected it despite what was happening within it," Lyell said. "I am not a sinless victim. But I am a victim nonetheless."

Geiger, senior pastor of Mariners Church in Irvine, Calif., confirmed to BP that Lyell shared her allegations with him. Geiger told Lyell he was "responsible to share" the allegations with Southern and invited her to participate in the process, Geiger recounted to BP. The same day, Geiger and Lyell contacted Mohler, he said.

Mohler told BP his "encouragement from the start in any case such as this is that authorities be contacted" and that only law enforcement should judge whether laws may have been violated in such situations. Yet victims who are not minors must decide for themselves whether to contact authorities, he said. Lyell told BP she has attempted to contact the Louisville Metro Police Department's Special Victims Unit.

Mohler commended Lyell's courage in coming forward. "I stand behind her in [her public statement] and believe she is acting righteously," he told BP.

The Louisville, Ky., church where Sills was a member, Lyell said, also "took action" following Sills' resignation.

Louisville's Ninth and O Baptist Church told BP it is the congregation referenced in Lyell's statement. The church said it acted "swiftly and firmly" and that Sills is no longer a member.

Sills also served as an International Mission Board trustee and a member of the IMB's presidential search committee. He resigned from his trustee post, and as a result from the search committee, in May 2018.

Lyell decided to make her allegations public, she said, when she "learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency."

"I now realize that despite SBTS handling the situation justly and as I asked -- without stating the reason for his resignation -- it led to the exact kind of scenario the SBC is now trying to prevent," she said.

"If I were not to come forward with this [statement], a church or ministry who receives Dr. Sills' [resume] and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

Geiger said he contacted the other missions agency -- which he identified as Global Outreach International -- and they removed Sills from their employment.

In June, BP reported Sills also had resigned as president of Reaching and Teaching International Ministries, a missions organization that engages in discipleship and theological education internationally. Lyell is a former Reaching and Teaching International board member.

2

CONFIDENTIAL                                                                                                                    GPSILLS_010141

Reaching and Teaching International told BP in a statement that they are aware of a statement by Lyell regarding her allegations involving an inappropriate relationship and "are committed to ensuring a culture of transparency and accountability."

Lyell said, "It is my hope that my story, one in which a SBC entity and its leaders acted swiftly and justly ... but in which that same individual was also in a ministry position only months later, will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again."

--30--

David Roach is chief national correspondent for Baptist Press. Shawn Hendricks is editor of BP, the Southern Baptist Convention's news service. BP reports on missions, ministry and witness advanced through the Cooperative Program and on news related to Southern Baptists' concerns nationally and globally.

<b>SIGNED UP FOR OUR NEWSLETTER?</b> Get Baptist Press in your email by subscribing to our daily newsletter at [URL=http://www.bpnews.net/SubscribeBP]bpnews.net/SubscribeBP[/URL].

CONFIDENTIAL

GPSILLS_010142

Thank you for this update. I am willing to hear from you regarding a framework to correct the article assuming that will be quickly handled, but was serious that I'm unwilling to engage with Dr. Oldham further unless it's a simple notification that my request is being granted. Fwiw, if it helps, I did not raise this until you were on board because knowing you a bit, I thought (after being given the facts—and feel free to corroborate with Dr Mohler or Rainer or Brad or Sills' church), I assumed you would jump at the chance to protect BP from the scenarios in which I would need to address this publicly, with multiple zip files of communication and corroboration available to share with the world demonstrating BP's inaccuracies, dismissiveness, and damages. I have sought guidance (all along) from the leaders and pastors involved, all of whom are aligned (and we know those individuals rarely find themselves in that position!) I endured that wait to engage once you were in place because I knew enough about the BP team from my corporate experience with them even aside from my personal experience, to know they would be self-protectionistic and defensive.

Dr. Floyd, I love the SBC. I'm pretty sure if you called Dr. Mohler and asked him to just tell you about his experience engaging the professor, the church's experience with the professor, and how this unfolded, that he would attest to the degree to which I have sought to be full of integrity and the degree to which it is certain that I was trapped in a demonically driven nightmare. From the start, I was under my pastor (and his wife's) counsel on this and then once disclosed, have honored and followed SBTS and LifeWay (not just president/COO, but also exec committee of the trustees) without exception. I could have very easily agreed to one of the interested/eager media outlets who by march 9 wanted to run a feature on BP's inaccurate coverage of my case and how the team was creating language fostering harassment while not correcting or moderating that, then piecing together that this was likely politically motivated given the timing to JD's calls for reform being batted down by the by-laws committee (which their investigations alone determined based on the blatant inaccuracies but with which I did not participate or comment). I could have then followed it with weeks of social media and email screenshots of what BP's fabricated language has allowed to be sad about me. I could have done this going into Birmingham and I suspect the EC experience/reception would not have been as it was. I suspect a focus to CP increase is not something you'd have time to talk about right now. Instead, I used my relationships to stop the articles they wanted to write, give you time to get in place, then try to reason—with very concrete facts that have not ever been contradicted apart from BP and those who pulled from BP. I thought with you in charge, the evidence I have, the agreement from the leaders who investigated, the fact he did not deny it when confronted, nor did he ever allege it was consensual—that surely this would not be difficult. Dr. Floyd, please try to imagine being in my position—already having your personal life destroyed, having been assaulted while fed theology that justified it or framed it as for my good because of the abuse I experienced as a child with the added dynamic of physical force and threats to kill if you told, imagine being severely depressed with PTSD, trying to do the right thing when denominational leaders are imploring you to go public due to his lack of repentance and persistence in ministry, knowing you could turn to the Washington Post or RNS or the Chronicle, but wanting to honor the SBC. I'm certain those other outlets would not have created these problems, having worked with them and found them to be true journalists. Everyone told me not to trust BP, but this case is so clear (the leaders and pastors who know the details, who investigated w the professor, only all agree on this, Jesus, and about half the BFM!) So, the individual conclusions and conversations being identical the is significant and without dispute m. (Again, he never argued it was consensual. BP is the sole creator of that narrative)

I could have RNS and Chronicle posts underway tomorrow covering this gross, libelous reporting—with screenshots from texts/emails with Shawn and David the week of the story as well as my correspondence with leaders and their corroboration followed by Dr. Oldham's

CONFIDENTIAL

GPSILLS_010143

comments, and your very limited willingness to engage me despite the patience and grace I have shown and the severity of the situation. I could also sue and have been pleaded with to do so. The precedent, statutes, and evidence I have is clear. Or I could just tell this story on social media and that fire would very likely cause other fires that I wonder how long it would take to stop that burn. I've not done any of that thus far for three reasons:

1. I want to honor the Lord and will not take a step until I'm certain it is just and necessary and in accordance with his blessing, as determined by the biblical counsel/authority I've placed myself under.

2. I do not want to hurt the SBC

4. I do not want to proactively draw attention to this

4. I do not want this to be what, I'm sure, would result in a long, highly public, massive PR disaster for the EC or further connect me to this story. I simply want the lie about me to be corrected on the source article that feeds the broader internet narrative.

I also want you to know that although friends and great supporters of me, I have not discussed this at all with Dr. Moore or J.D. Greear, both of whom (given the topic and that they know the full details of my story), would be aghast, I am quite certain, at the response I've received after protecting BP by staying silent until a leader was in place to take the necessary, responsible, righteous, godly steps.

I have no desire to engage Dr. Oldham again unless it begins with a heartfelt, not emotionally manipulative apology. The same applies to Shawn. So, Dr. Floyd, it really is you who will determine how this goes forward. Is the Executive Committee going to enable BP to protect themselves rather than adding an editorial note to a widely spread article that corrects the most necessary facts that were not only inaccurate, but that have been demonstrated as fabricated by the BP editorial staff? An unwillingness to do so makes no sense to me given the fact BP has never been more at risk than now when refusing to do the legally necessary thing that will likely draw little, if any noise, and that if attention ever did come, would have me and other entity leaders praising BP for the courage of anyone ever did ask about it. Conversely, it's a pretty massive gamble to make that I'll just allow my reputation to be established as an adulterer by BP's reporting and sit silently while nothing corrects that. Dr.Floyd, you may want to ask around about whether those leaders who know me well would expect me to stay silent in light of how BP has responded.

Finally, I want you to succeed. I think you can strengthen the denomination I have sought to protect while the abuse was happening and then to continue protecting it in how I reported and handled the aftermath. I won't, however, be able to keep doing so unless you are willing to do the right thing and direct your team to follow the action I requested. I am hopeful you will. This was not your mistake. Not your selected team. And you can fix all of that, but most easily fix an editors note on an article that is inaccurate.

I am praying for you and I will specifically pray for a response to this confirming you are going to set a strong, ethical, righteous leadership example for your team and follow my request in light of the facts fully substantiating it.

Sincerely and respectfully-

3

CONFIDENTIAL

GPSILLS_010144

Jennifer Lyell

On Jul 31, 2019, at 9:01 PM, EC President <president@sbc.net<mailto:president@sbc.net>> wrote:

Jennifer,

Thank you for bringing this to my attention. As you know, this story was reported before I was in my role, so I am just becoming aware of all of this recently.

I affirm the course of action Baptist Press has taken in responding to your initial request and BP has removed the story from its website for now. You can be assured I will continue to be aware and involved. Also, Dr. Oldham will contact you with additional information.

I will be in prayer for you in the coming days, during which I will be traveling extensively.

Dr. Ronnie Floyd
President/CEO
Southern Baptist Convention Executive Committee

On Jul 31, 2019, at 6:30 AM, Jennifer Lyell <jennifer.lyell@lifeway.com<mailto:jennifer.lyell@lifeway.com><mailto:jennifer.lyell@lifeway.com>> wrote:

FYI, I apologize for the typo in the first sentence (should be "*but* noticed") as well as at the end of the second (should be "the corroboration *of* the entities and churches involved).

Sent from my iPhone

On Jul 31, 2019, at 5:14 AM, Jennifer Lyell <jennifer.lyell@lifeway.com<mailto:jennifer.lyell@lifeway.com><mailto:jennifer.lyell@lifeway.com>> wrote:

Dr. Floyd-

I am sorry to need to bother you again, not noticed Dr. Oldham removed you from his response and re-added Shawn, while acknowledging that BP has failed to correct the inaccurate reporting that remains on multiple websites due to the inaccurate language BP created. As I consider how to process this response from BP, I need to confirm that this comes with your awareness and agreement as the only action BP is willing to take in light of all I have shared, the corroboration if the entities and churches involved, and the clear (multiple) times I have explained in detail why removal of the story does not correct the problem BP alone created. Can you please confirm for me if this is your determination? I truly beg you, Dr. Floyd, if so, to even now intervene and honor my request, which did not even request an apology, simply a correction of what all involve is inaccurate, damaging language (including, but not limited to, Dr. Mohler). I do not understand the unwillingness to do so and am deeply grieved by the response I have received despite my silence, patience, how little I've asked, and how much I could be doing. If this reflects your will as EC President, I need to know that as it is not an acceptable solution (the article remains online elsewhere in multiple places, as does the false/baseless/libelous language created by BP) and I'll need to pray and seek counsel about next steps to have this truly corrected by BP if you confirm that Dr. Oldham's response reflects your will as well.

4

CONFIDENTIAL

GPSILLS_010145


# Baptist Press

Copyright (c) 2020 Baptist Press. Reprinted from Baptist Press (www.baptistpress.com), news service of the Southern Baptist Convention.
e original story can be found at http://www.bpnews.net/53762/a-statement-from-baptist-press

# A Statement from Baptist Press

by BP Staff, posted Tuesday, October 15, 2019 (4 months ago)

NASHVILLE (BP) -- At the Caring Well conference in Dallas, Texas, several survivors shared their traumatic experiences of being victims of sexual abuse (Oct. 3-5, 2019). These courageous stories, along with keynote speeches from others, greatly impacted those in attendance and those watching online.

One of the presenters, Rachael Denhollander, shared her personal testimony of suffering through multiple instances of sexual abuse. In her interview with Russell Moore, Denhollander mentioned a situation involving the reporting of Jennifer Lyell's abuse allegations that came to light through Baptist Press in March 2019.

Following Denhollander's comments, our staff worked diligently to reexamine Lyell's statement she provided and all communication surrounding the original publishing of her claims. After a thorough review of what was presented to the writers and editors, and discussions with those involved with its publishing, we confirm and acknowledge that our story that ran on March 8, 2019, did not accurately communicate the allegations made by Lyell.

The story in its original draft form, as submitted by the writer, clearly communicated the emotional and sexual abuse that Lyell alleged took place at the hands of David Sills as she maintained a relationship with his family. However, the story in its finished state omitted references to abuse and was framed as "a morally inappropriate relationship." This change in language seems to have led to a general public understanding that what happened between Sills and Lyell was a consensual affair.

Baptist Press ultimately failed to convey that the heart of Lyell's story was about sexual abuse by a trusted minister in a position of power a Southern Baptist seminary. The story, as written, made concessions to legal and policy concerns, and Sills never responded to Baptist Press' request for comment. While we acknowledge these issues are always present in journalism, in this case our story apparently made it easy for some to miss what should have been the main focus. For that, we are deeply sorry.

Since the story's publication, Lyell has been the recipient of un-Christlike slurs -- some by fellow Southern Baptists -- and her reputation has been besmirched. In fact, the story stayed on the Baptist Press Facebook page for many hours where many of those slurs were posted. The conversation that occurs on our social media profile pages should glorify Christ in the way we treat one another and in the way we support those who report sexual abuse. In this case, it did not. Since this incident, we have enacted a more stringent Facebook commenting policy and monitor the page much more closely in order to prevent situations like this from occurring again.

For these actions, we offer a sincere apology. Lyell came to us with an allegation of abuse and should have been cared for throughout the entire process. Instead, for many this incident may have contributed to a perception that the Southern Baptist Convention is not a safe place for sexual abuse survivors to disclose. Our readers must be able to trust that the news they receive from us is accurate and trustworthy and that the stories we print will ultimately protect and aid those involved.

This entire season of discovery of and enlightenment about sexual abuse within Southern Baptist churches and entities has caused tremendous pain and sorrow for many. We are grieved at the trauma that survivors of sexual abuse have endured and continue to endure.

Baptist Press is committed to Christian journalism that prioritizes integrity, truth, and accuracy. We will pursue all of these things as we move forward, and we pray that God will find us faithful.

**SIGNED UP FOR OUR NEWSLETTER?** Get Baptist Press in your email by subscribing to our daily newsletter at bpnews.net/SubscribeBP.

CONFIDENTIAL                                    GPSILLS_010146



Copyright (c) 2020 Baptist Press. Reprinted from Baptist Press (www.baptistpress.com), news service of the Southern Baptist Convention. The original story can be found at http://www.bpnews.net/53762/a-statement-from-baptist-press

# A Statement from Baptist Press

by BP Staff, posted Tuesday, October 15, 2019 (4 months ago)

NASHVILLE (BP) -- At the Caring Well conference in Dallas, Texas, several survivors shared their traumatic experiences of being victims of sexual abuse (Oct. 3-5, 2019). These courageous stories, along with keynote speeches from others, greatly impacted those in attendance and those watching online.

One of the presenters, Rachael Denhollander, shared her personal testimony of suffering through multiple instances of sexual abuse. In her interview with Russell Moore, Denhollander mentioned a situation involving the reporting of Jennifer Lyell's abuse allegations that came to light through Baptist Press in March 2019.

Following Denhollander's comments, our staff worked diligently to reexamine Lyell's statement she provided and all communication surrounding the original publishing of her claims. After a thorough review of what was presented to the writers and editors, and discussions with those involved with its publishing, we confirm and acknowledge that our story that ran on March 8, 2019, did not accurately communicate the allegations made by Lyell.

The story in its original draft form, as submitted by the writer, clearly communicated the emotional and sexual abuse that Lyell alleged took place at the hands of David Sills as she maintained a relationship with his family. However, the story in its finished state omitted references to abuse and was framed as "a morally inappropriate relationship." This change in language seems to have led to a general public understanding that what happened between Sills and Lyell was a consensual affair.

Baptist Press ultimately failed to convey that the heart of Lyell's story was about sexual abuse by a trusted minister in a position of power at a Southern Baptist seminary. The story, as written, made concessions to legal and policy concerns, and Sills never responded to Baptist Press' request for comment. While we acknowledge these issues are always present in journalism, in this case our story apparently made it easy for some to miss what should have been the main focus. For that, we are deeply sorry.

Since the story's publication, Lyell has been the recipient of un-Christlike slurs -- some by fellow Southern Baptists -- and her reputation has been besmirched. In fact, the story stayed on the Baptist Press Facebook page for many hours where many of those slurs were posted. The conversation that occurs on our social media profile pages should glorify Christ in the way we treat one another and in the way we support those who report sexual abuse. In this case, it did not. Since this incident, we have enacted a more stringent Facebook commenting policy and monitor the page much more closely in order to prevent situations like this from occurring again.

For these actions, we offer a sincere apology. Lyell came to us with an allegation of abuse and should have been cared for throughout the entire process. Instead, for many this incident may have contributed to a perception that the Southern Baptist Convention is not a safe place for sexual abuse survivors to disclose. Our readers must be able to trust that the news they receive from us is accurate and trustworthy and that the stories we print will ultimately protect and aid those involved.

This entire season of discovery of and enlightenment about sexual abuse within Southern Baptist churches and entities has caused tremendous pain and sorrow for many. We are grieved at the trauma that survivors of sexual abuse have endured and continue to endure.

Baptist Press is committed to Christian journalism that prioritizes integrity, truth, and accuracy. We will pursue all of these things as we move forward, and we pray that God will find us faithful.

**SIGNED UP FOR OUR NEWSLETTER?** Get Baptist Press in your email by subscribing to our daily newsletter at bpnews.net/SubscribeBP.

CONFIDENTIAL

GPSILLS_010147

*Written by Johnny Moore?*

# Baptist Press

Copyright (c) 2020 Baptist Press. Reprinted from Baptist Press (www.baptistpress.com), news service of the Southern Baptist Convention. The original story can be found at http://www.bpnews.net/53762/a-statement-from-baptist-press

## A Statement from Baptist Press

*It did not address her stated and unstated goals; but it was not inaccurate in what it reported*

by BP Staff, posted Tuesday, October 15, 2019 (3 months ago)

NASHVILLE (BP) -- At the Caring Well conference in Dallas, Texas, several survivors shared their traumatic experiences of being victims of sexual abuse (Oct. 3-5, 2019). These courageous stories, along with keynote speeches from others, greatly impacted those in attendance and those watching online.

One of the presenters, Rachael Denhollander, shared her personal testimony of suffering through multiple instances of sexual abuse. In her interview with Russell Moore, Denhollander mentioned a situation involving the reporting of Jennifer Lyell's abuse allegations that came to light through Baptist Press in March 2019.

Following Denhollander's comments, our staff worked diligently to reexamine Lyell's statement she provided and all communication surrounding the original publishing of her claims. After a thorough review of what was presented to the writers and editors, and discussions with those involved with its publishing, we confirm and acknowledge that our story that ran on March 8, 2019, did not accurately communicate the allegations made by Lyell.

The story in its original draft form, as submitted by the writer, clearly communicated the emotional and sexual abuse that Lyell alleged took place at the hands of David Sills as she maintained a relationship with his family. However, the story in its finished state omitted references to abuse and was framed as "a morally inappropriate relationship." This change in language seems to have led to a general public understanding that what happened between Sills and Lyell was a consensual affair.

Baptist Press ultimately failed to convey that the heart of Lyell's story was about sexual abuse by a trusted minister in a position of power at a Southern Baptist seminary. The story, as written, made concessions to legal and policy concerns, and Sills never responded to Baptist Press' request for comment. While we acknowledge these issues are always present in journalism, in this case our story apparently made it easy for some to miss what should have been the main focus. For that, we are deeply sorry.

Since the story's publication, Lyell has been the recipient of un-Christlike slurs -- some by fellow Southern Baptists -- and her reputation has been besmirched. In fact, the story stayed on the Baptist Press Facebook page for many hours where many of those slurs were posted. The conversation that occurs on our social media profile pages should glorify Christ in the way we treat one another and in the way we support those who report sexual abuse. In this case, it did not. Since this incident, we have enacted a more stringent Facebook commenting policy and monitor the page much more closely in order to prevent situations like this from occurring again.

For these actions, we offer a sincere apology. Lyell came to us with an allegation of abuse and should have been cared for throughout the entire process. Instead, for many this incident may have contributed to a perception that the Southern Baptist Convention is not a safe place for sexual abuse survivors to disclose. Our readers must be able to trust that the news they receive from us is accurate and trustworthy and that the stories we print will ultimately protect and aid those involved.

This entire season of discovery of and enlightenment about sexual abuse within Southern Baptist churches and entities has caused tremendous pain and sorrow for many. We are grieved at the trauma that survivors of sexual abuse have endured and continue to endure.

Baptist Press is committed to Christian journalism that prioritizes integrity, truth, and accuracy. We will pursue all of these things as we move forward, and we pray that God will find us faithful.

CONFIDENTIAL
GPSILLS_010148



**Baptist Press**
@baptistpress

# A statement from Baptist Press.



SOUTHERN BAPTIST CONVENTION
Executive Committee
901 Commerce Street | Nashville, Tennessee 37203 | 615.244.2355

On March 8, 2019, Baptist Press released a news story that was referenced today, October 5, 2019, by Rachael Denhollander in an interview at the Caring Well Conference.

In recent days, I've been made aware of the situation surrounding the article and the decisions made by Baptist Press at the time of publication. I'm also aware that the story omitted all references to abuse and a lack of consent to sexual activity, and was framed as "a morally inappropriate relationship." This led to a general understanding that what happened between Dr. David Sills and Ms. Jennifer Lyell was a consensual affair. As I understand it, that is not accurate.

As the official news service for the Southern Baptist Convention, Baptist Press should be known for integrity, truth, and accuracy. Ensuring that is my top priority.

**Jonathan Howe**
Vice President for Communications
Southern Baptist Convention Executive Committee

2:39 PM · 05 Oct 19 · Tweetbot

Tweet your reply

CONFIDENTIAL                                                                                          GPSILLS_010149

← Tweet

 **Baptist Press**
@baptistpress

# A statement from Baptist Press.

 **SOUTHERN BAPTIST CONVENTION**
Executive Committee

901 Commerce Street | Nashville, Tennessee 37203 | 615.244.2355

On March 8, 2019, Baptist Press released a news story that was referenced today, October 5, 2019, by Rachael Denhollander in an interview at the Caring Well Conference.

In recent days, I've been made aware of the situation surrounding the article and the decisions made by Baptist Press at the time of publication. I'm also aware that the story omitted all references to abuse and a lack of consent to sexual activity, and was framed as "a morally inappropriate relationship." This led to a general understanding that what happened between Dr. David Sills and Ms. Jennifer Lyell was a consensual affair. As I understand it, that is not accurate.

As the official news service for the Southern Baptist Convention, Baptist Press should be known for integrity, truth, and accuracy. Ensuring that is my top priority.

Jonathan Howe
Vice President for Communications
Southern Baptist Convention Executive Committee

2:39 PM · 05 Oct 19 · Tweetbot

Tweet your reply

CONFIDENTIAL

GPSILLS_010150

 **Baptist Press** @baptistpress · Oct 5, 2019

A statement from Baptist Press.

 SOUTHERN BAPTIST CONVENTION

Executive Committee

901 Commerce Street | Nashville, Tennessee 37203 | 615.244.2355

On March 8, 2019, Baptist Press released a news story that was referenced today, October 5, 2019, by Rachael Denhollander in an interview at the Caring Well Conference.

In recent days, I've been made aware of the situation surrounding the article and the decisions made by Baptist Press at the time of publication. I'm also aware that the story omitted all references to abuse and a lack of consent to sexual

◯ 48            ⇄ 17            ♡ 110            

## Replies

 **Rebecca | MLK fought racism, poverty, and war** @ed... · Oct 5, 2019

Replying to @baptistpress

This isn't an apology.

            ⇄            ♡ 39            

 **Hunter™** @HunterCrowder6 · Oct 5, 2019

Replying to @baptistpress

You misspelled we are sorry

            ⇄            ♡ 40            

CONFIDENTIAL

GPSILLS_010151



# SOUTHERN BAPTIST CONVENTION
## Executive Committee

901 Commerce Street | Nashville, Tennessee 37203 | 615.244.2355

On March 8, 2019, Baptist Press released a news story that was referenced today, October 5, 2019, by Rachael Denhollander in an interview at the Caring Well Conference.

In recent days, I've been made aware of the situation surrounding the article and the decisions made by Baptist Press at the time of publication. I'm also aware that the story omitted all references to abuse and a lack of consent to sexual activity, and was framed as "a morally inappropriate relationship." This led to a general understanding that what happened between Dr. David Sills and Ms. Jennifer Lyell was a consensual affair. As I understand it, that is not accurate.

As the official news service for the Southern Baptist Convention, Baptist Press should be known for integrity, truth, and accuracy. Ensuring that is my top priority.

**Jonathan Howe**
Vice President for Communications
Southern Baptist Convention Executive Committee

CONFIDENTIAL                                                                 GPSILLS_010152

New details of former SBTS prof's resignation alleged
By David Roach & Shawn Hendricks

Tags: sexual abuse, SBTS, LifeWay

Tweet: "There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

Facebook: "There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

RSS: Nine months after Southern Baptist Theological Seminary professor David Sills resigned for undisclosed reasons, a woman has released a statement of allegations including details of what she says was a morally inappropriate relationship with Sills for more than a decade, beginning while she was a Southern Seminary student.

LOUISVILLE, Ky. (BP) -- Nine months after Southern Baptist Theological Seminary professor David Sills resigned for undisclosed reasons, a woman has released a statement of allegations including details of what she says was a morally inappropriate relationship with Sills for more than a decade, beginning while she was a Southern Seminary student.

In a release to Baptist Press and others, Jennifer Lyell, now 41 and director of the books ministry area at LifeWay Christian Resources, alleges sexual contact with Sills began on a mission trip in 2004. At the time, she was a 26-year-old master of divinity student, and the alleged relationship continued until she was 38, spanning a period in which Lyell moved from Louisville, Ky., to Chicago and then to Nashville, she told BP. She graduated from Southern with a master of divinity in 2006 and enrolled in an SBTS doctoral program for one year after that.

Southern Seminary President R. Albert Mohler Jr. told BP he could not say why Sills' employment at the seminary ended. But Mohler confirmed that Lyell shared allegations with him in May 2018 and that Southern, as Lyell stated, "immediately took action."

Lyell said in her statement, "The denominational institutions, the local church, and the missions agency [Sills led] ultimately believed me, supported me, and took the action for which they were responsible."

BP [URL=http://www.bpnews.net/51021/sbc-digest-seminary-profs-christian-george-and-david-sills-resign]reported[/URL] Sills' resignation in June 2018 based on reporting by North Carolina's Biblical Recorder newsjournal, which cited a statement from the seminary affirming that Mohler "received the resignation of Dr. David Sills from the Southern Seminary faculty on May 23, 2018."

CONFIDENTIAL                                                                    GPSILLS_010153

It further stated, "Southern Seminary is committed to the highest standards of both principle and policy. Our policies and procedures are clear and are consistently applied. Because this is a personnel matter, we cannot comment further."

Sills, former professor of missions and cultural anthropology at Southern, did not respond to BP's request for comment.

Part of Lyell's reason for remaining silent and in the relationship for as long as she did, she stated, was because she "became like part of [Sills'] family" and feared "the collateral damage that telling would cause for those around him." In her statement, Lyell accused Sills of "grooming and taking advantage of his student."

Lyell first disclosed the alleged relationship to a therapist in March 2016, she said. Just over two years later, she stated the allegations to then-LifeWay Senior Vice President Eric Geiger and Mohler.

"When I shared what had happened to me with my boss at LifeWay [Geiger] and then later with SBTS President Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately and for so idolizing the idea of a whole family that I protected it despite what was happening within it," Lyell said. "I am not a sinless victim. But I am a victim nonetheless."

Geiger, senior pastor of Mariners Church in Irvine, Calif., confirmed to BP that Lyell shared her allegations with him. Geiger told Lyell he was "responsible to share" the allegations with Southern and invited her to participate in the process, Geiger recounted to BP. The same day, Geiger and Lyell contacted Mohler, he said.

Mohler told BP his "encouragement from the start in any case such as this is that authorities be contacted" and that only law enforcement should judge whether laws may have been violated in such situations. Yet victims who are not minors must decide for themselves whether to contact authorities, he said. Lyell told BP she has attempted to contact the Louisville Metro Police Department's Special Victims Unit.

Mohler commended Lyell's courage in coming forward. "I stand behind her in [her public statement] and believe she is acting righteously," he told BP.

The Louisville, Ky., church where Sills was a member, Lyell said, also "took action" following Sills' resignation.

Louisville's Ninth and O Baptist Church told BP it is the congregation referenced in Lyell's statement. The church said it acted "swiftly and firmly" and that Sills is no longer a member.

CONFIDENTIAL

Sills also served as an International Mission Board trustee and a member of the IMB's presidential search committee. He resigned from his trustee post, and as a result from the search committee, in May 2018.

Lyell decided to make her allegations public, she said, when she "learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency."

"I now realize that despite SBTS handling the situation justly and as I asked -- without stating the reason for his resignation -- it led to the exact kind of scenario the SBC is now trying to prevent," she said.

"If I were not to come forward with this [statement], a church or ministry who receives Dr. Sills' [resume] and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

Geiger said he contacted the other missions agency -- which he identified as Global Outreach International -- and they removed Sills from their employment.

In June, BP reported Sills also had resigned as president of Reaching and Teaching International Ministries, a missions organization that engages in discipleship and theological education internationally. Lyell is a former Reaching and Teaching International board member.

Reaching and Teaching International told BP in a statement that they are aware of a statement by Lyell regarding her allegations involving an inappropriate relationship and "are committed to ensuring a culture of transparency and accountability."

Lyell said, "It is my hope that my story, one in which a SBC entity and its leaders acted swiftly and justly ... but in which that same individual was also in a ministry position only months later, will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again."

CONFIDENTIAL

GPSILLS_010155

Just over nine months ago I heard the story of Megan Lively, the former Southeastern Baptist Theological Seminary student who had reported her 2003 sexual assault to Dr. Paige Patterson and SEBTS. Megan attests that **Dr. Patterson did not take proper steps reporting the sexual assault or caring for Megan in its aftermath**. Records regarding her allegation show that in 2003 she very clearly reported a nonconsensual sexual act performed against her person.

When I heard this story, something broke in me. Something that had been held tightly for years. I walked into the office of my boss at LifeWay and told him what I'd just heard about Megan's story. I don't remember what he said in reply, but it was something along the lines of how shocking it was. Except I wasn't shocked; if anything, I was shocked that he was. I remember thinking, "God is purifying His church. God be glorified" and then I spoke. I don't remember exactly what I said, but it was something along the lines of, "I was sexually abused by one of my seminary professors."

My boss was shocked and appalled. That one sentence I uttered began a rapid sequence of events that modeled the best of what advocates of sexual abuse response reform are calling for in the Southern Baptist Convention. I was asked many questions to get clarity around what I was alleging as well as who was responsible. I shared how Dr. David Sills, then a tenured professor at The Southern Baptist Theological Seminary, **first sexually acted against me on a mission trip in 2004**, a pattern that continued and escalated for more than a decade following that trip.

By the time I shared about my abuse, I had been in counseling for more than two years, which had given me the tools and support I needed to extract myself from the situation. I had told my counselor, closest friends, as well as my pastor and his wife. I had not disclosed this to SBTS or the missions agency Dr. Sills led (on which I had previously served on the board) because of the very complicated, messy nature of the relationship and my fear of the collateral damage that telling would cause for those around him. That collateral damage was the reason that the abuse had continued for so long. The reason that a professor was able to continue grooming and taking advantage of his student was because I became like part of his family. This wasn't by accident; I believe it was by design. Having known that I experienced sexual abuse growing up, Dr. Sills assured me that the first incidents that happened on that mission trip weren't really my fault as I naturally felt—even though I had not initiated them and was shocked as the actions took place. He explained they were because of what happened to me when I was a child. He said that he could fix it by me becoming part of his family and then once I was part of his family, that sort of thing would never happen again. I now wonder if the only reason that a family relationship was ever presented as an option was to ensure I wouldn't tell what had happened in those first instances.

But a family relationship *did* develop. Over the years I spent weekends with them, my holidays with them, became an "aunt" to their grandchildren, and their grown children became like siblings to me. It looked idyllic on the surface. Except the pattern of <u>inappropriate sexual activity</u> continued throughout the relationship.

CONFIDENTIAL                                                                 GPSILLS_010156

So that day **when I shared what had happened to me with my boss at LifeWay and then later with SBTS President, Dr. R. Albert Mohler**, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately, and for so idolizing the idea of a whole family that I protected it despite what was happening within it. I am not a sinless victim. But I am a victim nonetheless.

Dr. Mohler and SBTS immediately took action. After receiving my statement, they waited for Dr. Sills to return a couple days later from an overseas trip and met with him. I was told following that meeting that **he had admitted, at least, to <u>inappropriate sexual activity</u> and tendered his resignation.** At that time **I requested very strongly that SBTS not share anything about the reason for his resignation** as I was trying to protect his family who I knew was about to be reeling. They took that path, which is **the standard protocol for employment matters**, and the Baptist Press article noting his resignation did not reference a reason for his resignation.

Following the seminary's action, **Dr. Sills' church also initiated an investigation and took action**. The denominational institutions, the local church, and the missions agency ultimately believed me, supported me, and took the action for which they were responsible.

**Over the past nine months, I have walked through the aftermath of the disclosure, which has been traumatizing itself, at times. I have lost some of the relationships dearest to me and have sat ensconced in a grief that can only be caused by sin.** I have come forth now, though, because I recently learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency. Multiple individuals who knew what happened with me heard about this and notified the missions agency of the reasons for his departure from his previous positions while letting me know they were doing so. As a result, he is no longer listed as a missionary with this agency.

But, I now realize that despite **SBTS handling the situation justly and as I asked**—without stating the reason for his resignation—it led to the exact kind of scenario the SBC is now trying to prevent.

If I were not to come forward with this letter, a church or ministry who receives Dr. Sills' CV and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent. We must clearly tell the truth so that our churches and ministries are safe and as pure as they can be.

It is my hope that my story, **one in which a SBC entity and its leaders acted swiftly and justly to remove an abuser, but in which that same individual was also in a ministry position only months later,** will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again. The only way I know to do that is to come forward myself. So, this is my way of doing just that. May God be glorified.

CONFIDENTIAL
GPSILLS_010157

My Story of Sexual Abuse in the SBC
Jennifer Lyell

Just over nine months ago I heard the story of Megan Lively, the former Southeastern Baptist Theological Seminary student who had reported her 2003 sexual assault to Dr. Paige Patterson and SEBTS. Megan attests that Dr. Patterson did not take proper steps reporting the sexual assault or caring for Megan in its aftermath. Records regarding her allegation show that in 2003 she very clearly reported a nonconsensual sexual act performed against her person.

When I heard this story, something broke in me. Something that had been held tightly for years. I walked into the office of my boss at LifeWay and told him what I'd just heard about Megan's story. I don't remember what he said in reply, but it was something along the lines of how shocking it was. Except I wasn't shocked; if anything, I was shocked that he was. I remember thinking, "God is purifying His church. God be glorified" and then I spoke. I don't remember exactly what I said, but it was something along the lines of, "I was sexually abused by one of my seminary professors."

My boss was shocked and appalled. That one sentence I uttered began a rapid sequence of events that modeled the best of what advocates of sexual abuse response reform are calling for in the Southern Baptist Convention. I was asked many questions to get clarity around what I was alleging as well as who was responsible. I shared how Dr. David Sills, then a tenured professor at The Southern Baptist Theological Seminary, first sexually acted against me on a mission trip in 2004, a pattern that continued and escalated for more than a decade following that trip.

By the time I shared about my abuse, I had been in counseling for more than two years, which had given me the tools and support I needed to extract myself from the situation. I had told my counselor, closest friends, as well as my pastor and his wife. I had not disclosed this to SBTS or the missions agency Dr. Sills led (on which I had previously served on the board) because of the very complicated, messy nature of the relationship and my fear of the collateral damage that telling would cause for those around him. That collateral damage was the reason that the abuse had continued for so long. The reason that a professor was able to continue grooming and taking advantage of his student was because I became like part of his family. This wasn't by accident; I believe it was by design. Having known that I experienced sexual abuse growing up, Dr. Sills assured me that the first incidents that happened on that mission trip weren't really my fault as I naturally felt—even though I had not initiated them and was shocked as the actions took place. He explained they were because of what happened to me when I was a child. He said that he could fix it by me becoming part of his family and then once I was part of his family, that sort of thing would never happen again. I now wonder if the only reason that a family relationship was ever presented as an option was to ensure I wouldn't tell what had happened in those first instances.

But a family relationship *did* develop. Over the years I spent weekends with them, my holidays with them, became an "aunt" to their grandchildren, and their grown children became like

CONFIDENTIAL

GPSILLS_010158

siblings to me. It looked idyllic on the surface. Except the pattern of inappropriate sexual activity continued throughout the relationship.

So that day when I shared what had happened to me with my boss at LifeWay and then later with SBTS President, Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately, and for so idolizing the idea of a whole family that I protected it despite what was happening within it. I am not a sinless victim. But I am a victim nonetheless.

Dr. Mohler and SBTS immediately took action. After receiving my statement, they waited for Dr. Sills to return a couple days later from an overseas trip and met with him. I was told following that meeting that he had admitted, at least, to inappropriate sexual activity and tendered his resignation. At that time I requested very strongly that SBTS not share anything about the reason for his resignation as I was trying to protect his family who I knew was about to be reeling. They took that path, which is the standard protocol for employment matters, and the Baptist Press article noting his resignation did not reference a reason for his resignation. Following the seminary's action, Dr. Sills' church also initiated an investigation and took action. The denominational institutions, the local church, and the missions agency ultimately believed me, supported me, and took the action for which they were responsible.

Over the past nine months, I have walked through the aftermath of the disclosure, which has been traumatizing itself, at times. I have lost some of the relationships dearest to me and have sat ensconced in a grief that can only be caused by sin. I have come forth now, though, because I recently learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency. Multiple individuals who knew what happened with me heard about this and notified the missions agency of the reasons for his departure from his previous positions while letting me know they were doing so. As a result, he is no longer listed as a missionary with this agency.

But, I now realize that despite SBTS handling the situation justly and as I asked—without stating the reason for his resignation—it led to the exact kind of scenario the SBC is now trying to prevent.

If I were not to come forward with this letter, a church or ministry who receives Dr. Sills' CV and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent. We must clearly tell the truth so that our churches and ministries are safe and as pure as they can be.

It is my hope that my story, one in which a SBC entity and its leaders acted swiftly and justly to remove an abuser, but in which that same individual was also in a ministry position only months later, will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again. The only way I know to do that is to come forward myself. So, this is my way of doing just that. May God be glorified.

CONFIDENTIAL                                                                                    GPSILLS_010159

**Sing Oldham**

| | |
|---|---|
| **From:** | David Roach |
| **Sent:** | Thursday, March 7, 2019 12:47 PM |
| **To:** | Jennifer Lyell |
| **Cc:** | Shawn Hendricks (SHendricks@sbc.net) |
| **Subject:** | RE: story |

Is it possible to tweak the highlighted portion of the quote below? Reaching and Teaching fears portions of the statement that don't actually reference them might be interpreted by some readers to reference them since there are two missions agencies referenced. Would you consider modifying the quote to read "and others" rather than "and the missions agency"? That's my suggestion, not theirs. I haven't communicated with them about this quote.

Thanks for fielding all my questions.

**From:** Jennifer Lyell [mailto:jennifer.lyell@lifeway.com]
**Sent:** Wednesday, March 6, 2019 10:30 AM
**To:** David Roach <droach@sbc.net>
**Subject:** Re: story

David,

One thing to know, as you work on the story, the two things to be said from me (my quotes) that I'm emphatic that need to be included are below:

"The denominational institutions, the local church, and the missions agency ultimately believed me, supported me, and took the action for which they were responsible."

and

"That day when I shared what had happened to me with my boss at LifeWay and then later with SBTS President, Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately, and for so idolizing the idea of a whole family that I protected it despite what was happening within it. I am not a sinless victim. But I am a victim nonetheless."

I'm happy to share/quote more, but those two are essential.

Jennifer Lyell
LifeWay Christian Resources
*We serve the Church in Her mission of making disciples.*

On Wed, Mar 6, 2019 at 10:19 AM Jennifer Lyell <jennifer.lyell@lifeway.com> wrote:

Also, I learned that Dr. Sills' former missions agency has a statement prepared that they're willing to give (since he resigned from there as well and that was in the original BP article). Jon Deedrick is the contact for that jon.deedrick@reachingandteaching.org.

1

CONFIDENTIAL    GPSILLS_010160

# NECESSARY STATEMENTS

## Why This Website Exists

This website exists to correct the widespread inaccurate reporting of the abuse disclosure I made to The Southern Baptist Theological Seminary and LifeWay in May 2018. The allegations were received by the seminary and LifeWay, I was questioned, and the individual against whom I made the allegations was questioned. Pastors from that individual's church also questioned him. Prior to disclosing to SBTS and LifeWay, I had told my counselor, my pastor and his wife, and a few close friends. All parties who received my allegations ultimately concluded I had told the truth, had been the victim of abuse, and had not been guilty.

I regret not telling immediately after the first instances of abuse. But I also regret coming forward to make the public disclosure in March 2019 after being encouraged to do so by many leaders who said they were concerned about him continuing in ministry. Everyone said they would stand by me and corroborate my statement when I disclosed. I thought I could trust the denomination's own news outlet to accurately report that which every SBC entity leader and pastor had confirmed to me with complete clarity. That isn't what happened. My disclosure was inaccurately reported by the SBC as consensual; that is not true, is not what I reported, and was not the conclusion of any SBC entity or church that processed my allegations.

This website is the necessary result of Baptist Press, under the direction of Executive Committee leaders, inaccurately publishing my allegations, failing to include the statement I had provided, and failing to state that those who had received/investigated my allegations were corroborating my statement. I had to scramble to create a place to publish that statement I had provided to Baptist Press because what they published was grossly inaccurate and spurred thousands of harassing messages against me. I hoped making the statement available would stop the spread of the inaccurate narrative they created. That hope did not come to fruition.

Those who had received my allegations and questioned the involved parties, concluding I had told the truth, could have easily corrected the blatant inaccuracies Baptist Press asserted, but they chose to stay silent for reasons I will never understand. As such, I had to return to this website months later for a place to clarify the circumstances of my attempts to quietly and respectfully work with the Executive Committee of the Southern Baptist Convention to have the inaccuracies corrected . . . only to have been met with obstinance. Following public pressure following the disclosure of the Executive Committee's actions, Baptist Press published a partial correction (seven months after the original article was published). Baptist Press corrected the inaccurate reporting of what I had alleged, but they still failed to report my allegations had been corroborated by those who received them and who had questioned me and the individual against whom I had made the allegations.

The disclosure this website hosts, the one I was told by SBC leaders I should make, has proven to be pointless. Coming forward did not stop the individual from continuing in ministry. It only led to the Executive Committee leaders branding me with a destructive narrative they alone—not the facts or conclusions of those leaders who were involved—created and still allow to spread. Yet, this website continues to exist because it is the only way I can unequivocally state the truth.

CONFIDENTIAL

GPSILLS_010161

# Abuse Disclosure (March 2019)

## My Story of Sexual Abuse & Initial Response in the SBC

Jennifer Lyell

March 8, 2019

Just over nine months ago I heard the story of Megan Lively, the former Southeastern Baptist Theological Seminary student who had reported her 2003 sexual assault to Dr. Paige Patterson and SEBTS. Megan attests that Dr. Patterson did not take proper steps reporting the sexual assault or caring for Megan in its aftermath. Records regarding her allegation show that in 2003 she very clearly reported a nonconsensual sexual act performed against her person.

When I heard this story, something broke in me. Something that had been held tightly for years. I walked into the office of my boss at LifeWay and told him what I'd just heard about Megan's story. I don't remember what he said in reply, but it was something along the lines of how shocking it was. Except I wasn't shocked; if anything, I was shocked that he was. I remember thinking, "God is purifying His church. God be glorified" and then I spoke. I don't remember exactly what I said, but it was something along the lines of, "I was sexually abused by one of my seminary professors."

My boss was shocked and appalled. That one sentence I uttered began a rapid sequence of events that modeled the best of what advocates of sexual abuse response reform are calling for in the Southern Baptist Convention. I was asked many questions to get clarity around what I was alleging as well as who was responsible. I shared how Dr. David Sills, then a tenured professor at The Southern Baptist Theological Seminary, first sexually acted against me on a mission trip in 2004, a pattern that continued and escalated for more than a decade following that trip.

By the time I shared about my abuse, I had been in counseling for more than two years, which had given me the tools and support I needed to extract myself from the situation. I had told my counselor, closest friends, as well as my pastor and his wife. I had not disclosed this to SBTS or the missions agency Dr. Sills led (on which I had previously served on the board) because of the very complicated, messy nature of the relationship and my fear

CONFIDENTIAL

GPSILLS_010162

of the collateral damage that telling would cause for those around him. That collateral damage was the reason that the abuse had continued for so long. The reason that a professor was able to continue grooming and taking advantage of his student was because I became like part of his family. This wasn't by accident; I believe it was by design. Having known that I experienced sexual abuse growing up, Dr. Sills assured me that the first incidents that happened on that mission trip weren't really my fault as I naturally felt—even though I had not initiated them and was shocked as the actions took place. He explained they were because of what happened to me when I was a child. He said that he could fix it by me becoming part of his family and then once I was part of his family, that sort of thing would never happen again. I now wonder if the only reason that a family relationship was ever presented as an option was to ensure I wouldn't tell what had happened in those first instances.

But a family relationship *did* develop. Over the years I spent weekends with them, my holidays with them, became an "aunt" to their grandchildren, and their grown children became like siblings to me. It looked idyllic on the surface. Except the pattern of inappropriate sexual activity continued throughout the relationship.

So that day when I shared what had happened to me with my boss at LifeWay and then later with SBTS President, Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately, and for so idolizing the idea of a whole family that I protected it despite what was happening within it. I am not a sinless victim. But I am a victim nonetheless. *(see note at bottom of page for context/addition on this paragraph as of February 2020)*

Dr. Mohler and SBTS immediately took action. After receiving my statement, they waited for Dr. Sills to return a couple days later from an overseas trip and met with him. I was told following that meeting that he had admitted, at least, to inappropriate sexual activity and tendered his resignation. At that time I requested very strongly that SBTS not share anything about the reason for his resignation as I was trying to protect his family who I knew was about to be reeling. They took that path, which is the standard protocol for employment matters, and the Baptist Press article noting his resignation did not reference a reason for his resignation. Following the seminary's action, Dr. Sills' church also took action. The denominational institutions, the local church, and the missions agency he led ultimately believed me, supported me, and took the action for which they were responsible.

Over the past nine months, I have walked through the aftermath of the disclosure, which has been traumatizing itself, at times. I have lost some of the relationships dearest to me and have sat ensconced in a grief that can only be caused by sin. I have come forth now, though, because I recently learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency. Multiple individuals who knew what happened with me heard about this and notified the missions agency of the reasons for his departure from his previous positions while letting me know they were doing so. As a result, he is no longer listed as a missionary with this agency.

But, I now realize that despite SBTS handling the situation justly and as I asked—without stating the reason for his resignation—it led to the exact kind of scenario the SBC is now trying to prevent.

CONFIDENTIAL

GPSILLS_010163

"If I were not to come forward with this letter, a church or ministry who receives Dr. Sills' CV and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent. We must clearly tell the truth so that our churches and ministries are safe and as pure as they can be.

It is my hope that my story, one in which a SBC entity and its leaders acted swiftly and justly to remove an abuser, but in which that same individual was also in a ministry position only months later, will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again. The only way I know to do that is to come forward myself. So, this is my way of doing just that. May God be glorified.

---

February 2020 note of clarification on statement regarding my sin: It has been nearly a year since I wrote this statement and almost two years since my initial abuse disclosure. At the time of these disclosures I was still in the early phases of therapy working through what had happened, how it had happened, why it had happened, and struggling to reconcile how clearly those facts established abuse with the sense of guilt I had for not telling faster or being able to stop it. This was guilt that he had cultivated, as well as an undercurrent of guilt due to my general disposition toward being obsessively scrupulous and fearful of sinning. Again, this was despite the fact that all those to whom I'd disclosed the full details had unequivocally confirmed it was completely abuse (including those who questioned the professor). I am so scared to not accurately and precisely speak about this experience. I do not want to sin or to miss any sin in me about anything in any situation. But abuse is confusing and an abuser manipulates, controls, disorients, and redefines reality. It takes time and work to find threads of clarity and to get those lies and manipulations out of your head. I'm still doing that and no where near finished, but what I now realize is that the statement above overstates any sin I may have had for not finding a way to tell faster. Additionally, some of the language I used has been broadly misunderstood. Most notably, "compliant" does not mean "consensual" and it comes with a context that is in itself abusive. I won't be any more specific about this because I'm still trying to find a way out of the trauma and confusion. That is also exactly why it is not best for someone to be encouraged to publicly disclose abuse while still in the process of recovery from abuse.

Powered by Squarespace.

CONFIDENTIAL

GPSILLS_010164

# To Southern Baptists

October 7, 2019

Yesterday I sat in my favorite room on earth, my church's chapel. I had to figure out whether to say anything about Baptist Press inaccurately reporting my abuse disclosure and if so what to say.

Provision. Power. Authority.

Misunderstanding these and seeing them so inconsistently modeled has been the root deception the enemy has most used in my life to harden my heart toward God, tempt me to despair, and to leave me confused as though I do not know the God who makes, defines, and keeps His promises. Misunderstanding or misappropriating provision, power, or authority is also at the root of the ungodly response I've most seen or had myself. We are completely unoriginal and yet we keep stumbling around as though we don't know what the problem is. It is the same temptation that we see throughout the Bible. We want to have what we want and when we aren't sure that is what God is going to give us, then we are tempted to use whatever means we have to try to make what we want to happen. I understand this pattern because I am a sinner who doesn't trust God to do what's best for her so in a moment of need tends to think that calling some other fallen human I trust to help me will take care of it, rather than believing that God actually knows how and where to lead me and will do so when I trust Him. It is that simple. Trust and obey—in the provision, power, and authority of God—not us. Only that isn't what I see us consistently doing either when given power or when power is used against us.

This is why I'm coming forward despite the fact that hasn't exactly worked out for me in the past. We should praise God for the evil that was exposed in our churches, entities, and denomination over the past

CONFIDENTIAL

GPSILLS_010165

eighteen months. We should pray for Him to purify us more fully. But we must start with submitting our own hearts to Him, not by gathering intel to strategize for . . . what? Our own dominion? Our personal kingdoms? Our self-protection? It all feels so important and crucial until you try to type it out and then it's really just sad. We are turning to one another for power and on one another to feed, obtain, and manipulate power. We need to be looking to God. Simply considering Him instead of ourselves. The God who has provided everything we need, has called us to model a power that is so mighty it knows it is not threatened by riding a donkey or washing dirty feet, and who promises His authority will keep His promises for His people regardless of what our only real enemy does. What in the world are we doing? Why are we not completely undone by how sinfully power drunk we are to so ignore the character, call, and commands of God in order to establish ourselves, our friends, and our pet theological rocks or tribes into power? Who do we hope in? Please don't just glaze over that as though it's a trite question. It is a foundational question that we have lost and are redefining to our peril and the peril of those God has called us to love, teach, serve, and lead. We hope in the Lord. We do not hope in the security of our generational power structure, our theological tribal force, or a group of confessionally aligned churches cooperating together(ish).

We must hope in God and rely on His power. The maker who is holy and yet can make a people in His image . . . even those who reject and defile His name. The Redeemer. The Holy One. God who made light out of nothing and a universe with His voice. One God who is somehow three distinct persons. He walked on water to a group of Jewish men scared in a boat and offered living water to a Samaritan woman whose whole life He knew. He loved wobbly Peter and scholarly Paul and wrestled with Jacob. He brought and stopped the plagues, can make a heart hard or soft, placed one of the persons of Himself in a girl's stomach as a tiny baby, died to defeat death, then rose so that He could teach us to love one another and follow all His commands as we do, came down as a fire to help us, gave us His Word written down perfectly by men who were sinners and then somehow sustained it for generations and through translations so we still hold it and trust it today. He has transformed lives that were not transformable—and He has never broken a promise. He is God and we are not, so we must stop grasping for His power as though the snake is not the one showing us the way.

https://www.lyellstatementonabuse.com
CONFIDENTIAL                                                                    GPSILLS_010166

Being sinned against is no excuse to spend our lives calling out the sin in others without having first considered it in ourselves. That's one of the reasons I'm reticent to speak about my experience with the Executive Committee leadership of the SBC. God has called us to tend to our hearts, ensure our motives before Him, and *only* then to expose the darkness so that it might be overcome by the truth. If we are not actually children of light, then we will not bear the fruit of light. I cannot say that I am without sin, for certain, but I have submitted myself to God's Word, His Spirit, sought counsel, and ultimately am convicted that I must trust and obey God:

> "For you were once darkness, but now you are light in the Lord. Live as children of light—for the fruit of the light consists of all goodness, righteousness, and truth—testing what is pleasing to the Lord. Don't participate in the fruitless works of darkness, but instead expose them. For it is shameful even to mention what is done by them in secret. Everything exposed by the light is made visible, for what makes everything visible is light. Therefore it is said: 'Get up, sleeper, and rise up from the dead, and Christ will shine on you.'" (Ephesians 5:8-14, CSB)

It is only compelled by the conviction of God's Word and under its authority that I am addressing this matter. Yes, the Executive Committee leadership and Baptist Press inaccurately reported what I alleged and that has resulted in significant loss, harm, and pain to me—all of which was unnecessary. And yes, I need to create a context in which there is clarity about that, but why do you want the knowledge of what happened? Do you want it to know how to guard your own heart against evil? Do you want it to know how to genuinely pray and intercede for God to bring about repentance and healing? Or because you know individuals involved or in authority over those involved and need the information to be a means of personal engagement (not social media) to call someone you know to repentance? If that's you and particularly if you're in a position of governing accountability over the Southern Baptist Convention, then prayerfully and soberly read on to the end. If not, though, please stop reading now. I'm serious. Stop and do something else instead. Please do not read one more word if you are going to use what you read for any purpose other than that which is honoring and pleasing to the Lord and do so with a heart that you first submit to Him.

I am not raising this issue for the sake of tearing anyone down, but rather pray that God uses it as a means of repentance, restoration, and revival.

Case 3:23-cv-00478   Document 411-3   Filed 11/03/25   Page 41 of 47 PageID #: 13268   3/9
https://www.lyellstatementonabuse.com
CONFIDENTIAL        GPSILLS_010167

It is also written with the conviction that we must confront and correct any place where we see a leadership culture that ever utilizes positional power to exert authority through the realms of personal preference and interest.

The most salient details that have been hidden in the darkness of my silence is that it was the initial leadership of Augie Boto, Sing Oldham, and Shawn Hendricks that led to the initial inaccurate reporting by Baptist Press in the March 8, 2019 article and then the subsequent actions of Dr. Sing Oldham, under the leadership of Dr. Ronnie Floyd, that left me without any recourse apart from further inaccuracies and escalation if I continued to pursue a correction. Jonathan Howe and Amy Whitfield have long been supportive, encouraging, and helpful to me. Because I knew they may end up working for the Executive Committee and saw the value they would bring to those roles, I have intentionally not turned to them for advocacy in this as all of my options were fully exhausted prior to either of them being in a position to address it.

I published my full statement on this page on March 8, 2019 after the inaccurate article went up and harassment began. That statement is exactly what Baptist Press had received from me and it was this statement that Dr. Mohler and the pastors of Ninth and O Baptist Church had stated they stood behind in the article published by Baptist Press. Later, beginning with an initial notification to Dr. Floyd of problems with the story during the SBC in Birmingham, and then while in a panic due to an author with whom I worked needing to correct another author's misunderstanding of my situation based on BP's reporting, I reached out to Shawn Hendricks to request the story just be removed. I had actually only read the story once at that point, had never Googled myself, and had been consistently told by those who cared for me that I needed to avoid doing both. I knew enough from messages I received every few days since BP released the article, to know what was out there was inaccurate. I didn't understand at that time that removing the article would actually be more problematic and just wanted everything to go away. My request to remove the story ultimately led to a meeting with Dr. Oldham, Shawn, and I—as requested by Dr. Oldham, then the VP for the Executive Committee who oversaw Baptist Press. I provided a detailed report of the timeline, actions, and conclusions of my abuse disclosure to LifeWay and The Southern Baptist Theological Seminary in May 2018, as well as a detailed explanation of the inaccurate nature of the Baptist Press article. Dr. Oldham counseled against removing the article as it

would have unintended consequences that could be worse for me and was not a practice that was considered journalistically sound. I realized this was wise as soon as he said it and acknowledged it as such. So both in that meeting and in the subsequent weeks of follow-up emails to Dr. Oldham, Shawn, and to Dr. Floyd, I consistently stated that removal of the article was not a solution to the problem they had created and instead requested an editorial note at the top of the article acknowledging the inaccurate language they had used. I stated that I would not draw public attention to the matter, but needed it corrected as it continued to result in harassment, misunderstanding, and harm to me and LifeWay.

I engaged Dr. Oldham and then Dr. Floyd, making this request and demonstrating the necessity of it by providing links to articles that had been built off their inaccurate reporting and demonstrating the damage that had been done to me. I wanted to ensure I had not misunderstood or missed any detail that perhaps I was unaware of, so I notified Dr. Mohler of this engagement and he confirmed the information I had shared with Dr. Floyd, Dr. Oldham, and Shawn Hendricks—which I then told Dr. Floyd had been confirmed by Dr. Mohler.

Ultimately on July 30, 2019, after the initial meeting and three weeks of emails providing every piece of documentation requested, the Executive Committee of the Southern Baptist Convention removed the article despite Dr. Oldham's own initial acknowledgement of the problems that would likely cause me, my expressed requests to not remove the article, and without notification to me. I then wrote Dr. Floyd on July 31 and begged him to please help me as a sister in Christ who had depended on him faithfully exercising his authority as the President and CEO of the Executive Committee to simply correct an inaccuracy created by the Executive Committee. On August 2, 2019, Dr. Oldham wrote to give me the option of the article being republished as a new story, only with an editorial note that was far from a correction and served as an editorial defense of their inaccurate language, even while acknowledging it had not been what I had reported. I was told by Dr. Oldham that if I left things as they were that the article would stay offline, but that if anything were posted, it would include that editorial language—and regardless of my response, they were filing the hardcopy of the article with the editorial note they had written. Essentially, I was to be quiet or have the matter escalated without any correction.

So I stayed quiet.

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　GPSILLS_010169

To say that it has been difficult is almost hilarious it is such an
understatement. I have physically deteriorated. I have felt as though I'm
living in an Alfred Hitchcock movie because it is so unfathomable to
understand how I could be spending hours upon hours dealing with this
on my own in light of all the documentation, clarity, and corroboration I
have from Southern Baptist leaders. I have grieved and questioned how I
could have been so naïve to trust again and paralyzed with fear to speak
because I cannot tolerate any more pain. All I have wanted is to move
on. To tell the truth and then serve God through the SBC. It is all I have
tried to do. I do not understand how or why that has led to this and I
cannot express how painful it is that it has. I also cannot imagine the
fortitude it has taken the men and women who have been trying to bring
light to these dark places and solitary requests to simply be accurate for
years and years. I am ashamed that I have not understood or cared
about them enough.

It is because my hope has been in the wrong place.

My hope is now only in God. And that is good. Very good. Right. Finally.
My prayer is only that He would help me to be faithful enough for it to
stay that way and protect my heart from any bitterness toward those who
have struggled to place their hope in God just as I have struggled to do. I
hope now we all will, but I'm just going to focus on me and mine.

---

# My Story of Sexual Abuse & Response in the SBC

Jennifer Lyell

March 8, 2019

Just over nine months ago I heard the story of Megan Lively, the former
Southeastern Baptist Theological Seminary student who had reported
her 2003 sexual assault to Dr. Paige Patterson and SEBTS. Megan attests
that Dr. Patterson did not take proper steps reporting the sexual assault
or caring for Megan in its aftermath. Records regarding her allegation

show that in 2003 she very clearly reported a nonconsensual sexual act performed against her person.

When I heard this story, something broke in me. Something that had been held tightly for years. I walked into the office of my boss at LifeWay and told him what I'd just heard about Megan's story. I don't remember what he said in reply, but it was something along the lines of how shocking it was. Except I wasn't shocked; if anything, I was shocked that he was. I remember thinking, "God is purifying His church. God be glorified" and then I spoke. I don't remember exactly what I said, but it was something along the lines of, "I was sexually abused by one of my seminary professors."

My boss was shocked and appalled. That one sentence I uttered began a rapid sequence of events that modeled the best of what advocates of sexual abuse response reform are calling for in the Southern Baptist Convention. I was asked many questions to get clarity around what I was alleging as well as who was responsible. I shared how Dr. David Sills, then a tenured professor at The Southern Baptist Theological Seminary, first sexually acted against me on a mission trip in 2004, a pattern that continued and escalated for more than a decade following that trip.

By the time I shared about my abuse, I had been in counseling for more than two years, which had given me the tools and support I needed to extract myself from the situation. I had told my counselor, closest friends, as well as my pastor and his wife. I had not disclosed this to SBTS or the missions agency Dr. Sills led (on which I had previously served on the board) because of the very complicated, messy nature of the relationship and my fear of the collateral damage that telling would cause for those around him. That collateral damage was the reason that the abuse had continued for so long. The reason that a professor was able to continue grooming and taking advantage of his student was because I became like part of his family. This wasn't by accident; I believe it was by design. Having known that I experienced sexual abuse growing up, Dr. Sills assured me that the first incidents that happened on that mission trip weren't really my fault as I naturally felt—even though I had not initiated them and was shocked as the actions took place. He explained they were because of what happened to me when I was a child. He said that he could fix it by me becoming part of his family and then once I was part of his family, that sort of thing would never happen again. I now wonder if the only reason that a family relationship was ever presented as an

CONFIDENTIAL                                                              GPSILLS_010171

option was to ensure I wouldn't tell what had happened in those first instances.

But a family relationship *did* develop. Over the years I spent weekends with them, my holidays with them, became an "aunt" to their grandchildren, and their grown children became like siblings to me. It looked idyllic on the surface. Except the pattern of inappropriate sexual activity continued throughout the relationship.

So that day when I shared what had happened to me with my boss at LifeWay and then later with SBTS President, Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately, and for so idolizing the idea of a whole family that I protected it despite what was happening within it. I am not a sinless victim. But I am a victim nonetheless.

Dr. Mohler and SBTS immediately took action. After receiving my statement, they waited for Dr. Sills to return a couple days later from an overseas trip and met with him. I was told following that meeting that he had admitted, at least, to inappropriate sexual activity and tendered his resignation. At that time I requested very strongly that SBTS not share anything about the reason for his resignation as I was trying to protect his family who I knew was about to be reeling. They took that path, which is the standard protocol for employment matters, and the Baptist Press article noting his resignation did not reference a reason for his resignation. Following the seminary's action, Dr. Sills' church also took action. The denominational institutions, the local church, and the missions agency he led ultimately believed me, supported me, and took the action for which they were responsible.

Over the past nine months, I have walked through the aftermath of the disclosure, which has been traumatizing itself, at times. I have lost some of the relationships dearest to me and have sat ensconced in a grief that can only be caused by sin. I have come forth now, though, because I recently learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency. Multiple individuals who knew what happened with me heard about this and notified the missions agency of the reasons for his departure from his previous positions while letting me know they were doing so. As a result, he is no longer listed as a missionary with this agency.

https://www.lyellstatementonabuse.com

CONFIDENTIAL                                                              GPSILLS_010172

But, I now realize that despite SBTS handling the situation justly and as I asked—without stating the reason for his resignation—it led to the exact kind of scenario the SBC is now trying to prevent.

If I were not to come forward with this letter, a church or ministry who receives Dr. Sills' CV and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent. We must clearly tell the truth so that our churches and ministries are safe and as pure as they can be.

It is my hope that my story, one in which a SBC entity and its leaders acted swiftly and justly to remove an abuser, but in which that same individual was also in a ministry position only months later, will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again. The only way I know to do that is to come forward myself. So, this is my way of doing just that. May God be glorified.

Powered by Squarespace.

Case 3:23-cv-00478    Document 411-3    Filed 11/03/25    Page 47 of 47 PageID #: 13274

CONFIDENTIAL                                                                              GPSILLS_010173