# Exhibit 12

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

MICHAEL DAVID SILLS and MARY SILLS,

    Plaintiffs,

v.                                    Case No.: 3:23-cv-00478

SOUTHERN BAPTIST CONVENTION, et al.,

    Defendants.

_____

REMOTE VIDEOTAPED 30(B)(6) DEPOSITION OF

NATHAN FINN

TAKEN ON

THURSDAY, AUGUST 28, 2025

10:21 A.M.

FRANKLIN, TENNESSEE 37067

1  Exhibit 4, page 57.
2      A.   Can you scroll down just a little bit so
3  that the entire motion is on the screen?
4      Q.   Yeah, all of paragraph 19.  Is that okay?
5      A.   Yes.
6      Q.   Okay.  Grant Gaines, Tennessee, presented
7  a motion to ask for an investigation of the
8  Executive Committee.  And it goes on:  That we ask
9  the newly elected president of the SBC to appoint a
10 task force within 30 days of the dates of this
11 convention that shall be comprised of members of
12 Baptist churches cooperating with this Convention,
13 and experts in sexual abuse and the handling of
14 sexual abuse related dynamics.
15           Did I read that correctly?
16     A.   You did.
17     Q.   With respect to Mr. Gaines' resolution,
18 who is the person that was referred to as the newly
19 elected president, in that first line?
20     A.   Can I say something for clarification
21 before I answer the question?  This is not a
22 resolution.  This is a motion.
23     Q.   Excuse me.  Thank you for correcting me.
24     A.   And the newly elected president of the SBC
25 in 2021 would have been Ed Litton.

1  page 6 of Exhibit 4, discuss at its 2022 Annual
2  meeting the Guidepost report?
3       A.   Yes.
4       Q.   Did the SBC, as defined in its charter on
5  page 6 of Exhibit 4, make available at its 2022
6  Annual meeting, copies of the report?
7       A.   No, the SBC did not.
8       Q.   Did somebody else?
9       A.   Yes.
10      Q.   Who?
11      A.   Baptist Press.
12      Q.   And Baptist Press is --
13      A.   Or Baptist -- Baptist Press reported where
14 it could be found, is what I should say.  I needed
15 to clarify that.
16      Q.   Okay.  I have to take a 15-minute break.
17 We'll be back at 3:15.
18           THE VIDEOGRAPHER:  Okay.  Please stand by.
19 The time is 2:54 p.m.  We are off the record.
20           (WHEREUPON, a recess was taken.)
21           THE VIDEOGRAPHER:  We are on the record.
22 The time is 3:18 p.m.  You may proceed.
23 BY MS. McNULTY:
24      Q.   Okay.  Does the SBC ever conduct an audit
25 of its handling of approved motions?