Exhibit 24



NAEGELI
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

Nationwide

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

Powerful
LITIGATION SUPPORT

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION


MICHAEL DAVID SILLS and MARY SILLS,

     Plaintiffs,

v.                     Case No. 3:23-cv-00478

SOUTHERN BAPTIST CONVENTION,

a non-profit corporation; et al.,

     Defendants.



VIDEOTAPED DEPOSITION OF


LAURA ERLANSON


TAKEN ON

TUESDAY, FEBRUARY 11, 2025

9:12 A.M.


RILEY & JACOBSON, PLC

1600 WEST END AVENUE

NASHVILLE, TENNESSEE 37203



(800) 528-3335 | NAEGELI DEPOSITION & TRIAL | NAEGELIUSA.COM

1   -- you're in between a question and a answer, we'll

2   stop. If you don't understand a question that I've

3   asked, just say "I don't understand," and I'll try

4   to rephrase it as best I can.

5           And for the sake of -- of making it move

6   along quickly, I've tried to phrase my questions in

7   a yes or no.  So if you will listen to the question,

8   answer yes or no.  If you need to explain, of

9   course, you may do so.

10          And so if you will state your name for the

11  record and where you're employed, please.

12      A.   My name is Laura Erlanson, and I work for

13  Baptist Press, which is under the umbrella of the

14  SBC Executive Committee.

15      Q.   Okay.  And are you represented by counsel

16  today?

17      A.   The Executive Committee counsel.  Yeah.

18      Q.   Have you seen a copy of the complaint in

19  this case?

20      A.   I don't know.  Have I?  I don't think so.

21  No.

22      Q.   And what's your understanding of what the

23  case is about?

24      A.   David Sills is alleging defamation.

25      Q.   Against all the defendants in the lawsuit?