# Exhibit 25

| | |
|---|---|
| **From:** | Shawn Hendricks [/O=SBCEXC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SHAWN HENDRICKS] |
| **Sent:** | 3/7/2019 10:00:00 PM |
| **To:** | Laura Erlanson [lerlanson@sbc.net]; David Roach [droach@sbc.net]; Sing Oldham [soldham@sbc.net] |
| **Subject:** | RE: Sills story |

Thanks Laura. Yes, these are all good things to consider before publishing and this is the reason we are running through our legal channels and why we have the processes we have in place. Your last paragraph about being complicit by not running anything is also a valid point. These are questions that we are grappling with and Dr. Oldham and I will discuss in the morning. Appreciate your concern and feedback.
Shawn

**From:** Laura Erlanson
**Sent:** Thursday, March 7, 2019 9:27 PM
**To:** Shawn Hendricks <shendricks@sbc.net>; David Roach <droach@sbc.net>; Sing Oldham <soldham@sbc.net>
**Subject:** Sills story

Let me start by saying I realize I have no authority here and I may be way overstepping my bounds. If so, I apologize.

I have a lot of misgivings about posting the story tomorrow. The facts as they read now seem like gossip about a long-term affair between two adults, though of course I don't fault David and Shawn for reporting the facts as they were given.

This is beyond the scope of any story we've run before, at least since I've been here. Of course, we have reported on these types of behaviors before, but not in this way and not as the original source. I think this story crosses us over some kind of Rubicon. It puts us in a totally different category of news outlet, and there's no going back to simply reporting the news and how it affects Southern Baptists. We're now making the news.

As much as I may like the idea of our being the ones to break a story and get an exclusive, it seems to me this story would be better reported by the Courier-Journal with follow up from Baptist Press on the ramifications. Or better yet, reported to the police (if indeed there was criminal behavior), which would certainly warrant a Baptist Press report. (Kentucky has no statute of limitations for sexual assault, by the way. I checked.) Mind you, I feel this way only because the facts in this particular case are so strange and not at all cut and dried.

Perhaps our declining to report it would be worse if it caused us to be seen as complicit or attempting to silence a victim. But I had to get on the record about this.



EXHIBIT
2
DEPONENT NAME:
Erlanson   DATE: 2/11/25