# Exhibit 31

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                     NASHVILLE DIVISION
 3
 4   MICHAEL DAVID SILLS and,    )
     MARY SILLS,                 )
 5                               )
         Plaintiffs,             )
 6                               )
     vs.                         ) Case No. 3:23-cv-00478
 7                               )
     SOUTHERN BAPTIST CONVENTION, ) JURY TRIAL DEMANDED
 8   a non-profit corporation;   )
     et al.,                     )
 9                               )
         Defendants.             )
10
11   -----------------------------------------------------
12
               THE VIDEOTAPED DEPOSITION OF
13
                     WILLIE MCLAURIN
14
               Wednesday, December 4, 2024
15
     -----------------------------------------------------
16
17
18
19
20
21
22
23
24
25

                                                    Page 1
```

Alpha Reporting                              800-556-8974
A Veritext Company                       www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 2 of 18 PageID #: 14651

| | |
|---|---|
| 1 | footnoted materials? |
| 2 | A.	No. |
| 3 | Q.	Okay.  What was your role with respect to the |
| 4 | task force and the Guidepost report? |
| 5 | A.	I did not have a specific role with the task |
| 6 | force itself.  My role with the task force was just |
| 7 | general as the administrator, to make sure that the |
| 8 | task force invoices were accurately processed for |
| 9 | payment. |
| 10 | Q.	With what frequency were invoices received? |
| 11 | A.	It was infrequent, and I don't recall exactly |
| 12 | because it was different frequencies. |
| 13 | Q.	Okay.  It wasn't every month? |
| 14 | A.	No.  I -- I don't recall exactly. |
| 15 | Q.	Okay. |
| 16 | A.	Yeah. |
| 17 | Q.	Uh-huh.  Who do you think would be a person, |
| 18 | by either title or name, that would know about the |
| 19 | history of the invoicing? |
| 20 | A.	The chairperson of the Sex Abuse Task Force |
| 21 | (sic). |
| 22 | Q.	Who was the chairperson? |
| 23 | A.	The first chairperson, I believe, was Bruce |
| 24 | Franks. |
| 25 | Q.	And did he leave his position as chairperson |

Page 24

Alpha Reporting	800-556-8974
A Veritext Company	www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 3 of 18 PageID #: 14652

```
 1    Q.         It's also elsewhere in the report.  But sort
 2    of --
 3    A.         Okay.
 4    Q.         -- in the same context --
 5    A.         Yeah.
 6    Q.         You know?  So relying on your initial cover-
 7    to-cover read of the report and then any subsequent
 8    references you've ever made going back to the report,
 9    can you recall you ever asking anyone to supply you
10    with the evidence of corroboration relating to Lyell's
11    allegations as referenced in the report?
12    A.         I don't recall that.
13    Q.         Uh-huh.  If I could direct you to page 80.
14    A.         Okay.  Yes.
15    Q.         And if you could just look at this last
16    paragraph.  It then goes onto page 81 at the top.  I
17    just want to ask you a question about that, so go ahead
18    and read that --
19    A.         Yes, ma'am.
20    Q.         -- to yourself.
21    A.         Okay.
22    Q.         Okay.  Okay.  The very last sentence on page
23    80.  It says, "At the request of executives at Lifeway,
24    as well as SBC entity heads."  Do you see that?
25    A.         Yes.
```

Alpha Reporting                         800-556-8974
A Veritext Company                      www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 4 of 18 PageID #: 14653

| | | |
|---|---|---|
| 1 | Q. | To the Credentials Committee, in relation to |
| 2 | | its role in this report. |
| 3 | A. | I had not. |
| 4 | Q. | Okay. What about in your capacity as interim |
| 5 | | president? |
| 6 | A. | Would you rephrase that question one more |
| 7 | | time? |
| 8 | Q. | Sure. |
| 9 | A. | Make sure I'm answering that -- |
| 10 | Q. | In your role as interim president -- |
| 11 | A. | Uh-huh. |
| 12 | Q. | -- specifically concerning the report, the |
| 13 | | release of the report, had you ever heard of any |
| 14 | | violence or threats of violence or coercion made by |
| 15 | | David Sills against Jennifer Lyell? |
| 16 | A. | The only information that I'm aware of is |
| 17 | | information that is contained here in the report. I |
| 18 | | hadn't heard anything. |
| 19 | Q. | And let me specify -- make a point of |
| 20 | | distinction. When you say the information contained in |
| 21 | | the report, you mean on the written pages? You did not |
| 22 | | review any of the footnote material, correct? |
| 23 | A. | Correct. I believe the footnote material was |
| 24 | | provided by Guidepost and -- as information that they |
| 25 | | retrieved during the investigation to kind of say, |

Page 51

Alpha Reporting 800-556-8974
A Veritext Company www.veritext.com
Case 3:23-cv-00478 Document 411-19 Filed 11/03/25 Page 5 of 18 PageID #: 14654

```
 1    BY MS. MCNULTY:
 2    Q.        I don't want to make you do this again.  So if
 3    we can find the notes on a break, it'd be easier.
 4                   MR. BEAN:  And we're not going to
 5    agree to have him do it again.  So just saying that for
 6    the record because I didn't have any -- I don't have
 7    any control over the notes.
 8                   MS. MCNULTY:  Right.  I understand.
 9                   MR. BEAN:  I know.
10                   MS. MCNULTY:  I understand.
11                   MR. BEAN:  And -- and when you get to
12    a decent stopping point, can we take a five-minute
13    break?
14                   MS. MCNULTY:  Yeah.  Why don't we do
15    that now?
16                   MR. BEAN:  Okay.
17                   THE WITNESS:  All right.
18                   MS. MCNULTY:  Yeah.  It's been --
19                   THE WITNESS:  Should I take the mic
20    off?
21                   MR. BEAN:  Yeah.
22                   THE VIDEOGRAPHER:  We're going off
23    the record at 10:26 a.m.
24                   (A break was taken from 10:26 a.m. to
25    10:37 a.m.)
```

Page 55

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 6 of 18 PageID #: 14655

```
 1    sound familiar, now that you --
 2    Q.        Okay.
 3    A.        -- mention it.
 4    Q.        And then I'm going to turn -- direct your
 5    attention to page 169 of the list.  And you can see in
 6    this top box with the photo is David Sills.  Have you
 7    ever met David Sills?
 8    A.        Never.
 9    Q.        Have you ever spoken to him?
10    A.        Never.
11    Q.        Have you ever heard anything about him other
12    than what was reported by Jennifer Lyell?
13    A.        Never.
14    Q.        You can see at the bottom of the David Sills
15    box it says, "Source:  Baptist Press."  Do you see
16    that?
17    A.        I see that.
18    Q.        Okay.  I want to ask you a couple questions
19    about Baptist Press.
20                      MR. BEAN:  Done with that exhibit?
21                      MS. MCNULTY:  Yes.  You can set that
22    aside.
23                      MR. BEAN:  I'll take it.
24    BY MS. MCNULTY:
25    Q.        It's true that Baptist Press is funded and
```

Page 57

Alpha Reporting                           800-556-8974
A Veritext Company                  www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 7 of 18 PageID #: 14656

```
 1    managed by the Executive Committee?
 2    A.         That is right.
 3    Q.         In 2022, you were the interim president,
 4    right?
 5    A.         Correct.
 6    Q.         Is it accurate that there were 14 million
 7    members within the SBC?
 8    A.         Approximately.
 9                      MR. PIETSCH:  Object to the form.
10                      THE WITNESS:  Approximately.
11    BY MS. MCNULTY:
12    Q.         Approximately 47,000 churches as of 2022?
13    A.         Approximately.
14    Q.         Executive Committee uses Baptist Press to keep
15    its members informed; is that right?
16    A.         Executive Committee -- rephrase that again.
17    So --
18    Q.         Sure.
19    A.         Uh-huh.
20    Q.         It's true that Executive Committee uses
21    Baptist Press to keep its members informed?
22    A.         Are you referring to the members of the
23    Executive Committee or the Southern Baptist Convention?
24    Q.         The Southern Baptist Convention.
25    A.         Baptist Press is an independent news service
```

Page 58

Alpha Reporting                              800-556-8974
A Veritext Company                        www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 8 of 18 PageID #: 14657

```
 1   A.      The list would be the list that was discovered
 2   during the Guidepost investigation.
 3   Q.      Okay.  And so in the first paragraph, where it
 4   says, "The recently released Guidepost report revealed
 5   a list of alleged abusers compiled by a former employee
 6   of the SBC Executive Committee;" is that right?
 7   A.      That's right.
 8   Q.      Okay.  With regard to David Sills, what are
 9   the heinous acts alleged about him?
10   A.      The -- rephrase that question again -- make
11   sure I'm answering.
12   Q.      Sure.
13   A.      Yeah.
14   Q.      With -- let me back up.  David Sills is on the
15   list, right?
16   A.      Right.
17   Q.      Okay.  Why is David Sills on the list?
18   A.      So the list is a list of -- of alleged
19   abusers.  And so the allegation or the allegedness
20   (sic) is someone had alleged that he had -- you know,
21   engaged in some type of -- of act.  And so the list was
22   alleged.
23   Q.      Is there any person on the list against whom
24   allegations were made, and there was not a formal
25   charge or conviction for those people?
```

Page 65

Alpha Reporting                          800-556-8974
A Veritext Company                   www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 9 of 18 PageID #: 14658

1    A.        So what we did as leaders at that time, we
2    wanted the list to do a couple of things.  We wanted to
3    -- it to be as accurate.  So we engaged with our legal
4    counsel.  And our legal counsel helped to set the
5    parameters.  They actually set the parameters on
6    releasing the list.
7    Q.        Who -- who was the legal counsel?  What's
8    their name?
9    A.        That would have been the EC's legal counsel.
10   And Gene Besen and Scarlett Nokes, or -- Nokes.
11   Q.        Uh-huh.  So that doesn't quite answer my
12   question.
13   A.        Okay.
14   Q.        Is there any person on the list, other than
15   David Sills, who is on the list only because of an
16   allegation and doesn't have a conviction or a formal
17   charge?
18                  MR. BEAN:  Objection to form, but you
19   can answer that.
20                  MS. MCNULTY:  Go ahead.
21                  THE WITNESS:  Yeah.  I -- I don't
22   know specifically if there are other people that have
23   allegations.  However, the -- yeah.
24   BY MS. MCNULTY:
25   Q.        What discussion did you have with Elizabeth

Alpha Reporting          800-556-8974
A Veritext Company        www.veritext.com

```
 1    Dickson never came to you for permission?
 2                    MR. BEAN:  Objection to form.
 3                    THE WITNESS:  What --
 4                    MR. BEAN:  Go ahead.
 5                    MR. OTCHY:  Objection to form.
 6                    THE WITNESS:  What I'm -- what I'm --
 7    what I'm saying is that the Executive Committee was
 8    brought an investigation by the Southern Baptist
 9    Convention.  And the Sex Abuse Task Force engaged with
10    an outside party to do the investigation.  And the job
11    of the Executive Committee was to be cooperative to the
12    responses from the Sex Abuse Task Force, thus,
13    Guidepost.
14                    And so I would not have had any
15    authority to give any guidance for or against anything
16    because the EC was the ones being investigated.  So the
17    outside party was -- we were -- we were tasked to be
18    cooperative.
19    BY MS. MCNULTY:
20    Q.       Did you ever have any conversation with
21    Elizabeth Dickson about the list?
22    A.       I never did.
23    Q.       Did you have an understanding that Elizabeth
24    Dickson compiled a list?
25    A.       Now, I have that understanding, but I did not
```

Page 68

Alpha Reporting                                      800-556-8974
          A Veritext Company                   www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 11 of 18 PageID #: 14660

1 | have that understanding during the -- prior or during
 2 | the investigation.
 3 | Q.         When you say now, do you mean literally in
 4 | this moment, or do you mean currently, in general?
 5 | A.         Currently, in general.
 6 | Q.         Okay.  In relation to this -- this case, you
 7 | came to know that?
 8 | A.         Right.
 9 | Q.         Did anyone other than your lawyer tell you
10 | that, or did you have conversation with anyone other
11 | than your lawyer about Elizabeth Dickson?
12 | A.         This is the first conversation that I've had
13 | about Elizabeth Dickson.
14 | Q.         Uh-huh.  When's the last time you spoke with
15 | Elizabeth Dickson?
16 | A.         I don't recall ever speaking to Elizabeth
17 | Dickson.  I don't recall.  Maybe one time.  And that
18 | was surrounded around -- she was doing some writing for
19 | the EC on some other related matters.  And that's the
20 | only time I remember.  One time, just saying, We're
21 | going to keep you writing.
22 | Q.         Did she have -- was she trained or experienced
23 | as a writer?
24 | A.         I -- I don't know if she was trained or
25 | experienced.  She was already doing that prior to me

Page 69

Alpha Reporting                                    800-556-8974
        A Veritext Company                  www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 12 of 18 PageID #:
                                      14661

```
 1   Q.       You would not have had any substantive
 2   conversation with Elizabeth Dickson?
 3   A.       I would have had any substantive conversation.
 4   Q.       Uh-huh.  Going back to this first paragraph
 5   and the heinous acts, are you able to, as you sit here
 6   today, enumerate for me or describe any heinous acts
 7   that the Executive Committee contends were committed by
 8   David Sills?
 9   A.       I cannot.
10   Q.       Why not?
11   A.       I don't have -- this statement here, the --
12   here was all related to the list that was released.
13   And so it was based off of the alleged, but I don't
14   have any specific --
15   Q.       Okay.
16   A.       -- evidence.
17   Q.       If you could turn to the next page, please.
18   And if you'd like, you -- you can go ahead and read
19   that to yourself.  I'm just going to ask you --
20   A.       Sure.
21   Q.       -- a question.  But I think it's fair for you
22   to have read it.
23   A.       Okay.
24                    MR. BEAN:  The rest of the May 26th
25   --
```

Page 71

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 13 of 18 PageID #: 14662

```
 1                MS. MCNULTY:  Yeah.  Yeah.
 2                MR. BEAN:  Okay.  Sure.
 3                MS. MCNULTY:  I think so, yeah.
 4                THE WITNESS:  Okay.  Okay.
 5     BY MS. MCNULTY:
 6     Q.        Okay?
 7     A.        Yes.
 8     Q.        All right.
 9     A.        Yeah.
10     Q.        So I'm looking at that second full paragraph.
11     And it says, "In making redaction decisions, counsel to
12     the Executive Committee included, in their entirety,
13     entries that reference an admission, confession, guilty
14     plea, conviction, judgment, sentencing, or inclusion on
15     a sex offender registry."  Do you see that?
16     A.        I see that, yes.
17     Q.        How was that redaction decision made?
18     A.        Myself and Rolland Slade, as the leaders, we
19     engaged with legal counsel to -- to -- to give out --
20     put that together.
21     Q.        Okay.  And are the legal counsel Gene and
22     Scarlett?
23     A.        Yes.
24     Q.        And -- okay.  And then it goes on to say, "The
25     only exception to those entries is the redaction of
```

Page 72

Alpha Reporting                        800-556-8974
A Veritext Company                   www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 14 of 18 PageID #: 14663

```
 1    names or identifying information of survivors and/or
 2    other individuals unrelated to the offender."  Do you
 3    see that?
 4    A.         I see that.
 5    Q.         And how did that exception policy get
 6    developed?
 7    A.         Yeah.  We depended upon legal counsel to
 8    determine the parameters of the redaction of the list.
 9    Q.         And then in the second to last sentence, it
10    says, "Other entries where preliminary research did not
11    indicate a disposition that fits within the described
12    parameters have been redacted."  Do you see that?
13    A.         Yes.
14    Q.         Okay.  And so that means that the content
15    associated with that offender would have been redacted
16    in black, correct?
17    A.         I -- I would -- I would tend to agree with
18    that.
19    Q.         Yeah?  And then you and -- and Rolland Slade
20    then published the list with this joint statement on
21    May 26th; is that right?
22    A.         That's right.
23    Q.         Yeah.  And even as we sit here today, the list
24    is still accessible on the Executive Committee's
25    website?
```

Page 73

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 15 of 18 PageID #: 14664

1   A.        I -- I believe it is.
2   Q.        Okay.  The May 26th statement that is in
3   Exhibit 4, the copy I have in front of you, that truly
4   and accurately reflects the original statement that you
5   prepared with Pastor Slade for release back in May of
6   2022; is that right?
7   A.        Yeah.  Pastor Slade and I would have approved
8   --
9   Q.        Yeah.
10  A.        -- the statement being released.
11  Q.        Yeah.  And this copy is -- is a true and
12  accurate representation of your original statement,
13  right?
14  A.        Yes.
15  Q.        Okay.  That's an evidentiary thing --
16  A.        Okay.  Okay.
17  Q.        -- because I know --
18  A.        Okay.  Okay.
19  Q.        -- it seems strange.
20            Okay.  Moving on to the May 25th statement.
21  You might as well read that to yourself and --
22  A.        Okay.
23  Q.        -- let me know.  Okay.
24  A.        Okay.
25  Q.        If -- if I had not allowed you to review the

Page 74

Alpha Reporting                        800-556-8974
A Veritext Company                 www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 16 of 18 PageID #:
                                     14665

```
 1                    MS. MCNULTY:  -- answer the question.
 2                    MR. BEAN:  So you -- just to be
 3    clear, you're saying at any time, was he in favor -- at
 4    -- at the time the list was released -- you're not
 5    saying in the confines of any executive session
 6    meeting, what -- what was discussed?  It's --
 7                    MS. MCNULTY:  Correct.
 8                    MR. BEAN:  Okay.
 9    BY MS. MCNULTY:
10    Q.        After the report was published, were you in
11    favor of releasing the list?
12    A.        After the report was published, there was a --
13    a -- there was a -- a general consensus from our
14    trustees at the Executive Committee that the list, as a
15    matter of transparency, needed to be released.
16    Q.        You were not in opposition to that?  I mean,
17    you were in favor of that, yes?
18    A.        I was not in opposition to that.  My name is
19    on the -- on the release.
20    Q.        Yeah, okay.  Well, this is -- I'm going to
21    mark as Exhibit 6 Lyell 00185173, which is a tweet.
22                    (Exhibit No. 6 was marked.)
23    BY MS. MCNULTY:
24    Q.        Sir, I'm going to represent to you -- this is
25    a --
```

Page 90

Alpha Reporting                                800-556-8974
A Veritext Company                         www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 17 of 18 PageID #: 14666

```
 1    A.        I don't know personally of David Sills' abuse.
 2    Q.        And you don't have any papers that you looked
 3    at or rely on?  Meaning, everything you have, you
 4    produced for us?
 5                   MR. BEAN:  Objection to form.  You
 6    can -- you can answer.
 7                   THE WITNESS:  The Guidepost report
 8    has the -- I think the information you had me to look
 9    at earlier, which I was familiar with that, where there
10    have been on the Guidepost investigation that had
11    corroborated or shared with Baptist Press if there was
12    some allegations --
13                   MS. MCNULTY:  Right.
14                   THE WITNESS:  -- that were there.  So
15    that's all the information I have.
16    BY MS. MCNULTY:
17    Q.        But as you sit here today, you don't know that
18    he sexually abused Jennifer Lyell?
19                   MR. BEAN:  Objection to form.  You
20    can answer.
21                   THE WITNESS:  I don't know that he
22    did or he didn't.  I don't know.
23    BY MS. MCNULTY:
24    Q.        Okay.  All right.  No.  Oh, look at No. 17 on
25    page 9.  Did the Executive Committee have a human
```

Page 99

Alpha Reporting                          800-556-8974
A Veritext Company                       www.veritext.com
Case 3:23-cv-00478   Document 411-19   Filed 11/03/25   Page 18 of 18 PageID #: 14667