# Exhibit 39

# Jaime Jordan

| | |
|---|---|
| **From:** | Shawn Hendricks <shendricks@sbc.net> |
| **Sent:** | Friday, March 8, 2019 12:49 PM |
| **To:** | David Roach; Jim Guenther |
| **Cc:** | Jaime Jordan; Sing Oldham |
| **Subject:** | RE: BP story for review |

Will look to make those changes. Also, copied Dr. Oldham. Thanks for the feedback.

**From:** David Roach
**Sent:** Friday, March 8, 2019 12:47 PM
**To:** Jim Guenther <JPGuenther@gjplaw.com>
**Cc:** Jaime Jordan <JDJordan@gjplaw.com>; Shawn Hendricks <shendricks@sbc.net>
**Subject:** RE: BP story for review

Thanks for the quick feedback. I'm copying Shawn so he can decide what to do.

**From:** Jim Guenther [mailto:JPGuenther@gjplaw.com]
**Sent:** Friday, March 8, 2019 12:45 PM
**To:** David Roach <droach@sbc.net>
**Cc:** Jaime Jordan <JDJordan@gjplaw.com>
**Subject:** RE: BP story for review

Might you say in the first paragraph: details of WHAT SHE SAYS WAS a morally inappropriate relationship with Sills for more than a decade, beginning while she was a Southern Seminary student.

and the ALLEGED relationship continued in the second.

I am glad to see you tried to contact Sills.


James P. Guenther
GUENTHER, JORDAN & PRICE, PC
2100 West End Ave, Ste 1150
Nashville, TN  37203
**Telephone:  (615) 329-2100**
Fax:  (615) 329-2187

**From:** David Roach <droach@sbc.net>
**Sent:** Friday, March 8, 2019 12:33 PM
**To:** Jim Guenther <JPGuenther@gjplaw.com>
**Cc:** Shawn Hendricks <shendricks@sbc.net>
**Subject:** BP story for review

Mr. Guenther,

Are you able to review this BP story for any legal concerns? Shawn has been working with Jaime on it, but with Jaime on the road at the moment, we were hoping you might give it a final review. Thanks.

Exhibit 00020

1

Case 3:23-cv-00478    Document 411-23    Filed 11/03/25    Page 2 of 4 PageID #: 14726

Confidential                                    GPSILLS_002601

David

New details of former SBTS
prof's resignation alleged
By David Roach & Shawn Hendricks

LOUISVILLE, Ky. (BP) -- Nine months after Southern Baptist Theological Seminary professor David Sills resigned for undisclosed reasons, a woman has released a statement of allegations including details of a morally inappropriate relationship with Sills for more than a decade, beginning while she was a Southern Seminary student.

In a release to Baptist Press and others, Jennifer Lyell, now 41 and director of the books ministry area at LifeWay Christian Resources, alleged sexual contact with Sills began on a mission trip in 2004. At the time, she was a 26-year-old master of divinity student, and the relationship continued until she was 38, spanning a period in which Lyell moved from Louisville, Ky., to Chicago and then to Nashville, she told BP. She graduated from Southern with a master of divinity in 2006 and enrolled in an SBTS doctoral program for one year after that.

Southern Seminary President R. Albert Mohler Jr. told BP he could not say why Sills' employment at the seminary ended. But Mohler confirmed that Lyell shared allegations with him in May 2018 and that Southern, as Lyell stated, "immediately took action."

Lyell said in her statement, "The denominational institutions, the local church, and the missions agency [Sills led] ultimately believed me, supported me, and took the action for which they were responsible."

BP reported Sills' resignation in June 2018 based on reporting by North Carolina's Biblical Recorder newsjournal, which cited a statement from the seminary affirming that Mohler "received the resignation of Dr. David Sills from the Southern Seminary faculty on May 23, 2018."

It further stated, "Southern Seminary is committed to the highest standards of both principle and policy. Our policies and procedures are clear and are consistently applied. Because this is a personnel matter, we cannot comment further."

Sills, former professor of missions and cultural anthropology at Southern, did not respond to BP's request for comment.

Part of Lyell's reason for remaining silent and in the relationship for as long as she did, she stated, was because she "became like part of [Sills'] family" and feared "the collateral damage that telling would cause for those around him." In her statement, Lyell accused Sills of "grooming and taking advantage of his student."

Lyell first disclosed the alleged relationship to a therapist in March 2016, she said. Just over two years later, she stated the allegations to then-LifeWay Senior Vice President Eric Geiger and Mohler.

"When I shared what had happened to me with my boss at LifeWay [Geiger] and then later with SBTS President Dr. R. Albert Mohler, I was quick to also share the responsibility I bore for being compliant at times, for not telling immediately and for so idolizing the idea of a whole family that I protected it despite what was happening within it," Lyell said. "I am not a sinless victim. But I am a victim nonetheless."

Geiger, senior pastor of Mariners Church in Irvine, Calif., confirmed to BP that Lyell shared her allegations with him. Geiger told Lyell he was "responsible to

2

Confidential GPSILLS_002602

share" the allegations with Southern and invited her to participate in the process, Geiger recounted to BP. The same day, Geiger and Lyell contacted Mohler, he said.

Mohler told BP his "encouragement from the start in any case such as this is that authorities be contacted" and that only law enforcement should judge whether laws may have been violated in such situations. Yet victims who are not minors must decide for themselves whether to contact authorities, he said. Lyell told BP she has attempted to contact the Louisville Metro Police Department's Special Victims Unit.

Mohler commended Lyell's courage in coming forward. "I stand behind her in [her public statement] and believe she is acting righteously," he told BP.

The Louisville, Ky., church where Sills was a member, Lyell said, also "took action" following the seminary's action.

Louisville's Ninth and O Baptist Church told BP it is the congregation referenced in Lyell's statement. The church said it acted "swiftly and firmly" and that Sills is no longer a member.

Sills also served as an International Mission Board trustee and a member of the IMB's presidential search committee. He resigned from his trustee post, and as a result from the search committee, in May 2018.

Lyell decided to make her allegations public, she said, when she "learned that Dr. Sills had been appointed as a missionary with a non-SBC missions agency."

"I now realize that despite SBTS handling the situation justly and as I asked -- without stating the reason for his resignation -- it led to the exact kind of scenario the SBC is now trying to prevent," she said.

"If I were not to come forward with this [statement], a church or ministry who receives Dr. Sills' [resume] and does an internet search for him would have no way to know the truth behind his resignation. There are plenty of reasons to stay silent in a situation such as this. But we must not be silent."

Geiger said he contacted the other missions agency -- which he identified as Global Outreach International -- and they removed Sills from their employment.

In June, BP reported Sills also had resigned as president of Reaching and Teaching International Ministries, a missions organization that engages in discipleship and theological education internationally. Lyell is a former Reaching and Teaching International board member.

Reaching and Teaching International told BP in a statement that they are aware of a statement by Lyell regarding her allegations involving an inappropriate relationship and "are committed to ensuring a culture of transparency and accountability."

Lyell said, "It is my hope that my story, one in which a SBC entity and its leaders acted swiftly and justly ... but in which that same individual was also in a ministry position only months later, will also help to illustrate the need for some form of a reporting tool that can ensure that those who have victimized others from a ministry position are unable to ever do so again."

--30--

3

Case 3:23-cv-00478     Document 411-23     Filed 11/03/25     Page 4 of 4 PageID #: 14728

Confidential                                                                                           GPSILLS_002603