Exhibit 42

# AFFIDAVIT OF SERVICE

**State of Alabama**                    **County of Mobile**                              **Circuit Court**

Case Number: 02-CV-2022-902045.00

Plaintiff:
**Michael David Sills et al,**

vs.

Defendant:
**Southern Babtist Convention et al**

For:
Nanci-Taylor Maddux
Barrett Law Group, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095

Received by Louisville Metro Process Services on the 21st day of November, 2022 at 5:18 pm to be served on **R. Albert Mohler, Jr., 2825 Lexington Rd, Louisville, KY 40206**.

I, Samantha Ramey, being duly sworn, depose and say that on the **28th day of November, 2022** at **6:33 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Civil Summons, Civil Case Cover Sheet, Complaint Jury Trial Demanded** with the date and hour of service endorsed thereon by me, to: **R. Albert Mohler, Jr.** at the address of: **2825 Lexington Rd, Louisville, KY 40206**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 6'0, Weight: 175, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28th day of November, 2022 by the affiant who is personally known to me.

_Lisa M. Luce KYNP34069_
NOTARY PUBLIC

_Samantha Ramey_

**Samantha Ramey**
Process Server

**Louisville Metro Process Services**
9513 Dixie Hwy.
Louisville, KY 40272
(502) 489-4533

Our Job Serial Number: LOM-2022000300

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

# SUMMONS
## - CIVIL -

**Court Case Number**
02-CV-2022-902045.00

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** R. ALBERT MOHLER JR., 2825 LEXINGTON ROAD, LOUISVILLE, KY 40206

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
R. Albert Mohler JR.  in  Jefferson County  County,
*(Name of Person Served)* *(Name of County)*

~~Alabama~~ Kentucky on November 28th. 2022

9513 Dixie Hwy LouKy 40272
*(Address of Server)*

Special Bailiff/Process server
*(Type of Process Server)*

Samantha Ramey
*(Server's Signature)*

Samantha Ramey
*(Server's Printed Name)*

502-835-8407
*(Phone Number of Server)*

## AFFIDAVIT OF SERVICE

Case No. _____02-CV-2022-902045.00_____

| | | |
|---|---|---|
| MICHAEL DAVID SILLS & MARY STILLS | § | IN THE CIRCUIT COURT |
| vs. | § | |
| SOUTHERN BAPTIST CONVENTION | § | MOBILE COUNTY, ALABAMA |

Received by _____STEVEN SMITH_____ on the 21th day of _____NOVEMBER_____, 2022,

at __4:35__ o'clock _P_.M., to be served on _____BART BARBER_____

located at 124 SOUTH WASINGTON ST FARMERSVILLE, TX 75442 _____. I,

_____STEVEN SMITH_____, being duly sworn, depose and say that on the 30th day of _____NOVEMBER_____,

_2022_, at __8:02__ o'clock _P_. M., executed by delivering a true copy of the _____COMPLAINT_____

_____

_____ in accordance with state statutes in the manner marked below:

○ IN PERSON: Delivered to the within-named person, _____

_____

○ IN PERSON-ALT ADDRESS: Delivered to the within named person, _____

located at _____

◉ CORPORATE SERVICE: By delivering to BART BARBER _____ as AGENT _____

OF THE SOUTHERN BAPTIST CONVENTION

○ SUBSTITUTED SERVICE: By _____

_____

○ NON-SERVICE: For the reason(s) listed in the comments below.

**Comments:** _____

_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this delivery was made.

_____STEVEN SMITH_____, #SCH19477EXP2/28/23.
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the 1st day of _December_, 2022, by the affiant who is personally known to me.

NOTARY PUBLIC State of Texas

SHANDA SMITH
Notary Public, State of Texas
Comm. Expires 02-10-2023
ID 13011209T



AlaFile E-Notice

02-CV-2022-902045.00

To: TIFFANY N. RAY
tiffany@taylormartino.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL
02-CV-2022-902045.00

The following RETURN ON SERVICE - SERVED was FILED on 11/21/2022 2:18:26
PM

Notice Date:     11/21/2022 2:18:26 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
11/21/2022 2:18 PM
02-CV-2022-902045.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | C<br>02-CV-2022-902045.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** ED LITTON, 1627 SILVER CREEK DRIVE, SARALAND, AL 36571

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                          *[Name(s)]*

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Kathy Litton (wife) in Mobile County,
*(Name of Person Served)*          *(Name of County)*

Alabama on 11.21.22 @ 1:15Pm .
*(Date)*

Private                    Tyler Robertson          452 Gov. St.
*(Type of Process Server)*    *(Server's Signature)*        *(Address of Server)*

Tyler Robertson        Mobile Al. 36602
*(Server's Printed Name)*      251 434 0393
                               *(Phone Number of Server)*

## 02-CV-2022-902045.00
MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

| C001 - MICHAEL DAVID SILLS | v. | D002 - ED LITTON |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2022-902045.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL**

NOTICE TO: ERIC GEIGER, 1601 CASTLE CIRCLE, CORONA DEL MAR, CA 92625

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

| ERIC GEIGLER | in | ORANGE county California | County, |
|---|---|---|---|
| *(Name of Person Served)* | | *(Name of County)* | |

California

~~Alabama~~ on ___11/22/2022 @ 2:24 p.m.___

*(Date)*

Registered Process Server

*(Type of Process Server)*

Orange County PSC# 1852

*(Server's Signature)*

Richard Steiber

*(Server's Printed Name)*

14271 Jeffrey Road, Suite 308

*(Address of Server)*

Irvine, CA 92620

(949) 295-8028

*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>02-CV-2022-902045.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVEN, 901 COMMERCE STREET, NASHVILLE, TN 37203

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____ .
*(Date)*

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Phil Baker authorized officer in Davidson _____ County,
*(Name of Person Served)* *(Name of County)*

Tennessee
~~Alabama~~ on 11/28/2022 .
*(Date)*

Private
*(Type of Process Server)*

Tom A. Clark
*(Server's Signature)*

Tom A. Clark
*(Server's Printed Name)*

**Expedite**
*(Address of Server)*
5009 Stillwood Drive
Nashville, TN 37220
615-651-8601
*(Phone Number of Server)*

---

**Plaintiff / Petitioner:**

Michael David Sills and Mary Sills

**Defendant / Respondent:**

Southern Baptist Convention

**AFFIDAVIT OF SERVICE**

Index No:
02-cv-2022-902045

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in Bronx County. That on Tue, Nov 22 2022 AT 11:16 AM AT 28 Liberty Plaza 42 floor, New York, NY 10005 deponent served the within Summons and Complaint, Civil Cover Sheet, Demand for Jury Trial Notice of E- File (Received Nov 21, 2022 at 3:30pm EST) on Guidepost Solutions, LLC, c/o CT Corporation System

| | |
|---|---|
| ☐ | **Non-Service:** |
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☒ | **Corporation:** by delivering a true copy of each to Carlos Bobe personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Intake Specialist thereof. |
| ☐ | **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. |
| ☐ | **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at |
| | _____ |
| ☐ | **Mailing:** The office also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____. |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 55 | | Ethnicity: Caucasian | | Gender: Male | | Weight: 250 | |
| Height: 5'5" | | Hair: Black | | Eyes: | | Relationship: Intake Specialist | |
| Other | | | | | | | |

_____

Ivan Gregg
2072478-DCA

Sworn to before me on November, 28 2022

_____

Jack Johnson
Notary Public State of New York
No. 01JO6404602
Qualified in Kings County
Commission Expires 2/24/2024

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2022-902045.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** JENNIFER LYELL, 4316 MORRISWOOD DRIVE, NASHVILLE, TN 37204

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY                                                                                                                              ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602                         .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                   *[Name(s)]*

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.                                   _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Jennifer Lyell _____ in __ Davidson _____ County,

*(Name of Person Served)*      *(Name of County)*

Tennessee

Alabama on __ 11/28/2022 __ .

*(Date)*

Private

*(Type of Process Server)*

Tom A. Clark *(Server's Signature)*

Tom A. Clark

*(Server's Printed Name)*

**Expedite**

*(Address of Server)* 3089 Stillwood Drive

Nashville, TN 37220

615-551-9601

*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2022-902045.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL**

NOTICE TO: ROLLAND SLADE, 9127 LA LARGA VIS, SPRING VALLEY, CA 91977

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT AND OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Rolland Slade in San Diego _____ County,
*(Name of Person Served)*         *(Name of County)*
California           9127 La Larga Vis Spring Valley, CA 91977
Alabama on 11-21-2022 at 7:38pm.
*(Date)*
                                          Closdsad
                                          *(Address of Served)*
Registered #1874                          2445 Morena Blvd #201
*(Type of Process Server)*      Kell Haynove     San Diego, CA 92110
                    *(Server's Signature)*
                    Kelli Hardgrove     1019-275-6400
                    *(Server's Printed Name)*   *(Phone Number of Server)*

**02-CV-2022-902045.00**
MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

| C001 - MICHAEL DAVID SILLS | v. | D008 - ROLLAND SLADE |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

Plaintiff / Petitioner:

Michael David Sills and Mary Sills

Defendant / Respondent:

Southern Baptist Convention

**AFFIDAVIT OF SERVICE**

Index No:
02-cv-2022-902045

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in Bronx County. That on Tue, Nov 22 2022 AT 11:16 AM AT 28 Liberty Plaza 42 floor, New York, NY 10005 deponent served the within Summons and Complaint, Civil Cover Sheet, Demand for Jury Trial Notice of E- File (Received Nov 21, 2022 at 3:30pm EST) on Solution Point International, Inc. d/b/a Guidepost c/o CT Corporation System

☐    **Non-Service:**

☐    **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒    **Corporation:**    by delivering a true copy of each to Carlos Bobe personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Intake Specialist thereof.

☐    **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐    **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐    **Mailing:** The office also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐    **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:

| | | | | | | |
|---|---|---|---|---|---|---|
| Age: 55 | Ethnicity: Caucasian | | Gender: Male | | Weight: 250 | |
| Height: 5'5" | Hair: Black | | Eyes: | | Relationship: Intake Specialist | |
| Other | | | | | | |

Sworn to before me on   November, 22 2022

_____

Ivan Gregg
2072478-DCA

Jack Johnson
Notary Public, State of New York
No. 01JO6404602
Qualified in Kings County
Commission Expires 2/24/2024

# AFFIDAVIT OF SERVICE

**State of Alabama**                    **County of Mobile**                    **Circuit Court**

Case Number: 02-CV-2022-902045.00

Plaintiff:
**Michael David Sills and Mary Sills**

vs.

Defendant:
**Southern Baptist Convention**

For:
Barrett Law Group, P.A.
404 Court Square North
PO Box 927
Lexington, MS 39095

Received by Platinum Process Servers on the 21st day of November, 2022 at 3:03 pm to be served on
**Southern Baptist Convention, c/o J. Randall Frost, 200 Main Street, Ste 600, Gainesville, GA 30503**.

I, Jason Garmon GA CPS #356, being duly sworn, depose and say that on the **22nd day of November, 2022** at **4:42 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Notice of Electronic Filing, Summons, Cover Sheet Circuit Court - Civil Case, Complaint** with the date and hour of service endorsed thereon by me, to: **Grace White as Registered Agent** at the address of: **c/o J. Randall Frost, 200 Main Street, Ste 600, Gainesville, GA 30503** on behalf of **Southern Baptist Convention**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/22/2022  4:42 pm  Documents delivered into hands of Grace white, receptionist/authorized to accept

.

**Description** of Person Served: Age: ~30, Sex: F, Race/Skin Color: W, Height: 5'6, Weight: 140, Hair: BROWN, Glasses: N, Eyes: BROWN

**Jason Garmon GA CPS #356**
Process Server

Subscribed and Sworn to before me on the 22nd day of November, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Platinum Process Servers**
**4434 Hidden Oaks Drive**
**Flowery Branch, GA 30542**
**(239) 344-6997**

Our Job Serial Number: PTU-2022000769

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

<table>
<tr><td>State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017</td><td>**SUMMONS**<br>**- CIVIL -**</td><td>**Court Case Number**<br>02-CV-2022-902045.00</td></tr>
</table>

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** WILLIE MCLAURIN, 300 HARKINS COURT, NOLENSVILLE, TN 37135

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Willie Mclaurin in Williamson County,

*(Name of Person Served)*      *(Name of County)*

~~Tennessee~~ ~~Alabama~~ on 11/25/2022 .

*(Date)*

Private

*(Type of Process Server)*

*Tom A. Clark*

*(Server's Signature)*

Tom A. Clark

*(Server's Printed Name)*

**Expedite**
5009 Stillwood Drive
Nashville, TN 37220
615-651-8601

*(Address of Server)*

*(Phone Number of Server)*



AlaFile E-Notice

02-CV-2022-902045.00

To: TIFFANY N. RAY
tiffany@taylormartino.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL
02-CV-2022-902045.00

The following RETURN ON SERVICE - SERVED was FILED on 11/22/2022 1:44:43
PM

Notice Date:      11/22/2022 1:44:43 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
11/22/2022 1:44 PM
02-CV-2022-902045.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama | | |
|---|---|---|
| Unified Judicial System | **SUMMONS** | **Co** |
| Form C-34   Rev. 4/2017 | **- CIVIL -** | 02 |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** LIFEWAY CHRISTIAN RESOURCES OF THE SOUTH. BAPTIST, C/O CORP. SERVICE CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

*Stacy Ellis, CrpSvcs Co* in *Montgomery* County,
*(Name of Person Served)* *(Name of County)*

Alabama on *11-22-22*
*(Date)*

*private em* *PO Box 241806*
*(Type of Process Server)* *(Server's Signature)* *(Address of Server)*

*Mont al 36124*

*CI Henderson* *334-618-0498*
*(Server's Printed Name)* *(Phone Number of Server)*

### 02-CV-2022-902045.00
MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

| C001 - MICHAEL DAVID SILLS | v. | D003 - LIFEWAY CHRISTIAN RESOURCES OF THE SOUTH. BAPTIST |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**SERVICE RETURN COPY**



AlaFile E-Notice

02-CV-2022-902045.00

To: TIFFANY N. RAY
tiffany@taylormartino.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL
02-CV-2022-902045.00

The following RETURN ON SERVICE - SERVED was FILED on 11/22/2022 1:45:41
PM

Notice Date:     11/22/2022 1:45:41 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
11/22/2022 1:45 PM
02-CV-2022-902045.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| of Alabama <br> Unified Judicial System <br> Form C-34 Rev. 4/2017 | **SUMMONS** <br> **- CIVIL -** | |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

**NOTICE TO:** THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY, C/O AL JACKSON 1600 EAST GLENN AVENUE, AUBURN, AL 36830

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), TIFFANY N. RAY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 455 ST. LOUIS ST., SUITE 2100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 11/21/2022 | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to Jim WILKERSON c/o Southern Baptist Theological Seminary in _____ Lee County,
*(Name of Person Served)* ... *(Name of County)*

Alabama on 11/21/22
*(Date)*

| LIC P.I HVSS | *Ben Bugg* | PO Box 1658 |
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | Ben Bugg | OPELIKA A 36803 |
| | *(Server's Printed Name)* | 334 319 3286 |
| | | *(Phone Number of Server)* |

### 02-CV-2022-902045.00
MICHAEL DAVID SILLS ET AL V. SOUTHERN BAPTIST CONVENTION ET AL

| C001 - MICHAEL DAVID SILLS | **v.** D010 - THE SOUTHERN BAPTIST THEOLOGICAL SEMINARY |
| *(Plaintiff)* | *(Defendant)* |

**SERVICE RETURN COPY**