# Exhibit 44

54. Defendants also "tweeted" their misleading statements to the detriment of Plaintiffs, as follows:



55. Re-introducing and reinforcing information about Plaintiff Sills that she knew to be false, Defendant Lyell promptly responded, as follows:

EXHIBIT 3

16

Case 3:23-cv-00478   Document 1   Filed 05/11/23   Page 16 of 30 PageID #: 16
Case 3:23-cv-00478   Document 411-27   Filed 11/03/25   Page 2 of 2 PageID #: 14948