# Exhibit 45

# A statement on the release of a list of alleged abusers

May 26

### A joint statement from Willie McLaurin and Rolland Slade:

The recently released Guidepost report revealed a list of alleged abusers compiled by a former employee of the SBC Executive Committee. This list is being made public for the first time as an initial, but important, step towards addressing the scourge of sexual abuse and implementing reform in the Convention. Each entry in this list reminds us of the devastation and destruction brought about by sexual abuse. Our prayer is that the survivors of these heinous acts find hope and healing, and that churches will utilize this list proactively to protect and care for the most vulnerable among us.

Our God invites us to do justice, love mercy and walk humbly with God. (Micah 6:8). As a network of Great Commission churches, we are commissioned to live out the Great Commandment and to fulfill the Great Commission. It is our hope that releasing this list places a spotlight on truth and transparency. Southern Baptists have made it clear that transparency in the area of sex abuse should be the norm.

We are releasing the list in the exact form that it was provided to Guidepost Solutions by an Executive Committee staff member. We have not made any additions to the list, nor any alterations other than converting it from Microsoft Word to portable document format ("pdf") format and redacting information as detailed below.

The recently released Guidepost report revealed a list of alleged abusers compiled by a former employee of the SBC Executive Committee. This list is being made public for the first time as an initial, but important, step towards addressing the scourge of sexual abuse and implementing reform in the Convention. Each entry in this list reminds us of the devastation and destruction brought about by sexual abuse. Our prayer is that the survivors of these heinous acts find hope and healing, and that churches will utilize this list proactively to protect and care for the most vulnerable among us.

Our God invites us to do justice, love mercy and walk humbly with God. (Micah 6:8). As a network of Great Commission churches, we are commissioned to live out the Great Commandment and to fulfill the Great Commission. It is our hope that releasing this list places a spotlight on truth and transparency. Southern Baptists have made it clear that transparency in the area of sex abuse should be the norm.

We are releasing the list in the exact form that it was provided to Guidepost Solutions by an Executive Committee staff member. We have not made any additions to the list, nor any alterations other than converting it from Microsoft Word to portable document format ("pdf") format and redacting information as detailed below.

In making redaction decisions, counsel to the Executive Committee included, in their entirety, entries that reference an admission, confession, guilty plea, conviction, judgment, sentencing, or inclusion on a sex offender registry. The only exception to those entries is the redaction of names or identifying information of survivors and/or other individuals unrelated to the offender. Many of the entries list either an arrest or charges, but no disposition. Since May 24, 2022, counsel to the Executive Committee has done preliminary research and, where guilty pleas, convictions, judgments, sentences, and/or inclusion on a sex offender registry could be easily verified, the entry was left unredacted. Other entries where preliminary research did not indicate a disposition that fits within the described parameters have been redacted. Entries that do not relate to sexual abuse or that resulted in an acquittal are also redacted.

We note that there will be more exhaustive research and analysis of the redacted entries and we anticipate that some of the redacted entries will be fully released in the future. We felt it was more important to release the list and redact rather than delay and investigate.

**Willie McLaurin –** *Interim President/CEO, SBC Executive Committee*

**Rolland Slade –** *Chairman, SBC Executive Committee*

Case 3:23-cv-00478   Document 411-28   Filed 11/03/25   Page 3 of 5 PageID #: 14951

# A statement on the release of a list of alleged abusers

May 26

**A joint statement from Willie McLaurin and Rolland Slade:**

The recently released Guidepost report revealed a list of alleged abusers compiled by a former employee of the SBC Executive Committee. This list is being made public for the first time as an initial, but important, step towards addressing the scourge of sexual abuse and implementing reform in the Convention. Each entry in this list reminds us of the devastation and destruction brought about by sexual abuse. Our prayer is that the survivors of these heinous acts find hope and healing, and that churches will utilize this list proactively to protect and care for the most vulnerable among us.

Our God invites us to do justice, love mercy and walk humbly with God. (Micah 6:8). As a network of Great Commission churches, we are commissioned to live out the Great Commandment and to fulfill the Great Commission. It is our hope that releasing this list places a spotlight on truth and transparency. Southern Baptists have made it clear that transparency in the area of sex abuse should be the norm.

We are releasing the list in the exact form that it was provided to Guidepost Solutions by an Executive Committee staff member. We have not made any additions to the list, nor any alterations other than converting it from Microsoft

Word to portable document format ("pdf") format and redacting information as detailed below.

In making redaction decisions, counsel to the Executive Committee included, in their entirety, entries that reference an admission, confession, guilty plea, conviction, judgment, sentencing, or inclusion on a sex offender registry. The only exception to those entries is the redaction of names or identifying information of survivors and/or other individuals unrelated to the offender. Many of the entries list either an arrest or charges, but no disposition. Since May 24, 2022, counsel to the Executive Committee has done preliminary research and, where guilty pleas, convictions, judgments, sentences, and/or inclusion on a sex offender registry could be easily verified, the entry was left unredacted. Other entries where preliminary research did not indicate a disposition that fits within the described parameters have been redacted. Entries that do not relate to sexual abuse or that resulted in an acquittal are also redacted.

We note that there will be more exhaustive research and analysis of the redacted entries and we anticipate that some of the redacted entries will be fully released in the future. We felt it was more important to release the list and redact rather than delay and investigate.

**Willie McLaurin** – *Interim President/CEO, SBC Executive Committee*

**Rolland Slade** – *Chairman, SBC Executive Committee*

VIEW THE LIST ›

## ABOUT