# Exhibit 46

HIGHLY CONFIDENTIAL
Released to Guidepost Solutions, Sunny Lee, 2/28/2022

This is a fluid, working document produced by ▮▮▮ which is NOT to be published.

The information is largely pulled from news articles compiled from 2007 until 2022. It is incomplete. It has not been proofed. It has not been adequately researched. It is not Southern Baptist specific.

This table was created as a research tool to discover the scope of sexual abuse of children within the Sothern Baptist Convention which was considered by the Bylaws Workgroup 2/2007 – 6/2008. In June 2008, the Executive Committee presented its report "Responding to the Evil of Sexual Abuse." After June 2008, only alleged/convicted names of abusers and tiles of articles were cataloged. Following the *Houston Chronicles* release of its database in February 2019, it was determined that many of the articles on the table were dead. I merged the tables and updated where possible. I have not researched listed Individuals outside the stated parameters.

| NAME | FULL NAME OF ABUSER | YEAR REPORTED | NEWS ARTICLE ACCOUNT HTTPS://PROJECTS.HOUSTONCHRONICLE.COM/2019/SOUTHERN-BAPTIST-ABUSE/ | ST | DENOM-INATION |
|---|---|---|---|---|---|
| Aaron | Ralph Lee Aaron | 2009 | In 2009, **Ralph Lee Aaron**, 54, pastor of Grace Christian Fellowship and former pastor of Victory Baptist Church, Andalusia, AL, agreed to consecutive life terms in prison for production of child pornography and first-degree sodomy of multiple 8-12 year –old males. He is a Registered Sex Offender. Aaron was investigated in 2005 while pastor of a Southern Baptist church.<br><br>Listed on Houston Chronicle Database<br><br>http://www.wsfa.com/story/11942700/covington-county-pastor-agrees-to-consecutive-life-terms-in-prison - Covington County pastor agrees to consecutive life terms in prison, WSFA 12 News (Andalusia, AL) **(Ralph Lee Aaron)** – Site Not Available<br>https://www.andalusiastarnews.com/2010/06/09/covington-countys-registered-sex-offenders/ - Covington County's registered sex offenders, *Andalusia Star News*, 6/9/10 (Andalusia, AL) **(Ralph Lee Aaron)**<br>https://baptistnews.com/article/former-alabama-pastor-charged-with-child-abuse-porn-possession/#.W28VFs5KqdU – Former Alabama pastor charged with child abuse, porn passion, *ABPnews*, 10/29/09 (Andalusia, AL) **(Ralph Lee Aaron)**<br>Former Alabama pastor charged with child abuse, porn possession, *ABP*, 10/29/09 **(Ralph Lee Aaron)**<br>New details in minister sex abuse case, WSFA 12 News, 10/28/09 **(Ralph Lee Aaron)**<br>Pastor faces 152 counts, *Andalusia Star-News*, 10/28/09 **(Ralph Lee Aaron)** | AL | SBC |
| ▮ | ▮ | 2018 | On July 19, 2018, ▮▮▮, youth minister, ▮▮▮, was charged with two counts of third degree criminal **sexual** conduct with a minor and three counts of second degree assault and battery. | SC | SBC |

1

| | | | | | |
|---|---|---|---|---|---|
| Sills | David Sills | 2019 | https://roanoke.com/archive/ex-church-employee-pleads-guilty-to-sex-abuse/article_280ff0d3-5854-5e45-a448-9bb5412c5895.html<br><br>**David Sills**, former professor of missions and cultural anthropology, Southern Baptist Theological Seminary, fired for sexually abusing ▮ from 2004-2016. The abuse began when she was a 26-year-old Master of Divinity student.<br><br>CHURCH POSITION: professor, Southern Baptist Theological Seminary<br>CHURCH POSITION: Ninth & O Baptist, Louisville, KY – No longer a member there.<br><br>Source: *Baptist Press* | KY | SBC |
| Silverman | Daniel Louis Silverman | 2008 | **Daniel Louis Silverman**, assistant professor, Heritage Baptist Church, Vinton, VA, pleaded no contest, maintaining his innocence regarding allegations of sexually abusing a 12-year-old girl. He sentenced to seven years in prison, suspended after serving 18 months and order to register on the sex offender registry. He will spend five years on probation after his release.<br><br>Ex-pastor sentenced in sexual abuse case, *The Roanoke Times*, 7/8/09 **(Daniel Silverman)**<br>Former church pastor sentenced on sex abuse charge, *WDBJ-7*, 7/7/09 **(Daniel Silverman)**<br>Former pastor pleads guilty to sex charges, *WSET-TV*, 7/7/09 **(Daniel Silverman)**<br>Former church leaders plead in sex crimes, *Roanoke Times*, 4/29/09 **(Dan Silverman & Dean Stone)**<br>Former Vinton church leader says he's not a child molester, *WDBJ-7*, 11/20/08 **(Daniel Silverman / Dean Stone)**<br>Vinton church members accused of child abuse, *WSLS 10*, 11/13/08 **(Daniel Silverman & Dean Harold Stone)**<br>Two face child sex charges, *WSET ABC-13*, 11/13/08 **(Daniel Silverman & Dean Harold Stone)(with video)**<br>Two members of a Vinton church charged with molesting children, *WDBJ News 7* (Roanoke, VA), 11/12/08 **(Daniel Silverman & Dean Harold Stone)(with video)** | VA | Baptist Type Independent |
| Simpson | Ronald Lee Simpson | 2007 | **Ronald Lee Simpson**, 42, former pastor, St. Matthews Missionary Baptist Church, Parkton or Lumerton, NC, was sentenced to between 15 to 18 years for abusing a 14-yr-old and a 12-yr-old girl in 2003.<br><br>WRAL.com, 3/29/07<br>www.stopbaptistpredators.org | NC | Baptist – Type Unknown |

169

Case 3:23-cv-00478    Document 411-29    Filed 11/03/25    Page 3 of 3 PageID #: 14956