# Exhibit 48

**Mary Philips Sills**
2 hrs · 



Friends please don't believe everything you read. The devil is alive and well and wearing a female's clothing seeking whom she'll devour next.

👍❤️ 15                    14 Comments

👍 Like              💬 Comment



Confidential

GPSILLS 001248

Case 3:23-cv-00478    Document 411-30    Filed 11/03/25    Page 2 of 2 PageID #: 14958