# Exhibit 49

WPCq

Ml&/

;Y^'

$K]    F

hO`XN{e

USUS.

USUS.

Second Interview with David Roach

March 26, 2020, 10 am

Scott Derrick

Flynne

Dowdy

Bill

Townes

Ed Upton

Amy

Whitfield

s interview:

Sills had used force and threats in re his "assaults."   We are planning to contact David Roach

and Shawn (and Sing) to again ask them if

Lyell

ever told any of them of force or threats on Sill's

part.

David Roach

Some text exchanges, doesn

t recall any phone call.  He got an email from JL after story.

During the writing of the story he communicated with Jennifer to clarify a couple of points,

almost if not exclusively by text or email. Jennifer asked about his efforts to contact David Sills.

No contact.

JL says

good,

she was nervous about what he may have said. Concerned he

would say things were consensual.

Any physical details of claimed abuse?  No.  Roach was uncomfortable asking for details.

Shawn may have gotten into those details.

Eric told Shawn Jennifer said she was a victim of abuse by Sills.

If this could happen to a

CONFIDENTIAL

GPSILLS_014269

strong woman like Jennifer it could happen to anybody. Shawn talked with Mohler and there was both an off record and on record portion of conversation. David asked about Sills termination. DR had strong impression that Mohler was affirming her courage in coming forward, but not necessarily her facts. Clearly implied to DR his belief that Sills had done something wrong, no longer at So., could not say why. Encouraged JL to report to police.

$D #

DR understood JL was claiming abuse, based on her statement. Geiger seemed to affirm that, t say Mohler affirmed same.

Dr. Cook, minister at the church both Sills and Lyell attended. He confirmed they were both church members, he knew some - least affair. He went to Sills to confront him. Sills didn seem to register it was a big deal. Yeah, over & done. I repented, let s move on. Terrible situation, Sills did not recognize gravity, no sense of whether it was abuse. Discussed Shawn s involvement in the story - he had more back-and-forth with JL. Shawn discussed story with DR, but DR did not have primary roll in editing final story. Any discussion with JL about why putting out story. Discuss this could be bad for you with

CONFIDENTIAL   GPSILLS_014270

JL? Some discussion within BP, DR not involved with those conversations with JL. DR position was
s do the story.
How did they come to have their first sexual encounter?
They did not discuss.
Did she clarify for him that the
abuse
she was describing was physical abuse or emotional
abuse? Not really.
Force or threat of force? Thinks this was claimed to Shawn, but never to DR.
Gun and alcohol
involved at some point.
Tentativeness: Shawn may have communicated something about forced intercourse.

CONFIDENTIAL
GPSILLS_014271