# Exhibit 52

# Redacted

5/23/2018 email when he confronted sills – called every member of EC – communicated to EC (Frank Page) - Look for email from Al Mohler
-can we use Jen's after story as not cooperating – or resistance

https://plusnxt.relativity.one/Relativity/go?id=8252197-1765004 – having "friendly" EC trustees listen and take notes on her zoom call

Lifeway and losing career – will put in but not in amount of detail but that it occurred

-terms she used – provide some context in terms of adult sexual assault and how described and "not without sin" – put in some language about adult sexual assault and how adult sexual assault; clergy sex abuse – jen needs us to write something saying that this is true assault

Molly – 8 years apart – Christopher – 5 years apart – twice overseas near his daughter – din't do anything for over a year – she was entrenched in their family – in charge of her money – biblical / patricarchal parenting – horrid temper – terrible mood swings – godly overprotective dad – to drunk – throw on floor raging – first time in the states – working at seminary – told her that happened b/c of what was broken in her b/c of what happened to her as a kid – no one would understand and they would think she wanted it and blame her – if she just stopped could make it happen to someone else if hse let them parent her it would fix her and would make her safe – about 9 months with no sexual contact – then happened again – in downstairs hallway – called her after if he didn't why are you freaking out nothing happened – stuff that happens at a youth walk in – biblicly if didn't ejaculate that it wasn't sin – it wasn't an "event" – it didn't happen – seminary has hyper-purity culture that is weird – disproportionately focused on this – b/c of childhood – always out of nowhere and he would "pounce" – and then he would talk to her about why it wasn't a big deal –
-christopher's wedding – goes to get him in basement – forces her head into his lap – told Shawn – want to be clear – I didn't want this – he always knew I dind't not want it – he always made it impossible for me to stop it – threw against walls, pinned down – always told him I didn't want it – bruised – he never denied it
-

Krista Tongring
Senior Managing Director
Guidepost Solutions, LLC
ktongring@guidepostsolutions.com
(202) 780-2945 (O)
(202) 450-8081 (C)



Krista Tongring
Executive Vice President, DEA Compliance
Guidepost Solutions LLC

