# Exhibit 55



EXHIBIT
33
PENGAD 800-631-6989
7/29/25 SLC

Contact | SBC Sexual Abuse Pr... ×   SBC EC Investigation - Guidep... ×   Guidepost Solutions Report o... × +

← → ×   ⟳   web.archive.org/web/20220523182330/https://guidepostsolutions.com/sbc-ec-investigation/

Imported From IE   BIG Webmail   Cap Juluca - Anguill...   Home | BandPlu...   HUD-1   Mississippi Wills &...   Sample Ordinances   Secretary of State   The Better Chancery...   tscmaps.com   Leeds Advance ℞ Ho...   MyLaw - Attorney...   Psalm 23

Updated From IE   7.6 Locations   16 Sep 2021 • 8 Jul 2024

# Guidepost

# SBC EC Investigation

**Updated: May 22, 2022**

**The Report of the Independent Investigation is now available from the Task Force.**

### SBC Survivor/Advocate FAQs

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost will investigate:



SBC EC INVESTIGATION

Content | SBC Sexual Abuse Pr... ✕ | SBC EC Investigation - Guides ✕ | Guidepost Solutions Report of ✕ | +

← → C ⌂ ⇅  web.archive.org/web/20220523182320/https://guidepostsolutions.com/sbc-ec-investigation/

Imported From: IE | B.C. (Webmail) | Cap Juluca - Anguil... | Home | BancPlus | HUD-1 | Mississippi Wills &... | Sample Ordinances | Secretary of State | The Better Chancery... | ticmeps.com | Lewis Advance E Hou... | MyCase - Attorney... | Psalm 23 | All Boo...

https://guidepostsolutions.com/sbc-ec-investigation/

7.4 captures
15 Sep 2021 - 3 Jul 2023



## SBC Survivor/Advocate FAQs

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost will investigate:

- Allegations of abuse by Executive Committee members
- Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021
- Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021
- Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021
- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021

In addition, Guidepost will perform an audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

Anyone who would like to provide relevant information in furtherance of the investigation may do so using the following email address: **ECInvestigation@guidepostsolutions.com**

If you wish to provide information by U.S. Mail, please use the following address:

Guidepost Solutions
Attn: SBC EC Investigation
1130 Connecticut Avenue, NW
Suite 520



guidepost solutions

Attn: SBC EC Investigation

1130 Connecticut Avenue, NW

Suite 520

Washington, DC 20036

Additional information regarding the Task Force and the scope of the investigation can be found here.

A press release announcing the retention of Guidepost and the scope of the investigation can be found here.

SOLUTIONS

| | |
|---|---|
| Investigations + Business Intelligence | Monitorships |
| Risk + Compliance | National Security Services |
| Controlled Substances Compliance | Technology Advisory Services |
| Environmental, Social, and Corporate Governance (ESG) | Security Consulting |
| Economic Damages + Business Valuation | Technology Design + Engineering |
| Financial Crime Consulting | Enterprise Solutions |
| Federal Firearms + Explosives Compliance | Global Security Operations Centers |
| Immigration + Border Services | Cybersecurity Consulting |
| Institutional Integrity | Federal Procurement |
| Trade Compliance | |

FOLLOW US

ABOUT US
CONTACT US
PEOPLE
EXPERIENCE
NEWS + EVENTS
OUR BLOG
CAREERS
PRIVACY POLICY
EU-U.S. PRIVACY SHIELD POLICY
SWISS-U.S. PRIVACY SHIELD POLICY

NEWS

Please enter your email to subscribe. By doing so, you are opting-in to receive news from Guidepost Solutions LLC.

First Name*

Last Name*

Email Address*

Company*

SUBMIT

Recording 2025-07-17 165113 - All rights reserved

Contact | SBC Sexual Abuse Pri... × | SBC EC Investigation - Guidep... × | Guidepost Solutions' Report of ... × | +

← → C ⌂ ≡ web.archive.org/web/20220623182320/http://guidepostsolutions.com/sbc-ec-investigation/

Imported From IE | BG Webmail | Cap Julius Anguli... | Home | BandPai | HUD 1 | Mississippi Wills &... | Sample Outreach | Secretary of State | The Better Chancery... | licenaps.com | Lexis Advance® Ho... | MyCase - Attorney-... | Psalm 23



# Guidepost

## SBC EC Investigation

**Updated: May 22, 2022**

**The Report of the Independent Investigation is now available from the Task Force.**

### SBC Survivor/Advocate FAQs

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically and as directed by the SBC Motion, Guidepost will investigate:



122 captures
22 May 2022 - 24 Apr 2023

# Guidepost Solutions' Report of the Independent Investigation

May 22

Dear SBC Family,

Thank you for the resolve you showed last year at the annual meeting in an overwhelming vote to address sexual abuse in the SBC with determination. Thank you for showing your commitment by providing funding that allowed a world-class organization like Guidepost Solutions to conduct a thorough and independent investigation and report. We are grateful for the excellent work that Guidepost has completed, as well as their gracious financial accommodation to our budget. We are grateful and relieved that the Convention entrusted the task force with managing this very sensitive but necessary assignment.

As the task force, we grieve for what has been revealed in this report. We lament on behalf of survivors for how they have not been protected and cared for as they deserve and as God demands. With broken hearts, we want to lead the way by publicly repenting for what has happened in our convention. We implore our Southern Baptist family to respond to this report with deep repentance and a commitment to the ongoing moral demands of the gospel as it relates to sexual abuse. We must resolve to give of our time and resources to not only care well for survivors of sexual abuse, but to provide a

investigation and report. We are grateful for the excellent work that Guidepost has completed, as well as their gracious financial accommodation to our budget. We are grateful and sobered that the Convention entrusted the task force with managing this very sensitive but necessary assignment.

As the task force, we grieve for what has been revealed in this report. We lament on behalf of survivors for how they have not been protected and cared for as they deserve and as God demands. With broken hearts, we want to lead the way by publicly repenting for what has happened in our convention. We implore our Southern Baptist family to respond to this report with deep repentance and a commitment to the ongoing moral demands of the gospel as it relates to sexual abuse. We must resolve to give of our time and resources to not only care well for survivors of sexual abuse, but to provide a culture of accountability, transparency, and safety as we move forward. We acknowledge that any act of repentance requires ongoing, deliberate, dedicated obedience and sacrifice. This is the calling of our Savior to unite as a body in following after Him.

As we are brought face to face with the sin that has been done, especially in the name of Christ and in our own community, we can be tempted to want to minimize what has happened or to look only at the most obvious wrong actors. We must resist the temptation to minimize, to look away, to find the easy "scapegoats" for what was uncovered in this report, and instead ask "what could we have done better?" and "what should we do now?" As a Convention, we did not hold our own leaders accountable, and we did not listen to the warnings. Leaders had access to expertise but chose not to seek assistance, and in some cases, rejected any assistance that was offered.

On April 4, 2022, the SATF met with leaders and state task force members from many of the SBC state conventions to open a dialogue and receive feedback for what they need to be properly resourced. The SATF recognizes that most churches will not call Nashville when there is a sex abuse crisis in the local church but will instead look to state and local leaders for help. With that in mind, several of our forthcoming formal recommendations will be targeted to assisting local and state associations. Those formal motions and recommendations will be published between now and the upcoming convention in Anaheim, but here are a few initial needs your Sexual Abuse Task Force has identified:

• We recommend that an Abuse Reform Implementation Task Force be appointed by the next SBC president to assist with the implementation of reform initiatives in our convention for a period of three years. This Task Force will evaluate all recommendations by Guidepost and bring a report at next year's convention on recommended reforms. This Task Force will also work with the Executive Committee to create and maintain a process that will work within our Baptist polity for alerting the community to the presence and activity of credible accused offenders, including the establishment of a "ministry check" website. Additionally, this





... in our convention for a period of three years. This Task Force will evaluate all recommendations by Guidepost and bring a report at next year's convention on recommended reforms. This Task Force will also work with the Executive Committee to create and maintain a process that will work within our Baptist polity for alerting the community to the presence and activity of credibly accused offenders, including the establishment of a 'ministry check' website. Additionally, this Task Force will work with and resource the Credentials Committee to help them function more effectively, including formalizing and improving their processes, procedures, and standard principles of cooperation. The Task Force and Executive Committee will take steps to establish a relationship with an independent firm to assist the Credentials Committee in their work.

- We recommend that the Executive Committee hire a subject matter expert(s) to receive calls, provide initial guidance for reports of sexual abuse, and work with state conventions for training and educational opportunities.

- We recommend that all entity boards and standing committees have training regarding sexual abuse prevention and survivor care, as well as background checks as part of their orientation and selection.

- We recommend that IMB, NAMB, and our six SBC seminaries require formal preparation for their denominational workers and students in regard to prevention, training, and survivor care.

- We recommend that the Executive Committee set aside a budget and hire a salaried staff person for the Credentials Committee.

**Click here for Guidepost Full Report**

**Click here for Appendices to Guidepost Report pt. #1**

**Click here for Appendices to Guidepost Report pt. #2**

- Sexual Abuse Task Force Team



in our convention for a period of three years. This Task Force will evaluate all recommendations by Guidepost and bring a report at next year's convention on recommended reforms. This Task Force will also work with the Executive Committee to create and maintain a process that will work within our Baptist polity for alerting the community to the presence and activity of credibly accused offenders, including the establishment of a "ministry check" website. Additionally, this Task Force will work with and resource the Credentials Committee to help them function more effectively, including formalizing and improving their processes, procedures, and standard principles of cooperation. The Task Force and Executive Committee will take steps to establish a relationship with an independent firm to assist the Credentials Committee in their work.

- We recommend that the Executive Committee hire a subject matter expert(s) to receive calls, provide initial guidance for reports of sexual abuse, and work with state conventions for training and educational opportunities.

- We recommend that all entity boards and standing committees have training regarding sexual abuse prevention and survivor care, as well as background checks as part of their orientation and selection.

- We recommend that IMB, NAMB, and our six SBC seminaries require formal preparation for their denominational workers and students in regard to prevention, training and survivor care.

- We recommend that the Executive Committee set aside a budget and hire a salaried staff person for the Credentials Committee.

**Click here for Guidepost Full Report**

**Click here for Appendices to Guidepost Report pt. #1**

**Click here for Appendices to Guidepost Report pt. #2**

- Sexual Abuse Task Force Team



# Report of the Independent Investigation

**WARNING:** This report includes information and descriptions related to sexual assault. This may be triggering to readers who have had similar experiences. We encourage you to care for your safety and well-being. The content of this report is not appropriate for children.

The Southern Baptist Convention Executive Committee's Response to Sexual Abuse Allegations and an Audit of the Procedures and Actions of the Credentials Committee



## CHALLENGE OR OPPORTUNITY

△ Guidepost



# Forward, What Do We Mean?

**WE ARE YOUR GUIDEPOST**

▷ Uncovering facts. Assessing risk. Protecting facilities. Monitoring progress.
**We keep you moving forward.**

[EXPLORE OUR SERVICES]

Our team of experts thrives on keeping you, your business, and your operations moving forward. Our goal is to help seize opportunities on the horizon, minimize disruption, or move on from difficulty.

Guidepost Solutions is a leader in domestic and international investigations, compliance solutions, monitoring, security and technology consulting. We work wherever your needs take us – whether on the ground around the globe from one of our offices located in Bogotá, Boston, Chicago, Dallas, Honolulu, London, Los Angeles, Miami, New York, Palm Beach, Phoenix, Sacramento, San Francisco, Seattle, Singapore, Walnut Creek, and Washington, DC.

TRANSPARENT GUIDANCE + SOLUTIONS FOR ISSUES OF HARASSMENT + MISCONDUCT

## FAITH-BASED SOLUTIONS

Case 3:23-cv-00478    Document 411-35    Filed 11/03/25    Page 13 of 30 PageID #: 14985

GuidepostMontoine  528 captures  10 May 2015 - 14 Jul 2023

← → C web.archive.org/web/20220914042917/https://guidepostsolutions.com/

Contact SBC Sexual Abuse P...  ×  Investigations, Compliance, M...  ×  Wayback Machine  ×  Guidepost Solutions Reports o...  ×  Guidepost Solutions Reports o...  ×  +

Imported From IE  BUG Webmail  Cap Juluca - Anguill...  Home | BancPlus  HUD-1  Mississippi Wills &...  Sample Ordinances  Secretary of State  The Better Chancery...  Storeypas.com  Lewis Advance'll Ho...  MyCase - Attorney...  Psalm 23



**TRANSPARENT GUIDANCE + SOLUTIONS FOR ISSUES OF HARASSMENT + MISCONDUCT**

# FAITH-BASED SOLUTIONS

We understand the challenges that faith-based organizations face in identifying, addressing and preventing issues such as sexual harassment and abuse. We are experts in assessing cultural and organizational risks and providing concrete steps to facilitate change.

**LEARN MORE ▼**

# Fast Facts

| 200+ | 10 | 98 |
| --- | --- | --- |
| Professionals to Guide You | Fortune 20 Companies Served | AmLaw 100 Firms Served |



BROWSE OUR

# EXPERIENCE

REAL ESTATE + CONSTRUCTION

EQ Office's Willis Tower

## FEATURED NEWS + EVENTS

9.13.22 | Eric Young
IIB Bank Talk: Alixandra Smith and Eric Young Discussing Governance, Risk, and Compliance Affecting FBOs

CORPORATE

Bureau Veritas (formerly Curtis-Straus)

FINANCIAL SERVICES

Paxos Trust Company LLC

## FEATURED BLOG POSTS

8.11.22 | Physical Security | David Rickerson
Physical Security, Risk Mitigation. Where to Begin?

8.02.22 | Risk + Compliance | Matthew Peters, Cody Shultz

Contact | SBC Sexual Abuse Pr... × | Investigations, Compliance, M... × | Wayback Machine | Guidepost Solutions Report c: × | Guidepost Solutions Report c: × +

web.archive.org/web/20220914042917/https://guidepostsolutions.com/

Imported From F... | BJC Webmail | Cap Juluca - Anguill... | Home | BayaPlus | HUD-1 | Mississippi Wills &... | Sample Ordinances | Secretary of State | The Better Chemistry... | tscmapp.com | Lexis Advance® Res... | MyCase - Attorney... | Palm 23

https://guidepostsolutions.com/
528 captures
15 May 2013 – 14 Apr 2025

## Compliance Affecting FBOs

9.13.22 | Eric Young
Guidepost in Motion: State of Compliance with Alixandra Smith Part 2

VIEW ALL

8.02.22 | Risk + Compliance | Matthew Peters, Cody Shultz
Tax Benefits for Improving the C-Suite's Security:
A Look at IRS Code 132 and Working Condition Fringes

VIEW ALL



**SOLUTIONS**

Investigations + Business Intelligence
Risk + Compliance
DEA Regulatory Compliance
Environmental, Social+ and Corporate Governance (ESG)
Economic Damages + Business Valuation
Financial Crime Consulting
Forensic Accounting
Federal/Firearms + Explosives Compliance
Immigration + Border Services
Institutional Integrity

Trade Compliance
Monitorships
National Security Services
Technology Advisory Services
Security Consulting
Technology Design + Engineering
Enterprise Solutions
Global Security Operations Centers
Cybersecurity Consulting
Federal Procurement

**ABOUT US**
CONTACT US
PEOPLE
EXPERIENCE
NEWS + EVENTS
OUR BLOG
CAREERS
PRIVACY POLICY
EU-U.S. PRIVACY SHIELD POLICY
SWISS-U.S. PRIVACY SHIELD POLICY

**NEWS**

Please enter your email to subscribe. By doing so, you are opting-in to receive news from Guidepost Solutions LLC.

First Name*

Last Name*

Email Address*

Company*

SUBMIT

FOLLOW US

©2018-2022 Guidepost Solutions LLC. All rights reserved.



Guidepost Solutions
is an independent investigations,
compliance and security/technology firm.

We are not affiliated with "Guideposts," the inspirational
publication. Any questions or concerns relative to their
publication should be directed to them directly.
"Guideposts" publication can be
reached by phone for the magazine - (800)431-2344, or
their website at www.guideposts.org or they can be
reached by phone for Book Products - (800)932-2145.

# SBC EC INVESTIGATION


# Guidepost

## SBC EC Report + Hotline for Survivors

**CONTACT US**

*Updated: August 8, 2022*

## SBC HOTLINE

**The hotline can be reached at 202-864-5578 or SBChotline@guidepostsolutions.com.**

If in the event, you are contacting Guidepost to report a current incident involving sexual abuse, child abuse or any other ongoing and potentially violent behavior by someone, please also contact your local law enforcement agency for immediate help. Please dial 911 if you or someone else is in need of immediate assistance.

Calls to the SBC hotline will initially go to our hotline voicemail. Please leave your name and number along with any information about your availability for further discussion. If you are willing. Every attempt will be made to respond to each caller within 24 hours. Thank you.

If you are calling to report any abuse allegation either current or historic involving a minor, depending on the circumstances, the timeframe and the jurisdiction, Guidepost or the SBC Executive Committee may be required by law to report suc



http://guidepostsolutions.com/sbc-ec-investigation/

Imported From IE | B&G Webmail | Cap Juice - Angul... | Forms | Benefox | HJD-1 | Mississippi Wils &... | Sample Ordinances | Secretary of State | The Better Chancery... | tscmaps.com | Lewis Advance® Ho... | MyClair - Attorney... | Psalm 23 | All Bo

If you are calling to report any abuse allegation either current or historic involving a minor, depending on the circumstances, the timeframe and the jurisdiction, the Guidepost or the SBC Executive Committee may be required by law to report such allegation to state law enforcement, child protective services or other agencies. Please dial 911 if you know of anyone under the age of 18 that is in immediate danger or currently being abused.

- **SBC Hotline FAQs**

- **A joint statement on the creation of an SBC Sexual Abuse Hotline:**
Since the release of the Guidepost report on Sunday (May 22, 2022), the SBC Executive Committee, Guidepost Solutions, and members of the Sexual Abuse Task Force have been fielding calls from survivors regarding allegations of sexual abuse. Today (May 25, 2022), the SBC Executive Committee entered into an agreement for Guidepost to maintain a hotline for survivors or their proxies to submit allegations of abuse within the SBC. All submitters will remain confidential. The Sexual Abuse Task Force will be assisting the SBC Executive Committee and the Convention in establishing processes for proper inquiries, and this hotline will serve as a resource to survivors and entities in responding properly while we work to put more permanent procedures in place. This hotline will be an important stopgap measure for survivors between now and the 2022 SBC Annual Meeting in Anaheim, when the messengers can pass even more meaningful reforms.

# SBC INVESTIGATION + REPORT

- In response to requests, the SBC Executive Committee has released the list of pastors and other church-affiliated personnel accused of sexual abuse. This 205-page database was made public May 26, 2022. It includes more than 700 entries from cases that largely span from 2000 to 2019.
- The release statement is available on the SBC website.
- **The Report of the Independent Investigation is now available from the Task Force.**

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost investigated:

# SBC INVESTIGATION + REPORT

- In response to requests, the SBC Executive Committee has released the list of pastors and other church-affiliated personnel accused of sexual abuse. This 205-page database was made public May 26, 2022. It includes more than 700 entries from cases that largely span from 2000 to 2019.
- The release statement is available on the SBC website.
- **The Report of the Independent Investigation is now available from the Task Force.**

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost investigated:

- Allegations of abuse by Executive Committee members
- Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021
- Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021
- Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021
- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021

In addition, Guidepost performed an audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

Additional information regarding the Task Force and the scope of the investigation can be found here.



HIGHLY CONFIDENTIAL

Released to Guidepost Solutions, Sunny Lee, 2/28/2022

This is a fluid, working document produced by _____ which is NOT to be published.

The information is largely pulled from news articles compiled from 2007 until 2022. It is incomplete. It has not been proofed. It has not been adequately researched. It is not Southern Baptist specific.

This table was created as a research tool to discover the scope of sexual abuse of children within the Southern Baptist Convention which was considered by the Bylaws Workgroup 2007 – 2008. In June 2008, the Executive Committee presented its report "Responding to the Evil of Sexual Abuse". After June 2008, only alleged/convicted names of abusers and files of articles were catalogued. Following the Houston Chronicle release of its database in February 2019, it was determined that many of the articles on the table were dead. I reranged the table and updated where possible. I have not researched listed individuals outside the stated parameters.

| Name | Full Name of Abuser | Year Rene- nsd | News Article Account | ST | Divisi- sIATION |
|---|---|---|---|---|---|
| | | | HTTPS://PROJECTS.PROPUBLICA.ORG/NONPROFITS/ORGANIZATIONS/464419801/201512\_990/IRS\_495442 | | |
| Aaron | Ralph Lee Aaron | 2009 | In 2009, **Ralph Lee Aaron**, 54, pastor of Grace Christian Fellowship and former pastor of Victory Baptist Church, Andalusia, AL, agreed to consecutive 66 terms in prison for production of child pornography and first-degree sodomy of multiple 8–12 year old males. He is a Registered Sex Offender. Aaron was investigated in 2005 while pastor of a Southern Baptist church.<br><br>Listed on Houston Chronicle Database<br><br>http://www.wsfa.com/story/11542700/covington-county-pastor-agrees-to-consecutive-life-terms-in-prison – Covington County pastor agrees to consecutive life terms in prison. (Andalusia, AL) (Ralph Lee Aaron) - Site Not Available<br>https://www.andalusiastarnews.com/2016/06/02/former-alabama-pastor-charged-with-child-abuse-porn-possession/ - Covington County's registered sex offenders, Andalusia Star News, 6/9/10 (Andalusia, AL) (Ralph Lee Aaron)<br>https://registrar.mycrimes.com/offender-details/former-alabama-pastor-charged-with-child-abuse-porn-possession ABP 10/28/09 (Ralph Lee Aaron)<br>For more details in register sex abuse case, WSFA 12 News. 10/28/09 (Ralph Lee Aaron)<br>10/29/09 (Andalusia, AL) (Ralph Lee Aaron)<br>Pastor faces 132 counts, Andalusia Star-News, 10/28/09 (Ralph Lee Aaron) | AL | SBC |
| | | 2016 | On July 19, 2016, the Executive Committee presented more youth minister **_____** was charged with two counts of third degree criminal sexual conduct with a minor and three counts of second degree criminal sexual _____ | SC | SBC |



FINAL+-+List+of+Alleged+Abusers+-+SBC-REDACTED.pdf



| | | | | | |
|---|---|---|---|---|---|
| | | | children in June 2007, according to the Virginia sex offender registry. Sentenced to 20 years, but with four years and six months of that time suspended. Incarcerated in Virginia.<br><br>Listed on Houston Chronicle Database | | |
| Sills | David Sills | 2019 | https://nunoke.com/archive/ex-church-employee-pleads-guilty-to-sex-abuse/article_2808f0d3-5854-5c45-a446-9b064120d9b6.html<br><br>**David Sills**, former professor of missions and cultural anthropology, Southern Baptist Theological Seminary, fired for sexually abusing ▮▮▮▮ from 2004-2016. The abuse began when she was a 26-year-old Master of Divinity student.<br><br>CHURCH POSITION: professor, Southern Baptist Theological Seminary<br>CHURCH POSITION: North & O Baptist, Louisville, KY – No longer a member Penn.<br><br>Source: Baptist Press | KY | SBC |
| Silverman | Daniel Louis Silverman | 2006 | **Daniel Louis Silverman**, assistant professor, Heritage Baptist Church, Vinton, VA, pleaded no contest, maintaining his innocence regarding allegations of sexually abusing a 12-year-old girl. He sentenced to seven years in prison, suspended after serving 18 months and order to register on the sex offender registry. He will spend five years on probation after his release. | VA | Baptist Type Independent |



# SBC INVESTIGATION + REPORT

- In response to requests, the SBC Executive Committee has released the list of pastors and other church-affiliated personnel accused of sexual abuse. This 205-page database was made public May 26, 2022. It includes more than 700 entries from cases that largely span from 2000 to 2019.

- The release statement is available on the SBC website.

- **The Report of the Independent Investigation is now available from the Task Force.**

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost investigated:

- Allegations of abuse by Executive Committee members
- Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021
- Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021
- Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021
- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021

In addition, Guidepost performed an audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

Additional information regarding the Task Force and the scope of the investigation can be found here.

https://www.sataskforce.net/updates/guidepost-solutions-report-of-the-independent-investigation

May 22

# Guidepost Solutions' Report of the Independent Investigation

Dear SBC Family,

Thank you for the resolve you showed last year at the annual meeting in an overwhelming vote to address sexual abuse in the SBC with determination. Thank you for showing your commitment by providing funding that allowed a world-class organization like Guidepost Solutions to conduct a thorough and independent investigation and report. We are grateful for the excellent work that Guidepost has completed, as well as their gracious financial accommodation to our budget. We are grateful and sobered that the Convention entrusted the task force with managing this very sensitive but necessary assignment.

As the task force, we grieve for what has been revealed in this report. We lament on behalf of survivors for how they have not been protected and cared for as they deserve and as God demands. With broken hearts, we want to lead the way by publicly repenting for what has happened in our convention. We implore our Southern Baptist family to respond to this report with deep repentance and a commitment to the ongoing moral demands of the gospel as it relates to sexual abuse. We must resolve to give of our time and resources to not only care well for survivors of sexual abuse, but to provide a culture of accountability, transparency, and safety as we move forward. We acknowledge that any act of repentance requires ongoing, deliberate, dedicated obedience and sacrifice. This is the calling of our Savior to unite as a body in following after Him.

As we are brought face to face with the sin that has been done, especially in the name of Christ and in our own community, we can be tempted to want to minimize what has happened or to look only at the



move forward. We acknowledge that any act of repentance requires ongoing, deliberate, dedicated obedience and sacrifice. This is the calling of our Savior to unite as a body in following after Him.

As we are brought face to face with the sin that has been done, especially in the name of Christ and in our own community, we can be tempted to want to minimize what has happened or to look only at the most obvious wrong actors. We must resist the temptation to minimize, to look away, to find the easy "scapegoats" for what was uncovered in this report, and instead ask 'what could we have done better?' and 'what should we do now?' As a Convention, we did not hold our own leaders accountable, and we did not listen to the warnings. Leaders had access to expertise but chose not to seek assistance, and in some cases, rejected any assistance that was offered.

On April 4, 2022, the SATF met with leaders and state task force members from many of the SBC state conventions to open a dialogue and receive feedback for what they need to be properly resourced. The SATF recognizes that most churches will not call Nashville when there is a sex abuse crisis in the local church but will instead look to state and local leaders for help. With that in mind, several of our forthcoming formal recommendations will be targeted to assisting local and state associations. Those formal motions and recommendations will be published between now and the upcoming convention in Anaheim, but here are a few initial needs your Sexual Abuse Task Force has identified:

- We recommend that an Abuse Reform Implementation Task Force be appointed by the next SBC president to assist with the implementation of reform initiatives in our convention for a period of three years. This Task Force will evaluate all recommendations by Guidepost and bring a report at next year's convention on recommended reforms. This Task Force will also work with the Executive Committee to create and maintain a process that will work within our Baptist polity for deleting the community to the presence and activity of credibly accused offenders, including the establishment of a 'ministry check' website. Additionally, this Task Force will work with and resource the Credentials Committee to help them function more effectively, including formalizing and improving their processes, procedures, and standard principles of cooperation. The Task Force and Executive Committee will take steps to establish a relationship with an independent firm to assist the Credentials Committee in their work.

- We recommend that the Executive Committee hire a subject matter expert(s) to receive calls, provide initial guidance for reports of sexual abuse, and work with state conventions for training and educational opportunities.

- We recommend that all entity boards and standing committees have training regarding sexual abuse prevention and survivor care, as well as background



- We recommend that an Abuse Reform Implementation Task Force be appointed by the next SBC president to assist with the implementation of reform initiatives in our convention for a period of three years. This Task Force will evaluate all recommendations by Guidepost and bring a report at next year's convention on recommended reforms. This Task Force will also work with the Executive Committee to create and maintain a process that will work within our Baptist polity for alerting the community to the presence and activity of credibly accused offenders, including the establishment of a "ministry check" website. Additionally, this Task Force will work with and resource the Credentials Committee to help them function more effectively, including formalizing and improving their processes, procedures, and standard principles of cooperation. The Task Force and Executive Committee will take steps to establish a relationship with an independent firm to assist the Credentials Committee in their work.

- We recommend that the Executive Committee hire a subject matter expert(s) to receive calls, provide initial guidance for reports of sexual abuse, and work with state conventions for training and educational opportunities.

- We recommend that all entity boards and standing committees have training regarding sexual abuse prevention and survivor care, as well as background checks as part of their orientation and selection.

- We recommend that IMB, NAMB, and our six SBC seminaries require formal preparation for their denominational workers and students in regard to prevention, training, and survivor care.

- We recommend that the Executive Committee set aside a budget and hire a salaried staff person for the Credentials Committee.

Click here for Guidepost Full Report

Click here for Appendices to Guidepost Report pt. #1

Click here for Appendices to Guidepost Report pt. #2

– Sexual Abuse Task Force Team





**WARNING:** This report includes information and descriptions related to sexual assault. This may be triggering to readers who have had similar experiences. We encourage you to care for your safety and well-being. The content of this report is not appropriate for children.

# Report of the Independent Investigation

The Southern Baptist Convention Executive Committee's Response to Sexual Abuse Allegations and an Audit of the Procedures and Actions of the Credentials Committee

https://guidepostsolutions.com/sbc-ec-investigation/

74 captures
15 Sep 2021 - 14 Jul 2024

# SBC INVESTIGATION + REPORT

- In response to requests, the SBC Executive Committee has released the list of pastors and other church-affiliated personnel accused of sexual abuse. This 205-page database was made public May 26, 2022. It includes more than 700 entries from cases that largely span from 2000 to 2019.
- The release statement is available on the SBC website.
- **The Report of the Independent Investigation is now available from the Task Force.**

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost investigated:

- Allegations of abuse by Executive Committee members
- Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021
- Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021
- Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021
- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021

In addition, Guidepost performed an audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

Additional information regarding the Task Force and the scope of the investigation can be found here.



Contact | SBC Sexual Abu... × | SBC EC Report • Hotline... × | A statement on the relea... × | A statement on the relea... × | Wayback Machine × | Wayback Machine × | Guidepost Solutions Rep... × | Guidepost Solutions Rep... × | +

← → C ⌂ web.archive.org/web/20220911224334/https://www.sbc.net/on-the-release-of-a-list-of-alleged-abusers/#LF%8F%BC/

Imported From IE | BJG Webmail | Cap Juliza - AngulA... | Home | BankPlus | HUD-1 | Mississippi Wills &... | Sample Ordinances | Secretary of State | The Better Chancery... | itcmrgss.com | Lexis Advance® HQ... | MyCase - Attorney-... | Psalm 23



## SBC

HOME    OUR CHURCHES    OUR STORY    OUR MISSION    JOIN    •••

# A statement on the release of a list of alleged abusers

May 26

### A joint statement from Willie McLaurin and Rolland Slade:

The recently released Guidepost report revealed a list of alleged abusers compiled by a former employee of the SBC Executive Committee. This list is being made public for the first time as an initial, but important, step towards addressing the scourge of sexual abuse and implementing reform in the Convention. Each entry in this list reminds us of the devastation and destruction brought about by sexual abuse. Our prayer is that the survivors of these heinous acts find hope and healing, and that churches will utilize this list proactively to protect and care for the most vulnerable among us.



A joint statement from Willie McLaurin and Rolland Slade:

The recently released Guidepost report revealed a list of alleged abusers compiled by a former employee of the SBC Executive Committee. This list is being made public for the first time as an initial, but important, step towards addressing the scourge of sexual abuse and implementing reform in the Convention. Each entry in this list reminds us of the devastation and destruction brought about by sexual abuse. Our prayer is that the survivors of these heinous acts find hope and healing, and that the churches will utilize this list proactively to protect and care for the most vulnerable among us.

Our God invites us to do justice, love mercy and walk humbly with God. (Micah 6:8). As a network of Great Commission churches, we are commissioned to live out the Great Commandment and to fulfill the Great Commission. It is our hope that releasing this list places a spotlight on truth and transparency. Southern Baptists have made it clear that transparency in the area of sex abuse should be the norm.

We are releasing the list in the exact form that it was provided to Guidepost Solutions by an Executive Committee staff member. We have not made any additions to the list, nor any alterations other than converting it from Microsoft Word to portable document format ("pdf") format and redacting information as detailed below.

In making redaction decisions, counsel to the Executive Committee included, in their entirety, entries that reference an admission, confession, guilty plea, conviction, judgment, sentencing, or inclusion on a sex offender registry. The only exception to those entries is the redaction of names or identifying information of survivors and/or other individuals unrelated to the offender. Many of the entries list either an arrest or charges, but no disposition. Since May 24, 2022, counsel to the Executive Committee has done preliminary research and, where guilty pleas, convictions, judgments, sentences, and/or inclusion on a sex offender registry could be easily verified, the entry was left unredacted. Other entries where preliminary research did not indicate a disposition that fits within the described parameters have been redacted. Entries that do not relate to sexual abuse or that resulted in an acquittal are also redacted.

We note that there will be more exhaustive research and analysis of the redacted entries and we anticipate that some of the redacted entries will be fully released in the future. We felt it was more important to release the list and redact rather than delay and investigate.

**Willie McLaurin – Interim President/CEO, SBC Executive Committee**

**Rolland Slade – Chairman, SBC Executive Committee**

90 citations
FINAL++List+of+Alleged+Abusers++SBC+REDACTED.pdf
1 / 205 — 100% +



HIGHLY CONFIDENTIAL
Released to Guidepost Solutions, Sunny Lee, 2/28/2022

This is a fluid, working document produced by ▮▮▮▮ which is NOT to be published.

The information is largely pulled from news articles compiled from 2007 until 2022. It is incomplete. It has not been proofed. It has not been adequately researched. It is not Southern Baptist specific.

This table was created as a research tool to discover the scope of sexual abuse of children within the Southern Baptist Convention which was considered by the Bylaws Workgroup 2/2007 – 6/2008. In June 2008, the Executive Committee presented its report "Responding to the Evil of Sexual Abuse." After June 2008, only allegations/convictions/names of abusers were catalogued. Following the Houston Chronicle release of its database in February 2019, it was determined that many of the articles on the table were dead. I merged the tables and updated where possible. I have not researched listed individuals outside the stated parameters.

| Name | Full Name of Abuser | Year Range | News Article Account | ST | Denomination |
|---|---|---|---|---|---|
| Aaron | Ralph Lee Aaron | 2009 TBD | HTTPS://PROJECTS.HOUSTONCHRONICLE.COM/2019/ABUSE-OF-FAITH/SOUTHERN-BAPTIST-ABUSER/<br><br>Listed on Houston Chronicle Database<br><br>In 2009, Ralph Lee Aaron, 56, pastor of Grace Christian Fellowship and former pastor of Victory Baptist Church, Andalusia, AL, agreed to consecutive life terms in prison for production of child pornography and first-degree sodomy of multiple 8-12 year-old males. He is a Registered Sex Offender. Aaron was investigated in 2005 while pastor of a Southern Baptist church.<br><br>http://www.wsfa.com/story/11947700/covington-county-pastor-agrees-to-consecutive-life-terms-in-prison WSFA 12 News (Andalusia, AL) (Ralph Lee Aaron) – Site Not Available<br><br>https://www.andalusiastarnews.com/2010/08/06/convicted-andalusia-pastor-changed-with-child-abuse-porn/ Covington County's registered sex offenders, Andalusia Star News, 8/6/10 (Andalusia, AL) (Ralph Lee Aaron)<br><br>https://ageofshame.com/profile/former-alabama-pastor-changed-with-child-abuse-porn- ▮▮▮ Former Alabama pastor charged with child abuse porn, AGPnews, 10/25/09 (Ralph Lee Aaron)<br><br>Rape ordeals in minister sex abuse case, WSFA 12 News, 10/26/09 (Ralph Lee Aaron)<br><br>Pastor faces 152 counts, Andalusia Star-News 10/26/09 (Ralph Lee Aaron) | AL | SBC |
| ▮▮▮ | | 2018 | On July 19, 2018, ▮▮▮▮ youth minister, ▮▮▮▮ was charged with two counts of third degree criminal sexual conduct with a minor and three counts of second degree assault | SC | SBC |