Exhibit 56



Julie

Sep 13, 2021 at 6:07 PM

Hi if you land in NY can you call me? We got 2 emails one from Jennifer Lyell and one from Debbie Vasquez – a survivor whose story was one of the first told in the Houston Chronicle investigation. If you agree I would like to provide an initial response tonight so that they know we are here and listening.

Hi – I was running to plane and will respond now unless you think I shouldn't

No I absolutely think you should.

Send draft response to Jen to you

But obviously you don't need me to draft these

Happy to see any response thank you

Should we say anything in response to Debbie about what we are tasked to do?



EXHIBIT
Tong Ty 41
7/29/25 SLC

Confidential      GPSILLS_018904



Julie

> But obviously you don't need me to draft these

Happy to see any response thank you

Should we say anything in response to Debbie about what we are tasked to do?

> I was unsure of that in the first email

> Maybe just a reference to hear her and discuss the scope of our investigation

Yep

> When we communicate next

Hope my changes were ok

> Perfect

Sep 14, 2021 at 8:13 AM

I am sorry I am on with dr frank

> No worries this call is fine

+ iMessage

Confidential
GPSILLS_018906



Julie

I think we may need to meet in lobby so I can bring you up to room- is that what you think

Yes I think that is best

I also upgraded so we can meet here too

What floor are you on?

21

Fancy :)

Headed to lobby

At stomping grounds jennifer here

Coming can you get me a skim cappuccino

Sep 20, 2021 at 12:41PM

Hi definitely take a look at the last email Brad sent. I'll resend now to put it at top of your inbox

Message

Confidential                                                                                   GPSILLS_018907



Julie

I assume you didn't hear from jenn Lyell? Working on my schedule

Not yet

Should I email her again?

I'm not sure - definitely want to talk with her if she wants. Maybe you could propose some times or say if she prefers after thanksgiving to let us know

Thinking of going to Texas with Russ for Ed upton do you think I should?

Okay that sounds good

With Jennifer

Depends on when it is going to be- thought you were going to give me dates? The Dea guy isn't starting until dec 6

One of us should probably go

I'm waiting for Russ to get back to me

+ iMessage



Julie

> Okay great

Nov 22, 2021 at 4:35 PM

> What do you think about a Nashville trip next week? We could meet in person with Jennifer and then hit the archive? Scott is going to be away the first week in December so my travel that week may be a bit limited. Or maybe we can go to Nashville and then I could head to Dallas with Russ?

maybe I could be in Nashville on Tuesday but rest of week have to be in DC or have such long meetings that I should be. Or maybe monday afternoon – need to look at flights. What were you thinking

The week of the 6th I am in Italy for Unicredit and South Carolina for LTTS

> Oh my gosh we are crazy

> I would like to send people traveling to visit seminaries also in the next week or so

+   iMessage





Julie ›

I thonk I have something from CAH I can convert for project management for SBC. We use it now to manage all work streams and provide weekly updates have deadlines and priorities as well as decisions that need to be made. It isn't a gannt chart but it is already made and it can just fill it with our info. I'll send it to you and then we can discuss. I'm going to keep Jennifer Lyell but give up everything else.

Dec 3, 2021 at 9:34 AM

I think Biden announced that you need a negative test before you can come back to us

Can we move call to 11:30 with EC team

Or 11:15 actually fine

That's fine

Or you could start and I will join you?

+ iMessage

Confidential    GPSILLS_018910



10:18

Julie

Jan 4, 2022 at 7:25 PM

Can you talk?

Hi let me know when you can talk. Kind of important re M&D

Jan 5, 2022 at 12:22 PM

Unbelievable

Jan 5, 2022 at 5:10 PM

I have the original Jennifer Lyell story

Before it was edited

Also M&D wants me to be interim CCO - part time - no leave of absence. Wants me to commit to certain times to be there but I can negotiate. We can discuss more. Told him I would get back to him.

Ok

Jan 5, 2022 at 7:05 PM

Taking off so I can't talk

Confidential

GPSILLS_018911

Julie ›



**Southern Baptists' #MeToo Moment**
dailywire.com

Hatchet job

What did you think

> And she says we are biased

> Total BS

> Interesting that she didn't discuss stone or hunt

Yes . It feels like she undermines herself by talking about how we didn't find anything new

And then focusing on Lyell

> Yeah I was not impressed

Seems like her (false!!!) argument would appear stronger without all that preclude

\+ iMessage 

 

Read   Listen   Watch   Discuss   Shop   Log In   Sign Up

# DAILY WIRE

– INVESTIGATION –

# Southern Baptists' #MeToo Moment

By **Megan Basham** · Jun 14, 2022  DailyWire.com ·



The Daily Wire

In a recent op-ed for the U.K. Sunday Times, Douglas Murray <u>observed</u>
that the reason the wheels have come off the #MeToo movement is that
it discredited itself by overstating its case and conflating unmistakable

Case 3:23-cv-00478   Document 411-36   Filed 11/03/25   Page 10 of 53 PageID #:
15015

CONFIDENTIAL

LYELL_00193006

instances of abuse with messy adult entanglements. "The MeToo movement had some cases that were very clear-cut. Others were not," he wrote. "And the insistence that a historic reckoning was occurring made the line between the two uncomfortably easy to breach."

The same line-blurring could describe what is happening in the second-largest religious denomination in the U.S. (and the largest Protestant denomination). Known for its theological conservatism that includes reserving the pastorate for men, the nearly 15-million-member Southern Baptist Convention (SBC) is currently undergoing what many major media outlets are characterizing as a reckoning over sexual abuse.

Indeed, some go further, with ex-SBC leader Russell Moore calling it an "apocalypse" and evangelical pundit David French calling it a "horror," proof the denomination does not merely contain some bad apples, but is, in fact, a "diseased" orchard.

While purple prose has been flowing freely in regards to the SBC, little of it has bothered to detail what the apocalypse looks like in hard statistical terms. That's likely because, according to the recently released report generating all the coverage, a total of 409 accused abusers were found over the course of 21 years in approximately 47,000 SBC churches.

**Bombshell**



Lyman Stone, demographer at the Institute for Family Studies, told me the actual data contained in the abuse report, the result of an eight-month investigation by Guidepost Solutions, does not come close to meriting the hyperbolic terms that are peppering coverage in The Washington Post, The New York Times, and CNN.

"Statistically speaking," he said, "there were not that many cases. This is not actually that common of a problem in this church body."

Stone went on to estimate that there are about 100,000 to 150,000 staffers in SBC churches, but many thousands more volunteer in their ministries. Of all the allegations that Guidepost investigators reviewed, they found only two that appear to involve current SBC workers.

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 12 of 53 PageID #:
CONFIDENTIAL                                    15017                        LYELL_00193008

"If you wanted to argue that based on this report, executives of the SBC mismanaged the cases that were brought to them, then fine," Stone said. "But if you want to say this shows that [the SBC] is corrupt, hypocritical, and rife with sexual abuse — the report doesn't demonstrate that."

Stone added that he was shocked that Guidepost investigators only found two current cases, given how many exist in the general population. "I mean, if I had been betting beforehand, I would have bet for a couple of hundred," he said. "Because if you're talking about 100,000 to 150,000 people who are disproportionately men, just your baseline rate of sex offenders tells you, you should have gotten a couple thousand sex offenders in there just by random chance."

He concluded that while the report may show the need for reforms in responding to allegations, it does not show an endemic problem of sexual abuse, adding, "It is important to distinguish these."

CONFIDENTIAL

## Corroboration

Advocates like attorney and Larry Nassar victim Rachael Denhollander
have argued that misconduct within the SBC isn't just a question of
numbers. They also take issue with the executive committee's resistance
to creating a public database of the "credibly accused," assembled by
third-party investigators like Guidepost. But a deep dive into how
Guidepost handled the most prominent allegation of abuse in its SBC
report should set off alarm bells for anyone interested in maintaining a
biblical standard of justice.

From the broad outlines of Jennifer Lyell's story, it's easy to understand
why the members of the executive committee might have felt some
hesitation to unquestioningly label her as a victim of abuse.

In 2004, Lyell was a 26-year-old master of divinity student when she met
cultural anthropology professor David Sills, who is 23 years her senior, on
the Louisville campus of Southern Baptist Theological Seminary. Shortly
after, she became close with the entire Sills family, including David's wife,
Mary, as well as his college-age son and teenage daughter. She alleges
that it was on a mission trip with Sills and his daughter that Sills first
"sexually acted" against her.

That incident, she says, began a pattern of abuse that lasted 12 years

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 14 of 53 PageID #:
CONFIDENTIAL                                15019                          LYELL_00193010

until she was 38, continuing even as she moved to Chicago in 2006 and, later, Nashville, to further her career in publishing. During the time that Lyell was a publishing executive, she often worked with Sills, contracting with him for books, and, arguably, holding more power over his career than he did over hers.

In essence, Lyell was claiming that Sills was able to continue committing acts of sexual abuse against her even after she'd left the state because she would return to visit the family.

In 2018, at the height of the #MeToo movement and two years after her contact with Sills had ended, Lyell told her boss, Eric Geiger, at the Christian publisher Lifeway of the allegedly abusive relationship. Geiger, in turn, arranged a meeting with Southern Seminary's president, Dr. Albert Mohler. In short order, Sills' employment was terminated. A year then passed before Lyell provided her account to the Baptist Press for an article she hoped would present her as Sills' victim.

As the house media organ of the SBC, the Baptist Press (BP) falls under the authority of the executive committee. When committee members read Lyell's account, which did not contain any concrete description of violent behavior, in a March 2019 BP draft, they had doubts about framing it as she wanted, in part because they feared Sills might sue. They asked BP editors to replace the word "abuse" with "morally inappropriate relationship," though the story retained a quote wherein Lyell accuses Sills of "grooming and taking advantage" of her. The editors informed Lyell of the change shortly before going to print.

Once the story was published, commenters on BP's Facebook page

criticized the fact that Sills had lost his job while Lyell had not, prompting her to demand BP restore the term "abuse" to the article or link to a statement from her rebutting their word choice.

Months of sporadic back-and-forth communications followed, in which committee members weighed options for coming to terms with Lyell. Then, at an October 2019 SBC conference on sexual abuse, Denhollander recounted Lyell's story from the stage, identifying Sills by name and calling Lyell a "survivor of horrific predatory abuse" who was "cast away" by BP editors and the executive committee. Almost immediately after, Denhollander threatened the executive committee with a defamation suit on Lyell's behalf.

Executive committee sources who agreed to speak with me anonymously say that the SBC's insurance agency did not want to settle with Lyell, believing she did not have a strong case. But already facing bad press over Denhollander's conference comments, committee members feared further fallout from dragging the issue out. In May 2020, the same sources say the committee paid Lyell just over $1 million, thinking that would be the end of the matter. It wasn't.

When Guidepost issued its report on May 22, Lyell was by far the foremost accuser in it.

Again and again in the 35-plus pages that feature her case, Guidepost investigators claim Lyell's version of events is "corroborated." What that would mean in a police investigation is that witnesses offered other evidence against Sills. What it appears to have meant to Guidepost is that Lyell told her story to Geiger and Mohler, and both men said they believed

Case 3:23-cv-00478     Document 411-36     Filed 11/03/25     Page 16 of 53 PageID #:
CONFIDENTIAL                                      15021                              LYELL_00193012

it, according to the Baptist Press. In fact, Geiger, the first person to whom Lyell revealed the alleged abuse, told me Guidepost *never even asked him to provide statements or evidence.*

The report does briefly mention testimony from unnamed employees at Sills' missions agency and his former pastor — referring to Dr. Bill Cook — but both Guidepost and the task force refused numerous requests to provide me with the agency staffers' specific comments. And Dr. Cook told me that in his case, once again, all "corroborate" means is that he found Lyell's story credible, not that he had any additional evidence to offer.

Guidepost defends its choice to refer to Sills as an "abuser" rather than an "alleged abuser" by noting that they didn't find any evidence that "indicated that the interactions between Ms. Lyell and Professor Sills was anything but sexual abuse."

Perhaps that's because they weren't looking very hard.

### No Record of Sills or Lyell

Lyell has never publicly disclosed specifics about her allegations, mostly, it seems, because in an atmosphere in which asking for proof equates to retraumatizing victims, she hasn't had to. To that point, immediately following the release of the report, Denhollander argued on Russell Moore's podcast that asking for a "significant, high level of detail" about accusations represents a "voyeuristic engagement with sexual abuse."

But an investigation into Lyell's claims suggests the executive committee

CONFIDENTIAL

had good reason to maintain at least some level of skepticism.

If Lyell had multiple pastors and seminary administrators willing to tell Guidepost investigators they believed her version of events, David Sills, too, has associates in SBC and ministry circles willing to say the same about him.

His former colleague, Old Testament professor Russell Fuller, was not especially friendly with Sills, but he recalled thinking, before Lyell's accusations came to light, that their relationship appeared both intimate and consensual.

"I remember seeing the two of them eating and laughing with their heads very close together in the lunchroom at Southern Seminary," Fuller said. "They were so public you almost thought, well, guilty people wouldn't be that public. They would be more careful."

I spoke to three men in ministry who have known Sills for decades — all told me they could never conceive of him behaving violently and have even chided him, at times, for his tendency to be passive.

When I asked Pastor Thomas Winn, who has been friends with the Sills family for 40 years, about Lyell's claims that Sills threatened to shoot both her and Mohler, he burst out laughing. "Wow. That's just totally bizarre," he said. "That just totally shocks me. I could never imagine David doing something like that."

Tom Nettles, who worked with Sills at Southern Seminary and has known him on a personal level for 30 years, felt the same. "This building up of

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 18 of 53 PageID #:
CONFIDENTIAL                                    15023                              LYELL_00193014

David as some sort of an aggressive, vicious villain, threatening people and all that is completely out of line with what I've always known about him," he said. "It's just a complete absurdity."

Unlike Sills' other friends, missionary Mike Boyette first learned the details of his history with Lyell not from the newspaper or a faculty meeting, but when the two men grabbed coffee together after the Sills family moved back to Jackson, Mississippi, in an attempt to leave scandal behind.

"He was like a whipped dog," Boyette said of Sills' demeanor. "But he was quick to tell me very vaguely about the incident, why he wasn't teaching anymore. And I didn't press anything. But he was very humble about the whole thing and acknowledged that he let the relationship go too far. Then he cut it off."

There are other indications that Lyell's initial account may not have been entirely truthful.

A sentence in the contentious BP article reads, "Lyell told BP she has attempted to contact the Louisville Metro Police Department's Special Victims Unit." In a 2021 video obtained by The Daily Wire, she repeats this claim and adds that Mohler was so concerned Sills might leave their confrontation and immediately drive to Nashville to hurt Lyell, he, too, contacted the authorities to have them track his whereabouts.

Except, Louisville PD told me they have no records pertaining to Jennifer Lyell or David Sills. And Lt. Glen Parcus, commander of the sex crimes unit, could not find any cases matching Lyell's description.

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 19 of 53 PageID #:
CONFIDENTIAL                                         15024                            LYELL_00193015

When I spoke to Lyell, she was not willing to provide details about her allegations on the record but said that Baptist Press had made a mistake and that she'd actually reported Sills to the Jefferson Town, Kentucky, authorities. However, their department, too, told me they were not able to locate anything on either Sills or Lyell in their system.

Perhaps the most significant reason Guidepost investigators did not find any evidence to suggest Sills was not an abuser was simply because they didn't ask him. Sills, who has declined all requests to speak to the media, relayed through an intermediary that, as far as he knows, Guidepost never tried to contact him.

While Lyell's allegations have resulted in numerous stories that portray her sympathetically, Guidepost's assertions of Sills' guilt have now led to reports that claim he not only committed crimes, but *confessed* to them. For example, Religion News Service reporter Bob Smietana incorrectly reported on May 27, "[Sills] resigned in 2018 after admitting to abusing a former student."

Sills relayed through intermediaries that he has never admitted to sexual violence or assault, yet because his name is associated with abuse rather than simply infidelity, he has been unemployable in his field. The typical process of ecclesiastical discipline that might have restored him to being able to obtain a job in some form of missions work is unavailable to him.

"I believe many, including Guidepost, have failed to deal with this in a biblical manner according to 1 Timothy and Titus," Winn said. "I'm grieved over this report and I want to see restoration and reform in our local churches. But this is not biblical."

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 20 of 53 PageID #:
CONFIDENTIAL                                     15025                              LYELL_00193016

## Conflicts of Interest

In May of 2020, the Department of Education introduced new regulations to Title IX that prevent college campuses from depriving students (mostly men) who have been accused of sexual misconduct of due process. One of the key provisions of those reforms is that investigations cannot be conducted by administrators who have any bias or conflict of interest. This was done, in part, to address administrators who had approached investigations with the mindset that supporting victims was more important than pursuing truth.

With the manner it went about investigating the executive committee, and the kind of campus-style reforms it now plans to adopt, the SBC is in danger of doing the same.

Though Denhollander is not a member of a Southern Baptist Church herself, she has played an outsized role in how the denomination has approached abuse reforms. Three key motions led to the creation of the task force and set the parameters for investigating the executive committee. Denhollander helped craft all three.

Pastor Grant Gaines, who was a co-sponsor of the motion to form the task force, told me Denhollander offered him advice on how to make sure the investigation would be thorough, including a requirement that the executive committee waive attorney-client privilege, a blanket move several non-SBC attorneys I spoke to said they would never advise a client to make.

Once the task force was set up, Denhollander was also appointed to

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 21 of 53 PageID #:
15026
CONFIDENTIAL                                                              LYELL_00193017

advise it. Multiple sources speaking under the condition of anonymity told me that not only was she instrumental in the decision to hire Guidepost, she was in regular communication with the company's CEO, Julie Wood, as the investigation was ongoing.

Some legal experts told me Denhollander's previous representation of Lyell against the executive committee made her later advisory role to the task force ethically questionable.

"It certainly sends up some red flags, and it goes against a basic sense of fairness," former North Carolina superior court judge Phillip Ginn said. He added that, in some cases, attorneys are able to secure disclaimers to get around conflict of interest concerns. But he said that if you want to get "accurate and fair results you certainly don't want either side tipping the scales in any way."

Jenna Ellis, who represented Grace Community Church in its successful case against the California lockdown mandates, felt that even if Denhollander and the law firm she partnered with had agreed never to represent future clients against the SBC, her representation of Lyell should have precluded her involvement in the task force.

"I couldn't go from representing the January 6 committee to advising the FBI, for example, because, through that representation, I have established myself as a non-neutral party," said Ellis. "So by staying on and advising, she's tainting the neutrality of the investigation."

Denhollander and Guidepost did not respond to request for comment about the subject of their conversations during the investigation or

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 22 of 53 PageID #:
CONFIDENTIAL                                          15027                        LYELL_00193018

concerns over conflicts of interest.

There's no question the language in the report is at times one-sided, as when it describes Lyell's emails to the committee as "respectful," but does not note that the committee's replies are equally polite, even solicitous.

It also brought up claims from victim Christa Brown that one executive committee member "chortled" and another turned his back on her in a disrespectful fashion, without mentioning that committee members dispute her recollection. Former SBC legal counsel, Jim Guenther, was at that meeting and says he does not remember anything like what Brown is describing. "I did not observe any level of disrespect," he tells me. Guenther's refutation does not appear in the report.

The objections of the executive committee members aren't the only things Guidepost leaves out.

Denhollander is not critical of all SBC leadership, and among those she has highlighted as an ally is former SBC president and Raleigh megachurch pastor J.D. Greear.

The only mentions the report makes of Greear are positive, positioning him as one of the few top SBC leaders to make a sincere effort to address abuse. It makes no mention of the fact that in 2021, Greear hired executive pastor Bryan Loritts, aware that Loritts had been accused of covering up sex crimes at a previous church.

Time's Up, a Hollywood splinter group of the #MeToo movement, was

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 23 of 53 PageID #:
CONFIDENTIAL                                    15028                          LYELL_00193019

<u>scandalized</u> when it was discovered that it had given a pass to political leaders who publicly supported their cause while privately violating the group's principles. Greear's absence in the SBC abuse report raises the question of whether Guidepost was doing the same.

## Advocacy Over Impartiality

Guidepost and Denhollander's approach to the question of abuse is one of advocacy. And the company's handling of Lyell's allegations calls into question how any third-party adjudicators the task force is recommending will handle difficult cases.

Denhollander has suggested "trauma-informed" experts like those at Guidepost should be able to judge accusations within the SBC based on a preponderance-of-evidence standard that falls short of what criminal convictions require.

Many people within national SBC leadership circles told me, on condition of anonymity, that the subject of abuse has become a political football that various factions have been leveraging to settle bitter scores and sway the direction of the denomination on issues that have nothing to do with abuse, like allowing women into the pastorate. The initiation of the task force itself, relying on <u>leaked</u> letters that were then used as the impetus to demand investigations smacks of the dealings of politics more than pulpits.

Finally, six different SBC pastors pointed out to me that very little in the Guidepost report was actually new information. In many of the cases, flagrant mishandling of allegations had already been addressed and the

Case 3:23-cv-00478    Document 411-36    Filed 11/03/25    Page 24 of 53 PageID #:
CONFIDENTIAL                                    15029                              LYELL_00193020

men involved removed from office. And the highly publicized list the executive committee was keeping of abusers was, in fact, culled from newspaper reports. Every accusation it contained was already in the public domain.

Denhollander has made it clear that she considers Guidepost to be foremost in this field. And yet its investigators had no qualms naming Sills a certain abuser, even though he has faced no criminal convictions, civil suits, or even had any charges filed against him. If Guidepost is the best in the industry and it shows so little concern for the presumption of innocence that is the hallmark of biblical and American justice, will another company like it do better?

Toward the end of my conversation with Tom Nettles, he grew somewhat pensive about how a situation like this could have happened to his friend.

"I think that there are levels of truth and levels of integrity that are being flattened out here," he said. "And to the degree that more of the complexity and the texture of truth can be set forth, I just think that'll be good for all of us."



CONFIDENTIAL

Case 3:23-cv-00478 Document 411-36 Filed 11/03/25 Page 25 of 53 PageID #: 15030

LYELL_00193021


Julie



Feb 21, 2022 at 5:03 PM

This came from Jennifer at 2 something but I just saw it and texted her back. Not sure if you already spoke to her

Hi Julie- it's Jennifer Lyell. SO sorry for so long no communication, but I am prepared to jump back in with info for you all following the meetings today and tomorrow (I'll be able to share the latest on my case but also beyond my case with some new significant/material info I've learned that is crucial to your investigation). However, before then, I REALLY need to speak with you via phone today if at all possible. I am so sorry to bother you and to ask for this, but if you could spare 10 minutes at any point today to call me, can you please do so? I will set an alert for your number that overrides my silent settings so that regardless of what I'm doing, I should be able to answer your call when you call if you want to just do so when you have a moment. Alternatively, feel free to let me know a time that

iMessage

Confidential                                                                                  GPSILLS_018912



Julie >

to answer your call when you call if you want to just do so when you have a moment. Alternatively, feel free to let me know a time that would be good for you. And then finally, a second alternatively is that if you are in Nashville and have the time free/would like to connect in person today or tomorrow, I can likely do that (but no pressure or need). Just really need to ask you a super important question today.

I texted her but haven't heard back. Do you want to invite her to the hotel for a drink?

I'm so disheartened from today that I'm not sure I'm up for music

I told her we were in Nashville

Hey! Thanks so much for getting back and no worries on delay. Have been in back to back calls but will be free at 4:15 if you want to call then or anytime after. Haven't heard from Krista, but glad to connect with either of you, although I think you may be in the best position for me to bounce the

+ iMessage



Julie >

I texted her but haven't heard back. Do you want to invite her to the hotel for a drink?

I'm so disheartened from today that I'm not sure I'm up for music

I told her we were in Nashville

Hey! Thanks so much for getting back and no worries on delay. Have been in back to back calls but will be free at 4:15 if you want to call then or anytime after. Haven't heard from Krista, but glad to connect with either of you, although I think you may be in the best position for me to bounce the one thing off you that is time sensitive.

That was from Jenn

And yes we can do music next time.

Can you tell Samantha. Best laid plans

Hahaha yes

I'll call jenn when I get back to

iMessage

Confidential    GPSILLS_018914



Julie ›

That was from Jenn

And yes we can do music next time.

Can you tell Samantha. Best laid plans

Hahaha yes

I'll call jenn when I get back to. Hotel

We have to force ourselves next time

Okay she sent me the same text

I know the first interview we had was just so awful

I can only do the lounge

We can decompress with everyone there

Jenn asked to take us to a dinner

Okay for her I will do that

1734

➕ iMessage 🎤

Confidential    GPSILLS_018915



10:22

Julie

I know the first interview we had was just so awful

I can only do the lounge

We can decompress with everyone there

Jenn asked to take us to a dinner

Okay for her I will do that

1734

I'm at the bar

Downstairs?

Yes

Ok

Want something?

Or some of mine?

Just a water

And I will be down

iMessage

Confidential
GPSILLS_018916

are taking my car

Oh good - so worried

Mar 23, 2022 at 10:29 AM

Call when you can thx

Ok

I have Jennifer Lyell starting at 11

So we can catch up later

I was going to try to join

Mar 23, 2022 at 7:46 PM



I'll call in a minute

Just tried you

On with Susannah

Sorry now I'm on with Russ

Mar 23, 2022 at 9:28 PM

Should we cancel the 8:30 given
all the interviews

+    iMessage



**10:28**

**Julie**

Apr 26, 2022 at 12:42 PM

Could you not hear me

Just now or before?

I want to put a pin in Shawn

Hahaha

I hate that phrase

Wow that's a veiled threat

Apr 26, 2022 at 2:50 PM

I'm on with Jen Lyell

Apr 28, 2022 at 8:44 AM

I'm on with Cardinal

From task force

I noticed that Fred Luter was not responsive to an interview. If you think his input would be helpful at this point, I can make a personal plea to have him respond.

What do you think

It can't hurt?

Confidential
GPSILLS_018918



Apr 26, 2022 at 2:50 PM

I'm on with Jen Lyell

Apr 28, 2022 at 8:44 AM

I'm on with Cardinal

From task force

I noticed that Fred Luter was not responsive to an interview. If you think his input would be helpful at this point, I can make a personal plea to have him respond.

What do you think

It can't hurt?

Apr 28, 2022 at 11:30 AM

I'm on with CAH until noon. Can you talk after?

Apr 30, 2022 at 8:58 AM

Did you ask Christina about time to talk

Yes can you talk at 2?

iMessage



10:35

Julie

Yes

May 9, 2022 at 1:55 PM

Laura and I are still on with the professor

Do you want to start with t Rachael

She had a Lyell point in particular for you

I'll start with JL

I wanted to ask her about that anyway

Ugh we are still on

It's okay she said we can reschedule

Ugh did you go thru other things With her

No just JL and other survivors

May 10, 2022 at 12:15 AM

Jet bridge broken and stuck on

iMessage

Confidential                                                   GPSILLS_018920

  
Ugh

All together I think

Got it. Might not be a bad idea
when you're free, some of it is
what appears to be
inconsistencies between
individual writers and some
framing issues with Jen's case
and the CC, but leave that totally
up to you once you see it.

Overall Julie, I'm blown away by
you guys again. Just so, so so
overwhelmingly grateful for the
level of skill, professionalism and
care on this. Also may have
alternates between laughing,
swearing and eating cheesecake
all night last night while reading
this. It's just unreal to see what
you guys have done, even
knowing so much of it already

Biggest thing that might help
everyone to know right now is that
we want staffers names too. They
were specifically included in the
motion for that purpose. Priority
would be on names for the
staffers who were saying nasty

+    iMessage    

3 Replies

I don't know what to do with Rachael's stuff right now. If she wants us to make these kinds of massive edits then she is going to have to ask the task force to give us until tomorrow. I cannot get all of this done correctly today

1 Reply

The CoC changes are not in the current Exec Summary

3 Replies

I don't understand how that happened.

I made a few of them

I don't either I know I made them all

I don't know what to do with Rachael's stuff right now. If she wants us to make these kinds of massive edits then she is going to have to ask th...

Do wyou want me to call her or Bruce

+ iMessage



10:43

Julie

I don't know what to do with Rachael's stuff right now. If she wants us to make these kinds of massive edits then she is going to have to ask th...

Do wyou want me to call her or Bruce

I just asked Samantha to go through to fix

I don't know let's regroup after lunch

The CoC changes are not in the current Exec Summary

3 Replies

Is that what you are having Samantha do first

Yes and then the non-JL Rachael stuff

Just talked to Bruce. Told him we would say after 7 if we want to delay. Said we are doing our independent job. You can call if

iMessage

Confidential    GPSILLS_018923



10:43

Julie

Summary

3 Replies

👍

Is that what you are having Samantha do first

Yes and then the non-JL Rachael stuff

Just talked to Bruce. Told him we would say after 7 if we want to delay. Said we are doing our independent job. You can call if you want

No enjoy your lunch. I've calmed down. I'm just working through it.

May 16, 2022 at 9:53 AM

Oh my god I want to die

May 16, 2022 at 12:42 PM

Are you tied up today and tomorrow

Not completely

Can have a call at 140 just got

iMessage



10:43

Julie

Today 12:29 PM

👍

We are finalizing any further typos - we need any additional comments by 2 to get in final report. Does that work?

May 18, 2022 at 7:00 AM

Maybe you should read the Lyell stuff yourself and then we can go through final comments and ch as Mrs together

Changes

Okay

I want to talk about a couple of emails

I'm ready to talk

I have to get my kids out door now - will call at 815?

Perfect

Did you just call?

Confidential

GPSILLS_018925



Julie ›

I need one minute

On with airline

We can't add a bunch right now

I just read their letter

We absolutely have to say we will interview Dr litton and his assistant

And others if necessary including his wife

That last one may go a bit far but the first two definitely

I'll review JL against report on the plane

Do you have the final report

I have the one Cindy sent yesterday

May 22, 2022 at 4:01PM

Are you freaking out

iMessage



Julie

Jun 11, 2022 at 9:23 PM

Urgent pls see below

Hey Julie! So sorry to bother you, long story short-dealing w the Megan journalist girl. Rachael and I have talked and I talked to Megan. I can explain if needed but will save us all a lot of headache and drama if you all could please email her tonight or tomorrow before 11am eastern with the following two pieces of info: 1. If you all contacted David Sills to get a comment from him? 2. Access to the footnoted source material regarding me on page 83. Can you get this to her ASAP please? Rachael is in agreement



Is this from Bruce?

Or Jennifer?

👍

to Rachael now and will circle back.

Just talked to Rachael - she said she will get in touch with you.

Confidential    GPSILLS_018927



Julie ›

Rachael is in agreement

Is this from Bruce?

Or Jennifer?

👍

to Rachael now and will circle back.

Just talked to Rachael - she said she will get in touch with you.

Maybe: Jennifer Lyell

Yep we talked and it's all good. Seriously. I trust y'all 100%

Rachael Denhollander

Officially Jen didn't hear back from you guys

Maybe: Jennifer Lyell

And am going to just tell her I wasn't able to speak with you in time (narrowly construing the word "speak").

Rachael and I share a

Jun 12, 2022 at 9:31 PM

I have the report open if you want to call me

Jun 14, 2022 at 7:53 PM

+ iMessage 🎤

Confidential     GPSILLS_018928



**New iMessage**  Cancel

To: Jennifer Lyell

iMessage
Sep 21, 2021 at 11:49 AM

Hey Krista- this is Jennifer Lyell. Hope you're doing well. Tiffany said you had a message for me so texting so you have my number. So appreciate y'all and sorry I had to bail tomorrow. Just let me know anything y'all are needing or thinking would be helpful today and I'll work it in

Sep 21, 2021 at 2:38 PM

Hi thank you! I just wanted to check on you to make sure you are doing okay and getting all the love from Benson. Things are moving along here as I'm sure Tiffany has told you. I will text you tomorrow and maybe we can talk later this week if you feel up to it. Also do not ever apologize for bailing. :) I appreciate you!!!



Hey- if you're with Bruce Frank please tell him to look at twitter

+ iMessage

Confidential
GPSILLS_018932

**New iMessage**                    Cancel

To: Jennifer Lyell

balling. :) I appreciate you!!!

👍

Hey- if you're with Bruce Frank please tell him to look at twitter for what I just sent him

Fast please

Just did

THANK YOU

You're welcome

We got you

I'm watching. Thank you.

He's going to speak right now

I'm watching

While in constitutional law

My life is quite a thing

Nice multitasking

\+       Message                                 🎤



**New iMessage**　　Cancel

To: Jennifer Lyell

Nice multitasking

Feb 21, 2022 at 4:39 PM

Hi Jennifer it's Krista Tongring. Julie and I are in town and would love to chat with you if you are available and up for it

Julie is in an interview for the next hour or so but we can talk now or wait until she's done.

SO sorry just saw this because have been on back to back calls. Saw Julie's reply, too, and wrote her back. I'm free at 4:15 or after and can talk then. Have one specific thing to check with you all today and then separately have an email started to you about setting up time for me to jump back in with you guys and help however I can with additional information, including some I have prepped to send (will be Thursday when I have it all ready)

+　　iMessage



## New iMessage          Cancel

To: Jennifer Lyell

Feb 22, 2022 at 11:29 AM

Hi there can you give us a call?

Want to check in on something re today quickly re EC

Apr 21, 2022 at 3:17 PM

Hey Krista! Could we connect sometime this week via zoom? I'm getting anxious that I'm not sure I've expressed everything I should since I've relied so much on the documentation I've sent you, so would love to connect if you can squeeze time. I know you're super busy, though, so texting rather than email so you don't feel like it's a "survivor to guidepost give me a meeting" email :) I'm a fan and will flex w what y'all need, just want to make sure I've not screwed this up

Yes of course!! How about tomorrow at 4 ET?

That's perfect! Thank you! Just

+      iMessage      

Confidential

GPSILLS_018935



**New iMessage**　　　Cancel

To: Jennifer Lyell

> Yes of course!! How about tomorrow at 4 ET?

That's perfect! Thank you! Just shoot me a link and I'll see you then. Hope you're doing well!

> Is teams okay? Or do you need zoom?

Teams is totally fine. Thanks!

Apr 22, 2022 at 1:49 PM

> Hi Jen so I have Covid and the end of the day has been bad. Are you able to chat tomorrow around 11 ET? Or really anytime over the weekend at your convenience. I can't go anywhere :)

> I appreciate your understanding. I want to make sure I can be as focused as possible when we talk.

Tomorrow is actually better for me and 11ET is perfect! No worries at
all. I'll see you then and in the

 iMessage 

**New iMessage**    Cancel

To: Jennifer Lyell

Tomorrow is actually better for me and 11ET is perfect! No worries at all—I'll see you then and in the meantime take care of you!! (And if you feel bad tomorrow and realize you need to bump to Sunday don't panic- I understand and have a very open schedule thanks to the very things you're juggling! :))

Thank you!!! I'll resend the invite!!

Apr 23, 2022 at 10:38 AM

Hey! Could we move to sometime tomorrow or Monday? I'm in a funk today. So sorry!

👍

That is not a problem. I totally understand!

Apr 23, 2022 at 1:10 PM

Hey! Drugs kicked in and I'm better so if you have time and want to connect sometime in the

+    iMessage

**New iMessage**       Cancel

To: Jennifer Lyell

Apr 23, 2022 at 1:10 PM

Hey! Drugs kicked in and I'm better so if you have time and want to connect sometime in the next few hours, I'm up for it, or just let me know what time tomorrow or Monday. Thanks and sorry for this morning!

Apr 24, 2022 at 9:22 PM

Hi please don't apologize this weekend ended up being rough for me too between me and my daughter with the Covid so it's all good. What do you say we try to regroup for tomorrow (Monday) at 2 pm ET?

Apr 25, 2022 at 1:47 PM

Hey! Sorry for delay but just saw this. I am picking up a prescription now but can do 2:30 ET or anytime after

I have calls starting at 3:30 so maybe let's do tomorrow? I'm

iMessage



**New iMessage**   Cancel

To: Jennifer Lyell

> I have calls starting at 3:30 so maybe let's do tomorrow? I'm wide open except 1230-2 ET.

Tomorrow is great for me—how about 2:30 ET tomorrow? Afternoons are best for my brain



> Excellent

Apr 26, 2022 at 4:12 PM

**MichaelDavidSills (@MDSillsGlobal)**
twitter.com


May 20, 2022 at 1:27 PM

> Hi can you send me the March 2019 Brad old ham emails. I can't find right away. Thanks

Yep just a sec. I'll text after I email it

Just emailed

+   iMessage   🎤



**New iMessage**    Cancel

To: Jennifer Lyell

(@MDSillsGlobal)
twitter.com

May 20, 2022 at 1:27 PM

Hi can you send me the March 2019 Brad old ham emails. I can't find right away. Thanks

Yep just a sec. I'll text after I email it

Just emailed

Just sent you a second message from Brad about his communication w oldham. The second one is an email

👍

Okay got it

May 22, 2022 at 5:55 PM

I just want to check in on you to make sure you are okay and have the support you need.

Delivered

+    iMessage    🎤



**6:42**

**New iMessage**   Cancel

To: Julie Wood

Heading to airport

I was so very, very confused
until I got your emails 😅

Sorry!!!

Today 3:50 PM

Hey, I'm reading through the
report today and tonight, if I
get suggestions to you by
tomorrow night, is that too
late? 🫣

Yes    No    Tomorrow

Q W E R T Y U I O P
A S D F G H J K L

Omg

Who is that?

Rachael

Tomorrow night?!?!?!?



**New iMessage**     Cancel

To: Julie Wood

Tomorrow night?!?!?!?

I just called her and said it is due tomorrow

Dear god

And she is super excited and not in a good way

Does she love JH too?

This is really horrible

What is happening

May 14, 2022 at 8:13 PM

The recommendations still don't seem like recommendations

Yeah I'm still working on them

They should say consider or should or evaluate and be recommendations not just I don't

\+     iMessage     

Confidential     GPSILLS_018942