# Exhibit 65


Confidential

GPSILLS_018922