# Exhibit 66



# Rachael Denhollander Tweets June 16, 2021

Top of Form

**Rachael Denhollander** @R_Denhollander 7:41 PM · Jun 16, 2021·

Today, SBC messengers voted to conduct a convention-wide audit of abuse and mishandling, and also to investigate the actions of convention leaders related to sexual abuse. **It's a critical step, but what I want you to really see, is what it took to get here:**

Well over a decade ago, @ChristaBrown777 began pioneering the movement to shine a light in the SBC. At great personal cost, she told the truth over, and over, and over. Leaders called her demonic, satanic, as bad as an abuser, but still she fought for the truth and survivors.

She wrote a book and began a website tracking SBC abusers and coverup. When other survivors like @ThigpenTiffany came forward, Christa was the safe place, and the one to guide survivors through the storm that was coming when they dared to speak up.

Together, survivors like Tiffany, @Dave_Pittman and others spoke up. A very few seasoned advocates, like Christa and @BozT fought for them and spoke the truth. @DianeLangberg pioneered understanding and responding to trauma in the church. The response was often vitriolic.

Over the course of many years' others began to speak up. When @megannlively exposed Paige Patterson's coverup of her abuse, Jenn Lyell began a quiet petition to have him removed. @SusanCodone educated and pushed for change. Retaliation against them was swift and strong.

When a few leaders reached out to me to work on the Caring Well curriculum 1and other abuse related issues in the SBC, I expected that the trickle-down work of educating would take decades, but suggested two critical steps that could be taken immediately:

1. An audit of the convention to gather data related to abuse & mishandling, & to identify trends & patterns to inform meaningful steps forward.

Confidential — GPSILLS_002938

2. An investigation into actions of elected, appointed or paid staff or leaders of the Convention, related to abuse & mishandling of abuse.

I expected it would take years to see this done, if at all. But survivors continued to speak up. A few brave leaders refused to silence them or the Caring Well team, even when they knew ahead of time the controversy that would ensue if we spoke freely on stage.

However, the executive committee leadership stonewalled and refused all offers of help. They defamed Jen Lyell and refused to back down. Hours upon hours upon hours of work by myself and many others was consumed, all with no expectation of seeing tangible fruit.

**When @toddbenkert & @DGrantGaines reached out regarding their motions, I shared with them the steps I'd been advocating for & helped draft the motions to clearly articulate their goals without running afoul of SBC parliamentary rules.**

The best I hoped for was that it would draw the lines clearly, and help clear the path for passage in a few years. But their commitment, and the commitment of so many survivors and leaders, came together to create the first steps to meaningful reform in the SBC.

What I hope we all take from this is the following:

- Sound theology and SBC polity is not and never has been, in opposition to meaningful steps to reform. All that is needed are leaders willing to ask those who can help "how do we get this done?" and then fighting for it.

- Change is slow. It can take decades of invested time and the work of so many before tangible fruit is seen. But that investment of love and faithfulness is not wasted.

- Fighting for truth, justice and reform is the work of a community. Caring well for those who have been deeply wounded requires the participation of everyone. Messengers had to listen, pay attention, care, and take a stand. And they overwhelmingly did.

This is the work we have been called to:

Do justice.
Love mercy.
Walk humbly before God.

I am so grateful we saw a tangible example of this in Nashville. The work is not done; but we'll do it, together.

Confidential
GPSILLS_002939

Rachael Denhollander @R_Denhollander 7:41 PM · Jun 16, 2021·Twitter Web App

Today, SBC messengers voted to conduct a convention-wide audit of abuse and mishandling, and also to investigate the actions of convention leaders related to sexual abuse. **It's a critical step, but what I want you to really see, is what it took to get here:**

Bonfire Book Club @wild_mall Replying to @R_Denhollander

**This.** @RobDownenChron et al did the work. Database. LE public record in full view that will not go away. Wapo, etc. Media coverage when religious orgs bury the stories. They can run but they cannot hide.



**Abuse of Faith: Houston Chronicle, San Antonio Express-News investigation reveals decades of sexual...**
They were pastors. Deacons. Youth pastors. They left behind more than 700 victims. houstonchronicle.com

9:30 PM · Jun 16, 2021·Twitter Web App

Confidential   GPSILLS_002940

Case 3:23-cv-00478    Document 411-41    Filed 11/03/25    Page 5 of 5 PageID #: 15114

Confidential

GPSILLS_002941