# Exhibit 69



Date of Interview: 3/25/2022

Interviewers: Krista Tongring & Russ Holske

Interviewee: Sing Oldham

Location/Method of Interview: SBC

---

Brotherhood mutual counsel – has notebooks from Sing –

Please use this document as a starting point for each interview. It is likely the course of an interview will lead to additional subject matter. All interview notes should be embedded herein under the appropriate question. Additional questions should be added prior to the interview if possible, and if not, should be included in the note-taking with the answer following the question.

When finalizing the interview notes, please use the full last name of each person referenced so that the document can be properly searched in the future. Other names and common references pertinent to the investigation should be written out unless otherwise indicated. A list of permitted abbreviations will be circulated and maintained on Teams.

The Interview team should compare Individual notes to prepare a final Interview report and delete the Individual notes after jointly approving the final[1].

Key foundational documents for Trustees are the SBC Constitution (https://www.sbc.net/about/what-we-do/legal-documentation/constitution/) and the SBC Bylaws, particularly section 18 which discusses the Executive Committee in which all trustees serve,
(https://www.sbc.net/about/what-we-do/legal-documentation/bylaws/).

I. Introduction

A. Introduction of interviewers and role

B. "Housekeeping"
 i. Thank you for agreeing to meet with us.

---

[1] These notes are not a word-for-word transcription of the call; they do not necessarily reflect the exact words used by the participants, but rather are meant to convey the sum and substance of the conversation.



ii. Please let us know if you need a break
iii. Feel free to ask questions – we will answer anything to the best of my knowledge and ability

C. Investigation so far
    i. Over 300 current and former Trustees have been contacted.
    ii. All current Executive Committee staff and many former EC Staff have been contacted and interviewed to the extent possible
    iii. Collected and reviewed over 4 terabytes of relevant information collected from various sources
        1. SBC EC
        2. Archives
        3. Guenther firm
        4. Survivors, witnesses, advocates
        5. ERLC

D. Scope of Guidepost Investigation arises from Messengers' Motion at June 2021 SBC Convention.

    Note: May be familiar – so best to ask if they are familiar with the investigation and whether they want to discuss the scope.
    i. Guidepost retained by Task Force on behalf of SBC to conduct investigation of SBC EC related to how sexual assault allegations were handled and survivors were treated and an assessment of CC.
    ii. Offer to review the following If Interviewee would like:
        1. Allegations of abuse by Executive Committee members.
        2. Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021.
        3. Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021.
        4. Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021.
        5. Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021.
        6. An audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

E. Investigation output – what will happen at the end?
    i. Detailed report which will be made public
    ii. Complete set of factual findings


       iii. Recommended comprehensive framework within which the SBC can operate in order to continue to address the concerns raised by the SBC Motion in a transparent, accountable, and scriptural manner that prioritizes survivor support and care and enhances practices for the prevention of sexual abuse, harassment, and violence.

F. Independent review: Guidepost controls the investigation and the content of the report, and reports to the Task Force appointed by former SBC President of SBC. We can Identify the members and advisors of the Task Force If Interviewee would like:
   i. Task Force members: Bruce Frank, R. Marshall Blalock, John Damon, Liz Evan, Heather Evans, Andrew Hébert, Bucas Sterling
   ii. Advisors: Rachael Denhollander and Chris Moles

G. Interviewees may question our knowledge of SBC Polity or how SBC structure and autonomy affects the ability of the Executive Committee to address sexual abuse and other issues. We understand that the structure provides challenges. Our role is to understand and document what has been done, and to make recommendations for Task Force, Messengers and SBC Leadership to consider which is why getting input and perspective from the Trustee is critical.

**NOTE: Below are suggested questions regarding the general investigation. Interviews are not limited to these questions, nor will each interview necessarily touch on each topic. Please use these as a guide supplemented by your review of documents, interview notes, and discussions with the investigatory team.**

II. Questions Concerning Being a Trustee:

**[Always note in the beginning that we've reviewed the documents provided to the SBC EC so we do have background but it is always helpful when conducting an investigation to hear things directly from a witness.]**

A. What years were you on the EC or part of the SBC EC staff (If the interviewee does not recall, prompt her/him with the information in our spreadsheet of Trustee terms of office.)

Pastor 1986



Served as a pastor from 86-07 here in TN. Asked in 2002 serve the EC from TN. Four years on the Communications workgroup. Dr. Chapman began to observe that he wanted to do research, asked him to serve on the funding committee, then asked him 2006 to come on staff. Funding Committee was ad hoc to increase funding for seminaries to give them a more livable wage. Researched with diminishing budget how to do that. CP has been declining for 25 years. Helped write final reports. Declined in 2006. Came back to him 2007. Decided to follow direction of the Lord, came on August 1, 2007, as VP for convention relations through tenure of Chapman. Frank Page elected as successor. October 1, 2010, Frank Page came on and downsized the organization. November expanded his duties to VP of Communications and relations. Over both areas which had been led by two VPs. Wanted him to be the last set of eyes on all things published. Developed a protocol, that if he didn't respond within a certain amount of time, they could publish it. He looked at it from a relationship standpoint, being careful not to harm relationships, internal or external publics. Interpret policy, polity to situations. Example, pastor about to be nominated as second VP was accused of lying. Was explainable due to replacing air conditioning. Didn't want to mischaracterize a situation. He was last set of eyes. When R Floyd was elected April 2, 2019, too broad, didn't want to be in communications, didn't have training, behind all the time, 70 hours per week. If you are elected, I cannot do both. Didn't come here to do communications, came to do relations. Brought in a new VP for convention communications, Jonathan Howe came in and relieved him in that area.

2006 – decined to be on staff

Asked again in April 2007 august 2007 – VP convention relationtions – through MC – Frank Page – 2010 – November 2010 – downsized by 10 – wanted him to take over communications – vp comm's and convention relations – ended up being permanent – now 2 areas – used to be separate VPs – last set of eyes on all stories b/4 got published – developed protocol – send story – if din't respond by x minutes, go ahead and post – "relationship" standpoint – are we being careful not to harm relationships – internally or externally – internal or external publics – interpret SB polity to all internal or external constiuants – saying something to cause harm to internal or external constiutants

Comm's – last set of eyes – when Ronnie elected – said too broad of an umbrella – behind all of the time – need someone else to do comm's – 2019 – brought new VP for Comm's – Jonathan Howe – relieved him in that area



Served on the EC from 2002-2006, and 2006-2010

Committee on Convention Events and Strategic Planning, Chair

Vice President of Convention Communications and Relations 2007-2019

What did you understand your duties and responsibilities as Vice President of Convention Communications and Relations to be?

B. Did you have any other roles within the SBC / SBC EC during this time (i.e., committee chairs)?

Committee on Convention Events and Strategic Planning, Chair – what years? What did this entail?

C. Did you have, and if so please explain frequency and nature of contact with: (tailor to witness's position)

3 committees/9 work groups (became 8) – came together at time of meetings – first 4 years – comm's work group – adopted resolutions of appreciation for retirees – 2006 – after sbc annual meeting – second term – new committee – CP committee for 1 year –

-interactions primarily in 3 meetings – 2 were a bit longer and then brief meeting in June before annual meeting – did not go to all of them – went to ones that could but still pastor

-outside that conversation with Bob Rogers/Boto re funding study reports – meetings at SBC office for those meetings – sometimes seminary presidents would speak – also one in TX

-no interaction with staff other than at meetings

i. EC Officers
ii. Other Trustees in the Executive Committee
iii. SBC EC General Counsel
iv. SBC EC Staff
v. SBC EC outside counsel



D. Understand that EC met 3x/year. Between these meetings, did the any group of the EC executive leadership meet/discuss sexual abuse matters? Who participated? What was discussed? (interviewer can use timeline to ask about specific initiatives)

Do not recall being part of meetings or hallway discussions
-know meeting in spring 2007 when victim/advocate group met with bylaws work group –

-compartmentalized – given notebook with information with motions – but dind't know about other committees
-don't recall motions re: SA

Three committees and nine work groups, each committee had 27 people. 2002-2006 in the coms workgroup, adopted resolutions for recognizing state execs and entity leaders on their retirement. Second term, transitioned to CP in 2006 and served one year, primarily contact was during the three meetings, Monday and Tuesdays in September, February and June. Was still a pastor so didn't go to all meetings. For Example, didn't go in 2006, missed maybe 2-3 meetings over the five-year period. Had conversations with Bob Rogers and Augie Boto on funding committee meetings from time to time all six seminary presidents there. They all spoke. Interaction was on occasion had lunch with staff. He was in Tennessee so he would go home.

Where there any meetings that stood out when SA was discussed? He does not recall being in those meetings or even having hallway discussions. Remembers there was a meeting in spring of 07 that a victim group met with bylaws WG, read about it later in SBC Life. Would read the background material on motions and what was going to be presented.

Do you remember any motions having to do with sexual abuse? From 2002-2006, I don't remember any motions when he was a member.

In August 2007, he discovered that there had been conversations about SA and victims. He did not fully understand before he came onboard how his role would morph. He received several media inquiries. Wasn't up to speed to know how to respond, with EVP D. August Boto. Began having conversations with him as needed. John Revel was executive editor of SBC Life. He went back and read the articles from 2007 about motions. Was not as engaged as a messenger that year because he was resigning that year as



pastor to work at the SBC. Led to report in 2008. Conversations with Boto: in 2002 and 2007, there were motions, 2002 was general, 2007 was sexual abuse of children, we stand against and repudiate sexual abuse of children. Sinful and criminal and must be reported to law enforcement immediately. Sexual abuse of children was the dominant focus. In follow-up, what was SBC going to do. Article 4 while sovereign in it's own sphere…in those conversations with A Boto, report to law enforcement and don't have the authority. Is there a way that the SBC can do something, i.e. report to law enforcement. He only had media inquiries not from victims of abuse. In 2007, Dr. Chapman told him that all sexual abuse matters would go to A Boto, who was delegated with that responsibility. If it did come to him, he would give it to Augie. In light of his conversations with Augie, a few came in later in his tenure. CR inbox, general delivery inbox, trained people to go through inbox and it goes to Augie. He contracted with Dr. Stephen Wilson, PHD in History. He and Janice Leroy would go through the emails. Got variety of requests in this mailbox. Didn't get many sexual abuse reporting in the early years, can't confirm how many, Janice sent to Augie and she would occasionally copy him, Stephen would copy him. He would follow up with Augie to make sure he got them. Augie said he had reached out and contacted them and told them maybe it was outside the statute of limitations and contact law enforcement. Yes, he did raise questions along the way, because he views him self as pastor first. The 2008 report, with legal counsel, rt was a direct response to creating a database. The collective response was that there is an existing database of sex offenders posting on the SBC site. He set up a google alert for Baptist and arrest and forwarded it from time to time. Not trying to throw anyone under the bus but asked can we at least not post stories about Baptists who were arrested if they were an SBC church. Response would be an inexact science there would be gaps and people might see it as a registry. If something doesn't show up, there is a liability factor if people think it's a registry. He raised the question from time to time because it bothered him. He cannot say that it was not a liability concern primarily. 2018 motion impetus was two entity leaders who supported an entity leader. Al Mohler, Danny Akin and CJ Matheny, they should have repudiated him from the beginning. The fact that they continued to defend him caused the 2013 motion, don't support people like him. Danny kept having Martin Driscoll come to speak, cavalier with sexual impropriety matters. In 2008, they did put forward that they did have an entity that could support, ERLC. Richard Land was the president then, then Russell Moore. Several years in they realized this was a significant issue and


they took it up. After HC AoF, he developed a relationship with John Tedesco, who contacted him about one of the churches in their report. His wife had just been diagnosed with an illness. Told him that they had withdrawn and were no longer a cooperating church in the SBC. Told him there was nothing that they could do, just like they couldn't before. The only thing that they can do is lift up resources and disfellowship the church, Article IV. Not a church, network of churches, convention of messengers. Can set the parameters of participation. If you employ knowingly (offenders), you are no longer members of our fellowship. Had the ability to do it before the Credentials Committee was formed but it wasn't clearly defined but now it's more clearly defined. The 2008 response was in long form, training at seminaries, Dru Sjodin database on the site. Janice Laroy was a social worker, he asked her to write the article on duty to report. Criminal background checks, lifted that up, lifeway began to contract, they developed relationships with those companies that do the background checks. All of these things came out of the 2007 motion and 2008 report. But we did not lift up the database. I wish we could do a database, because what is the way with accused versus conviction. Taught Laroy the protocol, keep emails, push to legal. Pentagon shut down SBC. Net to military bases because they were conservative but it was breaches from China. Forwarded to legal. Janice sends it to Augie Boto. Would and wouldn't surprise him that the SA reporter was never contacted. There were other inboxes, could have come in through other portals. There were 8-10 mailboxes at one time. Through 2011 plus, they externally contracted with an individual managed their website and went through their mailbox and sent them to the appropriate person.

He had a conversation with A Jordan after Amy Smith picketed at convention in Houston. Got a thousand emails from Allen Jordan. Spoke to John Tedesco. 2013 convention. She was member of a Houston church. Amy has alleged that someone had been abused and it was covered up. Another conversation with a pastor named Greg Belzer who had been accused of mishandling an abuse case. Greg Belzer had told him that someone had been accused many years ago. Police had informed him. The Pastor allowed him to retire rather than terminating him. Frank Page had him contact Allen Jordan and sent those to Augie Boto. Prestonwood, Jack Graham new pastor, Allen Jordan defended him as he had just arrived. Offender was pass along to another church. Abused two boys. One was Jordan's son.

Case 3:23-cv-00478 Document 411-44 Filed 11/03/25 Page 9 of 21 PageID #: 15144

Confidential GPSILLS_001360


Another case, Romeoville, IL that had called a pastor who was convicted and came out and became a pastor. Then he brought another former convict to become associate pastor. 2007, talked to Augie Boto, nothing they could do. Didn't disfellowship that church. Once in always in unless they decide to leave or they are disfellowship. No record if they left on their own.

E. Did you discuss allegations of sexual abuse or the response to allegations of sexual abuse?

1. With whom? (List out specific individual names that the documents show that the witness had correspondence with on these issues.)

2. When?

3. Concerning what survivor(s)?

F. In your role as VP Communications did you had any interactions with a survivor of sexual abuse?
August of 2007 – number of conversations about sexual abuse etc – dind't understand before came on board how role would be – received media inquiries – didn't know how to respond – had internal conversations with inhouse counsel – Boto – John Revel was editor of SBC life – PR piece not news piece – things written in 2007 – motions in san Antonio – didn't pay much attention except for resolution – blwg and report in 2008 –

How do we respond to media inquiry re what is sbc doing and what can sbc do? -morphing over time – 2002(sexual integrity of ministers)/2007(standing against sexual abuse of children) – must be reported to law enforcement – don't have investigative authority – children was dominant focus – what is SBC going to do? Polity can exercise authority over churches – double prong – report to law enforcement – and don't have investigative authority but gov't does –

-he wasn't getting report – just media inquiries of is there going to be database, etc. – dr chapman said all matters of sexual abuse and anything related to sexual abuse



that is being report goes to augie to deal with and manage with attorneys – delegation

-in light of conversations had with augie, (doesn't know how many came in) – CRM box – convention relations box – trained people to send immediately to Augie – standard answers for so many different inquiries –
-conversation with Augie – raised questions along the way – views himself as pastor first – 2008 report – direct response to creating database – collective response of legal counse/blwg/EC – already existing database of sex offenders – email every time got google alert for Baptist/arrested – if b/c sexual abuse – raised question from time to time – can we not at least post stories of news stories that address Baptists arrested if church they were a part of is cooperating SB church – general response was inexact science so gaps and if gaps and people perceive this as registry then liability factor – not comprehensive

Sovereign Grace – entity leaders and other Danny Akin / Al Mohler –
2008 report – have ministry entity that could take on assignment – ERLC – Richard land – didn't take on as priority – Russell moore didn't then Russell moore finally did

After Houston chronicle articles 2019 – more frequent comm's with john Tedesco – called about one of churches – feb 2019 – got a letter that withdrawn from cooperation with SBC – means can't do anything – lift up resources, encourage churches, but can't say must fire your pastor
-set parameters of participation – if knowingly hire someone xxx, no longer in cooperation – clearly defined

[Make sure to list in the interview draft the contacts we already know about in case the say they don't remember or something else inconsistent with the documents/witness statements – **Be careful to maintain anonymity of survivors where necessary/requested – can refer to documents received from SBC EC (but not CC), public statements from survivors, any approved information from survivors]**

G. Can you explain the details?

H. In your role as xxxxx, did you ever discuss or hear discussions of reports of sexual abuse made to the SBC EC or how the SBC responds to such reports with:

   i. Any SBC EC Officer?
   ii. Any SBC EC Trustee


           iii. SBC EC General Counsel
iv. Any SBC EC Staff
v. SBC EC outside counsel

vi. If yes, explore details re who, when, substance of discussion and if a particular report of sexual abuse was discussed.

vii. Any written or email communications?

I. Why did your role as VP end?

J. In your role as a VP, did you ever discuss reports of sexual abuse or how the SBC responds to such reports with any other Trustee, EC officer or any staff member of the SBC outside of Executive Committee (such as ERLC, IMB, NAMB, Seminary Presidents)?

This is a general question – we are aware of the specific reports that would come to your office and will discuss those BUT this question is whether you discussed with anyone how to handle those reports? Augie? Jamie/Jordan? Ronnie? Mike Stone? Frank Page? Greg Addison?

i. If yes, explore details re who, when, substance of discussion and if a particular report of sexual abuse was discussed.

ii. Any written or email communications?

III. <u>SBC EC Questions:</u>

**[Some of the answers to these questions may have been answered above. Make it clear that our questions are neutral and guided by the particulars of the motion. We want to hear all sides of what has occurred in order to write a full, fair, and independent report.]**

**Note: For all of these questions, make sure to have details of known answers to each from documents, witness interviews, public reports, etc. in order to follow-up on responses such as I don't know/remember. Same caveat re: survivor anonymity.**

A. Are you aware of anyone (survivor/advocate/other reporter such as family, friend or pastor) who has reported allegations of sexual abuse to the SBC EC?

Appears to have happened all the time – see attached documents



https://plusnxt.relativity.one/Relativity/go?id=8252197-2482495

Couldn't these responses be seen more as protective of the SBC and its staff and officers rather than the survivors? Instead of acting to help, always considering how any action would hurt the SBC – how is that biblical?

https://plusnxt.relativity.one/Relativity/go?id=8252197-2482457

"Sing Out!" Doesn't that seem callous or not convey the appropriate amount of seriousness that should accompany these types of allegations?

Being included on emails between augie/jim/Jamie was rare

Allen Jordan – extended conversation with him after convention where Amy smith picketed it – 2013 houston – He wrote notes up and sent to Frank Page and Augie Boto –

Another conversation with Greg Belser(?) – pastor – accused of having mishandled end of ministry of alleged sexual abuser – might have been about same person – called b/c Frank told him to – wrote report and sent to frank/augie – allowed him to retire instead of terminating him

Romeoville IL – church who hired person who was in jail and served time and brought in someone else who was in jail – what can you do about that? brought it to Augie

Once in always in unless…. Unless church chooses to leave or the convention votes to disfellowship the church – only have clear records of the latter.

i. If so, ask for details, including source of knowledge (first-hand, documents, second-hand (if so, from whom did they hear the information?)

ii. Who was the reporter?

iii. When did they report?

iv. Method of reporting (in person, phone, letter/email)

v. To whom did they report?



     vi. Aware of any Internal discussions or communications within EC regarding the report? If yes, explore details and ask If there were any emails or other written communications.

vii. What was the outcome?

B. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported allegations of sexual abuse?

Ask about what happened to David Roach – why was he fired?

C. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported allegations of obstruction by anyone in the SBC?

D. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported resistance to initiatives to change how the SBC responds to reports concerning sexual abuse?

E. Why do you think there was so much tension/heated debates around the issue of sexual abuse?

IV. Credentials Committee Questions for Non Members Only: [Note: Our questions related to the Credentials Committee are only related to the scope of our investigation – so only June 2019 to June 2021 and only with respect to submissions regarding allegations of sexual abuse.]

A. What is your understanding of the purpose of the Credentials Committee as it relates to sexual abuse?

B. Did you have any involvement in the creation or structure of the CC? If yes, what was your understanding of how it was designed to work?

i. If applicable, are you aware of the members of the CC (originally or at present)?


   ii. If applicable, do you know whether any CC members have experience/training with abuse/trauma?

C. Were you ever privy to discussions regarding the SBC Churches that the Credentials Committee was considering due to allegations of sexual abuse?

D. Do you have any recommendations for changes or enhancements to Credentials Committee, consistent with Baptist governance?

V. Baptist Press/Communications Questions:

A. VP Communications – you were the VP over Baptist Press?

B. Had that role in 2019?

Percolate up – state entities, etc. – usually didn't start with staff – editor – solicit from writers – contact convention to see if xyz happening – and run it down – aligns with primary mission vision and values

-once comes in, shawn – editor assigned to writer – do internal editing process – not very common to be involved unless involved issue where he needed to participate – usually if wanted legal team

C. You are familiar with Jennifer Lyell? She contacted and wanted them to run it – wanted first person –

-shawn sent to legal team – the first person – without goinig to sing first – jaime answered shawn and said we have a problem b/c this is someone allegeing criminal behavior and sexbuse is a crime – copied sing – sing then talked to shawn – shawn told sing that he told JL would do as story not first person

-common for shawn to go to legal team without going through sing first

-assigned to writer – draft to shawn – laura would come in – 4 trained journalists – art, diana, laura, shawn – David not trained as a journalist

-multiple smallish edits – shawn having interactions with David, laura, JL before it came to Sing

-raised up questions along the way – first few days of the week – then went to GA – back on Friday – became aware of a lot of things after the fact

-raised up – shawn made decision to make complete shift – laura raised question why are we carrying this story now – not disagreeing with shawn's answer – when JD Greear named 10 churches and a firestorm ignited, BP got castigated that blwg had met for xx number of hours and id'ed a number of churches warranted further inquiry which meant that the other number did not warrant further inquiry



-shawn worried that if didn't run, it would be BP refused to run story – news peg – need to be sure do it right
-one of things that art taught him was "looking for a news peg" why would this story appear now – why is it news worthy now – laura
-I believe before god that he did what knew to do in best way possible based on what knew at time – but now have fuller knowledge – if collateral damage to get to right thing, then that is okay – greatly regret but if that is what it took to get where we are then grateful that it occurred
-no corroborating testimony from external source – laura – checked with Kentucky that no SOL for criminal assault – emailed it to shawn – shawn re-framed story from sexual assault to "more light" shed on termination of professor
-seth brown – editor of NC Baptist recorder – 2 seminary professors resigned at same time – David sills was one -
Got from a to b overnight – need to include a seminary student at time it began – sing in favor of doing editorial note and change to the story
-JL wanting BP to affirm and assert that she had been sexually abused when BP did not have adequate information that had occurred –
Blamed on Al Mohler not firing him – allowing him to resign –

Have to put in that groomed – these are the steps that abusers/predators take

Retrospect – wish didn't rush to get story out on Friday – wish had more time for careful reflection and follow-up with Al Mohler – didn't know about SOL – thinks that was hinge

After story – asked to link to her story – had "no linking policy" – never called or emailed sing – sing said we have a no linking policy – had email/voice/text comm with Augie – augie says clearly shows "abusive" relationship – colored by legal opinion that for us to claim abuse – was told would increase liability exposure that he performed a criminal act without corroboration of criminal act –

Her goal was that David Sills would never be employed by Christian ministry – goal met – doesn't understand mind of survivor so can't understand

During "negotiation" process – sing said to shawn did not say "morally inappropriate" – an inappropriate sexual relationship is morally inappropriate – colored by same legal scare from lawyers


D. When did you first become familiar with her? Ask details [she approached Shawn – worked with him at first – then David wrote story – submitted to Shawn – Shawn had meetings with Sing/Augie – got story back and it was different]
E. Have both versions to show him
F. Who made decision to change?
G. The words have very different meanings?
H. Abuse and morally inappropriate relationship?
I.
J. Again – concern is about being sued, not about care for survivor
K. What did Ms. Lyell want to fix it? Why couldn't BP do that for her?
L. How do you think she was treated? They had a no linking policy so they couldn't link to that outside source (Jennifer's story). He communicated with Augie and he agreed that there were 4-5 indicators that there was abuse. For them to claim abuse, it would have raised their liability for not corroborating that criminal act. He doesn't think that was the reason for changing the wording. At the time, no. He talked with Sean, she didn't not say morally inappropriate relationship. Jim was a terse person. He emailed Shawn, "she said.." Made the change with no mal intent. To claim abuse without corroboration is not appropriate for them to do.

M. Letter to Jennifer – how drafted – what was its purpose? https://plusnxt.relativity.one/Relativity/go?id=8252197-2480866

Asked if care of Jennifer was the focus or liability for the SBC? He was focused on personal issues in his life. Never met Jennifer. Shawn was handling things. He didn't know she was unhappy until July. Then he was focused on Ronnie Floyd election in April. Four weeks between when the story posted and Floyd's election. Didn't get feedback. Story had run. Didn't get sense of a hunkering-down. In other cases, he would ask Art why something was published and Art would tell him it was published and they move on. Wasn't that level of violation on his radar that it is now. Had you seen that attacks on Jennifer as a result of the article? Story published Friday, Saturday he got a text from Pastor Crawford asking if he had seen what was on Facebook. He called Shawn, Shawn said it's pretty bad so he told Shawn to take it down and so he did. He doesn't use Facebook. Brad Wagner, VP, called him and said what does BP have against Lifeway, botched job on J Lyell story. Ronnie asked how J Lyell got his number, Augie suggested Sing contact her. She told him she had been called a whore. His heart breaks for her and it has since he met her. She told him that he is worse than the abuser and not to contact her again unless it was to apologize to her. Her stated goals was that David Sills would no


longer be employed in Christian Ministry. So,he doesn't understand why should would feel that way. He didn't see what they did as adding weight to a weighty matter of life.

Does it make sense that the abused don't report to police but can still be abused? It makes sense to me, but it was ingrained at the SBC that this is the first response. Because he has not have been involved with the abused, it would not have made sense but it does now. He has a much greater awareness now. Thinks Caring Well is a good thing that ERLC did. Sent him documents for proofreading. Positive resource. He's fully in favor of whatever they can do. An evolution has taken place on what they can do. He never heard about adult victims of abuse until the last 5-6 years. Only child sexual abuse. That's my generation. I have three girls and grandchildren. He gets that. He hates that this has happened. Collateral damage, he's been vilified in social media to this day. No right to live, shouldn't be in leadership.

https://plusnxt.relativity.one/Relativity/go?id=8252197-2483182
"interpretation" of "not sinless" – post hoc CYA

https://plusnxt.relativity.one/Relativity/go?id=8252197-2481938
Lyell email to Floyd forwarded to Sing/Boto and said sent no response and doesn't plan to respond

https://plusnxt.relativity.one/Relativity/go?id=8252197-2482992
Full thread of discussion with sing and "plan" and JL becoming disenchanted

https://plusnxt.relativity.one/Relativity/go?id=8252197-2483212
Final email from JL in above thread

https://plusnxt.relativity.one/Relativity/go?id=8252197-2482879
how article was put together – JL working with David and Shawn extensively – had a lot of input

VI. Recommendations

Case 3:23-cv-00478 Document 411-44 Filed 11/03/25 Page 18 of 21 PageID #: 15153

Confidential GPSILLS_001369



A. With respect to issues surrounding sexual abuse allegations, initiatives, or survivor care, are there any areas that you believe that the EC handles particularly well? SBC generally?
B. In hindsight, are there any initiatives that you think should have been studied closer, given greater consideration or adopted during your tenure related to sexual abuse allegations, initiatives or survivor care?

C. Recognizing SBC governance and structure, do you have any recommendations for the way that the Executive Committee should address sexual abuse allegations, initiatives or survivor care?

Raised to Ronnie in 2019, that he wouldn't stay past June. That Friday night, Rachel Denhollander called him out by name as a lowlife for ruining Jennifer Lyell's life. Jonathan on Saturday said BP messed up. Adele Banks wrote a good article about the phrase morally inappropriate relationship. Suggested that they incorporate her article and an apology. Instead, J. Howe wrote an article saying that BP messed up. He never construed what they wrote as a consensual relationship. Sunshine is the best antiseptic. Shining light on sexual abuse is a good thing. If a church knowingly employ an accused in a public way/credibly accused, if it means something. He thinks nominating of CC members is all over the map between EC nominations, committee on nominations. Ronnie said that they need a process for the Credentials Committee, so he wrote the flow chart based on polity. Now state conventions are using that model. He raised the idea that if someone needs help so he linked up the Babb Center. He framed it out to make it user friendly. State conventions want to put that on their convention websites. Thinks Credentials Committee is a convoluted mess. Make the process, sunshine antiseptic approach. ERLC needs a ministry statement regarding sexual abuse. Entities take on projects that their president has an affinity for. Russell Moore did that after years of seeing the problem. Convention owns the ministry assignments. Entity obligated to fill the assignment. Need story-telling. Need to optimize search engines so people are taken to the SBC link not an article.

VII. Closing

A. Thank you so much for your time today.
B. As we come to a close, is there anything else you think might be helpful to share with us?
C. Is there anyone else we should talk to or other steps we should take?



D. If there is anything you would like to share in the future, please do not hesitate to contact us

Guenther response – sexual abuse inquiry sent to Sing/Boto
https://plusnxt.relativity.one/Relativity/go?id=8252197-2484410
https://plusnxt.relativity.one/Relativity/go?id=8252197-2484481
https://plusnxt.relativity.one/Relativity/go?id=8252197-2484480

What if anything did you have to do with the Sexual Abuse Summit in Oct 2015? Did it occur? Purpose? Impetus?
https://plusnxt.relativity.one/Relativity/go?id=8252197-2441142

recommendations: made to Ronnie in 2019 – Rachael had called him out that Friday night – Jonathan said BP messed up – Sing told Ronnie he was done – adele banks wrote an article about morally inappropriate relationship – sexual crime v. sexual sin – find common ground on language to refer to each – can use JL story and but apology – that didn't happen – Jonathan just wrote article that said BP messed up – wanted to write an article to agree on the common use of language – lexicons that we use have the same set of definitions

ERLC – creating a top-of-mind resource – in favor of what they are doing – including investigation – ministry assignment change that includes this specifically – BPM says to protect the "abused" – this is large enough that should have ministry statement that specifies this is what they do – in absence of ministry assignment, entities take on projects that presidents want – convention owns ministry assignments – entity is obligated to fulfill assignment

Third – really first – sunshine is the best antiseptic – shining the light on sexual misconduct is the best antiseptic –

Four – "knowingly" choose to employ someone who has been publicly accused / credibly accused – disfellowship – what does credible accusation look like? Doesn't know – needs to mean something

CC step in the right direction – this iteration is a camel – committee on nominations should do the nominating – needs to be consistent – streamlining –

Ronnie asked for processes – Sing wrote the flow chart that resulted in what is online – based on polity and how framed – now being what is used as model for some of state conventions – added in Babb Center for victim to get help – framed all out to be as user friendly with fewest



number of clicks as possible – state conventions want it on their state websites – make process more transparent to submitters

responsiveness