# Exhibit 70



Date of Interview:[1]  Jan 10, 2022

Interviewers: Krista Tongring, Laura Rogers

Interviewee: Laura Erlanson

Location/Method of Interview: In person

---

Please use this document with each interview. All interview notes should be embedded herein under the appropriate question. Additional questions should be added prior to the interview if at all possible, and if not, should be included in the note-taking with the answer following the question.

When finalizing the interview notes, please use the full last name of each person referenced so that the document can be properly searched in the future. Other names and common references pertinent to the investigation should be written out unless otherwise indicated. A list of permitted abbreviations will be circulated and maintained on Teams.

I. Introduction

    A. Introduction of interviewers and role

    B. "Housekeeping"

- Thank you for agreeing to meet with us
- Please let us know if you need a break or would like to end the discussion at any point – you control the discussion
- Feel free to ask questions – I will answer anything to the best of my knowledge

    C. Scope of Guidepost Investigation want to be sure that our role is clear to make sure there are no misunderstandings

- Want to make sure our role is clear so that are no misunderstandings

    D. Motion – have you seen/read it (SBC Convention June 2021) (if yes, don't go through detailed bullet points – but do go to E./F.) Investigation into the following:

- Allegations of abuse by Executive Committee members.
- Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021.

---

[1] These notes are not a word-for-word transcription of the call; they do not necessarily reflect the exact words used by the participants, but rather are meant to convey the sum and substance of the conversation.

Confidential GPSILLS_000781



- Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021.
- Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021.
- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021.
- An audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

E. High level description:

- Guidepost retained by Task Force on behalf of SBC to:
- Conduct investigation of SBC EC related to how sexual assault allegations were handled and survivors were treated and assessment of CC

F. Investigation output – what will happen at the end?

- Detailed report which will be made public
- a **complete set of factual findings**
- **comprehensive recommended framework within which the SBC can operate in order to continue to address the concerns raised by the SBC Motion in a transparent, accountable, and scriptural manner that prioritizes survivor support and care and enhances practices for the prevention of sexual abuse, harassment, and violenc**e

G. Who controls the investigation and report? Guidepost – complete independent third-party review

H. What is role of Task Force?

I. Are you familiar with the Task Force and its role? If not, do you want me to list/explain?

- The Task Force appointed to oversee investigation (list of Task Force members below)
- The Task Force does not no control – there is no attorney/client privilege between Guidepost/Task Force
    - Bruce Frank
    - R. Marshall Blalock
    - John Damon
    - Liz Evan
    - Heather Evans

2

Confidential                                                                                                                                                    GPSILLS_000782



- o Andrew Hébert
- o Bucas Sterling
- o **Advisors to the Task Force**
- o Rachael Denhollander
- o Chris Moles

J. A few principles of Guidepost's methodology (Use judgment – discuss if needed)

- Though the Task Force is **overseeing the investigation, Guidepost will remain independent of the Task Force, the SBC, the Executive Committee, and the Credentials Committee**. **No attorney-client relationship** will be formed between Guidepost and the Task Force, the SBC, the Executive Committee, or the Credentials Committee. Accordingly, communications between Guidepost (including its employees and agents) on the one hand, and the Task Force, the SBC, the Executive Committee, and/or the Credentials Committee will not be protected by the attorney-client privilege. **Guidepost will document in its written report whether any person or entity has withheld access to information, documents, records, facilities and/or employees, officers, agents, or others through a claim of attorney-client privilege** or the attorney work product doctrine, particularly if claimed by the SBC, the Executive Committee, the Credentials Committee, the Task Force, or any member of the aforementioned.
- At the conclusion of the investigation and audit, Guidepost will prepare a **complete set of factual findings and a comprehensive recommended framework within which the SBC can operate in order to continue to address the concerns raised by the SBC Motion in a transparent, accountable, and scriptural manner that prioritizes survivor support and care and enhances practices for the prevention of sexual abuse, harassment, and violence**.

<u>**NOTE: the below are suggested questions regarding the general investigation. Interviews are not limited to these questions, nor will each interview necessarily touch on each topic. Please use these as a guide supplemented by your review of documents, interview notes, and discussions with the investigatory team.**</u>

II. General Introductory Questions

A. Where do you currently attend Church?
B. Has your Church location changed over the years?
C. Which SBC Annual Meetings have you attended?
D. What can you tell us about the discussions regarding sexual abuse that have occurred at the annual meeting or committee meetings?
E. How did you originally hear about our investigation?
F. What was the attitude among the EC when you heard about the investigation?

3

Case 3:23-cv-00478   Document 411-45   Filed 11/03/25   Page 4 of 9 PageID #: 15160

Confidential

GPSILLS_000783



  G. How was the investigation by the Task Force received by the EC?
  H. Was the EC cooperative with the Task Force?
  I. Survey: **Most of the questions did not apply to Erlanson. Felt like could not answer many of the questions. Took the survey when had covid and don't really remember how answered many of the questions. Never felt that there was something that could not bring to a supervisor. Always felt there has been an open door policy. Wilkerson was before Jack. Always felt the culture was good here. Never deal with sexual abuse. Not part of our world. No reason to know how to report sexual abuse. Not applicable. The EC is not the place to deal with this. The CC should deal with this. Christy Peters deals with the CC.**

III. SBC EC Questions
  A. During your time at the EC are you aware of anyone (survivor/advocate/other reporter(family/friend/pastor)) who has reported allegations of sexual abuse to the SBC EC?
  B. With respect to each person,
      i. How was abuse reported?
      ii. To whom was abuse reported?
      iii. What was the response the survivor received?
      iv. Were there any BP articles published about the survivors abuse? If not, why not. If so, use questions under BP section.
      v. What was the culture at the EC with respect to sexual abuse in the SBC?
      vi. What was the culture at the EC with respect to survivors of sexual abuse who reported to the EC?
        1. Specifically, Patterson
            a. Statements regarding specific survivors
            b. Statements regarding sexual abuse in the Church
            c. Statements regarding sexual abuse initiatives
            d. Statements regarding attempts to cover up sexual abuse within the Church
        2. Specifically Pressler
            a. Statements regarding specific survivors
            b. Statements regarding sexual abuse in the Church
            c. Statements regarding sexual abuse initiatives
            d. Statements regarding attempts to cover up sexual abuse within the Church
        3. Specifically Boto
            a. Statements regarding specific survivors
            b. Statements regarding sexual abuse in the Church
            c. Statements regarding sexual abuse initiatives
            d. Statements regarding attempts to cover up sexual abuse within the Church

4

Confidential                                                                                     GPSILLS_000784



           4. Specifically Toalston
               a. Statements regarding specific survivors
               b. Statements regarding sexual abuse in the Church
               c. Statements regarding sexual abuse initiatives
               d. Statements regarding attempts to cover up sexual abuse within the Church
           5. Specifically Oldham
               a. Statements regarding specific survivors
               b. Statements regarding sexual abuse in the Church
               c. Statements regarding sexual abuse initiatives
               d. Statements regarding attempts to cover up sexual abuse within the Church
     C. Understanding the scope of our investigation, can you tell me a bit more about the relevant information you would like to provide?
     D. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by SBC EC/staff after they reported allegations of sexual abuse to SBC EC/staff?
     E. Have you witnessed or do you have information regarding obstruction by SBC EC/staff after they reported allegations of sexual abuse to SBC EC/staff?
     F. Have you witnessed or do you have information regarding sexual abuse initiatives by SBC EC/staff?
     G. Have you heard any discussion at the EC regarding the cooperation of Geunther, Jordon with the Guidepost investigation?
           i. Who have you heard discussing this? What has been said?

IV. Credentials Committee
     A. You of course are you aware of the Credentials Committee?
     B. What is your understanding of its purpose related to allegations of sexual abuse?
     C. How was the CC was formed? Who was on it?
     D. Are you aware of how the CC received/processed complaints?
     E. Do you know if documents were kept/maintained?
     F. Do you know how did CC make decisions on complaints related to sexual assault?

V. Baptist Press
     A. I would like to discuss your position as managing editor of the BP.
     B. Can you give us a brief history of your employment with BP? **Been at BP for 18 years. More of an editorial role. Input into stories, more as the years have gone on. In 2020 promoted to production editor, then to managing editor-what stories were going to run.**
     C. During your time at BP what has been the policy at BP regarding the drafting and editing of articles? **Not really a policy—daily procedure-changed over time—vast majority orginiates with BP. Was a time when content was state partners, free**

5

Confidential    GPSILLS_000785



lancers. Rarely use them anymore. Now, 3 full time writers, VP writes, each story get submitted to assoc vp.
- D. Has the policy every changed? **More of a procedure now. Depends on the story. Decision making did not take full form until the last 2 years. Not priviy on early times. No pressure applied. There were sometimes conflict between acting editor BP and president or attorneys. Not a daily issue. Never a part of the discussion.**
- E. I would like to discuss the articles related to Ann Marie Miller. **Proofreading and posting original articles was Erlanson's involvement (didn't write it or edit it or fact check – just looked for grammatical errors). In 2020 BP was approached via live conversation by IMB to rewrite the original story. BP was not inclined to do this because it would have looked like BP made a mistake. BP said if IMB wanted to release a statement then BP would write a story about the updated - 7 statement – did not want to change a story after the fact, Erlanson was part of meeting where the compromise was reached and the editor's note was published – final decision was a joint decision. BP did this and linked back to old story. Sometimes there were conflictw between BP's editor and president/lawyers. Erlanson was never a part of those discussions – just knew they were happening – no interaction with 86 EC members Miller.**
- F. Who made the decisions with respect to the original publication of the article regarding Ms. Miller?
- G. Who made the publishing decisions with respect to Ms. Miller's article? **Shawn Hendricks, he was the editor at the time.**
- H. Please explain the situation regarding what occurred with IMB. **Julie McGowan was the editor of IMB and published the original IMB article, she also came back to BP later on. Later on maybe 2020 approached by IMB to re-write the original story – weren't inclined to do it b/c makes it seem like BP statement – did not want to change a story after the fact – was part of meeting where the compromise – editor's note was published – final decision was joint decision – Guenther doesn't know if they had any input made an error – said if IMB wants to release a statement then BP will write a story about the updated -**
- I. Who dealt with Mr. Chitwood during the negotiations regarding the discussion of the apology to Ms. Miller?
- J. What is the significance of an editors note? **Not part of the story from the publication that pertains to the story some new information, addendum, clarification-usually after the fact but sometimes give context.**
- K. How was this situation resolved?
- L. Tell us about the input that the Guenther law firm had in editing the article? **No idea.**
- M. Who made the final decisions about what would be published regarding the apology to Ms. Miller? **Joint decision –4 or 5 people including Earlanson**
- N. Let's now turn to the article regarding Jennifer Lyell?

6

Confidential                                                                                                             GPSILLS_000786



O. Who made the publishing decisions with respect to Ms. Lyell's article? **Shawn Hendricks and Oldham-VP of convention news and relations put Oldham over BP—not a lot of day to day input. Hendricks had final editing authority. With a bigger story he might call VP, so Oldham might have had more input on Lyell's story, but Erlanson doesn't know if Hendricks sought input or if Oldham inserted himself. Erlanson does not that Lyells sought out BP to publish her article. Erlanson doesn't know if Lyell's had the opportunity to review the article before it was published. The standard of the industry would not allow her to review it before publication. Don't know if she was told this or not.**
P. Who had final editing authority in 2019? **Shawn Hendricks**
Q. Who made the decision not to discuss the article with Ms. Lyell before it was published.
R. Did Guenther have any input into Lyells article? **Doesn't know if Guenther had any input Lyell's article.**
S. Who made the decision not to take the article down? **Oldham may have made the decision to not take the article down. It would have been Oldham's call. believes – not 100%. Shawn Hendriks and sing Oldham made publishing decisions – shawn had final editing authority – with a bigger story might call VP – so Sing might have had more input – doesn't know if sought input or if he inserted himself – JL sought BP – doesn't know whether she had the opportunity to read it before publication – standard in industry – doesn't know whether she was told that – requests that taken down –**

T. March 7, 2019 sent email to Oldham, Shawn Hendricks and David Sills. **Erlanson was so troubled about the article and sent the email after she called and did not get a call back from Sills. She spoke to her husband. She had misgivings about the article, thought that the article did not represent what BP is. Do not believe that BP treated Jennifer Lyell's unfairly. We do not write articles that we cant confirm the story. Without there being a police report or local authories, BP does not need to accuse a person of sexual abuse and BP was opening its selves up to liability. Felt Lyell's needed to go to a newspaper like the Tennesseean or a secular paper. Felt BP was crossing the line. Erlanson felt like all ramifications would have been the same even if BP wrote it the way she wanted it to be written. Erlanson's email was received well. Erlanson would vouch for the integrity of shawn, Oldham.**
U. BP now has a policy that there is a requirement of a police report or a confession before BP will write an article.
V. Communications sub-work group to have more day to day awareness –vast majority of the time no one is looking over the shoulder

W. Who finally did make the decision to take her article down?
X. Has final editing authority changed since 2019?

7

Confidential GPSILLS_000787



    Y. Same questions for any other survivors that articles were published on….
    Z. Do you have any documents that you believe would be helpful to us?
    AA. Do you believe that the editing by the EC prevented an accurate history of events from being printed?
        i. If so, in which survivors case?
        ii. Did you ever have any discussions about this?
        iii. With who did these discussions take place?

    BB. Were the wishes of the suriviors foremost in the mind of the EC when publishing articles about sexual abuse?
    CC. Was the concern of the EC to protect the reputation of the alleged abuser more than the reputation of the survivor?
    DD. If yes, would you agree that sometimes the articles did not always accurately portray the facts of what occurred?
    EE. Please tell us about anything else you believe would be helpful in our investigation.

**BP has a specific position based on the guidelines. There has been situations where someone from EC has exerted too much control over an article. EC members are over BP. If they feel like there is a problem they can deal with it.**
**Treated with respect, Pretty healthy environment**
**Survey questions difficult to answer – felt that some of the questions didn't apply. The jobs at BP had nothing to do with sexual abuse. The BP staff is not placed to deal with this. Would urge people to talk to authorities or now CC.**


**Sometimes conflict between BP editor and president/lawyers – never a part of those discussions – just knew they were happening – no interaction with 86 EC members**

8

Confidential      GPSILLS_000788