# Exhibit 72

**From:** Wood, Julie Myers [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A93A7269763E45EABD6C37873F1078CD-JULIE WOOD]
**Sent:** 5/14/2022 11:48:57 AM
**To:** Bischoff, Christina [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=50b3936a3f9644288e0538a6b7e7b729-Christina B]
**Subject:** Re: CONFIDENTIAL SATF REPORT REVIEW

**Redacted**

On May 14, 2022, at 7:41 AM, Bischoff, Christina <cbischoff@guidepostsolutions.com> wrote:

**Redacted**

**From:** Wood, Julie Myers <jwood@guidepostsolutions.com>
**Sent:** Saturday, May 14, 2022 7:22:16 AM
**To:** Bischoff, Christina <cbischoff@guidepostsolutions.com>
**Subject:** Re: CONFIDENTIAL SATF REPORT REVIEW

**Redacted**

On May 14, 2022, at 7:20 AM, Bischoff, Christina <cbischoff@guidepostsolutions.com> wrote:

**Redacted**

CONFIDENTIAL

**Redacted**

**From:** Wood, Julie Myers <jwood@guidepostsolutions.com>
**Sent:** Saturday, May 14, 2022 7:18:36 AM
**To:** Bischoff, Christina <cbischoff@guidepostsolutions.com>
**Subject:** Fwd: CONFIDENTIAL SATF REPORT REVIEW

**Redacted**

**From:** "Collura, Anthony M." <acollura@guidepostsolutions.com>
**Date:** May 14, 2022 at 7:12:00 AM EDT
**To:** "Wood, Julie Myers" <jwood@guidepostsolutions.com>
**Subject: RE: CONFIDENTIAL SATF REPORT REVIEW**

**Redacted**

**From:** Wood, Julie Myers <jwood@guidepostsolutions.com>
**Sent:** Friday, May 13, 2022 10:10 AM
**To:** Collura, Anthony M. <acollura@guidepostsolutions.com>
**Subject:** Fw: CONFIDENTIAL SATF REPORT REVIEW

**Redacted**

**From:** Wood, Julie Myers
**Sent:** Thursday, May 12, 2022 7:46 PM
**To:** Elizabeth Evan <ehsevan@yahoo.com>
**Subject:** Fwd: CONFIDENTIAL SATF REPORT REVIEW

Julie Myers Wood
CEO
Guidepost Solutions
212-817-6700 NY

CONFIDENTIAL                                                                                                                     GPSILLS_015429

202-431-6551 DC
202-431-6551 cell

Sent from my iPad

Begin forwarded message:

**From:** "Wood, Julie Myers" <jwood@guidepostsolutions.com>
**Date:** May 12, 2022 at 1:25:01 PM EDT
**To:** "Bruce P. Frank" <bpf@biltmorechurch.com>, Rachael Denhollander <rachaeljdenhollander@gmail.com>, Marshall Blalock <marshall@fbcharleston.org>, Andrew Hebert <andrewhebert86@gmail.com>, Elizabeth Evan <ehsevan@yahoo.com>
**Cc:** "Tongring, Krista" <ktongring@guidepostsolutions.com>
**Subject: CONFIDENTIAL SATF REPORT REVIEW**


Dear Task Force members:

Attached please find a password-protected copy of our draft report. We will provide the password to you via text message. The report is not yet final – this is only a draft and things may be added, changed or removed before our final report is provided to you on May 15, 2022. Thus, this draft is extremely confidential and neither the report itself nor any of its contents can be provided to or discussed with anyone outside the Task Force or our investigative team. We know you understand and appreciate all of your support during our investigation.

If you would like to provide comments or discuss the report, please let me know and we can set up a time to discuss.

Please let me know if you have any questions.

Thank you – Julie

CONFIDENTIAL

GPSILLS_015430