# Exhibit 77



Date of Interview:[1]   January 12, 2022 10:30amCT

Interviewers: Krista and Samantha

Interviewee: Jonathan Howe

Location/Method of Interview: In-person On-site Executive Committee – Nashville, TN

_____
*Witness responses are in **bold**.

I. Introduction – All items to be covered during the Town Hall on 1/10/22

    A. Introduction of interviewers and role

    B. "Housekeeping"

    C. Confidentiality v. Anonymity – **Reminder to interviewee that all EC staff will be interviewed.**
        i. Survivor names will remain anonymous – not released to anyone unless consent; will remain in Guidepost files; will redact/attempt to redact if files are sought for litigation purposes after investigation concludes
        ii. Witness names – you can request that your identity be confidential; will withhold name in report
        iii. For witnesses – name may be released if investigative files are successfully subpoenaed post-investigation by third-party, may or may not happen but is a possibility you should be aware of

    D. Scope of Guidepost Investigation

    E. Motion

    F. High level description

    G. Investigation output – what will happen at the end?

    H. Who controls the investigation and report?

    I. What is role of Task Force?

    J. A few principles of Guidepost's methodology (Use judgment – discuss if needed)

---

[1] These notes are not a word-for-word transcription of the call; they do not necessarily reflect the exact words used by the participants, but rather are meant to convey the sum and substance of the conversation.

1

CONFIDENTIAL GPSILLS_014902



**NOTE: Below are suggested questions regarding the general investigation. Interviews are not limited to these questions, nor will each interview necessarily touch on each topic. Please use these as a guide supplemented by your review of documents, interview notes, and discussions with the investigatory team.**

II.  General Introductory Questions *When we ask these questions, make it known that we've reviewed the EC documents and have a general understanding of their background but would like to ask for more detailed information*

    A. How long have you worked at the EC? Who did you work for?
       **VP Communications started September 2019 – conversations about working at EC started right after annual meeting in Birmingham. Under normal circumstances would report to EVP/President – not really clear – either Dr. Floyd/Greg Addison . Previously at Lifeway and also doing SBC Weekly podcast.**

    B. What have your positions/roles been on staff at the EC?

    C. What are your job responsibilities?
       **Manage a team of 10-12 all Baptist Press, all comm's promotion and marketing for annual meeting, sbc life, advertising, paid sponsorships.**

    D. Have you ever attended an SBC Annual Meeting? If yes, ask for details.
       **Attended annual meetings since 2011 except not 2012.**
       **Remembers specific conventions with constitutional amendment, 2019 ERLC panel with susan codone and beth moore, 2018 convention with panel in Dallas with beth moore CP stage – when he was at lifeway, the podcast that he did with Amy Whitfield became a big deal and they were asked to be on panel in 2018 – podcast voice became voice of Southern Baptist – their approach was to give information- don't go crazy about opinions**
       **2018 Ashley Clayton – running CP Stage – interview platform stage – sex abuse in the church – after dr. frank – matt carter, beth moore, Russell moore – 400 people  - this was first real discussion in sbc – Howe thinks that this is where the dam broke – online and story on BP - https://www.baptistpress.com/resource-library/news/abuse-in-the-church-its-trauma-aired-by-panel-at-sbc/**

       **Howe and Whitfield felt like "Me too" movement that had started  in secular world was coming to the church – and they felt like it would not be long before they would be talking about one of their people – big pastor– would be involved, -ERLC panel  at annual convention in 2019 – don't know how received in leadership – thought well received but did not get feedback – Birmingham**

2

CONFIDENTIAL GPSILLS_014903



III. SBC EC Questions *Again when we ask these questions, make it clear that we are not here to indict the SBC, or anyone on the SBC EC, or make any judgments. We want to conduct an independent investigation as directed by the Messengers. Our questions are not meant to offend or imply that anything actually occurred.
    A. Have you had any contact with any SBC sexual abuse survivors in your role at the Executive Committee?
    B. Are you aware of anyone (survivor/advocate/other reporter (family/friend/pastor)) who has reported allegations of sexual abuse to the SBC EC?

**Allegations reported to SBC EC – Jonathan rec'd email sept/oct 2019 – from woman in Brandon, MS – husband (DOM) arrested for marital rape – associate dom at rancon cty Baptist association – they did a story on BP Floyd Steverson – asking how he can still be employed by association if this happened. She never reached back out. Howe not sure what happened but by reporting feels like they are creating a record.**
**https://www.baptistpress.com/resource-library/news/pastor-indicted-on-rape-charge-still-at-church-association/**

        i. If so, ask for details, including source of knowledge (first-hand, documents, second-hand (if so, from whom did they hear the information?)
        ii. Who was the reporter?
        iii. When did they report?
        iv. Method of reporting (in person, phone, letter/email)
        v. To whom did they report?
        vi. What was the outcome?

    C. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported allegations of sexual abuse?
**Current employees – no intimidation/retaliation/obstruction/harassment**

**Current trustees – Guy Frederick re: Jennifer lyell; Mike Stone; Mike Holloway – social media posts –**

**Past employees – Augie Boto re: Christa Brown – what she described did not surprise him based on his interactions – not a warm man**

**Augie email – satanic scheme – Howe does not believe he was calling survivors satanic but rather that Satan was using this. Howe feels there was a lack of prioritization of sex abuse issue from Augie, Ronnie, Greg – just wanted to check a box – fact that it kept getting brought up was "distracting the mission" – satan was using it to "distract the mission" – callous disregard for survivors**

3

CONFIDENTIAL                                                                                                          GPSILLS_014904



4 women – complained about harassment by Frank Page – unwelcome – personal space intrusion but not full-on sexual manner. Howe described as unwelcome touch – on the leg, small of back, hair, personal space. No real mechanism to report this behavior.

Jennifer Lyell – gross incompetence by Augie on this one – When trying to fix it, Howe didn't even bring Sing into conversation b/c he [Howe] was fixing what he [Sing] messed up – not surprised that they changed "abuse" to "morally inappropriate" – protecting entity at expense of caring for people – sense of protectionism for enitity/denomination

Sing – "unintentional retaliation" in email responses to Jennifer – he had a lack of awareness and a lack of care.

Former trustees
Rod Martin – "wicked" – trustee officer meeting feb 21 – Jennifer had asked to speak to trustees – been denied – topic comes up – Rod calls her a "professional victim" – Jonathan almost came across table at him – Jonathan snapped and told him he was out of line, and he would no do it again. Rod was stunned. [Lyell is a friend and they had worked together at Lifeway) Howe says Rod kind of apologized later – a "sorry your upset" apology. Rod Martin also has treated Hannah Kate poorly online.

Howe says Rolland was there when it happened.

Officer group of similar mind Rob Showers (anti-Caring Well/ERLC) – term for caring well was victim advocacy – Rob made comment of spending quarter million to do advocacy rather than prevention.

Jim Gregory – same as Rob


Mark Ballard – Criswell grad tied to Paige Patterson – runs a "school" in VT – northeastern Baptist college – under 10 students – not SBC school – "degree-mill" – CBN guy – in charge of Bylaw Work Group – tight with Mike Stone, Holloway, Augie – he was Vice Chair –

Ken Alford was the Chair of By LawsWork Group in 2019 when JD named churches and he resigned after that. Years prior, he had an affair left ministry (and his position as trustee) – then came back into ministry and got put back

4

CONFIDENTIAL                                                                                           GPSILLS_014905



onto EC – then he resigns from BLWG and Mark Ballard is leading BLWG – completely anti-reform/ thought Paige Patterson was railroaded

Joe Knott - wanted to investigate Southwestern for getting rid of Paige Patterson

Robin Hari – more like Jonathan – he said she was a wonderful lady and may have said something when Rod made the comment about Lyell.

All VPs – Ronnie Greg Willie Jeff

Rob Showers – harassing about ERLC caring well

BLWG never seemed on the up-and-up – never seemed like for the benefit of Southern Baptist – for the benefit of "them." BLWG more politically motivated to try to take people down than to do anything about sex abuse – did not act with Southern Baptist best interests when addressed 9 churches – it was about self-preservation
Howe said that Ballard, Stone, Holloway, Alford all put on – questions this as politically motivated to clear and take JD Greear down. They blame JD and Russell Moore for Paige Patterson thing.

    Mistreatmetn of survivors:
Mistreatment of survivors at annual convention – knows about JL; ==Hannah Kate – video surveillance of that incident – ask Jeff==

A reporter who saw what happened with Hannah Kate was very upset

D. Same question obstruction
E. Same question resistance to sexual abuse initiatives
    Lack of awareness of the problem – Dr. Floyd's biggest issue as related to sex abuse – not resistance or personally harassing – but absolute lack of awareness – Floyd would say "if we could just get past this sex abuse thing" – check the box and wanted to do something else – same with race – lack of understanding of how to help churches deal with or educate
    Greg in same box – distain for Russell Moore/Caring Well – Addison just threw gas on Ronnie's fire

    Resistence – after JD named churches - Ed Young calling people
    Augie calling people to calm them down – phone call Augie made

Case 3:23-cv-00478   Document 411-49   Filed 11/03/25   Page 6 of 15 PageID #: 15180

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GPSILLS_014906



    -effort to stop movement – effort to discredit JD – led by Augie/Sing –

    Howe says fear of legal and ascending liability drove resistance. Advice from legal was to not get near it. Jaime Jordan – legal counsel – very careful

  F. Any abuse by EC staff or Trustees:
    EC member nude pictures Tony Crisp – EC member (maybe 15/16) – TN church – let go from church – son-in-law professional acquaintance of Howe – fired for sexting with a woman in the church while a pastor and EC member – (maybe 2017-2018) – Howe asked (while still at Lifeway) is Tony Crisp still on EC? – doesn't show up at fall EC meeting for Feb EC meeting (Howe did talk to one unnamed EC member) found out Crisp moved out-of-state and was off EC because no longer from the jurisdiction but no mention of bad behavior. Howe says no mechanism to catch this stuff – should be able to ask why did you leave your church and then ask should this person be on EC?

        Other wrongdoing:

    Alan Krober (from Hawaii) – previous church stood against him when he was nominated for EC – no longer with his church – his church people said do not vote for him

    Tom Tucker – run out of church in SC – financial misappropriation – but then on the EC

IV. Credentials Committee [Note: Our questions related to the Credentials Committee are only related to the scope of our investigation – so only June 2019 to June 2021 and only with respect to submissions regarding allegations of sexual abuse.]

    **(EC staff – Questions A-B only; CC members & liaisons – All Questions)**

    A. What is your understanding of the purpose of the Credentials Committee?

    **Jonathan talked about JD Greear naming churches to be looked into by By-Laws Work Group – this was the precursor to creation of Credentials Committee –**

    **JD naming churches (CONFIDENTIAL) jonathan's idea**

Case 3:23-cv-00478   Document 411-49   Filed 11/03/25   Page 7 of 15 PageID #: 15181

CONFIDENTIAL    GPSILLS_014907



Podcast on Houston Chronicle article – He and Amy talked about what should be done – saw that there was going to be no response formally from EC/SBC about the Houston Chronicle piece – no CC, no amendment, nothing from EC – no inclination . So they thought it would be up to JD to do something – EC minutes – lament and prayer but nothing substantive – felt that they used Amy when they asked her to pray "dog and pony show" – Week before they began to ask themselves "what if JD asked BLWG to look into churches and if they were cooperating?" – took it to Todd – brought in JD – one churh was no longer SBC – all mentioned in HC – all instances of poor responses to sex abuses – if this is how going to treat sex abuse, survivors, sex abusers – do we want to still be aligned with them – Big problem was that the list included Second Baptist (Ed Young) who is good friends with Ronnie Floyd. Instead of letting the BLWG go at it procedurally – (Ronnie et al..) they overreacted Ed Young, Jack Graham all calling wanting to sue JD. Efforts were strong to stop the process right out of the gate and discredit JD – Howe says this was led by Augie and Sing.

Ed Young calling people
Augie calling people to calm them down – phone call Augie made to Trinity Baptist -effort to stop movement – effort to discredit JD – led by Augie/Sing –
Jonathan going to provide emails from Augie – says he has emails from 2016-2019

BLWG – Kent Choate and Linda Cooper are best best to speak with from BLWG

Set up to fail due to people who staffed – personal interests would always override professional responsibility


Howe mentioned Bolivar Baptist and that one was bad where it was called affair rather than abuse. Said this was an Augie thing.
BP story on Debbie – Augie move – look it up -
https://www.baptistpress.com/resource-library/news/churches-named-by-greear-in-abuse-report-respond/
https://www.baptistpress.com/resource-library/news/more-concerns-aired-as-sex-abuse-discussion-unfolds/

Howe mentioned Trinity Baptist (GA) incensed by this one – appears pastor knew and hired the guy.

Howe also mentioned Antioch Baptist (Seiverville, TN) disfellowshipped 2021 that was submitted through CC. He mentioned BP article -
https://www.baptistpress.com/resource-library/news/sbc-executive-committee-disfellowships-four-churches/

7

CONFIDENTIAL                                                                 GPSILLS_014908



B. Do you know how it was formed? Who were the original Committee members? How were they chosen? By whom? Did any CC members have experience/training with abuse/trauma?

**Sing has CC process on white board and Jonathan going through process and poking holes in it – Howe believes that should not publicize anything about what happening in process unless and until decide to dis-fellowship a church**

**-one sticking point, where does confidentiality end? Adding counselor – good addition**
**-point Jonathan didn't understand – doesn't understand process of investigation – do they discuss with committee first or go to church first? opening victim up to possible harm – how it worked without opening victim to possible harm but also getting information needed to make a decision**

**Howe says survivors want something the CC cannot provide – want it to be something that it cannot be.**

C. In your role, did you have any interaction with the Credentials Committee? **No**
D. ~~Is there a CC member onboarding process? Can you provide details?~~
E. ~~Did you receive resources and training?~~
F. ~~How are submissions received? Was this always the case from the inception of the CC? Were submissions received by email or any other way?~~
G. ~~When did the CC submission website/portal launch?~~
H. ~~Who was involved with creating the website? Were any trained professionals consulted on the final website?~~
I. ~~How were announcements made regarding the CC submission website?~~
J. ~~How did the CC handle the submissions inherited by the Bylaws Work Group?~~
K. ~~Are there policies/procedures for handling submissions, discussing, making decisions? Are they in writing? Do you know who created those CC procedures?~~
L. ~~Who does the CC consult if there are questions about the policies/procedures?~~
M. ~~How does the CC get information to make determinations each submission?~~
N. ~~Are there procedures for communication regarding each submission?~~
   i. ~~Communication to the submitter/survivor?~~
      1. ~~In writing? Email or letter?~~
      2. ~~If email from a specific person or email address?~~
      3. ~~Telephone if requested? If phone call, how documented?~~
   ii. ~~Communication to the church? (same follow-up questions for each)~~
   iii. ~~Communication to the state/local SBC or association?~~
   iv. ~~Communication to the Babb Center?~~
O. ~~How did the CC members communicate among themselves?~~
   i. ~~Meetings? In person? Video? Telephonic?~~

CONFIDENTIAL                                                                                   GPSILLS_014909



    ii. Minutes? If so, who took those? Where documented?
    iii. In formal communications – where would those be located?
    iv. Did CC members use SBC emails or personal?
 P. If the CC needed legal advice, how did that occur?
    i. Meetings? In person? Video? Telephonic?
    ii. Minutes? If so, who took those? Where documented?
    iii. In formal communications – where would those be located?
 Q. How much information was needed for the CC to make a decision regarding a submission? Was that policy in writing?
 R. Whom/what entity (or what evidence/documents) did the CC contact/review when considering a submission?
    i. Submitter/survivor?
    ii. Local church?
    iii. Alleged abuser?
    iv. state convention/association?
    v. Media articles?
    vi. Local authorities if applicable?

 S. Once the CC believed it had sufficient information to make a recommendation, what was the next step? [note: CC can only recommend to EC – EC must take the action]
 T. What were the possible actions the CC could recommend? (See below for what are understood to be potential actions and ask about each)
    i. Anonymous submission
    ii. Inactive
    iii. Under inquiry
    iv. Status - Received
    v. Voluntary dissociate
    vi. Recommended to EC
    vii. Disfellowship
    viii. Remove church from inquiry
    ix. Close without recommendation
    x. Issue is outside the scope of the CC
    xi. Church in legal proceedings
    xii. Currently employing registered offender/perpetrator
    xiii. Past employment of registered offender/perpetrator

 U. Was there a timeframe for the process? A suggested timeline for assessing the submission/making decisions?
 V. How did the CC communicate with members of the EC?
    i. Meetings? In person? Video? Telephonic?
    ii. Minutes? If so, who took those? Where documented?
    iii. In formal communications – where would those be located?

9

CONFIDENTIAL GPSILLS_014910



~~W. How did the CC communicate its recommendations to the EC?~~
~~X. Do you know how the EC acted on the CC recommendations?~~
  ~~i. Meetings? In person? Video? Telephonic?~~
  ~~ii. Minutes? If so, who took those? Where documented?~~
  ~~iii. In formal communications—where would those be located?~~
~~Y. Were there occasions when the EC declined/reversed the CC recommendations?~~
  ~~i. If so, how many? Which submissions?~~
  ~~ii. Do you know the reasoning?~~
  ~~iii. Documentation?~~
~~Z. Were there any submissions that you were tasked with an active/bigger role?~~
~~AA. Were any EC trustees actively engaged with CC developments? If so, can you provide additional details?~~
~~BB.~~ D. Were any EC executives involved with CC operations?
  i. If so, which ones?
  ii. What type of operations?
  iii. Did they have the ability to override decisions of the CC?
~~CC.~~ E. Do you have insight on any of these submissions?
  i. Sovereign Grace
  ii. Stonebridge
  iii. Alliance
  iv. Trinity/Alethia
~~DD.~~ F. Do you have any recommendations for the CC as it currently operates?

V. Baptist Press/Communications
  A. After Caring Well Conference and you learned about more of Lyell's story did you do anything to figure out what had happened with the publication of her story?

**Rachael D. going to discuss Jennifer Lyell matter from stage of conference – told Jonathan/Amy – who didn't try to stop anything – decided to draft response – Ronnie already left – flying out of DFW. Stacey Bramlett talked to her.**

**At seminary inauguration for Adam Greenway - SWBTS – Jennifer came to office and expressed frustration – Jonathan was pushing full-blown apology that included stuff from Dr. Floyd that he pulled out b/c refused to take personal responsibility – claimed he apologized on zoom call – apology just came from BP with no byline – In writing the apology – the statement went to legal and Jaime advised and gave options – Jim Guenther was more one sided - this is the way we have always done it/ get in line approach. Howe does not trust him.**

**Discussion of pulling down article – email chain July 2019 – Howe got call from Ed upton – Amy got call from Sing – both Amy and Jonathan advised/ told them to take it down – separately – "do what she wants – take it down – care for her" –**

10

Case 3:23-cv-00478   Document 411-49   Filed 11/03/25   Page 11 of 15 PageID #: 15185
CONFIDENTIAL                                                                            GPSILLS_014911



knows Ed suggested that to Ronnie – Ronnie wouldn't listen to Ed but mesmerized by Sing and Augie – understood that if pushed Ronnie, he would fold

Shawn Hendriks – fired by Howe – on fence when started and in two weeks knew he was correct – poorly run, not covering stories well – couldn't keep up – podcast scooping them, instinct bad on good stories, best stories of the day
-obvious that not a leader – would not stand up and do right thing – would do whatever sing/augie said

Howe says George Schroeder is a good guy with a spine and very capable.

David Roach was sacrificial lamb - Sing fired David to save his own butt – David Roach made Steve Swofford look bad. Sing fired David to save himself.

Howe called David to tell him that he did the right thing with the first story

Greg Addison wanted BP to be PR arm for SBC – Howe wouldn't do it – can't fire VP without board approval –

Audio leaked by Phillip Bethancourt (audio of second meeting) but in the meeting before meeting – Jonathan said Dr. Floyd incensed about Caring Well conference – angry over speakers – Boz/Beth/Rachael – then Russ came up for the meeting and Ronnie Floyd folded and that was what was recorded – talk of apology.

Howe talked about Ronnie Floyd folded when he was pressed on an issue unless it was something he really cared about. At some points Floyd was good with things and then when he would start to get calls (OS Hawkins or Jack Graham) his tune would change. The EC staff was not necessarily Ronnie Floyd's counsel but rather he listened to the Megametro church guys and that was who influenced him. Howe also says that Ronnie was fine with what was said from stage at Caring Well (Ronnie was not there but they told him) he was fine until he started getting calls on Monday morning.

Howe says Ronnie Floyd refused to take any responsibility for hurting Lyell. Howe drafted apology for Ronnie but he would not take personal responsibility and would say he did apologize – in Howe's view the apology came from BP and it was not enough.

B. Are you aware of how BP articles are drafted or edited?

11

CONFIDENTIAL    GPSILLS_014912



His approach now – they have alerts set up on abuse – if you get arrested/lawsuit/official statement/church statement/convention statement – **BP should be covering it anywhere and you are part of SBC BP will write about it – committed to that – wasn't always the case**
C. Who had final editing authority in 2019?
D. Did EC executives collaborate or make suggestions/write Baptist Press publications?
E. How much influence do EC executives have on Baptist Press publications and operations? Has this changed from the past years? How?
F. Do you know Jennifer Lyell?
G. Do you have any personal knowledge of the Jennifer Lyell's situation, BP articles, or mediation?
H. Do you have personal knowledge about BP articles and Anne Marie Miller/IMB? How was that resolved?
**IMB Anne Marie Miller – covered on podcast — IMB made bad statement – AMM took them to task – In Feb 2019, Julie McGowan with IMB set up call to talk about fixing the article/statement as part of their settlement with Anne Marie Miller – Julie McGowan talked to Jonathan and wanted editor's note to BP story . Howe believes they wanted BP to change story to "cover up" what IMB did wrong – BP (Howe) said we'll do a new story based on new IMB statement correcting its statement – but wouldn't just write this editor's note – the new statement apologized to AMM and said original statement was wrong. At some point IMB (Julie) just told AMM that BP wouldn't do it (meaning wouldn't fix the story) when really BP just was not going to do it the way IMB wanted it. Howe feels that Julie lied about them and AMM was fed bad info from IMB about BP. He thinks they eventually got things smoothed over with AMM, but he never spoke with AMM.**

VI. SBC EC Operations & Culture
    A. If you took the staff survey, would you like to discuss the survey or any of the questions?
    B. What is the onboarding process for EC staff?
        i. Training – sexual abuse/harassment
        ii. Code of ethics
        iii. Procedures & protocols – reporting HR incidents; document retention; sexual abuse/harassment; communications
    C. What is the general culture of the EC workplace? Past to present, if long-time staff –
    D. What does the EC do well?
    E. Do you have any concerns or recommendations for the EC staff?
    F. What recommendations would you make for the SBC in regard to sexual abuse that works within our polity? Thoughts on database? Training? Care for Survivors? **Needs to be more questions asked when pastor leaves/fired or when major life change of EC member – when going through divorce –**

Case 3:23-cv-00478   Document 411-49   Filed 11/03/25   Page 13 of 15 PageID #: 15187
CONFIDENTIAL                                                                          GPSILLS_014913



Clearinghouse for trustee nominees – portal to put information – training and background thing – now eligible person to be elected – references

Code of conduct for EC Trustees – sign and require reporting of certain things for yourself or others – accountability – currently very little accountability

Mechanism for reporting issues with EC trustees that may indicate that they are not fit for service.

Half jokingly said need ombudsman – but don't know how that looks or what kind of new problems that would involve – reality would not be able to meet the expectations –
Member advocate – some voice for the messengers on the national level – he feels that there needs to be a way for abuse matters to be elevated. Many other entities have a pastor relations person.

Asked Jonathan for creative solution to stop abusers from going from church to church – EC/lifeway/guidestone – all have pastor relations people – elevated sexual abuse prevention to more conscious discussion – also advent of technology – background checks – churches need to be more honest about why people are leaving – stop using "moral failure" – call it what it is – pastoral abuse – should not be permitted to stay in ministry – stories in BP – Timothy Wells – arrested for sexually touching a minor – First Baptist Wiley – he was fired.

Howe sees BP as a "database" – they are committing to report and write the stories where pastors/leaders/volunteers are arrested, charged, convicted.

Commission on Member Advocacy – falls under communications add as a ministry statement from EC
Biggest thing he fights is willful intentional mis-information

All go through Caring Well – how can we tell churches to do it and we EC do not do it?

No onboarding manual – no onboarding – no actual HR – HR manual

Trustee onboarding – 2 day orientation – entire notebook – ask Amy Thompson

Want to set appropriate expectations for work at SBC EC and even for investigation – people want them to do more than they can do but can only do all they are allowed – things aren't done out of callous disregard

13

CONFIDENTIAL    GPSILLS_014914



As for this investigation: Communications plan – who has credibility to speak with authority for both sides of issue and right-size expectations of what report is going to be and what expectations are and to be firm enough that this is a legitimate exercise

biggest fear – without huge smoking gun survivors will think still hiding things or GPS incompetent and b/c of that people will turn on survivors and say you just made us spend 2.1 million on a witch hunt

F.Q. Do you have any relevant information you would like to share regarding the investigation?

14

CONFIDENTIAL GPSILLS_014915