# Exhibit 82

## Preliminaries

They have asked the Executive Committee to request that they be interviewed together, primarily because of Mr. Guenther's age-related memory issues.

Discussion about in tandem interview:

JJ: J's desire is to be helpful. The men have worked on things together for so long. The request to be interviewed together is partly due to G's memory. The men hope to play off of each other and help each other recall.
JG: G says it is not simply the memory issues. He thinks they can be most helpful if interviewed together.
JJ: J says that the men agreed to be interviewed together (and with a bit of frustration) so let's just start that way. He says the primary reason for the combined interview is the age-related memory issues.

**Are you currently practicing law?** Yes, still actively practicing law.

## I.      Background and Discussion of Representation

**How long did you represent the SBC? Get info for each.** JG represented SBC since 1966. JJ since 1979, couple years clerking during law school. Since 1983 for SBC.

**How did this relationship come about?** In 1958, JG was general counsel for Lifeway. Routh was Pres of EC. Went into private practice. After 12 months, JG was asked to represent SBC.

**In addition to SBC, did you represent any state conventions? Local associations? Individual churches? Any SBC Entities?** Has represented State and local conventions, local churches. They represented ERLC, never been general counsel for any entity. JG has done Trustee orientations for IMB.

**Website says one international denomination, is that the SBC or what are you referring to?** Cumberland Church, JJ a member.

1

Confidential                                                                                    GPSILLS_000857

Guenther, Jordan & Price serves as general counsel to one national and one international religious denomination.
https://www.gjplaw.com/firm-profile

## A. Scope of work for SBC EC

**What was the scope of your services for the EC?** Worked on alternative approaches to things. JJ: until AB became general counsel in the mid 1990s, they were the only legal resource.

**Litigation only? Counseling on regulations?** JJ never represented the SBC in court. Assisted in insurance counsel, no direct litigation for the EC. JG did represent SBC/EC early on as attorney of record. Before 2000. Employment law issues, provide counsel

**What about employment law issues and guidelines?** JJ has Provided guidance on employment law, handbooks.

**Employee handbook – that something you would handle or refer them to another counsel?** Yes would handle. With regard to employment law, not aware that they ever referred them to outside counsel.

**Governance issues for the EC?**

**Document retention issues?** Recall having a discussion with Augie Boto on document retention. Doesn't remember who drafted but they worked together on that. Boto put policy or wanted to put a policy in place. Doesn't remember who raised the issue first. **Did you review their compliance or policy?** No.

**Doc retention or compliance with employee handbook. Reviews to assure compliance?** Both G and J agree this not part of their role.

**Cybersecurity?** No.

**Did this change over time or was this consistent throughout the years 2000-2021?**

2

Confidential

GPSILLS_000858

**Did you attend the conventions?** They attended all the conventions, except JG missed one due to surgery and JJ has never missed.

**Did you provide legal counsel on the Motions?** Assisted the Committee on order of business, advice on motions, assisted and advised the chair on motions. JJ said they would have a pre-convention luncheon or breakfast with the SBC president. They would talk about issues that would be coming up before the convention. Advise them about voting procedures. Asked by resolutions committee if actions were legally hazardous. Committee on order of business, would designate one parliamentarian who would try to get it in order. JJ would not tell them how to word the motion. JG had issue with messenger who had a motion out of order, they had to explain that it was the committee on order of business. Recently there was a misstatement by the chair and had to correct.

**If so, who were you providing counsel to – messengers or EC staff or leadership?**

**Who guides your decisions? Client for purposes of the engagement – EC?**

**Legal choice – do you ask for the opinion of the messengers?**
**EC has the ability to guide your decisions? Settlement? Strategy?**

**Motion**

**Who was giving you the direction about how to prioritize legal liability, moral and spiritual responsibility. "Ascending Liability"**

The Office of Convention Relations, specifically Janice LaRoy, took calls and emails from sexual abuse advocates. She told us that it was policy that all contacts were to immediately be forwarded to your office. **Was this a written policy?** JG said he provided that advice several times. JJ said sometimes there advice went into a black hole. Would not be surprised if they created the policy and we don't know. **Do you remember when that started?**

https://solutionpointintl.sharepoint.com/:i:/s/SBCECInvestigation-Confidential/EUxhJee2MHxDqhnVK-vS1NIBDw1Ip7zhvpv7Fce3VGN3Zw?e=9hJd8A

Confidential

GPSILLS_000859

**Q: In 2007-8 there was a spike in having to deal with the abuse issue. Any recollection as to what Boto did to make a suggestion of a written policy.**
J: Don't recall if boto did or did not create a written policy. Would not necessarily see the policy if they (Boto) had done this. Sometimes Boto ran things by J and others not.

**Russ: issues that came in were forwarded to GJP that would have generated a response.**
G repeated his advice over and over again—duty to report to law enforcement. This was why anonyms call so hard to deal with. Had a telephone number to call back—G may not have had the phone number.

**Jancie had trauma training but not able to talk to people because of the "policy".**
J: don't know if there was a policy.
G: has no recollection of document.
J does not know Janice or her training, as far as J knew the EC did not hire a person to be a contact for people who called in with trauma related issues. EC never had a person hired for this position with the right background.

**Did you keep a log of incoming complaints? Did you contact the reporter?**

**We understand that Elizabeth Dixon kept a record/spreadsheet of all SBC-related sexual abuse cases and that you used that as a resource. What can you tell us about the purpose and use of that resource?** Were not aware.

### B. Methods of Communication with SBC

**How did you primarily communicate? Phone call? Text?**

**Personal email?**

**Use of email grow over time?**

**Document retention policy at firm?**

4

Confidential    GPSILLS_000860

**Who were your main points of contact – was that consistent over time?**

### C. Baptist Doctrine/Polity

**Would you consider yourself to be an expert on Baptist polity?** JJ referred to JG as an expert on polity. AB became pretty experienced, did some affidavits as a witness. Arthur McLaughlin, James Sullivan, Bill Leonard, they think of as experts. Amy Whitfield and Keith Harper are not experts. Seminary Presidents: couldn't say. JG would go to the books, do research, go to J. Sullivan. Looked at the history. He went to Macon to confer with Dr. Sherdon (?) when SBC was considering establishing a specific criteria whether a church was in friendly cooperation, related to homosexuality. Had never been done. He was concerned whether the SBC had established a membership right. **Would this be a retroactive change?**

**When had an issue on B polity, who go to?**
G would go to the books-did own research, relied on Dr. Sullivan and his books. Had an expert relied on from time to time. Dr. Sherdon(?)—traveled to see him when SBC was considering establishing a specific criterion on whether a church was in friendly cooperation. SBC had approached the topic of we know a cooperating church when we see it—related to issue of homosexuality—had never established a by law, G was concerned that the convention had a law about membership to the church, needed help and talked to Walker and Sherdon-convention in its autonomy could determine who would constitute the annual meeting and could establish any rules they wanted to. Entirely up to the messengers and G advised the messengers. Went to them in the 1990.
**Never went back to them on the SA issues. There was a president then.**

**Are you an expert in Child sexual abuse, clergy abuse—**
J not an expert. Any training re CSA-is just what a lawyers role should be to help the client. No training on dealing with sa directly.
G have read but no training. Did own research and tried to educate self and evaluate credibilyt of people G read. Learned about it in course of dealing with SBC lawsuits.
**SBC Constitution and by laws?**

**Who else would you consider to be experts on Baptist polity?**

5

Confidential                                                                                  GPSILLS_000861

**Current within SBC?**

**Bill Leonard?**

**James Sullivan?**

**Amy Whitfield?** No

**Anyone you would consult about issues of polity?**

**Every church free to interpret polity differently?**

### D. Child and Clergy Abuse

**Would you consider yourself to be an expert in child sexual abuse and prevention of such abuse in the church environment?** No. **Clergy abuse more generally?**

**Have you had any training in this area?** What they have read. JJ has training in what the client's duty to report sexual abuse. JJ not an expert. just what a lawyers role should be to help the client. No training on dealing with sexual abuse directly.
JG did his own research to educate himself and evaluate credibility of people G read. Tried to establish credibility with reporters. Learned about it in course of dealing with SBC lawsuits.

**Is there anyone you would consult on this over the years for guidance on preventing child sexual abuse and clergy abuse?** Did not name any.

### E. Compliance for non-profits

**Would you consider yourself to be an expert in compliance issues for non profits?**

**Is there anyone you would consult on compliance issues for nonprofits over the years?**

6

Confidential                                                                    GPSILLS_000862

## II. Focus on Key Documents and Questions relating to Key Documents

F. **Baptist Press**. Input on articles, JJ and JG both responded. JJ said very rare, once every five years. 2017 vetting, why is BP running a case when there is a child abuse case against the convention. JG was stating what he had observed relative to BP practices. Didn't recommend suppressing stories, do you have evidence to make allegations? True about what they are saying. JG, recently remembers BP announcing that they would run every story dealing with SBC church and sexual abuse. JJ continuing tension with the BP, public relations arm or press organization. Comes down to their choice not to run stories that reflect negatively on the church.

G. Patterson; firing of Patterson. EC fired him but trustees thought he was mistreated. JG split with pro and anti-Patterson factions. JJ and JG had no opinions on that. Advised the convention that the motion was in order and convention decided not to remove those trustees. JG hammered the right to remove or hire with the entities. Wanted people to understand that the convention has the removal right as a nuclear option. **Did Dr. Patterson seek legal advice**? No. same his attorney or seminary attorneys. **Did SBC raise any concerns regarding Dr. Patterson during this time period?** Don't think so but might have discussed as it did end up coming up at the convention. JG wondered if the SWBTS board had the authority to fire but never acted on it. **Did you know why they fired him?** JG only what I read in the paper. At annual meeting, Bob Barber TX on the floor of the convention he rose and said something to the effect that Pres Patterson not responsive to the directions of the board, or discussions, acting as if the board had no authority over him. Nobody consulted G and J about it. JJ only remembers rumors that he wasn't handling sexual abuse matters responsibly and financial issues at SWBTS. JG reports in the media when he was at SEBTS about handling sexual matters, only knew what he read in the paper. Spilled over to his tenure at SWBTS. JJ remembers hearing allegations that he mishandled a matter at SEBTS and later at SWBTS, rape/assault allegations at about the time of him being discharged.

H. **Hear any rumors about Pressler and his predilection for young men?** No. Boto never consulted them about it. Boto and Pressler belonged to the

Confidential

GPSILLS_000863

same church. Boto was on the EC before he became employed. They were politically aligned in the conservative resurgence. Same context knew Mr. Patterson as well. Pressler was out of the scope of his EC role in his sex abuse case.

I. **Back to Gilyard case: Were you aware Patterson vouched for Gilyard?** Only what they read. **What did you think about how that reflected on the SBC?** I don't know, I had no legal involvement. I recognize that Patterson and Pressler were the two most significant individuals in the conservative resurgence. Their behavior didn't serve the convention very well. He was aware that Boto was a witness for a man accused. Boto's experience was very favorable. **Did that give you pause that he represented a sex offender that he was handling the cases in the best way possible?** JJ, Augie and I traveled together on business. Boto was extremely conflicted in what to do. Coached his son, didn't know anything shady about him. When coach was accused of assaulting the female gymnasts. Augie didn't want him to get away with it. JJ thought he was always trying to do the Godly thing. JG: Boto is a very spiritually grounded individual, talks about prayer, talks about caring for people, appalled by sexual abuse occurring anywhere or a church. Source of great grief to him. No question about his desire for people in churches to be protected. JJ knew that Boto was sad about what happened to sexual abuse victims. Boto had his EC hat on. Boto orally expressed his sadness over abuse victims.

J. **Question about the meeting where Augie asking about a meeting so it looks like no meeting occurred:** Boto was EVP asking to see if SWBTS was in conflict with SBC. EC of SWBTS board acted to remove member from the board. JG: yes Boto needed to act to make sure that messengers rights are protected. They were advising Floyd/Addison at the time.

K. **Jennifer Lyell:** Patterson / Megan not taking steps to protect her, **do you remember if you told them to put a footnote in BP article saying that Patterson was vigorously denying the allegation.** Wouldn't be even handed if you didn't put response to allegation in the article. Regarding J. Lyell, JJ, we are not sure if our remarks get subpoenaed, we will be sued. When BP came to them with first person account with what J. Lyell had written, they asked if there was a history of publishing articles like this. Concerned that if they published it, that they were publishing something that they could not substantiate or prove. Something that they traditionally did not publish, but it was the height of the me-too

8

Confidential

GPSILLS_000864

movement and they didn't want to be accused of covering up. Faced with a dilemma and how do we protect the EC if we do print the article. JJ reviewed and some input minor into the article. What about Megan Lively? JJ only knows about that situation from what he read in the press. His personal opinion, if the press reported accurately then he didn't act properly. They were observers over other entities, separate corporations. Had concerns but no ability to do anything.

EC gave a letter specifically allowing authorization to discuss issues that were originally with in the atty client privilege. Atty from Bradley are here are to make sure that only cover issues within the scope. We will give opinions, but they are only opinions.

[FEBRUARY 22, 2007
SBC_EC_GJPLaw_00024122-25
Statement on the problem of child abuse in church settings and SNAP by Boto Rebuttal on Christa Brown's statements]

FEBRUARY 28, 2007
SBC_EC_GJPLAw_00024118-19
Boto and Guenther emails re: alleged wrongdoer in Jantarapet. Asking whether he can contact IMB, also asking whether he is current minister. "If he is, then we ought to consider whether we ought to alert the church."

Do you recall this case? Remembers the name but no details. Don't remember if the church was alerted.

Were there conversations with IMB about this? Doesn't remember if the IMB was notified.

How do you deal with that more generally if there was an allegation relating to someone who took bad actions at SBC entity?

The document references church search. Generally speaking, is church search exhaustive in terms of SBC Employees? Church search is based on annual church profiles. He understands that the % that respond isn't great. G is not sure if exhaustive or not. Don't know much about it. Whatever church puts in is

9

Confidential

GPSILLS_000865

taken without any inquiry. Doesn't know how many churches are in cooperation with the SBC. EC primarily deals with helping churches know who should be seated as a messenger, which relates to whether a church is in friendly cooperation. Not a roster.

**What would you do if it came in that a current minister was abusing individuals and it comes to the EC's attention?** 2007 Best practice would have been to tell people to contact the church, identify somebody in the church. SBC doesn't control churches and cant make people safe. **Does SBC contact the church?** Our advice was to contact the church and law enforcement. **Do you call the church?** I don't know. JJ: didn't always do what is ethically or morally right to do because advising their client (SBC or EC). As a lawyer, it is different as a father. JJ has a problem with the question. JG: Agrees with JJ. We are not spiritual advisors, advise legal ramifications, don't advise on theology, morally, none of their business.

**Do you recall whether you alerted the church in this instance?**

**BURLESON MOTION**
In 2008. Wayne Burleson had a motion for the convention. Database and Relating to SBC activities for. Sexual abuse.

**SBC_EC_GJPLaw_00023697**
Email from Guenther regarding Burleson motion.
"Making responses to motion referrals and making resolutions about our disapproval of sexual abuse are not likely to save anybody from abuse. I think our goal ought to be as one of the subcommittee members said, to do the right thing, and we ought to forget what SNAP wants us to do. Our response to SNAP and other critics should be to point out what we're doing and to be able to stay with integrity that we think we're doing the right thing. And we will keep on trying to do the right thing better and better with what is important is whether the EC is satisfied it is doing the right thing and working hard at it."

In the final analysis, the messengers decide if the EC is doing the right thing. Buck stops with the trustees of the EC. EC members need to fairly reflect their beliefs, faith, assignment and do what they think is right. Problem is what's the role of the EC? EC must decide that. One would expect the EC to be

Case 3:23-cv-00478    Document 411-50    Filed 11/03/25    Page 11 of 43 PageID #: 15200

Confidential                                                                    GPSILLS_000866

compassionate. No different than ministering to alcoholics or homeless. Buck stops with the churches, if something happens in the church. With something in the EC, it's at the EC responsible to the messengers. Subject to the direction of the messengers. Determination of what's the right thing here is with the trustees of the EC.

What is your role? From time to time, when an issue is presented, there is a pair of options on what to pursue. Our job is to look at the legal ramifications and what is in the power of the EC to do, in the authority of the EC to do. He doesn't judge the right thing to do. Just that the client does the right thing to do.

Staff looks at it. Then the committee, then subcommittee, then the EC then the plenary. During 2007 the emails were between Boto and JJ and JG, was Boto the primary person? Yes. Their contact was with Boto, not the Trustees as they were not involved between meetings. Between meetings it was the staff that was doing the business of the EC. Boto would work with them to provide information to the trustees for the meetings. Was there a difference when one president was in office as opposed to another? JG some presidents had different views on their role. In recent years, Presidents have assumed a larger role, to suggest programs and activities. Some shift there. JJ Boto was the liaison to Bylaws so was the main person dealing with sexual abuse.

How do you know that you are doing the right thing?
Who gives you guidance as to what the right thing is to do Vis a vis th EC?
Did the right thing to do change over time?

Is it fair to say that in order to get a complete picture we need to talk to Augie Boto?
G evaluate whether or not the EC is doing the right thing. EC trustees have to determine if doing the right thing. Buck stops with EC. EC members need to believe that they are fairly reflecting their belief and faith and doing what right. Controversy is what is the role of the EC and the members have to ascertain what that is. Be compassionate, no assignment to minister to sexual abuse victims or minster to alcoholics. Problem is a passing of the buck. When it comes to what happens in churches it stops with the church. When comes to EC, it stops with the EC. Messengers can remove EC members if not happy with them.

11

Confidential

GPSILLS_000867

EC is subject to direction by the messengers. Trustees have to make determination is what the right thing to do.

G from time to time, when an issue comes up. GJP role is to advise on the legal ramifications of the various options and if 1 or more options is within the authority of the EC todecide. If speak to issue 1, speak to how process works.

Did the right thing to do change over time. G does not judge the right thing to do—that the client is doing the right thing.

**Who is telling what the right thing to do with respect to the Burleson motion?**
Staff would come up with a recommendation. The work group then the subcommittee and finally the full plenary body.

2007 Boto and GJP firm—Boto was primary point of contact and would communicate with Boto. Trustees were not very involved between meetings.

JJ did not always attend trustee meetings. Would attend office meetings. Boto was contact on staff and was preparing things.

**SBC presidents were more active?**
GJ: as a general proposition, presidents have perceived their role as enlarged over past presidents. Recent years presidents have assumed a larger role to suggest programs and activities.
Boto was active in the sexual abuse area. Staff liaison to the subcommittee that dealt with sexual abuse issues. He was general counsel to EC.

[APRIL 20, 2008
SBC_EC_GJPLaw_000023699
Guenther response "I re-read the document again this morning. When I finished my thought was that it is likely going to be seen as an explanation of why the EC is not going to do much of anything. 90% turns out to be explanations of why we are not going to do something. "]

Sandbridge church local association has removed the church
GJ does not recall this correspondence. JJ does not recall this church.

Confidential

GPSILLS_000868

[APRIL 21, 2008
SBC_EC_GJPLaw_00023696
Boto to Jordan and Guenther re: Sex Abuse Recommendations
Boto "I also believe my long report can be understood to be subtitled "Reasons Why We Aren't Going to Do Anything."...I do not expect naysayers will accept either a long or short report, or, in fact, anything we do short of payment of reparations and admission of institutional fault.  Of course, we aren't going there."]

**Do you recall this email.**
G no.

**What was the suggested protocol?**
G not sure, don't know context.  Advise EC try to help people understand.  EC had no control over local churches, could not protect people from abuse, people needed to bring up their issues with the local church and authorities.  People were told of their ability to contact law enforcement if a crime and if kids follow mandatory reporting laws.  Help people understand that EC had no ability to help them.

**Why no response?**
GJ what would he have said back to GJ, thank you?

JJ: GJP did not go back and search emails—just used a key word search. Maybe the response did not make the key word search.

Did not practice law defensively, usually didn't pick up the phone and call.

J Would be happy to search for the emails.
JJ: Every now and again would discuss at lunch, but most of communication was conducted by email.

GJ every now and again would initiate a fresh email.
JJ  would not find it strange that Boto did not run a policy by GJP
EC was very small and often did things in meetings.
JJ would say want to change language in policy handbook—what do you think about this?  Can you vet it?

13

Confidential

GPSILLS_000869

GJ no request to develop a policy and book from SBC.

**APRIL 29, 2008**
**SBC_EC_GJPLaw_00023662**
**Email from Guenther to Boto and Turner: re: Sandbridge Baptist Church with a "lewd acts" felon on probation serving as pastor. Local association has removed the church from their association. "You may want to consider deleting the church from church search and otherwise noting the name in your records." Response from Boto "I am not adverse to deleting this church… if you can give me rationale that will pass muster, but if not, doesn't it look both unauthorized and a little like hiding the facts."**

**There is no further correspondence. I don't have anything to add. JJ doesn't recall the church. Recalls the Broadway church.**

**Do you recall how you responded?** No recollection.

**Was the church deleted?**

**MAY 5, 2008**
**SBC_EC_GJPLaw_00023638**
**Email from Boto to Guenther**
**Boto says he just received a call from a member of New Hope Baptist Church in Gastonia, NC.**
**"Someone from the church had been convicted of molesting a child and was serving time. She said that members of the church, without parental permission, had grouped children from the church around a church sign to take a photo to send to the prisoner….."**
**"I have made a record of the call and attempted to follow your suggested protocol… How would you review the call and what would you counsel need be done in follow up?"**
JG doesn't recall.
**What was your suggested protocol?** Not sure. Doesn't know the context. We advise the EC to try to help people understand that the EC has no control over local churches to protect people from sexual abuse, lacked the capacity to do so. Tell people to go to the local church. Contact law enforcement. Primarily to tell them that the EC has no ability to help them.

14

Confidential

GPSILLS_000870

**I don't see any further email traffic on this matter.** JJ: We took key words and went to lighthouse global, there could be a response. JG we haven't practice law defensively. JG I have no recollection of what I said, hunch that I would have said that you handled it okay. JJ happy to try to find those responses out of hundreds of thousands of emails. We didn't imagine attorney/client privilege would be waived so we didn't avoid emails. Most communication with Boto was conducting with email. JG has not had a practice of always responding the email, sometimes a fresh response, new email.

**Did you find out later that Boto did things related to sexual abuse that he should have run by you?** EC was small. Handbook was small. The EC would generally ask them if there was a problem with changing a policy or vetting a policy. Never asked to help develop a policy handbook for the EC.

**Do you think you would have responded by phone? Ignored the email?**

**MAY 29 2008**
**SBC_EC_GJPLaw_00023591**
**Jordan is responding to email of Boto to review policies. Jordan is generally supportive of putting the policies on there.**
**With respect to IMB policy of sexual misconduct relating to minors. "The scope of reporting seems very broad to me and likely outside the scope of any privilege (although that will vary from state to state). Such broad reporting could give rise to a claim of legal liability for defamation, invasion of privacy, outrageous conduct, etc.**

**Is there any significant value in linking to this policy?"**

On subject of friendly cooperation, the only leverage was to not allow the church seat messengers at the annual convention.

**Did you compare this against mandatory reporting requirements involving minors?**
**Did you consult anyone at IMB about this policy or their legal analysis?** JJ, I don't know what happens next. Concern was that they would be reporting on people that no longer had a connection to the IMB.

15

Confidential

GPSILLS_000871

**Do you recall what happened with respect to this policy?**
**With respect to "significant value," one value would include protection of minors. Did that factor into your thinking?**

**Was this something G would have looked at also, would they respond together?**
JJ worked on things together and independently so if Boto called they would both know about it. JJ does not recall working on this with GJ.

**Were there additional consultation steps to look at IMB's policy—what happened next?**
JJ concern about reporting info on people no longer connected with IMB-one thing if reporting on people actively involved, but not people who are no longer associated.

**JUNE 2008**
**SBC_EC_GJPLaw00023547 -53**
**Emails re: First Baptist Church in Sinton, Texas and Stephen Douglas Livingston – Guenther is asking BP whether they have heard of them and him.**
**Livingston convicted of inappropriate touching during a church outing in January 2008.**

**To your knowledge were any further steps taken with respect to FBC Sinton?**
**To your knowledge did anyone confirm that it is a SBC church?**
**To your knowledge did anyone check on its policies?**
**Ever heard of this church or this person—everyone checking if 1ˢᵗ bap stinton is a SBC church or not. In 2008 when this issue is raised—what advice is being given that is not in the email.**

**Emails re: First Baptist Church in Sinton, Texas and Stephen Douglas Livingston – Guenther is asking BP whether they have heard of them and him.**
**Livingston convicted of inappropriate touching during a church outing in January 2008**

GJ; Livingston rings a bell but doesn't remember. Maybe someone filed a lawsuit against SBC. Sometimes people don't distinguish between Baptist and southern Baptist churches, so we try to determine if associated with the

16

Confidential

GPSILLS_000872

convention.  They would not have advised the EC to contact the church to ask about the matter. Never in the scope of the work of the EC.

Jj: would not contact the church to see what types of policies were in place. Other entities might have had a ministry set up to assist churches.  A lot of this role was in the ERLC. Not the EC to make policies or review policies.

[JUNE 2008
**Responding to the Evil of Sexual Abuse  (seems to be a lot of legal input in response to 2007 motions)**
2008ReportSBC.pdf]

This church on the website said it was an SBC search-everyone is asking each other if this was an SBC church.

JJ: Churches would go in and out of being cooperating or not—depends if they supported SBC with financial donations each year.  Would get information from the state convention if a cooperating church. Financial contribution only had impact on whether a messenger could come to convention.

[JUNE 2011
SBC_EC_GJPLaw00023295-96
Email from Boto to Guenther and Jordan asking about posting resources stating "we have a lack of resources what to do in situations where an offender is in the church."
Jordan response – "I am fine with providing additional resources."   Notes that the "policy needs to provide for the designation of some responsible party in the church who is assigned the job to monitor the policy and compliance with the policy.  If no one is given the job, then no one will do it, and over time things will slip."]
GJ: June was Botos secretary. Did not keep a log of calls.
GJ: not aware of the log June kept at the EC. Only know what is on the page.


**August 18, 2011**
**SBC_EC_GJPLaw_00023246**

Confidential

GPSILLS_000873

Email from Guenther to Turner. "Says the current pastor of Norwood Baptist Church in St. Petersburg is a convicted molester of his own children…. She just wanted to let someone know….I explained polity and suggested she call the church….."

Didn't keep a log. No recollection of Elizabeth Dixon keeping a log.

What would you do with this call today?

JJ not aware of any litigation.
Any checking to see if perp was at an SBC church
JJ/GJ neither knows.
JJ would respond differently could take this to the CC since after the CC was constituted.

January 23, 2012
SBC_EC_GJPLaw_000022427-28
Email from Rick Spate. Says he is one of Hetrick's victims and wants to know if there is any litigation.
Proposed response back "The staff of the Executive Committee has no knowledge of any litigation in which a person named Kenneth Hetrick is a party…. Since the Southern Baptist Convention does not ordain or have any disciplinary or supervisory authority over the staffs employed by local congregations, we would probably have no knowledge of any litigation…."

 The email was ambiguous as to whether or not the offender was still at an. SPC church. To your knowledge, was any checking done to see whether he was still at an SBC church? Neither recall.
Is this the same way you would respond to the email inquiry today? Now that there is a CC, he might tell this person that they could take it to the CC.

February 8, 2012
SBC_EC_GJPLaw_00022973
FYI email from Boto to Guenther that Gilyard is in news again.
JJ doesn't recognize the name. GJ does.
GJ out of curiosity if this was an SBC church-saw a news report.

18

Confidential

GPSILLS_000874

**February 21 2012**
**SBC_EC_GPJLaw_00022346**
**Guenther email to Boto about news Christ Tabernacle Missionary Baptist Church**
**and Darrell Gilyard "the convicted child molester for whom Paige Patterson**
**once vouched." Asks whether the church is "by any chance one of ours?"**

**Why did you want to know this?** JG thinks it was out of curiosity.

**February 22, 2012**
**SBC_EC_GJPLaw_00022748**
**Email where June Turner confirms that this church "appears to be one of ours."**

**March 9 2012**
**SBC_EC_GJPLaw_00022339**
**Press article in BP Press. Then Email correspondence regarding church where**
**Darrell Gilyard, convicted sex offender hired to be pastor in Florida church.**
**Boto asks Townes whether the church has been a "bona fide contributor to the**
**Convention's work during the last completed fiscal year"?**
**They only find small amount**
**Boto "then that tells me what our position is – which is that the church cannot**
**send messengers this June."**
**Guenther email "Jamie and I keep exchanging thoughts on the issue this church**
**raises….. Might it make sense for that listing [membership rolls] to be of**
**churches which in the preceding fiscal year contributed, or churches which are**
**eligible to seat messengers?"** JG, again the sole, primary responsibility of the EC
has to do with the BLWG helping the CC that existed at the convention knowing
how to seat messengers at the convention. Churches are required to have
provided fund the preceding year and other requirements. SBC doesn't know if
the church has given money the prior fiscal year because they give to the State
convention. EC doesn't know whether a church has met the requirements to
seat messengers without asking. If they only find small amount Boto "then that
tells me what our position is – which is that the church cannot send messengers
this June."
JG wondered at the time if there might be a better way to keep up with
eligibility so it doesn't come up at the annual meeting. JJ said that they were

Confidential                                                                                   GPSILLS_000875

befuddled at times because they didn't really know which churches were in the SBC.

JJ philosophy that has changed over time-self proving relationship that are in friendly cooperation. If preaching satan, but give money they are in friendly cooperation. No one would give money if weren't in harmony with the SBC. Did not question. In mid 90's when positions changed on LGBT. Women in pulpit, then couldn't just assume were in friendly cooperation.

G is there a list of things a church could be dinged.

J 2000 BFM remodel the 196-?

(email) Asking did the church give?

March 2012
SBC_EC_GJPLaw_00022337
Email from Guenther to Boto and Jordan re: Churches that Knowingly Employ a Known Sexual Offender – A proposal
"One advantage to this approach is that it gives us something formal to indicate that abuse of children is as important to us as homosexual conduct. When disadvantage is that if we inquire into a churches employment and decide the churches and explanations passed muster ( he has been converted) and the guy abuses again, we're going to be far, far more vulnerable than we would have been had we had done nothing. "
"I am a little inclined at this point to think we are better off handling these matters on an individual ad hoc basis."

This is because of the reduction in potential liability?

"The value of doing that would be to go on record as being willing to equate child abuse at least to the level of homosexuality."

NOVEMBER 2013
SBC_EC_GJPlaw_00014397
November 9, 2013

Confidential

Victim writes SBC. Says that they are a former victim of abuse by SBC youth pastor in 90s. Went on to work for the IMB and that is he was investigated internally (in the 2000s) and terminated with unanimous consent that he did engage in the activities he was accused of (but always denied). Claims former abuser is a pastor at a fairly large SBC church. Asks "why you let sexual predators – pay sexual predators – to minister in your churches after they have been terminated by one branch of the SBC for their misconduct?"

Forwarded to Augie Bodo and Sing Oldham on November 13, 2013 with no message

Augie Boto forwards to Jim Guenther on January 8, 2014

"Jim – Don't remember if I ever sent this to you. I have not replied and do not intend to unless you advise otherwise."

Jim Guenther response "I think saying nothing may be the thing to do."

**Do you recall this email?** G does not remember the email. Boto sometimes sent these to GJ but not always.

**Why did you respond this way? View on saying nothing is the right thing to do?** GJ: Always reluctant to tell a client not to response but was focused on question of "why you let predators serve in your churches?" But G does not control who serves. There was confusion on the part of the reporter. GJ did not know if the information was true or not. V how can this be? Because that is the structure of our denomination. Question. Local church decides who it chooses to employ. There have been cases of employee admitting past sexual indiscretions and employ them anyway. Churches satisfy themselves that he has confessed, came to know Christ and we trust him—lots of legal risk with this but SBC can't tell a local church. SBC does not tell a local church what to believe in restoration.

EC does not control churches or IMB-then handling of employment decisions and buck stops with the IMB. GJ saw this as an IMB issues rather than a local church issue—try to help them understand this was an issue with a local church. As a matter of standard practice ought to aim people to the local church.

J this was not a member of the local church so might have had something to do with why not talk to local church.

Confidential

GPSILLS_000877

**Would you still respond the same way today if you received this email?** We should have told Boto to do that.


**Why did it take so long for Boto to send this over to GJP? Was there a reason he sent it at this time?** GJ don't know. Boto took a lot of the month of Decemnber off because had vacation stacked up.

JJ: It was GJP's standard practice to say needs to be dealt with in the local church.
GJ job was to make the reporter know that the right place to handle the situation was the local church. The only authority to deal with the local church misbehavior is the local church. EC cannot help solving the problems. No authority. Would be legal mistake to act like they have the authority to handle the matter.

JJ in most cases the church knows and is not doing anything. Churches ought to know what is going on. Should do proper background checks. Don't just mean talking to LE, but talking to people about why left, in-depth, check references behind references.

Beltowne was updating background checks—GJP looked at the employment application. JJ and GJ don't recall this.
G: sharing poses not risk than not sharing.
JJ Don't recall giving EC advice. Spoke to churches about doing background checks.
GJ drafted a bill for a legislature that would give non-profit agencies immunity for sharing information. Did not do this in the role for the SBC.

Background checks:
JJ Would not have recommended this as role in EC representations. Would have done this in representation of a local church.

**JANUARY 2014**
**SBC_EC_GJPLaw_00014486**
**Jordan email to Boto re: Myers Media Hype**

Confidential

"A state convention may need to dig the hole deeper than they have been when it comes to really trying to snoop out a person's background. The convention may need to reevaluate its risk management when it comes to agreements under which it relates[sic] to churches, individuals, associations, etc in cooperate efforts. They may need to think through their limits of liability of sex abuse. Their duty to report abuse to law enforcement may need to be better understood and compliance procedures implemented. These are the headlines for the time being."

What did you mean by this?
Did you take any actions with respect to talking to Augie, state conventions or otherwise?

SEPTEMBER 2014
The Southern Baptist Convention has expelled a congregation from the denomination because its members agreed to disagree whether homosexuality is a sin.

The Southern Baptists' executive committee voted unanimously Tuesday to oust New Heart Community Church in La Mirada, Calif., near Los Angeles, reports the *ABP News/Herald,* a Baptist news source. The vote came because the church "does not presently meet the definition of a 'cooperating church' under an article of the SBC constitution banning congregations which 'act to affirm, approve or endorse homosexual behavior,'" the *News/Herald* reports.


https://www.advocate.com/politics/religion/2014/09/24/southern-baptists-expel-gay-accepting-church

Did you help define the initial parameters for expelling a church based on homosexual behavior.


MAY 2015

SBC_EC_GJPLaw_00014520 and SBC_EC_GJPLaw00008110

Confidential

GPSILLS_000879

Townes email re: updating an old employment application and background screening forms. "we need to begin instituting regular criminal background checks."

Memo from Guenther to Townes and Boto re: EC Employment Application. "which invites the applicant to consent to your sharing the application with others. It seems to me this sharing poses more risks than it benefits the Executive Committee."

What did you mean by this? What benefits would the EC have? What are the risks? JG drafted legislation at the request of a representative that would have given non-profits immunity from defamation for the sharing of employment information. He commended the legislator for his interest in doing that.

JUNE 2016
SBC_EC_GJPLaw_00014166, SBC_EC_GJPLaw_00014298
June 3, 2016 Email from Clohessy to Page and Moore requesting a "denominationally-funded safe space" office in which Baptist clergy abuse survivors may file a report about their alleged perpetrators and that the "safe place" office be widely publicized.
June 3, 2016 Email from Boto to Guenther and Jordan "Your thoughts? (Mine are that no responses is needed. SNAP can serve as the 'safe place' if it so desires.")
June 3, 2016 Response email from Guenther to Boto "I agree- the best thing to do is to make no response. I will not take the time to describe the arguments against what he is proposing."
June 3, 2016 Response email from Jordan to Boto "I don't see how the SBC could start receiving reports of clergy abusers and then do nothing with them."

To what extent do you believe that the credentials committee currently receives reports of clergy abusers?

2017
October 24 2017
Email from Guenther to Boto cc Hendricks
Guenther is vetting a BP article about a sex abuse complaint

24

Confidential

GPSILLS_000880

"(I am not clear why this story is being run since BP does not run stories of child abuse cases filed against the Convention.")

Was there an official policy not to run stories of child abuse against the convention?

Was this policy in writing?

Did you have any involvement in the creation of the policy?

What did you understand the purpose of the policy to be?
G got some articles but this was rare.
J sometimes would contact JJ or GJ, sometimes both. Vary rare to get an article to vet.
GJ: BP usually did not run stories about child abuse or any bad article about SBC. Did not run articles about suits filed against the SBC.
JJ never advised BP to not run stories. May have cautioned of the risk of running a story without being able to prove the case.
JJ unaware of any policy about what was going to be run. GJP was asked every four years to vet a story.

Continuing discussion, is BP a news organization or a public relations agency.


**2018**
**Guenther to Jordan –forwarding news report when Patterson was at SEBTS**
**Why would you forward an article like this?**
**[Discussion of Patterson for Laura to lead?]**

**June 2018**
**SBC_EC_GJPLaw_00014233-36**
**Jan 3 2018 Carol Shelton email describing abuse reaching out to ERLC Lauren Konkol. "He is still head pastor."**
**Konkol reaches out to Wussow**
**Wussow to Sing and others**
**January 23 2018 Sing forwards message from ERLC to Boto "Sing out!"**
**June 29 2018 Boto to Guenther (6 months, 6 days later) "Call me and ASAP"**

25

Confidential

GPSILLS_000881

Then back and forth with crafting generic language. Guenther provides responses for Boto:

Guenther provides standard autonomy answer and lays some of the blame on late reporting.

Are you aware that it is common for sexual abuse victims to not report to LE (6-15%), never report at all (86%) and average age at time of reporting is 52 YOA?(all DoJ figures)  Did you educate yourself on the sexual abuse problem? "What did you do for the victims?" The victims did not contact us. We had no relationship with the victims. Their relationship was with their church.

Why do you not provide counseling for the victims? We did know of the victims. The Southern Baptist Convention does not provide counseling. Churches and ministries fostered by the Convention provide counseling.  The Convention tries to help individuals and churches connect."

Note:  Pastor John Finley of Bartlett Hills BC, TN resigned as a result of church staff confronting him on the 30+ year old allegations.  Jumped from Travis Ave BC, Fort Worth, TX.

GJ: do not remember this matter.

Reach out to the ERLC in January and reaches Guenther in June with a call asap. Reporting could have been late by the victims. On the later reporting, if any awareness that victims delay reporting, were you aware of delayed reporting? This pastor resigned, victims did not contact us.  Would you respond the same way today?

GJ if sitting in Boto chair would have expressed regret and ministerial response, but no relationship with victims, they did not contact us—grievances were with the church.  No counseling because don't know victim and convention does not provide counseling. Many victims need counseling—if the convention wants to tell the EC that this is part of their ministry, then they could do this.  The convention is ill equipped to provide counseling, no one trained.  EC has not been asked to perform this.

Russ: explained case. no lawsuit.  V's thought this was bad the perp was still in the pulpit. Boto waited 6 months and 6 days to do anything about this. This does not look good.

GJ can file to have the church--

Confidential

GPSILLS_000882

V reached out to EC and no one told her to go to the BWG. Shawn Hendricks tells V that the church was not in good standing, but it really was. V was never contacted.

GJ: was asked 2 questions-Boto knew all of the procedures. Compassion—we are lawyers and we all have wives and daughters-almost became physically ill during a deposition about what a child had to suffer. But role is not that of a minister or a counselor and have tried to discharge that role.

JJ to suggest that there is something that could be done when there was nothing.

JJ the first time a church was removed from friendly cooperation—was when JD named the 10 churches. Would not have thought about it—was this a faith and practice issue, can we take an action on a church. Should only act if we confirm enough of the facts, but don't have the ability to investigate. To fault Boto in 2018 would not be fair.

**Julie-no indication that there was any consideration of what could do in these active cases. Failure of imagination.**

JJ good that it went to the press—then anyone can google and know what that person has done.
GJ reasonable people can conclude differently, the EC decided that it was not the way to go.

**Russ: 2006 CB comes forward and demands several items—database, safe place**
2007-predator preacher, Page, and discuss database.
2007 Burleson motion, counseling, employment practices, training at seminaries, open reporting, series of things that come up. Feasibility study—motion goes forward
Boto delegated some inquiry into this—collect info on victims
Chris Chapman does review of database and research.
**Nowhere can we find a report about the inquiry. Wade is never recontacted**
Feb meeting discussed again.
**Resolution in 2001, 2003, database not to support, establish an office—EC says no. How about an office—ERLC, disaffiliating churches –will create a list when**

Confidential

GPSILLS_000883

will it end. Barring—local issue, counseling—not SBC job-endorse background checks—so this, integrity of ministry already addressed in 2003. Sharing of info—BP already does this. What was the role of GJP in all of this? Now trustees support this. Love to hear what your involvement in this.

JJ: not investigating possibilities, did not know about state conventions and what they were doing. Don't know if there was a formal report. GJP—sitting in on discussions at the EC to make a decision based on the information they were provided. GJP was not the deciders but assisting the board committee. GJP would have weighed in on legal issues.

G not asked about much about these issues.

JJ there was some debate—not a great deal of the diversity—most of the people felt the same way. Did not have will of the messengers—motions were referred to the EC without telling how the messengers want to address the issue.

2008: Sat in on meetings in the BLWG. Pros and cons were discussed, role was to sit in on discussions, hear what the members wanted to do. Reviewed Boto's draft. We're not the deciders in the discussion.

Motion on the floor, looks like it goes to EC, mandatory or referred to EC for review. Almost unanimously pushed forward all motions. Boto would have led, Stephen Wilson, Mitch Gavin.

GJ: Officers Committee would frame a recommendation to the BWG, then 2 more committees would vet. Minutes would be sparse from these meetings—only the conclusions. Sec of BWG would keep those minutes. The spirit of the EC was saying no to things. Deficit on looking at creating ways to handle this issue of sexual abuse. GJP was never asked to advise the committee on what they could do—never asked to be creative—what could the SBC do to address sexual abuse in churches? GJ could come up with a whole list. AS a guy off the street, what could they do?

SBC work is done through the entities. But the work of the entities is agreed upon by the convention and the entity board. Agreement of work is found in the ministry statements. These are the marching orders. This is not an edict

Case 3:23-cv-00478    Document 411-50    Filed 11/03/25    Page 29 of 43 PageID #: 15218

Confidential

GPSILLS_000884

ordering the boards to do these things. t is an agreement. Would like an understanding of what you are going to do with the money. Role to keep inefficient duplication from occurring. One approach would be to ask every entity, to ask itself, given this cultural problem of sexual abuse, and the general place in ministry, what do you perceive could be added to your ministry that would help churches try to protect better. NAMB planting churches and has direct connection to churches, NAMB could ID ways to help with this problem. ERLC is anxious to help churches. SBC should enhance their budget? More staff. No legal problem with NAMB for to take on new work. NO legal problem to up ERLC budget. Seminaries properly training to deal with this social issue, is our curriculum such that we are properly training people to deal with this issue. Southern Seminary used to have a social work track but no longer. Should we reinstitute this and train people better prepared. Responsible was to go about is to ask people relying on to do the ministries. All of society has a problem, what can you do to help? No legal problems with any of this. Ministry assignments would be adjusted—respects polity of the convention. This is easy. If the convention wants to allocate $5M a year for counseling, they can do that. No violation of polity. Sit during conventions, to show the EC that they are neutral. No legal reason to not set up a counseling system and fund it. GJP was never asked about this. GJP is not participants in SB affairs or the EC. For many years adopted the position, sit in the front row with the VP's-a member of the EC will make an impassioned argument and the lawyers don't express any opinions. Don't get involved in politics and don't create policy.

**Julie: Providing ideas and options-was never asked for this.**

J: a lot of what people want is for the churches to act in a particular way.

**JULY 2018**
**SBC_EC_GJPLaw_00014345-46**
**Guenther email to Boto.**

Confidential

GPSILLS_000885

"To the best of my knowledge in the 52 years I have represented the SBC, it has committed no wrong regarding the sexual abuse of any minor or adult. I have never been aware of any SBC wrongdoing that preceded my role as counsel to the SBC."

**Do you believe this statement to be factually accurate today?**

**Email from Jordan to Guenther regarding who Guenther's email should be forwarded to**
"Entities MAY have things to apologize for, some of which we may be unaware of."

**What things were you aware of that the entities needed to apologize for?**
GJ: Charges against Pressler were a game changer.
JJ if Jim is talking about the Georgia corp there has been no wrongdoing.

JJ: entities may have things to apologize for

**Different elements of the scope:**
Sexual abuse by EC members—trustees and employees during the scope.
JJ Aware of allegations. Thousands of trustees—pressler has been accused.
G may have been allegations but can't remember

**Mishandling or mistreatment:**
G: nope

**Intimidation**
JJ: no
GJ: no

**Resistance to initiatives:**
Yes
Offender list—resistance.
Reasonable minds differ.

**Obstruction to present case to EC**

Confidential

GPSILLS_000886

JJ: Obstruction is the wrong word.  Survivor has wanted to address the EC. Opinion was that this was not the business of the EC to listen survivor. Don't call this obstruction.  Christa Brown came and spoke to the BWG. Has read that this happened but don't remember anyone turning their back.

G: no recollection of back turning on Christa Brown at meeting.

**Anything else?**

JJ: people who have been hurt have run out of avenues come to EC thinking these people should listen to us and help us.  But this is not their business or what they are there for.  Angered and hurt because not accepted, ministered or hurt when they just knocked on the wrong door.

GJ: No running log of cases that were reported to GJP.

Elizabeth has not worked at the SBC meeting for years.  She is a great researcher.  Criticism is that the information is too much for the EC to read. General background stuff.

JJ: too much material  for the EC meetings.

**OCTOBER 2018**
**SBC_EC_GJPLaw_00000302**
**SBC Board Selection Process to Prevent Conflicts of Interest**

**2019**
**Discussions and follow up re: the Houston Chronicle Story**

**Not dated**
**SBC_EC_GJPLaw_00013361**
**Are Churches Accountable to the SBC?**
**Article IV of the Convention's Constitution contains a disavowal of any right to control any church and commits to "never attempt to exercise any authority over any other Baptist body, whether church, auxiliary organization, associations or conventions."**

31

Confidential

GPSILLS_000887

The Convention's statements of "certain teachings we believe," The Baptist Faith and Message includes

VI. The Church. A New Testament church of the Lord Jesus Christ is an autonomous local congregation of baptized believers….."

Any effort by the Convention to protect persons from sexual abuse should be consistent with this teaching which we believe and the Constitution which enshrines it.

Feb 2019
SBC_EC_GLPlaw_000
Email re: aftermath of HC and going forward re: sex abuse in churches
From Guenther to Boto and Jordan
"think about what we need to do to evidence the appropriate vigor on the subject of sexual abuse….

"It seems to me the prudent thing is for the EC to publicly and within the denomination demonstrate vigor on this issue of the ten and further in re how the EC has gone forward immediately and generally, not waiting for the amendment to the Constitution (we don't need it) but being sensitive to any direction that may come from the Convention."

What did you mean by "appropriate" vigor?
"assess what they say" – how to do that?

March 2019
SBC_EC_GJPLaw_00013241
Email from Guenther to Boto
"I have wondered from the start of Pressler's case how many other folks might join in to testify against him and/or to bring their own suits. We have seen the former but not the latter. Hopefully the state of limitations will prevent any such suits getting to the merits and hopefully the dismissal of the present suit on s/l grounds will discourage those suits."

Can you explain what you meant by this?

Pressler, Patterson,

Confidential

GPSILLS_000888

**Did this raise any concern for you about the number of individuals that had sexual abuse or harrassment or impropriety allegations?**

**Floyd statement**
**https://abcnews.go.com/US/wireStory/southern-baptists-oust-churches-lgbtq-inclusion-76072901**
**"In this fever-pitch environment, each of us needs to be very careful with the words we write, speak, tweet or post," he said. "As SBC leaders and followers of Jesus, our public behavior matters."**

**Local Autonomy**

**Q Where did the concept of local polity come from?**

**Q In 1997 Morris Chapman wrote in SBC life:**

**Morris Chapman 1997**
**The principle of local church autonomy is one of the most cherished distinctives of ecclesiology among Southern Baptists today. Long ago, in response to ecclesiastical oppression, pioneers of Baptist thought adopted this identifying mark from Scripture.**
**One hundred years ago, the Southern Baptist Convention met in Chattanooga, Tenn., under a constitution that declared, "It shall be the design of this Convention to … fully respect the independence and equal rights of the churches."**
**In 1965, the Southern Baptist Convention adopted *The Baptist Faith and Message*, which reaffirmed local church autonomy by recognizing: "A New Testament church of the Lord Jesus Christ is a local body of baptized believers who are associated by covenant in the faith and fellowship of the gospel … This church is an autonomous body, operating through democratic processes under the Lordship of Jesus Christ."**

**Q: However Auggy Boto and Guenther wrote the following:**

33

Confidential

GPSILLS_000889

# THE SOUTHERN BAPTIST CONVENTION AND SOLE MEMBERSHIP

**Prepared by**

**D. August Boto, vice president for Convention Policy, Executive Committee of the Southern Baptist Convention**

**James P. Guenther, General Counsel, Southern Baptist Convention**

To be more specific, the Executive Committee followed the development of the Model Nonprofit Corporation Act in 1965 and the adoption of all or significant parts of that model act by many of the state legislatures in the subsequent years. This model act contained the Member concept. It provided several clear mechanisms by which nonprofit corporations could relate to one another. These were mechanisms by which one corporation could share in the governance of another corporation in explicit ways while maintaining the legal separation of the two corporations.

The Executive Committee watched as other religious bodies and nonprofits confronted affiliational issues generally. For example, the Executive Committee studied the case against the United Methodist Church in 1979 in which that denomination's general body was sued because of the bankruptcy of an affiliated corporation. That suit cost the UMC twenty-one million dollars in damages plus four million dollars in attorney's fees.

In 1981, the Executive Committee created a Legal Affairs Committee to help inform the Executive Committee, the entities, and the Convention on ascending liability and other legal issues relevant to the Convention's relationships with its entities. In that study, the Executive Committee was advised of the advantages of the Member role under the nonprofit corporation statutes which had been and were continuing to be enacted in the various states.

The sole membership role is a natural, obvious, polity-consistent, commonly available role in corporation law through which the Southern Baptist Convention, a corporation, can play out its system of shared governance in regard to the Convention's incorporated entities. The member role enables the Convention's authority to be enumerated in the entity's articles of incorporation, and enables the entity corporation to be governed and managed in all other ways by the board of trustees elected by the Convention. It is a

34

Confidential

GPSILLS_000890

**simple means by which the Convention can maintain ultimate control while avoiding inappropriate liability.**


**What were the circumstances under which this document was drafted?**
JJ: History of SBC—written summer 2003. The document states that sole membership is a simple means by which the Convention can maintain ultimate control while avoiding inappropriate liability.

**What do you mean by ultimate control?**
JJ: ultimate control means whether will remain a SB entity.

GJ: have motions every year where a messenger says something about New Orleans seminary and the motion is declared out of order.  Polity is little understood by most SB members and leadership. It has been a struggle to give people opinion about polity.  BFM says polity is important.

GJ: Control means different things based on different statutes. Ultimate control over the entities, means the right to determine who sits as a governing body, ability to remove every trustee and appoint a whole new board, get rid of trustees that are wrong headed and put in trustees that are right headed (nuclear option).  Convention has never removed a trustee for any reason. An individual from time to time has a person is given a call and has decided to resign for moral failure. GJP role has been not only to advise the convention on what their role is and what rules that they've imposed on themselves.  GJP has tried to help the messengers understand the structures that are available to them.  The messengers decide how they want to do things and this has been put in the governing documents

As Atty, have told them you are legal advised to follow your rules.  But who oversees this??  GJP has advised the convention that it ought to follow its rules. Sometimes it does sometimes it does not.  They went to the SCOTUS when a president of the convention violated the rules.  Convention got sued, couldn't defend on the merits but did it on constitutional grounds. First amendment barred jurisdiction.  Sometimes the convention follows the rules, sometimes they don't. G avoiding inappropriate liability—when Baylor fled the SBTC, the question was could Lifeway.  Looked at SB polity and looked for a corporate

35

Confidential

GPSILLS_000891

structure that would accommodate and fit with the SB polity and its relationship with its entities. G thought this all up. G asked entities to amend their charters so would not suffer as the two state conventions did. Assured ultimate control over its entities with the least amount of liability. In 2003 when NOBTS refused to grant SBC as sole member of their corporation. JG smells Augie in some of the things and the way they were said.

Q 9-16-20, Jim Guether wrote
https://plusnxt.relativity.one/Relativity/go?id=8252197-1693491

"Incidentally, a new suit has just been filed against a state convention for an old case of child sex abuse. I have not yet seen the complaint but I think it is likely just one more of the steady stream of cases that has gone on for years against conventions and associations for things happening in churches. They just keep coming. Greg has experience with this in Arkansas.

We treasure local church autonomy because that fact and consistent practice, rooted in our religious beliefs, is what saves us.    Jim

Q: I understand that polity prevents the SBC from telling a church what it can and can't do, but many trustees have told us the the SBC EC can certainly prevent churches from affiliating for conduct that the SBC does not condone. Would you agree with this?

You could have instructed the EC or CC to inquire of churches regarding behavior that would not be acceptable to the SBC, correct?

Were there times when you could have recommended to do more for victims but still have maintained polity?


Don't ask documents

10-24-20 JG https://plusnxt.relativity.one/Relativity/go?id=8252197-1525248
Don't inquire into practices of church's seeking affiliation

36

Confidential
GPSILLS_000892

"Legally better off the fewer questions we ask beyond securing an affirmation from church representatives that the church claims to exhibit the 5 enumerated evidences of cooperation in Article III of the Constitution,"

" And as you consider using folks other than EC staff to "interview" the churches, ask yourself if they may say things or ask things which your folks would know not to ask."

"For example, if we query them to any extent beyond gaining an affirmation that the church "does not act in a manner inconsistent with the Convention's beliefs regarding sexual abuse" and then accept the church as a cooperating church, it will be argued that we believed we needed to query them in order to fulfill a legal duty we have assumed to protect children in the church,"

Historically, we have used the "honor system"...legal safe approach"

Did you or anyone at the firm establish policy with respect to how an inquiry of a church seeking affiliation should be questioned regarding the issue of sexual abuse
What were the questions that were posed with respect to homosexuality when a church was seeking to affiliate?

6-4-21 JJ https://plusnxt.relativity.one/Relativity/go?id=8252197-2522350 Says survivors do not understand SBC and JL has crazy conspiracy theories

The survivors of SBC abuse requested various remedies and considerations due to the abuse that they suffered. How did you respond to these survivors?

You state in your email that there was no forum to address the concerns of the survivors—a meeting or forum for the survivors could have been held?

Why didn't members of the SBC respond to the survivors?

If your wife or daughter had been a victim of abuse and called the SBC, would you hope that she would have been treated differently than the survivors have been treated by the SBC?

Confidential
GPSILLS_000893

What would you have hoped for?

What was your opinion regarding Christa Brown?

<u>Managing Guidepost</u> --Snarky comment about Guidepost
https://plusnxt.relativity.one/Relativity/go?id=8252197-1764972
"Yeah the problem is that some folks are only now beginning to think about
what we have been publishing and saying all along. THey are going to wake up
too late and find out what a problem this is very likely to become.
It's amazing to me how often I hear from folks politicking me how careful
Guidepost is. THey just flat out refuse to listen

Greg"

Credentials committee.

1. When CC formation discussions were happening, Augie/Sing/EC/ERLC
   leaders involved and ERLC said that it seemed CC would have more
   teeth/authority to do more – but after Augie/attorneys went through it
   the bylaws were written tightly to give CC no authority. Insight on this?
2. Stonebridge (Jules Woodsen) and Trinity (Hannah Kate) – when CC had to
   write hard decision letters letting submitters know that the CC was
   closing/not recommending to the EC to disfellowship, Christy and CC
   asked Attorneys to review letters and some female CC members wanted
   to use words "sorry" because they felt bad they could not give the
   survivors the justice/answers they wanted. Attorneys said no. Discussion
   on this?
3. Attorneys advised that CC members not speak directly to
   survivors/submitters/churches because they didn't want the female CC
   members to say something to bring liability to the EC (saying sorry,
   overpromising to survivor) or bringing liability to the EC (churches).
   Attorneys recognized CC members lacked training. But this lack of
   communication was upsetting to survivors/churches. Eventually CC
   members did start talking to all churches before sending inquiry
   letter/and some submitters (select cases). How did lawyers come to
   reconcile?

38

Confidential

GPSILLS_000894

**What was your involvement in the creation of the Credentials Committee?** JJ recalls that they had no input into whether it would be created. Some involvement in bylaw 8 and meeting with the committee that recommended the bylaw. Client told them what they wanted and we helped them try to do it. **Did you have input into tightening the bylaws?** Doesn't recall but they would usually tell them that the Constitution didn't permit it so they either change the bylaw or the constitution. Not involved in recommending members of the CC. **Were there any cases that you were specifically involved in? Or provided direction to**

**Did you have any involvement reviewing documents or?** Procedures that were provided by churches in response to Credentials committee inquiries. If there was any input it would be whether the person on the committee held an office that would cause them to not serve on the committee.
JJ: Don't remember, this is what I want to do. By laws won't let you do this so have to revise or change the constitution of the bylaws so you can do it.

**Were you involved in drafting the Credentials Committee, flow chart or any form letters that the Credentials Committee used? From our review.**

JJ: don't recall if had input into committee members because they were designated because of the office they hold. May have had some discussion about this, but no input with respect to individuals who were on.

**Question as to experience of CC members?** JJ was concerned about flood gates opening, i.e. not liking what was being preached in a local church.

**At. At some point after Augie Boto resigned, you appeared to be less active in the Credentials committee.**

**Is that conclusion correct?**

**What was the reason for that?**

**What do you think the appropriate role of lawyers in the Credentials Committee is?**

Confidential

GPSILLS_000895

As outside counsel, did you ever interact with any of the churches or survivors that made submissions to the Credentials Committee? Did you review the language that was on the portal for the Credentials Committee? JJ: we were asked to weigh in on pieces of the portal. Discrete pieces. Not comprehensively, doesn't recall doing this on previous language. No input on how it may have changed from its original form. **Template letter were you involved in reviewing language?** JJ believes that he was involved in that.

**Did you review decisions that were made whether or not a church should be disfellowshipped?** JJ: Reviewed some of the responses to the churches and responses that were shared with the BWG--but don't know what percentage reviewed. As lawyers very cautious about EC saying that they reviewed the churches policy and giving them seal of approval. Not experts in that. Did not want to represent to the world that a church had the right policies.

**Interact with churches or survivors?**
JJ: don't recall communicating with a survivor or a church related to a CC submission.

**Was your involvement greater or less with respect to sexual abuse issues and issues of other Baptist concern such as. Female. Pastors. And homosexuality.**

**Did you have any involvement in choosing the initial members of the Credentials Committee?** No.

JJ: Remembers that there might have been discussions on the use of apology language or over promises. Apology language if indicated some fault of promises that could not be kept. Always a concern about people acting alone and speaking with their committee voice when they are not. Could have been some counsel on being careful not to do that.
**What was appropriate, what were thoughts about specific criteria to consider if a church was in cooperation?**

**JJ: Don't remember ever doing this. Don't have an opinion because can vary so much from church to church.**

Case 3:23-cv-00478    Document 411-50    Filed 11/03/25    Page 41 of 43 PageID #: 15230

Confidential                                                                    GPSILLS_000896

JJ: No opinions on the criteria regarding being in friendly cooperation standard. JG: has a problem with EC establishing a best practices, with local church autonomy is significant in our polity. One policy would not fit all churches. What business does the EC have in establishing a standard practice and will that be cited when a local church is sued for not complying with that standard.

JG would be uncomfortable with EC seeing its roll as establishing best practices for churches. Concept of local church autonomy of the EC telling a church that here is a policy you ought to have. What business does the EC have establishing a standard practice. If the EC establishes a standard, will the local church be sued if don't comply with all of the standard. Establish a standard of care.

**What is the appropriate roll of outside counsel?**
Advise client on how to do what it wants to do in a prudent and reasonable manner and advise of risks that it is not prudent and reasonable.

**What do you think the role of lawyers is with the CC?** Duty of how to advise client of how to do what they want to do. Advise them of the rules and structure of the organization in which they are working. If somebody was preaching the wrong docket from the pulpit, not really a legal issue. Job was the help the CC to understand it bounds and what was right for the SBC to do or not do.

**Value to particular expertise of persons on the CC?**
JJ: yes, what experience is the question. One problem that was discussed, you have just opened the floodgates to complain about anything—wrong doctrine—could take this to the CC. So what expertise should a member of the committee have then?? CC was going to express judgment in a variety of areas. JJ didn't attend a meeting until September 2021 and there was a wide range of this to deal with.

1. **Allegations of abuse by Executive Committee members.**

Case 3:23-cv-00478     Document 411-50     Filed 11/03/25     Page 42 of 43 PageID #: 15231

Confidential

GPSILLS_000897

Pressler, no JG.

2. **Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021.**

3. **Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021.**

4. **Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021.**

5. **Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021. Yes, resistance to initiatives, offender list. Reasons for this resistance.**

6. **Knows of cases of where a survivor wanted to come forward and tell their story, but EC said it's not the place.**

7. **Many people were hurt by not being ministered to.**

Confidential

GPSILLS_000898