# Exhibit 83

Date of Interview: 10/21/2021

Interviewers: Krista Tongring

Interviewee: Ed Upton

Location/Method of Interview: Teams

---

Please use this document with each interview. All interview notes should be embedded herein under the appropriate question. Additional questions should be added prior to the interview if at all possible, and if not, should be included in the note-taking with the answer following the question.

When finalizing the interview notes, please use the full last name of each person referenced so that the document can be properly searched in the future. Other names and common references pertinent to the investigation should be written out unless otherwise indicated. A list of permitted abbreviations will be circulated and maintained on Teams.

I.  Introduction

    A. Introduction of interviewers and role

    B. "Housekeeping"

    - Thank you for agreeing to meet with us
    - Please let us know if you need a break or would like to end the discussion at any point – you control the discussion
    - Feel free to ask questions – I will answer anything to the best of my knowledge

    C. Scope of Guidepost Investigation want to be sure that our role is clear to make sure there are no misunderstandings

    - Want to make sure our role is clear so that are no misunderstandings

    D. Motion – have you seen/read it (SBC Convention June 2021) (if yes, don't go through detailed bullet points – but do go to E./F.) Investigation into the following:

    - Allegations of abuse by Executive Committee members.
    - Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021.
    - Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021.
    - Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021.

Confidential                                                                                          GPSILLS_001185

- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021.
- An audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

E. High level description:

- Guidepost retained by Task Force on behalf of SBC to:
- Conduct investigation of SBC EC related to how sexual assault allegations were handled and survivors were treated and assessment of CC

F. Investigation output – what will happen at the end?

- Detailed report which will be made public
- a **complete set of factual findings**
- **comprehensive recommended framework within which the SBC can operate in order to continue to address the concerns raised by the SBC Motion in a transparent, accountable, and scriptural manner that prioritizes survivor support and care and enhances practices for the prevention of sexual abuse, harassment, and violence**

G. Who controls the investigation and report? Guidepost – complete independent third-party review

H. What is role of Task Force?

I. Are you familiar with the Task Force and its role? If not, do you want me to list/explain?

- The Task Force appointed to oversee investigation (list of Task Force members below)
- The Task Force does not no control – there is no attorney/client privilege between Guidepost/Task Force
    - Bruce Frank
    - R. Marshall Blalock
    - John Damon
    - Liz Evan
    - Heather Evans
    - Andrew Hébert
    - Bucas Sterling
    - **Advisors to the Task Force**
    - Rachael Denhollander
    - Chris Moles

J. A few principles of Guidepost's methodology (Use judgment – discuss if needed)

Confidential GPSILLS_001186

- Though the Task Force is **overseeing the investigation**, **Guidepost will remain independent of the Task Force, the SBC, the Executive Committee, and the Credentials Committee**. **No attorney-client relationship** will be formed between Guidepost and the Task Force, the SBC, the Executive Committee, or the Credentials Committee. Accordingly, communications between Guidepost (including its employees and agents) on the one hand, and the Task Force, the SBC, the Executive Committee, and/or the Credentials Committee will not be protected by the attorney-client privilege. **Guidepost will document in its written report whether any person or entity has withheld access to information, documents, records, facilities and/or employees, officers, agents, or others through a claim of attorney-client privilege** or the attorney work product doctrine, particularly if claimed by the SBC, the Executive Committee, the Credentials Committee, the Task Force, or any member of the aforementioned.
- At the conclusion of the investigation and audit, Guidepost will prepare a **complete set of factual findings and a comprehensive recommended framework within which the SBC can operate in order to continue to address the concerns raised by the SBC Motion in a transparent, accountable, and scriptural manner that prioritizes survivor support and care and enhances practices for the prevention of sexual abuse, harassment, and violenc**e.

**NOTE: the below are suggested questions regarding the general investigation. Interviews are not limited to these questions, nor will each interview necessarily touch on each topic. Please use these as a guide supplemented by your review of documents, interview notes, and discussions with the investigatory team.**

II. General Introductory Questions

    A. How did you hear about our investigation?
    B. If unclear, ask if a survivor or if a witness (sometimes we might not have or be able to get any information on someone who has proactively reached out and we need to know this in the beginning.)

*Ed Upton is a witness, he served as the Executive Assistant to the President on the Executive Committee, but his true role was essentially the Executive Vice President from 2019-2020.*

    C. Are you a member of a Southern Baptist Church? Currently? In the past? Where is your church located?
    D. Can you tell me how you are/were (if at all) connected to the Southern Baptist Convention?
    E. Have you ever been to an SBC Annual Meeting? If yes, ask for details.

III. SBC EC Questions
    A. Do you personally know anyone who has been a member of the SBC Executive Committee?

Confidential GPSILLS_001187

Ed Upton served on the Executive Committee from 2019-2020, working under Ronnie Floyd.

> B. If so, who? In what capacity? When?

Upton's role was to hire, fire, work with lawyers, lead staff meetings, set agendas for Executive Team meetings. It was miserable to work at the Executive Committee, there was no real talking among staff, was run by 2-3 people. Upton's job was to change that culture, he hired Amy Whitfield and Jonathan Howell.

> C. Are you aware of anyone (survivor/advocate/other reporter(family/friend/pastor)) who has reported allegations of sexual abuse to the SBC EC?

- Jennifer Lyell, Hannah Kate Williams, Christa Brown, Jules Woodsen.
- Rachel Denhollander

> D. Understanding the scope of our investigation, can you tell me a bit more about the relevant information you would like to provide?

Jennifer Lyell was abused by David Sills, Al Mohler told Sills he was done working at SBC, Sills then moved to another church, so Jennifer Lyell brought her story to the Baptist Press (which may have been a mistake in Ed Upton's opinion). To sweep it under the rug, Augie Boto and Sing Oldham decided to print Jennifer Lyell's first-person recount but edited it to make it say that she had a morally inappropriate relationship with Sills, which led to a significant amount of the SBC to believe that Lyell is a "slut and whore" as opposed to a sexual abuse survivor.

Floyd emailed Lyell saying he supported the Baptist Press and supported Sing Oldham and Augie Boto. Ed Upton and Jonathan Howell decided to publish an apology to Lyell in the Baptist Press and Ronnie Floyd signed off on it – the apology was from Jonathan Howell not Floyd – Floyd has still never apologized himself.

Hannah Kate Williams' story to Ed Upton was that her father raped her, impregnated her, and then killed the baby and disposed of the body – Upton then immediately turned in this story to the state police and set up counseling for sex abuse survivors. Further details of this case are to be discussed later.

> E. For example, are you aware of anyone (survivor/witness/advocate) who has reported allegations of sexual abuse to the SBC EC or staff? - get details on form of report (phone, in person, letter, email), reported to whom and when)

Christa Brown and Jules Woodsen came to the Executive Committee for guidance. Augie Boto told Christa Brown and Jules Woodsen that the Executive Committee could not help because that is not what their job is.

Confidential
GPSILLS_001188

F. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by SBC EC/staff after they reported allegations of sexual abuse to SBC EC/staff?
G. Same question obstruction
H. Same question resistance to sexual abuse initiatives

IV. Credentials Committee
   A. Are you aware of the Credentials Committee?
   B. What is your understanding of its purpose related to allegations of sexual abuse?
   C. How was the CC was formed? Who was on it?
   D. Are you aware of how the CC received/processed complaints?
   E. How were documents were kept/maintained?
   F. How did CC make decisions on complaints related to sexual assault?

V. Baptist Press
   A. Do you know anyone who works or writes for the Baptist Press?
   B. If so, who? When did they work there?

Sean Hendricks was the Baptist Press editor, it is Upton's understanding that Boto, Jim Gunther, and Jamie Jordan were the ones that edited Lyell's first person – Sing Oldham authorized the story, then Hendricks posted the story – it is Upton's understanding that all these parties were aware of the editing.

   C. Are you aware of how BP articles are drafted or edited?

Jennifer Lyell turned in her op-ed in late February or March 2019 and it was released by Boto and Oldham within that same time frame. Boto and Oldham told Jennifer Lyell 20 minutes before the story was going to be released that they were going to release an edited version, they did not hear back from Lyell within those 20 minutes, so they released it.
Ed Upton has had conversations with Boto about the editing of the story, Boto told Upton that they were concerned about David Sills suing the SBC and Baptist Press if it was released that Sills raped Lyell for 12 years. Boto would question how someone can be raped for 12 years without it being consensual. Upton was not made aware of the editing until the fall of 2019.

   D. Who had final editing authority in 2019?
   E. Has that changed since that time?
   F. Do you know Jennifer Lyell?

Lyell had asked for the story to be taken down off Baptist Press. Upton's first phone conversation with Lyell was around the fall of 2019 – if Floyd had known Upton spoke with Lyell, he most likely would have fired him. This conversation began Upton pressing on Floyd (unsuccessfully) to figure out next steps to help Lyell – Floyd did not want to do anything about it. Ed Upton told Jennifer Lyell that the Executive Committee has done all it was going to do, her other option was to take this to a legal lawsuit. As a result of the article being released Lyell had

Confidential
GPSILLS_001189

lost her job, and had substantial medical bills, and sought compensation through legal action from the Executive Committee.

Confidential   GPSILLS_001190