# Exhibit 87



Date of Interview:

Interviewers:

Interviewee:

Location/Method of Interview:

_____

Brotherhood mutual counsel – has notebooks from Sing –

Please use this document as a starting point for each interview. It is likely the course of an interview will lead to additional subject matter. All interview notes should be embedded herein under the appropriate question. Additional questions should be added prior to the interview if possible, and if not, should be included in the note-taking with the answer following the question.

When finalizing the interview notes, please use the full last name of each person referenced so that the document can be properly searched in the future. Other names and common references pertinent to the investigation should be written out unless otherwise indicated. A list of permitted abbreviations will be circulated and maintained on Teams.

The Interview team should compare Individual notes to prepare a final Interview report and delete the Individual notes after jointly approving the final[1].

Key foundational documents for Trustees are the SBC Constitution (https://www.sbc.net/about/what-we-do/legal-documentation/constitution/) and the SBC Bylaws, particularly section 18 which discusses the Executive Committee in which all trustees serve, (https://www.sbc.net/about/what-we-do/legal-documentation/bylaws/).

I.  Introduction

    A.  Introduction of interviewers and role

    B.  "Housekeeping"
        i.   Thank you for agreeing to meet with us.
        ii.  Please let us know if you need a break
        iii. Feel free to ask questions – we will answer anything to the best of my knowledge and ability

---

[1] These notes are not a word-for-word transcription of the call; they do not necessarily reflect the exact words used by the participants, but rather are meant to convey the sum and substance of the conversation.

CONFIDENTIAL                                                                                                                  GPSILLS_017394



C. Investigation so far
   i. Over 300 current and former Trustees have been contacted.
   ii. All current Executive Committee staff and many former EC Staff have been contacted and interviewed to the extent possible
   iii. Collected and reviewed over 4 terabytes of relevant information collected from various sources
      1. SBC EC
      2. Archives
      3. Guenther firm
      4. Survivors, witnesses, advocates
      5. ERLC

D. Scope of Guidepost Investigation arises from Messengers' Motion at June 2021 SBC Convention.

   Note: May be familiar – so best to ask if they are familiar with the investigation and whether they want to discuss the scope.
   i. Guidepost retained by Task Force on behalf of SBC to conduct investigation of SBC EC related to how sexual assault allegations were handled and survivors were treated and an assessment of CC.
   ii. Offer to review the following If Interviewee would like:
      1. Allegations of abuse by Executive Committee members.
      2. Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021.
      3. Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021.
      4. Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021.
      5. Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021.
      6. An audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

E. Investigation output – what will happen at the end?
   i. Detailed report which will be made public
   ii. Complete set of factual findings
   iii. Recommended comprehensive framework within which the SBC can operate in order to continue to address the concerns raised by the SBC Motion in a transparent, accountable, and scriptural manner that prioritizes survivor support and care and enhances practices for the prevention of sexual abuse, harassment, and violence.

2

CONFIDENTIAL                                                                                                                         GPSILLS_017395



    F. Independent review: Guidepost controls the investigation and the content of the report, and reports to the Task Force appointed by former SBC President of SBC. We can Identify the members and advisors of the Task Force If Interviewee would like:
        i. Task Force members: Bruce Frank, R. Marshall Blalock, John Damon, Liz Evan, Heather Evans, Andrew Hébert, Bucas Sterling
        ii. Advisors: Rachael Denhollander and Chris Moles

    G. Interviewees may question our knowledge of SBC Polity or how SBC structure and autonomy affects the ability of the Executive Committee to address sexual abuse and other issues. We understand that the structure provides challenges. Our role is to understand and document what has been done, and to make recommendations for Task Force, Messengers and SBC Leadership to consider which is why getting input and perspective from the Trustee is critical.

**NOTE: Below are suggested questions regarding the general investigation. Interviews are not limited to these questions, nor will each interview necessarily touch on each topic. Please use these as a guide supplemented by your review of documents, interview notes, and discussions with the investigatory team.**

II.    Questions Concerning Being a Trustee:

**[Always note in the beginning that we've reviewed the documents provided to the SBC EC so we do have background but it is always helpful when conducting an investigation to hear things directly from a witness.]**

    A. What years were you on the EC or part of the SBC EC staff (If the interviewee does not recall, prompt her/him with the information in our spreadsheet of Trustee terms of office.)

Pastor 1986

EC trustee/member 2002 – 4 years communications work group – morris chapman – president – asked to serve on funding study committee – ad hoc – assigned to see if ways to increase funding for seminaries so see if professors could have more livable wage – wrote a few final reports

2006 – decined to be on staff

Asked again in April 2007 august 2007 – VP convention relationtions – through MC – Frank Page – 2010 – November 2010 – downsized by 10 – wanted him to take over communications – vp comm's and convention relations – ended up being permanent – now 2 areas – used to be separate VPs – last set of eyes on all stories b/4 got published – developed protocol – send story – if din't respond by x minutes, go ahead and post – "relationship" standpoint – are we being careful not to harm relationships – internally or externally – internal or external publics

3

CONFIDENTIAL    GPSILLS_017396



– interpret SB polity to all internal or external constiuants – saying something to cause harm to internal or external constiutants

Comm's – last set of eyes – when Ronnie elected – said too broad of an umbrella – behind all of the time – need someone else to do comm's – 2019 – brought new VP for Comm's – Jonathan Howe – relieved him in that area

Served on the EC from 2002-2006, and 2006-2010

Committee on Convention Events and Strategic Planning, Chair

Vice President of Convention Communications and Relations 2007-2019

What did you understand your duties and responsibilities as Vice President of Convention Communications and Relations to be?

B. Did you have any other roles within the SBC / SBC EC during this time (i.e., committee chairs)?

Committee on Convention Events and Strategic Planning, Chair – what years? What did this entail?

C. Did you have, and if so please explain frequency and nature of contact with: (tailor to witness's position)

3 committees/9 work groups (became 8) – came together at time of meetings – first 4 years – comm's work group – adopted resolutions of appreciation for retirees – 2006 – after sbc annual meeting – second term – new committee – CP committee for 1 year –

-interactions primarily in 3 meetings – 2 were a bit longer and then brief meeting in June before annual meeting – did not go to all of them – went to ones that could but still pastor

-outside that conversation with Bob Rogers/Boto re funding study reports – meetings at SBC office for those meetings – sometimes seminary presidents would speak – also one in TX

-no interaction with staff other than at meetings
  i. EC Officers
  ii. Other Trustees in the Executive Committee
  iii. SBC EC General Counsel
  iv. SBC EC Staff
  v. SBC EC outside counsel

4

CONFIDENTIAL                                                                                           GPSILLS_017397



D. Understand that EC met 3x/year. Between these meetings, did the any group of the EC executive leadership meet/discuss sexual abuse matters? Who participated? What was discussed? (interviewer can use timeline to ask about specific initiatives)

> Do not recall being part of meetings or hallway discussions
> -know meeting in spring 2007 when victim/advocate group met with bylaws work group –
>
> -compartmentalized – given notebook with information with motions – but dind't know about other committees
> -don't recall motions re: SA

E. Did you discuss allegations of sexual abuse or the response to allegations of sexual abuse?

  1. With whom? (List out specific individual names that the documents show that the witness had correspondence with on these issues.)

  2. When?

  3. Concerning what survivor(s)?

F. In your role as VP Communications did you had any interactions with a survivor of sexual abuse?
August of 2007 – number of conversations about sexual abuse etc – dind't understand before came on board how role would be – received media inquiries – didn't know how to respond – had internal conversations with inhouse counsel – Boto – John Revel was editor of SBC life – PR piece not news piece – things written in 2007 – motions in san Antonio – didn't pay much attention except for resolution – blwg and report in 2008 –

How do we respond to media inquiry re what is sbc doing and what can sbc do?
-morphing over time – 2002(sexual integrity of ministers)/2007(standing against sexual abuse of children) – must be reported to law enforcement – don't have investigative authority – children was dominant focus – what is SBC going to do?

5

CONFIDENTIAL                                                                                                    GPSILLS_017398



Polity can exercise authority over churches – double prong – report to law enforcement – and don't have investigative authority but gov't does –

-he wasn't getting report – just media inquiries of is there going to be database, etc. – dr chapman said all matters of sexual abuse and anything related to sexual abuse that is being report goes to augie to deal with and manage with attorneys – delegation

-in light of conversations had with augie, (doesn't know how many came in) – CRM box – convention relations box – trained people to send immediately to Augie – standard answers for so many different inquiries –
-conversation with Augie – raised questions along the way – views himself as pastor first – 2008 report – direct response to creating database – collective response of legal counsel/blwg/EC – already existing database of sex offenders – email every time got google alert for Baptist/arrested – if b/c sexual abuse – raised question from time to time – can we not at least post stories of news stories that address Baptists arrested if church they were a part of is cooperating SB church – general response was inexact science so gaps and if gaps and people perceive this as registry then liability factor – not comprehensive

Sovereign Grace – entity leaders and other Danny Akin / Al Mohler –
2008 report – have ministry entity that could take on assignment – ERLC – Richard land – didn't take on as priority – Russell moore didn't then Russell moore finally did

After Houston chronicle articles 2019 – more frequent comm's with john Tedesco – called about one of churches – feb 2019 – got a letter that withdrawn from cooperation with SBC – means can't do anything – lift up resources, encourage churches, but can't say must fire your pastor
-set parameters of participation – if knowingly hire someone xxx, no longer in cooperation – clearly defined

[Make sure to list in the interview draft the contacts we already know about in case the say they don't remember or something else inconsistent with the documents/witness statements – **Be careful to maintain anonymity of survivors where necessary/requested – can refer to documents received from SBC EC (but not CC), public statements from survivors, any approved information from survivors**]
G. Can you explain the details?

H. In your role as xxxxx, did you ever discuss or hear discussions of reports of sexual abuse made to the SBC EC or how the SBC responds to such reports with:

6

CONFIDENTIAL                                                                                           GPSILLS_017399



        i. Any SBC EC Officer?
       ii. Any SBC EC Trustee
     iii. SBC EC General Counsel
     iv. Any SBC EC Staff
      v. SBC EC outside counsel

     vi. If yes, explore details re who, when, substance of discussion and if a particular report of sexual abuse was discussed.

    vii. Any written or email communications?

I. Why did your role as VP end?

J. In your role as a VP, did you ever discuss reports of sexual abuse or how the SBC responds to such reports with any other Trustee, EC officer or any staff member of the SBC outside of Executive Committee (such as ERLC, IMB, NAMB, Seminary Presidents)?

This is a general question – we are aware of the specific reports that would come to your office and will discuss those BUT this question is whether you discussed with anyone how to handle those reports? Augie? Jamie/Jordan? Ronnie? Mike Stone? Frank Page? Greg Addison?

       i. If yes, explore details re who, when, substance of discussion and if a particular report of sexual abuse was discussed.

      ii. Any written or email communications?

III. **SBC EC Questions:**

**[Some of the answers to these questions may have been answered above. Make it clear that our questions are neutral and guided by the particulars of the motion. We want to hear all sides of what has occurred in order to write a full, fair, and independent report.]**

**Note: For all of these questions, make sure to have details of known answers to each from documents, witness interviews, public reports, etc. in order to follow-up on responses such as I don't know/remember. Same caveat re: survivor anonymity.**

    A. Are you aware of anyone (survivor/advocate/other reporter such as family, friend or pastor) who has reported allegations of sexual abuse to the SBC EC?

Appears to have happened all the time – see attached documents

7

CONFIDENTIAL

GPSILLS_017400



https://plusnxt.relativity.one/Relativity/go?id=8252197-2482495

Couldn't these responses be seen more as protective of the SBC and its staff and officers rather than the survivors? Instead of acting to help, always considering how any action would hurt the SBC – how is that biblical?

https://plusnxt.relativity.one/Relativity/go?id=8252197-2482457

"Sing Out!" Doesn't that seem callous or not convey the appropriate amount of seriousness that should accompany these types of allegations?

Being included on emails between augie/jim/Jamie was rare

Allen Jordan – extended conversation with him after convention where Amy smith picketed it – 2013 houston – He wrote notes up and sent to Frank Page and Augie Boto –

Another conversation with Greg Belser(?) – pastor – accused of having mishandled end of ministry of alleged sexual abuser – might have been about same person – called b/c Frank told him to – wrote report and sent to frank/augie – allowed him to retire instead of terminating him

Romeoville IL – church who hired person who was in jail and served time and brought in someone else who was in jail – what can you do about that? brought it to Augie

Once in always in unless…. Unless church chooses to leave or the convention votes to disfellowship the church – only have clear records of the latter.

      i. If so, ask for details, including source of knowledge (first-hand, documents, second-hand (if so, from whom did they hear the information?)

     ii. Who was the reporter?

    iii. When did they report?

    iv. Method of reporting (in person, phone, letter/email)

     v. To whom did they report?

    vi. Aware of any Internal discussions or communications within EC regarding the report? If yes, explore details and ask If there were any emails or other written communications.

   vii. What was the outcome?

8

Case 3:23-cv-00478   Document 411-53   Filed 11/03/25   Page 9 of 15 PageID #: 15262

CONFIDENTIAL    GPSILLS_017401



B. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported allegations of sexual abuse?

Ask about what happened to David Roach – why was he fired?

C. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported allegations of obstruction by anyone in the SBC?

D. Have you witnessed or do you have information regarding retaliation or intimidation of survivors/witnesses/advocates by anyone at the SBC EC after they reported resistance to initiatives to change how the SBC responds to reports concerning sexual abuse?

E. Why do you think there was so much tension/heated debates around the issue of sexual abuse?

IV. <u>Credentials Committee Questions for Non Members Only:</u> [Note: Our questions related to the Credentials Committee are only related to the scope of our investigation – so only June 2019 to June 2021 and only with respect to submissions regarding allegations of sexual abuse.]

A. What is your understanding of the purpose of the Credentials Committee as it relates to sexual abuse?

B. Did you have any involvement in the creation or structure of the CC? If yes, what was your understanding of how it was designed to work?

  i. If applicable, are you aware of the members of the CC (originally or at present)?
  ii. If applicable, do you know whether any CC members have experience/training with abuse/trauma?

C. Were you ever privy to discussions regarding the SBC Churches that the Credentials Committee was considering due to allegations of sexual abuse?

D. Do you have any recommendations for changes or enhancements to Credentials Committee, consistent with Baptist governance?

9

CONFIDENTIAL                                                                                                          GPSILLS_017402



V. Baptist Press/Communications Questions:
    A. VP Communications – you were the VP over Baptist Press?
    B. Had that role in 2019?
       Percolate up – state entities, etc. – usually didn't start with staff – editor – solicit from writers – contact convention to see if xyz happening – and run it down – aligns with primary mission vision and values
       -once comes in, shawn – editor assigned to writer – do internal editing process – not very common to be involved unless involved issue where he needed to participate – usually if wanted legal team
    C. You are familiar with Jennifer Lyell? She contacted and wanted them to run it – wanted first person –
       -shawn sent to legal team – the first person – without goinig to sing first – jaime answered shawn and said we have a problem b/c this is someone allegeing criminal behavior and sexbuse is a crime – copied sing – sing then talked to shawn – shawn told sing that he told JL would do as story not first person
       -common for shawn to go to legal team without going through sing first
       -assigned to writer – draft to shawn – laura would come in – 4 trained journalists – art, diana, laura, shawn – David not trained as a journalist
       -multiple smallish edits – shawn having interactions with David, laura, JL before it came to Sing
       -raised up questions along the way – first few days of the week – then went to GA – back on Friday – became aware of a lot of things after the fact
       -raised up – shawn made decision to make complete shift – laura raised question why are we carrying this story now – not disagreeing with shawn's answer – when JD Greear named 10 churches and a firestorm ignited, BP got castigated that blwg had met for xx number of hours and id'ed a number of churches warranted further inquiry which meant that the other number did not warrant further inquiry
       -shawn worried that if didn't run, it would be BP refused to run story – news peg – need to be sure do it right
       -one of things that art taught him was "looking for a news peg" why would this story appear now – why is it news worthy now – laura
       -I believe before god that he did what knew to do in best way possible based on what knew at time – but now have fuller knowledge – if collateral damage to get to right thing, then that is okay – greatly regret but if that is what it took to get where we are then grateful that it occurred
       -no corroborating testimony from external source – laura – checked with Kentucky that no SOL for criminal assault – emailed it to shawn – shawn re-framed story from sexual assault to "more light" shed on termination of professor

10

CONFIDENTIAL     GPSILLS_017403



-seth brown – editor of NC Baptist recorder – 2 seminary professors resigned at same time – David sills was one -
Got from a to b overnight – need to include a seminary student at time it began – sing in favor of doing editorial note and change to the story
-JL wanting BP to affirm and assert that she had been sexually abused when BP did not have adequate information that had occurred –
Blamed on Al Mohler not firing him – allowing him to resign –

Have to put in that groomed – these are the steps that abusers/predators take

Retrospect – wish didn't rush to get story out on Friday – wish had more time for careful reflection and follow-up with Al Mohler – didn't know about SOL – thinks that was hinge

After story – asked to link to her story – had "no linking policy" – never called or emailed sing – sing said we have a no linking policy – had email/voice/text comm with Augie – augie says clearly shows "abusive" relationship – colored by legal opinion that for us to claim abuse – was told would increase liability exposure that he performed a criminal act without corroboration of criminal act –

Her goal was that David Sills would never be employed by Christian ministry – goal met – doesn't understand mind of survivor so can't understand

During "negotiation" process – sing said to shawn did not say "morally inappropriate" – an inappropriate sexual relationship is morally inappropriate – colored by same legal scare from lawyers


D. When did you first become familiar with her? Ask details [she approached Shawn – worked with him at first – then David wrote story – submitted to Shawn – Shawn had meetings with Sing/Augie – got story back and it was different]
E. Have both versions to show him
F. Who made decision to change?
G. The words have very different meanings?
H. Abuse and morally inappropriate relationship?
I.
J. Again – concern is about being sued, not about care for survivor
K. What did Ms. Lyell want to fix it? Why couldn't BP do that for her?
L.
M. Letter to Jennifer – how drafted – what was its purpose?
https://plusnxt.relativity.one/Relativity/go?id=8252197-2480866

11

CONFIDENTIAL                                                                                                   GPSILLS_017404



https://plusnxt.relativity.one/Relativity/go?id=8252197-2483182
"interpretation" of "not sinless" – post hoc CYA

https://plusnxt.relativity.one/Relativity/go?id=8252197-2481938
Lyell email to Floyd forwarded to Sing/Boto and said sent no response and doesn't plan to respond

https://plusnxt.relativity.one/Relativity/go?id=8252197-2482992
Full thread of discussion with sing and "plan" and JL becoming disenchanted

https://plusnxt.relativity.one/Relativity/go?id=8252197-2483212
Final email from JL in above thread

https://plusnxt.relativity.one/Relativity/go?id=8252197-2482879
how article was put together – JL working with David and Shawn extensively – had a lot of input

VI. Recommendations

    A. With respect to issues surrounding sexual abuse allegations, initiatives, or survivor care, are there any areas that you believe that the EC handles particularly well? SBC generally?
    B. In hindsight, are there any initiatives that you think should have been studied closer, given greater consideration or adopted during your tenure related to sexual abuse allegations, initiatives or survivor care?
    C. Recognizing SBC governance and structure, do you have any recommendations for the way that the Executive Committee should address sexual abuse allegations, initiatives or survivor care?

VII. Closing

    A. Thank you so much for your time today.

CONFIDENTIAL   GPSILLS_017405



    B. As we come to a close, is there anything else you think might be helpful to share with us?
    C. Is there anyone else we should talk to or other steps we should take?

    D. If there is anything you would like to share in the future, please do not hesitate to contact us

Guenther response – sexual abuse inquiry sent to Sing/Boto
https://plusnxt.relativity.one/Relativity/go?id=8252197-2484410
https://plusnxt.relativity.one/Relativity/go?id=8252197-2484481
https://plusnxt.relativity.one/Relativity/go?id=8252197-2484480

What if anything did you have to do with the Sexual Abuse Summit in Oct 2015? Did it occur? Purpose? Impetus?
https://plusnxt.relativity.one/Relativity/go?id=8252197-2441142

recommendations: made to Ronnie in 2019 – Rachael had called him out that Friday night – Jonathan said BP messed up – Sing told Ronnie he was done – adele banks wrote an article about morally inappropriate relationship – sexual crime v. sexual sin – find common ground on language to refer to each – can use JL story and but apology – that didn't happen – Jonathan just wrote article that said BP messed up – wanted to write an article to agree on the common use of language – lexicons that we use have the same set of definitions

ERLC – creating a top-of-mind resource – in favor of what they are doing – including investigation – ministry assignment change that includes this specifically – BPM says to protect the "abused" – this is large enough that should have ministry statement that specifies this is what they do – in absence of ministry assignment, entities take on projects that presidents want – convention owns ministry assignments – entity is obligated to fulfill assignment

Third – really first – sunshine is the best antiseptic – shining the light on sexual misconduct is the best antiseptic –

Four – "knowingly" choose to employ someone who has been publicly accused / credibly accused – disfellowship – what does credible accusation look like? Doesn't know – needs to mean something

CC step in the right direction – this iteration is a camel – committee on nominations should do the nominating – needs to be consistent – streamlining –

Ronnie asked for processes – Sing wrote the flow chart that resulted in what is online – based on polity and how framed – now being what is used as model for some of state conventions – added

Case 3:23-cv-00478   Document 411-53   Filed 11/03/25   Page 14 of 15 PageID #: 15267
CONFIDENTIAL      GPSILLS_017406



in Babb Center for victim to get help – framed all out to be as user friendly with fewest number of clicks as possible – state conventions want it on their state websites – make process more transparent to submitters

responsiveness

CONFIDENTIAL                                                                                                          GPSILLS_017407