# Exhibit 88

| From: | Jennifer Lyell [jennifer.lyell@lifeway.com] |
|---|---|
| Sent: | 3/14/2018 10:42:24 AM |
| To: | Craig Featherstone [craig.featherstone@lifeway.com] |
| CC: | Kevin Rudd [kevin.rudd@lifeway.com]; David Humphrey [david.humphrey@lifeway.com] |
| Subject: | Re: Kevin Rudd's call with Vanderbiljpark Baptist Church / Multi Ministries - South Africa |

Importance: High

This is great! You should let Dr. Sills know, Craig!

Jennifer Lyell
LifeWay Christian Resources
*We serve the Church in Her mission of making disciples.*

On Wed, Mar 14, 2018 at 5:37 AM, Craig Featherstone <craig.featherstone@lifeway.com> wrote:
Jennifer, I wanted you to see the attached call reporr regarding a potential opportunity with HHH there.

There is also a potential opportunity with a large Baptist association in Singapore that our China partners are pursuing in advance of the Mandarin edition coming out by end of year.

It is slow going on this kind of content, but we are committed to telling the story and finding partners who share the vision for local pastor training.

---------- Forwarded message ----------
From: "Global English Call Report" <david.humphrey@lifeway.com>
Date: Mar 13, 2018 6:24 PM
Subject: Kevin Rudd's call with Vanderbiljpark Baptist Church / Multi Ministries - South Africa
To: <david.humphrey@lifeway.com>, <craig.featherstone@lifeway.com>, <sherene.cherian@lifeway.com>, <trevin.wax@lifeway.com>, <dylan.hillhouse@lifeway.com>, <kevin.rudd@lifeway.com>, <holly.hawk@lifeway.com>, <ashish.thomas@lifeway.com>, <dave.schroeder@lifeway.com>, <jaime.vaughn@lifeway.com>
Cc:

| | |
|---|---|
| **SALES LEADER:** | Kevin Rudd |
| **ANY ADDITIONAL LIFEWAY STAFF PRESENT DURING THE CALL?** | No |

Case 3:23-cv-00478    Document 411-54    Filed 11/03/25    Page 2 of 4 PageID #: 15270

CONFIDENTIAL

LIFE097448

| | |
|---|---|
| **NAME OF KEY ACCOUNT:** | Vanderbiljpark Baptist Church / Multi Ministries - South Africa |
| **FORMAT OF MEETING & LOCATION:** | Zoom Call |
| **DATE OF ACCOUNT CALL:** | Mar 13, 2018 |
| **WHO DID YOU MEET WITH?** | Pastor Hendrik Holzhausen |
| **HOW IS OUR OVERALL BUSINESS WITH THE ACCOUNT?** | This is a potential new account. |
| **WHAT WAS THE MAIN PURPOSE OF THE ACCOUNT CALL?** | I first met Hendrik while traveling in South Africa in February 2018. Hendrik is committed to helping train pastors in South Africa and beyond and has a strong interest in Hearts, Heads, and Hands. The purpose of this call was to discuss the opportunity for LifeWay to provide HHH to Hendrik's church, Vanderbiljpark Baptist (outside of Johannesburg) and also Multi Ministries, South Africa. |
| **SUMMARY OF ACCOUNT CALL DISCUSSION:** | During our discussion, Hendrik shared that since visiting with me in February he has been talking with numerous decision makers, influencers, theological professors, and government officials. His idea is to implement the HHH curriculum/resources as a standard pastor training program across South Africa and perhaps farther internationally. He has studied the HHH manual and discussed it with his contacts. The real key to this being a major opportunity is for us to obtain SAQA (South Africa Qualifications Agency) approval of it as a certified training curriculum. This would convey |

CONFIDENTIAL

LIFE097449

credibility and increase acceptance and use. Sales of HHH would be through Christian Art.

| | |
|---|---|
| **FOLLOW-UP ACTIONS REQUIRED:** | Hendrik is going to continue his discussions with authorities in South Africa over the next month. It is possible that, if there is sufficient interest, that we may need to orchestrate a Zoom call that includes officials at Houston Baptist University who are associated with the certification of HHH and also Dr. David Sills. |
| **ANY ADDITIONAL INFORMATION WORTH NOTING:** | No competition for this opportunity. |

CONFIDENTIAL

LIFE097450