# Exhibit 122

| From: | Megan basham |
|---|---|
| Sent: | Friday, July 8, 2022 4:27 PM CDT |
| To: | David Sills |
| Subject: | Re: Media request |

Thanks for sharing this David. I had a good conversation with Don Barrett and put him in touch with some contacts who may be able to help more. I very much hope he's able to bring you and Mary some justice. If he should decide that you are able to say more at some point on the record, let me know. I won't use it for now of course.

Sent from my iPhone

> On Jul 7, 2022, at 7:32 PM, David Sills <mdsphd@gmail.com> wrote:
>
> This is what I got from him in March 21. I never responded.
>
> Dear Dr. Sills:
>
> I am a reporter for Religion News Service and am working on a story surrounding the abuse case of Jennifer Lyell. Would you have time today to talk with me.
>
> We are hoping to run a story tomorrow.
>
> Sent from my iPhone

CONFIDENTIAL                                                                                                                                    Sills_076692