# Exhibit 123

| From: | Thomas Ascol |
|---|---|
| Sent: | Monday, May 30, 2022 3:28 PM CDT |
| To: | Mdsphd@gmail.com |
| Subject: | Fwd: request for David Sills |

David,

Megan is the real deal. She is on a tight deadline. It may be that the Lord would use you to help point her in the right direction to get at the truth that is being distorted not only or primarily in your own story but in the larger narrative that is being foisted on the SBC and evangelical world. I am praying that He will do just that and that you will talk to Megan in a helpful, God-honoring way for just that purpose.

In Christ,
Tom


Begin forwarded message:

**From:** Megan Basham <mbasham@dailywire.com>
**Subject: request for David Sills**
**Date:** May 30, 2022 at 4:14:05 PM EDT
**To:** Thomas Ascol <tomascol@me.com>

Hi David,

This is Megan Basham with The Daily Wire. I know you've spoken with Tom Ascol about my desire to speak with you and hear your version of events surrounding Jennifer Lyell's accusations,. Candidly, the pieces highlighted in the Guidepost report on the SBC don't fit together to me. I've also spoken with a couple of faculty members at Southern who have told me that Lyell's abuse claim never made sense to them either, and they strongly doubt that it is a truthful characterization.

I wanted to assure you that my only aim here is to bring as much truth to this story as I can. As you've seen, major media outlets have gone so far as to state that you admitted to abuse. Tom has told me this is not the case, and I'd like to play a part in correcting the record.

That said, I'm happy to speak with you on background to start if it would make you more comfortable.

From a personal standpoint, I don't know if it's wise to share this, but I'm going to so you'll know a bit about me.

When I was in middle school, my dad was a lay leader of our church's young adult (college and career) ministry. He had an affair with a woman in that group. She was in her mid-twenties. I have a half-sister from that relationship. I knew the woman well. She was like a part of our family and often babysat my siblings and I. She was a close friend of my mother and went on many vacations with us, and I frequently spent weekends shopping and having outings with her. Looking back, I don't know if

CONFIDENTIAL

Sills_076590

she insinuated herself into our family or if the situation developed naturally, but certainly she became very entangled in all our lives.

You can imagine how the affair upended our family when it became public knowledge. We left the only church I'd ever known. We moved states. My parents sought counseling, and it's been a rough road but they managed to keep their marriage together. When I see them with my children today I'm so grateful God preserved their union against all odds.

This was in the early nineties, so though my father was a leader in the church, it was (I believe rightly) characterized as a consensual adulterous relationship. But my dad and I have often talked in the last few years about how his sin might have been described if he had committed it today. We've talked about how he most certainly would be characterized as an abuser today and how that would have impacted my mom, my siblings and I.

I believe that a movement that tells adult women they have been abused when they participate willingly in sexual sins is unbiblical. It keeps them in a state of unrepentance and creates incentives for dishonesty, even in one's own mind. In short, I believe the "believe all women" narrative of the MeToo movement is godless and the church undermines its power to cleanse souls and change lives by capitulating to it.

Perhaps this is not Lyell's story. Perhaps you'll tell me you have decided that abuse was a factor. But I have strong doubts.

I would love to speak with you and get a chance to get a better perspective on your story, which is being used to shape a national narrative which is, in turn, being used to shape the direction of the largest protestant denomination in the U.S.

Your story (or perhaps an inaccurate version of it) has already become national news. I'm hoping to find out if that record needs correcting.

Thanks so much and please feel free to call or text me.

Best,

Megan

(602) 358-9401

CONFIDENTIAL                                                                                                                              Sills_076591