# Exhibit 125

| Number of participants | 2 |
|---|---|
| Participants | 6017500949<br>Me |
| Number of messages | 6 |
| First message sent date/time | May 24, 2018 8:52:20 AM |
| Last message sent date/time | May 24, 2018 9:06:31 AM |

**6017500949** — May 24, 2018 8:52:20 AM

Just getting back from Thailand late last night and got a disturbing text from Chuck about you stepping down. Can we talk? Rick Dunbar

**Me** — May 24, 2018 9:02:45 AM

Thank you for reaching out. I was just formulating an email to you (but could not find your email address) and David to let you know I resigned from SBTS yesterday and am resigning from the IMB trustees as well. You will hear rumors, and as always rumors have a grain of truth, but the bulk of them are not true. Still, rather than go through the inevitable investigation processes, we felt it best to just resign. Please keep us in your prayers. We love and pray for y'all to continue to impact the world powerfully for Christ's sake.

**6017500949** — May 24, 2018 9:05:21 AM

My heart is broken and I realize this may not be a good time to talk but when you can, please call. You have been a trusted brother and friend and I will continue to pray for you. Do you have a statement you want me to use for the trustees or just the fact of the stepping down?

**6017500949** — May 24, 2018 9:06:12 AM

my email is marvindunbar@gmail.com

**Me** — May 24, 2018 9:06:17 AM

Just that I am stepping down if you don't mind. Thank you for your friendship and prayers.

CONFIDENTIAL                                                                                       Sills_099294

**6017500949**      **May 24, 2018 9:06:31 AM**

Will do....praying

CONFIDENTIAL    Sills_099295