# Exhibit 126

| | |
|---|---|
| Number of participants | 2 |
| Participants | Me<br>brother4108@hotmail.com |
| Number of messages | 3 |
| First message sent date/time | May 24, 2018 3:16:53 PM |
| Last message sent date/time | May 24, 2018 3:28:01 PM |

**Me** — May 24, 2018 3:16:53 PM

How did Molly seem to you?

**brother4108@hotmail.com** — May 24, 2018 3:23:47 PM

She seemed really sad but composed. She walked me through what the dr said and so we talked about how we don't know much right now but we will appreciate life and thank God for that blessing. I said we'd love him no matter how he comes! And, then I prayed with her. She seemed like she was grieving it, but from a really good place mentally and spiritually.

**Me** — May 24, 2018 3:28:01 PM

Jimmy may reach out to you. They told him in class that an accusation was made against me and I resigned. I'm so sorry brother. I'm starting to get past shock and into anger though. Yes there may have been something but it was not was she alleged. But it puts me in an indefensible situation and anything at all is grounds for dismissal. Or doug walker and dan Hatfield. Still I'm so sorry for the shame I'm causing you.

CONFIDENTIAL

Sills_099299