# Exhibit 127

| Number of participants | 2 |
|---|---|
| Participants | 5012592326 |
| | Me |
| Number of messages | 5 |
| First message sent date/time | November 06, 2018 5:55:07 AM |
| Last message sent date/time | November 06, 2018 6:50:52 AM |

**5012592326**     November 06, 2018 5:55:07 AM

I'm talking with our Faithful Father about you this am…. Grace and spiritual refreshing! May God mend your broken heart as an artist pieces together a stained glass work of holy art that shines beauty and creative love thru the unique design He is creating.
Lord bless your day in some special way that will communicate His intimate love for you!

**Me**     November 06, 2018 6:02:13 AM

You are a grace gift to my life, brother. Please pray that He would provide me some kind of career that utilizes my gifts, skills, experience, credentials, passions, and desires (Ps 37:4) to provide for my family and future. I also pray for my name and vindication of my honor due to the blatant lies and vicious way this attack was planned and carried out for maximum damage and destruction of a man and ministry. I have tried but cannot get peace about just going to work at Walmart and letting the devil have this. Maybe that's the plan, but please pray that I'll know and will see God's open door. I love you, brother.

**5012592326**     November 06, 2018 6:16:32 AM

Oh David, I am praying! Please stay before the Lord…. if God can redeem guilty men, create pure hearts and restore what was lost… Will He not in even
more certain terms restore the innocent one who had been falsely accused! You are in a "perfect" place for God to "show out" as He has proclaimed and given His oath to… to you!!!!!
You know those scriptures, those are His promises and His holy oaths to You! We have seen Him Faithful time and time again… He is yet Faithful!
I am studying about angles these days… I ask The Father to send an angle to minister to you…. watch for God!
I love you as well!

CONFIDENTIAL                                                                                                       Sills_101023

> **Me** — November 06, 2018 6:32:22 AM
>
> Thank you. And I'm not saying I'm an innocent man. Anyone who knows me knows that's not so, I'm just not guilty of what was said. I will pray that God makes your way plain. I pray I can get up, clean up, wipe off the mud and blood from this trip up, get back in the race and finish well or die trying. Humanly speaking, that's impossible. But nothing is impossible for God.

> **5012592326** — November 06, 2018 6:50:52 AM
>
> Yes!

CONFIDENTIAL                                                                                                          Sills_101024