# Exhibit 129

| From: | Daniel Patterson |
|---|---|
| Sent: | Monday, January 28, 2019 11:30 AM CST |
| To: | Mary Sills |
| Subject: | Re: Follow up |

Thanks for the feedback. Just wanted to let you know: as soon as I got your email, I called David, and we talked for the better part of an hour. As soon as I got off the phone, thought I would let you know too.

I told him, honestly, the hardest thing for me this morning was calling you and not him. It's not my instinct to work around people but only did so out of an honest ignorance of his emotional state and a sincere desire to spare pain, worried that he might hear something that I wasn't saying. I was happy to talk to him, directly, though. And I hope it was a profitable conversation for him. In either case, I wanted to say thanks for chatting with me this morning. We love you all very much.

On Mon, Jan 28, 2019 at 10:19 AM Mary Sills <msills57@gmail.com> wrote:

> Hey
> I just want to follow up with our conversation. I shared our conversation with David and he really wishes you had called him and spoken with him. He has gone through a lot these past eight months and wishes that people would speak directly to him instead of about him or around him.
> Also, about the conversation y'all will have to have with Jennifer, we think that part of it needs to be that she's told she needs to confess and tell the truth. People have only heard her side and believe her automatically instead of finding out the whole truth. David feels very betrayed that she's believed and our life is ruined while she goes merrily along not having any consequences to her actions. We are very afraid that she'll think she can just step right back into the lives of our loved ones as if this had never happened.
> We are so sorry that this has happened to those we love the most. We have anxiety attacks and worry daily about what is going to happen next. Will we get jobs to support ourselves? Where can we live so we can start over? Do we still have any friends left? And many other concerns. Prayers for us would be appreciated. You can count on our prayers and I will try hard not to have conversations that will inflict more anxiety on Molly.
> You might also consider having a conversation with David.
> Love you guys,
> Mary
> Sent from my iPad

CONFIDENTIAL

Sills_090301