# Exhibit 131

# BARRETT LAW GROUP, P.A.

Don Barrett
dbarrett@barrettlawgroup.com

Richard Barrett
rrb@rrblawfirm.net

David McMullan
dmcmullan@barrettlawgroup.com

Ben White
bw@barrettlawgroup.com

Katherine Barrett Riley
kbriley@barrettlawgroup.com

Sterling Aldridge
saldridge@barrettlawgroup.com

Brandi Hamilton
bhamilton@barrettlawgroup.com

November 15, 2022

**_Overnighted via U.S. Parcel Service_**

Dr. Ed Litton
1627 Silver Creek Dr.
Saraland, AL 36571

Dr. Ed Litton
Pastor, Redemption Church
1251 Industrial Pkwy
Saraland, AL 36571

Southern Baptist Convention
4200 N. Point Parkway
Alpharetta, GA 30022

The Southern Baptist Theological Seminary
2825 Lexington Rd.
Louisville, KY 40206-2997

Lifeway Christian Resources of the
Southern Baptist Convention
1 Lifeway Plz.
Nashville, TN 37234-1001
humanresources@lifeway.com

Jennifer Lyell
4316 Morriswood Dr.
Nashville, TN 37204

Eric Geiger
1601 Castle Cove Circle
Corona del Mar, CA 92625

Eric Geiger
Mariners Church

5001 Newport Coast Drive
Irvine, CA 92603

Executive Committee of the
Southern Baptist Convention
901 Commerce St.
Nashville, TN 37203

William McLaurin
Interim President and CEO
Southern Baptist Convention
901 Commerce St.
Nashville, TN 37203
wmclaurin@sbc.net

Pastor Bart Barber
First Baptist Church of Farmersville
124 South Washington St.
Farmersville, TX 75442

Rolland Slade
Meridian Baptist Church
660 South 3rd St.
El Cajon, CA 92019
rslade@sbc.net

Dr. R. Albert Mohler
The Southern Baptist Seminary
2825 Lexington Rd.
Louisville, KY 40206-2997

Dr. R. Albert Mohler
c/o Caleb Shaw, Executive Assistant
to the President and Chief of Staff

Post Office Box 927 ~ 404 Court Square
Lexington, Mississippi 39095
Phone: (662) 834-2488 ~ Fax: (662) 834-2628
barrettlawgroup.com

Case 3:23-cv-00478    Document 411-64    Filed 11/03/25    Page 2 of 3 PageID #: 15400

November 15, 2022
Page 2

Southern Baptist Theological
Seminary
cshaw@sbts.edu

Solutionpoint International, Inc.
260 Madison Ave., 3rd Floor
New York, NY 10016

Solutionpoint International, Inc.
75 Rockefeller Plaza
New York, NY 10019
info@solutionpoint-intl.com

Julie Wood, CEO
Guidepost Solutions LLC
260 Madison Ave., 3rd Floor
New York, NY 10016

Guidepost Solutions, LLC
1130 Connecticut Ave. NW, Suite 520
Washington, DC 20036

Thomas McShane, President of
Monitoring and Investigations
Guidepost Solutions LLC
tmcshane@guidepostsolutions.com

Andrew O'Connell, President,
Investigations + Private Client
Protection
Guidepost Solutions LLC
aoconnell@guidepostsolutions.com

### Re: Demand for Retraction

Ladies and Gentlemen:

This letter is directed to each individual and entity written above (except First Baptist Church, Farmersville, TX; Marines Church, Irvine, CA; and Redemption Church, Saraland, AL), individually and collectively.

We represent Dr. David Sills and Mrs. Mary Sills, who have informed us that you have libeled and slandered both of them in writings and oral statements, both publicly disseminated on May 22, 2022 and thereafter, by making false claims that Dr. Sills "sexually abused" a certain woman, and that one or more of you have falsely claimed and insinuated that Mrs. Mary Sill was complicit in this alleged sexual abuse.

We call on you to immediately retract these assertions and to publicly apologize to Dr. and Mrs. Sills for making these assertions.

Sincerely,

Don Barrett

cc: Robert A. Clifford, Esq.
Shannon McNulty, Esq.
Clifford Law Offices, PC
120 North LaSalle St., 36th Floor
Chicago, IL 60602

Post Office Box 927 ~ 404 Court Square
Lexington, Mississippi 39095
Phone: (662) 834-2488 ~ Fax: (662) 834-2628
barrettlawgroup.com