IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, <br><br> *Plaintiffs,* <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION, et al., <br><br> *Defendants.* | Case No. 3:23-cv-00478 <br><br> Chief Judge Campbell <br> Magistrate Judge Frensley <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to Local Rules 5.03 and 7.01 and the Agreed Protective Order (Dkt. No. 149), Plaintiffs respectfully submit this Motion for Leave to File Under Seal certain exhibits in support of their Oppositions to Defendants' Motions for Summary Judgment, their Responses to Defendants' Statements of Undisputed Facts in Support of Summary Judgment and their Memorandums in Opposition to Defendants' Motions for Summary Judgment. The exhibits at issue are:

- Exhibit 4: [SEAL] Seminary (Austin) 30(b)(6) Dep. Exhibit 21, Email Exchange 30(b)Between R. Albert Mohler and Jennifer Lyell (Feb. 2, 2022), LYELL_00023691.

- Exhibit 7: [SEAL] Barber Dep. Exhibit 10, Bart Barber ([@bartbarber]), X (formerly Twitter) (July 7, 2022), LYELL_00348617, LYELL_00349031, LYELL_00349570, LYELL_00348748, LYELL_00348466 ("Barber Tweets").

- Exhibit 8: [SEAL] Barber Dep. Exhibit 11, Bart Barber ([@bartbarber]), X (formerly Twitter) (July 11, 2022), LYELL_00349506, LYELL_00176350, LYELL_00176297, LYELL_00349449.

- Exhibit 9: [SEAL] Barber Dep. Exhibit 13, Jennifer Lyell (@jenlyell]), X (formerly Twitter), LYELL__00176244.

- Exhibit 16: [SEAL] Geiger Dep. Ex. 13, Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357583-9.

Exhibit 17:   [SEAL] Geiger Dep. Ex. 14, Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357669-72.

Exhibit 18:   [SEAL] Excerpts from the Deposition of Jonathan Howe (EC 30(b)(6) witness) ("EC 30(b)(6) Dep.").

Exhibit 21:   [SEAL] EC 30(b)(6) Dep. Exhibit 23, Text Exchange Between Jennifer Lyell, Mohler and Adam Greenway, LYELL_00348701.

Exhibit 26:   [SEAL] Excerpts from the Deposition of Jennifer Lyell (Apr. 9, 2025) ("Lyell Dep., Day 1").

Exhibit 27:   [SEAL] Excerpts from the Deposition of Jennifer Lyell (Apr. 10, 2025) ("Lyell Dep., Day 2").

Exhibit 28:   [SEAL] Lyell Dep. Exhibit 69, Edits to the Report, LYELL_00189205-9.

Exhibit 29:   [SEAL] Lyell Dep. Exhibit 70, GS SBC Draft Report Factual Review Priority Requests, LYELL_00178082-8.

Exhibit 32:   [SEAL] McLaurin Dep. Exhibit 15, Guidepost Invoices paid by EC, GPSILLS_004736-7.

Exhibit 33:   [SEAL] Excerpts from the Deposition of Albert Mohler ("Mohler Dep.").

Exhibit 34:   [SEAL] Mohler Dep. Exhibit 7, Twitter Post by Carolyn McCulley, (July 7, 2022), LYELL_00348400.

Exhibit 35:   [SEAL] Mohler Dep. Exhibit 21, Jon Austin, Memorandum re: Meeting with Dr. Mohler, President of Southern Seminary (May 21, 2018), SBTS007433.

Exhibit 47:   [SEAL] Excerpts from the Depositions of Krista Tongring (Guidepost 30(b)(6) Witness) ("Guidepost 30(b)(6) Dep.").

Exhibit 53:   [SEAL] Guidepost 30(b)(6) Dep. Exhibit 26, Text String Between Krista Tongring and Jennifer Lyell (Sept. 21, 2021), LYELL_00345136-67.

Exhibit 54:   [SEAL] Guidepost 30(b)(6) Dep. Exhibit 30, Email Exchange Between Jennifer Lyell, Julie Myers Wood, Krista Tongring, and Cindy Steele (March 18, 2022), LYELL_00077644-46.

Exhibit 57:   [SEAL] Guidepost 30(b)(6) Dep. Exhibit 46, Edits and Corrections to The Report by the Task Force and Rachael Denhollander, LYELL_00193078-84; GPSILLS_026580-3; GPSILLS_009716-19; GPSILLS_007953-55.

Exhibit 58:   [SEAL] Guidepost 30(b)(6) Dep. Exhibit 49, A. Scott Derrick, Letter to Michael L. Russell re: Jennifer Lyell v. The Executive Committee of the

| | |
|---|---|
| | Southern Baptist Convention (Apr. 30, 2020), SBC_EC_GJPLaw_00001465-87. |
| Exhibit 61: | [SEAL] Settlement Agreement (Feb. 22, 2022), EC_0012449-54. ("Feb. 2022 Settlement Agreement"). |
| Exhibit 62: | [SEAL] Settlement Agreement (May 12, 2020), EC_0003129-31. ("May 2020 Settlement"). |
| Exhibit 63: | [SEAL] EC Trustees Approve Statement in Support of Abuse Survivors, Guidepost Report, Slade Draft, EC_0012032. |
| Exhibit 71: | [SEAL] Jennifer Lyell's Mediation Statement with ECSBC (Apr. 24, 2020), GPSILLS_014838-48. ("April 2020 Mediation Statement"). |
| Exhibit 75: | [SEAL] Guidepost's Interview of George Schroeder (Oct. 22, 2021 & Dec. 8, 2021), GPSILLS_013523-37. |
| Exhibit 76: | [SEAL] Guidepost's Interview of Jon Wilke (Jan. 10, 2022), GPSILLS_014863-68. |
| Exhibit 78: | [SEAL] Guidepost's Interview of Diana Chandler (Jan. 10, 2022), GPSILLS_013736-40. |
| Exhibit 79: | [SEAL] Email Exchange Between Albert Mohler and Jennifer Lyell (Mar. 4, 2019), GPSILLS_017909-11. |
| Exhibit 80: | [SEAL] Jennifer Lyell Demand Letter to the EC/SBC (Jan. 10, 2020), GPSILLS_000203-214 ("Lyell Demand Letter"). |
| Exhibit 81: | [SEAL] Jennifer Lyell, Statement from Jennifer Lyell regarding The Daily Wire's Publication on June 14, 2022, GPSILLS_008715-7. |
| Exhibit 84: | [SEAL] Guidepost's Interview of Art Toalston (Feb. 22, 2022), GPSILLS_001519-28. |
| Exhibit 86: | [SEAL] Email from Augie Boto to William Townes (March 9, 2012), GPSILLS_007952. |
| Exhibit 89: | [SEAL] Email from Rachael Denhollander to Republic Bank (cc'ing Lyell) re: May 2020 Settlement, LYELL_00012354 |
| Exhibit 90: | [SEAL] Resume of Jennifer Lyell, LYELL_00123413-15 ("Lyell Resume"). |
| Exhibit 91: | [SEAL] Email Exchange Between Jennifer Lyell, Gene Besen and Scarlett Nokes (Feb. 19, 2022), LYELL_00043695. |

| | |
|---|---|
| Exhibit 92: | [SEAL] Email from Diana Chandler to Jennifer Lyell (May 25, 2022), LYELL_00027914-15. |
| Exhibit 93: | [SEAL] Email Exchange Between Diana Chandler, Jennifer Lyell and Jonathan Howe (May 25, 2022), LYELL_00051691-4. |
| Exhibit 94: | [SEAL] Email from Jules Woodson to Christa Brown, Jennifer Lyell, Megan Lively, Tiffany Thigpen, and David Pittman (June 5, 2022), LYELL_00033547. |
| Exhibit 95: | [SEAL] Email from Jules Woodson to Jennifer Lyell and Tiffany Thigpen (June 5, 2022), LYELL_00021411. |
| Exhibit 96: | [SEAL] Email from Jennifer Lyell to Albert Mohler, Scarlett Nokes, and Gene Besen (Sept. 21, 2022), LYELL_00128024. |
| Exhibit 97: | [SEAL] Task Force, Update from the Task Force of the SBC, LYELL_00350688-92. |
| Exhibit 98: | [SEAL] Email from Jennifer Lyell to David Sills (Feb. 3, 2007), LYELL_00049087. |
| Exhibit 99: | [SEAL] Email from Jennifer Lyell to Julie Myers Wood (March 4, 2022), LYELL_00101993-94. |
| Exhibit 100: | [SEAL] Text Message Exchange Between Gene Besen and Jennifer Lyell (July 8, 2022), Lyell_00345098-99. |
| Exhibit 101: | [SEAL] Email from Rachael Denhollander to Jennifer Lyell (Jan. 27, 2022), LYELL_00359939. |
| Exhibit 102: | [SEAL] Combined communications between Lyell and Sills, LYELL_00039937; LYELL_00039325; LYELL_00041117; LYELL_00048577; LYELL_00048522; LYELL_00091672; LYELL_00097262; LYELL_00121544. |
| Exhibit 104: | [SEAL] Email Exchanges Between Jennifer Lyell to David Sills (September 25, 2008), LYELL_00098548-50. |
| Exhibit 105: | [SEAL] Text Message Exchange Between Jennifer Lyell and Liz Lockwood (Feb. 13, 2020), Lyell_00356812-15. |
| Exhibit 106: | [SEAL] Albert Mohler tweets from July 8, 2022 and October 15, 2019, LYELL_00176021. |
| Exhibit 107: | [SEAL] Email From Brotherhood Mutual to Jennifer Lyell (Jan. 20, 2022), LYELL_00006303. |

4

Exhibit 108: [SEAL] Confidential Settlement Agreement and Release of Claims (October 15, 2019), LYELL_00178061-3. ("Oct. 2019 Settlement Agreement").

Exhibit 109: [SEAL] Recommendation for Admission to the Southern Baptist Theological, SBTS000512-513.

Exhibit 110: [SEAL] Jennifer Lyell's Academic File from Seminary, SBTS000495-594.

Exhibit 111: [SEAL] Letter from David L. Pucket, Associate Vice President for Doctoral Studies, The Southern Baptist Theological Seminary to Jennifer Lyell (Dec. 19, 2008), SBTS000528.

Exhibit 112: [SEAL] Memorandum From The Southern Baptist Theological Seminary's Executive Assistant to the President, Jonathan B. Austin (May 21, 2018), SBTS000634-769.

Exhibit 113: [SEAL] Seminary Files SBTS000612-631.

Exhibit 114: [SEAL] Invoice from The Southern Baptist Theological Seminary's Payment to Lyell for $100,000 (October 17, 2019), SBTS000678.

Exhibit 115: [SEAL] Message from Adam Greenway (March 18, 2021), SBTS005844.

Exhibit 116: [SEAL] Message from Caleb Shaw to Paul Akin (November 23,2022), SBTS005845.

Exhibit 117: [SEAL] Message from Craig Parker (November 10, 2021), SBTS005855.

Exhibit 118: [SEAL] Message from Colby Adams (October 16, 2020), SBTS005860.

Exhibit 119: [SEAL] Text Message Exchange Between O.S. Hawkins and Albert Mohler (October 27, 2019), SBTS005891-92.

Exhibit 120: [SEAL] Text Message Exchanges Between Dennis Burk and Albert Mohler (July 9,2021), SBTS005904-5.

Exhibit 121: [SEAL] Text Message Exchanges Between Colby Adams and Albert Mohler (March 6, 2019), SBTS005919.

Exhibit 128: [SEAL] Medical Records of Mary Sills (May 8, 2023), Sills_110911-2.

Exhibit 133: [SEAL] Email exchange between Scarlett Nokes and Jennifer Lyell, Aug. 30, 2022), Lyell_00026823-24.

Exhibit 134: [SEAL] Email exchange between Jennifer Lyell and Scarlett Nokes, Feb. 15, 2022), Lyell_00090002.

Exhibit 135: [SEAL] Text String between Jennifer Lyell and Thom Rainer (May 3, 2022), Lyell_00345101-04.

Exhibit 137: [SEAL] Geiger Dep. Ex. 12, Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357707-08.

Exhibit 138: [SEAL] Text String Between Eric Geiger and Jennifer Lyell, LYELL_00344973-75.

Exhibit 139: [SEAL] Email from Jennifer Lyell to Executive Committee Members (Sept. 18, 2021), LITTON_000001-11.

Exhibit 140: [SEAL] Text String Between Eric Geiger and Jennifer Lyell, LYELL_00357498-500.

Exhibit 141: [SEAL] Text String Between Eric Geiger and Jennifer Lyell, LYELL_00348908.

Exhibit 142: [SEAL] Bullet Point Notes and Observations, GPSILLS_009620-5

Exhibit 143: [SEAL] ERLC Panel at SBC in Birmingham Meeting Transcript, EC_0001235-54.

Exhibit 144: [SEAL] Guidepost 30(b)(6) Dep. Exhibit 54, Email from Jim Guenther to William Townes, Ed Upton and Jaime Jordan (March 19, 2020), GPSILLS_023895.

Exhibit 145: [SEAL] Email Exchange Between Floyd, Jonathan Howe, Ed Upton, and Amy Whitfield (Oct. 16, 2019), GPSILLS_002269-72.

## ARGUMENT

"[T]rial courts have always been afforded the power to seal their records when interests of privacy outweigh the public's right to know." *In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 474 (6th Cir. 1983). While the right of public access to judicial records is presumed, it is "not absolute." *United States v. Beckham*, 789 F.2d 401, 410 (6th Cir. 1986). One exception to the "presumption in favor of openness . . . center[s] on the content of the information to be disclosed to the public." *Rudd Equip. Co. v. John Deere Constr. & Forestry Co.*, 834 F.3d 589, 593 (6th Cir. 2016). "In determining the appropriateness of sealing court records under this exception, [courts] consider, among other things, . . . the privacy rights of participants or third parties[.]" Id. When

6

this exception applies, "the seal itself must be narrowly tailored to serve that reason." *Id.* at 594. (citation and quotation marks omitted).

The foregoing exhibits have all been designated as confidential or highly confidential by one or more parties under the Court's Agreed Protective Order. Plaintiffs will provide Defendants with all materials filed under seal after filing. Plaintiffs also intend to submit redacted versions of their Memorandums in Opposition after conferring with Defendants on portions containing information designated by Defendants as confidential or highly confidential. Prior to filing this Motion, Plaintiffs conferred with Defendants in an attempt to narrow the exhibits to be filed under seal.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant them leave to file certain exhibits in support of their Oppositions to Defendants' Motions for Summary Judgment, their Responses to Defendants' Statements of Undisputed Facts in Support of Summary Judgment, and their Memorandums in Opposition to Defendants' Motions for Summary Judgment under seal.

Dated: November 3, 2025  Respectfully submitted,

By: /s/ *Katherine B. Riley*
Katherine Barrett Riley (TN BPR#021155)
John W. ("Don") Barrett (admitted *pro hac vice*)
Sterling Aldridge (admitted *pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
kbriley@barrettlawgroup.com
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com

*/s/ Shannon M. McNulty*

7

Shannon M. McNulty (admitted *pro hac vice*)
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1160 Facsimile
SMM@cliffordlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine B. Riley, hereby certify that on November 3, 2025, I served the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

/s/ *Katherine B. Riley*
Katherine B. Riley