# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | )<br>)<br>) |
| Plaintiffs, | )<br>) CASE NO. 3:23-cv-00478 |
| v. | )<br>) JUDGE WILLIAM L. CAMPBELL, JR.<br>) Magistrate Judge Frensley |
| SOUTHERN BAPTIST CONVENTION, *et al.* | )<br>)<br>) |
| Defendants. | ) |

## DECLARATION OF CAROLINA V. SALAZAR

I, Carolina V. Salazar, under penalty of perjury, hereby state upon oath:

1. My name is Carolina V. Salazar. My office is located at 11200 Fuqua St., Suite 100-109, Houston, Texas. I have personal knowledge of the facts stated in this declaration, and they are true and correct. The statements contained therein are true and correct.

2. My curriculum vitae is attached. The statements contained therein are true and correct.

3. My formal education includes a Bachelor of Science in Psychology from the University of Houston and a Master's in Rehabilitation Counseling from Texas Tech University Health Science Center. I am a Licensed Professional Counselor Supervisor in the state of Texas, Certified Rehabilitation Counselor, Certified Vocational Evaluator, and Certified Life Care Planner.

4. My education, training, and experience include 22 years of experience in the field of vocational rehabilitation, including 20 years as a rehabilitation counselor and 18 years as a life care planner. In the course of my work in the field of vocational rehabilitation, over the past 20+

1

years, I have experience in conducting vocational evaluations and opining on matters of employability and vocational loss as a result of an injury or incident.

5. I am very often retained for my expertise as a vocational expert and consultant to assess an individual's wage-earning capacity, labor market access, and workforce participation, in matters under litigation. I have been retained by both plaintiff and defense counsel.

6. I also serve as a vocational expert for the Social Security Administration, where I am asked to offer opinions related to job classification, analysis of transferability of skills, access to past work, adjustment to new work, and barriers to competitive employment based on a claimant's age, education, work experience, and residual functional capacity.

7. My practice also includes non-litigation services through Chapter 36 Personalized Career Planning and Guidance and Chapter 31 Veteran Readiness and Employment programs. In this role, I help veterans prepare for their transition to education and the workforce. This includes interviewing the veteran, reviewing their education and work history, identifying transferable skills, discussing employment barriers, and analyzing vocational testing and labor market information. I then make recommendations for appropriate training and provide employment services such as interview preparation, résumé development, and job-search support.

8. I am active in my profession, having served in various board and committee positions for the International Association of Rehabilitation Professionals, a national organization that consists of rehabilitation professionals, including vocational rehabilitation counselors, case managers, rehabilitation nurses, physicians, life care planners, etc., for the past 15+ years. I currently serve on the Board of Directors for IARP Texas and am Chair of the Social Security Vocational Experts section in IARP.

9. I have, from time to time, testified in both state courts and federal courts. To my

knowledge, I have never been barred or limited in my testimony based on my vocational opinions and methodology. I have qualified and provided vocational expert opinions via written report, deposition testimony, trial testimony, and disability hearing testimony.

10. I have reviewed the Preliminary Vocational Study & Partial Opinions report prepared by Erin S. Bailey, CRC, ABVE/D from CRC Services, LLC, dated June 19, 2025, which contains her written opinions related to the reduction of labor market access experienced by M. David Sills, related to an allegation of sexual abuse and the effect of this allegation to his vocational capacity and earning potential.

11. On November 11, 2025, I was contacted by Attorney Katherine Barrett Riley of Barrett Law Group to conduct a peer review of Ms. Erin S. Bailey's methodology in the formation of her opinions. I received no additional input from Attorney Riley or any other person. Concerning my peer review, I had no substantive discussion with Attorney Riley or any other person. The opinions here are my own.

12. My peer review of Ms. Bailey's report was intended to verify that the methods used in her analysis are acceptable and generally utilized in the field of vocational rehabilitation.

13. It is my opinion that Ms. Bailey followed standard methods to develop her opinions, consisting of reviewing the available records, conducting a vocational interview, analyzing and classifying past work experience in accordance with occupational information provided by government sources, identifying transferable skills, and assessing potential barriers to employment. In this referral, Ms. Bailey also considered the job search efforts made by the plaintiff to formulate her opinions. She exercised professional judgment based on her knowledge of the labor market and the specialization of the plaintiff's past work. This is fundamental. For example, broader occupational classifications expand on the range of potential job matches,

3

whereas specialized roles may narrow opportunities. Impediments to employment can appear in a variety of ways and must be evaluated within the context of the individual's circumstances and local labor market conditions. The evaluation process involves approaching the overall analysis as an N=1. Although the value may present with different education, work experiences, and residual functional capacities, the standard methods applied to each vocational assessment remain the same. In addition to these methods, the evaluator's clinical judgment is exercised in view of their understanding of the individual and unique occupational profile provided for the evaluee. Ms. Bailey not only assessed the plaintiff's overall occupational profile (e.g. age, skill, experience, etc), but also considered the occupational field and industry of which the plaintiff was employed for the majority of his work life (e.g. religious, missionary). Ms. Bailey's opinions are grounded in her analysis of all these factors, more specifically by identifying the barriers that have limited the plaintiff's employability. The trier of fact will determine if her opinion is accepted. I find that Ms. Bailey has considered all the factors, utilized standard methods, and has reached conclusions that can be duplicated by other evaluators.

14. All of my opinions are offered to a reasonable degree of vocational certainty.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 13, 2025

_____
Carolina V. Salazar

# CAROLINA V. SALAZAR, MRC, LPC-S, CRC, CVE, CLCP

| | |
|---|---|
| Office: (713) 364-9690 | Mailing address: 11200 Fuqua St. #100-109 |
| cvsalazar@modernassessment.com | Houston, Texas 77089 |

**BILINGUAL - ENGLISH/SPANISH**

**EDUCATION**

| | |
|---|---|
| University of Houston, Bachelor of Science in Psychology | 2004 |
| Texas Tech University, Master in Rehabilitation Counseling | 2005 |
| University of Florida/MediPro, Certified Life Care Planning | 2006 |
| University of Houston Clear Lake, Post-graduate LPC program | 2009-2010 |

**LICENSURE & CERTIFICATION**

| | |
|---|---|
| Licensed Professional Counselor Supervisor, Texas 2020 | L.P.C. # 67722 |
| Licensed Professional Counselor, Texas 2015 | |
| Certified Vocational Evaluation Specialist, 2023 | |
| Certified Rehabilitation Counselor, 2005 | C.R.C. # 89548 |
| Certified Life Care Planner, 2007 | C.L.C.P. # 0942 |
| Rehabilitation Counselor Certification, 2007-2021 | OWCP Certification # 104853 |
|   U.S. Department of Labor OWCP | |

**PROFESSIONAL EXPERIENCE**

Rehabilitation counselor with 18 years of experience providing comprehensive vocational rehabilitation and case management services to individuals with disabilities, providing individualized rehabilitation services including feasibility assessment of services, vocational assessment, vocational test administration and interpretation, transferable skills analysis, vocational counseling and guidance, employability assessment, individualized vocational rehabilitation plan and planning, labor market research, job search, job development, and job placement. 16 years as a life care planner. Experience providing vocational and life care plan expert analysis and testimony. Experience working city, state, and federal vocational rehabilitation programs. Experience providing vocational rehabilitation services to veterans under Chapter 31 Veteran Readiness & Employment and Chapter 36 Educational and Career Counseling, as well as Texas Workforce Solutions-Vocational Rehabilitation consumers. Experience providing vocational expert evaluation and testimony in Social Security Disability cases. Experience serving as Clinical Examiner for Riverside Insights for the standardization of the Battelle Developmental Inventory, 3rd Edition Standardization Assessment, and the Woodcock-Muñoz Language Research Survey.

- Vocational Expert Consultation
- Vocational Assessment/Evaluation
- Vocational Counseling & Guidance
- Transferable Skills Analysis
- Labor Market Research
- Job Development & Placement
- Life Care Planning Expert Consultation
- Case Management
- Medical Record Review
- ADA Consultations
- Social Security Disability
- Counselor Supervision

**Modern Assessment Group LLC**
Rehabilitation Counselor & Life Care Planner
2018 – Present

**Lopez-Kramberg Inc**.
Rehabilitation Counselor & Life Care Planner
2003 – 2022

## SPECIALTY AREAS

Life Care Planning, Standards of Practice
Vocational Rehabilitation Expert Testimony
Social Security Administration Vocational Expert
Veteran Chapter 31 & Chapter 36 Educational/Vocational Services
U.S. Department of Labor LHWCA and DFEC cases

## AFFILIATIONS & MEMBERSHIPS

International Association of Rehabilitation Professionals, Texas Board Member, *Past President*
International Association of Rehabilitation Professionals, Social Security Vocational Experts, *Chair*
International Association of Rehabilitation Professionals, Young Professional Committee, *Past Co-Chair*
American Board of Vocational Experts
American Counseling Association