THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS ) <br> and MARY SILLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> SOUTHERN BAPTIST CONVENTION, ) <br> *et al.* ) <br> ) <br> Defendants. ) | CASE NO. 3:23-cv-00478 <br><br> JUDGE WILLIAM L. CAMPBELL, JR. <br> Magistrate Judge Chip Frensley <br><br> JURY TRIAL DEMANDED |

### DEFENDANT GUIDEPOST SOLUTIONS LLC'S MOTION TO EXCLUDE PLAINTIFFS' LINGUISTICS EXPERT, NATALIE SCHILLING

Defendant Guidepost Solutions LLC ("Guidepost") moves the Court to exclude the testimony and opinions of Plaintiffs' linguistics expert, Natalie Schilling. In support of this Motion, Guidepost states as follows:

1. Rule 702 of the Federal Rules of Evidence governs the admissibility of expert witness testimony. The rule provides that "a witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" if the following requirements are met:

   a. the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

   b. the testimony is based on sufficient facts or data;

   c. the testimony is the produce of reliable principles and methods; and

   d. the expert has reliably applied the principles and methods to the facts of the case.

Fed. R. Evid. 702.

2. In the Sixth Circuit, the proponent of the testimony must establish that (1) the testimony is reliable; (2) the testimony is relevant, meaning it will assist the trier of fact to understand the evidence or determine a fact at issue; and (3) the expert is qualified to give such testimony. *In re Scrap Metal Antitrust Litig.*, 527 F.3d 517, 528-29 (6th Cir. 2008); Fed. R. Civ. P. 702(b)-(d).

3. Plaintiffs' linguistics expert, Natalie Schilling, is a linguistics professor hired by Plaintiffs to

> Use my expertise in linguistics to assess documents and other communications associated with Sills v. Southern Baptist Convention, et al. for linguistic evidence bearing on Plaintiffs' allegations of defamation, conspiracy, intentional infliction of emotional distress, and negligence concerning claims of sexual abuse declared by Defendant Jennifer Lyell.

(Schilling Report ¶ 1.)

4. Schilling draws on various complex linguistic principles such as narrative analysis, discourse analysis, semantics, pragmatics, and syntax to examine portrayals and perceptions related to the Guidepost Report. (Schilling Report ¶¶ 2, 26.) Ultimately, she reaches the straightforward conclusion that the Guidepost Report and related documents intentionally portray Plaintiff David Sills as an abuser and Lyell as a victim. (*Id*. ¶ 133.) Nothing about the language contained in the Guidepost Report and related documents is complicated; rather, common, everyday language and terms comprise these documents.

5. Schilling's opinions fail to satisfy the requirements of Rule 702 because the common, everyday language at issue in this case simply does not warrant expert testimony. Schilling's opinions are not helpful to the trier of fact, and therefore, irrelevant. Schilling's opinions are also unduly prejudicial and confusing under Rule 403 of the Federal Rules of Evidence, resulting in a substantial risk of confusing the jury when the complexity and technical nature of Schilling's analysis could lead the jury to give undue weight to the expert's opinion and

overshadow factual evidence. Additionally, her opinions are both unreliable and improper because they address credibility and legal determinations.

6. Ms. Schilling's opinions and testimony should be excluded in full.

7. In further support of this Motion, Guidepost is filing contemporaneously herewith a Memorandum of Law, a copy of Schilling's June 20, 2025 expert report, and excerpts from Schilling's August 27, 2025 deposition testimony.

8. Pursuant to Local Rule 7.01(a), counsel for Guidepost conferred with counsel for the other parties to ascertain whether its motion to exclude the expert testimony of Schilling is opposed. Counsel for Plaintiffs opposes Guidepost's motion.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com
ksr@cliffordlaw.com

*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Byron Leet
Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Gino Marchetti, Jr.
Taylor, Pigue & Marchettie & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com

Matthew C. Pietsch
Gordon Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Dr. Bart Barber*

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdoneslon.com
rloofbourrow@bakerdonelson.com

Thomas J. Hurney, Jr.
Jonathan L. Anderson
Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25322
thurney@jacksonkelly.com
jlanderson@jacksonkelly.com
gcallas@jacksonkelly.com

*Attorneys for Executive Committee of Southern Baptist Conventions and Rolland Slade*

Alan S. Bean
K. Nicole Poole
Starnes Davis Florie, LLP
3000 Meridian Blvd.
Ste. 350
Franklin, TN 37067-6673
abean@starneslaw.com
npoole@starneslaw.com

*Attorney for Willie McLaurin*

on this 24th day of November, 2025.

                                                         s/John R. Jacobson