# Exhibit 86

**From:** Augie Boto
**Sent:** Friday, March 09, 2012 11:32 AM
**To:** William Townes
**Cc:** June Turner
**Subject:** RE: Church Giving Records

Then that tells me what our position is -- which is that the church cannot send messengers this June. Thanks

---

**From:** William Townes
**Sent:** Friday, March 09, 2012 11:22 AM
**To:** Augie Boto
**Cc:** June Turner
**Subject:** RE: Church Giving Records

Augie,

I checked several places as follows:

1. Our SBCEC records for direct gifts -- We do not have any record of this church having ever given directly through the SBCEC offices
2. ACP records -- there is no record of any gifts from the church given through the Florida Baptist Convention for 2006-2011. A small gift to the Cooperative Program is noted for 2004
3. I contact Steve Baumgardner (CFO) with the Florida Baptist Convention to have him check their giving records directly and he did not show any gifts for 2009, 2010 or 2011.

Bill

---

**From:** Augie Boto
**Sent:** Friday, March 09, 2012 11:01 AM
**To:** William Townes
**Cc:** June Turner
**Subject:**

Bill --

Would you or someone in your division please attempt to ascertain whether the church in described in the following excerpt of a recent BP story has been a bona fide contributor to the Convention's work during the last completed fiscal year? (for purpose of determining whether it might qualify to send messengers to the upcoming annual meeting in New Orleans?

14

Case 3:23-cv-00478     Document 457-9     Filed 11/25/25     Page 2 of 2 PageID #: 17737

CONFIDENTIAL                                                                                                                                                        GPSILLS_007952