# Exhibit 115

██████████████████████████████

███████ ██ ██████ ---------

██████ █████████

████████████ █ ██ █████ █████
██████ █████████████ █

# Thursday, March 18, 2021 #

--------- Adam Greenway ██ ███ ███████) ---------

[14:25:29] https://religionnews.com/2021/03/18/jennifer-lyell-wanted-to-stop-her-abuser-by-telling-her-story-instead-her-life-fell-apart/

[14:25:29] Making sure you've seen this.

██████ ████████ ███████

███████ ██ ████████████████
██████ █████████████████████████████████████████

████████████ █ ██ █████ █████
██████ ████████████████████ ██ █████ █ ██

██████████ ██ ██████ ---------
███████████████████████████████████████████████████
██████ █████████████████████████
████████████ █ ██ █████ █████
███████████████████████████████████████████████████