# Exhibit 116

██████████████████████

████████████████

------------------------------------------------------

████████████

████████████████████

███████████████████████████████████████████████████

------------------------------------------------------

████████████

███████████████████████

████████████████████████

------------------------------------------------------

████████████

████████████████████████

█████

------------------------------------------------------
Caleb Shaw & Paul Akin
2022-11-23 13:31:50 from Caleb Shaw - Read

https://baptistnews.com/article/sills-files-suit-against-sbc-and-11-other-defendants-claiming-his-relationship-with-lyell-was-consensual-and-he-became-a-scapegoat-in-the-sbcs-sexual-abuse-crisis/

------------------------------------------------------

████████████████████

███

------------------------------------------------------

████████████████████

███████████████

------------------------------------------------------

████████████████████

█████████████████████████████

SBTS005845