# Exhibit 119

# Sunday, October 27, 2019 #

--------- O.S. Hawkins ▇ ▇ ▇ ---------

[21:21:17] Is that resignation letter of Jen Lyell the most bizarre thing you have ever read? Is she talking about you as the new SBC president using her as a pawn? Ludicrous.

--------- ▇ ▇ ▇ ---------

[21:29:44] On flight

[21:24:45] What letter is thus?

[21:30:16] This

--------- O.S. Hawkins ▇ ▇ ▇ ---------

[21:30:33]
https://mobile.twitter.com/jenlyell/status/1188356345101213696/photo/1

[21:31:07] She must have been let go at LW. Bizarre letter

--------- +▇ ▇ ▇ ---------

[21:33:41] That is sick. So I am guilty of not being guilty??

[21:34:38] This has someone's fingerprints all over it

--------- O.S. Hawkins ▇ ▇ ▇) ---------

[21:36:34] Makes no sense. And then she asks no one to go public with it. Got to be an interesting "rest of the story". Her twitter string explaining her resignation letter is even more convoluted if that is possible

--------- ▇ ▇ ▇ ---------

[21:37:06] I am trying just to be quiet. I had not seen this

[21:43:04] I think this is the narrative from you know who, PB. I have never ever made this case or commented nor thought about it

--------- O.S. Hawkins ▇ ▇ ▇) ---------

[21:44:26] Call me in the am if you have a minute

--------- ▇ ▇▇ ▇▇▇▇▇ ---------

[21:44:44] Ok will be off plane in few minutes

--------- O.S. Hawkins ▇ ▇▇ ▇▇▇▇▇) ---------

[21:47:03] I'm up. Call if you can.

[21:48:37] When you are off the plane

[21:55:16] Just read it again. Susie commented that the comment about the new SBC pres and her a pawn was laughable. Something more to this

[21:56:23] Btw. I'm eating at St Elmo's tomorrow night in Indianapolis. Talk to you tomorrow. #shrimpcoctail

rks