# Exhibit 120



# Friday, July 9, 2021 #

CONFIDENTIAL



[10:58:08] It was Denhollander's talk at the ERLC conference and her words about Lyell that are going to be a major focus of the investigation.

Also, Denhollander already believes that the EC is guilty and has said so publicly.

How can she credibly be a part of the group overseeing an investigation of which she is a subject and about which she already publicly expressed prejudicial views?

[11:49:06] I guess he thinks he's being persecuted.

[11:49:07] https://twitter.com/edlitton/status/1413508164549439488?s=21

[16:48:42] You had one job, Ed--appoint a task force to oversee an INDEPENDENT investigation.

And what do you do? Appoint someone who has already PUBLICLY said that she believes the EC is guilty.

How are we supposed to take this seriously?



SBTS005905