# Exhibit 145

**From:** Dr. Floyd [/O=SBCEXC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A790FC5FB9EA4B2B8A4573B54CF610FA-RONNIE FLOYD]
**Sent:** 10/16/2019 3:22:38 PM
**To:** Jonathan Howe [/o=SBCEXC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=221f5ab997014cc7828aa0bd0111ad0f-Jonathan Howe]
**CC:** Ed Upton [eupton@sbc.net]; Amy Whitfield [REDACTED]; Amy Whitfield [/o=SBCEXC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e05d656f7a39419899b8ef100de7d7a7-Amy Whitfield]
**Subject:** Re: What do they want

My affirmation of my one paragraph email was specifically to her original request she made and I kept it to that specifically because
BP was to take it down.

Then goal post kept moving after 3 weeks of waiting I suppose
From her



Dr. Ronnie Floyd
President-CEO
Southern Baptist Convention
Executive Committee



On Oct 16, 2019, at 8:25 AM, Jonathan Howe <jhowe@sbc.net> wrote:

I'm with Ed here. We have to just keep doing our thing.

The "survivor community" is all up in arms about things they have no clue about. But on the flip side, the base (and even the fringe groups of the SBC) were overly positive about the statement and continue to be so.

With these online survivor folks, they just want to burn things to the ground. They just have to be ignored. They don't reason; they don't listen. When Stetzer hosted a survivors thing a few years back at Wheaton, they were even threatening his kids. It was sick. They are hurt people, and they just want to destroy everyone.

We only have one survivor to focus on, though: Jennifer Lyell.

Yes, she instigated a lot of this through her tweets. And she has an extreme view of how things happened here. I wouldn't exactly say she has the correct narrative. Not even close. But from everything I can tell, this is the sticking point for her as it relates to you, Dr. Floyd.

She sent that email that read:

I truly beg you, Dr. Floyd, if so, to even now intervene and honor my request, which did not even request an apology, simply a correction of what all involve is inaccurate, damaging language (including, but not limited to, Dr. Mohler). I do not understand the unwillingness to do so and am deeply grieved by the response I have received despite my silence, patience, how little I've asked, and how much I could be doing. If this reflects your

Confidential

GPSILLS_002269

will as EC President, I need to know that as it is not an acceptable solution (the article remains online elsewhere in multiple places, as does the false/baseless/libelous language created by BP) and I'll need to pray and seek counsel about next steps to have this truly corrected by BP if you confirm that Dr. Oldham's response reflects your will as well.

And this is what she got back:

I affirm the course of action Baptist Press has taken in responding to your initial request and BP has removed the story from its website for now. You can be assured I will continue to be aware and involved. Also, Dr. Oldham will contact you with additional information.

Obviously, I don't know what happened with that email and that entire string—who saw it, what Augie or Sing advised, how much they ever shared with you, or even if you actually wrote that. But that section is the critical part to her. That's what she's basing her ENTIRE narrative on as it relates to you. That's her baseline. It's where she's coming from.

Is it fair to base an entire narrative off of one email? Absolutely not. But because of the way she was treated by those before you got here, she was out of grace and understanding. So she's lashing out, now.

ALL of this is based on that one email exchange. It's the hinge point.

As for a path forward with her, I'm not sure what's best. I do think because of the threat of legal action, we should talk to Jamie and Jim later today and get them up to speed. And from what I gather, it has little to do with libel and the facts of the story, but more to do with defamation and what happened on the Facebook page and the aftermath of the story. In my talks with Jamie earlier this week, he indicated a high level of confidence that we were clear on the libel side. We did not discuss the defamation stuff, though.

I have some other thoughts on how we can move forward with her, but I'd like to hear from Amy before I go there.

---------------------------
Jonathan P. Howe

SBC Executive Committee
Vice President for Communications
901 Commerce Street
Nashville, TN 37203
Twitter: @Jonathan_Howe
Phone: 615-782-8645

From: Ed Upton <eupton@sbc.net>
Date: Wednesday, October 16, 2019 at 6:23 AM
To: "Dr. Floyd" ███████████████
Cc: Jonathan Howe <jhowe@sbc.net>, Amy Whitfield ███████████
Subject: Re: What do they want

I don't know that I have a great answer for you except that some of these folks are hurting and just want everyone else to hurt too.

I think the only real, viable option we have here is to just keep moving forward with what we are doing and do our best to ignore what is happening in the social media world. I think we may be at a point where we need to stop communicating with Jen, especially if she is thinking seriously about suing us. If she is making threats that

Confidential GPSILLS_002270

way of any sort, we need to notify Jim and Jamie and our insurance company and let them deal with her lawyers directly, which takes us out of the line of communication. Jen is going to wind up digging herself a hole if she's not careful. She wants to be heard, and she is being heard right now, but people will grow weary of this eventually if all she keeps doing is killing people on twitter. I want her to be whole again. I want her to experience healing and happiness, but what she is doing isn't the way to attain that.

We can try to engage her further, but the goal posts are constantly moving. Jonathan said yesterday that we were going to put out the statement and consider it done on our part. I think we need to move that direction. We are moving on to other things.

These folks will see over the next few months that we are serious about changing the culture and that we are serious about doing all we can to make sure sex abuse (to the best of our ability) doesn't happen in SBC churches anymore. Unfortunately, they are going to continue to be loud for now.

We can start to change the narrative though by putting out the notice today that we are looking for a new BP leader.

The only other option, as I see it, is for you to put out a statement detailing what has happened here over the last few months, and the unhealthy culture that has existed at the EC for a long time, but I just think that is something we CAN NOT do.

We have to take the high road… but I realize that easy for me to say when I'm not the one personally getting attacked either. I will continue to press into to folks that I have influence with to help us with the narrative.


Dr. Edward Upton
Assistant to the President
SBC Executive Committee
479-381-1658




On Oct 16, 2019, at 5:12 AM, Ronnie Floyd                                                      wrote:

All, what do they want? What do they want us to speak about? Who do they think Baptist Press is owned by and operates it?

None of this makes sense. I am getting killed online and like I did not want matters corrected? They are correcting presently.

What is missing? Help me understand? All these people who I did not even know that I went over the top in trying to get us to create a path for the future for the SBC on us addressing this issue, now are going after me.

I am very troubled by all of this and just crying out to God to protect me, my family, and all of us in this journey. All of this is really really troubling in every way.


Dr. Ronnie Floyd

Confidential                                                                                                                                                GPSILLS_002271

President-CEO
Southern Baptist Convention
Executive Committee

Confidential

GPSILLS_002272