THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) ) |
| SOUTHERN BAPTIST CONVENTION, et al. | ) ) ) ) |
| Defendants. | ) ) |

CASE NO. 3:23-cv-00478

JUDGE WILLIAM L. CAMPBELL, JR.
Magistrate Judge Frensley

JURY TRIAL DEMANDED

## MOTION TO EXCLUDE DECLARATION OF UNDISCLOSED EXPERT CAROLINA SALAZAR AND NEW OPINION / SHAM AFFIDAVIT OF ERIN BAILEY

Defendants the Executive Committee of the Southern Baptist Convention ("ECSBC") and Rolland Slade, pursuant to Rule 37 of the Federal Rules of Civil Procedure, move the Court to exclude and/or strike the declaration of Carolina Salazar attached as Exhibit C to Plaintiffs response in opposition to the ECSBC and Slade's motion to exclude Erin Bailey [Doc. 427-3]. This presents new opinions of an undisclosed expert and must be excluded under Rule 37(c)(1). The ECSBC and Slade also move to exclude and/or strike paragraph 4 of the declaration of Erin Bailey attached as Exhibit B to the response [Doc. 427-2]. This is a new opinion or sham affidavit contrary to Ms. Bailey's prior sworn deposition testimony and must also be excluded. In support of this Motion, the ECSBC and Slade also incorporate the reasons in the accompanying Memorandum of Law.

Pursuant to Local Rule 7.01(a)(1), counsel for the ECSBC and Slade conferred with counsel for the other parties and Plaintiffs opposed the relief requested.

                              EXECUTIVE COMMITTEE OF THE
                              SOUTHERN BAPTIST CONVENTION

                              By counsel

                              */s/ Gretchen M. Callas*
                              Thomas J. Hurney, Jr. (WVSB #1833)
                              (pro hac vice)
                              Gretchen M. Callas (WVSB #7136)
                              (pro hac vice)
                              Jonathan L. Anderson (WVSB #9628)
                              (pro hac vice)
                              JACKSON KELLY PLLC
                              500 Lee Street East, Suite 1600
                              Post Office Box 553
                              Charleston, West Virginia  25322
                              Telephone:  304-340-1000
                              Fax:  304-340-1150
                              thurney@jacksonkelly.com
                              gcallas@jacksonkelly.com

                              Brigid M. Carpenter (BPR #018134)
                              Ryan P. Loofbourrow (BPR #033414)
                              BAKER, DONELSON, BEARMAN,
                              CALDWELL & BERKOWITZ, P.C.
                              bcarpenter@bakerdonelson.com
                              rloofbourrow@bakerdonelson.com
                              1600 West End Avenue, Suite 2000
                              Nashville, Tennessee 37203
                              Telephone:  (615) 726-7341
                              Fax:  (615) 744-7341

                              *Attorneys for Executive Committee of the*
                              *Southern Baptist Convention and Rolland Slade*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, the foregoing ***MOTION TO EXCLUDE DECLARATION OF UNDISCLOSED EXPERT CAROLINA SALAZAR AND NEW OPINION / SHAM AFFIDAVIT OF ERIN BAILEY*** has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Barrett Law Group. P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Shannon M. McNulty
Clifford Law Offices, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
smm@cliffordlaw.com
*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
jbradshaw@wyattfirm.com

Byron E. Leet
Wyatt, Tarrant & Combs
400 West Market Street
Louisville, Kentucky 40202
bleet@wyattfirm.com

Thomas E. Travis
Wyatt, Tarrant & Combs
250 W. Main Street, Suite 1600
Lexington, Kentucky
ttravis@wyattfirm.com
*Attorneys for The Southern Baptist
Theological Seminary and Dr. R. Albert Mohler*

Alan S. Bean
Starnes, Davis, Florie LLP
3000 Meridian Blvd., Suite 350
Franklin, Tennessee 37067
Abean@starneslaw.com
*Attorneys for Willie McLaurin*

Matthew C. Pietsch
Gordon Rees Scully Mansukhani,
4031 Aspen Grove Drive
Suite 290
Franklin, Tennessee 37067
mpietsch@grm.com
*Attorneys for Southern Baptist Convention,
Dr. Ed Litton and Bart Barber*

Steven G. Mintz
Scott Klein
Alex Otchy
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
mintz@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

John R. Jacobson
Katharine R. Klein
Riley & Jacobson
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com
*Guidepost Solutions, LLC*

               */s/ Gretchen M. Callas*