IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN BAPTIST CONVENTION, et al., ) <br> ) <br> Defendants. ) | Case No. 3:23-00478 <br> Judge Campbell/Frensley |

## ORDER

Pursuant to the Parties' Joint Stipulation (Docket No. 458) and for good cause shown, the Court hereby orders that:

1. The deadline for serving and filing the written direct testimony of any expert witness (other than a treating physician) is January 12, 2026. This date will replace the December 5, 2025 deadline currently reflected in the Amended Case Management Order as the result of a scrivener's error. Docket No. 208.

2. All other provisions and deadlines in the Amended Case Management Order (Docket No. 208) remain unchanged.

IT IS SO ORDERED.

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**