**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS** | ) | |
| and **MARY SILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CASE NO. 3:23-cv-00478** |
| **v.** | ) | |
| | ) | **JUDGE WILLIAM L. CAMPBELL, JR.** |
| | ) | **Magistrate Judge Chip Frensley** |
| **SOUTHERN BAPTIST CONVENTION,** | ) | |
| *et al.* | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT GUIDEPOST SOLUTIONS LLC'S**
**UNOPPOSED MOTION FOR STATUS CONFERENCE**

Defendant Guidepost Solutions LLC ("Guidepost") respectfully requests that the Court convene a status conference in this matter. This case is set for a jury trial on February 10, 2026. Guidepost recognizes that three other jury trials and one bench trial also currently appear on the Court's calendar for that date. This action is a multi-party case involving many parties, lawyers, and witnesses who reside out of state. A status conference would provide an opportunity to address the upcoming trial date, along with any related logistical or scheduling concerns.

A status conference would not prejudice any party and would serve the interest of judicial economy. Counsel for Guidepost has conferred with counsel for Plaintiffs and counsel for the other Defendants. No party opposes this motion. Plaintiffs do not object to the motion but take no position as to relief.

1

Respectfully submitted,

<u>s/ *John R. Jacobson*</u>
John R. Jacobson (#14365)
Katharine R. Klein (#19336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

Steven G. Mintz (admitted pro hac vice)
Scott Klein (pro hac vice pending)
Alex Otchy (pro hac vice pending)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
(212) 696-4848
mintz@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

*Attorneys for Defendant Guidepost Solutions LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

John W. Barrett
Katherine Barrett Riley
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shannon M. McNulty
Kristofer S. Riddle
Clifford Law Office, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, IL 60602
smm@cliffordlaw.com
ksr@cliffordlaw.com

*Attorneys for Plaintiffs*

James C. Bradshaw, III
Wyatt, Tarrant & Combs, LLP
333 Commerce Street, Suite 1050
Nashville, TN 37201
jbradshaw@wyattfirm.com

Byron Leet
Thomas E. Travis
Wyatt, Tarrant & Combs, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
bleet@wyattfirm.com
ttravis@wyattfirm.com

*Attorneys for The Southern Baptist Theological Seminary and Dr. R. Albert Mohler*

Gino Marchetti, Jr.
Taylor, Pigue & Marchettie & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com

Matthew C. Pietsch
Gordon Rees Scully Mansukhani
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Attorneys for Southern Baptist Convention, Dr. Ed Litton and Dr. Bart Barber*

Brigid M. Carpenter
Ryan P. Loofbourrow
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
bcarpenter@bakerdoneslon.com
rloofbourrow@bakerdonelson.com

Thomas J. Hurney, Jr.
Jonathan L. Anderson
Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25322
thurney@jacksonkelly.com
jlanderson@jacksonkelly.com
gcallas@jacksonkelly.com

*Attorneys for Executive Committee of Southern Baptist Conventions and Rolland Slade*

3

Alan S. Bean
K. Nicole Poole
Starnes Davis Florie, LLP
3000 Meridian Blvd.
Ste. 350
Franklin, TN 37067-6673
abean@starneslaw.com
npoole@starneslaw.com

*Attorney for Willie McLaurin*

on this 12th day of December, 2025.

s/*John R. Jacobson*