ORDER: The motion (Doc. No. 475) is GRANTED.

/s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MICHAEL DAVID SILLS and**
**MARY SILLS,**

    Plaintiffs,

v.

**SOUTHERN BAPTIST CONVENTION, et al.,**

    Defendants.

Case No. 3:23-cv-00478
Jury Demand

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF <u>PROPOSED PSYCHOLOGY EXPERT, ANNA C. SALTER, PHD</u>

Pursuant to Local Rule 6.01, Defendants the Executive Committee of the Southern Baptist Convention and Rolland Slade, respectfully move for a two-week extension to submit their response to the Plaintiffs' Motion to Exclude Testimony and Opinions of Proposed Psychology Expert, Anna C. Salter, PhD [ECF 466].  For good cause, the Defendants would show the Court the following:

1. This request is made in good faith and not for purposes of delay. The Plaintiffs' filed their Motion on Thursday, December 11, 2025.  As a result, the Defendants' response to this motion would fall on the day after Christmas, or December 26, 2025 and the Plaintiffs' reply would be due on the day after New Years Day.

2. Pursuant to Local Rule 7.01(a)(1), Defendants have conferred with counsel for Plaintiffs who advised they do not oppose the requested extension. No party will be prejudiced by the requested extension, and the short extension will not affect other case deadlines.

1