IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN BAPTIST CONVENTION, et al., ) <br> ) <br> Defendants. ) | NO. 3:23-cv-00478 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court are three motions to seal filed by the Executive Committee of the Southern Baptist Convention in connection with a portion of Exhibit C to its motion for summary judgment with respect to Mary Sills as well as its supporting memorandum and statement of facts that reference language from Exhibit C. (Doc. Nos. 311, 313, 317). Specifically, the Executive Committee seeks to seal an email produced by multiple parties in discovery on the grounds that the producing parties designated the email as confidential.

"The federal courts do their business in public—which means the public is presumptively entitled to review every document that a party files with the court for purposes of influencing a judicial decision." *Grae v. Corr. Corp. of Am.*, 134 F.4th 927, 930 (6th Cir. 2025). A party's mere assertion of their interest in confidentiality is not enough to overcome the presumption of public access. *See id*. at 932. Thus, the pending motions to seal (Doc. Nos. 311, 313, 317) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE