# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MICHAEL DAVID SILLS       )
and MARY SILLS,       )
      )
        **Plaintiffs,**       )
      )     **CASE NO. 3:23-cv-00478**
**v.**       )
      )     **JUDGE WILLIAM L. CAMPBELL, JR.**
      )     **Magistrate Judge Frensley**
SOUTHERN BAPTIST CONVENTION, )
*et al.*       )
      )
        **Defendants.**       )

_____

## MOTION TO STRIKE PLAINTIFFS'
## STATEMENT OF ADDITIONAL UNDISPUTED FACTS

_____

The Executive Committee of the Southern Baptist Convention and Rolland Slade (collectively "ECSBC") respectfully move the Court to strike Plaintiffs' Statement of Additional Undisputed Facts. In support of this Motion, the ECSBC states:

1. On June 20, 2025, the ECSBC filed a motion for summary judgment with respect to plaintiff Mary Sills. [Doc. 310].

2. Pursuant to Local Rule 56.01(c), the ECSBC filed a Statement of Undisputed Material Facts. That filing contained 8 separately numbered material facts. [Doc. 314].

3. On July 12, 2025, Plaintiffs filed their Response to the ECSBC's Statement of Undisputed Material Facts. [Doc. 329].

4. After responding to the ECSBC's 8 material facts, Plaintiffs' filing contains an additional heading titled "Plaintiffs' Statement of Additional Undisputed Facts." [Doc. 329 at pp.4-10]. This contains an additional 31 separately numbered facts.

1