ORDER: The motion (Doc. No. 334) is DENIED as moot.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 3:23-cv-00478 |
| v. | ) | |
| | ) | Judge William L. Campbell, Jr. |
| SOUTHERN BAPTIST CONVENTION, et al., | ) | Magistrate Judge Jeffery S. Frensley |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR CLARIFICATION REGARDING LOCAL RULE 56.01 AMENDMENT

Plaintiffs Michael David Sills and Mary Sills, by and through counsel, respectfully move for clarification from the Court regarding the recent amendment to Local Rule 56.01 and its impact on the filing of a non-movant's Statement of Additional Facts in opposition to a motion for summary judgment. In support of this motion, Plaintiffs state as follows:

## BACKGROUND

On July 11, 2025, Plaintiffs filed their response in opposition to the Executive Committee of the Southern Baptist Convention and Rolland Slade's Motion for Summary Judgment with Respect to Plaintiff Mary Sills (Dkt. No. 328), which included (1) responses to each of Defendants'[1] asserted undisputed material facts and (2) a Statement of Additional Facts that Plaintiffs contend are material and genuinely disputed. Dkt. No. 329. Plaintiffs submitted the additional facts statement in accordance with their understanding of former Local Rule 56.01(c), which expressly permitted a non-movant to include "a concise statement of any additional facts

---

[1] References herein to "Defendants" are to the Executive Committee of the Southern Baptist Convention and Rolland Slade.