# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |  |
|---|---|---|---|
| MICHAEL DAVID SILLS and MARY SILLS, | ) ) ) |  |  |
| Plaintiffs, | ) ) |  |  |
|  | ) | NO. 3:23-cv-00478 |  |
| v. | ) |  |  |
|  | ) | JUDGE CAMPBELL |  |
| SOUTHERN BAPTIST CONVENTION, et al., | ) | MAGISTRATE JUDGE FRENSLEY |  |
|  | ) |  |  |
| Defendants. | ) |  |  |

## <u>ORDER</u>

On or before April 30, 2026, the parties shall file supplemental briefs on whether Jennifer

Lyell was a limited-purpose public figure prior to publication of the Report on May 22, 2022.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE