**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **NO. 3:23-cv-00478** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is the Seminary Defendants' motion to amend order unsealing documents (Doc. No. 516). The motion provides good cause to amend the Court's Order (Doc. No. 511) unsealing the deposition transcripts of David and Mary Sills to allow those documents to remain under seal and for the Seminary Defendants to file a redacted version redacting only select pages that include the name of a non-party. The Seminary Defendants also request leave to file their motion to amend under seal to protect the privacy of the non-party. (Doc. No. 515).

The motions (Doc. Nos. 515 and 516) are **GRANTED**. The Court's September 1, 2026 Order (Doc. No. 511) is amended to reflect that the motion to file the depositions of David and Mary Sills (Doc. Nos. 368-3 and 368-4) is **GRANTED**. The Clerk shall re-seal docket entries 368-3 and 368-4). The Seminary Defendants shall file redacted versions of these documents within 10 days.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE