**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **NO. 3:23-cv-00478** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum, the motions for summary judgment filed by Ed Litton (Doc. No. 380), Bart Barber (Doc. No. 382), and Willie McLaurin and Rolland Slade (Doc. No. 364) are **GRANTED** and the claims against these defendants are **DISMISSED**. The motions filed by Guidepost Solutions, LLC ("Guidepost") (Doc. No. 369), the Southern Baptist Convention ("SBC") (Doc. No. 377), the Executive Committee of the Southern Baptist Convention ("Executive Committee") (Doc. No. 355), and the Southern Baptist Theological Seminary and its president, Albert Mohler (collectively, the "Seminary Defendants") (Doc. No. 359) are **GRANTED IN PART and DENIED IN PART** as follows:

- The motions are **GRANTED** as to all claims asserted by Mary Sills.
- The motions are **GRANTED** as to the claims for civil conspiracy, negligence, and intentional infliction of emotional distress.
- The motions are **GRANTED** as to the defamation claims asserted by David Michael Sills ("Sills") against the SBC based on the Barber Tweets.

- The Seminary Defendants' motion is **DENIED** as to the defamation claims asserted by Sills based on the Mohler Tweets.
- The motions are **DENIED** as to the defamation claims asserted by Sills against Guidepost, the Executive Committee and the SBC based on the Report.
- With respect to the defamation claims asserted by Sills based on the List, Guidepost's motion is **GRANTED**, and the motions of the Executive Committee and the SBC are **DENIED**.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE