**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **NO. 3:23-cv-00478** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion for a Judicial Settlement Conference (Doc. No. 520), to which Defendants filed a joint response in opposition (Doc. No. 525). The parties mediated over a year ago before filing motions for summary judgment. Those motions have now been resolved. The Court believes a judicial settlement conference will be beneficial before the case proceeds to trial. Magistrate Judge Lynda Hill has indicated that she is available and willing to conduct a judicial settlement conference. Accordingly, the Motion (Doc. No. 520) is **GRANTED**. The parties shall contact Magistrate Judge Hill's chambers to arrange for a judicial settlement conference at a mutually convenient time.

The trial scheduled for November 10, 2026, is **CONTINUED** to a date to be reset, if necessary, after the judicial settlement conference. The pretrial conference and deadlines associated with that trial date will be rescheduled. The pending expert motions (Doc. Nos. 385, 389, 402, 452, 459, and 466) are **DENIED WITHOUT PREJUDICE** to refiling in accordance

with deadlines established in any subsequent trial scheduling order. The Clerk is directed to administratively close the case file pending the judicial settlement conference.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE