**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL DAVID SILLS and MARY SILLS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SOUTHERN BAPTIST CONVENTION, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 3:23-cv-00478**<br><br>**JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE FRENSLEY** |

**ORDER**

The Court is aware that the parties are scheduled to engage in a judicial settlement conference with Magistrate Judge Lynda Hill on Friday, November 13, 2026. If the case is not resolved, the parties shall file a joint notice, no later than November 20, 2026, with at least three mutually agreeable trial dates in January, February, or March 2027.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE